| Fill in this information to identify your case: |
| --- |
| United States Bankruptcy Court for the: |
| CENTRAL DISTRICT OF CALIFORNIA |
| Case number *(if known)* _____   Chapter    7 |

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
| --- | --- | --- |
| 1. | Debtor's name | **Pacific Theatres Exhibition Corp.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | FDBA  "Pacific" "Pacific Theatres" ArcLight" "ArcLight Cinemas" |
| 3. | Debtor's federal Employer Identification Number (EIN) | 95-6103191 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
| --- | --- |
| **120 N Robertson Blvd., 3rd Floor**<br>**Los Angeles, CA 90048**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Los Angeles**<br>County | Location of principal assets, if different from principal place of business<br>**See Attachment 1**<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website (URL)**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Pacific Theatres Exhibition Corp.**                          Case number (*if known*)
          Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
         **5121**

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

Debtor   **Pacific Theatres Exhibition Corp.** _____    Case number (if known) _____
 Name

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | **See Attachment 2** | | Relationship | |
| District | | When | Case number, if known | |

**11.  Why is the case filed in this district?**

Check all that apply:

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                              Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

           Contact name _____

           Phone _____

---

**Statistical and administrative information**

**13.  Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ■ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **Pacific Theatres Exhibition Corp.**                    Case number (*if known*) _____
          Name

**16.  Estimated liabilities**
☐ $0 - $50,000                    ☐ $1,000,001 - $10 million            ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000              ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000             ☒ $50,000,001 - $100 million          ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million         ☐ More than $50 billion

Fill in this information to identify your case:

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____     Chapter    7

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 18, 2021**
                MM / DD / YYYY

X _____          **Jeffrey Koblentz**
Signature of authorized representative of debtor    Printed name

Title    **President**

---

**18. Signature of attorney**

X    **/s/ Erin N. Brady**                         Date  **June 18, 2021**
Signature of attorney for debtor                          MM / DD / YYYY

**Erin N. Brady**
Printed name

**Hogan Lovells US LLP**
Firm name

**1999 Avenue of the Stars, Suite 1400**
**Los Angeles, CA 90067**
Number, Street, City, State & ZIP Code

Contact phone   **310-785-4600**      Email address   **erin.brady@hoganlovells.com**

**215038 CA**
Bar number and State

In re    **Pacific Theatres Exhibition Corp.**                                    Case No.
_____

                                    Debtor(s)

## FORM 1. VOLUNTARY PETITION

### Attachment 1

**Location of principal assets, if different from principal place of business**

| Location | AL/Pac | Address |
|---|---|---|
| Beach Cities | ArcLight | 831 S Nash St, El Segundo, CA 90245 |
| Bethesda | ArcLight | 7101 Democracy Blvd, Bethesda, MD 20817 |
| Boston | ArcLight | 60 Causeway St, Boston, MA 02114 |
| Glenview | ArcLight | 1850 Tower Dr, Glenview, IL 60026 |
| Chicago | ArcLight | 1500 N Clybourn Ave c301, Chicago, IL 60610 |
| Culver City | ArcLight | 9500 Culver Blvd, Culver City, CA 90232 |
| La Jolla | ArcLight | 4425 La Jolla Village Dr, San Diego, CA 92122 |
| Pasadena | ArcLight | The Paseo, 300 E Colorado Blvd, Pasadena, CA 91101 |
| Santa Monica | ArcLight | Santa Monica Place, 395 3rd Street Promenade #330, Santa Monica, CA 90401 |
| Sherman Oaks | ArcLight | 15301 Ventura Blvd, Sherman Oaks, CA 91403 |
| Glendale | Pacific | 322 Americana Way, Glendale, CA 91210 |
| Lakewood | Pacific | Lakewood Center, 5200 Faculty Ave #2508, Lakewood, CA 90712 |
| Northridge | Pacific | Fashion Center, 9400 Shirley Ave, Northridge, CA 91324 |
| Sherman Oaks 5 | Pacific | 14424 Milbank St, Sherman Oaks, CA 91423 |
| The Grove | Pacific | 189 The Grove Dr, Los Angeles, CA 90036 |
| Winnetka | Pacific | 9201 Winnetka Ave, Chatsworth, CA 91311 |

In re    **Pacific Theatres Exhibition Corp.** _____    Case No. _____

_____
Debtor(s)

## FORM 1. VOLUNTARY PETITION
### Attachment 2

**Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor**

**On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a petition in this court for relief under chapter 7 of title 11 of the United States Code.**

**Pacific Theatres Exhibition Corp.**

**Pacific Theatres Entertainment Corporation**

**ArcLight Cinema Company**

**ArcLight Visions, Inc.**

**Glendale Americana Theatre, LLC**

**Pacific Cinemas Corporation**

**RESOLUTIONS BY WRITTEN CONSENT OF THE SOLE INDEPENDENT DIRECTOR
OF PACIFIC THEATRES EXHIBITION CORP.**
June 15, 2021

**WHEREAS**, the undersigned is the sole independent director (the "Independent Director") of Pacific Theatres Exhibition Corp. (the "Company"); and

**WHEREAS**, the Independent Director, having considered the financial and operational conditions and strategic alternatives of the Company, and having reviewed, considered and received the recommendation of senior management to the Company and the advice of the Company's professionals and advisors with respect to the options available to the Company under Chapter 7 of Title 11 of the United States Code (the "Chapter 7"), has determined that it is in the best interests of the Company and its creditors, shareholders, employees, stakeholders and other interested parties that the Company file a petition seeking relief under the provisions of Chapter 7.

**NOW, THEREFORE, BE IT**

**RESOLVED**, that the Company be, and hereby is, authorized and empowered to file petitions seeking relief under the provisions of Chapter 7 in the United States Bankruptcy Court for the Central District of California (the "Bankruptcy Court") and to file all necessary papers and documents to effectuate and carry out the Chapter 7 filing; and further

**RESOLVED**, that Jeffrey Koblentz, President of the Company (referred to herein as the "Authorized Person"), is, and hereby is, authorized and empowered to (i) execute, verify and file on behalf of the Company all documents necessary or appropriate in connection with the filing of the Company's Chapter 7 petition, including, without limitation, all petitions, schedules, statements of financial affairs, lists, and other papers or documents in connection with such Chapter 7 petition; (ii) take and perform any and all actions deemed necessary and proper to obtain such relief as authorized herein and in connection with the Company's Chapter 7 case; (iii) appear as necessary at all bankruptcy proceedings on behalf of the Company; and (iv) pay all such expenses where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; and further

**RESOLVED**, that the law firm of Hogan Lovells US LLP be, and hereby is, employed as attorneys for the Company in its Chapter 7 case and authorized to perform all legal services necessary appropriate to effectuate the Company's Chapter 7 case; and further

**RESOLVED**, that the Company, and the Authorized Person on behalf of the Company, may take any and all actions necessary to formally dissolve the Company after the conclusion of the Chapter 7 case; and further

**RESOLVED**, that the acts, actions, and transactions taken by the officers or the Board or any other Authorized Person prior to the date of the foregoing resolutions and within the authority conferred are hereby ratified, confirmed, and approved in all respects as the act and deed of the Company; and further

**RESOLVED**, that M. Freddie Reiss hereby is authorized and empowered to (i) execute, verify and file on behalf of any subsidiary of the Company all documents necessary or appropriate in connection with the filing of a chapter 7 petition or other appropriate insolvency proceeding for any subsidiary of the Company; and (ii)

take and perform any and all actions deemed necessary and proper to obtain such relief as authorized herein and in connection with the subsidiary's insolvency proceeding.

IN WITNESS WHEREOF, the undersigned have executed this written consent as of the date first above written.

**Independent Director of Pacific Theatres Exhibition Corp.**

M. Freddie Reiss

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Richard L. Wynne (Bar No. 120349)<br>richard.wynne@hoganlovells.com<br>Erin N. Brady (Bar No. 215038)<br>erin.brady@hoganlovells.com<br>HOGAN LOVELLS US LLP<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles, California 90067<br>Telephone: (310)785-4600<br>Facsimile: (310) 785-4601 | |
| ☒ *Attorney for:* Debtor | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br>Pacific Theatres Exhibition Corp.<br><br><br>Debtor(s). | CASE NO.:<br><br>ADVERSARY NO.:<br><br>CHAPTER: 7 |
|---|---|
| <br><br>Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT<br>PURSUANT TO FRBP 1007(a)(1)<br>and 7007.1, and LBR 1007-4** |
| <br>Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)* Erin N. Brady_____, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.   I have personal knowledge of the matters set forth in this Statement because:

☐ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

☒ I am the attorney for the Debtor corporation

2.a.   ☒ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

Pacific Theatres Entertainment Corporation

[For additional names, attach an addendum to this form.]

b.   ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date:   06/18/2021

By:  /s/ Erin N. Brady
Signature of Debtor, or attorney for Debtor

Name:  Attorney for Debtor
Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                Page 2                        F 1007-4.CORP.OWNERSHIP.STMT

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    **None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    **None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    **None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    **None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at **Los Angeles, CA** , California.

Date: **June 18, 2021**

Jeffrey Koblentz
Signature of Debtor 1

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018    Page 1    **F 1015-2.1.STMT.RELATED.CASES**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

In re:  Pacific Theatres Exhibition Corp., *et al.*,

Debtor.

Chapter 7

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMER REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

Pacific Theatres Exhibition Corp. (the "**Debtor**") is filing its Schedules of Assets and Liabilities (collectively, the "**Schedules**") and Statements of Financial Affairs (collectively, the "**Statements**" and, together with the Schedules, the "**Schedules and Statements**") in the United States Bankruptcy Court for the Central District of California (the "**Court**"). The Debtor is filing a chapter 7 petition concurrently with its co-debtors Pacific Theatres Entertainment Corporation, Pacific Cinemas Corporation, Arclight Visions, Inc., ArcLight Cinema Company and Glendale Americana Theatre, LLC (collectively, the "**Debtors**").  The Debtors', with the assistance of their professional advisors, prepared the Schedules and Statements in accordance with section 521 of title 11 of the United States Code (the "**Bankruptcy Code**"), and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These *Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (collectively, the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of, the Schedules and Statements. These Global Notes should be referred to, and reviewed in connection with, any review of the Schedules and Statements.[1]

The Schedules and Statements have been prepared based on information provided by the Debtors' management and are unaudited and subject to potential adjustment. In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of preparation. The Debtors have used commercially reasonable efforts to ensure the accuracy and completeness of such financial information; however, subsequent information or discovery may result in material changes to the Schedules and/or the

---

[1] These Global Notes are in addition to any specific notes that may be contained in the Schedules and Statements. The fact that the Debtors have prepared a general note herein with respect to any of the Schedules and Statements, and not to others, should not be interpreted as a decision by the Debtors to exclude the applicability of such general note to any of the other Schedules or Statements, as appropriate.

Statements, and inadvertent errors, omissions or inaccuracies may exist. The Debtors and their estates reserve all rights to amend or supplement the Schedules and Statements.

**Reservation of Rights**. Nothing contained in the Schedules and Statements, or these Global Notes, shall constitute a waiver of any of the Debtors' rights or an admission with respect to their chapter 7 cases, including, but not limited to, any issues involving objections to claims, setoff or recoupment, equitable subordination, defenses, characterization or re-characterization of contracts, leases and claims, assumption or rejection of contracts and leases and/or causes of action arising under the Bankruptcy Code or any other applicable laws to recover assets or avoid transfers.

**Description of the Case and "as of" Information Date**. On June 18, 2021 (the "**Petition Date**"), the Debtors each filed a voluntary petition for relief with the Court under chapter 7 of the Bankruptcy Code. Unless otherwise indicated herein or in the Schedules and Statements, all financial information of the Debtors in the Schedules and Statements and these Global Notes is as of the following dates: (i) cash and cash equivalents, as of June 16, 2021; (ii) purported rent due to landlords on Schedule E/F, as of June 1, 2021; (iii) all other claims listed on Schedule E/F, as of May 17, 2021; and (iv) payments made within ninety (90) days and payments made to insiders within one (1) year, as of the Petition Date.

**Basis of Presentation**. The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("**GAAP**"), nor are they intended to fully reconcile to any financial statements prepared by the Debtors.

**Recharacterization**. Notwithstanding the Debtors' reasonable efforts to properly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may nevertheless seek to recharacterize, reclassify, recategorize, redesignate, add, or delete items included in or excluded from the Schedules and Statements, and the Debtors and their estates reserve all rights in this regard.

**Insiders**. Within the last twelve months, each of the Debtors (other than Glendale Americana Theatre, LLC which is controlled by its sole member Pacific Theatres Exhibition Corp.) appointed M. Freddie Reiss as an independent director. Additionally, Robert A. Kors served as an independent director for Pacific Theatres Exhibition Corp. and Pacific Theatres Entertainment Corporation from August 2020 through December 2020. As such, Mr. Reiss has been included on Part 13, Statement 28 and Mr. Kors has been included on Part 13, Statement 29 for each of the applicable Debtors.

**Summary of Significant Reporting Methodologies**. The following is a summary of certain significant reporting methodologies:

  a.   **Current Market Value**. Current market valuations are neither maintained by, nor readily available to, the Debtors. It would be prohibitively expensive and unduly burdensome to obtain current market valuations of the Debtors' property interests. Any estimates that were made are based on assumptions that were stated in the relevant portions of the Schedules and Statements. Market values of any assets should be independently verified.

2

b.  **Stated Amounts of Assets and Liabilities**.  The value of certain assets and liabilities may not be current as of the Petition Date and may not capture daily changes resulting from interest, bank fees, unbilled amounts or immaterial deductions or additions.  The amounts of liabilities stated do not include any liquidated damages, termination fees, default interest, rejection damages, or other charges arising from purported defaults. In addition, any receivables and payables among the Debtors are not reflected as assets or liabilities in the Schedules or Statements because such intercompany balances offset each other.

c.  **Estimates**. In preparing the Schedules and Statements, the Debtors were required to make certain estimates and assumptions that affect the reported amounts of assets and liabilities and reported revenue and expenses. The Debtors and their estates reserve all rights to amend the reported amounts of assets, liabilities, revenue and expenses to reflect changes in those estimates and assumptions.

d.  **Unknown or Undetermined Amounts**. Where a description of an amount is left blank or listed as "unknown" or "undetermined," such response is not intended to reflect upon the materiality of such amount.  In addition, certain assets or liabilities listed in the Schedules and Statements do not appear in Debtors' books.  In such cases, a stated value of "0" does not reflect Debtors' determination of value.

e.  **Setoffs**. To the extent the Debtors have incurred or effectuated any ordinary course setoffs with third parties (including, without limitation, customers and vendors) prior to the Petition Date, or are subject to the occurrence of, or maintain the right to effectuate, ordinary course setoffs on account of activities occurring prior to the Petition Date, such setoffs are excluded from the Schedules and Statements. The Debtors and their estates reserve all of their rights with respect to any such setoffs.

f.  **Credits and Adjustments**. Claims of creditors are listed in the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors and their estates reserve all of their rights with regard to such credits, allowances and other adjustments, including, without limitation, the right to assert claims objections, setoffs, and recoupments with respect to the same.

g.  **Leases**. In the ordinary course of business, the Debtors may lease certain real property, fixtures and equipment from certain third-party lessors for use in the operation of their business. Nothing in the Schedules and Statements is, or shall be construed as, an admission as to the determination of the legal status of any lease which may exist (including, without limitation, whether any lease is a true lease or a financing arrangement, and whether such lease is unexpired or terminated), and the Debtors and their estates reserve all rights with respect to such issues.

h.  **Executory Contracts and Unexpired Leases**. The Debtors have not set forth executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts and leases may have some value to the Debtors' estate. Rather, the Debtors' executory contracts and unexpired leases

3

have been set forth solely on Schedule G. The Debtors' rejection of executory contracts and unexpired leases may result in the assertion of rejection damages claims; however, the Schedules and Statements do not reflect any claims for rejection damages.  The Debtors and their estates reserve any and all rights with respect to the assertion of any such claims.

i.  **Classifications**. Listing a claim (a) on Schedule D as "secured," (b) on Schedule E/F as "unsecured priority," (c) on Schedule E/F as "unsecured non-priority," or (d) listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors or their estates of the legal rights of any claimant, or a waiver of the rights of the Debtors or their estates to recharacterize or reclassify any claim or contract.

j.  **Claims Description**. Any failure to designate a claim on the Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors and their estates that such amount is not "disputed," "contingent" or "unliquidated." Listing a claim on the Schedules does not constitute an admission of liability by the Debtors and their estates, and the Debtors and their estates reserve all rights to amend the Schedules.

k.  **Guaranties and Other Secondary Liability Claims**. Guaranties and other secondary liability claims (collectively, the "**Guaranties**") with respect to the Debtors' contracts and leases may not be included on Schedule H; however, certain Guaranties arising out of the Debtors' executory contracts, expired and/or unexpired leases, secured financings, debt instruments and similar agreements may exist. The Debtors and their estates reserve all rights to amend the Schedules to the extent additional Guaranties are identified.

## NOTES FOR SCHEDULES

### Schedule A/B— Assets — Real and Personal Property.

a.  **Causes of Action**. Despite their commercially reasonable efforts to identify all known assets, the Debtors may not have listed all of their respective causes of action or potential causes of action against third parties as assets in the Schedules and Statements, including, but not limited to, causes of action arising under the Bankruptcy Code, state law, or any other applicable laws to recover assets or avoid transfers. The Debtors and their estates reserve all rights with respect to any claims and causes of action that they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims and causes of action, or in any way prejudice, impair or otherwise affect the assertion of such claims and causes of action.

b.  **Accounts Receivable**. The accounts receivable information listed on Schedule A/B includes both billed and unbilled receivables, and is net of allowance for doubtful accounts.

4

c. **Subsidiary Interests**. As applicable, ownership interests in businesses, partnerships, and joint ventures (including any subsidiaries) have been listed in Schedule A/B, Part 4, and their values are described as unknown because the fair market value of such ownership is dependent on numerous variables and factors. All listed subsidiaries of Debtors are Debtors with the exception of one entity as noted in Schedule A/B, Part 4 for Pacific Theatres Exhibition Corp.

d. **FF&E**. Any leasehold improvements, equipment, furniture, computer equipment, communication systems, machinery, fixtures and similar assets included on Schedule A/B, Parts 7 and 8 are net of any depreciation.

e. **Intellectual Property**. Patents, trademarks, and other intellectual property have been listed on Schedule A/B, Part 10, Statements 60-63, and their values are described as unknown or undetermined because the fair market value of such ownership is dependent on numerous variables and factors. The applicable Debtors' books do not have a value for these assets.

f. **Pandemic Related Losses**. Certain of the Debtors made claims under their operative business interruption insurance policies for losses arising from the pandemic. These claims, listed on Schedule A/B, Part 11, Statement 75, were made to insurance carriers in accordance with Debtors' customary reporting procedures, and their inclusion is not an indication that such amounts are reasonably collectible in whole or in part under the applicable policies.

## Schedule D—Creditors Holding Secured Claims.

Except as otherwise agreed pursuant to a stipulation, agreed order, or general order entered by the Court that is or becomes final, the Debtors and their estates reserve all rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D. Moreover, although the Debtors may have scheduled claims of creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a lien has been undertaken. Except as otherwise agreed pursuant to a stipulation, agreed order, or general order entered by the Court that is or becomes final, the Debtors and their estates reserve all rights to dispute or challenge the secured nature of any such claim or the characterization of the structure of any transaction, document or instrument related to any such claim. The descriptions provided in Schedule D are intended only to be a summary.

The Debtors have not included on Schedule D all parties that may believe their claims are secured through setoff rights, deposits posted by, or on behalf of, the Debtors, inchoate statutory lien rights, or real property lessors, utility companies and other parties that may hold security deposits. Pacific Theatres Exhibition Corp. has not included on Schedule D any mechanics liens that may have been filed in connection with the construction of the ArcLight Boston theater (however, all litigation relating to any such liens has been included in the Statements, Part 3, Statement 7).

By listing a party on Schedule D based on a UCC-1 filing or leasehold mortgage, the Debtors and their estates are not conceding that such party actually holds a perfected, unavoidable security interest in the asset that is the subject of such filing, and reserve all rights as set forth in these Global Notes.

Certain of the amounts listed for parties on Schedule D may not be reflective of any accrued and unpaid interest, prepayment premiums, and other similar fees or expenses to which such parties may be entitled.

### Schedule E/F — Creditors Holding Unsecured Claims

a.     **Priority Claims**. The Debtors and their estates reserve all rights to dispute or challenge whether creditors listed on Schedule E/F are entitled to priority claims.

b.     **Offsets, Recoupments and Purported Liens**. Certain creditors listed on Schedule E/F may owe amounts to the Debtors; as such, the Debtors and their estates may have valid setoff and recoupment rights with respect to such amounts, which rights are not reflected on Schedule E/F.

The amounts listed on Schedule E/F reflect known prepetition claims based on Debtors' commercially reasonable review of its records as of the Petition Date. Such amounts do not reflect any rights of setoff or recoupment that may be asserted by any creditors listed on Schedule E/F, and the Debtors and their estates reserve all rights to challenge any setoff and recoupment rights that may be asserted against them.

The Debtors and their estates reserve all rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be perfected by a creditor listed on Schedule E/F.

c.     **Gift Cards and Related Liabilities.** Certain of Debtors' liabilities do not lend themselves to identification of individual claims/claimants. Specifically, Pacific Theatres Exhibition Corp. does not include estimated liabilities for outstanding prepaid group activity tickets, readmission or complimentary movie tickets, gift cards and merchandise vouchers (collectively, "**Gift Cards**") because it does not track all individual holders of Gift Cards. Some of the purchasers of Gift Cards may be identifiable through general transaction records. Those records were maintained by a third party service provider and may be available to Debtors for a fee. Pacific Theatres Exhibition Corp.'s books reflect a liability associated with Gift Cards of approximately $5.8 million as of May 31, 2021 (of which amount approximately $4.3 million is associated with traditional gift cards and approximately $1.5 million is associated with group activity sales (i.e. prepaid tickets books)). Notwithstanding the foregoing, since announcing its intent to permanently close its theater locations, a number of individuals have contacted Pacific Theatres Exhibition Corp. inquiring as to the status of their Gift Cards. Pacific Theatres Exhibition Corp. has included the available contact information for these

individuals on Schedule E/F Part 2. The Debtors cannot confirm the amount or validity of these individuals' asserted claims.

d.    **Membership and Related Liabilities**. Pacific Theatres Exhibition Corp. did not include on Schedule E/F estimated liabilities relating to the ArcLight Cinemas paid membership program. As of March 2020, the estimated number of paid members was 3,600 (which members each presumably paid a $15 membership fee). As of March 2020 the value of the points in Pacific Theatres Exhibition Corp.'s books and records is approximately $260,000. The terms of the paid membership program state that the loyalty points have no monetary value and that points expire after a period of time (which time may have been tolled due to the closures resulting from pandemic restrictions).

Pacific Theatres Exhibition Corp. stopped automatic membership renewals in April 2020. Some members opted to affirmatively renew their memberships after April 2020, but Pacific Theatres Exhibition Corp. ceased processing even voluntary membership renewals in November 2020. The total amount collected on account of memberships from the beginning of the pandemic restrictions through October 2020 was approximately $9,000.

While paid members in this membership loyalty program may have claims relating to their unused membership fees or unexpired loyalty points, Pacific Theatres Exhibition Corp. does not have access to the information necessary to identify all current members or determine the status of their membership and/or their unexpired loyalty point balances. It is possible that some or all of this information may be available (for a fee) from Vista Entertainment Solutions Limited (address: 335 North Maple Drive, Suite 105, Beverly Hills, CA 90210).

## Schedule G—Executory Contracts and Unexpired Leases.

Although commercially reasonable efforts have been made to ensure the accuracy of those executory contracts and unexpired leases listed on Schedule G, inadvertent errors, omissions or over-inclusion may have occurred in preparing Schedule G. In the ordinary course of business, the Debtors entered into various agreements with their customers and vendors. The Debtors may have entered into various other types of agreements in the ordinary course of their business, such as indemnity agreements, supplemental agreements, letter agreements, marketing partnership agreements, license agreements and confidentiality agreements that may not be set forth in Schedule G, which may or may not be considered executory. The Debtors' omission of a contract, lease or other agreement from Schedule G does not constitute an admission that such omitted contract, lease or agreement is not an executory contract or unexpired lease. Schedule G may be amended at any time to add any omitted executory contracts, unexpired leases and other agreements to which the Debtors are a party, including, without limitation, to add any executory contracts, unexpired leases and other agreements that the Debtors, due to the voluminous number of such contracts, leases and agreements and/or the unavailability of former employees, were unable to list on Schedule G at this time. Likewise, the listing of an agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease, that such agreement was in effect or unexpired on the Petition Date, or that such agreement is valid or

enforceable. The agreements listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments and agreements that may not be listed on Schedule G.

Any and all rights, claims and causes of action of the Debtors and their estates with respect to the agreements listed on Schedule G are hereby reserved and preserved. The Debtors and their estates hereby reserve all of their rights to: (a) dispute the validity, status, or enforceability of any agreements set forth on Schedule G; (b) dispute or challenge the characterization of the structure of any transaction, document or instrument related to a creditor's claim, including, but not limited to, the agreements listed on Schedule G; and (c) amend or supplement Schedule G, as necessary, including, without limitation, to modify which Debtor(s) are a counterparty to the agreements.

## NOTES FOR STATEMENTS OF FINANCIAL AFFAIRS

**Part 1, Statements 1 and 2**.  For Pacific Theatres Exhibition Corp., an immaterial amount of revenue from film booking services was included in gross revenue from business in Statement 1 (not as non-business revenue in Statement 2). In addition for Pacific Theatres Exhibition Corp., non-business revenue consists of (i) revenue raised in connection with the transactions described in Statement 4, (ii) revenue realized from an accounting perspective in connection with writing off Gift Cards (it was assumed that Gift Cards would not be redeemed because, among other reasons, their age on the books) and (iii) partnership income from El Captain Theatre Company.

**Part 2, Statements 3 and 4**. Statement 3 includes any disbursement or other transfer made by the Debtors; however, some of the entries may be duplicative of those in Statement 4.  Only one entry has been listed on Statement 3 per payment date, regardless of what invoice(s) such payments may relate to.

**Part 3, Statement 7**. The Debtors and their estates reserve all rights, claims and defenses with respect to any and all listed lawsuits and administrative proceedings (or potential lawsuits and administrative proceedings). The listing of any such suits and proceedings shall not constitute an admission by the Debtors and their estates of any liabilities or that the actions or proceedings were correctly filed against the Debtors. The Debtors and their estates reserve all rights to assert that the Debtors are not an appropriate party to such actions or proceedings. The Debtors did not include on Statement 7 parties who may have threatened litigation but who have not filed a formal complaint or other action.  The Debtors did not include on Statement 7 certain parties that have asserted formal and informal workers' compensation claims, which are covered under applicable insurance policies.

**Part 9, Statement 16**. From time to time, the Company collects personally identifiable information ("PII") in the nature of customer names, addresses, email addresses, birth dates, phone numbers and other similar information, but such PII may not be stored on the Debtors' servers and/or may not be able to be retrieved from a third party service provider for a fee.

**Part 12, Statements 22-24**. All environmental related answers are qualified to Debtor's actual knowledge after reviewing available books and records and inquiring with available employees. Please note that Pacific Theatres Exhibition Corp. was formed and has been doing

business since 1962 and therefore records and/or individuals who may have knowledge of any past environmental matters may no longer be available.

**Part 13, Statement 26(d)**. From time to time, the Debtors provided financial statements in the ordinary course of business to certain parties for business, credit, financing and other reasons. Recipients have included, but are not limited to, governmental agencies, insurance companies, financial institutions, investment banks, vendors, landlords, debtholders and their legal and financial advisors. Due to the confidentiality requirements of related non-disclosure agreements and/or the number of parties that have received such statements, many of these parties were not listed.

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Pacific Theatres Exhibition Corp.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:    Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...................................................................................    $             0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...............................................................................    $      4,722,426.07

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................    $      4,722,426.07

### Part 2:    Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $      6,399,434.77

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................    $        968,675.49

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................    +$     61,711,296.31

4. **Total liabilities** ......................................................................................................
   Lines 2 + 3a + 3b    $     69,079,406.57

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Pacific Theatres Exhibition Corp.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | _____ |

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property       12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

|  | | | | |
|---|---|---|---|---|
| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
| 3. | Checking, savings, money market, or financial brokerage accounts *(Identify all)* | | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | Bank of Hawaii as of 6/14/21. Note: Bank balances are subject to change as a result of bank fees and clearing of outstanding payments. | Checking | 0611 | $407.10 |

| | | | |
|---|---|---|---|
| 4. | Other cash equivalents *(Identify all)* | | |
| 5. | Total of Part 1. | | $407.10 |
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | |

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

| | | |
|---|---|---|
| 7. | Deposits, including security deposits and utility deposits | |
| | Description, including name of holder of deposit | |
| 8. | Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent | |
| | Description, including name of holder of prepayment | |
| 8.1. | Montgomery Mall Owner LLC's prepaid rent for the Bethesda theater location pursuant to the lease. Note: The prepaid rent is less than landlord's purported rent claim. | $1,954,324.00 |

Debtor    **Pacific Theatres Exhibition Corp.**                          Case number *(If known)* _____
           <sub>Name</sub>

| 9. | **Total of Part 2.** | | **$1,954,324.00** |
|---|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | | |

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.      **Accounts receivable**  See rider

| 11b. Over 90 days old: | 848,496.55 | - | 848,496.55 | = | **$0.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | | **$0.00** |
|---|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | | |

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
☑ Yes Fill in the information below.

|  |  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14.      **Mutual funds or publicly traded stocks not included in Part 1**
          Name of fund or stock:

15.      **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
          Name of entity:                                              % of ownership

| 15.1.  **See rider** | _____ % | **N/A** | **Unknown** |
|---|---|---|---|

16.      **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
          Describe:

| 17. | **Total of Part 4.** | | **$0.00** |
|---|---|---|---|
| | Add lines 14 through 16.  Copy the total to line 83. | | |

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19.      **Raw materials**

20.      **Work in progress**

21.      **Finished goods, including goods held for resale**

22.      **Other inventory or supplies**

| Debtor | **Pacific Theatres Exhibition Corp.** | | Case number *(If known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |
| | See rider | September 2020 | $60,699.58 | N/A | Unknown |

---

**23.** **Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

$0.00

**24.** **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture**<br>See Part 7 Question 40 | $0.00 | | Unknown |
| **40.** **Office fixtures**<br>See rider | $7,830,607.25 | N/A | Unknown |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software**<br>See rider | $4,063,985.76 | Debtor Estimate | $686,180.84 |

**42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles   See rider

**43.** **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$686,180.84

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

---

| Debtor | **Pacific Theatres Exhibition Corp.** | | Case number *(if known)* | |
| | Name | | | |

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
  ■ No
  ☐ Yes

**Part 8:**    Machinery, equipment, and vehicles

46. Does the debtor own or lease any machinery, equipment, or vehicles?

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**See Part 7 Question 41** | $0.00 | | $0.00 |

51. **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87.

    $0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
  ☐ No
  ■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
  ■ No
  ☐ Yes

**Part 9:**    Real property

54. Does the debtor own or lease any real property?

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available.<br>55.1. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| See rider | | $0.00 | N/A | Unknown |

Debtor   **Pacific Theatres Exhibition Corp.**                    Case number *(if known)* _____
         Name

---

56. **Total of Part 9.**                                                                                    **$0.00**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    - ■ No
    - ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    - ■ No
    - ☐ Yes

---

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    - ☐ No.  Go to Part 11.
    - ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** <br> See rider | $0.00 | N/A | Unknown |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** <br> See rider | $0.00 | N/A | Unknown |
| 64. **Other intangibles, or intellectual property** <br> See rider | $919,071.97 | Debtor Estimate | $780,000.00 |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**                                                                                   **$780,000.00**

    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?**
    - ☐ No
    - ■ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    - ■ No
    - ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    - ■ No
    - ☐ Yes

---

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number *(If known)* | |
| | Name | | |

☐ No. Go to Part 12.
■ Yes Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

    See rider                                    Tax year  2017-2020          **$1,301,514.13**

---

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    See rider                                                                  **Unknown**

    Nature of claim
    Amount requested                    $0.00

---

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    See rider                                                                  **Unknown**

    Nature of claim
    Amount requested              $80,300,000.00

---

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

    None known                                                                 **Unknown**

---

78. **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.                        **$1,301,514.13**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Pacific Theatres Exhibition Corp.**                          Case number *(If known)* _____
          Name

| Part 12: | **Summary** |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $407.10 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,954,324.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $686,180.84 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $780,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,301,514.13 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,722,426.07 | + 91b.    $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,722,426.07 |

| Fill in this information to identify the case: |
|---|

Debtor name **Pacific Theatres Exhibition Corp.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  |  | Column A | Column B |
|---|---|---|---|
|  |  | Amount of claim | Value of collateral that supports this claim |
|  |  | Do not deduct the value of collateral. |  |

| **2.1** | **Bank of America, N.A.** | Describe debtor's property that is subject to a lien | $6,399,434.77 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Attn: Sharad C. Bhatt
333 S Hope St, 13th Floor
Los Angeles, CA 90071**

Creditor's mailing address

**Membership interests, leasehold interests, capital stock, IP, bank accounts, personal property, etc.**

Describe the lien

**UCC; Leasehold mortgages**

**sharad.bhatt@bofa.com
di.li@bankofamerica.com**

Creditor's email address, if known

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

**Various 2019-2021**

Last 4 digits of account number

**2542**

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☑ Contingent
☐ Unliquidated
☐ Disputed

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$6,399,434.77**

**Part 2**    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **G. Christopher Miller
Bank of America, N.A.
Mail Code MA5-100-09-12
100 Federal Street
Boston, MA 02110** | Line  2.1 |  |

Debtor    **Pacific Theatres Exhibition Corp.**                     Case number (if known)
                Name

**Robert Miller**                                                        Line __2.1__
**Buchalter Firm**
**16435 North Scottsdale Rd**
**Suite 440**
**Scottsdale, AZ 85254-1754**

| Fill in this information to identify the case: |
|---|

Debtor name     **Pacific Theatres Exhibition Corp.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**1007isaac**<br>**1007isaac@gmail.com** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Gift cards, movie passes and/or merchandise vouchers** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Adam Buchalter**<br>**adambuchalter@gmail.com** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Gift cards, movie passes and/or merchandise vouchers** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Alex Shibutani**<br>**alexshibs@gmail.com** | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Gift cards, movie passes and/or merchandise vouchers** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Alicia Cordova**<br>**alicia.cordova1988@gmail.com** | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Gift cards, movie passes and/or merchandise vouchers** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Amelia Barretto**<br>**itsmemickey312@gmail.com** | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Gift cards, movie passes and/or merchandise vouchers** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Ariel Willinger**<br>**Ariel@PacNrg.com**<br>**818.700.5300** | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Gift cards, movie passes and/or merchandise vouchers** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.7** Priority creditor's name and mailing address
**Barbara Bond**
18721 Hatteras Street, Unit 11
blbond@sbcglobal.net
818-261-0238
**Tarzana, CA 91356**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:
**Gift cards, movie passes and/or merchandise vouchers**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.8** Priority creditor's name and mailing address
**Brandi King**
brandimking@gmail.com

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:
**Gift cards, movie passes and/or merchandise vouchers**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.9** Priority creditor's name and mailing address
**Cassandra Crawford**
cassandracrawford91@gmail.com

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:
**Gift cards, movie passes and/or merchandise vouchers**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.10** Priority creditor's name and mailing address
**Charles Guzman**
13573 Fenton Ave.
Muchman5@aol.com
(818) 367-5477
**Sylmar, CA 91342**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:
**Gift cards, movie passes and/or merchandise vouchers**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Pacific Theatres Exhibition Corp.**                                    Case number (if known)
          Name

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Chris Wade**
**chris@wades4ever.com**

Check all that apply.
■ Contingent
■ Unliquidated.
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Gift cards, movie passes and/or merchandise vouchers**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Christine Portela**
**cportela261@gmail.com**

Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Gift cards, movie passes and/or merchandise vouchers**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Christine Wright Roper**
**6694 Tapley Street**
**Thekrazykatlady@gmail.com**
**Home: (805) 791-3915 / Cell: (310) 560-9**
**Simi Valley, CA 93063**

Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Gift cards, movie passes and/or merchandise vouchers**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Christopher Greenslate**
**greenslate@gmail.com**
**(323)333-0899**

Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Gift cards, movie passes and/or merchandise vouchers**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) | | |
| | Name | | | |

| 2.15 | Priority creditor's name and mailing address<br>**Cindy Haro Hittelman**<br>calcin@mac.com | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Gift cards, movie passes and/or merchandise vouchers** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | ■ No<br>☐ Yes | | |

| 2.16 | Priority creditor's name and mailing address<br>**CITY OF BOSTON: TREASURY DEPARTMENT**<br>**PO BOX 9715**<br>**BOSTON, MA 02114** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$484,770.66** | **$484,770.66** |
| | Date or dates debt was incurred<br>**2020-2021** | Basis for the claim:<br>**PERSONAL PROPERTY TAXES PLUS PENALTIES AND INTEREST** | | |
| | Last 4 digits of account number **8075** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | ■ No<br>☐ Yes | | |

| 2.17 | Priority creditor's name and mailing address<br>**CITY OF CHICAGO**<br>**22149 NETWORK PLACE**<br>**CHICAGO, IL 60673-1221** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,267.00** | **$2,267.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | ■ No<br>☐ Yes | | |

| 2.18 | Priority creditor's name and mailing address<br>**CITY OF CULVER CITY**<br>**9770 CULVER BLVD**<br>**CULVER CITY, CA 90232** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$22,477.12** | **$22,477.12** |
| | Date or dates debt was incurred<br>**2020-2021** | Basis for the claim:<br>**BUSINESS LICENSE** | | |
| | Last 4 digits of account number **8982** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | ■ No<br>☐ Yes | | |

Debtor   **Pacific Theatres Exhibition Corp.**                    Case number (if known)
         Name

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,720.40 | $6,720.40 |

**CITY OF PASADENA**
**100 N. GARFIELD AVE.**
**PASADENA, CA 91109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2020-2021**

Basis for the claim:
**HEALTH PERMIT & BUSINESS RENEWAL**

Last 4 digits of account number **7953**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.00 | $10.00 |

**CITY OF SAN DIEGO**
**202 C STREET**
**SAN DIEGO, CA 92101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2020-2021**

Basis for the claim:
**ALARM PERMIT RENEWAL**

Last 4 digits of account number **7274**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $23,390.85 | $23,390.85 |

**CITY OF SANTA MONICA**
**PO BOX 2200**
**SANTA MONICA, CA 90407-2200**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2020**

Basis for the claim:
**BUSINESS LICENSE**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Colleen McKenzie**
**c._mckenzie@icloud.com**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Gift cards, movie passes and/or merchandise vouchers**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Pacific Theatres Exhibition Corp.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.23 | Priority creditor's name and mailing address<br>**COUNTY OF SAN DIEGO-DEPT OF EH**<br>**PO BOX 129261**<br>**SAN DIEGO, CA 92112-9261** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,059.00 | $1,059.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2020-2021** | Basis for the claim:<br>**BUSINESS LICENSE** | | |
| | Last 4 digits of account number **754**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.24 | Priority creditor's name and mailing address<br>**Crystal**<br>**drms2@aol.com** | As of the petition filing date, the claim is:<br>Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | Unknown | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Gift cards, movie passes and/or merchandise vouchers** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.25 | Priority creditor's name and mailing address<br>**David Tsai**<br>**dtsai88@hotmail.com** | As of the petition filing date, the claim is:<br>Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | Unknown | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Gift cards, movie passes and/or merchandise vouchers** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.26 | Priority creditor's name and mailing address<br>**Delia Nilsen**<br>**deliadawnn1961@gmail.com** | As of the petition filing date, the claim is:<br>Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | Unknown | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Gift cards, movie passes and/or merchandise vouchers** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.27**

Priority creditor's name and mailing address
**DEPT OF ALCOHOLIC BEVERAGE CONTROL**
**3927 LENNANE DR**
**SACRAMENTO, CA 95834**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,245.00**    **$2,245.00**

Date or dates debt was incurred
**2020-2021**

Basis for the claim:
**LIQUOR LICENSES**

Last 4 digits of account number **6016**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.28**

Priority creditor's name and mailing address
**Diana Sullivan**
**disullivan1@icloud.com**

As of the petition filing date, the claim is:
Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Gift cards, movie passes and/or merchandise vouchers**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.29**

Priority creditor's name and mailing address
**EMPLOYMENT DEVELOPMENT DEPARTMENT**
**BANKRUPTCY GROUP MIC: 92E**
**P.O. BOX 826880**
**SACRAMENTO, CA 94280-0001**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**TAXING AUTHORITY**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.30**

Priority creditor's name and mailing address
**FRANCHISE TAX BOARD BK SECTION**
**P.O. BOX 2952**
**SACRAMENTO, CA 95812-2952**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**TAXING AUTHORITY**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **Pacific Theatres Exhibition Corp.**
Name                                                          Case number (if known)

---

**2.31**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|
| **Hilary Burgoon** | Check all that apply. | | |
| hilary023@icloud.com | ■ Contingent | | |
| | ■ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Gift cards, movie passes and/or merchandise vouchers** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.32**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|
| **INTERNAL REVENUE SERVICE** | Check all that apply. | | |
| **P.O. BOX 7346** | ☐ Contingent | | |
| **PHILADELPHIA, PA 19101-7346** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **TAXING AUTHORITY** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.33**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|
| **James Maglio** | Check all that apply. | | |
| jtmaglio@gmail.com | ■ Contingent | | |
| | ■ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Gift cards, movie passes and/or merchandise vouchers** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.34**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|
| **Jennae Hoving** | Check all that apply. | | |
| naener00@yahoo.com | ■ Contingent | | |
| **612-743-3003** | ■ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Gift cards, movie passes and/or merchandise vouchers** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Jill Fukumoto** | *Check all that apply.* | | |
| | **jfukumoto@chanluu.com** | ■ Contingent | | |
| | | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Gift cards, movie passes and/or merchandise vouchers** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Jones Reece** | *Check all that apply.* | | |
| | **j.jonesreece888@gmail.com** | ■ Contingent | | |
| | | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Gift cards, movie passes and/or merchandise vouchers** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Julia Miller** | *Check all that apply.* | | |
| | **jemiller59@aol.com** | ■ Contingent | | |
| | | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Gift cards, movie passes and/or merchandise vouchers** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Juliette Alba** | *Check all that apply.* | | |
| | **savagejuliette14@gmail.com** | ■ Contingent | | |
| | | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Gift cards, movie passes and/or merchandise vouchers** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

Debtor     **Pacific Theatres Exhibition Corp.**
           Name                                                    Case number (if known)

---

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
| | **Kage Dorrell** | Check all that apply. | | |
| | aaronkaged@gmail.com | ■ Contingent | | |
| | | ■ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
| | | **Gift cards, movie passes and/or merchandise vouchers** |

| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No |
| | | ☐ Yes |

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
| | **Kathy Lynch** | Check all that apply. | | |
| | l8nitshpr@att.net | ■ Contingent | | |
| | | ■ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
| | | **Gift cards, movie passes and/or merchandise vouchers** |

| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No |
| | | ☐ Yes |

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
| | **Keri Day** | Check all that apply. | | |
| | kerieday@gmail.com | ■ Contingent | | |
| | | ■ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
| | | **Gift cards, movie passes and/or merchandise vouchers** |

| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No |
| | | ☐ Yes |

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
| | **Kristy Fullmer** | Check all that apply. | | |
| | **652 36th Street** | ■ Contingent | | |
| | **Manhattan Beach, CA 90266** | ■ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
| | | **Gift cards, movie passes and/or merchandise vouchers** |

| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No |
| | | ☐ Yes |

---

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.43 | Priority creditor's name and mailing address **Kyle Barnes** kylecbarnes@icloud.com | As of the petition filing date, the claim is: *Check all that apply.* ◼ Contingent ◼ Unliquidated ☐ Disputed | Unknown | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Gift cards, movie passes and/or merchandise vouchers** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ◼ No ☐ Yes | | |

---

| 2.44 | Priority creditor's name and mailing address **Laura Haddad** lauramoet@yahoo.com | As of the petition filing date, the claim is: *Check all that apply.* ◼ Contingent ◼ Unliquidated ☐ Disputed | Unknown | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Gift cards, movie passes and/or merchandise vouchers** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ◼ No ☐ Yes | | |

---

| 2.45 | Priority creditor's name and mailing address **LOS ANGELES COUNTY TAX COLLECTOR PO BOX 54027 LOS ANGELES, CA 90054** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $350,544.27 | $350,544.27 |
|---|---|---|---|---|
| | Date or dates debt was incurred **2020** | Basis for the claim: **PERSONAL PROPERTY TAXES** | | |
| | Last 4 digits of account number **0008,0000,0002,0003,0004,0006** Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ◼ No ☐ Yes | | |

---

| 2.46 | Priority creditor's name and mailing address **LOS ANGELES COUNTY TAX COLLECTOR P.O. BOX 54110 LOS ANGELES, CA 90054-0110** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **TAXING AUTHORITY** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ◼ No ☐ Yes | | |

---

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.47** | Priority creditor's name and mailing address
**Lucy Boyadzhyan**
lucyboyadzhyan@yahoo.com

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Gift cards, movie passes and/or merchandise vouchers**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.48** | Priority creditor's name and mailing address
**Maggiee Luna**
maggieelu123@gmail.com

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Gift cards, movie passes and/or merchandise vouchers**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.49** | Priority creditor's name and mailing address
**MarAnthony Aparicio**
mj233234@aol.com

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Gift cards, movie passes and/or merchandise vouchers**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.50** | Priority creditor's name and mailing address
**Marcelo Lopez**
rolec_lopez@yahoo.com

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Gift cards, movie passes and/or merchandise vouchers**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) | |
| | Name | | |

| | | | Unknown | Unknown |
|---|---|---|---|---|
| 2.51 | Priority creditor's name and mailing address **Margaret Ddexter** margaretdexter54@outlook.com | As of the petition filing date, the claim is: *Check all that apply.* ■ Contingent ■ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Gift cards, movie passes and/or merchandise vouchers** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | Unknown | Unknown |
|---|---|---|---|---|
| 2.52 | Priority creditor's name and mailing address **Maria Galang** mcgalang@pacbell.net | As of the petition filing date, the claim is: *Check all that apply.* ■ Contingent ■ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Gift cards, movie passes and/or merchandise vouchers** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | Unknown | Unknown |
|---|---|---|---|---|
| 2.53 | Priority creditor's name and mailing address **Mariano Federovsky** Mariano.Federovsky@nbcuni.com **W 818.622.5146 M 818.521.8813** | As of the petition filing date, the claim is: *Check all that apply.* ■ Contingent ■ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Gift cards, movie passes and/or merchandise vouchers** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | Unknown | Unknown |
|---|---|---|---|---|
| 2.54 | Priority creditor's name and mailing address **Mia Dentoni** miadentoni@gmail.com | As of the petition filing date, the claim is: *Check all that apply.* ■ Contingent ■ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Gift cards, movie passes and/or merchandise vouchers** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| Debtor | Pacific Theatres Exhibition Corp. | | | Case number (if known) | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

---

**2.55** | Priority creditor's name and mailing address
**Michele Laurita**
mlwickman@icloud.com

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
□ Disputed

Unknown | Unknown

| Date or dates debt was incurred | Basis for the claim: **Gift cards, movie passes and/or merchandise vouchers** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No □ Yes |

---

**2.56** | Priority creditor's name and mailing address
**Michelle Kolsi**
mkolsi@yahoo.com

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
□ Disputed

Unknown | Unknown

| Date or dates debt was incurred | Basis for the claim: **Gift cards, movie passes and/or merchandise vouchers** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No □ Yes |

---

**2.57** | Priority creditor's name and mailing address
**Mike Rosenstein**
michaeljrosenstein@gmail.com

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
□ Disputed

Unknown | Unknown

| Date or dates debt was incurred | Basis for the claim: **Gift cards, movie passes and/or merchandise vouchers** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No □ Yes |

---

**2.58** | Priority creditor's name and mailing address
**MONTGOMERY COUNTY MARYLAND**
**255 ROCKVILLE PIKE, SUITE 100**
**ROCKVILLE, MD 20850**

As of the petition filing date, the claim is:
*Check all that apply.*
□ Contingent
□ Unliquidated
□ Disputed

$69,196.42 | $69,196.42

| Date or dates debt was incurred **2020** | Basis for the claim: **PERSONAL PROPERTY TAXES** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No □ Yes |

Debtor **Pacific Theatres Exhibition Corp.**      Case number (if known) _____
     Name

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**N/A**
jda101@yandex.com

Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Gift cards, movie passes and/or merchandise vouchers**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**N/A**
lovinmylifenkids4@gmail.com

Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Gift cards, movie passes and/or merchandise vouchers**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Paul**
pkillini@earthlink.net

Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Gift cards, movie passes and/or merchandise vouchers**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Raymond Gallucci**
gallucc1@comcast.net

Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Gift cards, movie passes and/or merchandise vouchers**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Debtor | Pacific Theatres Exhibition Corp. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**2.63**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|
| **Ripton Melhado**<br>riptonmelhado@icloud.com | *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Gift cards, movie passes and/or merchandise vouchers** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

**2.64**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|
| **Ron Schellhase**<br>rschellh@verizon.net<br>301-233-1768 | *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Gift cards, movie passes and/or merchandise vouchers** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

**2.65**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|
| **Selene Willis**<br>swillis5857@outlook.com | *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Gift cards, movie passes and/or merchandise vouchers** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

**2.66**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|
| **STATE BOARD OF EQUALIZATION SPECIAL OPS BANKRUPTCY MIC: 74**<br>**P.O. BOX 942879**<br>**SACRAMENTO, CA 94279-0074** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**TAXING AUTHORITY** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.67** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00**

STATE BOARD OF EQUALIZATION
ACCOUNT INFORMATION GROUP,
MIC: 29
P.O. BOX 942879
SACRAMENTO, CA 94279-0074

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
TAXING AUTHORITY

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.68** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

STEVE MILLER
5129 AMESTOY AVE
Encino, CA 91316

Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Gift cards, movie passes and/or merchandise
vouchers

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.69** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

Sylvia De Leon
one_silly1@yahoo.com

Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Gift cards, movie passes and/or merchandise
vouchers

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.70** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

The Dennc Channel
guillmenodayna@gmail.com

Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Gift cards, movie passes and/or merchandise
vouchers

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Pacific Theatres Exhibition Corp.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.71 | Priority creditor's name and mailing address<br>**Tracy Boccalatte**<br>tboccalatte@conejousd.org | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Gift cards, movie passes and/or merchandise vouchers** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.72 | Priority creditor's name and mailing address<br>**U.S. SECURITIES & EXCHANGE COMMISSION**<br>**ATTN: BANKRUPTCY COUNSEL**<br>**444 SOUTH FLOWER ST., STE 900**<br>**LOS ANGELES, CA 90071-9591** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**TAXING AUTHORITY** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.73 | Priority creditor's name and mailing address<br>**U.S. SMALL BUSINESS ADMINISTRATION**<br>**OFFICE OF GENERAL COUNSEL**<br>**312 NORTH SPRING ST., 5TH FLOOR**<br>**LOS ANGELES, CA 90012** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**TAXING AUTHORITY** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.74 | Priority creditor's name and mailing address<br>**UNITED STATES TRUSTEE**<br>**915 WILSHIRE BLVD., STE. 1850**<br>**LOS ANGELES, CA 90017** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**TAXING AUTHORITY** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,994.77 | $5,994.77 |
|---|---|---|---|---|

**VILLAGE OF GLENVIEW**
**1225 WAUKEGAN ROAD**
**GLENVIEW, IL 60025**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**2020-2021**

Basis for the claim:
**SALES & USE TAX, LIQUOR LICENSE,**
**AMUSEMENT TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Winnie Eshou**
**winnieeshou@icloud.com**

Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Gift cards, movie passes and/or merchandise**
**vouchers**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,382.57 |
|---|---|---|---|

**101 DISTRIBUTION LLC**
**335 N MAPLE DRIVE, SUITE 340**
**BEVERLY HILLS, CA 90210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Q1 - Q2 2020**

Last 4 digits of account number _

Basis for the claim: **FILM RENT**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,879.17 |
|---|---|---|---|

**1515 N HALSTED LLC**
**C/O STRUCTURED DEVELOPMENT, LLC**
**211 N. CLINTON, SUITE 3S**
**CHICAGO, IL 60661**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number _

Basis for the claim: **RENT**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,000.00 |
|---|---|---|---|

**4454 VAN NUYS, LLC**
**4454 VAN NUYS BLVD., #212A**
**SHERMAN OAKS, CA 91403**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number _

Basis for the claim: **RENT**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **Pacific Theatres Exhibition Corp.**                          Case number (if known) _____
        Name

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50.00**
A BETTER CHICAGO
600 W VAN BUREN ST, STE 510
CHICAGO, IL 60607
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred  **2016-2020**

Basis for the claim:  **CUSTOMER REFUND**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,990.80**
A PLUS R INC
1318 E. 7TH STREET, SUITE 100
LOS ANGELES, CA 90021
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred  **2020-2021**

Basis for the claim:  **SUPPLIER**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$28,730.34**
A24 FILMS LLC
31 W 27TH ST
NEW YORK, NY 10001
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred  **Q1 - Q2 2020**

Basis for the claim:  **FILM RENT**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☒ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$620.20**
AAMP STUDIO
ANDREW ASHEY
131 BEACON STREET
PORTLAND, ME 04103
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred  **2020-2021**

Basis for the claim:  **SUPPLIER**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,307.58**
AARON POGUE
PO BOX 93608
LOS ANGELES, CA 90093
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred  **2020-2021**

Basis for the claim:  **SUPPLIER**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,769.78**
ABC IMAGING OF WASHINGTON, INC.
SUITE 300 5290 SHAWNEE ROAD
ALEXANDRIA, VA 22312
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred  **2020-2021**

Basis for the claim:  **MARKETING**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$229.00**
ABM INDUSTRIES, INC
9099 WASHINGTON BLVD
CULVER CITY, CA 90232
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred  **2020-2021**

Basis for the claim:  **SUPPLIER**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) |
|--------|---------------------------------------|-------------------------|
| | Name | |

**3.11**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,197.00 |
|---|---|---|
| **ABM PARKING SERVICES** | ☐ Contingent | |
| **15301 VENTURA BOULEVARD, SUITE 360** | ☐ Unliquidated | |
| **SHERMAN OAKS, CA 91403** | ☐ Disputed | |
| Date(s) debt was incurred _2020-2021_ | Basis for the claim: _SUPPLIER_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.12**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **ABREGO, CHRISTOPHER** | ☐ Contingent | |
| **729 E CHEVY CHASE D** | ☐ Unliquidated | |
| **GLENDALE, CA 91205** | ☐ Disputed | |
| Date(s) debt was incurred _12/26/2019_ | Basis for the claim: _FORMER EMPLOYEE_ | |
| Last 4 digits of account number _3680_ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.13**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **ABREU, MICHAEL** | ☐ Contingent | |
| **12 HILTON ST** | ☐ Unliquidated | |
| **BOSTON, MA 02136** | ☐ Disputed | |
| Date(s) debt was incurred _12/26/2019_ | Basis for the claim: _FORMER EMPLOYEE_ | |
| Last 4 digits of account number _0986_ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.14**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $254.40 |
|---|---|---|
| **AC BEVERAGE INC** | ☐ Contingent | |
| **1993-7 MORELAND PARKWAY, SUITE 7** | ☐ Unliquidated | |
| **ANNAPOLIS, MD 21401** | ☐ Disputed | |
| Date(s) debt was incurred _2020-2021_ | Basis for the claim: _SUPPLIER_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.15**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **ACE BEVERAGE CO** | ☐ Contingent | |
| **401 S ANDERSON ST** | ☐ Unliquidated | |
| **LOS ANGELES, CA 90033** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _SUPPLIER_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.16**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **ACEVEDO, ANGEL S.** | ☐ Contingent | |
| **13240 PARKLAND CIRCLE** | ☐ Unliquidated | |
| **SYLMAR, CA 91342** | ☐ Disputed | |
| Date(s) debt was incurred _12/26/2019_ | Basis for the claim: _FORMER EMPLOYEE_ | |
| Last 4 digits of account number _0233_ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.17**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **ACEVEDO, WALTER** | ☐ Contingent | |
| **49 PAINTER ST** | ☐ Unliquidated | |
| **PASADENA, CA 91103** | ☐ Disputed | |
| Date(s) debt was incurred _12/26/2019_ | Basis for the claim: _FORMER EMPLOYEE_ | |
| Last 4 digits of account number _0498_ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.18** Nonpriority creditor's name and mailing address
**ACS ENTERPRISES, INC. DBA ACS**
**PO BOX 810**
**WALNUT, CA 91788**

Date(s) debt was incurred __2020-2021__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __JANITORIAL__

Is the claim subject to offset? ■ No ☐ Yes

$726,449.01

---

**3.19** Nonpriority creditor's name and mailing address
**ADAMS, MICHEALA L.**
**7517 S TRUMBULL**
**CHICAGO, IL 60652**

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __0179__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.20** Nonpriority creditor's name and mailing address
**AEP ENERGY**
**PO 6329**
**CAROL STREAM, IL 60197-6329**

Date(s) debt was incurred __2020__

Last 4 digits of account number __7975__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __UTILITIES__

Is the claim subject to offset? ■ No ☐ Yes

$144,000.00

---

**3.21** Nonpriority creditor's name and mailing address
**AGPAOA, CHRISTIAN W.**
**21501 ROSCOE BLVD**
**CANOGA PARK, CA 91304**

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __5077__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.22** Nonpriority creditor's name and mailing address
**AGUILAR, SANDRA P.**
**2055 W 31ST STREET**
**LOS ANGELES, CA 90018**

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __0134__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.23** Nonpriority creditor's name and mailing address
**AGUILERA, CRYSTAL E.**
**4931 W 132ND ST.**
**HAWTHORNE, CA 90250**

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __0904__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.24** Nonpriority creditor's name and mailing address
**AGUIRRE, ERIK F.**
**1242 SANBORN AVE**
**LOS ANGELES, CA 90029**

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __5419__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.25** | Nonpriority creditor's name and mailing address
**AGUSTIN, CYNTHIA P.**
16221 CORNUTA AVE. 5
BELLFLOWER, CA 90706

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **5495**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.26** | Nonpriority creditor's name and mailing address
**AHEARN, CONOR**
3326 BUEHLER COURT
OLNEY, MD 20832

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **4093**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.27** | Nonpriority creditor's name and mailing address
**AINOOSON, TERRAL J.**
40 HARDING TERRACE #2
DEDHAM, MA 02026

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **1205**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.28** | Nonpriority creditor's name and mailing address
**AIRGAS - WEST**
PO BOX 7423
PASADENA, CA 91109

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.29** | Nonpriority creditor's name and mailing address
**AIRGAS USA LLC**
PO BOX 734673
DALLAS, TX 75373-4673

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ■ No ☐ Yes

**$21,700.35**

---

**3.30** | Nonpriority creditor's name and mailing address
**AIRGAS USA, LLC D/B/A AIRGAS**
**NATIONAL CA**
PO BOX 734673
DALLAS, TX 75373-4673

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number **6975**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ■ No ☐ Yes

**$26,121.87**

---

**3.31** | Nonpriority creditor's name and mailing address
**ALARCON, ALEXANDER A.**
9606 HASKELL AVE
NORTH HILLS, CA 91343

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **2172**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.32** Nonpriority creditor's name and mailing address

**ALARCON, VANESSA**
**420 WEST 57TH STREET**
**LOS ANGELES, CA 90037**

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  2922

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.33** Nonpriority creditor's name and mailing address

**ALBA JR., SALVADOR**
**11049 S GREVILLEA AVE.**
**INGLEWOOD, CA 90304**

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  0752

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.34** Nonpriority creditor's name and mailing address

**ALBAN, GINO C.**
**4919 LOUISE ST**
**SKOKIE, IL 60077**

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  0265

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.35** Nonpriority creditor's name and mailing address

**ALBREGTS, ALEXANDER P.**
**55 WARREN AVE #1**
**BOSTON, MA 02116**

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  1184

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.36** Nonpriority creditor's name and mailing address

**ALCALA, CINDY S.**
**6541 LEMON AVE**
**LONG BEACH, CA 90805**

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  0409

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.37** Nonpriority creditor's name and mailing address

**ALDERETE, NOAH P.**
**6305 YUCCA ST.**
**LOS ANGELES, CA 90028**

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  4992

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.38** Nonpriority creditor's name and mailing address

**ALENCASTRO, WENDY**
**530 E PLEASANT ST APT 2**
**LONG BEACH, CA 90805**

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  2846

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) | |
|--------|-----------------------------------|------------------------|--|
| | Name | | |

**3.39**

Nonpriority creditor's name and mailing address
**ALEXANDER, JEREMY M.**
**3559 S. COCHRAN AVENUE**
**LOS ANGELES, CA 90016**

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __4911__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

**3.40**

Nonpriority creditor's name and mailing address
**ALEXANDER, RACHEL N.**
**APT 6 1824 N GRAMERCY PLACE**
**LOS ANGELES, CA 90028**

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __0948__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

**3.41**

Nonpriority creditor's name and mailing address
**ALEXANDER, YOLANDA X.**
**3207 W. ADAMS BLVD**
**LOS ANGELES, CA 90018**

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __0773__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

**3.42**

Nonpriority creditor's name and mailing address
**ALEXANDRA LYNN WHISNANT**
**26 WYATT STREET**
**SOMERVILLE, CA 02143**

Date(s) debt was incurred __2020-2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __MARKETING__

Is the claim subject to offset? ■ No  ☐ Yes

$1,000.00

**3.43**

Nonpriority creditor's name and mailing address
**ALEXIS FLEISIG**
**1031 OBERLIN DRIVE**
**GLENDALE, CA 91205**

Date(s) debt was incurred __2020-2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __MARKETING__

Is the claim subject to offset? ■ No  ☐ Yes

$8,600.00

**3.44**

Nonpriority creditor's name and mailing address
**ALFARO, FLOR**
**423 N. NORTON AVE.**
**LOS ANGELES, CA 90004**

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __0846__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

**3.45**

Nonpriority creditor's name and mailing address
**ALFRED, SHAELYNN**
**7300 LANKERSHIM BLVD APT#238**
**NORTH HOLLYWOOD, CA 91605**

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __5458__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.46** Nonpriority creditor's name and mailing address
ALI, HATEM
451 RIVERDALE DR
GLENDALE, CA 91204

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  2298

As of the petition filing date, the claim is: Check all that apply.    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.47** Nonpriority creditor's name and mailing address
ALKAZIAN, TREVOR M.
17351 MAYALL STREET
NORTHRIDGE, CA 91325

Date(s) debt was incurred  3/6/2020

Last 4 digits of account number  5313

As of the petition filing date, the claim is: Check all that apply.    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.48** Nonpriority creditor's name and mailing address
ALLAN CONSTRUCTION, LLC
C/O EMANUEL N. BARDANIS
CORWIN & CORWIN LLP
600 UNICORN PARK DRIVE, 2ND FLOOR
WOBUM, MA 01801

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.    Unknown
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  SUPPLIER/CONTRACTOR

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.49** Nonpriority creditor's name and mailing address
ALLEN JR, HENRY L.
36 RECTOR ROAD
MATTAPAN, MA 02126

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  0991

As of the petition filing date, the claim is: Check all that apply.    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.50** Nonpriority creditor's name and mailing address
ALLEN, DANIEL J.
1301 N. ALTA VISTA BLVD.
WEST HOLLYWOOD, CA 90046

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  4265

As of the petition filing date, the claim is: Check all that apply.    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.51** Nonpriority creditor's name and mailing address
ALLEN, LUCAS M.
8702 ROSEWOOD AVE.
WEST HOLLYWOOD, CA 90048

Date(s) debt was incurred  2/21/2020

Last 4 digits of account number  1365

As of the petition filing date, the claim is: Check all that apply.    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.52** Nonpriority creditor's name and mailing address
ALLEN, MATTHEW Z.
911 E HYDE PARK BLVD. UNIT B
INGLEWOOD, CA 90302

Date(s) debt was incurred  1/10/2020

Last 4 digits of account number  1313

As of the petition filing date, the claim is: Check all that apply.    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Pacific Theatres Exhibition Corp.**                    Case number (if known)
        Name

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**ALLIED INTEGRATED MARKETING**
6908 HOLLYWOOD BLVD
HOLLYWOOD, CA 90028

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-2021**

Basis for the claim: **SUPPLIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,050.00 |
|---|---|---|---|

**ALLIED INTEGRATED MARKETING**
6908 HOLLYWOOD BLVD, 3RD FLOOR
HOLLYWOOD, CA 90028

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016-2020**

Basis for the claim: **CUSTOMER REFUND**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALLIED UNIVERSAL COMPANY**
**US SECURITY ASSOCIATES INC**
PO BOX 931703
ATLANTA, GA 31193

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **SUPPLIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALLISON, ALYNA E.**
818 PAUL DR.
PORT HUENEME, CA 93041

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/26/2019**

Basis for the claim: **FORMER EMPLOYEE**

Last 4 digits of account number **0609**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALVA, RYAN W.**
11047 OTSEGO ST
NORTH HOLLYWOOD, CA 91601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/26/2019**

Basis for the claim: **FORMER EMPLOYEE**

Last 4 digits of account number **4087**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALVARADO CASTRO, ROSANA**
9 ESMOND CT
GERMANTOWN, MD 20874

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/26/2019**

Basis for the claim: **FORMER EMPLOYEE**

Last 4 digits of account number **5209**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALVARADO, JACOB D.**
15258 GRESHAM ST
NORTH HILLS, CA 91343

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/26/2019**

Basis for the claim: **FORMER EMPLOYEE**

Last 4 digits of account number **1073**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Pacific Theatres Exhibition Corp.**                                  Case number (if known)
         Name

| | | |
|---|---|---|
| **3.60** | Nonpriority creditor's name and mailing address<br>ALVARADO, JAMES M.<br>17607 BURTON STREET<br>NORTHRIDGE, CA 91325 | As of the petition filing date, the claim is: *Check all that apply.*   $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred **12/26/2019** | Basis for the claim: **FORMER EMPLOYEE** |
| | Last 4 digits of account number **5099** | Is the claim subject to offset? ■ No  ☐ Yes |
| **3.61** | Nonpriority creditor's name and mailing address<br>ALVAREZ, ARIANNEE J.<br>14501 TUPPER ST. 16<br>PANORAMA CITY, CA 91402 | As of the petition filing date, the claim is: *Check all that apply.*   $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred **12/26/2019** | Basis for the claim: **FORMER EMPLOYEE** |
| | Last 4 digits of account number **5085** | Is the claim subject to offset? ■ No  ☐ Yes |
| **3.62** | Nonpriority creditor's name and mailing address<br>ALVENO, ZACHARY M.<br>4157 YORK BLVD<br>LOS ANGELES, CA 90065 | As of the petition filing date, the claim is: *Check all that apply.*   $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred **12/26/2019** | Basis for the claim: **FORMER EMPLOYEE** |
| | Last 4 digits of account number **5353** | Is the claim subject to offset? ■ No  ☐ Yes |
| **3.63** | Nonpriority creditor's name and mailing address<br>AMAZON CAPITAL SERVICES, INC<br>PO BOX 035184<br>SEATTLE, WA 98124-5184 | As of the petition filing date, the claim is: *Check all that apply.*   $18,099.12<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred **2020-2021** | Basis for the claim: **SUPPLIER** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |
| **3.64** | Nonpriority creditor's name and mailing address<br>AMAZON CONTENT SERVICES, LLC<br>PO BOX 84188<br>SEATTLE, WA 98124-5488 | As of the petition filing date, the claim is: *Check all that apply.*   $7,896.53<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred **Q1 - Q2 2020** | Basis for the claim: **FILM RENT** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |
| **3.65** | Nonpriority creditor's name and mailing address<br>AMBAK, ARISHARASA M.<br>5531 FULCHER AVENUE<br>LOS ANGELES, CA 91601 | As of the petition filing date, the claim is: *Check all that apply.*   $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred **12/26/2019** | Basis for the claim: **FORMER EMPLOYEE** |
| | Last 4 digits of account number **1147** | Is the claim subject to offset? ■ No  ☐ Yes |
| **3.66** | Nonpriority creditor's name and mailing address<br>AMERICAN SOCIETY OF COMPOSERS<br>1900 BROADWAY 7TH FLOOR<br>NEW YORK, NY 10023 | As of the petition filing date, the claim is: *Check all that apply.*   $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: **SUPPLIER** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

AMPS ELECTRIC, INC.
C/O SCOTT C. GLADSTONE
822 BOYLSTON ST. #300
CHESTNUT HILL, MA 02467

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **SUPPLIER/CONTRACTOR**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.68** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

ANCHETA, JEREMIAH V.
205 W CHESTNUT ST.
GLENDALE, CA 91204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/26/2019**

Basis for the claim: **FORMER EMPLOYEE**

Last 4 digits of account number **0602**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.69** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

ANDRADE GARCIA, ARIADNA M.
5 GLASSWORKS AVE
CAMBRIDGE, MA 02141

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/26/2019**

Basis for the claim: **FORMER EMPLOYEE**

Last 4 digits of account number **1105**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

ANDRADE-VARGAS, IGNACIO J.
300 E DRYDEN ST
GLENDALE, CA 91207

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/26/2019**

Basis for the claim: **FORMER EMPLOYEE**

Last 4 digits of account number **0291**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

ANG, WEI-JUN M.
18560 VINCENNES ST
NORTHRIDGE, CA 91324

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/26/2019**

Basis for the claim: **FORMER EMPLOYEE**

Last 4 digits of account number **0164**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

ANGELIKIS, ALEXANDER J.
5312 CORTEEN PLACE
VALLEY VILLAGE, CA 91607

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/26/2019**

Basis for the claim: **FORMER EMPLOYEE**

Last 4 digits of account number **4359**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

ANGUIANO, DANIEL A.
20800 ROSCOE BLVD
WINNETKA, CA 91306

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/26/2019**

Basis for the claim: **FORMER EMPLOYEE**

Last 4 digits of account number **0679**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) |
|---|---|---|
| | Name | |

**3.74** Nonpriority creditor's name and mailing address
ANTONIO, HADLAI
2282 CAMBRIDGE ST.
LOS ANGELES, CA 90006

Date(s) debt was incurred 12/26/2019
Last 4 digits of account number 0186

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

**3.75** Nonpriority creditor's name and mailing address
AO REED CO INC
4777 RUFFNER ST
SAN DIEGO, CA 92111

Date(s) debt was incurred 2020-2021
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: SUPPLIER

Is the claim subject to offset? ■ No  ☐ Yes

$1,694.54

**3.76** Nonpriority creditor's name and mailing address
AOR INCORPORATED
1020 CHEROKEE ST
DENVER, CO 80204

Date(s) debt was incurred 2020-2021
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: MARKETING

Is the claim subject to offset? ■ No  ☐ Yes

$4,000.00

**3.77** Nonpriority creditor's name and mailing address
AQUINO, GERMAN
544 S OXFORD AVE APT 5
LOS ANGELES, CA 90020

Date(s) debt was incurred 2/10/2020
Last 4 digits of account number 1051

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

**3.78** Nonpriority creditor's name and mailing address
ARAMBULO, ANNIKA A.
1389 MARENGO AVE.
PASADENA, CA 91103

Date(s) debt was incurred 12/26/2019
Last 4 digits of account number 4136

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

**3.79** Nonpriority creditor's name and mailing address
ARBAIZA PEREZ, ALEX
89 ORANGE ST
CHELSEA, MA 02150

Date(s) debt was incurred 12/26/2019
Last 4 digits of account number 1004

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

**3.80** Nonpriority creditor's name and mailing address
AREEPONG, TOMMY
3136 GARDEN AVE
LOS ANGELES, CA 90039

Date(s) debt was incurred 12/26/2019
Last 4 digits of account number 3007

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.81** | Nonpriority creditor's name and mailing address
ARENAS SOTO, SILVIA
1265 KENISTON AVE.
LOS ANGELES, CA 90019

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **1490**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.82** | Nonpriority creditor's name and mailing address
ARIAS, ASHLEY J.
6620 SHERMAN WAY
BELL, CA 90201

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **0850**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.83** | Nonpriority creditor's name and mailing address
ARMOUR, ALBERT E.
950 S ST. ANDREWS PL 301
LOS ANGELES, CA 90019

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **0878**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.84** | Nonpriority creditor's name and mailing address
ARNOLD, DEMI
848 MANZANITA AVENUE
PASADENA, CA 91103

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **1338**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.85** | Nonpriority creditor's name and mailing address
ARREOLA, LUZ D.
6040 JOHN AVE.
LONG BEACH, CA 90805

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **4457**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.86** | Nonpriority creditor's name and mailing address
ARRIAGA, LESLIE Y.
4620 LINCOLN AVE
BELTSVILLE, MD 20705

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **0926**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.87** | Nonpriority creditor's name and mailing address
ARROYO, ANGELICA M.
9 EVERETT ST
EVERETT, MA 02149

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **1185**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.88** | Nonpriority creditor's name and mailing address
**ARROYO, VICTOR M.**
**755 SOUTH MOTT**
**LOS ANGELES, CA 90023**

Date(s) debt was incurred **12/26/2019**
Last 4 digits of account number **2541**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.89** | Nonpriority creditor's name and mailing address
**ARSENIS, IOANNIS**
**4601 NORTH PARK AVENUE 207**
**CHEVY CHASE, MD 20815**

Date(s) debt was incurred **12/26/2019**
Last 4 digits of account number **3707**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.90** | Nonpriority creditor's name and mailing address
**ART RODRIQUEZ AND ASSOCIATES**
**444 E. HUNTINGTON DR, STE 208**
**ARCADIA, CA 91006**

Date(s) debt was incurred **2020-2021**
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ■ No  ☐ Yes

$3,475.00

---

**3.91** | Nonpriority creditor's name and mailing address
**ARTEAGA, JIMMY**
**1337 ALBANY ST APT 13**
**LOS ANGELES, CA 90015**

Date(s) debt was incurred **12/26/2019**
Last 4 digits of account number **2161**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.92** | Nonpriority creditor's name and mailing address
**ASHCROFT, THOMAS M.**
**4307 N. FRANCISCO 3H**
**CHICAGO, IL 60618**

Date(s) debt was incurred **12/26/2019**
Last 4 digits of account number **3076**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.93** | Nonpriority creditor's name and mailing address
**ASSEFA, RUTH**
**3258 MOHICAN AVE**
**SAN DIEGO, CA 92117**

Date(s) debt was incurred **12/26/2019**
Last 4 digits of account number **0508**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.94** | Nonpriority creditor's name and mailing address
**ASTORGA, DAYANARA**
**5904 PIEDMONT AVE**
**LOS ANGELES, CA 90042**

Date(s) debt was incurred **12/26/2019**
Last 4 digits of account number **0246**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,638.50 |
|---|---|---|---|

**ASTRALITE INC.**
**20 POCONO ROAD**
**BROOKFIELD, CT 06804**

Date(s) debt was incurred  2020-2021

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  SUPPLIER

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90.73 |
|---|---|---|---|

**AT&T**
**PO BOX 5019**
**CAROL STREAM, IL 60197**

Date(s) debt was incurred  2020-2021

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  IT

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $193.02 |
|---|---|---|---|

**AT&T**
**PO BOX 5014**
**CAROL STREAM, IL 60197**

Date(s) debt was incurred  2020-2021

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  SUPPLIER

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,154.08 |
|---|---|---|---|

**AT&T**
**PO BOX 5080**
**CAROL STREAM, IL 60197**

Date(s) debt was incurred  2020-2021

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  SUPPLIER

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,337.00 |
|---|---|---|---|

**AT&T**
**PO BOX 5025**
**CAROL STREAM, IL 60197**

Date(s) debt was incurred  2020-2021

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  SUPPLIER

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,098.84 |
|---|---|---|---|

**ATLANTIC IMPORTING COMPANY, INC**
**350 HOPPING BROOK ROAD**
**HOLLISTON, MA 01746**

Date(s) debt was incurred  2020-2021

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  SUPPLIER

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AUSTRIE, HESFORD**
**10236 BETTY LOU LANE**
**TUJUNGA, CA 91042**

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  2702

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | Pacific Theatres Exhibition Corp. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.102** | Nonpriority creditor's name and mailing address
AVALOS, DANIEL C.
1112 E 118TH PLACE
LOS ANGELES, CA 90059

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **4636**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.103** | Nonpriority creditor's name and mailing address
AVILA, ADA M.
3311 RETA ST.
LA CRESCENTA, CA 91214

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **1100**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.104** | Nonpriority creditor's name and mailing address
AVILA, ISAAC
2407 DASHWOOD ST
LAKEWOOD, CA 90712

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **1160**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.105** | Nonpriority creditor's name and mailing address
AVILES, ADAM
1001 E. 76TH STREET
LOS ANGELES, CA 90001

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **4918**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.106** | Nonpriority creditor's name and mailing address
AYALA, DENNYS L.
10 RIDGEWAY STREET
LYNN, MA 01902

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **1191**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.107** | Nonpriority creditor's name and mailing address
AYALA, JACOB R.
5839 THORN STREET
SAN DIEGO, CA 92105

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **5510**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.108** | Nonpriority creditor's name and mailing address
AYALA, JAIRO
4945 NORTH KEDVALE AVENUE
CHICAGO, IL 60630

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **1169**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**AZEVEDO, EMERY**
6305 YUCCA ST
LOS ANGELES, CA 90028

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __5004__

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | | $0.00 |
|---|---|---|---|

**BACASIGALA, JENNIFER**
2041 N ALVARADO ST
LOS ANGELES, CA 90039

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __5344__

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | | $0.00 |
|---|---|---|---|

**BAIN, GRANTLEY B.**
3748 1/2 DALTON AVE
LOS ANGELES, CA 90018

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __0936__

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | | $0.00 |
|---|---|---|---|

**BAIRES, NELSON**
10817 AQUEDUCT AVE.
GRANADA HILLS, CA 91344

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __4604__

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | | $0.00 |
|---|---|---|---|

**BALATICO, SHELDEN R.**
7130 HOLLYWOOD BLVD
LOS ANGELES, CA 90046

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __1045__

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | | $0.00 |
|---|---|---|---|

**BALDERAS, AXEL**
361 ADENA ST
PASADENA, CA 91104

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __4676__

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | | $206.70 |
|---|---|---|---|

**BALDINOS LOCK & KEY SERVICE INC**
PO BOX 1417
NEWINGTON, VA 22122

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020-2021__

Last 4 digits of account number __

Basis for the claim: __SUPPLIER__

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.116** | Nonpriority creditor's name and mailing address
**BALDOR BOSTON, LLC**
**130 EASTERN AVENUE**
**CHELSEA, MA 02150**

Date(s) debt was incurred __2020-2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __SUPPLIER__

Is the claim subject to offset? ■ No  ☐ Yes

**$559.00**

---

**3.117** | Nonpriority creditor's name and mailing address
**BALKIND, CHLOE**
**18 SOUTHERN AVE**
**WEYMOUTH, MA 02188**

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __1188__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.118** | Nonpriority creditor's name and mailing address
**BALTAZAR, ROMAN B.**
**1835 260TH STREET**
**LOMITA, CA 90717**

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __0424__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.119** | Nonpriority creditor's name and mailing address
**BAPTISTA, BAILEY J.**
**20754 EAST MILL LANE**
**DIAMOND BAR, CA 91789**

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __2908__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.120** | Nonpriority creditor's name and mailing address
**BAR SUPPLY, INC**
**8950 W OLYMPIC BLVD**
**BEVERLY HILLS, CA 90211**

Date(s) debt was incurred __2020-2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __SUPPLIER__

Is the claim subject to offset? ■ No  ☐ Yes

**$373.72**

---

**3.121** | Nonpriority creditor's name and mailing address
**BARAHONA, CHRISTOPHER D.**
**13221 SUPERIOR ST.**
**ROCKVILLE, MD 20853**

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __1310__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.122** | Nonpriority creditor's name and mailing address
**BARAN, ERIC R.**
**23304 ADOLPH AVE.**
**TORRANCE, CA 90505**

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __1077__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) | |
|--------|-----------------------------------|------------------------|--|
| | Name | | |

**3.123** | Nonpriority creditor's name and mailing address
BARBOSA, STEVE
13540 HUBBARD ST. 4
SYLMAR, CA 91342

Date(s) debt was incurred **12/26/2019**
Last 4 digits of account number **3685**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.124** | Nonpriority creditor's name and mailing address
BARRANGER, BEN
3708 MANOR ROAD APT 4
CHEVY CHASE, MD 20815

Date(s) debt was incurred **12/26/2019**
Last 4 digits of account number **5462**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.125** | Nonpriority creditor's name and mailing address
BARRAZA, GABRIEL S.
11501 DELANO ST
NORTH HOLLYWOOD, CA 91606

Date(s) debt was incurred **12/26/2019**
Last 4 digits of account number **4468**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.126** | Nonpriority creditor's name and mailing address
BARRERA, PERLA
4337 CYPRESS AVE
EL MONTE, CA 91731

Date(s) debt was incurred **12/26/2019**
Last 4 digits of account number **5390**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.127** | Nonpriority creditor's name and mailing address
BARRETT, IRIS C.
80 BOYLSTON ST.
BOSTON, MA 02116

Date(s) debt was incurred **12/26/2019**
Last 4 digits of account number **1080**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.128** | Nonpriority creditor's name and mailing address
BARRIENTOS, DEMI
340 NORMANDIE PL
LOS ANGELES, CA 90004

Date(s) debt was incurred **12/26/2019**
Last 4 digits of account number **1578**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.129** | Nonpriority creditor's name and mailing address
BATAA, JARGALSAIKHAN
932 BUCCANEER DR APT A
GLENVIEW, IL 60026

Date(s) debt was incurred **12/26/2019**
Last 4 digits of account number **3305**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.130**   Nonpriority creditor's name and mailing address
BATES, ANTHONY E.
20954 VANOWEN ST.
CANOGA PARK, CA 91303

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __3702__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

**3.131**   Nonpriority creditor's name and mailing address
BAUMGARDNER, TYLER J.
61 E 21ST STREET
CHICAGO, IL 60610

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __0301__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

**3.132**   Nonpriority creditor's name and mailing address
BAUTISTA, VHINCE F.
2254 ELMGROVE ST
LOS ANGELES, CA 90031

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __0943__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

**3.133**   Nonpriority creditor's name and mailing address
BEGALKA, SUMMER B.
4210 SARAH ST.
BURBANK, CA 91505

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __1026__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

**3.134**   Nonpriority creditor's name and mailing address
BEHRENS, CHRISTOPHER
9047 HUBBARD ST
CULVER CITY, CA 90232

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __4118__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

**3.135**   Nonpriority creditor's name and mailing address
BENAVIDES, MARILYN A.
2477 N OLIVE AVE
ALTADENA, CA 91001

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __5526__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

**3.136**   Nonpriority creditor's name and mailing address
BENKOVIC, JORGE A.
14480 JUDD ST
ARLETA, CA 91331

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __0811__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.137** | Nonpriority creditor's name and mailing address
BERNARD, JESSICA L.
8741 DARBY AVE  STE #1
NORTHRIDGE, CA 91325

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **1242**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset?  ■ No   ☐ Yes

**$0.00**

---

**3.138** | Nonpriority creditor's name and mailing address
BERRIOS, ALEXANDER
576 FRESH MEADOWS RD
SIMI VALLEY, CA 93065

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **4004**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset?  ■ No   ☐ Yes

**$0.00**

---

**3.139** | Nonpriority creditor's name and mailing address
BERRY, JORDAN
14360 VALERIO ST
VAN NUYS, CA 91405

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **1343**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset?  ■ No   ☐ Yes

**$0.00**

---

**3.140** | Nonpriority creditor's name and mailing address
BERRY, NATHAN H.
1509 WILCOX AVE 100
LOS ANGELES, CA 90028

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **4602**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset?  ■ No   ☐ Yes

**$0.00**

---

**3.141** | Nonpriority creditor's name and mailing address
BESTMARK,  INC
5500 FELTL RD
MINNETONKA, MN 55343

Date(s) debt was incurred  **2020-2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **MARKETING**

Is the claim subject to offset?  ■ No   ☐ Yes

**$8,810.44**

---

**3.142** | Nonpriority creditor's name and mailing address
BEVILL, SAM
10757 HORTENSE ST #116
TOLUCA LAKE, CA 91602

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **1091**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset?  ■ No   ☐ Yes

**$0.00**

---

**3.143** | Nonpriority creditor's name and mailing address
BIGELOW, CHASE
3420 CASITAS AVE
ATWATER VILLAGE, CA 90039

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **5401**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset?  ■ No   ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor   **Pacific Theatres Exhibition Corp.**
_____       Case number (if known) _____
Name

---

**3.144** | Nonpriority creditor's name and mailing address
**BIGLETE, JEFFREY**
**8869 REVELSTOKE WAY**
**SAN DIEGO, CA 92126**

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **3608**

As of the petition filing date, the claim is: Check all that apply.       **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.145** | Nonpriority creditor's name and mailing address
**BILL'S SOUND & SECURITY**
**3190-C AIRPORT LOOP DR**
**COSTA MESA, CA 92626**

Date(s) debt was incurred  **2020-2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.       **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.146** | Nonpriority creditor's name and mailing address
**BIN UMAR, TARIQ**
**300 WEST AVENUE 37**
**LOS ANGELES, CA 90065**

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **1273**

As of the petition filing date, the claim is: Check all that apply.       **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.147** | Nonpriority creditor's name and mailing address
**BISHOP, JOSHUA**
**6213 WHITSETT AVE R**
**NORTH HOLLYWOOD, CA 91606**

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **4804**

As of the petition filing date, the claim is: Check all that apply.       **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.148** | Nonpriority creditor's name and mailing address
**BLACKHAWK NETWORK, INC.**
**PO BOX 932859**
**ATLANTA, GA 31193**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.       **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.149** | Nonpriority creditor's name and mailing address
**BLAIS, KARINA A.**
**439 CAMBRIDGE ST**
**ALLSTON, MA 02134**

Date(s) debt was incurred  **2/29/2020**

Last 4 digits of account number  **1370**

As of the petition filing date, the claim is: Check all that apply.       **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.150** | Nonpriority creditor's name and mailing address
**BLEECKER STREET MEDIA LLC**
**116 EAST 27TH ST., SUITE 1401**
**NEW YORK, NY 10016**

Date(s) debt was incurred  **Q1 - Q2 2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.       **$9,001.57**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FILM RENT**

Is the claim subject to offset? ☐ No  ■ Yes

---

Debtor    **Pacific Theatres Exhibition Corp.**                              Case number (if known)
_____
Name

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | BLOOM, ERIKA L. | ☐ Contingent | |
| | 150 BOYLSTON ST | ☐ Unliquidated | |
| | BOSTON, MA 02116 | ☐ Disputed | |
| | Date(s) debt was incurred _12/26/2019_ | Basis for the claim: _FORMER EMPLOYEE_ | |
| | Last 4 digits of account number _1058_ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,008.66 |
| | BLUE FOX ENTERTAINMENT 2 LLC | ☐ Contingent | |
| | SUITE 301 16027 VENTURA BLVD. | ☐ Unliquidated | |
| | ENCINO, CA 91436 | ☐ Disputed | |
| | Date(s) debt was incurred _Q1 - Q2 2020_ | Basis for the claim: _FILM RENT_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | BLUNTSON, KAI L. | ☐ Contingent | |
| | 10709 S. 8TH AVE. | ☐ Unliquidated | |
| | INGLEWOOD, CA 90303 | ☐ Disputed | |
| | Date(s) debt was incurred _12/26/2019_ | Basis for the claim: _FORMER EMPLOYEE_ | |
| | Last 4 digits of account number _4917_ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | BOBSIN, GUSTAV I. | ☐ Contingent | |
| | 8621 WILBUR AVENUE UNIT #4 | ☐ Unliquidated | |
| | NORTHRIDGE, CA 91324 | ☐ Disputed | |
| | Date(s) debt was incurred _12/26/2019_ | Basis for the claim: _FORMER EMPLOYEE_ | |
| | Last 4 digits of account number _4665_ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | BOCCI, GEENA A. | ☐ Contingent | |
| | 635 N NORMANDIE AVE | ☐ Unliquidated | |
| | LOS ANGELES, CA 90004 | ☐ Disputed | |
| | Date(s) debt was incurred _12/26/2019_ | Basis for the claim: _FORMER EMPLOYEE_ | |
| | Last 4 digits of account number _0970_ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | BOLANOS, JULIANNE | ☐ Contingent | |
| | 28508 VISTA TIERRA | ☐ Unliquidated | |
| | RANCHO PALOS VERDES, CA 90275 | ☐ Disputed | |
| | Date(s) debt was incurred _12/26/2019_ | Basis for the claim: _FORMER EMPLOYEE_ | |
| | Last 4 digits of account number _2749_ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | BOLIA, STEVE J. | ☐ Contingent | |
| | 1757 N ORANGE DR APT 406 | ☐ Unliquidated | |
| | LOS ANGELES, CA 90028 | ☐ Disputed | |
| | Date(s) debt was incurred _12/26/2019_ | Basis for the claim: _FORMER EMPLOYEE_ | |
| | Last 4 digits of account number _2442_ | Is the claim subject to offset? ☐ No  ☐ Yes | |

---

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.158** | Nonpriority creditor's name and mailing address
BONILLA, ANJEL
1514 RANDALL ST
GLENDALE, CA 91201

Date(s) debt was incurred __12/26/2019__
Last 4 digits of account number __1909__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.159** | Nonpriority creditor's name and mailing address
BONSKY, TYLER C.
4611 W 153RD ST
LAWNDALE, CA 90260

Date(s) debt was incurred __12/26/2019__
Last 4 digits of account number __0641__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.160** | Nonpriority creditor's name and mailing address
BORGIA, BRADLEY A.
1738 N RICHMOND ST
CHICAGO, IL 60647

Date(s) debt was incurred __12/26/2019__
Last 4 digits of account number __5094__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.161** | Nonpriority creditor's name and mailing address
BORREGO, BRIAN
2014 EASTLAKE AVE
LOS ANGELES, CA 90031

Date(s) debt was incurred __12/26/2019__
Last 4 digits of account number __1134__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.162** | Nonpriority creditor's name and mailing address
BORRELLI, RICHARD J.
456 SOUTH COCHRAN AVENUE APT. 402
LOS ANGELES, CA 90036

Date(s) debt was incurred __12/26/2019__
Last 4 digits of account number __0820__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.163** | Nonpriority creditor's name and mailing address
BOSTIC, JAYLEN N.
157 E. SPRUCE AVE
INGLEWOOD, CA 90301

Date(s) debt was incurred __12/26/2019__
Last 4 digits of account number __1281__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.164** | Nonpriority creditor's name and mailing address
BOUIMAD, RYAN K.
10945 ETIWANDA AVE
PORTER RANCH, CA 91326

Date(s) debt was incurred __12/26/2019__
Last 4 digits of account number __4721__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Pacific Theatres Exhibition Corp.** | | Case number *(if known)* | |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

**3.165** | Nonpriority creditor's name and mailing address
**BOW MARKET ENTERTAINMENT LLC**
**30 BOW STREET**
**SOMERVILLE, MA 02143**

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **MARKETING**

Is the claim subject to offset? ■ No ☐ Yes

$4,000.00

---

**3.166** | Nonpriority creditor's name and mailing address
**BOWLES, MORGAN A.**
**4632 VISTA DEL MONTE AVE**
**SHERMAN OAKS, CA 91403**

Date(s) debt was incurred **2/15/2020**

Last 4 digits of account number **1354**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.167** | Nonpriority creditor's name and mailing address
**BOX OFFICE ANALYST**
**801 W 47TH ST, SUITE 400**
**KANSAS CITY, MO 64112**

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ■ No ☐ Yes

$162.50

---

**3.168** | Nonpriority creditor's name and mailing address
**BOYLE, BRENDAN W.**
**1648 N FAIRFIELD AVE**
**CHICAGO, IL 60647**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **4393**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.169** | Nonpriority creditor's name and mailing address
**BRADLEY, AMANDA L.**
**17830 MERRIDY ST**
**NORTHRIDGE, CA 91325**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **1241**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.170** | Nonpriority creditor's name and mailing address
**BRAGG, CASSIDY**
**845 AVENUE M #10**
**SEASIDE, OR 97138**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **1719**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.171** | Nonpriority creditor's name and mailing address
**BRAITHWAITE, SHANAYAH**
**19535 TRANSHIRE ROAD**
**MONTGOMERY VILLAGE, MD 20086**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **4799**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.172** Nonpriority creditor's name and mailing address
BRAND BUREAU, LLC
224 CENTRE STREET
NEW YORK, NY 10013

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  SUPPLIER

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.173** Nonpriority creditor's name and mailing address
BRASS TAP BEVERAGE SYSTEMS, INC.
668 E NORTHWEST HWY
MT PROSPECT, IL 60056

Date(s) debt was incurred  2020-2021

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  SUPPLIER

Is the claim subject to offset? ■ No  ☐ Yes

$618.50

---

**3.174** Nonpriority creditor's name and mailing address
BRICKS, AARON
13271 ARVILA DR
VICTORVILLE, CA 92392

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  0991

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.175** Nonpriority creditor's name and mailing address
BRIER, JERRY
21025 LASSEN ST
CHATSWORTH, CA 91311

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  1153

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.176** Nonpriority creditor's name and mailing address
BRINK'S U.S., A DIVISION OF BRINK'S, INC
BRINK'S, INCORPORATED
555 DIVIDEND DRIVE
COPPELL, TX 75019

Date(s) debt was incurred  2020-2021

Last 4 digits of account number  43,525,968

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  SUPPLIER

Is the claim subject to offset? ■ No  ☐ Yes

$22,953.28

---

**3.177** Nonpriority creditor's name and mailing address
BROADWAY, JORDAN
14213 OAKPOINTE DR.
LAUREL, MD 20707

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  2060

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.178** Nonpriority creditor's name and mailing address
BROGER-MACKEY, RYAN J.
10114 LASAINE AVENUE
NORTHRIDGE, CA 91325

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  5166

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor    **Pacific Theatres Exhibition Corp.**                    Case number (if known)
Name

---

**3.179**  Nonpriority creditor's name and mailing address                                                    $662.50
BROOKLINE ICE COMPANY
225 SOUTHAMPTON STREET
BOSTON, MA 02118

Date(s) debt was incurred  2020-2021

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  SUPPLIER

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.180**  Nonpriority creditor's name and mailing address                                                    $35,770.67
BROSNAN RISK CONSULTANTS, LTD
SUITE 1538 ONE BLUE HILL PLAZA, 14T
PEARL RIVER, NY 10965

Date(s) debt was incurred  2020-2021

Last 4 digits of account number  293

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  SUPPLIER

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.181**  Nonpriority creditor's name and mailing address                                                    $0.00
BROWN, DEON D.
131 1/2 EAST 105TH ST. 131 1/2
LOS ANGELES, CA 90003

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  2843

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.182**  Nonpriority creditor's name and mailing address                                                    $0.00
BROWN, MARK E.
5853 FIDLER AVENUE
LAKEWOOD, CA 90712

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  1885

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.183**  Nonpriority creditor's name and mailing address                                                    $546.92
BRS MUSIC & SOUND,INC.
970 S. VIA RODEO
PLACENTIA, CA 92870

Date(s) debt was incurred  2020-2021

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  SUPPLIER

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.184**  Nonpriority creditor's name and mailing address                                                    $0.00
BRUEHL, KYLE
619 NORTH ROSE ST.
BURBANK, CA 91505

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  3325

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.185**  Nonpriority creditor's name and mailing address                                                    $750.00
BRYAN EXHAUST SERVICE, INC.
2808 N NAOMI ST
BURBANK, CA 91504

Date(s) debt was incurred  2020-2021

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  SUPPLIER

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Pacific Theatres Exhibition Corp.**
       Name        Case number (if known)

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BUCHHOLZ, FRANK**
5877 NEBRASKA AVENUE NW
WASHINGTON, DC 20015

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **2155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BUDA, ALEXANDER R.**
1440 S BEVERLY DRIVE
LOS ANGELES, CA 90035

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **5301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BUDZIK, KENNETH**
2233 STRAWBERRY LN
GLENVIEW, IL 60026-1345

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **1382**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,263,951.03 |
|---|---|---|---|

**BUENA VISTA PICTURES  LA**
PO BOX 732554
DALLAS, TX 75373

Date(s) debt was incurred  **Q1 - Q2 2020**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FILM RENT**

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55.82 |
|---|---|---|---|

**BURGER'S CABINET SHOP, INC**
45910 OLD OX ROAD
STERLING, VA 20166

Date(s) debt was incurred  **2020-2021**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $989.20 |
|---|---|---|---|

**BURKE DISTRIBUTING CORPORATION**
89 TEED DRIVE
RANDOLPH, MA 02368

Date(s) debt was incurred  **2020-2021**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BURNETT, NAQIY**
33 SYCAMORE DRIVE
BEACON, NY 12508

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **4591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BURNS, SOLOMON**
**9400 CORBIN AVE.**
**NORTHRIDGE, CA 91324**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  1280

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BURREL, ELECIA J.**
**709 E. WINDSOR RD**
**GLENDALE, CA 91205**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  1278

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**BUSINESS INTERIORS FLOORING**
**COVERING BUS**
**C/O BARRY S. SCHEER, LISA M. SCALISI**
**PARKER I SCHEER LLP**
**ONE CONSTITUTION CENTER**
**BOSTON, MA 02129**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  SUPPLIER/CONTRACTOR

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BUSTAMANTE, SANDRA**
**329 E. 35TH ST**
**LOS ANGELES, CA 90011**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  4675

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BUSTOS, FRANCISCO**
**653 N. MACLAY AVE B**
**SAN FERNANDO, CA 91340**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  2971

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,700.00 |
|---|---|---|---|

**BUTTER AND EGG ROAD USA INC.**
**252 7TH AVENUE #7N**
**NEW YORK, NY 10001**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  2020-2021

Last 4 digits of account number  _

Basis for the claim:  MARKETING

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,588.02 |
|---|---|---|---|

**BUY SMART LLC**
**333 H STREET SUITE 500**
**CHULA VISTA, CA 91910**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  2020-2021

Last 4 digits of account number  _

Basis for the claim:  SUPPLIER

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.200** Nonpriority creditor's name and mailing address
BYRNE, JAMES M.
7 PARK STREET
MELROSE, MA 02176

Date(s) debt was incurred 12/26/2019

Last 4 digits of account number 1108

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.201** Nonpriority creditor's name and mailing address
C CRETORS & CO
176 MITTEL DR
WOOD DALE, IL 60191

Date(s) debt was incurred 2020-2021

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: SUPPLIER

Is the claim subject to offset? ■ No  ☐ Yes

**$4,525.60**

---

**3.202** Nonpriority creditor's name and mailing address
CABALLERO, SHANIA
7900 FAIRCHILD AVENUE
WINNETKA, CA 91306

Date(s) debt was incurred 12/26/2019

Last 4 digits of account number 0899

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.203** Nonpriority creditor's name and mailing address
CABALLERO, SONIA N.
7900 FAIRCHILD AVE.
WINNETKA, CA 91306

Date(s) debt was incurred 12/26/2019

Last 4 digits of account number 2232

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.204** Nonpriority creditor's name and mailing address
CABANZA, RUSSEL M.
16620 DEVONSHIRE ST
GRANADA HILLS, CA 91344

Date(s) debt was incurred 12/26/2019

Last 4 digits of account number 0166

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.205** Nonpriority creditor's name and mailing address
CABRAL ESCOBEDO, YONELI
870 E OLD WILLOW RD APT 154
PROSPECT HEIGHTS, IL 60070

Date(s) debt was incurred 12/26/2019

Last 4 digits of account number 5492

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.206** Nonpriority creditor's name and mailing address
CABRERA, ANTHONY B.
3226 CONATA STREET
DUARTE, CA 91010

Date(s) debt was incurred 12/26/2019

Last 4 digits of account number 1567

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.207** Nonpriority creditor's name and mailing address
CALDERON, DANIEL A.
8119 RHODES AVE
NORTH HOLLYWOOD, CA 91605

Date(s) debt was incurred __12/26/2019__
Last 4 digits of account number __0945__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.208** Nonpriority creditor's name and mailing address
CALDERON, WILLIAM R.
6552 LA MIRADA AVE. APT.1
LOS ANGELES, CA 90038

Date(s) debt was incurred __12/26/2019__
Last 4 digits of account number __6163__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.209** Nonpriority creditor's name and mailing address
CAMARENA, JOSUE D.
4748 SACRAMENTO AVE.
CHICAGO, IL 60625

Date(s) debt was incurred __12/26/2019__
Last 4 digits of account number __1212__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.210** Nonpriority creditor's name and mailing address
CAMARENA, JUAN
4285 CAMELLIA AVE
STUDIO CITY, CA 91604

Date(s) debt was incurred __12/26/2019__
Last 4 digits of account number __2600__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.211** Nonpriority creditor's name and mailing address
CAMATIC SEATING INC
12801 N STEMMONS FREEEWAY
FARMERS BRANCH, TX 75234

Date(s) debt was incurred __2020-2021__
Last 4 digits of account number __3063__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __SUPPLIER__

Is the claim subject to offset? ☐ No  ☐ Yes

$50,061.82

---

**3.212** Nonpriority creditor's name and mailing address
CAMITSES, AARON M.
1550 WILCOX AVE
HOLLYWOOD, CA 90028

Date(s) debt was incurred __12/26/2019__
Last 4 digits of account number __1215__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.213** Nonpriority creditor's name and mailing address
CAMPE, SEAN
4438 N DAMEN AVE
CHICAGO, IL 60625

Date(s) debt was incurred __12/26/2019__
Last 4 digits of account number __1038__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ☐ No  ☐ Yes

$0.00

---

Debtor    **Pacific Theatres Exhibition Corp.**                              Case number (if known)
            Name

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CAMPER, EBEN E.**
5420 YOLANDA AVE 207
TARZANA, CA 91356

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **4933**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**CANDRAY, KEVIN I.**
4339 W 167TH ST
LAWNDALE, CA 90260

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **0812**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**CANNING, C. K.**
P.O BOX 1863
KALISPELL, MT 59903

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **0211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**CAPITAL SEABOARD**
8005 RAPPAHANNOCK AVENUE
JESSUP, MD 20794

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,127,006.76 |

**CAPREF PASEO LLC**
5910 NORTH CENTRAL EXPRESSWAY
SUITE 1600
ATTENTION: PASEO ASSET MANAGEMENT
DALLAS, TX 75206

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **RENT**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**CARDENAS, RICARDO N.**
13701 HUBBARD ST.
SYLMAR, CA 91342

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **0902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,500.00 |

**CAREERSFORWARD**
228 EAST CONCORD ST
ORLANDO, FL 32801

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.221** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

CARPENTER, MATTHEW J.
20452 HACKNEY ST
WINNETKA, CA 91306

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred 12/26/2019

Basis for the claim: FORMER EMPLOYEE

Last 4 digits of account number 0901

Is the claim subject to offset? ■ No ☐ Yes

---

**3.222** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

CARRILLO GOMEZ, MARISOL
6126 BRYNHURST AVENUE
LOS ANGELES, CA 90043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred 12/26/2019

Basis for the claim: FORMER EMPLOYEE

Last 4 digits of account number 0796

Is the claim subject to offset? ■ No ☐ Yes

---

**3.223** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

CARRILLO, ALEX E.
3106 BAGLEY AVE #5
CULVER CITY, CA 90034

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred 12/26/2019

Basis for the claim: FORMER EMPLOYEE

Last 4 digits of account number 6982

Is the claim subject to offset? ■ No ☐ Yes

---

**3.224** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

CARTER, DEANDRE R.
6807 N. SHERIDAN
CHICAGO, IL 60626

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred 12/26/2019

Basis for the claim: FORMER EMPLOYEE

Last 4 digits of account number 1130

Is the claim subject to offset? ■ No ☐ Yes

---

**3.225** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

CARTER, JOSH
4143 CAHUENGA BLVD APT 1
NORTH HOLLYWOOD, CA 91602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred 12/26/2019

Basis for the claim: FORMER EMPLOYEE

Last 4 digits of account number 4904

Is the claim subject to offset? ■ No ☐ Yes

---

**3.226** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

CARTER, REID J.
11037 HARTSOOK STREET
NORTH HOLLYWOOD, CA 91601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred 12/26/2019

Basis for the claim: FORMER EMPLOYEE

Last 4 digits of account number 0390

Is the claim subject to offset? ■ No ☐ Yes

---

**3.227** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

CARTERA COMMERCE, INC.
BONUS MERCHANT NETWORK - CARTERA
COMMERC
3348 PEACHTREE RD. TOWER PLACE 200
SUITE 300
ATLANTA, GA 30326

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: OTHER

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Pacific Theatres Exhibition Corp.**                          Case number (if known) _____

Name

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

CASAS, ELISE I.
4019 MARCHENA DRIVE
LOS ANGELES, CA 90065

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/26/2019**

Basis for the claim:  **FORMER EMPLOYEE**

Last 4 digits of account number  **0532**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

CASSELL, JAVON T.
4 RAND PLACE APT 1
DORCHESTER, MA 02125

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/26/2019**

Basis for the claim:  **FORMER EMPLOYEE**

Last 4 digits of account number  **0983**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

CASTANEDA GARCIA, LIZBETH G.
6723 TEMPLETON ST APT L
HUNTINGTON PARK, CA 90255

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/26/2019**

Basis for the claim:  **FORMER EMPLOYEE**

Last 4 digits of account number  **0537**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

CASTELLON, BENJAMIN
719 W. BEACH AVE. 8
INGLEWOOD, CA 90302

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/26/2019**

Basis for the claim:  **FORMER EMPLOYEE**

Last 4 digits of account number  **3936**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

CASTELLON, JUDITH
719 WEST BEACH AVENUE 8
INGLEWOOD, CA 90302

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/26/2019**

Basis for the claim:  **FORMER EMPLOYEE**

Last 4 digits of account number  **4629**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

CASTILLO, KEVIN
3713 S MUIRFIELD RD
LOS ANGELES, CA 90016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/26/2019**

Basis for the claim:  **FORMER EMPLOYEE**

Last 4 digits of account number  **2417**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

CASTILLO, RAVEN J.
816 W 131ST
GARDENA, CA 90247

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/26/2019**

Basis for the claim:  **FORMER EMPLOYEE**

Last 4 digits of account number  **1840**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Pacific Theatres Exhibition Corp.**
_____
Name

Case number (if known) _____

---

**3.235** | Nonpriority creditor's name and mailing address
CASTILLO, ROGELIO A.
2030 N VERMONT AVE
LOS ANGELES, CA 90027

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  0832

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.236** | Nonpriority creditor's name and mailing address
CASTILLO, RYAN A.
3909 REVERE AVE
LOS ANGELES, CA 90039

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  5416

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.237** | Nonpriority creditor's name and mailing address
CASTRO, ANTHONY H.
439 RIVERDALE DR
GLENDALE, CA 91204

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  0243

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.238** | Nonpriority creditor's name and mailing address
CASTRO, KARY
14684 RAYEN ST. APT 21
PANORAMA CITY, CA 91402

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  4818

As of the petition filing date, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.239** | Nonpriority creditor's name and mailing address
CASTRO, ROBERT D.
3227 E. CESAR E CHAVEZ AVE
LOS ANGELES, CA 90063

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  0401

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.240** | Nonpriority creditor's name and mailing address
CATALINA PRODUCTIONS
1044 MAPLE STREET
SANTA MONICA, CA 90405

Date(s) debt was incurred  2020-2021

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  MARKETING

Is the claim subject to offset? ■ No  ☐ Yes

$11,017.50

---

**3.241** | Nonpriority creditor's name and mailing address
CATLIN, MAYA B.
1044 W SCHOOL STREET
CHICAGO, IL 60657

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  0295

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

CAULFIELD, TIERNEY
11305 TARA ROAD
POTOMAC, MD 20854

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/26/2019

Basis for the claim:  FORMER EMPLOYEE

Last 4 digits of account number  2220

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,462.50 |
|---|---|---|---|

CENTRAL COAST WINE COMPANY
4301 INDUSTRIAL WAY
BENICIA, CA 94510

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2020-2021

Basis for the claim:  SUPPLIER

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

CENTRONE-CASTRO, SEBASTIAN T.
344 MONTEREY ROAD
SOUTH PASADENA, CA 91030

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/26/2019

Basis for the claim:  FORMER EMPLOYEE

Last 4 digits of account number  0700

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

CERESIA, LOGAN T.
1215 WEST WAVELAND AVE
CHICAGO, IL 60613

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/26/2019

Basis for the claim:  FORMER EMPLOYEE

Last 4 digits of account number  0999

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

CHALCO, MARIA E.
1321 N. WILCOX AVE.
LOS ANGELES, CA 90028

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/26/2019

Basis for the claim:  FORMER EMPLOYEE

Last 4 digits of account number  3022

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

CHALLENGER, CURTIS
3 RIVER PLACE
LOWELL, MA 01852

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/26/2019

Basis for the claim:  FORMER EMPLOYEE

Last 4 digits of account number  0881

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

CHAND, KHALIN T.
4623 BERRYMAN AVENUE
LOS ANGELES, CA 90230

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/26/2019

Basis for the claim:  FORMER EMPLOYEE

Last 4 digits of account number  4848

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.249** Nonpriority creditor's name and mailing address
CHAO, RYAN
15301 VALLEY VISTA BLVD #205
SHERMAN OAKS, CA 91403

Date(s) debt was incurred  2/13/2020
Last 4 digits of account number  1350

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.250** Nonpriority creditor's name and mailing address
CHARCO, GABRIELLA
12025 YORK AVE
HAWTHORNE, CA 90250

Date(s) debt was incurred  12/26/2019
Last 4 digits of account number  0590

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.251** Nonpriority creditor's name and mailing address
CHARLIER, JUSTIN
1808 BROOKS AVE
LA, CA 90012

Date(s) debt was incurred  12/26/2019
Last 4 digits of account number  4961

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.252** Nonpriority creditor's name and mailing address
CHAVEZ, CHRISTIAN
3710 LOS FELIZ BLVD. 46
LOS ANGELES, CA 90027

Date(s) debt was incurred  12/26/2019
Last 4 digits of account number  0282

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.253** Nonpriority creditor's name and mailing address
CHAVEZ, ESMERALDA D.
1625 EL SERENO AVE
PASADENA, CA 91103

Date(s) debt was incurred  12/26/2019
Last 4 digits of account number  0268

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.254** Nonpriority creditor's name and mailing address
CHAVEZ, JUSTICE L.
1546 W 30TH ST
LOS ANGELES, CA 90007

Date(s) debt was incurred  12/26/2019
Last 4 digits of account number  2806

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.255** Nonpriority creditor's name and mailing address
CHAVEZ, MELISSA G.
913 1/4 W 82ND ST
LOS ANGELES, CA 90044

Date(s) debt was incurred  1/31/2020
Last 4 digits of account number  1341

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor    **Pacific Theatres Exhibition Corp.**    Case number (if known)
Name

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | CHAVEZ, STEPHEN C. | ☐ Contingent | |
| | 7338 BALBOA BLVD 8 | ☐ Unliquidated | |
| | VAN NUYS, CA 91406 | ☐ Disputed | |

Date(s) debt was incurred __12/26/2019__

Basis for the claim: __FORMER EMPLOYEE__

Last 4 digits of account number __5319__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,144.89 |
|---|---|---|---|
| | CHEFS TOYS LLC | ☐ Contingent | |
| | 18430 PACIFIC STREET | ☐ Unliquidated | |
| | FOUNTAIN VALLEY, CA 92708 | ☐ Disputed | |

Date(s) debt was incurred __2020-2021__

Basis for the claim: __SUPPLIER__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | CHESSER, MARK J. | ☐ Contingent | |
| | STATE STREET S ST | ☐ Unliquidated | |
| | CHICAGO, IL 60616 | ☐ Disputed | |

Date(s) debt was incurred __12/26/2019__

Basis for the claim: __FORMER EMPLOYEE__

Last 4 digits of account number __0809__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | CHINESE THEATRES LLC & CHINESE 6 THEATRE | | |
| | 9000 SUSET BLVD. | ☐ Contingent | |
| | SUITE 950 | ☐ Unliquidated | |
| | LOS ANGELES, CA 90069 | ☐ Disputed | |

Date(s) debt was incurred __

Basis for the claim: __OTHER__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | CHISLOM, LEMENYON | ☐ Contingent | |
| | 1224 AGATE ST #8 8 | ☐ Unliquidated | |
| | REDONDO BEACH, CA 90277 | ☐ Disputed | |

Date(s) debt was incurred __12/26/2019__

Basis for the claim: __FORMER EMPLOYEE__

Last 4 digits of account number __3954__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | CHOI, GABRIELLA F. | ☐ Contingent | |
| | 8844 JUMILLA AVE. | ☐ Unliquidated | |
| | NORTHRIDGE, CA 91324 | ☐ Disputed | |

Date(s) debt was incurred __12/26/2019__

Basis for the claim: __FORMER EMPLOYEE__

Last 4 digits of account number __5326__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53,974.33 |
|---|---|---|---|
| | CHRISTIE DIGITAL SYSTEMS USA INC. | ☐ Contingent | |
| | PO BOX 513386 | ☐ Unliquidated | |
| | LOS ANGELES, CA 90051 | ☐ Disputed | |

Date(s) debt was incurred __2020-2021__

Basis for the claim: __SUPPLIER__

Last 4 digits of account number __7055__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.263** | Nonpriority creditor's name and mailing address
CHURCHILL, THOMAS E.
2030 IVAR AVE
LOS ANGELES, CA 90068

Date(s) debt was incurred 12/26/2019

Last 4 digits of account number 3659

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: FORMER EMPLOYEE

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.264** | Nonpriority creditor's name and mailing address
CINEDIGM DIGITAL CINEMA CORP.
CINEDIGM ENTERTAINMENT CORP
902 BROADWAY
NEW YORK, NY 10010

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: SUPPLIER

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.265** | Nonpriority creditor's name and mailing address
CINEMA SCENE MARKETING AND
PROMOTIONS, L
9200 INDIAN CREEK PKWY
OVERLAND PARK, KS 66210

Date(s) debt was incurred 2020-2021

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: SUPPLIER

Is the claim subject to offset? ■ No ☐ Yes

$2,070.00

---

**3.266** | Nonpriority creditor's name and mailing address
CINEMA SOLUTIONS INC
PO BOX 591789
SAN ANTONIO, TX 78259

Date(s) debt was incurred 2020-2021

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: SUPPLIER

Is the claim subject to offset? ■ No ☐ Yes

$15,102.98

---

**3.267** | Nonpriority creditor's name and mailing address
CINEVIZION, LLC
5300 MELROSE AVENUE, SUIT B-210
LOS ANGELES, CA 90038

Date(s) debt was incurred 2020-2021

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: SUPPLIER

Is the claim subject to offset? ■ No ☐ Yes

$2,074.00

---

**3.268** | Nonpriority creditor's name and mailing address
CINTAS CORP 428 693
PO BOX 29059
PHOENIX, AZ 85038

Date(s) debt was incurred 2020-2021

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: SUPPLIER

Is the claim subject to offset? ■ No ☐ Yes

$616.14

---

**3.269** | Nonpriority creditor's name and mailing address
CISION
12051 INDIAN CREEK COURT
BELTSVILLE, MD 20705

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: SUPPLIER

Is the claim subject to offset? ■ No ☐ Yes

$3,485.00

---

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.270** | Nonpriority creditor's name and mailing address
CITY OF EL SEGUNDO (WATER DIVISION)
PO BOX 101426
PASADENA, CA 91189

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.271** | Nonpriority creditor's name and mailing address
CITY OF GLENDALE
PO BOX 29099
GLENDALE, CA 91209-9099

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **WATER AND ELECTRICITY**

Is the claim subject to offset? ■ No  ☐ Yes

**$266,965.39**

---

**3.272** | Nonpriority creditor's name and mailing address
CITY OF GLENDALE
RM 346 141 NORTH GLENDALE AVENUE
GLENDALE, CA 91206

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.273** | Nonpriority creditor's name and mailing address
CITY OF LAKEWOOD (REMITTANCE)
PO BOX 1038
LAKEWOOD, CA 90714-1035

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number **9109**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **WATER**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,831.47**

---

**3.274** | Nonpriority creditor's name and mailing address
CITY OF LOS ANGELES-PUBLIC WORKS SA
PO BOX 30749
LOS ANGELES, CA 90030

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number **5705**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **INSPECTION FEES**

Is the claim subject to offset? ■ No  ☐ Yes

**$211.50**

---

**3.275** | Nonpriority creditor's name and mailing address
CITY OF PASADENA MUNICIPAL SERVICES
PO BOX 7120
PASADENA, CA 91109

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number **1784**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **ELECTRIC**

Is the claim subject to offset? ■ No  ☐ Yes

**$171,142.13**

---

**3.276** | Nonpriority creditor's name and mailing address
CITY OF SAN DIEGO
PO BOX 121536
SAN DIEGO, CA 92112-1536

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number **7274**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **WATER**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,156.61**

---

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.277** | Nonpriority creditor's name and mailing address
**CITYSCAPES PLANT CARE, INC**
PO BOX 170720
BOSTON, MA 02117

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ☐ No  ☐ Yes

**$275.00**

---

**3.278** | Nonpriority creditor's name and mailing address
**CLARK, JUWONA**
5762 MORLEY STREET
LOS ANGELES, CA 90045

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **5350**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ☐ No  ☐ Yes

**$0.00**

---

**3.279** | Nonpriority creditor's name and mailing address
**CLARK, LINDA L.**
819 UNIVERSITY AVE.
SAN DIEGO, CA 92103

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **0910**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ☐ No  ☐ Yes

**$0.00**

---

**3.280** | Nonpriority creditor's name and mailing address
**CLASSIC DIST & BEV GROUP**
PO BOX 60397
LOS ANGELES, CA 90060

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ☐ No  ☐ Yes

**$161.40**

---

**3.281** | Nonpriority creditor's name and mailing address
**CLEANSKINS WINE LLC**
#732 2658 GRIFFITH PARK BLVD
LOS ANGELES, CA 90039

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ☐ No  ☐ Yes

**$2,626.00**

---

**3.282** | Nonpriority creditor's name and mailing address
**CLEMONS, LAUREN E.**
1 LONGFELLOW PLACE
BOSTON, MA 02114

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **1197**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ☐ No  ☐ Yes

**$0.00**

---

**3.283** | Nonpriority creditor's name and mailing address
**CLIFFORD & GALVIN CONTRACTING L.L.C.**
C/O CHARLES F. AHERN III
CONVIN & CORWIN LLP
600 UNICORN PARK DRIVE, 2ND FLOOR
WOBURN, MA 01801

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **SUPPLIER/CONTRACTOR**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.284** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$59,422.30**

CLOCKWORK, LLC
423 DELAWARE, SUIT 102
KANSAS CITY, MO 64105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-2021**

Basis for the claim: **SUPPLIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.285** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$248.43**

CLOUDBASE VENTURES, INC
3198 AIRPORT LOOP DRIVE, UNIT C
COSTA MESA, CA 92626

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-2021**

Basis for the claim: **SUPPLIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.286** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$81.72**

COASTAL SUNBELT PRODUCE LLC
9001 WHISKEY BOTTOM ROAD
LAUREL, MD 20723

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-2021**

Basis for the claim: **SUPPLIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.287** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

COCA-COLA BOTTLING (LA)
PO BOX 740214
LOS ANGELES, CA 90074

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **SUPPLIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.288** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,314.62**

CODE RED FIRE INC
PO BOX 1552
MONTEBELLO, CA 90640

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-2021**

Basis for the claim: **SUPPLIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.289** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

COLEMAN, KRISTIAN S.
14220 DICKENS STREET
SHERMAN OAKS, CA 91423

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/26/2019**

Basis for the claim: **FORMER EMPLOYEE**

Last 4 digits of account number **0491**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.290** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

COLEMAN, WILLIAM-PATRICK B.
4150 ARCH DR
STUDIO CITY, CA 91604

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/26/2019**

Basis for the claim: **FORMER EMPLOYEE**

Last 4 digits of account number **1265**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.291** | Nonpriority creditor's name and mailing address
COLIN, STEVEN
345 S NEW HAMPSHIRE AVE APT #307
LOS ANGELES, CA 90020

Date(s) debt was incurred 12/26/2019
Last 4 digits of account number 2809

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: FORMER EMPLOYEE

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.292** | Nonpriority creditor's name and mailing address
COLLINS, JILLIAN J.
831 N. SYCAMORE AVE.
LOS ANGELES, CA 90038

Date(s) debt was incurred 12/26/2019
Last 4 digits of account number 0837

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: FORMER EMPLOYEE

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.293** | Nonpriority creditor's name and mailing address
COLLINS, SYDNEY B.
9622 ALTA VISTA TERRACE
BETHESDA, MD 20814

Date(s) debt was incurred 12/26/2019
Last 4 digits of account number 0329

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: FORMER EMPLOYEE

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.294** | Nonpriority creditor's name and mailing address
COLOM, AARON
7220 HOLLYWOOD BLVD
LA, CA 90046

Date(s) debt was incurred 12/26/2019
Last 4 digits of account number 3723

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: FORMER EMPLOYEE

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.295** | Nonpriority creditor's name and mailing address
COLOREDGE, INC.
132 WEST 31ST STREET
NEW YORK, NY 10001

Date(s) debt was incurred 2020-2021
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: MARKETING

Is the claim subject to offset? ■ No ☐ Yes

$36,909.94

---

**3.296** | Nonpriority creditor's name and mailing address
COLVIN, KA'PRISE
601 N WHITNALL HWY
BURBANK, CA 91505

Date(s) debt was incurred 12/26/2019
Last 4 digits of account number 4396

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: FORMER EMPLOYEE

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.297** | Nonpriority creditor's name and mailing address
COMMONWEALTH EDISON COMPANY
PO BOX 6111
CAROL STREAM, IL 60197-6111

Date(s) debt was incurred 2020-2021
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: UTILITIES

Is the claim subject to offset? ■ No ☐ Yes

$11,801.09

---

| Debtor | **Pacific Theatres Exhibition Corp.** | | Case number (if known) | |
| | Name | | | |

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.298** Nonpriority creditor's name and mailing address
CONRAD DELGADO, SEBASTIAN A.
163 BIMINI PL
LOS ANGELES, CA 90004

Date(s) debt was incurred __12/26/2019__
Last 4 digits of account number __1023__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.299** Nonpriority creditor's name and mailing address
CONTINENTAL ROSECRANS/NASH LLC
C/O CONTINENTAL DEVELOPMENT
CORPORATION
2041 ROSECRANS AVENUE, SUITE 200
EL SEGUNDO, CA 90245

Date(s) debt was incurred __2020-2021__
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __RENT__

Is the claim subject to offset? ■ No  ☐ Yes

$1,965,613.51

---

**3.300** Nonpriority creditor's name and mailing address
CONTRERAS, TAYLOR A.
8752 SOPHIA AVE
NORTH HILLS, CA 91343

Date(s) debt was incurred __12/26/2019__
Last 4 digits of account number __3801__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.301** Nonpriority creditor's name and mailing address
COOPER, RONETTE
11939 ALBERS ST 10
VALLEY VILLAGE, CA 91607

Date(s) debt was incurred __12/26/2019__
Last 4 digits of account number __1097__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.302** Nonpriority creditor's name and mailing address
CORNISH, KENNEDY N.
16125 WOODRUFF AVE APT 3
BELLFLOWER, CA 90706

Date(s) debt was incurred __12/26/2019__
Last 4 digits of account number __0517__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.303** Nonpriority creditor's name and mailing address
CORRIGAN, PETER W.
3471 W 5TH STREET 508
LOS ANGELES, CA 90020

Date(s) debt was incurred __12/26/2019__
Last 4 digits of account number __4357__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.304** Nonpriority creditor's name and mailing address
CORTES, KATHERINE V.
8467 KELVIN AVENUE
WINNETKA, CA 91306

Date(s) debt was incurred __12/26/2019__
Last 4 digits of account number __1291__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.305** Nonpriority creditor's name and mailing address
CORTEZ, JAZMIN A.
8284 DE PALMA ST
DOWNEY, CA 90241

Date(s) debt was incurred __12/26/2019__
Last 4 digits of account number __0323__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.306** Nonpriority creditor's name and mailing address
CORTEZ, JONATHAN
20010 SATICOY ST
WINNETKA, CA 91306

Date(s) debt was incurred __12/26/2019__
Last 4 digits of account number __4892__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.307** Nonpriority creditor's name and mailing address
CORTEZ, VICTOR M.
4460 W 131ST ST.
HAWTHORNE, CA 90250

Date(s) debt was incurred __12/26/2019__
Last 4 digits of account number __0136__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.308** Nonpriority creditor's name and mailing address
COSTASANTOS, HIGOR L.
5033 BRADLEY BLVD. APT. 3
CHEVY CHASE, MD 20815

Date(s) debt was incurred __12/26/2019__
Last 4 digits of account number __5365__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.309** Nonpriority creditor's name and mailing address
COTO, GUSTAVO A.
3201 MONT CLAIR ST
LOS ANGELES, CA 90018

Date(s) debt was incurred __12/26/2019__
Last 4 digits of account number __1414__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.310** Nonpriority creditor's name and mailing address
COTOM, MATTHEW B.
1241 N. NEW HAMPSHIRE AVE.
LOS ANGELES, CA 90029

Date(s) debt was incurred __12/26/2019__
Last 4 digits of account number __0947__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.311** Nonpriority creditor's name and mailing address
COTTLE, DANIELLE R.
1724 N EDGEMONT ST
LOS ANGELES, CA 90027

Date(s) debt was incurred __12/26/2019__
Last 4 digits of account number __0281__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.312** | Nonpriority creditor's name and mailing address
COX, JAMERICA A.
531 W. PEARSON
CHICAGO, IL 60610

Date(s) debt was incurred **12/26/2019**
Last 4 digits of account number **0629**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

**3.313** | Nonpriority creditor's name and mailing address
COYE, DANIELLE N.
14444 SAVANNA CIRCLE
SYLMAR, CA 91342

Date(s) debt was incurred **12/26/2019**
Last 4 digits of account number **5024**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

**3.314** | Nonpriority creditor's name and mailing address
CRAFT BEER GUILD DISTRIBUTION LLC
13211 EAST 166TH ST
CERRITOS, CA 90703

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

**3.315** | Nonpriority creditor's name and mailing address
CRAFT BREWERS GUILD
170 MARKET STREET
EVERETT, MA 02149

Date(s) debt was incurred **2020-2021**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ■ No   ☐ Yes

**$739.00**

---

**3.316** | Nonpriority creditor's name and mailing address
CRAFT COLLECTIVE, INC.
378 PAGE STREET, SUITE 13
STOUGHTON, MA 02072

Date(s) debt was incurred **2020-2021**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ■ No   ☐ Yes

**$1,535.00**

---

**3.317** | Nonpriority creditor's name and mailing address
CREATIVE REALITIES INC
13100 MAGISTERIAL DRIVE, SUITE 100
LOUISVILLE, KY 40223

Date(s) debt was incurred **2020-2021**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ■ No   ☐ Yes

**$18,689.53**

---

**3.318** | Nonpriority creditor's name and mailing address
CRESPIN, DIANE M.
10403 BARNWALL ST.
BELLFLOWER, CA 90706

Date(s) debt was incurred **12/26/2019**
Last 4 digits of account number **5258**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.319** Nonpriority creditor's name and mailing address
CROPSTICKS INC.
PO BOX 2935
EL SEGUNDO, CA 90245

Date(s) debt was incurred 2020-2021

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: SUPPLIER

Is the claim subject to offset? ☐ No ☐ Yes

$180.00

---

**3.320** Nonpriority creditor's name and mailing address
CRUZ, ERICK
847 WRIGHT AVE
PASADENA, CA 91104

Date(s) debt was incurred 12/26/2019

Last 4 digits of account number 4674

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: FORMER EMPLOYEE

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.321** Nonpriority creditor's name and mailing address
CRUZ, JAVIER
18948 PLUMMER ST.
NORTHRIDGE, CA 91324

Date(s) debt was incurred 12/26/2019

Last 4 digits of account number 4213

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: FORMER EMPLOYEE

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.322** Nonpriority creditor's name and mailing address
CRUZ, MELISSA
444 SOUTH LUCAS AVE. #71
LOS ANGELES, CA 90017

Date(s) debt was incurred 12/26/2019

Last 4 digits of account number 4135

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: FORMER EMPLOYEE

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.323** Nonpriority creditor's name and mailing address
CUCINA DELLA CUCINA LLC
PO BOX 32
SAN FERNANDO, CA 91341

Date(s) debt was incurred 2020-2021

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: SUPPLIER

Is the claim subject to offset? ☐ No ☐ Yes

$609.94

---

**3.324** Nonpriority creditor's name and mailing address
CUELLAR-AGUIRRE, KEVIN G.
3782 S HOBART BLVD
LOS ANGELES, CA 90018

Date(s) debt was incurred 12/26/2019

Last 4 digits of account number 5044

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: FORMER EMPLOYEE

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.325** Nonpriority creditor's name and mailing address
CUEVAS, BRIAN A.
345 COLUMBIA AVE
LOS ANGELES, CA 90017

Date(s) debt was incurred 12/26/2019

Last 4 digits of account number 0688

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: FORMER EMPLOYEE

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Pacific Theatres Exhibition Corp.**
      Name

Case number (if known) _____

---

**3.326** | Nonpriority creditor's name and mailing address
**CUEVAS, EDDIT Y.**
**2545 N CENTRAL PARK**
**CHICAGO, IL 60647**

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **0394**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.327** | Nonpriority creditor's name and mailing address
**CULBERTSON, MICHAEL E.**
**4041 ARCH DRIVE**
**STUDIO CITY, CA 91604**

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **0913**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.328** | Nonpriority creditor's name and mailing address
**CURIO SPICE CO.**
**2265 MASSACHUSETTS AVENUE**
**CAMBRIDGE, MA 02140**

Date(s) debt was incurred  **2020-2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,500.00**

---

**3.329** | Nonpriority creditor's name and mailing address
**CURUCHET, GONZALO S.**
**4015 W. 132ND ST. 106**
**HAWTHORNE, CA 90250**

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **1834**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.330** | Nonpriority creditor's name and mailing address
**CUSHING & COMPANY**
**213 W. INSTITUTE PLACE, SUITE 200**
**CHICAGO, IL 60610**

Date(s) debt was incurred  **2020-2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **MARKETING**

Is the claim subject to offset? ■ No  ☐ Yes

**$9,105.54**

---

**3.331** | Nonpriority creditor's name and mailing address
**CUSTOM PROTECTIVE SERVICES**
**1251 W SEPULVEDA BLVD**
**TORRANCE, CA 90502**

Date(s) debt was incurred  **2020-2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER**

Is the claim subject to offset? ■ No  ☐ Yes

**$32,042.30**

---

**3.332** | Nonpriority creditor's name and mailing address
**DAIRYLAND USA CORPORATION**
**100 EAST RIDGE ROAD**
**RIDGEFIELD, CT 06877**

Date(s) debt was incurred  **2020-2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,779.56**

---

Debtor   **Pacific Theatres Exhibition Corp.**                              Case number (if known) _____
         <sub>Name</sub>

---

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

DALY, DESMOND J.
2825 S RIMPAU BLVD.
LOS ANGELES, CA 90016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred 12/26/2019

Basis for the claim: **FORMER EMPLOYEE**

Last 4 digits of account number 0254

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

DANIEL, JAMES
6000 W. WAVELAND AVE.
CHICAGO, IL 60634

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred 12/26/2019

Basis for the claim: **FORMER EMPLOYEE**

Last 4 digits of account number 2008

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

DANIEL, ROBERT C.
720 MACHADO DRIVE
VENICE, CA 90291

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred 12/26/2019

Basis for the claim: **FORMER EMPLOYEE**

Last 4 digits of account number 4485

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

DANIELS-NEGRETE, ADAN J.
1847 N. LINSLEY CT.
LONG BEACH, CA 90806

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred 12/26/2019

Basis for the claim: **FORMER EMPLOYEE**

Last 4 digits of account number 1158

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

DARBY, NYKOLE
346 S NORTON AVE
LOS ANGELES, CA 90020

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred 12/26/2019

Basis for the claim: **FORMER EMPLOYEE**

Last 4 digits of account number 0966

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

DARDEN, DALLAS
72 S BERKELEY AVE
PASADENA, CA 91107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred 12/26/2019

Basis for the claim: **FORMER EMPLOYEE**

Last 4 digits of account number 1893

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.339 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

DAVID COPELAND
C/O DAVID AZIZI, ESQ., ARTHUR
DJOUGOURIA
LAW OFFICES OF DAVID AZIZI
3435 WILSHIRE BLVD. #1800
LOS ANGELES, CA 90010

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **PERSONAL INJURY CLAIMANT**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.340** Nonpriority creditor's name and mailing address
DAVIDOV, RAZ
6241 AMIGO AVE
TARZANA, CA 91335

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **0903**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.341** Nonpriority creditor's name and mailing address
DAVIS, BRANDON E.
13500 ROUND TREE CT
SILVER SPRING, MD 20906

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **3753**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.342** Nonpriority creditor's name and mailing address
DAVIS, CLAIRE K.
1236 CEDAREDGE CT
LOS ANGELES, CA 90041

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **1266**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.343** Nonpriority creditor's name and mailing address
DAVIS, ELIJAH
8450 RATHBURN AVE
NORTHRIDGE, CA 91325

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **5382**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.344** Nonpriority creditor's name and mailing address
DAVIS, JASMYNE
1255 GORDON ST APT 7
LOS ANGELES, CA 90038

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **3478**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.345** Nonpriority creditor's name and mailing address
DAVIS, LAQUISHA M.
9519 SOUTH INDIANA
CHICAGO, IL 60628

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **2301**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.346** Nonpriority creditor's name and mailing address
DAVIS, NATHAN S.
5119 MAPLEWOOD AVE 216
LOS ANGELES, CA 90004

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **4260**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.347** | Nonpriority creditor's name and mailing address
DAYCON PRODUCTS COMPANY, INC.
PO BOX 69234
BALTIMORE, MD 21264-9234

Date(s) debt was incurred  2020-2021

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  JANITORIAL

Is the claim subject to offset? ■ No  ☐ Yes

$5,214.15

---

**3.348** | Nonpriority creditor's name and mailing address
DE GUZMAN, RAYNARD C.
7748 FLANDERS DR
SAN DIEGO, CA 92126

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  0274

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.349** | Nonpriority creditor's name and mailing address
DE LA PUENTE, CINDY
8745 WILLIS AVE UNIT 117
PANORAMA CITY, CA 91402

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  1368

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.350** | Nonpriority creditor's name and mailing address
DE LAGE LANDEN
PO BOX 41602
PHILADELPHIA, PA 19101

Date(s) debt was incurred  2020-2021

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  SUPPLIER

Is the claim subject to offset? ■ No  ☐ Yes

$4,094.27

---

**3.351** | Nonpriority creditor's name and mailing address
DE LE?N, ARIANA A.
10953 WILLOWBRAE AVE.
CHATSWORTH, CA 91311

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  0673

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.352** | Nonpriority creditor's name and mailing address
DE LEON, RODRIGO
6619 S KOMESNKY
CHICAGO, IL 60629

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  0789

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.353** | Nonpriority creditor's name and mailing address
DEAN, DANELLE B.
110 HOWLAND STREET
DORCHESTER, MA 02121

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  1253

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.354** Nonpriority creditor's name and mailing address
DEBAUGH, STEVEN
2511 WESTCHESTER AVE APT. 3
ELLICOTT CITY, MD 21043

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  1560

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.355** Nonpriority creditor's name and mailing address
DECURION MANAGEMENT COMPANY
120 N ROBERTSON
LOS ANGELES, CA 90048

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  REIMBURSABLE EXPENSES

Is the claim subject to offset? ■ No  ☐ Yes

$3,985,174.79

---

**3.356** Nonpriority creditor's name and mailing address
DEEP SEA WHOLESALE
261 W. POMONA BLVD.
MONTEREY PARK, CA 91754

Date(s) debt was incurred  2020-2021

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  SUPPLIER

Is the claim subject to offset? ■ No  ☐ Yes

$1,350.83

---

**3.357** Nonpriority creditor's name and mailing address
DELGADO, KARINA
532 W ROSECRANS AVE
COMPTON, CA 90222

Date(s) debt was incurred  1/22/2020

Last 4 digits of account number  1334

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.358** Nonpriority creditor's name and mailing address
DELGADO, MARCO T.
17931 MAGNOLIA BLVD
ENCINO, CA 91316

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  0277

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.359** Nonpriority creditor's name and mailing address
DELGIACCO, ANTONIO D.
8621 WILBUR AVE APT 4
NORTHRIDGE, CA 91324

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  4609

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.360** Nonpriority creditor's name and mailing address
DELRIO, PABLO V.
1545 N HOBART BLVD 311
LOS ANGELES, CA 90027

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  5550

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Pacific Theatres Exhibition Corp.** | | Case number (if known) | |
| | Name | | | |

---

**3.361** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,633.95**
DELUXE/ECHOSTAR LLC DELUXE
ECHOSTAR LLC
FILE 749669
LOS ANGELES, CA 90074

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  2020-2021

Basis for the claim:  IT

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.362** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
DENIEL, MICHAEL K.
326 RUTGERS STREET
ROCKVILLE, MD 20850

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  12/26/2019

Basis for the claim:  FORMER EMPLOYEE

Last 4 digits of account number  1094

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.363** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
DEVILLERS, QUINN R.
5132 MAPLEWOOD AVE
LOS ANGELES, CA 90004

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  12/26/2019

Basis for the claim:  FORMER EMPLOYEE

Last 4 digits of account number  0878

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.364** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
DHAUW, LILIANA L.
4909 PEARCE AVE
LAKEWOOD, CA 90712

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  12/26/2019

Basis for the claim:  FORMER EMPLOYEE

Last 4 digits of account number  4582

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.365** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
DIALLO, ABDUL M.
284 DORCHESTER ST
BOSTON, MA 02127

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  2/14/2020

Basis for the claim:  FORMER EMPLOYEE

Last 4 digits of account number  1352

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.366** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$168.00**
DIAMOND SHARP CUTLERY SERVICE INC
513 MERCURY LANE
BREA, CA 92821

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  2020-2021

Basis for the claim:  SUPPLIER

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.367** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
DIAZ FERNANDEZ, SUZANNE M.
9250 SWINTON AVE.
NORTH HILLS, CA 91343

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  12/26/2019

Basis for the claim:  FORMER EMPLOYEE

Last 4 digits of account number  1089

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.368 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.368** Nonpriority creditor's name and mailing address
DIAZ, ANDRES
6848 BELLINGHAM AVE
NORTH HOLLYWOOD, CA 91605

Date(s) debt was incurred 12/26/2019
Last 4 digits of account number 2552

As of the petition filing date, the claim is: Check all that apply.   $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: FORMER EMPLOYEE

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.369** Nonpriority creditor's name and mailing address
DIAZ, KRISTAL M.
8602 VICKI DR
WHITTIER, CA 90606

Date(s) debt was incurred 12/26/2019
Last 4 digits of account number 0697

As of the petition filing date, the claim is: Check all that apply.   $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: FORMER EMPLOYEE

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.370** Nonpriority creditor's name and mailing address
DIAZ, OSCAR
450 W 91ST ST.
LOS ANGELES, CA 90003

Date(s) debt was incurred 12/26/2019
Last 4 digits of account number 5405

As of the petition filing date, the claim is: Check all that apply.   $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: FORMER EMPLOYEE

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.371** Nonpriority creditor's name and mailing address
DIGITAL CINEMA DISTRIBUTION
COALITION LL
1840 CENTURY PARK EAST, SUITE 440
LOS ANGELES, CA 90067

Date(s) debt was incurred 2020-2021
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   $6,184.49
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: IT

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.372** Nonpriority creditor's name and mailing address
DILNESAW, EYOBE F.
14553 MACBETH DR.
SILVER SPRING, MD 20906

Date(s) debt was incurred 12/26/2019
Last 4 digits of account number 0719

As of the petition filing date, the claim is: Check all that apply.   $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: FORMER EMPLOYEE

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.373** Nonpriority creditor's name and mailing address
DIMENSIONAL INNOVATIONS, INC
3421 MERRIAM DRIVE
OVERLAND PARK, KS 66203

Date(s) debt was incurred 2020
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   $48,797.56
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: SUPPLIER

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.374** Nonpriority creditor's name and mailing address
DIMOULAS, CHRISTOPHER J.
3836 OVERLAND AVE 3
CULVER CITY, CA 90232

Date(s) debt was incurred 12/26/2019
Last 4 digits of account number 3432

As of the petition filing date, the claim is: Check all that apply.   $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: FORMER EMPLOYEE

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DINA, AMINA R.**
**16 MILLS STREET**
**ROXBURY, MA 02119**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  12/26/2019

Basis for the claim:  **FORMER EMPLOYEE**

Last 4 digits of account number  0977

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DINIZ PAGLIARINI, ARSENIO L**
**12277 GREENLEAF AVE**
**POTOMAC, MD 20854**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  12/26/2019

Basis for the claim:  **FORMER EMPLOYEE**

Last 4 digits of account number  0958

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.377 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**DIVERSIFIED CONSTRUCTION GROUP, LLC**
**C/O PAUL R. MORDARSKI, ESQ.**
**MORRISSEY, HAWKINS & LYNCH**
**ONE INTERNATIONAL PLACE**
**BOSTON, MA 02110**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **SUPPLIER/CONTRACTOR**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.378 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60.45 |
|---|---|---|---|

**DIVISION SEVEN TEA CORPORATION**
**49 ELM STREET**
**WATERTOWN, MA 02472**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  2020-2021

Basis for the claim:  **SUPPLIER**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.379 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DJELHI YAHOT, JEAN-CHRIST F.**
**7400 LAKEVEIW DR**
**BETHESDA, MD 20817**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  12/26/2019

Basis for the claim:  **FORMER EMPLOYEE**

Last 4 digits of account number  0535

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.380 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DJORGHI, PATRICK M.**
**897 W. HUNTINGTON DR. APT. G**
**ARCADIA, CA 91007**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  12/26/2019

Basis for the claim:  **FORMER EMPLOYEE**

Last 4 digits of account number  5152

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.381 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $825.00 |
|---|---|---|---|

**DOLBY LABORATORIES INC**
**16841 COLLECTIONS CENTER DRIVE**
**CHICAGO, IL 60693**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  2020-2021

Basis for the claim:  **IT**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.382** | Nonpriority creditor's name and mailing address
DOME CENTER, LLC
DEPT 843151
LOS ANGELES, CA 90084

Date(s) debt was incurred __2020-2021__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __RENT__

Is the claim subject to offset? ■ No  ☐ Yes

**$3,314,548.02**

---

**3.383** | Nonpriority creditor's name and mailing address
DOME GARAGE, LLC
6360 SUNSET PARKING OFFICE
LOS ANGELES, CA 90028

Date(s) debt was incurred __2020-2021__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __SUPPLIER__

Is the claim subject to offset? ■ No  ☐ Yes

**$2,291.00**

---

**3.384** | Nonpriority creditor's name and mailing address
DOMINGUEZ, LALO J.
627 W ARBOR VITAE
INGLEWOOD, CA 90301

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __1142__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.385** | Nonpriority creditor's name and mailing address
DONALDSON, SARAH R.
2010 N. BEACHWOOD DR.
LOS ANGELES, CA 90068

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __0658__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.386** | Nonpriority creditor's name and mailing address
DONNELL, ASHLEY M.
826 W 93RD ST
LOS ANGELES, CA 90044

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __0752__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.387** | Nonpriority creditor's name and mailing address
DOSSOU, CARLTON L.
4634 WEST WASHINGTON BOULEVARD
LOS ANGELES, CA 90016

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __0669__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.388** | Nonpriority creditor's name and mailing address
DOUGLAS EMMETT 2016, LLC
1299 OCEAN AVENUE SUITE 1000
ATTENTION: DIRECTOR OF COMMERCIAL
PROPER
SANTA MONICA, CA 90401

Date(s) debt was incurred __2020-2021__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __RENT__

Is the claim subject to offset? ■ No  ☐ Yes

**$6,150,772.43**

---

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.389** Nonpriority creditor's name and mailing address
DOWLING, WILLIAM B.
3105 W CORTLAND ST
CHICAGO, IL 60647

Date(s) debt was incurred **12/26/2019**
Last 4 digits of account number **4957**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

**3.390** Nonpriority creditor's name and mailing address
DR SMOOTHIE BRANDS
1730 RAYMER AVE
FULLERTON, CA 92833

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

**3.391** Nonpriority creditor's name and mailing address
DRAIN ROOTER, INC
PO BOX 9786
CANOGA PARK, CA 91309-0786

Date(s) debt was incurred **2020-2021**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ■ No ☐ Yes

$394.50

**3.392** Nonpriority creditor's name and mailing address
DREW, AMBER C.
8021 S VERMONT AVE UNIT 55
LOS ANGELES, CA 90044

Date(s) debt was incurred **12/26/2019**
Last 4 digits of account number **0751**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

**3.393** Nonpriority creditor's name and mailing address
DUARTE ALVAREZ, SILVIA
3906 MONTCLAIR ST.
LOS ANGELES, CA 90018

Date(s) debt was incurred **12/26/2019**
Last 4 digits of account number **5358**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

**3.394** Nonpriority creditor's name and mailing address
DUNCAN, ROBERT
4242 MARY ELLEN AVE
STUDIO CITY, CA 91604

Date(s) debt was incurred **12/26/2019**
Last 4 digits of account number **4216**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

**3.395** Nonpriority creditor's name and mailing address
DURAN, JEANETTE
1015 LEIGHTON AVE
LOS ANGELES, CA 90037

Date(s) debt was incurred **12/26/2019**
Last 4 digits of account number **0161**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.396** Nonpriority creditor's name and mailing address
DURAN, KAREN
215 1/2 N RENO ST.
LOS ANGELES, CA 90026

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  4033

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.397** Nonpriority creditor's name and mailing address
DURANT, DANIEL R.
18567 SATICOY ST. #38
RESEDA, CA 91335

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  3292

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.398** Nonpriority creditor's name and mailing address
DYE, NOLAN K.
5712 KESTER AVE 2
VAN NUYS, CA 91411

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  2010

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.399** Nonpriority creditor's name and mailing address
EADDY, CLARKE
1925 N LARRABEE ST
CHICAGO, IL 60614

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  0628

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.400** Nonpriority creditor's name and mailing address
EARL, NICHOLAS J.
5454 COLFAX RD
NORTH HOLLYWOOD, CA 91601

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  0940

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.401** Nonpriority creditor's name and mailing address
EARL-ZETINA, JACQUELINE R.
6752 3RD AVENUE
LOS ANGELES, CA 90043

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  0490

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.402** Nonpriority creditor's name and mailing address
EBANKS, KENEDI S.
14032 DOTY AVE
HAWTHORNE, CA 90250

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  1282

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.403**

Nonpriority creditor's name and mailing address
**ECOLAB EQUIPMENT CARE**
24673 NETWORK PLACE
CHICAGO, IL 60673-1246

Date(s) debt was incurred _2020-2021_

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ☐ No  ☐ Yes

**$8,495.06**

---

**3.404**

Nonpriority creditor's name and mailing address
**ECOLAB PEST ELIMINATION**
26252 NETWORK PLACE
CHICAGO, IL 60673-1262

Date(s) debt was incurred _2020-2021_

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ☐ No  ☐ Yes

**$0.00**

---

**3.405**

Nonpriority creditor's name and mailing address
**EDCO WASTE SERVICE**
PO BOX 6538
BUENA PARK, CA 90622

Date(s) debt was incurred _2020-2021_

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **UTILITIES**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,180.91**

---

**3.406**

Nonpriority creditor's name and mailing address
**EDRAS CARRASCO**
PO BOX 15134
NORTH HOLLYWOOD, CA 91615

Date(s) debt was incurred _2020-2021_

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,020.36**

---

**3.407**

Nonpriority creditor's name and mailing address
**EDWARDS, ERIC T.**
7115 SYCAMORE AVENUE
TAKOMA PARK, MD 20912

Date(s) debt was incurred _12/26/2019_

Last 4 digits of account number _2662_

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.408**

Nonpriority creditor's name and mailing address
**EEC ACQUISITION, LLC**
PO BOX 74008980
CHICAGO, IL 60674-8980

Date(s) debt was incurred _2020-2021_

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,768.96**

---

**3.409**

Nonpriority creditor's name and mailing address
**EHLERS, JACOB D.**
19657 BRASSIE PLACE
MONTGOMERY VILLAGE, MD 20886

Date(s) debt was incurred _12/26/2019_

Last 4 digits of account number _0389_

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor   **Pacific Theatres Exhibition Corp.**
Name

Case number (if known)

---

**3.410** Nonpriority creditor's name and mailing address
**EL SEGUNDO WATER DIVISION**
PO BOX 101426
PASADENA, CA 91189

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number **4752**

As of the petition filing date, the claim is: Check all that apply.   **$16,131.68**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **WATER**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.411** Nonpriority creditor's name and mailing address
**ELAM, JOSHUA A.**
136 S. VIRGIL AVE APT. 2-130
LOS ANGELES, CA 90004

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **4729**

As of the petition filing date, the claim is: Check all that apply.   **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.412** Nonpriority creditor's name and mailing address
**ELIEH, NEVILLE**
13529 GOLDEN PALMS LN
SYLMAR, CA 91342

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **5225**

As of the petition filing date, the claim is: Check all that apply.   **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.413** Nonpriority creditor's name and mailing address
**EMPIRE FLOOR MACHINE CO. INC.**
18333 NAPA STREET
NORTHRIDGE, CA 91325

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.   **$65.65**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.414** Nonpriority creditor's name and mailing address
**EMR**
9100 YELLOW BRICK RD,, STE H
ROSEDALE, MD 21237

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.   **$1,301.39**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.415** Nonpriority creditor's name and mailing address
**EN POINTE IT SOLUTIONS**
4310 2121 ROSECRANS AVENUE
EL SEGUNDO, CA 90245

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.   **$2,273.10**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **IT**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.416** Nonpriority creditor's name and mailing address
**ENGIE NORTH AMERICA INC.**
P.O. BOX 9001025
LOUISVILLE, KY 40290-1025

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number **2002**

As of the petition filing date, the claim is: Check all that apply.   **$76,052.01**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **UTILITIES**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.417** | Nonpriority creditor's name and mailing address
ENRIQUEZ, DESHAWN A.
2024 S GARTH AVE
LOS ANGELES, CA 90034

Date(s) debt was incurred  1/24/2020

Last 4 digits of account number  1330

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.418** | Nonpriority creditor's name and mailing address
ENTERTAINMENT DATA ORACLE, INC.
2110 MAIN ST SUITE 303
SANTA MONICA, CA 90405

Date(s) debt was incurred  2016-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  CUSTOMER REFUND

Is the claim subject to offset?  ■ No  ☐ Yes

$3,964.00

---

**3.419** | Nonpriority creditor's name and mailing address
EPSTEIN, BRENNA J.
100 BOYLSTON STREET
BOSTON, MA 02116

Date(s) debt was incurred  2/14/2020

Last 4 digits of account number  1353

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.420** | Nonpriority creditor's name and mailing address
ERARDY, ERIC L.
8741 OWENSMOUTH AVE
CANOGA PARK, CA 91304

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  0587

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.421** | Nonpriority creditor's name and mailing address
ERAZO, ALAN A.
200 N. BENTON WAY
LOS ANGELES, CA 90026

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  4732

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.422** | Nonpriority creditor's name and mailing address
ERIKSON INSTITUTE
451 N LA SALLE ST
CHICAGO, IL 60654

Date(s) debt was incurred  2016-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  CUSTOMER REFUND

Is the claim subject to offset?  ■ No  ☐ Yes

$100.00

---

**3.423** | Nonpriority creditor's name and mailing address
ERNSTER, ROY Y.
3437 MEVEL PL
LA CRESCENTA, CA 91214-1141

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  0952

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

| Debtor | **Pacific Theatres Exhibition Corp.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.424** Nonpriority creditor's name and mailing address
**ESCALANTE LEIVA, STEPHANIE**
**6134 HAZELTINE AVE**
**VAN NUYS, CA 91401**

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __5367__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.425** Nonpriority creditor's name and mailing address
**ESCOBAR, HENRY**
**4682 CORTE MAR ASOMBROSA**
**SAN DIEGO, CA 92130**

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __4378__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.426** Nonpriority creditor's name and mailing address
**ESPARZA, STEPHANY**
**21051 GRESHAM ST**
**CANOGA PARK, CA 91304**

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __0849__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.427** Nonpriority creditor's name and mailing address
**ESTEVEZ, STEPHANIE**
**18915 WILLARD ST**
**RESEDA, CA 91335**

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __4633__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.428** Nonpriority creditor's name and mailing address
**ESTUARDO, ILINNE G.**
**1912 E. JACKSON ST.**
**LONG BEACH, CA 90805**

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __3499__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.429** Nonpriority creditor's name and mailing address
**ESTUPINIAN, MICHAEL K.**
**14808 COHASSET ST**
**VAN NUYS, CA 91405**

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __2817__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.430** Nonpriority creditor's name and mailing address
**ETCHEAGARAY, ALEJANDRO**
**1434 RICARDO ST.**
**LOS ANGELES, CA 90033**

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __2460__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.431 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**3.431**

Nonpriority creditor's name and mailing address
EVANS, CAMERON W.
2418 FEDERAL AVE
LOS ANGELES, CA 90064

Date(s) debt was incurred  12/26/2019
Last 4 digits of account number  0429

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.432**

Nonpriority creditor's name and mailing address
EVANS, LAWRENCE W.
4100 WARNER BLVD., APT. G
BURBANK, CA 91505

Date(s) debt was incurred  12/26/2019
Last 4 digits of account number  1121

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.433**

Nonpriority creditor's name and mailing address
EVERSOFT INC
PO BOX 92769
LONG BEACH, CA 90809

Date(s) debt was incurred  2020-2021
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  SUPPLIER

Is the claim subject to offset? ■ No  ☐ Yes

$3,042.11

---

**3.434**

Nonpriority creditor's name and mailing address
EVREN, IDIL
50 OLIVER STREET
SOMERVILLE, MA 02145

Date(s) debt was incurred  12/26/2019
Last 4 digits of account number  0982

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.435**

Nonpriority creditor's name and mailing address
EXCELSIOR ELEVATOR CORPORATION
1961 BLAIR AVE
SANTA ANA, CA 92705

Date(s) debt was incurred  2020-2021
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  SUPPLIER

Is the claim subject to offset? ■ No  ☐ Yes

$3,860.00

---

**3.436**

Nonpriority creditor's name and mailing address
FACEBOOK, INC
15161 COLLECTIONS CENTER DR
CHICAGO, IL 60693

Date(s) debt was incurred  2020-2021
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  MARKETING

Is the claim subject to offset? ■ No  ☐ Yes

$20,460.93

---

**3.437**

Nonpriority creditor's name and mailing address
FACTORY SIGNAGE & GRAPHICS
12411 FIELDING CIRCLE, 4507
PLAYA VISTA, CA 90094

Date(s) debt was incurred  2020-2021
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  SUPPLIER

Is the claim subject to offset? ■ No  ☐ Yes

$7,587.00

---

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| 3.438 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **$0.00** |
| | FAILE, JONATHAN D. | ☐ Contingent |
| | 1095A EMORY ST. | ☐ Unliquidated |
| | IMPERIAL BEACH, CA 91932 | ☐ Disputed |
| | Date(s) debt was incurred __2/21/2020__ | Basis for the claim: __FORMER EMPLOYEE__ |
| | Last 4 digits of account number __1362__ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.439 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **$630.92** |
| | FALVEY LINEN SUPPLY, INC | ☐ Contingent |
| | 50 BURNHAM AVENUE | ☐ Unliquidated |
| | CRANSTON, RI 02910 | ☐ Disputed |
| | Date(s) debt was incurred __2020-2021__ | Basis for the claim: __SUPPLIER__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.440 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **$0.00** |
| | FANDANGO MEDIA, LLC | ☐ Contingent |
| | 12200 W. OLYMPIC BLVD. | ☐ Unliquidated |
| | SUITE 400 | ☐ Disputed |
| | LOS ANGELES, CA 90064 | Basis for the claim: __OTHER__ |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.441 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **$4,848.66** |
| | FEDEX FREIGHT INC | ☐ Contingent |
| | DEPT LA | ☐ Unliquidated |
| | PASADENA, CA 91185 | ☐ Disputed |
| | Date(s) debt was incurred __2020-2021__ | Basis for the claim: __SUPPLIER__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.442 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **$1,239.74** |
| | FERGUSON ENTERPRISES LLC | ☐ Contingent |
| | 2750 S TOWNE AVE | ☐ Unliquidated |
| | POMONA, CA 91766 | ☐ Disputed |
| | Date(s) debt was incurred __2020-2021__ | Basis for the claim: __SUPPLIER__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.443 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **$0.00** |
| | FERGUSON, TEONNA L. | ☐ Contingent |
| | 5320 SATURN STREET | ☐ Unliquidated |
| | LOS ANGELES, CA 90019 | ☐ Disputed |
| | Date(s) debt was incurred __12/26/2019__ | Basis for the claim: __FORMER EMPLOYEE__ |
| | Last 4 digits of account number __5407__ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.444 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **$0.00** |
| | FIESTAS LLENQUE, WILMER H. | ☐ Contingent |
| | 641 BROADWAY | ☐ Unliquidated |
| | EVERETT, MA 02149 | ☐ Disputed |
| | Date(s) debt was incurred __12/26/2019__ | Basis for the claim: __FORMER EMPLOYEE__ |
| | Last 4 digits of account number __1156__ | Is the claim subject to offset? ■ No  ☐ Yes |

| Debtor | Pacific Theatres Exhibition Corp. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**3.445**

Nonpriority creditor's name and mailing address
**FIGUEROA, WILFREDO**
**19 NIGHTINGALE ST**
**BOSTON, MA 02124**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **1012**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.446**

Nonpriority creditor's name and mailing address
**FINK ELECTRIC LLC**
**7748 BRINK RD**
**GAITHERSBURG, MD 20882**

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ■ No ☐ Yes

$750.00

---

**3.447**

Nonpriority creditor's name and mailing address
**FINLEY, GRAHAM R.**
**123 N MARIPOSA AVE**
**LOS ANGELES, CA 90004**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **0413**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.448**

Nonpriority creditor's name and mailing address
**FINN, JOHN**
**403 GRUENTHER AVENUE**
**ROCKVILLE, MD 20851**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **4680**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.449**

Nonpriority creditor's name and mailing address
**FIRE KING COMMERCIAL SERVICES LLC**
**101 SECURITY PARKWAY**
**NEW ALBANY, IN 47150**

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ■ No ☐ Yes

$627.21

---

**3.450**

Nonpriority creditor's name and mailing address
**FISHER, THOMAS W.**
**25730 PLAYER DR. S-5**
**VALENCIA, CA 91355**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **1605**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.451**

Nonpriority creditor's name and mailing address
**FITZPATRICK, ERNESTO K.**
**31 STARBIRD STREET**
**MALDEN, MA 02148**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **1254**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Pacific Theatres Exhibition Corp.**
Name                                                          Case number (if known)

---

| 3.452 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**FLETCHER, CARMENLETTA C.**
8559 GREENBELT RD
GREENBELT, MD 20770

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/26/2019

Basis for the claim:  FORMER EMPLOYEE

Last 4 digits of account number  1172

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.453 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**FLORES, ERIC**
9366 URBANA AVE
ARLETA, CA 91331

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/26/2019

Basis for the claim:  FORMER EMPLOYEE

Last 4 digits of account number  0601

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.454 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**FLORES, JOSE A.**
382 1/2 LOMA DRIVE
LOS ANGELES, CA 90017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/26/2019

Basis for the claim:  FORMER EMPLOYEE

Last 4 digits of account number  0921

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.455 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**FLORES, RAMON J.**
6665 LONG BEACH BLVD  SPACE J20
LONG BEACH, CA 90805

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/26/2019

Basis for the claim:  FORMER EMPLOYEE

Last 4 digits of account number  0695

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.456 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**FLORES, RAUL A.**
148 N. ST. ANDREWS PLACE 5
LOS ANGELES, CA 90004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/26/2019

Basis for the claim:  FORMER EMPLOYEE

Last 4 digits of account number  4862

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.457 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**FLORES, ROBERT A.**
125 S ORANGE AVE
MONTEREY PARK, CA 91755

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/26/2019

Basis for the claim:  FORMER EMPLOYEE

Last 4 digits of account number  0698

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.458 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**FLORES, WENDY**
13888 SHABLOW AVE
SYLMAR, CA 91342

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/26/2019

Basis for the claim:  FORMER EMPLOYEE

Last 4 digits of account number  0944

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.459**

Nonpriority creditor's name and mailing address
FLOWER, SHAHRZAD
5015 KESTER AVE APT 14
SHERMAN OAKS, CA 91403

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __4719__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

**3.460**

Nonpriority creditor's name and mailing address
FOCUS FEATURES
PO BOX 848270
DALLAS, TX 75284

Date(s) debt was incurred __Q1 - Q2 2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FILM RENT__

Is the claim subject to offset? ■ No ☐ Yes

$174,359.10

**3.461**

Nonpriority creditor's name and mailing address
FONTANA, JAMES V.
217 E OAK AVE
EL SEGUNDO, CA 90245

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __0906__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

**3.462**

Nonpriority creditor's name and mailing address
FONTENOT, JUSTIN R.
78 BROOKS ST
BOSTON, MA 02108

Date(s) debt was incurred __2/29/2020__

Last 4 digits of account number __1369__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

**3.463**

Nonpriority creditor's name and mailing address
FOOTHILL COMMUNICATIONS, INC.
133 N. SAN GABRIEL BOULEV, STE. 206
PASADENA, CA 91107

Date(s) debt was incurred __2020-2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __SUPPLIER__

Is the claim subject to offset? ■ No ☐ Yes

$197.10

**3.464**

Nonpriority creditor's name and mailing address
FORD-MAR, INDIANA J.
10643 OTSEGO ST.
NORTH HOLLYWOOD, CA 91601

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __0355__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

**3.465**

Nonpriority creditor's name and mailing address
FORTIER, TRISTAN J.
504 GRAPEVINE RD
VISTA, CA 92083

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __0923__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

| Debtor | Pacific Theatres Exhibition Corp. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**3.466**
Nonpriority creditor's name and mailing address
**FOSSELMAN'S ICE CREAM**
**1824 W MAIN ST**
**ALHAMBRA, CA 91801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.467**
Nonpriority creditor's name and mailing address
**FOSTER, JAYSEN P.**
**11853 TRURO AVE C**
**HAWTHORNE, CA 90250**

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **4607**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.468**
Nonpriority creditor's name and mailing address
**FOSTER, ZAIRE N.**
**14655 MORRISON STREET**
**SHERMAN OAKS, CA 91403**

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **0930**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.469**
Nonpriority creditor's name and mailing address
**FOUR SEASONS LANDSCAPING AND**
**MAINTENANCE**
**11520 JEFFERSON BLVD**
**CULVER CITY, CA 90230**

Date(s) debt was incurred  **2020-2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.470**
Nonpriority creditor's name and mailing address
**FOX VALLEY FIRE & SAFETY CO., INC**
**2730 PINNACLE DR**
**ELGIN, IL 60124**

Date(s) debt was incurred  **2020-2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ■ No ☐ Yes

**$114.00**

---

**3.471**
Nonpriority creditor's name and mailing address
**FOX-ZAMORA, REYNA B.**
**3447 1/2 LANFRANCO STREET**
**LOS ANGELES, CA 90063**

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **1279**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.472**
Nonpriority creditor's name and mailing address
**FRAKES, KAYLEIGH C.**
**4630 KESTER AVE. #212**
**SHERMAN OAKS, CA 91403**

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **4832**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) | |
| | Name | | |

---

**3.473** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

FRANCISCO, MARCOS J.
810 S ST ANDREWS PL
LOS ANGELES, CA 90005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  0433

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.474** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

FRANCO RIVERA, SAMANTA Y.
12747 MERCER ST
PACOIMA, CA 91331

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  0200

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.475** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

FRANCO, YELENA P.
16228 VAN NESS AVE
TORRANCE, CA 90504

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  0426

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.476** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

FREEMAN, MARIAH J.
13606 CERISE AVE
HAWTHORNE, CA 90250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  0677

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.477** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

FRENCH, ALEXANDER K.
1112 BERYL ST. #4
REDONDO BEACH, CA 90277

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/24/2020

Last 4 digits of account number  1329

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.478** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

FRERES, AARON T.
801 ASH ST  UNIT 501
SAN DIEGO, CA 92101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  1236

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.479** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

FSV PAYMENT SYSTEMS, INC.
6410 SOUTHPOINT PWKY,, STE 200
JACKSONVILLE, FL 32216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  SUPPLIER

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) |
|---|---|---|
| | Name | |

| 3.480 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FUENTES, CHRISTIAN**
**3106 BAGLEY AVENUE**
**LOS ANGELES, CA 90034**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **12/26/2019**

Basis for the claim:  **FORMER EMPLOYEE**

Last 4 digits of account number  **1922**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.481 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,289.17 |
|---|---|---|---|

**FUNIMATION PRODUCTIONS LTD**
**PO BOX 674165**
**DALLAS, TX 75267-4165**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **Q1 - Q2 2020**

Basis for the claim:  **FILM RENT**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.482 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FUQUA, JONATHAN M.**
**39 BOYLSTON ST**
**BOSTON, MA 02116**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **12/26/2019**

Basis for the claim:  **FORMER EMPLOYEE**

Last 4 digits of account number  **1256**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.483 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GABEL, SYDNEY K.**
**15332 WEDDINGTON ST**
**SHERMAN OAKS, CA 91411**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **12/26/2019**

Basis for the claim:  **FORMER EMPLOYEE**

Last 4 digits of account number  **2277**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.484 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GABRIEL, DAVID I.**
**942 N NORMANDIE AVE**
**LOS ANGELES, CA 90029**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **12/26/2019**

Basis for the claim:  **FORMER EMPLOYEE**

Last 4 digits of account number  **0919**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.485 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GABUARDI, EDWIN G.**
**15430 HAWTHORNE BLVD APT 19**
**LAWNDALE, CA 90260**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **12/26/2019**

Basis for the claim:  **FORMER EMPLOYEE**

Last 4 digits of account number  **0797**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.486 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GAITAN, EDWIN A.**
**939 N OXFORD AVE APT 1**
**LOS ANGELES, CA 90029**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **12/26/2019**

Basis for the claim:  **FORMER EMPLOYEE**

Last 4 digits of account number  **4374**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   **Pacific Theatres Exhibition Corp.**                   Case number (if known) _____
_____
        Name

---

**3.487**  Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is: Check all that apply.       $0.00
         **GALDAMEZ, STEFANY A.**                                  ☐ Contingent
         **4201 HAVARD ST.**                                       ☐ Unliquidated
         **SILVER SPRING, MD 20906**                               ☐ Disputed
         Date(s) debt was incurred _12/26/2019_                    Basis for the claim: _FORMER EMPLOYEE_
         Last 4 digits of account number _0328_                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.488**  Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is: Check all that apply.       $0.00
         **GALLEGOS, MATTHEW A.**                                  ☐ Contingent
         **23226 ALTA WAY**                                        ☐ Unliquidated
         **CHATSWORTH, CA 91311**                                  ☐ Disputed
         Date(s) debt was incurred _12/26/2019_                    Basis for the claim: _FORMER EMPLOYEE_
         Last 4 digits of account number _1086_                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.489**  Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is: Check all that apply.       $0.00
         **GALVAN, REY**                                           ☐ Contingent
         **15854 BLACKHAWK ST.**                                   ☐ Unliquidated
         **GRANADA HILLS, CA 91344**                               ☐ Disputed
         Date(s) debt was incurred _12/26/2019_                    Basis for the claim: _FORMER EMPLOYEE_
         Last 4 digits of account number _0815_                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.490**  Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is: Check all that apply.       $0.00
         **GALVEZ, DENISSE A.**                                    ☐ Contingent
         **12541 PACIFIC AVE. 9**                                  ☐ Unliquidated
         **LOS ANGELES, CA 90066**                                 ☐ Disputed
         Date(s) debt was incurred _12/26/2019_                    Basis for the claim: _FORMER EMPLOYEE_
         Last 4 digits of account number _4851_                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.491**  Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is: Check all that apply.       $0.00
         **GANNON, MELANIE R.**                                    ☐ Contingent
         **7545 CHARMANT DR., APT 1501**                           ☐ Unliquidated
         **SAN DIEGO, CA 92122**                                   ☐ Disputed
         Date(s) debt was incurred _12/26/2019_                    Basis for the claim: _FORMER EMPLOYEE_
         Last 4 digits of account number _1240_                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.492**  Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is: Check all that apply.       $0.00
         **GARCIA HERNANDEZ, FREDY**                               ☐ Contingent
         **3640 ADAIR STREET**                                     ☐ Unliquidated
         **LOS ANGELES, CA 90011**                                 ☐ Disputed
         Date(s) debt was incurred _12/26/2019_                    Basis for the claim: _FORMER EMPLOYEE_
         Last 4 digits of account number _0557_                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.493**  Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is: Check all that apply.       $0.00
         **GARCIA JUMELLES, WILSON A.**                            ☐ Contingent
         **31 MARLBOROUGH STREET**                                 ☐ Unliquidated
         **CHELSEA, MA 02150**                                     ☐ Disputed
         Date(s) debt was incurred _12/26/2019_                    Basis for the claim: _FORMER EMPLOYEE_
         Last 4 digits of account number _1033_                    Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Pacific Theatres Exhibition Corp. | Case number (If known) | |
|---|---|---|---|
| | Name | | |

| 3.494 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GARCIA LOPEZ XOCHIMITL, ALEXIS L.**
**8250 LANKERSHIM BLVD, OLIVE SPC 19**
**NORTH HOLLYWOOD, CA 91605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/26/2019

Basis for the claim:  FORMER EMPLOYEE

Last 4 digits of account number  1293

Is the claim subject to offset? ■ No  ☐ Yes

| 3.495 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GARCIA SALAZAR, JOAO A.**
**456 SOUTH COCHRAN AVENUE APT. 402**
**LOS ANGELES, CA 90036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/26/2019

Basis for the claim:  FORMER EMPLOYEE

Last 4 digits of account number  0431

Is the claim subject to offset? ■ No  ☐ Yes

| 3.496 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GARCIA, JOEL E.**
**13300 RANGOON ST.**
**ARLETA, CA 91331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/26/2019

Basis for the claim:  FORMER EMPLOYEE

Last 4 digits of account number  5355

Is the claim subject to offset? ■ No  ☐ Yes

| 3.497 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GARCIA, JUSTIN J.**
**14857 HARTSOOK ST 2**
**SHERMAN OAKS, CA 91403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/26/2019

Basis for the claim:  FORMER EMPLOYEE

Last 4 digits of account number  4842

Is the claim subject to offset? ■ No  ☐ Yes

| 3.498 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GARCIA, LIZETTE**
**9852 WOODALE AVE**
**ARLETA, CA 91331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/26/2019

Basis for the claim:  FORMER EMPLOYEE

Last 4 digits of account number  0846

Is the claim subject to offset? ■ No  ☐ Yes

| 3.499 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GARCIA, ROGER H.**
**6737 DENNY AVE**
**NORTH HOLLYWOOD, CA 91606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/26/2019

Basis for the claim:  FORMER EMPLOYEE

Last 4 digits of account number  0822

Is the claim subject to offset? ■ No  ☐ Yes

| 3.500 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GARCIA, ZENA A.**
**7323 WINNETKA AVE 113**
**WINNETKA, CA 91306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/26/2019

Basis for the claim:  FORMER EMPLOYEE

Last 4 digits of account number  5170

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.501** Nonpriority creditor's name and mailing address
GARDA CL WEST INC
3209 MOMENTUM PLACE
CHICAGO, IL 60689

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  SUPPLIER

Is the claim subject to offset? ☐ No  ☐ Yes

$0.00

---

**3.502** Nonpriority creditor's name and mailing address
GARRETT, ANTONE D.
8504 WILLIS AVE APT 14
PANORAMA CITY, CA 91402

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  0203

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ☐ No  ☐ Yes

$0.00

---

**3.503** Nonpriority creditor's name and mailing address
GARVEY, GEORGIA A.
800 LENOX ROAD
GLENVIEW, IL 60025

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  0478

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.504** Nonpriority creditor's name and mailing address
GARZA, AMANDA A.
8619 TUNNEY AVENUE
NORTHRIDGE, CA 91324

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  4982

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.505** Nonpriority creditor's name and mailing address
GASKIN, IYANNA
23635 NEWHALL AVE APT. 205
SANTA CLARITA, CA 91321

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  5549

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.506** Nonpriority creditor's name and mailing address
GDC TECHNOLOGY, LLC
1016 W MAGNOLIA BLVD
BURBANK, CA 91506

Date(s) debt was incurred  2020-2021

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  IT

Is the claim subject to offset? ■ No  ☐ Yes

$376.99

---

**3.507** Nonpriority creditor's name and mailing address
GEKKER, LIANNA R.
6014 MELVERN DR.
BETHESDA, MD 20817

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  4807

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.508 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.508** Nonpriority creditor's name and mailing address
GELLER, DAVID
12850 HATTERAS ST
VALLEY VILLAGE, CA 91607

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  2582

As of the petition filing date, the claim is: Check all that apply.                                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.509** Nonpriority creditor's name and mailing address
GERVAIS, ALLISON I.
5037 W 124TH ST
HAWTHORNE, CA 90250

Date(s) debt was incurred  1/27/2020

Last 4 digits of account number  1335

As of the petition filing date, the claim is: Check all that apply.                                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.510** Nonpriority creditor's name and mailing address
GESCHWIND, MATTHEW
1919 N. VERMONT AVENUE #16
LOS ANGELES, CA 90027

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  2407

As of the petition filing date, the claim is: Check all that apply.                                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.511** Nonpriority creditor's name and mailing address
GFM, LLC (AKA THE GROVE, LLC)
PO BOX 31001-1534
PASADENA, CA 91110

Date(s) debt was incurred  2021

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.                              $144,095.11
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  RENT (REAL PROPERTY TAXES)

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.512** Nonpriority creditor's name and mailing address
GFM, LLC (AKA THE GROVE, LLC)
C/O CARUSO AFFILIATED
101 THE GROVE DRIVE
LOS ANGELES, CA 90036

Date(s) debt was incurred  2020-2021

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.                            $3,882,979.79
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  RENT

Is the claim subject to offset? ☐ No   ■ Yes

---

**3.513** Nonpriority creditor's name and mailing address
GGETA SUNSET, LLC
4609 HAMPTON STREET
VERNON, CA 90058

Date(s) debt was incurred  2019

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.                                $7,260.00
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  SECURITY DEPOSIT

Is the claim subject to offset? ☐ No   ■ Yes

---

**3.514** Nonpriority creditor's name and mailing address
GGP NORTHRIDGE FASHION CENTER, LP
BPR-FF LLC
350 N. ORLEANS ST. SUITE 300
ATTN: LAW/LEASE ADMINISTRATION DEPT
CHICAGO, IL 60654-1607

Date(s) debt was incurred  2021

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.                              $181,901.65
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  RENT (REAL PROPERTY TAXES)

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **Pacific Theatres Exhibition Corp.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.515** Nonpriority creditor's name and mailing address
GGP NORTHRIDGE FASHION CENTER, LP
NORTHRIDGE FASHION CENTER
350 N. ORLEANS ST. SUITE 300
ATTN: LAW/LEASE ADMINISTRATION DEPT
CHICAGO, IL 60654-1607

Date(s) debt was incurred 2020-2021

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                          $1,549,454.52

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **RENT**

Is the claim subject to offset? ☑ No   ☐ Yes

---

**3.516** Nonpriority creditor's name and mailing address
GIFFORD, JARROD C.
1845 NORTH GRAMERCY PLACE #103 103
LOS ANGELES, CA 90028

Date(s) debt was incurred 12/26/2019

Last 4 digits of account number 4250

**As of the petition filing date, the claim is:** *Check all that apply.*                          $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ☑ No   ☐ Yes

---

**3.517** Nonpriority creditor's name and mailing address
GILBERT, MEGAN K.
3215 W BELLE PLAINE AVE. 2B
CHICAGO, IL 60618

Date(s) debt was incurred 12/26/2019

Last 4 digits of account number 5049

**As of the petition filing date, the claim is:** *Check all that apply.*                          $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ☑ No   ☐ Yes

---

**3.518** Nonpriority creditor's name and mailing address
GILLIS, CYNTHIA J.
111B CAMBRIDGE ST.
LAWRENCE, MA 01843

Date(s) debt was incurred 12/26/2019

Last 4 digits of account number 1106

**As of the petition filing date, the claim is:** *Check all that apply.*                          $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ☑ No   ☐ Yes

---

**3.519** Nonpriority creditor's name and mailing address
GILLS, CHARMEKA
4449 W JACKSON BLVD 1F
CHICAGO, IL 60624

Date(s) debt was incurred 12/26/2019

Last 4 digits of account number 2176

**As of the petition filing date, the claim is:** *Check all that apply.*                          $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ☑ No   ☐ Yes

---

**3.520** Nonpriority creditor's name and mailing address
GILMORE, GREGORY D.
11950 KLING ST. #111
VALLEY VILLAGE, CA 91607

Date(s) debt was incurred 12/26/2019

Last 4 digits of account number 7890

**As of the petition filing date, the claim is:** *Check all that apply.*                          $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ☑ No   ☐ Yes

---

**3.521** Nonpriority creditor's name and mailing address
GIRON, AMANDA C.
7814 STEDDOM DR.
ROSEMEAD, CA 91770

Date(s) debt was incurred 12/26/2019

Last 4 digits of account number 4956

**As of the petition filing date, the claim is:** *Check all that apply.*                          $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ☑ No   ☐ Yes

---

Debtor   **Pacific Theatres Exhibition Corp.**                                    Case number (if known)
_____
Name

| | |
|---|---|
| **3.522** Nonpriority creditor's name and mailing address<br>**GIZA, NICOLE**<br>**626 COBBLESTONE CIR B**<br>**GLENVIEW, IL 60025**<br>Date(s) debt was incurred __12/26/2019__<br>Last 4 digits of account number __5342__ | As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __FORMER EMPLOYEE__<br>Is the claim subject to offset? ■ No ☐ Yes |
| **3.523** Nonpriority creditor's name and mailing address<br>**GLARUS CHOCOLATIER**<br>**2046 YORK ROAD**<br>**TIMONIUM, MD 21093**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __SUPPLIER__<br>Is the claim subject to offset? ■ No ☐ Yes |
| **3.524** Nonpriority creditor's name and mailing address<br>**GLINOGA, EARL K.**<br>**133 SOUTH COLUMBUS AVE**<br>**GLENDALE, CA 91204**<br>Date(s) debt was incurred __12/26/2019__<br>Last 4 digits of account number __0647__ | As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __FORMER EMPLOYEE__<br>Is the claim subject to offset? ■ No ☐ Yes |
| **3.525** Nonpriority creditor's name and mailing address<br>**GLOBAL ENTERTAINMENT SECURITY INC**<br>**3625 E THOUSAND OAKS BLVD**<br>**WESTLAKE VILLAGE, CA 91362**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*     **$180.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __SUPPLIER__<br>Is the claim subject to offset? ■ No ☐ Yes |
| **3.526** Nonpriority creditor's name and mailing address<br>**GLOBAL MECHANICAL SERVICES**<br>**C/O GLENN WEQRZYN, ESQ.**<br>**LAW OFFICES OF ALAN M. COHEN, LLC**<br>**550 WORCESTER RD., SUITE 5**<br>**FRAMINGHAM, MA 01702**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: __SUPPLIER/CONTRACTOR__<br>Is the claim subject to offset? ■ No ☐ Yes |
| **3.527** Nonpriority creditor's name and mailing address<br>**GODINEZ, MATTHEW**<br>**104 N. WILSON AVE #12**<br>**PASADENA, CA 91106**<br>Date(s) debt was incurred __1/24/2020__<br>Last 4 digits of account number __1332__ | As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __FORMER EMPLOYEE__<br>Is the claim subject to offset? ■ No ☐ Yes |
| **3.528** Nonpriority creditor's name and mailing address<br>**GODOY, JUAN J.**<br>**8846 DEBRA AVE**<br>**NORTH HILLS, CA 91343**<br>Date(s) debt was incurred __12/26/2019__<br>Last 4 digits of account number __5399__ | As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __FORMER EMPLOYEE__<br>Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.529** Nonpriority creditor's name and mailing address
GOLD HOUSE FOUNDATION
159 WORKING RANCH
IRVINE, CA 92602

Date(s) debt was incurred  **2016-2020**
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CUSTOMER REFUND**

Is the claim subject to offset?  ■ No  ☐ Yes

**$512.00**

---

**3.530** Nonpriority creditor's name and mailing address
GOLD MEDAL PRODUCTS CO
10700 MEDALLION DR
CINCINNATI, OH 45241

Date(s) debt was incurred  **2020-2021**
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER**

Is the claim subject to offset?  ■ No  ☐ Yes

**$1,883.44**

---

**3.531** Nonpriority creditor's name and mailing address
GOLDEN STATE WATER CO
PO BOX 9016
SAN DIMAS, CA 91773

Date(s) debt was incurred  **2020-2021**
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UTILITIES**

Is the claim subject to offset?  ■ No  ☐ Yes

**$7,704.42**

---

**3.532** Nonpriority creditor's name and mailing address
GOMEZ, KIMBERLY G.
1506 WEST 126TH ST
LOS ANGELES, CA 90047

Date(s) debt was incurred  **12/26/2019**
Last 4 digits of account number  **0522**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.533** Nonpriority creditor's name and mailing address
GOMEZ, KIMBERLY I.
1812 WEST BOULEVARD
LOS ANGELES, CA 90019

Date(s) debt was incurred  **12/26/2019**
Last 4 digits of account number  **5544**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.534** Nonpriority creditor's name and mailing address
GOMEZ, LINEKER A.
1043 WEST 17TH STREET 1043
LOS ANGELES, CA 90015

Date(s) debt was incurred  **12/26/2019**
Last 4 digits of account number  **4092**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.535** Nonpriority creditor's name and mailing address
GOMEZ, VIVIANA A.
4815 W. 95TH ST
INGLEWOOD, CA 90301

Date(s) debt was incurred  **12/26/2019**
Last 4 digits of account number  **1283**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) |
|---|---|---|
| | Name | |

**3.536** Nonpriority creditor's name and mailing address
GOMEZ-MEMBRENO, ERNESTO
1501 RIDGECREST STREET APARTMENT E
MONTEREY PARK, CA 91754

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **1082**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.537** Nonpriority creditor's name and mailing address
GONSALVES, CHRISTOPHER
1076 SPAIZER AVE
GLENDALE, CA 91201

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **4874**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.538** Nonpriority creditor's name and mailing address
GONZALES, CEDRIC
14611 VINCENNES ST 118
PANORAMA CITY, CA 91402

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **5034**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.539** Nonpriority creditor's name and mailing address
GONZALEZ, ADAM
430 PICO BLVD.
SANTA MONICA, CA 90405

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **0141**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.540** Nonpriority creditor's name and mailing address
GONZALEZ, ADRIANNA E.
1749 ATCHISON STREET
PASADENA, CA 91104

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **5539**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.541** Nonpriority creditor's name and mailing address
GONZALEZ, ANGIE C.
6149 PLATT AVE
WOODLAND HILLS, CA 91367

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **5305**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.542** Nonpriority creditor's name and mailing address
GONZALEZ, JAILENE A.
11912 CEDAR AVENUE
HAWTHORNE, CA 90250

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **4656**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Pacific Theatres Exhibition Corp.**                      Case number (if known) _____
         Name

---

| 3.543 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GONZALEZ, JESSICA M.**
**11 VICTORY ROAD**
**BOSTON, MA 02122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **1064**

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.544 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GONZALEZ, JUAN**
**13901 CANTLAY ST.**
**VAN NUYS, CA 91405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **3423**

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.545 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GONZALEZ, MELENIE J.**
**8443 LINDLEY AVE**
**NORTHRIDGE, CA 91325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **0847**

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.546 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GONZALEZ, MOISES A.**
**820 S MARYLAND AVE 208**
**GLENDALE, CA 91205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **4287**

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.547 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,663.51 |
|---|---|---|---|

**GOOD DEED ENTERTAINMENT, LLC**
**P.O BOX 1234**
**ASHLAND, OH 44805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Q1 - Q2 2020**

Last 4 digits of account number  _

Basis for the claim:  **FILM RENT**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.548 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GORDON, ZACHARY M.**
**7036 HAWTHORN AVE APT. 11**
**LOS ANGELES, CA 90028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **1145**

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.549 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GORDY, SEAN P.**
**43648 EVERGOLD TERRACE**
**ASHBURN, VA 20147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **1099**

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Pacific Theatres Exhibition Corp. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.550 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.550**
Nonpriority creditor's name and mailing address
GOULD, MATTHEW J.
7162 BEVERLY BLVD 248
LOS ANGELES, CA 90036

Date(s) debt was incurred 12/26/2019
Last 4 digits of account number 4354

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.551**
Nonpriority creditor's name and mailing address
GOWIN, RILEY R.
10 WEST STREET
BOSTON, MA 02111

Date(s) debt was incurred 12/26/2019
Last 4 digits of account number 1011

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.552**
Nonpriority creditor's name and mailing address
GRABA, ALISON F.
1784 N SYCAMORE AVE 307
LOS ANGELES, CA 90028

Date(s) debt was incurred 12/26/2019
Last 4 digits of account number 4844

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.553**
Nonpriority creditor's name and mailing address
GRAHAM CO
28231 AVENUE CROCKER
VALENCIA, CA 91355

Date(s) debt was incurred 2020-2021
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: SUPPLIER

Is the claim subject to offset? ■ No  ☐ Yes

$2,910.00

---

**3.554**
Nonpriority creditor's name and mailing address
GRAINGER
DEPT 805384369
PALATINE, IL 60038

Date(s) debt was incurred 2020-2021
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: SUPPLIER

Is the claim subject to offset? ■ No  ☐ Yes

$97.14

---

**3.555**
Nonpriority creditor's name and mailing address
GRAINGER
DEPT. 874080906
PALATINE, IL 60038

Date(s) debt was incurred 2020-2021
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: SUPPLIER

Is the claim subject to offset? ■ No  ☐ Yes

$214.28

---

**3.556**
Nonpriority creditor's name and mailing address
GRANDE, ALEXIS
515 S. KINGSLEY DR #16 APT. 16
LOS ANGELES, CA 90020

Date(s) debt was incurred 12/26/2019
Last 4 digits of account number 5251

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.557** | Nonpriority creditor's name and mailing address
**GRANDMA INAS BEST TOFFEE**
**16161 VENTURA BLVD**
**ENCINO, CA 91436**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.558** | Nonpriority creditor's name and mailing address
**GRANT, JOSHUA**
**3751 MOTOR AVE**
**LOS ANGELES, CA 90034**

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  3743

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.559** | Nonpriority creditor's name and mailing address
**GRANT, SYDNEE B.**
**642 COLMAN ST**
**ALTADENA, CA 91001**

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  0924

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.560** | Nonpriority creditor's name and mailing address
**GRAPHIC CONTROLS LLC**
**PO BOX 1271**
**BUFFALO, NY 14240**

Date(s) debt was incurred  2020-2021

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER**

Is the claim subject to offset? ■ No  ☐ Yes

$11,700.47

---

**3.561** | Nonpriority creditor's name and mailing address
**GRAY, SARAH G.**
**2521 ALSACE AVE**
**LOS ANGELES, CA 90016**

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  1216

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.562** | Nonpriority creditor's name and mailing address
**GRAY, THOMAS M.**
**8928 BRADMOOR DR**
**BETHESDA, MD 20817**

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  4878

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.563** | Nonpriority creditor's name and mailing address
**GRAYCOR CONSTRUCTION COMPANY, INC.**
**TWO MID AMERICA PLAZA - SUITE 400**
**OAKBROOK TERRACE, IL 60181**

Date(s) debt was incurred  2020-2021

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **SUPPLIER**

Is the claim subject to offset? ■ No  ☐ Yes

$3,532,795.03

---

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) |
|--------|---------------------------------------|------------------------|
|        | Name                                  |                        |

---

**3.564** Nonpriority creditor's name and mailing address
**GRAYCOR CONSTRUCTION INC.**
**C/O MATTHEW B. LYSIAK ESQ.**
**MCDONOUGH HACKING & LAVOIE, LLC**
**27 CONGRESS ST., SUITE 404**
**SALEM, MA 01970**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **SUPPLIER/CONTRACTOR**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.565** Nonpriority creditor's name and mailing address
**GRAYS, ANTONIO**
**4356 W GLADYS**
**CHICAGO, IL 60624**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **0391**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.566** Nonpriority creditor's name and mailing address
**GREENBAUM, ANDREW M.**
**5942 TEMPLE CITY BLVD**
**TEMPLE CITY, CA 91780**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **1271**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.567** Nonpriority creditor's name and mailing address
**GREENHOUSE, ALBERT M.**
**863 ALANDELE AVE**
**LOS ANGELES, CA 90036**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **0485**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.568** Nonpriority creditor's name and mailing address
**GREENWICH ENTERTAINMENT LLC**
**610 FIFTH AVENE, SUIT 305**
**NEW YORK, NY 10020**

Date(s) debt was incurred **Q1 - Q2 2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FILM RENT**

Is the claim subject to offset? ☐ No ☑ Yes

**$1,324.31**

---

**3.569** Nonpriority creditor's name and mailing address
**GREG PERLOT**
**429 24TH STREET**
**HERMOSA BEACH, CA 90254**

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **MARKETING**

Is the claim subject to offset? ☑ No ☐ Yes

**$7,500.00**

---

**3.570** Nonpriority creditor's name and mailing address
**GROSS, MARK E.**
**28121 HIGHRIDGE ROAD UNIT 413**
**RANCHO PALOS VERDE, CA 90275**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **1080**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.571** Nonpriority creditor's name and mailing address
GUMMERE, AUGUST M.
12711 BRANFORD ST.
PACOIMA, CA 91331

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **0279**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.572** Nonpriority creditor's name and mailing address
GUNDRY PARTNERS, LP DBA HOWARD
CDM, INC.
3750 LONG BEACH BLVD
LONG BEACH, CA 90807

Date(s) debt was incurred  **2020-2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER**

Is the claim subject to offset? ■ No  ☐ Yes

$17,625.00

---

**3.573** Nonpriority creditor's name and mailing address
GUNPOWDER & SKY DISTRIBUTION LLC
25 W 31ST STREET,
NEW YORK, NY 10001

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FILM RENT**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.574** Nonpriority creditor's name and mailing address
GUTIERREZ, ABDIEL J.
3925 W 120TH ST
HAWTHORNE, CA 90250

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **0334**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.575** Nonpriority creditor's name and mailing address
GUTIERREZ, ADRIANA
7051 COLDWATER CANYON AVE
NORTH HOLLYWOOD, CA 91605

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **1037**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.576** Nonpriority creditor's name and mailing address
GUTIERREZ, ERIK A.
318 CONCORD ST.
EL SEGUNDO, CA 90245

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **0336**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.577** Nonpriority creditor's name and mailing address
GUTIERREZ, JASON
977 BAYCREST LANE
HARBOR CITY, CA 90710

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **4458**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.578** Nonpriority creditor's name and mailing address
**GUTIERREZ, MARISOL**
**7051 COLDWATER CANYON AVE**
**NORTH HOLLYWOOD, CA 91605**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **1000**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.579** Nonpriority creditor's name and mailing address
**GUTIERREZ, PASTORA**
**3330 W 147TH ST. #106**
**HAWTHORNE, CA 90250**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **2878**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.580** Nonpriority creditor's name and mailing address
**GUTIERREZ, REINA**
**14422 NORDHOFF ST**
**PANORAMA CITY, CA 91402**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **4145**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.581** Nonpriority creditor's name and mailing address
**GUZMAN, ALEJANDRO**
**11101 STATE ST**
**LYNWOOD, CA 90262**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **0894**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.582** Nonpriority creditor's name and mailing address
**H & S DISTRIBUTION, LLC**
**PO BOX 037285**
**BALTIMORE, MD 21297-3285**

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ■ No  ☐ Yes

$273.95

---

**3.583** Nonpriority creditor's name and mailing address
**HABERMAN, TYLER J.**
**4567 WILLIS AVE APT 310**
**SHERMAN OAKS, CA 91403**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **5466**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.584** Nonpriority creditor's name and mailing address
**HALLEVI, DANIEL H.**
**7712 ZELZAH AVE.**
**RESEDA, CA 91335**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **5171**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.585 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

HAMILTON, AUSTIN D.
5915 HAZELTINE AVE
VAN NUYS, CA 91401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/26/2019

Basis for the claim:  FORMER EMPLOYEE

Last 4 digits of account number  1178

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.586 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

HANDOYO, NADIA F.
839 S WILTON PL
LOS ANGELES, CA 90005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/26/2019

Basis for the claim:  FORMER EMPLOYEE

Last 4 digits of account number  2430

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.587 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

HANNEMAN, RICHARD P.
90 BRAINERD ROAD, APARTMENT 2
ALLSTON, MA 02134

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/26/2019

Basis for the claim:  FORMER EMPLOYEE

Last 4 digits of account number  0989

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.588 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $714.30 |
|---|---|---|---|

HARBOR DISTRIBUTING, LLC
PO BOX 842685
LOS ANGELES, CA 90084-2685

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2020-2021

Basis for the claim:  SUPPLIER

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.589 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

HARLOW, TYLER
1218 N MANSFIELD AVE
LOS ANGELES, CA 90038

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/26/2019

Basis for the claim:  FORMER EMPLOYEE

Last 4 digits of account number  1665

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.590 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

HARRINGTONBILU, ANNA M.
6909 KNOWLTON PLACE #103
LOS ANGELES, CA 90045

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/26/2019

Basis for the claim:  FORMER EMPLOYEE

Last 4 digits of account number  5480

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.591 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

HARRIS, AALIYAH S.
979 CLOPPER RD
GAITHERSBURG, MD 20878

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/26/2019

Basis for the claim:  FORMER EMPLOYEE

Last 4 digits of account number  1067

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.592** | Nonpriority creditor's name and mailing address
**HARRIS, BRYN**
12100 BIRCH AVE
HAWTHORNE, CA 90250

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **0171**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.593** | Nonpriority creditor's name and mailing address
**HARRIS, JAVONN**
1365 N HUDSON
CHICAGO AVE, IL 60610

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **0843**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.594** | Nonpriority creditor's name and mailing address
**HARROD, SEAN K.**
5510 W 149TH PL. 16
HAWTHORNE, CA 90250

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **5517**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.595** | Nonpriority creditor's name and mailing address
**HARTOONI, EJMIN**
118 SOUTH ADAMS STREET 7
GLENDALE, CA 91205

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **4788**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.596** | Nonpriority creditor's name and mailing address
**HATHWAY INC**
81 HIGUERA STREET, SUITE 220
SAN LUIS OBISPO, CA 93401

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **MARKETING**

Is the claim subject to offset? ■ No  ☐ Yes

**$40,506.25**

---

**3.597** | Nonpriority creditor's name and mailing address
**HATTON, CLAIRE**
2222 MATHEWS AVE. APT C
REDONDO BEACH, CA 90278

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **5282**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.598** | Nonpriority creditor's name and mailing address
**HAVAKIAN, VANESSA**
27407 EVRON AVE
SANTA CLARITA, CA 91351

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **1681**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) | |
| | Name | | |

---

**3.599** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$717.50**
| HAWKEYE INSTALLATIONS | ☐ Contingent |
| 11271 DENIVELLE PL | ☐ Unliquidated |
| TUJUNGA, CA 91042 | ☐ Disputed |
| Date(s) debt was incurred _2020-2021_ | Basis for the claim:  SUPPLIER |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.600** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,291.70**
| HEARN ELECTRIC INC | ☐ Contingent |
| 23052 ALICIA PARKWAY | ☐ Unliquidated |
| MISSION VIEJO, CA 92692 | ☐ Disputed |
| Date(s) debt was incurred _2020-2021_ | Basis for the claim:  SUPPLIER |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.601** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**
| HEFFINGTON, JESSI R. | ☐ Contingent |
| 1676 ARLINGTON AVE. | ☐ Unliquidated |
| LOS ANGELES, CA 90019 | ☐ Disputed |
| Date(s) debt was incurred _12/26/2019_ | Basis for the claim:  FORMER EMPLOYEE |
| Last 4 digits of account number _1090_ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.602** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$150,000.00**
| HELLO DESIGN, LLC | ☐ Contingent |
| 10305 JEFFERSON BLVD | ■ Unliquidated |
| CULVER CITY, CA 90232 | ☐ Disputed |
| Date(s) debt was incurred _2020-2021_ | Basis for the claim:  MARKETING |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.603** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**
| HENDERSON, DENNIS | ☐ Contingent |
| 459 W. DIVISION ST. | ☐ Unliquidated |
| CHICAGO, IL 60610 | ☐ Disputed |
| Date(s) debt was incurred _12/26/2019_ | Basis for the claim:  FORMER EMPLOYEE |
| Last 4 digits of account number _3837_ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.604** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**
| HENDERSON, SAMANTHA V. | ☐ Contingent |
| 24 NOAH ST | ☐ Unliquidated |
| HYDE PARK, MA 02136 | ☐ Disputed |
| Date(s) debt was incurred _2/29/2020_ | Basis for the claim:  FORMER EMPLOYEE |
| Last 4 digits of account number _1371_ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.605** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**
| HENNESSY, SEAN A. | ☐ Contingent |
| 7857 CAMINO NOGUERA | ☐ Unliquidated |
| SAN DIEGO, CA 92122 | ☐ Disputed |
| Date(s) debt was incurred _12/26/2019_ | Basis for the claim:  FORMER EMPLOYEE |
| Last 4 digits of account number _4472_ | Is the claim subject to offset? ■ No  ☐ Yes |

---

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.606** Nonpriority creditor's name and mailing address
HENRY, SEVANA R.
3303 EMERALD ISLE DRIVE
GLENDALE, CA 91206

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __0702__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

**3.607** Nonpriority creditor's name and mailing address
HEREDIA MARTINEZ, ALEJANDRO
7121 NEWELL ST.
HUNTINGTON PARK, CA 90255

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __0575__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

**3.608** Nonpriority creditor's name and mailing address
HERNANDEZ CARCAMO, EDGAR R.
11218 S MAIN ST
LOS ANGELES, CA 90061

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __0951__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

**3.609** Nonpriority creditor's name and mailing address
HERNANDEZ, ALCATRAZ M.
540 E. JACKSON ST.
PASADENA, CA 91104

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __4938__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

**3.610** Nonpriority creditor's name and mailing address
HERNANDEZ, ALEXIS J.
15637 LEMARSH ST.
NORTH HILLS, CA 91343

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __4543__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

**3.611** Nonpriority creditor's name and mailing address
HERNANDEZ, ANDRES A.
10681 ARELTA AVE.
MISSION HILLS, CA 91345

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __0933__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

**3.612** Nonpriority creditor's name and mailing address
HERNANDEZ, BICCY M.
14101 DOTY AVE
HAWTHORNE, CA 90250

Date(s) debt was incurred __1/10/2020__

Last 4 digits of account number __1316__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.613** | Nonpriority creditor's name and mailing address

HERNANDEZ, DANIEL
5311 HERMITAGE AVE. #1
LOS ANGELES, CA 91607

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **2371**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.614** | Nonpriority creditor's name and mailing address

HERNANDEZ, DAVID A.
9197 JUDICIAL DR
SAN DIEGO, CA 92122

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **0890**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.615** | Nonpriority creditor's name and mailing address

HERNANDEZ, JAMILETH
9019 MAPLESIDE ST
BELLFLOWER, CA 90706

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **0204**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.616** | Nonpriority creditor's name and mailing address

HERNANDEZ, MELVIN F.
846 E LA VERNE AVE
POMONA, CA 91767

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **4952**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.617** | Nonpriority creditor's name and mailing address

HERNANDEZ-CHACON, VICTOR M.
1241 BOYNTON ST
GLENDALE, CA 91205

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **0251**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.618** | Nonpriority creditor's name and mailing address

HERNANDEZ-FLORES, ROBERTO
154 UNION PL
LOS ANGELES, CA 90026

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **0689**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.619** | Nonpriority creditor's name and mailing address

HERNDON, ZACHARY I.
150 TREMONT ST
BOSTON, MA 02111

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **1085**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    Pacific Theatres Exhibition Corp.                          Case number (if known)
_____
Name

| 3.620 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.620**

Nonpriority creditor's name and mailing address
HERRERA, DYLAN E.
21836 MERRIDY ST
CHATSWORTH, CA 91311

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __5284__

As of the petition filing date, the claim is: Check all that apply.    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

**3.621**

Nonpriority creditor's name and mailing address
HESS, JERED R.
10902 VICTORY BLVD APT 16
NORTH HOLLYWOOD, CA 91606

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __5602__

As of the petition filing date, the claim is: Check all that apply.    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

**3.622**

Nonpriority creditor's name and mailing address
HIBNER, EVERETT
6108 FOUNTAIN AVE
LOS ANGELES, CA 90028

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __0101__

As of the petition filing date, the claim is: Check all that apply.    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

**3.623**

Nonpriority creditor's name and mailing address
HILL, JADEN M.
361 S DETROIT ST
LOS ANGELES, CA 90036

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __0967__

As of the petition filing date, the claim is: Check all that apply.    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

**3.624**

Nonpriority creditor's name and mailing address
HILL, JOSH A.
1134 N SYCAMORE #207
LOS ANGELES, CA 90038

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __0915__

As of the petition filing date, the claim is: Check all that apply.    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

**3.625**

Nonpriority creditor's name and mailing address
HINTZ, TREVOR Z.
28 RAMSDELL CT
GAITHERSBURG, MD 20878

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __5054__

As of the petition filing date, the claim is: Check all that apply.    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

**3.626**

Nonpriority creditor's name and mailing address
HIRSCH PIPE & SUPPLY
PO BOX 749441
LOS ANGELES, CA 90074

Date(s) debt was incurred __2020-2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    $1,639.63
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __SUPPLIER__

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.627** Nonpriority creditor's name and mailing address
HOLLINGER, JAMES D.
10331 LINDLEY AVE APT 214
NORTHRIDGE, CA 91326-3511

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **1033**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.628** Nonpriority creditor's name and mailing address
HOLLYWOOD SOFTWARE, INC.
PO BOX 740916
LOS ANGELES, CA 90074-0916

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **IT**

Is the claim subject to offset? ■ No  ☐ Yes

**$34,221.88**

---

**3.629** Nonpriority creditor's name and mailing address
HOME DEPOT CREDIT SERVICES
PO BOX 78047
PHOENIX, AZ 85062

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,390.77**

---

**3.630** Nonpriority creditor's name and mailing address
HOOPER, NIGEL A.
501E 32ND ST. 1013
CHICAGO, IL 60616

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **4921**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.631** Nonpriority creditor's name and mailing address
HOOTAN & ASSOCIATES, INC.
14252 CULVER DRIVE, SUITE 170
IRVINE, CA 92604

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,000.00**

---

**3.632** Nonpriority creditor's name and mailing address
HORIZON BEVERAGE CO.
45 COMMERCE WAY
NORTON, MA 02766

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ■ No  ☐ Yes

**$821.70**

---

**3.633** Nonpriority creditor's name and mailing address
HORTON, KELSEY
10331 LINDLEY AVE #218
PORTER RANCH, CA 91326

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **2866**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ☐ No  ☐ Yes

**$0.00**

Debtor   **Pacific Theatres Exhibition Corp.**                              Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| **3.634** | Nonpriority creditor's name and mailing address<br>HUDSON, JAMIE LEE F.<br>1931 MARKET ST<br>SAN DIEGO, CA 92102 | As of the petition filing date, the claim is: *Check all that apply.* $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  12/26/2019 | Basis for the claim:  FORMER EMPLOYEE |
| | Last 4 digits of account number  1238 | Is the claim subject to offset? ☑ No  ☐ Yes |

| | | |
|---|---|---|
| **3.635** | Nonpriority creditor's name and mailing address<br>HULU<br>2500 BROADWAY SUITE #200<br>SANTA MONICA, CA 90404 | As of the petition filing date, the claim is: *Check all that apply.* $608.75<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  2016-2020 | Basis for the claim:  CUSTOMER REFUND |
| | Last 4 digits of account number  ___ | Is the claim subject to offset? ☑ No  ☐ Yes |

| | | |
|---|---|---|
| **3.636** | Nonpriority creditor's name and mailing address<br>HUNTER, SAMUEL I.<br>11005 MORRISON ST APT. 304<br>NORTH HOLLYWOOD, CA 91601 | As of the petition filing date, the claim is: *Check all that apply.* $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  12/26/2019 | Basis for the claim:  FORMER EMPLOYEE |
| | Last 4 digits of account number  1118 | Is the claim subject to offset? ☑ No  ☐ Yes |

| | | |
|---|---|---|
| **3.637** | Nonpriority creditor's name and mailing address<br>HUNTER, TEAYJAH J.<br>32 KINGBIRD ROAD<br>DORCHESTER, MA 02124 | As of the petition filing date, the claim is: *Check all that apply.* $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  12/26/2019 | Basis for the claim:  FORMER EMPLOYEE |
| | Last 4 digits of account number  1204 | Is the claim subject to offset? ☑ No  ☐ Yes |

| | | |
|---|---|---|
| **3.638** | Nonpriority creditor's name and mailing address<br>HURTAZO MAGANA, NESTOR I.<br>6721 LEXINGTON AVE.<br>LOS ANGELES, CA 90038 | As of the petition filing date, the claim is: *Check all that apply.* $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  12/26/2019 | Basis for the claim:  FORMER EMPLOYEE |
| | Last 4 digits of account number  0189 | Is the claim subject to offset? ☑ No  ☐ Yes |

| | | |
|---|---|---|
| **3.639** | Nonpriority creditor's name and mailing address<br>HUSCH VINEYARDS, INC.<br>PO BOX 189<br>TALMAGE, CA 95481 | As of the petition filing date, the claim is: *Check all that apply.* $1,122.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  2020-2021 | Basis for the claim:  SUPPLIER |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ☑ No  ☐ Yes |

| | | |
|---|---|---|
| **3.640** | Nonpriority creditor's name and mailing address<br>HUYNH, NELSON<br>7918 GOLD COAST DR<br>SAN DIEGO, CA 92126 | As of the petition filing date, the claim is: *Check all that apply.* $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  12/26/2019 | Basis for the claim:  FORMER EMPLOYEE |
| | Last 4 digits of account number  0682 | Is the claim subject to offset? ☑ No  ☐ Yes |

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) | |
| | Name | | |

---

3.641 | Nonpriority creditor's name and mailing address
**IBARRA-LOPEZ, HARLEY**
1046 1/2 S. BERENDO ST.
LOS ANGELES, CA 90006

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __5037__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

3.642 | Nonpriority creditor's name and mailing address
**IBRAHIMI, TOMMY**
518 E CYPRESS ST
GLENDALE, CA 91205

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __1022__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

3.643 | Nonpriority creditor's name and mailing address
**IFC FILMS**
27413 NETWORK PLACE
CHICAGO, IL 60673-1274

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FILM RENT__

Is the claim subject to offset? ☐ No  ■ Yes

$0.00

---

3.644 | Nonpriority creditor's name and mailing address
**ILLINOIS INSTITUTE OF ART**
350 N ORLEANS ST, STE 136-L
CHICAGO, IL 60654

Date(s) debt was incurred __2020-2021__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __SUPPLIER__

Is the claim subject to offset? ■ No  ☐ Yes

$569.00

---

3.645 | Nonpriority creditor's name and mailing address
**ILLY CAFFE NORTH AMERICA INC**
PO BOX 29917
NEW YORK, NY 10087

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __SUPPLIER__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

3.646 | Nonpriority creditor's name and mailing address
**IMPRINT PROJECTS, LLC**
943 CHUNG KING ROAD
LOS ANGELES, CA 90012

Date(s) debt was incurred __2020-2021__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __MARKETING__

Is the claim subject to offset? ■ No  ☐ Yes

$15,200.00

---

3.647 | Nonpriority creditor's name and mailing address
**INDEED INC.**
177 BROAD STREET
STAMFORD, CT 06901

Date(s) debt was incurred __2020-2021__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __SUPPLIER__

Is the claim subject to offset? ■ No  ☐ Yes

$1,299.34

---

| Debtor | **Pacific Theatres Exhibition Corp.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.648** | Nonpriority creditor's name and mailing address
**INDEPENDENT FILM & TELEVISION ALLIA**
10850 WILSHIRE BLVD, 9TH FLOOR
LOS ANGELES, CA 90024

Date(s) debt was incurred **2016-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CUSTOMER REFUND**

Is the claim subject to offset? ■ No   ☐ Yes

**$20.00**

---

**3.649** | Nonpriority creditor's name and mailing address
**INSTALLATION SOURCE, INC**
710 EAST MAIN STREET
LEXINGTON, KY 40502

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ■ No   ☐ Yes

**$2,780.00**

---

**3.650** | Nonpriority creditor's name and mailing address
**INTERNATION PLASTIC CARDS, INC**
1475 EAST EL SEGUNDO BLVD
EL SEGUNDO, CA 90245

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **MARKETING**

Is the claim subject to offset? ■ No   ☐ Yes

**$1,577.09**

---

**3.651** | Nonpriority creditor's name and mailing address
**INTERNATIONAL GOURMET FOODS INC**
7520 FULLERTON ROAD
SPRINGFIELD, VA 22153

Date(s) debt was incurred **_**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

**3.652** | Nonpriority creditor's name and mailing address
**IRON MOUNTAIN RECORDS MGMT**
PO BOX 601002
PASADENA, CA 91189

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

**3.653** | Nonpriority creditor's name and mailing address
**IRVING, CHARLES S.**
30 CLAREMONT PARK
BOSTON, MA 02118

Date(s) debt was incurred **2/29/2020**

Last 4 digits of account number **1368**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

**3.654** | Nonpriority creditor's name and mailing address
**IRVING, ZOE**
11902 BERNARD DRIVE
SILVER SPRING, MD 20902

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **5274**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) |
|--------|-----------------------------------|------------------------|
| | Name | |

**3.655** Nonpriority creditor's name and mailing address
IRWIN, CHAUNCEY E.
4036 NORTH LAWLER AVENUE
CHICAGO, IL 60641

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  0584

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

**3.656** Nonpriority creditor's name and mailing address
ISOTECH PEST MGMT
311 N CRESCENT WAY
ANAHEIM, CA 92801

Date(s) debt was incurred  2020-2021

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  SUPPLIER

Is the claim subject to offset? ■ No  ☐ Yes

$2,197.00

**3.657** Nonpriority creditor's name and mailing address
IVERSEN, DIANE C.
2776 ROYAL OAK PL
SANTA ROSA, CA 95403

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  0969

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

**3.658** Nonpriority creditor's name and mailing address
IVY, STEPHANIE L.
128 WEST WINDSOR ROAD
GLENDALE, CA 91204

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  0646

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

**3.659** Nonpriority creditor's name and mailing address
J&J SNACK FOODS CORP.
600 CENTRAL HIGHWAY
PENNSAUKEN, NJ 08109

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  SUPPLIER

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

**3.660** Nonpriority creditor's name and mailing address
JABLONSKI, MATTHEW F.
7905 GREENTREE RD.
BETHESDA, MD 20817

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  3286

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

**3.661** Nonpriority creditor's name and mailing address
JACKSON, ANTHONY D.
25 ALICIA RD
BOSTON, MA 02124

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  0978

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

Debtor    **Pacific Theatres Exhibition Corp.**                          Case number (if known)
                Name

---

**3.662** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
| **JACKSON, BRADEN A.** | ☐ Contingent |
| **9155 JUDICIAL DR** | ☐ Unliquidated |
| **SAN DIEGO, CA 92122** | ☐ Disputed |
| Date(s) debt was incurred **12/26/2019** | Basis for the claim: **FORMER EMPLOYEE** |
| Last 4 digits of account number **0505** | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.663** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33,000.00**
| **JAVON ELSE-COOLEY** | ■ Contingent |
| **127 N EUCALYPTUS AVE #1** | ■ Unliquidated |
| **Inglewood, CA 90301** | ■ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: **FORMER EMPLOYEE** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.664** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
| **JEAN-BAPTISTE, DEANDRE A.** | ☐ Contingent |
| **17 WATER STREET 24B** | ☐ Unliquidated |
| **GAITHERSBURG, MD 20877** | ☐ Disputed |
| Date(s) debt was incurred **12/26/2019** | Basis for the claim: **FORMER EMPLOYEE** |
| Last 4 digits of account number **0464** | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.665** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
| **JENKINS, NOAH J.** | ☐ Contingent |
| **11905 CLOVER KNOLL RD** | ☐ Unliquidated |
| **GAITHERSBURG, MD 20878** | ☐ Disputed |
| Date(s) debt was incurred **12/26/2019** | Basis for the claim: **FORMER EMPLOYEE** |
| Last 4 digits of account number **0511** | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.666** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
| **JERUCHIMOWITZ, CAYLIE M.** | ☐ Contingent |
| **3625 VANTAGE LN** | ☐ Unliquidated |
| **GLENVIEW, IL 60026** | ☐ Disputed |
| Date(s) debt was incurred **12/26/2019** | Basis for the claim: **FORMER EMPLOYEE** |
| Last 4 digits of account number **0762** | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.667** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
| **JESEE, LUNA G.** | ☐ Contingent |
| **2805 OLIVE ST** | ☐ Unliquidated |
| **TORRANCE, CA 90501** | ☐ Disputed |
| Date(s) debt was incurred **2/11/2020** | Basis for the claim: **FORMER EMPLOYEE** |
| Last 4 digits of account number **4269** | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.668** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
| **JIMENEZ, EDITH** | ☐ Contingent |
| **12744 FILMORE ST.** | ☐ Unliquidated |
| **PACOIMA, CA 91331** | ☐ Disputed |
| Date(s) debt was incurred **12/26/2019** | Basis for the claim: **FORMER EMPLOYEE** |
| Last 4 digits of account number **0452** | Is the claim subject to offset? ■ No  ☐ Yes |

---

Debtor    **Pacific Theatres Exhibition Corp.**                                    Case number (if known)

_____
Name

| | |
|---|---|
| **3.669** Nonpriority creditor's name and mailing address<br>JIMENEZ, KEVIN<br>13845 JEFFERSON AVE.<br>HAWTHORNE, CA 90250<br><br>Date(s) debt was incurred **12/26/2019**<br>Last 4 digits of account number **4492** | As of the petition filing date, the claim is: Check all that apply.    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **FORMER EMPLOYEE**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| **3.670** Nonpriority creditor's name and mailing address<br>JIMENEZ, MAYRA A.<br>18407 ROSCOE BLVD. APT.28<br>NORTHRIDGE, CA 91325<br><br>Date(s) debt was incurred **12/26/2019**<br>Last 4 digits of account number **0958** | As of the petition filing date, the claim is: Check all that apply.    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **FORMER EMPLOYEE**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| **3.671** Nonpriority creditor's name and mailing address<br>JIMENEZ, NICHOLAS M.<br>4638 TILDEN AVE<br>SHERMAN OAKS, CA 91403<br><br>Date(s) debt was incurred **12/26/2019**<br>Last 4 digits of account number **0723** | As of the petition filing date, the claim is: Check all that apply.    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **FORMER EMPLOYEE**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| **3.672** Nonpriority creditor's name and mailing address<br>JIMMY GUZMAN<br>15 ROXTON STREET, #2<br>DORCHESTER, MA 02121<br><br>Date(s) debt was incurred **2020-2021**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.    **$4,150.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **SUPPLIER**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| **3.673** Nonpriority creditor's name and mailing address<br>JIRON, MONET A.<br>19760 BUCKEYE MEADOW LANE<br>PORTER RANCH, CA 91326<br><br>Date(s) debt was incurred **12/26/2019**<br>Last 4 digits of account number **1292** | As of the petition filing date, the claim is: Check all that apply.    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **FORMER EMPLOYEE**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| **3.674** Nonpriority creditor's name and mailing address<br>JN GREASE SERVICE, INC.<br>PO BOX 70937<br>RIVERSIDE, CA 92513<br><br>Date(s) debt was incurred **2020-2021**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.    **$425.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **SUPPLIER**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| **3.675** Nonpriority creditor's name and mailing address<br>JOAQUIN, ELISUA<br>11530 CANTLAY ST.<br>NORTH HOLLYWOOD, CA 91605<br><br>Date(s) debt was incurred **12/26/2019**<br>Last 4 digits of account number **0573** | As of the petition filing date, the claim is: Check all that apply.    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **FORMER EMPLOYEE**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.676 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JOAQUIN, FELISA**
**11530 CANTLAY ST**
**NORTH HOLLYWOOD, CA 91605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/26/2019__

Basis for the claim: **FORMER EMPLOYEE**

Last 4 digits of account number __2098__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.677 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,922.10 |
|---|---|---|---|

**JOHN E. WOLSKI, AN INDIVIDUAL DBA J.E**
**WO**
**10635 FINTAN COURT**
**MOKENA, IL 60488**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020-2021__

Basis for the claim: **SUPPLIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.678 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JOHN SITTIG**
**23283 GARDENIA DRIVE**
**CORONA, CA 92883**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **SUPPLIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.679 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JOHNSON, DEONJAHNAYE M.**
**8773 JOHN AVE**
**LOS ANGELES, CA 90002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/26/2019__

Basis for the claim: **FORMER EMPLOYEE**

Last 4 digits of account number __0488__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.680 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JOHNSON, MALIK E.**
**3612 BUCKINGHAM RD**
**LOS ANGELES, CA 90016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/26/2019__

Basis for the claim: **FORMER EMPLOYEE**

Last 4 digits of account number __5541__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.681 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JOHNSON, MANDLA Z.**
**14739 CHISHOLM LANDING WAY**
**NORTH POTOMAC, MD 20878**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/26/2019__

Basis for the claim: **FORMER EMPLOYEE**

Last 4 digits of account number __0718__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.682 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JOHNSON, MICHAEL**
**5815 PREMIERE AVE**
**LAKEWOOD, CA 90712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/26/2019__

Basis for the claim: **FORMER EMPLOYEE**

Last 4 digits of account number __0277__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.683** | Nonpriority creditor's name and mailing address
JOHNSON, TYLER
18540 VINCENNES ST APT 9
NORTHRIDGE, CA 91324

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  5375

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.684** | Nonpriority creditor's name and mailing address
JONES, DUCKY O.
2536 BOULDER ST
LOS ANGELES, CA 90033

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  0190

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.685** | Nonpriority creditor's name and mailing address
JONES, QUENTIN
15000 BURBANK BLVD. 104
SHERMAN OAKS, CA 91411

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  4205

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.686** | Nonpriority creditor's name and mailing address
JORDEN, WILL
2082 SAVONA LN
EDMOND, OK 73034

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  4428

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.687** | Nonpriority creditor's name and mailing address
JOSE LUIS RODRIGUEZ
4840 HARBOR COURT
PALMDALE, CA 93552

Date(s) debt was incurred  2020-2021

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  SUPPLIER

Is the claim subject to offset? ■ No  ☐ Yes

$20,620.03

---

**3.688** | Nonpriority creditor's name and mailing address
JOVEL, LESLIE E.
6515 DENVER AVE
LOS ANGELES, CA 90044

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  4461

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.689** | Nonpriority creditor's name and mailing address
JOYNER, ARLESTER E.
31 STARBIRD STREET
MALDEN, MA 02148

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  1186

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.690** | Nonpriority creditor's name and mailing address
JP LOCK AND SECURITY, LLC
171 LAMARTINE STREET
JAMAICA PLAIN, MA 02130

Date(s) debt was incurred  **2020-2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER**

Is the claim subject to offset? ■ No  ☐ Yes

**$320.63**

---

**3.691** | Nonpriority creditor's name and mailing address
JUAREZ, EVELYN
3544 PLATT AVE.
LYNWOOD, CA 90262

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **5548**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.692** | Nonpriority creditor's name and mailing address
JUAREZ, JESSIE F.
15317 GRIDLEY RD
NORWALK, CA 90650

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **0920**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.693** | Nonpriority creditor's name and mailing address
JUAREZGOMEZ, JAQUELINE
12721 PACIFIC AVE APT#6
LOS ANGELES, CA 90066

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **5187**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.694** | Nonpriority creditor's name and mailing address
JUDKINS, NATALIE B.
8929 CHERBOURG DRIVE
POTOMAC, MD 20854

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **4228**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.695** | Nonpriority creditor's name and mailing address
JUDKINS, SONJA M.
8929 CHERBOURG DRIVE
POTOMAC, MD 20854

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **0721**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.696** | Nonpriority creditor's name and mailing address
JUNGRHEE, KYLE M.
13211 TWINBROOK PARKWAY APT# 303
ROCKVILLE, MD 20851

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **0417**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.697** Nonpriority creditor's name and mailing address
KAHANE, CORY A.
1271 BOYNTON STREET
GLENDALE, CA 91205

Date(s) debt was incurred 12/26/2019

Last 4 digits of account number 5136

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.698** Nonpriority creditor's name and mailing address
KAKUEVA, SOPHIA
1377 E WINDSOR RD
GLENDALE, CA 91205

Date(s) debt was incurred 12/26/2019

Last 4 digits of account number 1177

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.699** Nonpriority creditor's name and mailing address
KANAN, ADELLE D.
7824 CAMINO NOGUERA
SAN DIEGO, CA 92122

Date(s) debt was incurred 12/26/2019

Last 4 digits of account number 0963

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.700** Nonpriority creditor's name and mailing address
KANGAS, KRISTA G.
1027 N. HELIOTROPE DR.
LOS ANGELES, CA 90029

Date(s) debt was incurred 12/26/2019

Last 4 digits of account number 0103

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.701** Nonpriority creditor's name and mailing address
KARIMI, KEVIN R.
11121 SALT LAKE AVE.
NORTHRIDGE, CA 91326

Date(s) debt was incurred 12/26/2019

Last 4 digits of account number 0239

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.702** Nonpriority creditor's name and mailing address
KARTOZIAN, SAMUEL G.
11209 RUDMAN DRIVE
CULVER CITY, CA 90230

Date(s) debt was incurred 12/26/2019

Last 4 digits of account number 5117

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.703** Nonpriority creditor's name and mailing address
KEARNS, DANIEL C.
171 SYCAMORE ST
BOSTON, MA 02131

Date(s) debt was incurred 1/25/2020

Last 4 digits of account number 1328

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.704 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KEELING, MATHIAS**
**3136 NORTH DAMEN AVE**
**CHICAGO, IL 60618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/26/2019**

Basis for the claim: **FORMER EMPLOYEE**

Last 4 digits of account number **4289**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.705 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KELEPOLO, CODY A.**
**6038 CARLTON WAY, UNIT 306**
**LOS ANGELES, CA 90028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/26/2019**

Basis for the claim: **FORMER EMPLOYEE**

Last 4 digits of account number **0838**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.706 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KELLER, JEFFREY J.**
**5311 HERMITAGE AVE**
**VALLEY VILLAGE, CA 91607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/26/2019**

Basis for the claim: **FORMER EMPLOYEE**

Last 4 digits of account number **5246**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $329.60 |
|---|---|---|---|

**KELLY GENERATORS & EQUIPMENT, INC**
**1955 DALE LANE**
**OWINGS, MD 20736**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-2021**

Basis for the claim: **SUPPLIER**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.708 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KERFORD, COLIN**
**72 S BERKELEY AVE**
**PASADENA, CA 91107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/26/2019**

Basis for the claim: **FORMER EMPLOYEE**

Last 4 digits of account number **2515**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.709 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KERWIN, LUCAS M M.**
**2029 ATLIN ST.**
**DUARTE, CA 91010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/26/2019**

Basis for the claim: **FORMER EMPLOYEE**

Last 4 digits of account number **2077**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.710 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,751.37 |
|---|---|---|---|

**KETER ENVIRONMENTAL**
**PO BOX 417468**
**BOSTON, MA 02241-7468**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-2021**

Basis for the claim: **UTILITIES**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Pacific Theatres Exhibition Corp.**                              Case number (if known)
_____
Name

| | | |
|---|---|---|
| 3.711 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**3.711**  Nonpriority creditor's name and mailing address
KHAGHANI, JAYSON K.
6504 MADEIRA LANE
BETHESDA, MD 20817

Date(s) debt was incurred  12/26/2019
Last 4 digits of account number  1263

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.712**  Nonpriority creditor's name and mailing address
KILBURN, ADAM R.
7531 SPRING LAKE DRIVE
BETHESDA, MD 20817

Date(s) debt was incurred  12/26/2019
Last 4 digits of account number  3657

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.713**  Nonpriority creditor's name and mailing address
KIM, VICTOR S.
3671 S WESTERN AVE APT #308
LOS ANGELES, CA 90018

Date(s) debt was incurred  12/26/2019
Last 4 digits of account number  0363

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.714**  Nonpriority creditor's name and mailing address
KIMMEL, MATTHEW
4036 CAMERO AVE
LOS ANGELES, CA 90027

Date(s) debt was incurred  12/26/2019
Last 4 digits of account number  1781

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.715**  Nonpriority creditor's name and mailing address
KING HARBOR BREWING COMPANY
2907 182 STREET
REDONDO BEACH, CA 90278

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  SUPPLIER

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.716**  Nonpriority creditor's name and mailing address
KIRCHHOFF, JOSEPH E.
1622 LYMAN PL
LOS ANGELES, CA 90027

Date(s) debt was incurred  12/26/2019
Last 4 digits of account number  1269

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.717**  Nonpriority creditor's name and mailing address
KISHIYAMA, JODEE
256 E. ALONDRA BLVD.
GARDENA, CA 90248

Date(s) debt was incurred  12/26/2019
Last 4 digits of account number  5408

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.718** | Nonpriority creditor's name and mailing address
**KITAGUCHI, KYLE P.**
**720 N DILLON ST**
**LOS ANGELES, CA 90026**

Date(s) debt was incurred _12/26/2019_

Last 4 digits of account number _1267_

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _FORMER EMPLOYEE_

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.719** | Nonpriority creditor's name and mailing address
**KIWACZ, CHARLES R.**
**21 BECKFORD ST APT #1**
**BEVERLY, MA 01915**

Date(s) debt was incurred _12/26/2019_

Last 4 digits of account number _1187_

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _FORMER EMPLOYEE_

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.720** | Nonpriority creditor's name and mailing address
**KLEIN, GARETH**
**12642 MOORPARK ST. 3**
**STUDIO CITY, CA 91604**

Date(s) debt was incurred _12/26/2019_

Last 4 digits of account number _5107_

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _FORMER EMPLOYEE_

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.721** | Nonpriority creditor's name and mailing address
**KLOS-SHAKAID, MIKA**
**109 GORE STREET**
**CAMBRIDGE, MA 02141**

Date(s) debt was incurred _12/26/2019_

Last 4 digits of account number _1221_

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _FORMER EMPLOYEE_

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.722** | Nonpriority creditor's name and mailing address
**KLYTTA, CHARLES M.**
**3814 GREEN ACRE DRIVE**
**NORTHBROOK, IL 60062**

Date(s) debt was incurred _12/26/2019_

Last 4 digits of account number _0406_

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _FORMER EMPLOYEE_

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.723** | Nonpriority creditor's name and mailing address
**KNUTSON, COSETTE D.**
**11046 TAMBERLY LANE**
**TUJUNGA, CA 91042**

Date(s) debt was incurred _12/26/2019_

Last 4 digits of account number _0661_

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _FORMER EMPLOYEE_

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.724** | Nonpriority creditor's name and mailing address
**KONE INC**
**PO BOX 894156**
**LOS ANGELES, CA 90189**

Date(s) debt was incurred _2020-2021_

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _SUPPLIER_

Is the claim subject to offset? ■ No  ☐ Yes

**$8,602.66**

---

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.725** Nonpriority creditor's name and mailing address
KORTENHAUS COMMUNICATIONS, INC.
75 NEWBURY STREET
BOSTON, MA 02116

Date(s) debt was incurred  2020-2021

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  MARKETING

Is the claim subject to offset? ☑ No  ☐ Yes

**$3,000.00**

---

**3.726** Nonpriority creditor's name and mailing address
KPMG

Date(s) debt was incurred  May 20 21

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TAX SERVICES

Is the claim subject to offset? ☐ No  ☑ Yes

**$133,751.00**

---

**3.727** Nonpriority creditor's name and mailing address
KREPAK, MARIO R.
605 GREGG ROAD
NORTHBROOK, IL 60062

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  4744

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ☑ No  ☐ Yes

**$0.00**

---

**3.728** Nonpriority creditor's name and mailing address
KRIVOKOPICH, JACK L.
19302 OXNARD ST
TARZANA, CA 91356

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  1243

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ☑ No  ☐ Yes

**$0.00**

---

**3.729** Nonpriority creditor's name and mailing address
KRYCHIW, MICHAEL D.
1602 WINONA BLVD
LOS ANGELES, CA 90027

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  0504

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ☑ No  ☐ Yes

**$0.00**

---

**3.730** Nonpriority creditor's name and mailing address
KUBESERIAN, DAVID G.
622 N. HOWARD ST UNIT 7
GLENDALE, CA 91206

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  1277

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ☑ No  ☐ Yes

**$0.00**

---

**3.731** Nonpriority creditor's name and mailing address
KUCHINSKY, MICHAELA R.
14 JILL MARIE DR
CARVER, MA 02330

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  0987

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ☑ No  ☐ Yes

**$0.00**

---

| Debtor | Pacific Theatres Exhibition Corp. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.732** Nonpriority creditor's name and mailing address
KUM, SHANICE
3524 TEAR TREE COURT 21
SILVER SPRING, MD 20906

Date(s) debt was incurred __12/26/2019__
Last 4 digits of account number __1200__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.733** Nonpriority creditor's name and mailing address
KUZHIKOMBIL, ROHIT
817 NORTH KINGSLEY DRIVE UNIT 3
LOS ANGELES, CA 90029

Date(s) debt was incurred __12/26/2019__
Last 4 digits of account number __0944__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.734** Nonpriority creditor's name and mailing address
KWAME ONWUACHI
435 WEST 31ST STREET, APT. 39 C
NEW YORK, NY 10001

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __SUPPLIER__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.735** Nonpriority creditor's name and mailing address
LA SPECIALTY PRODUCE CO
PO BOX 2293
SANTA FE SPRINGS, CA 90670

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __SUPPLIER__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.736** Nonpriority creditor's name and mailing address
LACSINA, ISABELA G.
1210 1/2 S. MARYLAND AVE
GLENDALE, CA 91205

Date(s) debt was incurred __12/26/2019__
Last 4 digits of account number __0322__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.737** Nonpriority creditor's name and mailing address
LADD, CRISTINA
9406 IRONWOOD LANE
DES PLAINES, IL 60016

Date(s) debt was incurred __12/26/2019__
Last 4 digits of account number __3535__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.738** Nonpriority creditor's name and mailing address
LADWP
PO BOX 30808
LOS ANGELES, CA 90030-0808

Date(s) debt was incurred __2020-2021__
Last 4 digits of account number __0000,0000,39__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __UTILITIES__

Is the claim subject to offset? ■ No  ☐ Yes

$1,056,600.48

---

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.739 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.739** Nonpriority creditor's name and mailing address
LAM, THIN V.
3119 BALDWIN ST
LOS ANGELES, CA 90031

Date(s) debt was incurred __12/26/2019__
Last 4 digits of account number __0525__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.740** Nonpriority creditor's name and mailing address
LAMARRE, ALEXIS L.
89 PRINCE ST
BOSTON, MA 02113

Date(s) debt was incurred __12/26/2019__
Last 4 digits of account number __1028__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.741** Nonpriority creditor's name and mailing address
LAMBERT, ALEX B.
4020 W 162 ST.
LAWNDALE, CA 90260

Date(s) debt was incurred __12/26/2019__
Last 4 digits of account number __5533__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.742** Nonpriority creditor's name and mailing address
LANDA, JORGE A.
4626 ST CHARLES PL.
LOS ANGELES, CA 90019

Date(s) debt was incurred __12/26/2019__
Last 4 digits of account number __0574__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.743** Nonpriority creditor's name and mailing address
LANDRY, MATT
223 S. ALEXANDERIA AVE
LOS ANGELES, CA 90004

Date(s) debt was incurred __12/26/2019__
Last 4 digits of account number __3324__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.744** Nonpriority creditor's name and mailing address
LANGVARDT, DORI G.
6201 HOLLYWOOD BLVD 2202
LOS ANGELES, CA 90028

Date(s) debt was incurred __12/26/2019__
Last 4 digits of account number __3097__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.745** Nonpriority creditor's name and mailing address
LAPOSKY, DEBRA K.
3727 W MAGNOLIA BLVD
BURBANK, CA 91505

Date(s) debt was incurred __12/26/2019__
Last 4 digits of account number __1268__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor  **Pacific Theatres Exhibition Corp.**                    Case number (if known)
Name

---

**3.746** Nonpriority creditor's name and mailing address

LARSON, JARED L.
8042 REGENTS RD
SAN DIEGO, CA 92122

Date(s) debt was incurred **2/21/2020**

Last 4 digits of account number **1361**

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.747** Nonpriority creditor's name and mailing address

LATHAM, ADAM
655 PROSPECT CRES
PASADENA, CA 91103

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **4401**

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.748** Nonpriority creditor's name and mailing address

LATTER, AARON R.
95 BLOSSOM STREET
CHELSEA, MA 02150

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **1183**

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.749** Nonpriority creditor's name and mailing address

LAURENT, ADE AJA
119 CHRISTOPHER RD
BROCKTON, MA 02302

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **1251**

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.750** Nonpriority creditor's name and mailing address

LAZ KARP ASSOC., LLC
189 THE GROVE DR
LOS ANGELES, CA 90036

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.              **$11,890.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.751** Nonpriority creditor's name and mailing address

LAZ KARP ASSOCIATES, LLC
STE 22 889 AMERICANA WAY
GLENDALE, CA 91210

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **PARKING**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.752** Nonpriority creditor's name and mailing address

LAZ PARKING
PO BOX 847370
LOS ANGELES, CA 90084

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$300.00**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **PARKING**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Pacific Theatres Exhibition Corp.**                     Case number (if known) _____
              Name

| | | |
|---|---|---|
| **3.753** | Nonpriority creditor's name and mailing address<br>**LEAF CAPITAL FUNDING, LLC**<br>**PO BOX 5066**<br>**HARTFORD, CT 06102-5066**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **IT**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$0.00** |
| **3.754** | Nonpriority creditor's name and mailing address<br>**LECLERC, ANDRE J.**<br>**124 AUDUBON ROAD**<br>**MILTON, MA 02186**<br><br>Date(s) debt was incurred **1/17/2020**<br>Last 4 digits of account number **1317** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **FORMER EMPLOYEE**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$0.00** |
| **3.755** | Nonpriority creditor's name and mailing address<br>**LEDESMA, CRISTAL J.**<br>**4944 1/2 GAMBIER ST**<br>**LOS ANGELES, CA 90032**<br><br>Date(s) debt was incurred **12/26/2019**<br>Last 4 digits of account number **0918** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **FORMER EMPLOYEE**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$0.00** |
| **3.756** | Nonpriority creditor's name and mailing address<br>**LEE, MEGAN A.**<br>**3839 LA FONTAINE LN**<br>**GLENVIEW, IL 60025**<br><br>Date(s) debt was incurred **12/26/2019**<br>Last 4 digits of account number **0764** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **FORMER EMPLOYEE**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$0.00** |
| **3.757** | Nonpriority creditor's name and mailing address<br>**LEE, VICTORIA J.**<br>**1732 W 246TH STREET**<br>**LOMITA, CA 90717**<br><br>Date(s) debt was incurred **12/26/2019**<br>Last 4 digits of account number **5089** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **FORMER EMPLOYEE**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$0.00** |
| **3.758** | Nonpriority creditor's name and mailing address<br>**LEMAINE, WOODSON**<br>**1142 RIVER ST**<br>**BOSTON, MA 02136**<br><br>Date(s) debt was incurred **2/29/2020**<br>Last 4 digits of account number **1372** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **FORMER EMPLOYEE**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$0.00** |
| **3.759** | Nonpriority creditor's name and mailing address<br>**LENCI, NIKA T.**<br>**8840 COSTA VERDE BLVD. APT. 3135**<br>**LA JOLLA, CA 92122**<br><br>Date(s) debt was incurred **12/26/2019**<br>Last 4 digits of account number **0964** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **FORMER EMPLOYEE**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$0.00** |

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.760** Nonpriority creditor's name and mailing address
LEON, JOSE A.
203 S. THORSON AVE
COMPTON, CA 90221

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **0536**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.761** Nonpriority creditor's name and mailing address
LETT, DUSTIN S.
57 HAVRE STREET
BOSTON, MA 02128

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **1078**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.762** Nonpriority creditor's name and mailing address
LETZ, ANDREW J.
2123 CHANDLER LANE
GLENVIEW, IL 60026

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **0549**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.763** Nonpriority creditor's name and mailing address
LEVERETT, KATJIA R.
55 LEYDEN
BOSTON, MA 02128

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **1231**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.764** Nonpriority creditor's name and mailing address
LEVINE, MICAH I.
80 BOYLSTON ST
BOSTON, MA 02116

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **1062**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.765** Nonpriority creditor's name and mailing address
LEVY, EMMA J.
3041 NICADA DR.
LOS ANGELES, CA 90077

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **5228**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.766** Nonpriority creditor's name and mailing address
LEVY, MATTHEW E.
1214 CANDLEWOOD HILL RD
NORTHBROOK, IL 60062

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **1129**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) |
|---|---|---|
| | Name | |

**3.767** Nonpriority creditor's name and mailing address
LEWIS, ELIZABETH S.
87 BURT STREET
BOSTON, MA 02124

Date(s) debt was incurred  1/10/2020
Last 4 digits of account number  1319

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.768** Nonpriority creditor's name and mailing address
LEWIS, SHANIQUE A.
14724 VALIANT TERRACE
BURTONSVILLE, MD 20866

Date(s) debt was incurred  12/26/2019
Last 4 digits of account number  0450

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.769** Nonpriority creditor's name and mailing address
LEWIS, TIMOTHY
14422 AZTEC STREET
SYLMAR, CA 91342

Date(s) debt was incurred  12/26/2019
Last 4 digits of account number  5538

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.770** Nonpriority creditor's name and mailing address
LIFECYCLE RENEWABLES, INC.
PO BOX 1144
MARBLEHEAD, CA 01945

Date(s) debt was incurred  2020-2021
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  SUPPLIER

Is the claim subject to offset? ■ No  ☐ Yes

$255.00

---

**3.771** Nonpriority creditor's name and mailing address
LIGHTHOUSE ELECTRICAL CONTRACTING,
59 NORTH AVENUE
ROCKLAND, MA 02370

Date(s) debt was incurred  2020-2021
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  SUPPLIER

Is the claim subject to offset? ■ No  ☐ Yes

$2,449.20

---

**3.772** Nonpriority creditor's name and mailing address
LIONSGATE
4 CHASE METROTECH CTR.
BROOKLYN, NY 11245

Date(s) debt was incurred  Q1 - Q2 2020
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FILM RENT

Is the claim subject to offset? ■ No  ☐ Yes

$9,307.35

---

**3.773** Nonpriority creditor's name and mailing address
LIRAG, SHAUN
503 EAST BROADWAY APT C
SAN GABRIEL, CA 91776

Date(s) debt was incurred  12/26/2019
Last 4 digits of account number  4891

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.774 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65.06 |
|---|---|---|---|

**3.774**

Nonpriority creditor's name and mailing address
LITTLE DIVERSIFIED ARCHITECTUAL
CONSULTING
615 SOUTH COLLEGE ST #1600
CHARLOTTE, NC 28202

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER**

Is the claim subject to offset? ■ No  ☐ Yes

**$65.06**

---

**3.775**

Nonpriority creditor's name and mailing address
LITTLEJOHN, ROBERT G.
323 W 15TH AVENUE
ESCONDIDO, CA 92025

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **1645**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.776**

Nonpriority creditor's name and mailing address
LITTLES, LEIGH ANNE A.
41 N. SIERRA BONITA AVE.
PASADENA, CA 91106

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **0619**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.777**

Nonpriority creditor's name and mailing address
LOADED
1554 16TH ST
SANTA MONICA, CA 90404

Date(s) debt was incurred **2016-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CUSTOMER REFUND**

Is the claim subject to offset? ■ No  ☐ Yes

**$16.25**

---

**3.778**

Nonpriority creditor's name and mailing address
LOCKWOOD, KATHERINE J.
2045 S STATE COLLEGE BLVD.
ANAHEIM, CA 92806

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **5235**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.779**

Nonpriority creditor's name and mailing address
LOCO FOOD LLC
2957 W DIVERSEY AVENUE
CHICAGO, IL 60647

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,200.00**

---

**3.780**

Nonpriority creditor's name and mailing address
LOPEZ, ELIBETH
6349 CAMELLIA AVE
NORTH HOLLYWOOD, CA 91606

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **1272**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.781** Nonpriority creditor's name and mailing address
LOPEZ, FELIPE
6532 N FRANCISCO AVE
CHICAGO, IL 60645

Date(s) debt was incurred **1/8/2020**

Last 4 digits of account number **1309**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

**3.782** Nonpriority creditor's name and mailing address
LOPEZ, GAEL A.
15900 SAN FERNANDO MISSION BLVD
GRANADA HILLS, CA 91344

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **1244**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

**3.783** Nonpriority creditor's name and mailing address
LOPEZ, GENESIS
15903 VANOWEN ST
LAKE BALBOA, CA 91406

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **3436**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

**3.784** Nonpriority creditor's name and mailing address
LOPEZ, JENNIFER
2846 W 25TH PL
CHICAGO, IL 60623

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **4681**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

**3.785** Nonpriority creditor's name and mailing address
LOPEZ, MARBIS H.
1521 S HOOVER ST
LOS ANGELES, CA 90006

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **7500**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

**3.786** Nonpriority creditor's name and mailing address
LOPEZ, MARIO A.
3324 GRANADA ST
LOS ANGELES, CA 90065

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **1224**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

**3.787** Nonpriority creditor's name and mailing address
LOPEZ, MARK
1462 MILLER AVE.
LOS ANGELES, CA 90063

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **5285**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) | |
| | Name | | |

---

| 3.788 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LOPEZ-CALDERON, WILLIAM**
278 S CORONADO ST. 1/6
LOS ANGELES, CA 90057

Date(s) debt was incurred 12/26/2019

Last 4 digits of account number 5325

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.789 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LOPEZ-SERVIN, JENNY L.**
20362 FAIRWEATHER ST
SANTA CLARITA, CA 91351

Date(s) debt was incurred 12/26/2019

Last 4 digits of account number 1253

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.790 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,771.74 |
|---|---|---|---|

**LOS ANGELES AIR CONDITIONING INC**
1714 LINDBERGH CT
LA VERNE, CA 91750

Date(s) debt was incurred 2020-2021

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: SUPPLIER

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.791 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LOWE, ROBERT A.**
8000 RHODES AVE
NORTH HOLLYWOOD, CA 91605

Date(s) debt was incurred 12/26/2019

Last 4 digits of account number 4760

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.792 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LUCAS, KENNIF J.**
7348 CORBIN AVE
RESEDA, CA 91335

Date(s) debt was incurred 12/26/2019

Last 4 digits of account number 0379

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.793 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LUEVANOS, VALERIE A.**
1550 WILCOX AVE
LOS ANGELES, CA 90028

Date(s) debt was incurred 12/26/2019

Last 4 digits of account number 1217

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.794 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LUJANO, MIGUEL A.**
2934 F STREET
SAN DIEGO, CA 92102

Date(s) debt was incurred 2/21/2020

Last 4 digits of account number 1363

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.795** Nonpriority creditor's name and mailing address
LUVIANO, LUCERO
1657 W 12TH STREET
LOS ANGELES, CA 90015

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __3625__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.796** Nonpriority creditor's name and mailing address
LYNCH, MICHAEL D.
34 WASHBURN ST
DORCHESTER, MA 02125

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __1199__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.797** Nonpriority creditor's name and mailing address
M CO PRODUCE
1438 E 6TH STREET
LOS ANGELES, CA 90021

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __SUPPLIER__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.798** Nonpriority creditor's name and mailing address
M.S WALKER, INC
975 UNIVERSITY AVENUE
NORWOOD, MA 02062

Date(s) debt was incurred __2020-2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __SUPPLIER__

Is the claim subject to offset? ■ No  ☐ Yes

$2,145.29

---

**3.799** Nonpriority creditor's name and mailing address
MABINE, THOMAS
1829 WASHINGTON STREET
BOSTON, MA 02118

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __1260__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.800** Nonpriority creditor's name and mailing address
MACEDO, CHRISTINE E.
14420 VOSE ST, APT 20
VAN NUYS, CA 91405

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __1179__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.801** Nonpriority creditor's name and mailing address
MACERICH LAKEWOOD, LP
401 WILSHIRE BOULEVARD, #700
SANTA MONICA, CA 90401-1452

Date(s) debt was incurred __2020-2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __RENT__

Is the claim subject to offset? ■ No  ☐ Yes

$2,079,707.37

---

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (If known) |
|---|---|---|
| | Name | |

---

**3.802** Nonpriority creditor's name and mailing address
MACERICH SMP, LP
395 SANTA MONICA PLACE
ATTN: CENTER MANAGER
SANTA MONICA, CA 90401-2350

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **RENT**

Is the claim subject to offset? ■ No   ☐ Yes

**$2,638,823.08**

---

**3.803** Nonpriority creditor's name and mailing address
MACK, AARON
15305 RAYEN STREET
NORTH HILLS, CA 91343

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **1095**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

**3.804** Nonpriority creditor's name and mailing address
MACQUARRIE, ALY M.
823 ROLLING PASS
GLENVIEW, IL 60025

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **0760**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

**3.805** Nonpriority creditor's name and mailing address
MADRID, JOSHUA R.
1023 BLAINE STREET
LOS ANGELES, CA 90015

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **0799**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

**3.806** Nonpriority creditor's name and mailing address
MAGALLANES SOLANO, HIRAM
15039 BURBANK BLV APT #202
SHERMAN OAKS, CA 91411

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **5140**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

**3.807** Nonpriority creditor's name and mailing address
MAGENSA LLC
MAGTEK,INC.
1710 APOLLO COURT
SEAL BEACH, CA 90740

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number **6441**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **IT**

Is the claim subject to offset? ■ No   ☐ Yes

**$26,599.40**

---

**3.808** Nonpriority creditor's name and mailing address
MAGNOLIA PICTURES
49 W 27TH ST
NEW YORK, NY 10001

Date(s) debt was incurred **Q1 - Q2 2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FILM RENT**

Is the claim subject to offset? ■ No   ☐ Yes

**$16,731.06**

---

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) | |
|--------|----------------------------------------|--------------------------|--|
| | Name | | |

**3.809** | Nonpriority creditor's name and mailing address
MAGNOLIA PLUMBING, INC.
600 GALLATIN STREET, N.E.
WASHINGTON, DC 20017

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ■ No  ☐ Yes

**$420.00**

**3.810** | Nonpriority creditor's name and mailing address
MAGRELLI, LUIGI M.
5704 NORWICH AVE
SHERMAN OAKS, CA 91411

Date(s) debt was incurred **1/10/2020**

Last 4 digits of account number **2478**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

**3.811** | Nonpriority creditor's name and mailing address
MAJOR THEATRE EQUIPMENT CORP.
101 HOLMES STREET
QUINCY, MA 02171

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ■ No  ☐ Yes

**$16,774.69**

**3.812** | Nonpriority creditor's name and mailing address
MAKHCHANYAN, MERI A.
1736 N KENMORE AVE
LOS ANGELES, CA 90027

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **0250**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

**3.813** | Nonpriority creditor's name and mailing address
MALDONADO, EVELYN
16079 YARNELL ST SPCA25
SYLMAR, CA 91342

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **5010**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

**3.814** | Nonpriority creditor's name and mailing address
MALDONADO, SELENA
129 S. MANHATTAN PL #1
LOS ANGELES, CA 90004

Date(s) debt was incurred **2/22/2020**

Last 4 digits of account number **3581**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

**3.815** | Nonpriority creditor's name and mailing address
MALYAN, MINAS G.
8337 OUTLAND VIEW DR
SUN VALLEY, CA 91352

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **0468**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.816 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MANNING-JOHNSON, KHARI M.**
**1203 SOUTH HIGHLAND AVENUE.**
**LOS ANGELES, CA 90019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/26/2019**

Basis for the claim:  **FORMER EMPLOYEE**

Last 4 digits of account number  **4383**

Is the claim subject to offset? ■ No   ☐ Yes

| 3.817 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MANUEL, FLORIDALMA M.**
**1 CANTON ROAD**
**QUINCY, MA 02170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/26/2019**

Basis for the claim:  **FORMER EMPLOYEE**

Last 4 digits of account number  **5532**

Is the claim subject to offset? ■ No   ☐ Yes

| 3.818 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MARALIT, CHRISTINE G.**
**10906 COLUMBUS AVE**
**MISSION HILLS, CA 91345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/26/2019**

Basis for the claim:  **FORMER EMPLOYEE**

Last 4 digits of account number  **4708**

Is the claim subject to offset? ■ No   ☐ Yes

| 3.819 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MARAVILLA, CHRISTIAN**
**126 SOUTH BELMONT STREET**
**GLENDALE, CA 91205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/26/2019**

Basis for the claim:  **FORMER EMPLOYEE**

Last 4 digits of account number  **0735**

Is the claim subject to offset? ■ No   ☐ Yes

| 3.820 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MARDIROSIAN ROMO, KAMILA M.**
**1202 S GLENDALE AVE. #1**
**GLENDALE, CA 91205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/26/2019**

Basis for the claim:  **FORMER EMPLOYEE**

Last 4 digits of account number  **1102**

Is the claim subject to offset? ■ No   ☐ Yes

| 3.821 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,770.59 |
|---|---|---|---|

**MARGARET O' CONNOR**
**PO BOX 483**
**ACTON, CA 93510**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020-2021**

Basis for the claim:  **MARKETING**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.822 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MARIANO, RODRIGO J.**
**85 POLLYS LN**
**UNCASVILLE, CT 06382**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/26/2019**

Basis for the claim:  **FORMER EMPLOYEE**

Last 4 digits of account number  **1081**

Is the claim subject to offset? ■ No   ☐ Yes

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.823** Nonpriority creditor's name and mailing address
MARK KITCHEN EQUIPMENT SERVICES, INC.
SUITE B 212 MONTEREY PASS RD
MONTEREY PARK, CA 91754

Date(s) debt was incurred  2020-2021
Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  SUPPLIER

Is the claim subject to offset? ■ No  ☐ Yes

$1,161.23

---

**3.824** Nonpriority creditor's name and mailing address
MARKS, EDWARD H.
655 W. GRACE
CHICAGO, IL 60613

Date(s) debt was incurred  12/26/2019
Last 4 digits of account number  5050

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.825** Nonpriority creditor's name and mailing address
MARQUARDT, BRENDAN W.
1742 EL RITO AVENUE
GLENDALE, CA 91208

Date(s) debt was incurred  12/26/2019
Last 4 digits of account number  4654

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.826** Nonpriority creditor's name and mailing address
MARROQUIN, MELISSA M.
6181 FLEURY LANE
WOODLAND HILLS, CA 91367

Date(s) debt was incurred  12/26/2019
Last 4 digits of account number  1225

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.827** Nonpriority creditor's name and mailing address
MARTIN, ETHAN M.
11 BALDWIN TER
EVERETT, MA 02149

Date(s) debt was incurred  1/17/2020
Last 4 digits of account number  1318

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.828** Nonpriority creditor's name and mailing address
MARTIN, GUSTAVO
3417 KEARNY VILLA LANE
SAN DIEGO, CA 92123

Date(s) debt was incurred  12/26/2019
Last 4 digits of account number  4562

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.829** Nonpriority creditor's name and mailing address
MARTIN, RICARDO
6656 BOTHWELL RD
RESEDA, CA 91335

Date(s) debt was incurred  12/26/2019
Last 4 digits of account number  2637

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.830** Nonpriority creditor's name and mailing address
MARTINEAU, SAMANTHA M.
13654 OCANA AVE
BELLFLOWER, CA 90706

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **1163**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.831** Nonpriority creditor's name and mailing address
MARTINEZ, ALAN E.
5653 BLACKWELDER ST.
LOS ANGELES, CA 90016

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **5120**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.832** Nonpriority creditor's name and mailing address
MARTINEZ, ARTURO E.
5716 TUJUNGA AVE 7
NORTH HOLLYWOOD, CA 91601

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **4740**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.833** Nonpriority creditor's name and mailing address
MARTINEZ, CARLOS
17108 LOS ALIMOS ST
GRANADA HILLS, CA 91344

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **2190**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.834** Nonpriority creditor's name and mailing address
MARTINEZ, CHARLIE
20430 E ARROW HWY
COVINA, CA 91724

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **4658**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.835** Nonpriority creditor's name and mailing address
MARTINEZ, DAVID E.
1731 W 38TH ST
LOS ANGELES, CA 90062

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **2900**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.836** Nonpriority creditor's name and mailing address
MARTINEZ, IRVING D.
752 S. IROLO ST. APT. 2 2
LOS ANGELES, CA 90005

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **3808**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.837** | Nonpriority creditor's name and mailing address

MARTINEZ, JESSICA
3928 LANTERN DRIVE
SILVER SPRING, MD 20902

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __5403__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.838** | Nonpriority creditor's name and mailing address

MARTINEZ, JESUS
1233 E HARVARD APT. D
GLENDALE, CA 91205

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __0196__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.839** | Nonpriority creditor's name and mailing address

MARTINEZ, JUAN A.
1481 W 49TH ST
LOS ANGELES, CA 90062

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __1250__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.840** | Nonpriority creditor's name and mailing address

MARTINEZ, JULIE A.
2510 CRENSHAW BLVD
LOS ANGELES, CA 90016

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __0362__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.841** | Nonpriority creditor's name and mailing address

MARTINEZ, MARCUS N.
6579 QUINTON LN
TUJUNGA, CA 91042

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __1144__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.842** | Nonpriority creditor's name and mailing address

MARTINEZ, MARK A.
20944 COMMUNITY ST
CANOGA PARK, CA 91304

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __0172__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.843** | Nonpriority creditor's name and mailing address

MARTINEZ, VIRGINIA J.
427 W ACACIA AVENUE
GLENDALE, CA 91204

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __5145__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor    **Pacific Theatres Exhibition Corp.**    Case number (if known)
Name

---

| 3.844 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MARTINEZ-VALADEZ, BRENDA**
**1312 MORNING VIEW DRIVE**
**ESCONDIDO, CA 92026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/26/2019**

Basis for the claim:  **FORMER EMPLOYEE**

Last 4 digits of account number  **1349**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.845 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MASCIO, JOSEPH**
**6233 S NATCHEZ**
**CHICAGO, IL, IL 60638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/26/2019**

Basis for the claim:  **FORMER EMPLOYEE**

Last 4 digits of account number  **5417**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.846 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MATEO, MATTHEW A.**
**6233 BLUCHER AVENUE**
**VAN NUYS, CA 91411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/26/2019**

Basis for the claim:  **FORMER EMPLOYEE**

Last 4 digits of account number  **1294**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.847 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MATTEUCCI, ANDREA C.**
**841 GARDENIA AVE #303**
**LONG BEACH, CA 90813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/26/2019**

Basis for the claim:  **FORMER EMPLOYEE**

Last 4 digits of account number  **1786**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.848 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MATTHEWS, EDWARD**
**4701 NATICK AVE**
**SHERMAN OAKS, CA 91403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/26/2019**

Basis for the claim:  **FORMER EMPLOYEE**

Last 4 digits of account number  **4017**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.849 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MATUS-CAMPOS, GISSELLE A.**
**9450 GILMAN DRIVE**
**LA JOLLA, CA, 20 00100**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/21/2020**

Basis for the claim:  **FORMER EMPLOYEE**

Last 4 digits of account number  **1359**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.850 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MAXILE, RAVEN**
**11939 ALBERS ST APT 10**
**VALLEY VILLAGE, CA 91607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/26/2019**

Basis for the claim:  **FORMER EMPLOYEE**

Last 4 digits of account number  **1575**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.851** | Nonpriority creditor's name and mailing address
MCCARTHY, MATTHEW J.
11301 EMELITA ST.
NORTH HOLLYWOOD, CA 91601

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  1284

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.852** | Nonpriority creditor's name and mailing address
MCCLEES, CHRISTOPHER L.
6801 MAMMOTH AVE, 17
VAN NUYS, CA 91403

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  1182

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.853** | Nonpriority creditor's name and mailing address
MCDOWELL, ELEANOR G.
6581 N LAKEWOOD AVE
CHICAGO, IL 60626

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  5131

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.854** | Nonpriority creditor's name and mailing address
MCELROY, MATTHEW H.
240 N ADAMS ST 5
GLENDALE, CA 91206

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  3977

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.855** | Nonpriority creditor's name and mailing address
MCELWAIN, SVETLANA
9450 GILMAN DRIVE
LA JOLLA, CA 92092

Date(s) debt was incurred  2/21/2020

Last 4 digits of account number  1364

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.856** | Nonpriority creditor's name and mailing address
MCINTIRE, BEN T.
2625 1/2 N SPAULDING AVE.
CHICAGO, IL 60647

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  1210

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.857** | Nonpriority creditor's name and mailing address
MCPHERSON, LEROY A.
9 MCNULTY CT APT 550
CHARLESTOWN, MA 02129

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  1153

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor   **Pacific Theatres Exhibition Corp.**                          Case number (if known)
_____          _____
Name

---

3.858 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
---|---|---

**MCSHANE, MITCHELL**
**3717 CARDIFF AVE APT 302**
**LOS ANGELES, CA 90034**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **12/26/2019**

Basis for the claim:  **FORMER EMPLOYEE**

Last 4 digits of account number  **3033**

Is the claim subject to offset?  ■ No   ☐ Yes

---

3.859 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**MCVEIGH, ANNABELLE C.**
**1916 4TH STREET**
**SANTA MONICA, CA 90405**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **12/26/2019**

Basis for the claim:  **FORMER EMPLOYEE**

Last 4 digits of account number  **0385**

Is the claim subject to offset?  ■ No   ☐ Yes

---

3.860 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**MEADOWS, NOAH D.**
**16430 OREGON AVENUE**
**BELLFLOWER, CA 90706**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **12/26/2019**

Basis for the claim:  **FORMER EMPLOYEE**

Last 4 digits of account number  **0256**

Is the claim subject to offset?  ■ No   ☐ Yes

---

3.861 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**MECATL, GISSEL**
**2648 CHARITON ST. APT 8**
**LOS ANGELES, CA 90034**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **12/26/2019**

Basis for the claim:  **FORMER EMPLOYEE**

Last 4 digits of account number  **5470**

Is the claim subject to offset?  ■ No   ☐ Yes

---

3.862 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,032.00

**MEDIABUS, INC**
**3285 CASITAS AVE**
**LOS ANGELES, CA 90039**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2020-2021**

Basis for the claim:  **MARKETING**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No   ☐ Yes

---

3.863 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**MEDINA, BRANDON A.**
**1425 N ALTA VISTA BLVD. APT#214**
**LOS ANGELES, CA 90046**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **12/26/2019**

Basis for the claim:  **FORMER EMPLOYEE**

Last 4 digits of account number  **0856**

Is the claim subject to offset?  ■ No   ☐ Yes

---

3.864 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**MEDINA, DEXXER L.**
**1327 DARTMOUTH DRIVE**
**GLENDALE, CA 91205**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **12/26/2019**

Basis for the claim:  **FORMER EMPLOYEE**

Last 4 digits of account number  **4247**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.865 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MEDINA, STEPHANIE A.**
**19845 SATICOY ST**
**WINNETKA, CA 91306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  1088

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

| 3.866 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MEDRANO, KAREN**
**8601 INTERNATIONAL AVE**
**CANOGA PARK, CA 91304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  0610

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

| 3.867 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,489.55 |
|---|---|---|---|

**MEGAFLUENCE LLC**
**16 PASANDENA**
**IRVINE, CA 92602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2020-2021

Last 4 digits of account number  _

Basis for the claim:  SUPPLIER

Is the claim subject to offset? ■ No  ☐ Yes

| 3.868 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MEJIA, ANA R.**
**8662 LAKE ASHMERE DRIVE**
**SAN DIEGO, CA 92119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/1/2021

Last 4 digits of account number  1138

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

| 3.869 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MEJIA, JORGE A.**
**826 ORANGE GROVE AVE**
**GLENDALE, CA 91206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  4587

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

| 3.870 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MELARA MONTES, ELBA Y.**
**6316 MIRAMONTE**
**LOS ANGELES, CA 90001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  5043

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

| 3.871 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MELGAR, WILLIAM A.**
**1117 NORTH SPARKS**
**BURBANK, CA 91506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  1053

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.872** Nonpriority creditor's name and mailing address
MELODEE ICE CREAM
2649 W. 1ST STREET
SANTA ANA, CA 92703-3403

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ■ No  ☐ Yes

**$313.74**

---

**3.873** Nonpriority creditor's name and mailing address
MENDEZ, KAREN
5743 LA MIRADA AVE APT 10
LOS ANGELES, CA 90038

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **3027**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.874** Nonpriority creditor's name and mailing address
MENDEZ, LILIANA
2507 JULIET STREET
LOS ANGELES, CA 90007

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **4267**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.875** Nonpriority creditor's name and mailing address
MENDIOLA, RICHARD S.
7957 JELLICO AVENUE
NORTHRIDGE, CA 91325

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **0656**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.876** Nonpriority creditor's name and mailing address
MENDOZA, ANDRE G.
9607 FORBES AVE
NORTHRIDGE, CA 91343

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **3462**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.877** Nonpriority creditor's name and mailing address
MENDOZA, CESAR
2027 RESERVOIR STREET APT#2 2
LOS ANGELES, CA 90026

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **3927**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.878** Nonpriority creditor's name and mailing address
MERIDAESQUIVEL, MIRIAM A.
3221 W LAKE AVE
GLENVIEW, IL 60026

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **0193**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Pacific Theatres Exhibition Corp.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.879** | Nonpriority creditor's name and mailing address
**MERINO, KEVIN**
2335 S. WALL ST. APT#102
LOS ANGELES, CA 90011

Date(s) debt was incurred _12/26/2019_
Last 4 digits of account number _1137_

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ☐ No  ☐ Yes

$0.00

---

**3.880** | Nonpriority creditor's name and mailing address
**MERLAIN, EMMANUEL M.**
4 VIOLANTE ST
MATTAPAN, MA 02126

Date(s) debt was incurred _12/26/2019_
Last 4 digits of account number _1150_

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ☐ No  ☐ Yes

$0.00

---

**3.881** | Nonpriority creditor's name and mailing address
**METELLUS, REGINALD**
15 CLAXTON ST  3
ROSLINDALE, MA 02131

Date(s) debt was incurred _12/26/2019_
Last 4 digits of account number _1259_

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.882** | Nonpriority creditor's name and mailing address
**MEZA, ROBERT S.**
321 PASADENA AVE APT 1 1
SOUTH PASADENA, CA 91030

Date(s) debt was incurred _12/26/2019_
Last 4 digits of account number _4628_

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.883** | Nonpriority creditor's name and mailing address
**MG JV LLC**
1725 NAUD STREET
LOS ANGELES, CA 90012

Date(s) debt was incurred _2020-2021_
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **MARKETING**

Is the claim subject to offset? ■ No  ☐ Yes

$2,056.34

---

**3.884** | Nonpriority creditor's name and mailing address
**MICHEL, JASMINE N.**
6 COLEUS PARK
BOSTON, MA 02121

Date(s) debt was incurred _12/26/2019_
Last 4 digits of account number _1005_

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ☐ No  ☐ Yes

$0.00

---

**3.885** | Nonpriority creditor's name and mailing address
**MICHELLE MEADE**
3400 HALDERMAN STREET
LOS ANGELES, CA 90066

Date(s) debt was incurred _2020-2021_
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **MARKETING**

Is the claim subject to offset? ■ No  ☐ Yes

$2,500.00

---

Debtor   **Pacific Theatres Exhibition Corp.**                                  Case number (if known)
　　　　　Name

---

| 3.886 | Nonpriority creditor's name and mailing address<br>**MICROSOFT CORPORATION**<br>**ONE MICROSOFT WAY**<br>**REDMOND, WA 98052-6399**<br><br>Date(s) debt was incurred **2020-2021**<br>Last 4 digits of account number **3987** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **IT**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$135,927.56** |

---

| 3.887 | Nonpriority creditor's name and mailing address<br>**MID CENTURY MEDIA LLC**<br>**2401 LAUREL PASS AVE**<br>**LOS ANGELES, CA 90046**<br><br>Date(s) debt was incurred **2020-2021**<br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **MARKETING**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$56,940.00** |

---

| 3.888 | Nonpriority creditor's name and mailing address<br>**MIHALAKIS, TYLER J.**<br>**4524 N CLYBOURN AVE**<br>**BURBANK, CA 91505**<br><br>Date(s) debt was incurred **12/26/2019**<br>Last 4 digits of account number **0278** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **FORMER EMPLOYEE**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

---

| 3.889 | Nonpriority creditor's name and mailing address<br>**MILLER, ERIK M.**<br>**5832 PENNSWOOD AVE**<br>**LAKEWOOD, CA 90712**<br><br>Date(s) debt was incurred **12/26/2019**<br>Last 4 digits of account number **0284** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **FORMER EMPLOYEE**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

---

| 3.890 | Nonpriority creditor's name and mailing address<br>**MILLER, MAX A.**<br>**4950 COLDWATER CANYON AVE**<br>**SHERMAN OAKS, CA 91423**<br><br>Date(s) debt was incurred **12/26/2019**<br>Last 4 digits of account number **0993** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **FORMER EMPLOYEE**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

---

| 3.891 | Nonpriority creditor's name and mailing address<br>**MILLER, PAUL**<br>**1037 16TH STREET 1**<br>**SANTA MONICA, CA 90403**<br><br>Date(s) debt was incurred **12/26/2019**<br>Last 4 digits of account number **3691** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **FORMER EMPLOYEE**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

---

| 3.892 | Nonpriority creditor's name and mailing address<br>**MILLER, XAVIER J.**<br>**692 QUINCY BRIDGE LN**<br>**GLENVIEW, IL 60025**<br><br>Date(s) debt was incurred **12/26/2019**<br>Last 4 digits of account number **0871** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **FORMER EMPLOYEE**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

---

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.893** | Nonpriority creditor's name and mailing address
MILLER, ZACHARY D.
1483 E. CHEVY CHASE DR.
GLENDALE, CA 91206

Date(s) debt was incurred 12/26/2019

Last 4 digits of account number 5508

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: FORMER EMPLOYEE

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.894** | Nonpriority creditor's name and mailing address
MILLS, CAROL
9002 SENATE DRIVE APT 1E
DES PLAINES, IL 60016

Date(s) debt was incurred 12/26/2019

Last 4 digits of account number 1384

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: FORMER EMPLOYEE

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.895** | Nonpriority creditor's name and mailing address
MILLS, VICTORIA D.
3822 BRUNSWICK AVE
LOS ANGELES, CA 90039

Date(s) debt was incurred 12/26/2019

Last 4 digits of account number 0565

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: FORMER EMPLOYEE

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.896** | Nonpriority creditor's name and mailing address
MIMI LAHLOU, OMAR
13766 DOVEKIE AVE
CLARKSBURG, MD 20871

Date(s) debt was incurred 12/26/2019

Last 4 digits of account number 1264

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: FORMER EMPLOYEE

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.897** | Nonpriority creditor's name and mailing address
MIMO, LLC
5201 THATCHER ROAD
DOWNERS GROVE, IL 60515

Date(s) debt was incurred 2020-2021

Last 4 digits of account number 1599

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: SUPPLIER

Is the claim subject to offset? ■ No ☐ Yes

$28,777.12

---

**3.898** | Nonpriority creditor's name and mailing address
MIRACLE MILE BITTERS CO
1629 CABRILLO AVENUE
ALHAMBRA, CA 91803

Date(s) debt was incurred 2020-2021

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: SUPPLIER

Is the claim subject to offset? ■ No ☐ Yes

$88.21

---

**3.899** | Nonpriority creditor's name and mailing address
MIRALLES, AL FRANSES N.
9033 HAZELTINE AVE
PANORAMA CITY, CA 91402

Date(s) debt was incurred 12/26/2019

Last 4 digits of account number 0736

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: FORMER EMPLOYEE

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.900** Nonpriority creditor's name and mailing address
**MIRANDA, ANGELA**
18418 DEARBORN ST.
NORTHRIDGE, CA 91325

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  5337

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.901** Nonpriority creditor's name and mailing address
**MIRROR RELEASING, LLC**
29285 NETWORK PLACE
CHICAGO, IL 60673-1292

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FILM RENT**

Is the claim subject to offset? ☐ No  ■ Yes

---

**3.902** Nonpriority creditor's name and mailing address
**MISSION BEVERAGE CO**
PO BOX 33256
LOS ANGELES, CA 90033

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.903** Nonpriority creditor's name and mailing address
**MISSION LINEN SUPPLY**
PO BOX 1299
SANTA BARBARA, CA 93102-1299

Date(s) debt was incurred  2020-2021

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$5,026.21**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.904** Nonpriority creditor's name and mailing address
**MITSUBISHI ELECTRIC & ELECTRONICS U**
25480 NETWORK PLACE
CHICAGO, IL 60673

Date(s) debt was incurred  2020-2021

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$8,095.08**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.905** Nonpriority creditor's name and mailing address
**MITSUBISHI ELECTRIC US, INC.**
5900-A KATELLA AVENUE
CYPRESS, CA 90630

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.906** Nonpriority creditor's name and mailing address
**MIW CORPORATION**
C/O DAVID T. KEENAN, ESQ.
QUINLAN & SADOWSKI, P.C
11 VANDERBILT AVE., SUITE 250
NORWOOD, MA 02062-5056

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **SUPPLIER/CONTRACTOR**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.907** | Nonpriority creditor's name and mailing address
MOBASSERI, RAMTIN
3344 KEYSTONE AVE APT 1
LOS ANGELES, CA 90034

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __3671__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.908** | Nonpriority creditor's name and mailing address
MOELLER, DANIEL
1613 HILL STREET
SANTA MONICA, CA 90405

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __4057__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.909** | Nonpriority creditor's name and mailing address
MOHAWK FACTORING, LLC
160 SOUTH INDUSTRIAL BLVD
CALHOUN, GA 30701

Date(s) debt was incurred __2020-2021__

Last 4 digits of account number __5681__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __SUPPLIER__

Is the claim subject to offset? ■ No  ☐ Yes

$61,079.98

---

**3.910** | Nonpriority creditor's name and mailing address
MOHAWK FACTORING, LLC
C/O ROBERT G. MINER
LAW OFFICES OF ROBERT G. MINER
1746 SOUTH VICTORIA AVE. F110
VENTURA, CA 93003

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __SUPPLIER/CONTRACTOR__

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.911** | Nonpriority creditor's name and mailing address
MOJO COLD BREWED COFFEE, INC
168 MAIN STREET
WENHAM, MA 01984

Date(s) debt was incurred __2020-2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __SUPPLIER__

Is the claim subject to offset? ■ No  ☐ Yes

$955.20

---

**3.912** | Nonpriority creditor's name and mailing address
MONCADA, MELISSA
320 E 56TH ST
LONG BEACH, CA 90805

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __1161__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.913** | Nonpriority creditor's name and mailing address
MONICA LEVINSON
3398 BLAIR DRIVE
LOS ANGELES, CA 90068

Date(s) debt was incurred __2016-2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CUSTOMER REFUND__

Is the claim subject to offset? ■ No  ☐ Yes

$1,456.20

---

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) |
|---|---|---|
| | Name | |

**3.914**  Nonpriority creditor's name and mailing address
MONTGOMERY MALL LLC
C/O WESTFIELD, LLC
ATTN: COO OPERATIONS
11301 WILSHIRE BOULEV
LOS ANGELES, CA 90025

Date(s) debt was incurred __2020-2021__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$4,502,645.90**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __RENT__

Is the claim subject to offset? ☐ No  ■ Yes

---

**3.915**  Nonpriority creditor's name and mailing address
MONTIJO, ALYSSA L.
4946 WIOTA STREET
LOS ANGELES, CA 90041

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __5268__

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.916**  Nonpriority creditor's name and mailing address
MOORE, JASMINE
4647 WILLIS AVE. 304
SHERMAN OAKS, CA 91403

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __1670__

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.917**  Nonpriority creditor's name and mailing address
MORALES MARTINEZ, ASHLEY
12942 WENTWORTH ST
ARLETA, CA 91331

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __5294__

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.918**  Nonpriority creditor's name and mailing address
MORALES, JACQUELINE M.
14650 LASSEN ST UNIT 2
MISSION HILLS, CA 91345

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __1074__

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.919**  Nonpriority creditor's name and mailing address
MORALES, MARISOL
3244 W HIRSCH
CHICAGO, IL 60651

Date(s) debt was incurred __1/30/2020__

Last 4 digits of account number __1340__

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.920**  Nonpriority creditor's name and mailing address
MORALES, MARISOL
3244 W HIRSCH
CHICAGO, IL 60651

Date(s) debt was incurred __4/1/2021__

Last 4 digits of account number __1340__

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Pacific Theatres Exhibition Corp.**                    Case number (if known)
_____
Name

| 3.921 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

3.921
Nonpriority creditor's name and mailing address
**MORALES, SERENA E.**
**13089 SAN FERNANDO ROAD APT. 9**
**SYLMAR, CA 91342**

Date(s) debt was incurred **12/26/2019**
Last 4 digits of account number **5370**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

3.922
Nonpriority creditor's name and mailing address
**MORATAYA, ANTHONY J.**
**18714 RUNNYMEDE ST.**
**RESEDA, CA 91335**

Date(s) debt was incurred **12/26/2019**
Last 4 digits of account number **0908**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

3.923
Nonpriority creditor's name and mailing address
**MORENO, ALISHEIA M.**
**14653 CLYMER STREET**
**MISSION HILLS, CA 91345**

Date(s) debt was incurred **12/26/2019**
Last 4 digits of account number **0165**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

3.924
Nonpriority creditor's name and mailing address
**MORENO, JULIAN**
**1350 S VECINO AVE**
**GLENDORA, CA 91740**

Date(s) debt was incurred **12/26/2019**
Last 4 digits of account number **3488**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

3.925
Nonpriority creditor's name and mailing address
**MORENO, SABRINA E.**
**1988 N SUMMIT AVE**
**PASADENA, CA 91103**

Date(s) debt was incurred **12/26/2019**
Last 4 digits of account number **1227**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

3.926
Nonpriority creditor's name and mailing address
**MOREYRA, RAFAEL**
**12117 CEDAR AVE**
**HAWTHORNE, CA 90250**

Date(s) debt was incurred **12/26/2019**
Last 4 digits of account number **2783**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

3.927
Nonpriority creditor's name and mailing address
**MORGAN, LEE R.**
**75 W SCHOOL ST**
**CHARLESTOWN, MA 02129**

Date(s) debt was incurred **12/26/2019**
Last 4 digits of account number **1154**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor    **Pacific Theatres Exhibition Corp.**
Name

Case number (if known)

---

**3.928**  Nonpriority creditor's name and mailing address
MORGENSON, DAVID J.
1443 N FULLER AVE #105
LOS ANGELES, CA 90046

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  4436

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.929**  Nonpriority creditor's name and mailing address
MORRIS, DEMARCUS A.
1158 N HOWE
CHICAGO, IL 60610

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  1039

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.930**  Nonpriority creditor's name and mailing address
MORRIS, JULIAN
348 1/2 VIA VISTA ST
MONTEBELLO, CA 90640

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  0971

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.931**  Nonpriority creditor's name and mailing address
MOTION TECHNOLOGY, INC.
10 FORBES ROAD
NORTHBOROUGH, MA 01532

Date(s) debt was incurred  2020-2021

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  SUPPLIER

Is the claim subject to offset? ■ No  ☐ Yes

$563.68

---

**3.932**  Nonpriority creditor's name and mailing address
MOURIZ, EMILIO
1620 AMARGOSA DR.
PALMDALE, CA 93551

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  5332

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.933**  Nonpriority creditor's name and mailing address
MOVING IMAGE TECHNOLOGIES
17760 NEWHOPE STREET
FOUNTAIN VALLEY, CA 92708

Date(s) debt was incurred  2020-2021

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  IT

Is the claim subject to offset? ■ No  ☐ Yes

$7,011.19

---

**3.934**  Nonpriority creditor's name and mailing address
MOVIO LIMITED
6300 WILSHIRE BLVD, STE 940
LOS ANGELES, CA 90048

Date(s) debt was incurred  2020-2021

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  MARKETING

Is the claim subject to offset? ■ No  ☐ Yes

$79,401.74

---

Debtor    **Pacific Theatres Exhibition Corp.**
_____
Name

Case number (if known) _____

| 3.935 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**MOWINSKI, ABIGAIL G.**
**606 SPRING ROAD**
**GLENVIEW, IL 60025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  5213

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

| 3.936 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**MUCHA, ALEX K.**
**1313 PAM ANNE DR**
**GLENVIEW, IL 60025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  0748

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

| 3.937 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**MUNIVE, JOSE**
**5827 LOCKHEED AVE.**
**WHITTIER, CA 90606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  2911

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

| 3.938 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**MUNOZ, JAIME**
**485 W WASHINGTON**
**PASADENA, CA 91103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  0659

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

| 3.939 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**MURALLES, JONATHAN B.**
**1808 W ADAMS BLVD**
**LOS ANGELES, CA 90018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/18/2020

Last 4 digits of account number  1333

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

| 3.940 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**NALBANDYAN, ARMINE A.**
**1007 E LOMITA AVE 111 111**
**GLENDALE, CA 91205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  5155

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

| 3.941 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**NARVAEZ, PAUL ANGELO G.**
**1854 S. FAIRFAX AVE**
**LOS ANGELES, CA 90019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  0794

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.942 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NARVAEZ, VANESSA**
**219 N. ADAMS ST.**
**GLENDALE, CA 91206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/26/2019**

Basis for the claim:  **FORMER EMPLOYEE**

Last 4 digits of account number  **0771**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.943 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NAZARI, SEVAN**
**522 W HARVARD ST**
**GLENDALE, CA 91204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/26/2019**

Basis for the claim:  **FORMER EMPLOYEE**

Last 4 digits of account number  **0563**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.944 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NEDOSTUPENKO, MARIA**
**4901 BATTERY LANE APT 203**
**BETHESDA, MD 20814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/26/2019**

Basis for the claim:  **FORMER EMPLOYEE**

Last 4 digits of account number  **1853**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.945 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $149.00 |
|---|---|---|---|

**NEIL GEISNER**
**508 1619 N. LA BREA AVE**
**LOS ANGELES, CA 90028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020-2021**

Basis for the claim:  **SUPPLIER**

Last 4 digits of account number  **_**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.946 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NEJIN, KENYA A.**
**1743 GARFIELD PLACE**
**LOS ANGELES, CA 90028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/26/2019**

Basis for the claim:  **FORMER EMPLOYEE**

Last 4 digits of account number  **0635**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.947 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NELSON, ADAM E.**
**9528 MIRAMAR RD.**
**SAN DIEGO, CA 92126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/26/2019**

Basis for the claim:  **FORMER EMPLOYEE**

Last 4 digits of account number  **0962**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.948 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NELSON, GRACE E.**
**20111 LABRADOR ST**
**CHATSWORTH, CA 91311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/26/2019**

Basis for the claim:  **FORMER EMPLOYEE**

Last 4 digits of account number  **1289**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Pacific Theatres Exhibition Corp. | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.949** Nonpriority creditor's name and mailing address
NELSON, KATELYN M.
11621 SYLVAN ST. 8
NORTH HOLLYWOOD, CA 91606

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **5511**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.950** Nonpriority creditor's name and mailing address
NEON RATED LLC
580 BROADWAY, SUITE 1200
NEW YORK, NY 10012

Date(s) debt was incurred **Q1 - Q2 2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FILM RENT**

Is the claim subject to offset? ☐ No ■ Yes

**$231,449.76**

---

**3.951** Nonpriority creditor's name and mailing address
NESTLE PURE LIFE
PO BOX 856680
LOUISVILLE, KY 40285

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.952** Nonpriority creditor's name and mailing address
NEVE ICE
655 SOUTH FLOWER STREET
LOS ANGELES, CA 90017

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.953** Nonpriority creditor's name and mailing address
NEWPORT MEAT CO
PO BOX 19726
IRVINE, CA 92623

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ■ No ☐ Yes

**$5,281.56**

---

**3.954** Nonpriority creditor's name and mailing address
NGUYEN, BENJAMIN H.
19543 VALERIO STREET
RESEDA, CA 91335

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **1124**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.955** Nonpriority creditor's name and mailing address
NGUYEN, NATHAN T.
1010 ROBROY DRIVE
SILVER SPRING, MD 20903

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **5513**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.956** | Nonpriority creditor's name and mailing address
**NICOR GAS**
**PO BOX 5407**
**CAROL STEAM, IL 60197**

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **UTILITIES**

Is the claim subject to offset? ■ No  ☐ Yes

$1,109.05

---

**3.957** | Nonpriority creditor's name and mailing address
**NIMAGA, MUSA**
**5706 CARLTON WAY**
**LOS ANGELES, CA 90028**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **2188**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.958** | Nonpriority creditor's name and mailing address
**NINO, REMY M.**
**2200 COLORADO AVENUE**
**SANTA MONICA, CA 90404**

Date(s) debt was incurred **1/31/2020**

Last 4 digits of account number **1342**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.959** | Nonpriority creditor's name and mailing address
**NOREEN, JOHN L.**
**14361, TIARA ST**
**VAN NUYS, CA 91401**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **0202**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.960** | Nonpriority creditor's name and mailing address
**NORTH AMERICAN VIDEO CORPORATION**
**1335 S. ACACIA AVENUE**
**FULLERTON, CA 92831**

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ■ No  ☐ Yes

$1,429.75

---

**3.961** | Nonpriority creditor's name and mailing address
**NORTHERN BUSINESS MACHINES, INC.**
**24 TERRY AVENUE**
**BURLINGTON, MA 01803**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.962** | Nonpriority creditor's name and mailing address
**NORTHWEST WINES, LTD**
**1879 26TH AVENUE**
**SAN FRANCISCO, CA 94122**

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ■ No  ☐ Yes

$2,601.60

---

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.963** | Nonpriority creditor's name and mailing address
NORWOOD, BENAIAH
5225 POOKS HILL RD 229N
BETHESDA, MD 20814

Date(s) debt was incurred 12/26/2019

Last 4 digits of account number 4875

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: FORMER EMPLOYEE

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.964** | Nonpriority creditor's name and mailing address
NORWOOD, CASSEY
5709 HILLCREST DRIVE
LOS ANGELES, CA 90043

Date(s) debt was incurred 12/26/2019

Last 4 digits of account number 3276

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: FORMER EMPLOYEE

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.965** | Nonpriority creditor's name and mailing address
NOVEL HARRIS
C/O KENECHI R. AGU, ESQ.
LAW OFFICES OF KENECHI R. AGU
3655 TORRANCE BLVD., SUITE 300
TORRANCE, CA 90503

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: PERSONAL INJURY CLAIMANT

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.966** | Nonpriority creditor's name and mailing address
NSTAR ELECTRIC COMPANY
247 STATION DRIVE
WESTWOOD, MA 02090

Date(s) debt was incurred 2020-2021

Last 4 digits of account number 16

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: UTILITIES

Is the claim subject to offset? ■ No ☐ Yes

$79,626.09

---

**3.967** | Nonpriority creditor's name and mailing address
NUS CONSULTING GROUP
ONE MAYNARD DRIVE
PARK RIDGE, NJ 07656

Date(s) debt was incurred 2020-2021

Last 4 digits of account number 1000

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: UTILITIES

Is the claim subject to offset? ■ No ☐ Yes

$27,875.00

---

**3.968** | Nonpriority creditor's name and mailing address
NUSH, TRISTAN A.
4850 ELM ST
SKOKIE, IL 60077

Date(s) debt was incurred 2/5/2020

Last 4 digits of account number 1344

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: FORMER EMPLOYEE

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.969** | Nonpriority creditor's name and mailing address
O'CONNOR, SAMUEL P.
704 W OAK AVENUE
EL SEGUNDO, CA 90245

Date(s) debt was incurred 12/26/2019

Last 4 digits of account number 0425

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: FORMER EMPLOYEE

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.970** Nonpriority creditor's name and mailing address
OCAMPO, JOSE M.
17263 FAIRVIEW CT
FONTANA, CA 92336

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **0351**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.971** Nonpriority creditor's name and mailing address
OCULUS LIGHT STUDIO, LLC
SUITE 306 5855 GREEN VALLEY CIRCLE
CULVER CITY, CA 90230

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ■ No  ☐ Yes

$700.00

---

**3.972** Nonpriority creditor's name and mailing address
ODURO, BENJAMIN
1535 N HOBART BLVD APT. 2
LOS ANGELES, CA 90027

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **0441**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.973** Nonpriority creditor's name and mailing address
OFFICE SOLUTIONS
23303 LA PALMA AVE
YORBA LINDA, CA 92887

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ■ No  ☐ Yes

$2,313.88

---

**3.974** Nonpriority creditor's name and mailing address
OJO, MALIYA
9300 BURNET AVE
NORTH HILLS, CA 91343

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **5105**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.975** Nonpriority creditor's name and mailing address
OKUNDAYE, REBECAH
22 HAMMOND ST
BOSTON, MA 02120

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **1202**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.976** Nonpriority creditor's name and mailing address
OLIVER MCMILLIAN GLENVIEW THEATERS,
LLC
C/O OLIVERMCMILLAN
733 8TH AVENUE
SAN DIEGO, CA 92101

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **RENT**

Is the claim subject to offset? ■ No  ☐ Yes

$130,896.07

---

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.977 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $477,699.02 |
|---|---|---|---|

**3.977** Nonpriority creditor's name and mailing address
OLIVER MCMILLIAN GLENVIEW THEATERS, LLC
THE GLEN TOWN THEATERS LLC
733 8TH AVENUE
SAN DIEGO, CA 92101

Date(s) debt was incurred **2020-2021**
Last 4 digits of account number **0000**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed
Basis for the claim: **RENT (REAL PROPERTY TAXES)**
Is the claim subject to offset? ☑ No  ☐ Yes

**$477,699.02**

---

**3.978** Nonpriority creditor's name and mailing address
OLIVER MCMILLIAN GLENVIEW THEATERS, LLC
C/O OLIVERMCMILLAN
733 8TH AVENUE
SAN DIEGO, CA 92101

Date(s) debt was incurred **2020-2021**
Last 4 digits of account number **0000**

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
Basis for the claim: **RENT**
Is the claim subject to offset? ☑ No  ☐ Yes

**$885,252.02**

---

**3.979** Nonpriority creditor's name and mailing address
OLIVER, CHRIS
9035 TOPANGA CANYON BLVD #210
WEST HILLS, CA 91304

Date(s) debt was incurred **12/26/2019**
Last 4 digits of account number **6483**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **FORMER EMPLOYEE**
Is the claim subject to offset? ☑ No  ☐ Yes

**$0.00**

---

**3.980** Nonpriority creditor's name and mailing address
OLVERA, FRIDA
3810 TAMPICO AVE
LOS ANGELES, CA 90032

Date(s) debt was incurred **12/26/2019**
Last 4 digits of account number **4731**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **FORMER EMPLOYEE**
Is the claim subject to offset? ☑ No  ☐ Yes

**$0.00**

---

**3.981** Nonpriority creditor's name and mailing address
OM SNACKS
PO BOX 1381
SANTA MONICA, CA 90406

Date(s) debt was incurred **_**
Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **SUPPLIER**
Is the claim subject to offset? ☑ No  ☐ Yes

**$0.00**

---

**3.982** Nonpriority creditor's name and mailing address
OMCC THEATER OWNER, LLC
C/O NEWMARK MERRILL COMPANIES
5850 CANOGA AVE SUITE 650
WOODLAND HILLS, CA 91367

Date(s) debt was incurred **2020-2021**
Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
Basis for the claim: **RENT**
Is the claim subject to offset? ☑ No  ☐ Yes

**$2,934,916.68**

---

**3.983** Nonpriority creditor's name and mailing address
ONE COMMUNITY, LLC
1320 EAST 7TH STREET, STE 260
LOS ANGELES, CA 90021

Date(s) debt was incurred **2016-2020**
Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **CUSTOMER REFUND**
Is the claim subject to offset? ☑ No  ☐ Yes

**$14.69**

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) |
|--------|-----------------------------------|------------------------|
|        | Name |                                         |

---

**3.984**  Nonpriority creditor's name and mailing address
ONE RING NETWORKS, INC.
PO BOX 1360
ATHENS, TX 75751

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  IT

Is the claim subject to offset? ☒ No  ☐ Yes

$1,100.00

---

**3.985**  Nonpriority creditor's name and mailing address
ONEILL, TIMOTHY R.
3719 N. SOUTHPORT #115
CHICAGO, IL 60613

Date(s) debt was incurred  12/26/2019
Last 4 digits of account number  0633

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

**3.986**  Nonpriority creditor's name and mailing address
ORELLANA, CELINA I.
101 BRIDEWELL ST
LOS ANGELES, CA 90042

Date(s) debt was incurred  12/26/2019
Last 4 digits of account number  0397

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

**3.987**  Nonpriority creditor's name and mailing address
ORIGEL-GABRIEL, ROCIO
3536 1/2 NORTH FIGUEROA STREET
LOS ANGELES, CA 90065

Date(s) debt was incurred  12/26/2019
Last 4 digits of account number  4252

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

**3.988**  Nonpriority creditor's name and mailing address
ORLINSKI, MATEUSZ Z.
3465 WHIRLAWAY DR
NORTHBROOK, IL 60062

Date(s) debt was incurred  12/26/2019
Last 4 digits of account number  4171

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

**3.989**  Nonpriority creditor's name and mailing address
OROZCO, CINDY A.
21051 GRESHAM ST.
CANOGA PARK, CA 91304

Date(s) debt was incurred  12/26/2019
Last 4 digits of account number  0237

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

**3.990**  Nonpriority creditor's name and mailing address
OROZCO, GIOVANNI O.
20652 LASSEN ST.
CHATSWORTH, CA 91311

Date(s) debt was incurred  12/26/2019
Last 4 digits of account number  0234

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.991** Nonpriority creditor's name and mailing address
OROZCO, JESSICA
21051 GRESHAM ST. #905
CANOGA PARK, CA 91304

Date(s) debt was incurred 12/26/2019

Last 4 digits of account number 1226

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: FORMER EMPLOYEE

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.992** Nonpriority creditor's name and mailing address
ORTIZ, NATALIA I.
31 JEFFERSON AVE
CHELSEA, MA 02150

Date(s) debt was incurred 12/26/2019

Last 4 digits of account number 1008

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: FORMER EMPLOYEE

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.993** Nonpriority creditor's name and mailing address
OSCAR T. HERNANDEZ
93 WARREN AVENUE
MILTON, MA 02186

Date(s) debt was incurred 2020-2021

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: SUPPLIER

Is the claim subject to offset? ☐ No ☐ Yes

$8,448.00

---

**3.994** Nonpriority creditor's name and mailing address
OSCILLOSCOPE PICTURES, INC
140 HAVENMEYER ST
BROOKLYN, NY 11211

Date(s) debt was incurred Q1 - Q2 2020

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: FILM RENT

Is the claim subject to offset? ☐ No ☐ Yes

$4,250.80

---

**3.995** Nonpriority creditor's name and mailing address
OSORIO, VALERIA
340 S ST. ANDREWS PL APT 212
LOS ANGELES, CA 90020

Date(s) debt was incurred 12/26/2019

Last 4 digits of account number 4861

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: FORMER EMPLOYEE

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.996** Nonpriority creditor's name and mailing address
OSRAM SYLVANIA INC. OSRAM SYLVANIA
PRODU
200 BALLARDVALE ST
WILMINGTON, MA 01887

Date(s) debt was incurred 2020-2021

Last 4 digits of account number 433

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: IT

Is the claim subject to offset? ☐ No ☐ Yes

$14,547.44

---

**3.997** Nonpriority creditor's name and mailing address
OUTFRONT MEDIA
PO BOX 33074
NEWARK, NJ 07188-0074

Date(s) debt was incurred 2020-2021

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: MARKETING

Is the claim subject to offset? ☐ No ☐ Yes

$12,500.00

---

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) | |
| | Name | | |

---

**3.998** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$400.00**

**PACIFIC EDGE WINE & SPIRTS**
**5155 CLARETON DR., SUITE 100**
**AGOURA HILLS, CA 91301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020-2021__

Basis for the claim: __SUPPLIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.999** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**PADILLA, CHRISTOPHER S.**
**170 WINTHROP AVE.**
**REVERE, MA 02151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/26/2019__

Basis for the claim: __FORMER EMPLOYEE__

Last 4 digits of account number __1104__

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.100 0** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**PALACIOS, ARIELA G.**
**9156 S VAN NESS**
**LOS ANGELES, CA 90047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/26/2019__

Basis for the claim: __FORMER EMPLOYEE__

Last 4 digits of account number __4717__

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.100 1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**PALACIOS, FABIAN**
**924 NORTH AVE. 64, 90042**
**LOS ANGELES, CA 90042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/26/2019__

Basis for the claim: __FORMER EMPLOYEE__

Last 4 digits of account number __3987__

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.100 2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**PALMA, BRIAN**
**5542 SIERRA VISTA AVE**
**LOS ANGELES, CA 90038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/26/2019__

Basis for the claim: __FORMER EMPLOYEE__

Last 4 digits of account number __3543__

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.100 3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**PALONE, DRESANA E.**
**2339 LINCOLN PARK AVE**
**LOS ANGELES, CA 90031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/26/2019__

Basis for the claim: __FORMER EMPLOYEE__

Last 4 digits of account number __1141__

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.100 4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**PAMELA GREENE BUJARSKI**
**C/O JOHN NOJIMA, ESQ., ANDREW**
**BROWNING,**
**LEDERER NOJIMA LLP**
**12100 WILSHIRE BLVD., SUITE 480**
**LOS ANGELES, CA 90025**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __PERSONAL INJURY CLAIMANT__

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.100 5**

**Nonpriority creditor's name and mailing address**
PANTELION LLC
2700 COLORADO AVE
SANTA MONICA, CA 90404

Date(s) debt was incurred  Q1 - Q2 2020

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FILM RENT

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.100 6**

**Nonpriority creditor's name and mailing address**
PANTOJA SOTO, CINTIA L.
7244 KESTER AVE
VAN NUYS, CA 91405

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  0169

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.100 7**

**Nonpriority creditor's name and mailing address**
PAOLO, JOSEPH M.
118 BEACON ST
BOSTON, MA 02116

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  1060

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.100 8**

**Nonpriority creditor's name and mailing address**
PARAMOUNT PICTURES CORP
PO BOX 100486
PASADENA, CA 91189

Date(s) debt was incurred  Q1 - Q2 2020

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FILM RENT

Is the claim subject to offset? ■ No  ☐ Yes

$500,716.41

---

**3.100 9**

**Nonpriority creditor's name and mailing address**
PARELLO JR, DANA J.
112 VILLA STREET
WALTHAM, MA 02453

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  1252

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.101 0**

**Nonpriority creditor's name and mailing address**
PARK STREET IMPORTS, LLC
1000 BRICKELL AVENUE, SUITE 915
MIAMI, FL 33131

Date(s) debt was incurred  2020-2021

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  SUPPLIER

Is the claim subject to offset? ■ No  ☐ Yes

$810.00

---

**3.101 1**

**Nonpriority creditor's name and mailing address**
PARKER, JANET C.
1900 SHERMAN AVENUE
EVANSTON, IL 60201

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  2045

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | Pacific Theatres Exhibition Corp. | | Case number (if known) | |
|--------|-----------------------------------|--|-----------------------|--|
| | Name | | | |

---

**3.101 2**

Nonpriority creditor's name and mailing address
**PARRA, JENNIFER**
**250 S AVE 50**
**LOS ANGELES, CA 90042**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **5445**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.101 3**

Nonpriority creditor's name and mailing address
**PARSONS, MILES J.**
**10447 ARNWOOD ROAD**
**SYLMAR, CA 91342**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **0848**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.101 4**

Nonpriority creditor's name and mailing address
**PARTS TOWN, LLC**
**3WIRE LLC**
**PO BOX 102205**
**PASADENA, CA 91189-2205**

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,230.27**

---

**3.101 5**

Nonpriority creditor's name and mailing address
**PARTS TOWN, LLC**
**1200 GREENBRIAR DR**
**ADDISON, IL 60101**

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,344.67**

---

**3.101 6**

Nonpriority creditor's name and mailing address
**PASALBO, DAVID N.**
**118493 SINGLETON DR**
**LA MIRADA, CA 90638**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **0955**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.101 7**

Nonpriority creditor's name and mailing address
**PATTERSON, MICHAEL E.**
**6 PARKER HILL AVE**
**BOSTON, MA 02120**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **1200**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.101 8**

Nonpriority creditor's name and mailing address
**PAULINGS, QWENTELL U.**
**4023 PALMWOOD DR #4**
**LOS ANGELES, CA 90008**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **0616**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.101 9**

Nonpriority creditor's name and mailing address
**PAVELOFF, ANASTASIA**
5416 1/4 HAROLD WAY
LOS ANGELES, CA 90027

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **4902**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.102 0**

Nonpriority creditor's name and mailing address
**PAWLOWSKI, DANIEL**
17820 MARTHA ST
ENCINO, CA 91316

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **7679**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.102 1**

Nonpriority creditor's name and mailing address
**PAXTON, BEN**
707 E ARROW HWY 4
AZUSA, CA 91702

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **5525**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.102 2**

Nonpriority creditor's name and mailing address
**PAYNE, ALEXANDER**
18055 LAKE ENCINO DR
ENCINO, CA 91316

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **3791**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.102 3**

Nonpriority creditor's name and mailing address
**PEIPERL, EVAN J.**
1111 BONIFANT ROAD
COLESVILLE, MD 20905

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **1093**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.102 4**

Nonpriority creditor's name and mailing address
**PENA, NOEMI**
10311 HAAS AVE.
LOS ANGELES, CA 90047

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **1173**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.102 5**

Nonpriority creditor's name and mailing address
**PEOPLES GAS**
PO BOX 2968
MILWAUKEE, WI 53201-2968

Date(s) debt was incurred **_**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **UTILITIES**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **Pacific Theatres Exhibition Corp.**                    Case number (if known) _____
_____
Name

| 3.102 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,093.38 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**PEPCO**
**PO BOX 13608**
**PHILADELPHIA, PA 19101**

Date(s) debt was incurred __2020-2021__

Last 4 digits of account number __ __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __UTILITIES__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 7 |

**Nonpriority creditor's name and mailing address**
**PEREZ, BILL A.**
**829 S BONNIE BRAE ST 15**
**LOS ANGELES, CA 90057**

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __4241__

$0.00

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 8 |

**Nonpriority creditor's name and mailing address**
**PEREZ, ERIC A.**
**9038 ORION AVE.**
**NORTH HILLS, CA 91343**

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __1288__

$0.00

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 9 |

**Nonpriority creditor's name and mailing address**
**PEREZ, JOSE A.**
**7500 ALABAMA AVE. 337**
**CANOGA PARK, CA 91303**

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __3530__

$0.00

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 0 |

**Nonpriority creditor's name and mailing address**
**PEREZ, OSCAR**
**950 S ST ANDREWS PL APT #301**
**LOS ANGELES, CA 90019**

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __3942__

$0.00

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 1 |

**Nonpriority creditor's name and mailing address**
**PEREZ, SERGIO D.**
**607 WEST 41 DR**
**LOS ANGELES, CA 90037**

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __1274__

$0.00

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 2 |

**Nonpriority creditor's name and mailing address**
**PERFECT PLANTS LANDSCAPE MGMT.,**
**INC.**
**14403 S BAHAMA AVE**
**COMPTON, CA 90220**

Date(s) debt was incurred __2020-2021__

Last 4 digits of account number __ __

$775.00

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __SUPPLIER__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Pacific Theatres Exhibition Corp.**                              Case number (if known) _____
                Name

---

| 3.103 | | |
|---|---|---|
| 3 | | |

Nonpriority creditor's name and mailing address
**PERRY, AARON D.**
**4015 MT ALIFAN WAY**
**SAN DIEGO, CA 92111**

Date(s) debt was incurred  **2/21/2020**

Last 4 digits of account number  **1358**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

| 3.103 |
|---|
| 4 |

Nonpriority creditor's name and mailing address
**PERRY, ROLLIN R.**
**1200 N. JUNE ST. APT. 513**
**HOLLYWOOD, CA 90038**

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **0007**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

| 3.103 |
|---|
| 5 |

Nonpriority creditor's name and mailing address
**PETERS, LAURA**
**1749 N SYCAMORE AVENUE**
**LOS ANGELES, CA 90028**

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **0939**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

| 3.103 |
|---|
| 6 |

Nonpriority creditor's name and mailing address
**PETIKYAN, ANNIE S.**
**6932 MATILIJA AVE**
**VAN NUYS, CA 91405**

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **5023**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

| 3.103 |
|---|
| 7 |

Nonpriority creditor's name and mailing address
**PETTIS, ALEXIS M.**
**1317 S. HOMAN AVE**
**CHICAGO, IL 60623**

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **1019**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

| 3.103 |
|---|
| 8 |

Nonpriority creditor's name and mailing address
**PHAM, JUSTIN H.**
**15150 CAREY RANCH LN**
**SYLMAR, CA 91342**

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **0992**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

| 3.103 |
|---|
| 9 |

Nonpriority creditor's name and mailing address
**PHILLIPS, CHRISTOPHER M.**
**2808 WEST 108TH STREET**
**INGLEWOOD, CA 90303**

Date(s) debt was incurred  **1/27/2020**

Last 4 digits of account number  **1337**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.104 0**

Nonpriority creditor's name and mailing address
**PHILLIPS, FELIPE A.**
**505 EINSNER ST**
**SILVER SPRINGS, MD 20901**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **0925**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.104 1**

Nonpriority creditor's name and mailing address
**PHOENIX, RYFFIN F.**
**386 S BURNSIDE AVE, 1ST FL APT #ML**
**LOS ANGELES, CA 90036**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **4518**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.104 2**

Nonpriority creditor's name and mailing address
**PHOMMAVONGSAY, TAVISH**
**3518 MARLESTA DRIVE**
**SAN DIEGO, CA 92111**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **5546**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.104 3**

Nonpriority creditor's name and mailing address
**PHOMSOUVANH, NADIAIRE N.**
**3519 E HUNGERFORD STREET**
**LONG BEACH, CA 90805**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **1162**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.104 4**

Nonpriority creditor's name and mailing address
**PHOMSOUVANH, NAKIM JIMMY**
**3519 EAST HUNGERFORD STREET**
**LONG BEACH, CA 90805**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **2312**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.104 5**

Nonpriority creditor's name and mailing address
**PICO CLEANERS**
**9150 W PICO BLVD**
**LOS ANGELES, CA 90035**

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,371.65**

---

**3.104 6**

Nonpriority creditor's name and mailing address
**PIERCE, STEPHANIE M.**
**635 PROSPECT AVE**
**SOUTH PASADENA, CA 91030**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **0438**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.104 7**

Nonpriority creditor's name and mailing address
PIMENTEL, JULIO
275 LUCAS AVE APT 4
LOS ANGELES, CA 90026

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __1023__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.104 8**

Nonpriority creditor's name and mailing address
PINEDA ORELLANA, JOS? FERNANDO
129 N BONNIE BRAE ST
LOS ANGELES, CA 90026

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __0432__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.104 9**

Nonpriority creditor's name and mailing address
PINTO, DENNIS A.
369 RESERVOIR AVE
REVERE, MA 02151

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __1190__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.105 0**

Nonpriority creditor's name and mailing address
PISTOLESSI, DANIEL
1111 BONIFANT ROAD
COLESVILLE, MD 20905

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __2061__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.105 1**

Nonpriority creditor's name and mailing address
PLEDGER, QUYNTON G.
1629 W 37TH PL
LOS ANGELES, CA 90018

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __0454__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.105 2**

Nonpriority creditor's name and mailing address
PLUMTREE, KEVIN
711 SOUTH STREET
GLENDALE, CA 91202

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __0133__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.105 3**

Nonpriority creditor's name and mailing address
PMDL & COMPANY
200-42 777 E TAHQUITZ CANYON
PALM SPRINGS, CA 92262

Date(s) debt was incurred __2020-2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __SUPPLIER__

Is the claim subject to offset? ■ No  ☐ Yes

$4,628.00

---

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) |
|--------|-----------------------------------|------------------------|
|        | Name                              |                        |

| 3.105.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $333.40 |
|---------|--------------------------------------------------|---------------------------------------------------------------------|---------|

**POD FOODS CO**
**#108 699 MISSISSIPPI ST.**
**SAN FRANCISCO, CA 94107**

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,667,244.29 |
|---------|--------------------------------------------------|---------------------------------------------------------------------|---------------|

**PODIUM DEVELOPER LLC**
**C/O BOSTON PROPERTIES LIMITED**
**PARTNERSHI**
**800 BOYLSTON STREET, SUITE 1900**
**BOSTON, MA 02199-8103**

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number **_**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **RENT**

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.105.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**POLANCO, JOCELYN Y.**
**141 LONDON ST. APT#3**
**EAST BOSTON, MA 02128**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **1194**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**POLANCO, RODOLFO**
**2630 N SPAULDING**
**CHICAGO, IL 60647**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **2300**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**PONCE, JORGE A.**
**350 E 84TH STREET**
**LOS ANGELES, CA 90003**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **0420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53.91 |
|---------|--------------------------------------------------|---------------------------------------------------------------------|--------|

**POP IT RITE**
**PO BOX 211**
**LYONS, IL 60534**

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106.0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**POPPE, CHRISTIAN**
**1422 6TH STREET APT 402**
**SANTA MONICA, CA 90401**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **3752**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) |
|---|---|---|
| | Name | |

**3.106
1**

Nonpriority creditor's name and mailing address
**PORTER, KELVIN
126 E MARKET ST
LONG BEACH, CA 90805**

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __2367__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

**3.106
2**

Nonpriority creditor's name and mailing address
**PORTILLO GARCIA, JASIEL J.
5300 MANORFIELD RD
ROCKVILLE, MD 20853**

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __0720__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

**3.106
3**

Nonpriority creditor's name and mailing address
**POSADAS, MICHAEL J.
4853 HARTWICK STREET
LOS ANGELES, CA 90041**

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __0805__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

**3.106
4**

Nonpriority creditor's name and mailing address
**POSITO, ALEXANDER B.
11401 TOPANGA CANYON BLVD.
CHATSWORTH, CA 91311**

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __1176__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

**3.106
5**

Nonpriority creditor's name and mailing address
**POSITO, NICHOLAS C.
11401 TOPANGA CANYON BLVD #107
CHATSWORTH, CA 91311**

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __0813__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

**3.106
6**

Nonpriority creditor's name and mailing address
**PPR ENTERPRISES, INC.
5332 PRODUCTION DRIVE
HUNTINGTON BEACH, CA 92649**

Date(s) debt was incurred __2020-2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __SUPPLIER__

Is the claim subject to offset? ☐ No ☐ Yes

**$2,534.16**

**3.106
7**

Nonpriority creditor's name and mailing address
**PR NEWSWIRE ASSOCIATION LLC
200 VESEY STREET
NEW YORK, NY 10080**

Date(s) debt was incurred __2020-2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __MARKETING__

Is the claim subject to offset? ■ No ☐ Yes

**$3,290.00**

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) | |
| | Name | | |

---

**3.106
8**

Nonpriority creditor's name and mailing address
**PRESCOTT, JEANETTE**
**15204 DICKENS ST**
**SHERMAN OAKS, CA 91403**

Date(s) debt was incurred _2/13/2020_

Last 4 digits of account number _1348_

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _FORMER EMPLOYEE_

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

**3.106
9**

Nonpriority creditor's name and mailing address
**PRESSMAN-TOHL, JESSE**
**12240 LAUREL TERRACE DRIVE**
**STUDIO CITY, CA 91604**

Date(s) debt was incurred _12/26/2019_

Last 4 digits of account number _5489_

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _FORMER EMPLOYEE_

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

**3.107
0**

Nonpriority creditor's name and mailing address
**PRESTON, TYLER P.**
**2312 BUCKINGHAM RD**
**LOS ANGELES, CA 90016**

Date(s) debt was incurred _12/26/2019_

Last 4 digits of account number _3849_

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _FORMER EMPLOYEE_

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

**3.107
1**

Nonpriority creditor's name and mailing address
**PRICE, DAVID C.**
**200 HYDE PARK AVENUE**
**JAMAICA PLAIN, MA 02130**

Date(s) debt was incurred _12/26/2019_

Last 4 digits of account number _1030_

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _FORMER EMPLOYEE_

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

**3.107
2**

Nonpriority creditor's name and mailing address
**PRIETO, MICHAEL**
**4903 W. 112TH ST.**
**INGLEWOOD, CA 90304**

Date(s) debt was incurred _12/26/2019_

Last 4 digits of account number _0865_

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _FORMER EMPLOYEE_

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

**3.107
3**

Nonpriority creditor's name and mailing address
**PRINTED CUPS US**
**635 S. LAFAYETTE BLVD, #112**
**SOUTH BEND, IN 46601**

Date(s) debt was incurred _2020-2021_

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _SUPPLIER_

Is the claim subject to offset? ■ No   ☐ Yes

$1,939.55

---

**3.107
4**

Nonpriority creditor's name and mailing address
**PRO REPS EXPRESS**
**3191 AIRPORT LOOP DR**
**COSTA MESA, CA 92626**

Date(s) debt was incurred _2020-2021_

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _SUPPLIER_

Is the claim subject to offset? ■ No   ☐ Yes

$461.16

---

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.107.5**

Nonpriority creditor's name and mailing address
**PROCTOR EQUIPMENT CO INC**
**10497 CENTENNIAL RD**
**LITTLETON, CO 80127**

Date(s) debt was incurred _2020-2021_

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ☐ No  ☐ Yes

$92,443.62

---

**3.107.6**

Nonpriority creditor's name and mailing address
**PROO, MATTHEW**
**3743 W 177TH STREET**
**TORRANCE, CA 90504**

Date(s) debt was incurred _12/26/2019_

Last 4 digits of account number _1837_

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ☐ No  ☐ Yes

$0.00

---

**3.107.7**

Nonpriority creditor's name and mailing address
**PROTZMANN, ZACHARY**
**1411 N. HIGHLAND**
**LOS ANGELES, CA 90028**

Date(s) debt was incurred _12/26/2019_

Last 4 digits of account number _5454_

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ☐ No  ☐ Yes

$0.00

---

**3.107.8**

Nonpriority creditor's name and mailing address
**PRZYBYLA, JOHN**
**2030 IVAR AVE**
**LA, CA 90068**

Date(s) debt was incurred _12/26/2019_

Last 4 digits of account number _0643_

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ☐ No  ☐ Yes

$0.00

---

**3.107.9**

Nonpriority creditor's name and mailing address
**PUIG, TRISTAN E.**
**711 SOUTH RAMPART BOULEVARD**
**LOS ANGELES, CA 90057**

Date(s) debt was incurred _12/26/2019_

Last 4 digits of account number _1046_

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ☐ No  ☐ Yes

$0.00

---

**3.108.0**

Nonpriority creditor's name and mailing address
**PURFRESH BAKERY**
**20430 TILLMAN AVE**
**CARSON, CA 90746**

Date(s) debt was incurred _2020-2021_

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ☐ No  ☐ Yes

$3,589.44

---

**3.108.1**

Nonpriority creditor's name and mailing address
**PURISIMA, ALLYSSA-DREW L.**
**864 S NEW HAMPSHIRE AVE**
**LOS ANGELES, CA 90005**

Date(s) debt was incurred _12/26/2019_

Last 4 digits of account number _1167_

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ☐ No  ☐ Yes

$0.00

---

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.108 2**

Nonpriority creditor's name and mailing address
**PURITAN BAKERY INC**
**1624 EAST CARSON STREET**
**CARSON, CA 90745**

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ■ No  ☐ Yes

**$49.68**

---

**3.108 3**

Nonpriority creditor's name and mailing address
**PYRO-COMM SYSTEMS INC**
**15531 CONTAINER LN**
**HUNTINGTON BEACH, CA 92649**

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ■ No  ☐ Yes

**$210.00**

---

**3.108 4**

Nonpriority creditor's name and mailing address
**QUICK, MEGAN**
**10837 ARROWSMITH CT**
**GAITHERSBURG, MD 20879**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **5236**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.108 5**

Nonpriority creditor's name and mailing address
**QUIGLEY, CONNAR**
**6701 FOUNTAIN AVE**
**LOS ANGELES, CA 90028**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **4497**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.108 6**

Nonpriority creditor's name and mailing address
**QUINDARA, NATHAN A.**
**19017 VALERIO ST**
**RESEDA, CA 91335**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **1126**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.108 7**

Nonpriority creditor's name and mailing address
**QUIROGA PAEZ, VIANNEY S.**
**7211 ZELZAH AVE.**
**RESEDA, CA 91335**

Date(s) debt was incurred **1/25/2020**

Last 4 digits of account number **0545**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.108 8**

Nonpriority creditor's name and mailing address
**R.W. SMITH & CO.**
**10101 OLD GROVE RD.**
**SAN DIEGO, CA 92131**

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ■ No  ☐ Yes

**$178.21**

---

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.108 9**

Nonpriority creditor's name and mailing address
**RAINBOW RELEASING**
**844 25TH STREET**
**SANTA MONICA, CA 90403**

Date(s) debt was incurred **Q1 - Q2 2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FILM RENT**

Is the claim subject to offset? ■ No ☐ Yes

$300.00

---

**3.109 0**

Nonpriority creditor's name and mailing address
**RAMOS, LILLIANA**
**8786 COLBATH AVE.**
**PANORAMA CITY, CA 91402**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **4565**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.109 1**

Nonpriority creditor's name and mailing address
**RAMOS, MAGALUNA A.**
**1854 EUCLID STREET APT 103**
**SANTA MONICA, CA 90404**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **1097**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.109 2**

Nonpriority creditor's name and mailing address
**RAMOS, MATTHEW**
**668 S RAMPART BLVD APT 509**
**LOS ANGELES, CA 90057**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **4937**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.109 3**

Nonpriority creditor's name and mailing address
**RAMSAY, ALAN N.**
**14709 PRAIRIE LANDING WAY**
**NORTH POTOMAC, MD 20878**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **1013**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.109 4**

Nonpriority creditor's name and mailing address
**RANDELL, BRYSHONA D.**
**15522 ORANGE AVE**
**PARAMOUNT, CA 90723**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **0604**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.109 5**

Nonpriority creditor's name and mailing address
**RAPPAPORT, ESTHER**
**1261 NORTH BERENDO STREET**
**LOS ANGELES, CA 90029**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **4387**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Pacific Theatres Exhibition Corp.**
_____          Case number (if known) _____
Name

| 3.109 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RASHKOW, MARC**
**9074 TERRACE DRIVE 1**
**NILES, IL 60714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **1637**

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RATHBUN, JOSEPH O.**
**6841 KRAMER STREET**
**SAN DIEGO, CA 92111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **0891**

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RAY, DAVID X.**
**451 S BARRINGTON AVENUE UNIT 103**
**LOS ANGELES, CA 90049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **7993**

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $290,000.00 |
|---|---|---|---|

**RAYMOND HURST**
**c/o JAMES R. HAWKINS**
**JAMES HAWKINS APLC**
**9880 RESEARCH DRIVE, STE. 200**
**IRVINE, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **LA Superior Court 18STCV06700**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41.00 |
|---|---|---|---|

**REAL D INC**
**5700 FLATIRON PARKWAY**
**BOULDER, CO 80301**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number _

Basis for the claim: **IT**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**REED, JENNIFER N.**
**674 CRENSHAW BLVD**
**LOS ANGELES, CA 90005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **0937**

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**REEVES, WILLIAM A.**
**17447 CALIFA ST.**
**ENCINO, CA 91316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **1295**

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Pacific Theatres Exhibition Corp.**                    Case number *(if known)* _____
         <sub>Name</sub>

---

| 3.110<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,853.34 |
|---|---|---|---|

**REGENCY LIGHTING**
PO BOX 102193
PASADENA, CA 91189-2193

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-2021**

Basis for the claim: **SUPPLIER**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.110<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $68,192.15 |
|---|---|---|---|

**REGENCY THEATRES, INC.**
SUITE 150 26901 AGOURA ROAD
CALABASAS, CA 91301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-2021**

Basis for the claim: **SUPPLIER**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**REIF, DANIEL**
3736 S LA SALLE AVE
LOS ANGELES, CA 90018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/26/2019**

Basis for the claim: **FORMER EMPLOYEE**

Last 4 digits of account number **2942**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67,479.83 |
|---|---|---|---|

**RELATIVITY MEDIA LLC**
PO BOX 8313
PASADENA, CA 91109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Q1 - Q2 2020**

Basis for the claim: **FILM RENT**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.110<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,304.00 |
|---|---|---|---|

**RELIABLE MONITORING SERVICES**
26500 W AGOURA RD, STE102-537
CALABASAS, CA 91302

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-2021**

Basis for the claim: **SUPPLIER**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RENFURM, RAGENA A.**
2219 5TH STREET APT101
SANTA MONICA, CA 90405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/26/2019**

Basis for the claim: **FORMER EMPLOYEE**

Last 4 digits of account number **1098**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,734.82 |
|---|---|---|---|

**REPUBLIC MASTER CHEFS TEXTILE**
PO BOX 511277
LOS ANGELES, CA 90051-7832

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-2021**

Basis for the claim: **SUPPLIER**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.111<br>0 | Nonpriority creditor's name and mailing address<br>**REPUBLIC SERVICES, INC**<br>**P.O BOX 78829**<br>**PHOENIX, AZ 85062** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,176.50 |
|---|---|---|---|
| | Date(s) debt was incurred **2020-2021** | Basis for the claim: **UTILITIES** | |
| | Last 4 digits of account number **_** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.111<br>1 | Nonpriority creditor's name and mailing address<br>**RESPAWN**<br>**20131 PRAIRIE ST**<br>**CHATSWORTH, CA 91311** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $699.70 |
|---|---|---|---|
| | Date(s) debt was incurred **2020-2021** | Basis for the claim: **SUPPLIER** | |
| | Last 4 digits of account number **_** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.111<br>2 | Nonpriority creditor's name and mailing address<br>**REVOLORIO, KELLY M.**<br>**9339 SYLMAR AVE 24**<br>**PANORAMA, CA 91402** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred **12/26/2019** | Basis for the claim: **FORMER EMPLOYEE** | |
| | Last 4 digits of account number **3107** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.111<br>3 | Nonpriority creditor's name and mailing address<br>**REVOLUTION TEA LLC**<br>**5080 N 40TH ST, STE 375**<br>**PHOENIX, AZ 85018** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $817.20 |
|---|---|---|---|
| | Date(s) debt was incurred **2020-2021** | Basis for the claim: **SUPPLIER** | |
| | Last 4 digits of account number **_** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.111<br>4 | Nonpriority creditor's name and mailing address<br>**REYES, CHRISTIAN**<br>**1545 SOUTH MCBRIDE AVE**<br>**COMMERCE, CA 90040** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred **12/26/2019** | Basis for the claim: **FORMER EMPLOYEE** | |
| | Last 4 digits of account number **4766** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.111<br>5 | Nonpriority creditor's name and mailing address<br>**REYES, JYEIMI**<br>**734 W, 79TH ST**<br>**LOS ANGELES, CA 90044** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred **12/26/2019** | Basis for the claim: **FORMER EMPLOYEE** | |
| | Last 4 digits of account number **1090** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.111<br>6 | Nonpriority creditor's name and mailing address<br>**REYES, MICHAEL G.**<br>**3001 OROVADA DR.**<br>**CARSON CITY, NV 89701** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred **12/26/2019** | Basis for the claim: **FORMER EMPLOYEE** | |
| | Last 4 digits of account number **5252** | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor    **Pacific Theatres Exhibition Corp.**                    Case number (if known)
          <sub>Name</sub>

---

| 3.111 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

REYES, SELENA F.
7116 SCHILLING AVENUE
SAN DIEGO, CA 92126

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/26/2019

Basis for the claim:  FORMER EMPLOYEE

Last 4 digits of account number  4302

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.111 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

REYEZ, CRIZTAL
734 W 79TH ST.
LOS ANGELES, CA 90044

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/26/2019

Basis for the claim:  FORMER EMPLOYEE

Last 4 digits of account number  1453

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.111 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

REYNOLDS, ALEXANDER D.
710 N GRAMERCY PL
LOS ANGELES, CA 90038

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/26/2019

Basis for the claim:  FORMER EMPLOYEE

Last 4 digits of account number  1040

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.112 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

REYNOLDS, NATALIA T.
421 SEAVER STREET
BOSTON, MA 02121

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/26/2019

Basis for the claim:  FORMER EMPLOYEE

Last 4 digits of account number  1009

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.112 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

RHODES, THEA R.
10846 BAIRD AVE
NORTHRIDGE, CA 91326

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/26/2019

Basis for the claim:  FORMER EMPLOYEE

Last 4 digits of account number  0547

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.112 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

RICHARDSON AGUILERA, VALERIA V.
ROSECROWN HALL BUILDING 14
NORTHRIDGE, CA 91330

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/26/2019

Basis for the claim:  FORMER EMPLOYEE

Last 4 digits of account number  1024

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.112 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

RICHARDSON, DWAYNE D.
819 UNIVERSITY AVE #719
SAN DIEGO, CA 92103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/26/2019

Basis for the claim:  FORMER EMPLOYEE

Last 4 digits of account number  0598

Is the claim subject to offset?  ■ No   ☐ Yes

---

Debtor **Pacific Theatres Exhibition Corp.**                    Case number (if known)
Name

| 3.112 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RICHARDSON, ZALAYAH M.**
**12687 HANSA CT**
**LYNWOOD, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/26/2019**

**Basis for the claim: FORMER EMPLOYEE**

Last 4 digits of account number **0519**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RICKS, EMMANUEL**
**5010 TUJUNGA AVE APT 4**
**NORTH HOLLYWOOD, CA 91601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/26/2019**

**Basis for the claim: FORMER EMPLOYEE**

Last 4 digits of account number **3966**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,403.16 |
|---|---|---|---|

**RICOH USA, INC.**
**PO BOX 31001-0850**
**PASADENA, CA 91110**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **2020-2021**

**Basis for the claim: SUPPLIER**

Last 4 digits of account number **9**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25,560.41 |
|---|---|---|---|

**RICOH USA, INC.**
**PO BOX 41602**
**PHILADELPHIA, PA 19101**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **2020-2021**

**Basis for the claim: SUPPLIER**

Last 4 digits of account number **9**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RIGAUD, FABIENNE**
**1125 NORTH VISTA STREET**
**WEST HOLLYWOOD, CA 90046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/26/2019**

**Basis for the claim: FORMER EMPLOYEE**

Last 4 digits of account number **4856**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RIGHETTI, SHAUN A.**
**2700 SNOWBIRD TERRACE**
**SILVER SPRING, MD 20906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/26/2019**

**Basis for the claim: FORMER EMPLOYEE**

Last 4 digits of account number **1071**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RIGUAL, ALEXIS**
**440 A MALDEN ST**
**REVERE, MA 02151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/26/2019**

**Basis for the claim: FORMER EMPLOYEE**

Last 4 digits of account number **1075**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.113
1**

Nonpriority creditor's name and mailing address
**RILEY, CHELSEA R.**
**5310 WALNUT GROVE AVE**
**SAN GABRIEL, CA 91776**

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __0917__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.113
2**

Nonpriority creditor's name and mailing address
**RIMORIN, JONATHAN**
**1658 POINT LOMA COURT**
**CHULA VISTA, CA 91911**

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __3674__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.113
3**

Nonpriority creditor's name and mailing address
**RIVAS, JENNIFER**
**3106 BAGLEY AVE**
**LOS ANGELES, CA 90034**

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __5293__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.113
4**

Nonpriority creditor's name and mailing address
**RIVAS, XIOMARA E.**
**2158 N MARIANNA AVE**
**LOS ANGELES, CA 90032**

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __1047__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.113
5**

Nonpriority creditor's name and mailing address
**RIVERA, DANE J.**
**1628 E. PALM AVE. UNIT 7**
**EL SEGUNDO, CA 90245**

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __1113__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.113
6**

Nonpriority creditor's name and mailing address
**RIVERA, DAVID A.**
**7959 ELLENBOGEN ST.**
**SUNLAND, CA 91040**

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __3598__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.113
7**

Nonpriority creditor's name and mailing address
**RIVERA, HELENA D.**
**1623 1/2 COLORADO BLVD**
**LOS ANGELES, CA 90041**

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __0399__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.113.8**

Nonpriority creditor's name and mailing address
**RIVERA, JASON B.**
**12330 OSBORNE ST.**
**PACOIMA, CA 91331**

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  0430

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

**3.113.9**

Nonpriority creditor's name and mailing address
**RIVERA, JOSE M.**
**258 S KENMORE AVE**
**LOS ANGELES, CA 90004**

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  4370

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

**3.114.0**

Nonpriority creditor's name and mailing address
**RIVERA, JUANA E.**
**7636 CORBIN AVE**
**RESEDA, CA 91335**

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  0708

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

**3.114.1**

Nonpriority creditor's name and mailing address
**RIVERA, RAY**
**6227 WILLOWCREST AVE.**
**NORTH HOLLYWOOD, CA 91606**

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  3070

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

**3.114.2**

Nonpriority creditor's name and mailing address
**RIVERA, YESENIA**
**6227 WILLOWCREST AVE**
**NORTH HOLLYWOOD, CA 91606**

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  8086

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

**3.114.3**

Nonpriority creditor's name and mailing address
**RLJ ENTERTAINMENT**
**6320 CANOGA AVENUE, 8TH FLOOR**
**WOODLAND HILLS, CA 91367**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FILM RENT

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

**3.114.4**

Nonpriority creditor's name and mailing address
**RLJ ENTERTAINMENT, INC**
**8515 GEORGIA AVE.,, SUITE 650**
**SILVER SPRING, MD 20910**

Date(s) debt was incurred  Q1 - Q2 2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FILM RENT

Is the claim subject to offset? ■ No   ☐ Yes

$3,047.24

---

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.114 5**

**Nonpriority creditor's name and mailing address**
ROADSIDE ATTRACTIONS LLC
PO BOX 511630
LOS ANGELES, CA 90051-8185

Date(s) debt was incurred **Q1 - Q2 2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FILM RENT**

Is the claim subject to offset? ☐ No  ■ Yes

**$896.06**

---

**3.114 6**

**Nonpriority creditor's name and mailing address**
ROBEFF, HOLLY H.
2033 ALPHA STREET
SOUTH PASADENA, CA 91030

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **0753**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.114 7**

**Nonpriority creditor's name and mailing address**
ROBERTS, KENDALL S.
6549 S CAMPBELL
CHICAGO, IL 60629

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **5078**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.114 8**

**Nonpriority creditor's name and mailing address**
ROBINSON, SKYLAR J.
1235 N. SIERRA BONITA AVENUE
PASADENA, CA 91104

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **0402**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.114 9**

**Nonpriority creditor's name and mailing address**
ROCK, JESSICA A.
10730 PLATEAU DR.
SHADOW HILLS, CA 91040

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **2852**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.115 0**

**Nonpriority creditor's name and mailing address**
RODRIGUEZ, BRANDON B.
7828 GRETNA AVE
WHITTIER, CA 90606

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **4536**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.115 1**

**Nonpriority creditor's name and mailing address**
RODRIGUEZ, CINDY L.
136 JUNIPERO SERRA DR
LOS ANGELES, CA 91776

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **4638**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **Pacific Theatres Exhibition Corp.**
       Name

Case number (if known)

---

**3.115**
**2**

Nonpriority creditor's name and mailing address
**RODRIGUEZ, DAMIAN I.**
**1604 S 5TH STREET**
**ALHAMBRA, CA 91803**

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  0618

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.115**
**3**

Nonpriority creditor's name and mailing address
**RODRIGUEZ, JOSE L.**
**4840 HARBOR COURT**
**PALMDALE, CA 93552**

Date(s) debt was incurred  4/1/2021

Last 4 digits of account number  0378

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.115**
**4**

Nonpriority creditor's name and mailing address
**RODRIGUEZ, MARILYN M.**
**2639 N HOYNE**
**CHICAGO, IL 60647**

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  4581

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.115**
**5**

Nonpriority creditor's name and mailing address
**RODRIGUEZ, MARK A.**
**13027 RAMONA AVE**
**HAWTHORNE, CA 90250**

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  0158

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.115**
**6**

Nonpriority creditor's name and mailing address
**RODRIGUEZ, NANCY**
**6029 PIEDMONT AVE**
**LOS ANGELES, CA 90042**

Date(s) debt was incurred  4/1/2021

Last 4 digits of account number  2039

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.115**
**7**

Nonpriority creditor's name and mailing address
**RODRIGUEZ, PAULO**
**10872 PALA AVE**
**PACOIMA, CA 91331**

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  0222

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.115**
**8**

Nonpriority creditor's name and mailing address
**RODRIGUEZ, SAMUEL J.**
**6126 ELEANOR AVE**
**LOS ANGELES, CA 90038**

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  1876

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.115 9**

Nonpriority creditor's name and mailing address
**ROJAS, LUIS A.**
**955 S. RECORD AVE**
**LOS ANGELES, CA 90023**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **1689**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.116 0**

Nonpriority creditor's name and mailing address
**ROLDAN, RENE M.**
**9 WEST BELLFLOWER**
**DORCHESTER, MA 02125**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **1111**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.116 1**

Nonpriority creditor's name and mailing address
**ROMAN, GILBERT C.**
**3662 DELTA AVE.**
**ROSEMEAD, CA 91770**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **5183**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.116 2**

Nonpriority creditor's name and mailing address
**ROMERO, ABELARDO**
**742 S BERENDO ST 12**
**LOS ANGELES, CA 90005**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **2265**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.116 3**

Nonpriority creditor's name and mailing address
**ROMERO, MICHEL O.**
**738 S. MARIPOSA AVE**
**LOS ANGELES, CA 90005**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **1139**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.116 4**

Nonpriority creditor's name and mailing address
**ROMINA FOODS, INC.**
**124 N B ST.**
**SAN MATEO, CA 94401**

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ■ No ☐ Yes

**$193.92**

---

**3.116 5**

Nonpriority creditor's name and mailing address
**ROMO, MICHAEL E.**
**8857 URBANA AVE.**
**ARLETA, CA 91331**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **0994**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Pacific Theatres Exhibition Corp.**                                    Case number (if known) _____
Name

---

| 3.116 6 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **ROSALES, MELANY O.** | ☐ Contingent | |
| | **518 3/4 SOUTH PARK VIEW** | ☐ Unliquidated | |
| | **LOS ANGELES, CA 90057** | ☐ Disputed | |
| | Date(s) debt was incurred __12/26/2019__ | Basis for the claim: __FORMER EMPLOYEE__ | |
| | Last 4 digits of account number __0819__ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.116 7 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **ROSAS, KIMBERLY S.** | ☐ Contingent | |
| | **2829 FUTURE STREET** | ☐ Unliquidated | |
| | **LOS ANGELES, CA 90065** | ☐ Disputed | |
| | Date(s) debt was incurred __12/26/2019__ | Basis for the claim: __FORMER EMPLOYEE__ | |
| | Last 4 digits of account number __0973__ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.116 8 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **ROSE, JESSICA L.** | ☐ Contingent | |
| | **3910 HAINES ST** | ☐ Unliquidated | |
| | **SAN DIEGO, CA 92109** | ☐ Disputed | |
| | Date(s) debt was incurred __12/26/2019__ | Basis for the claim: __FORMER EMPLOYEE__ | |
| | Last 4 digits of account number __1239__ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.116 9 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **ROSS, GENEVA L.** | ☐ Contingent | |
| | **1745 WILCOX AVE** | ☐ Unliquidated | |
| | **LOS ANGELES, CA 90028** | ☐ Disputed | |
| | Date(s) debt was incurred __12/26/2019__ | Basis for the claim: __FORMER EMPLOYEE__ | |
| | Last 4 digits of account number __0543__ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.117 0 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **ROY, CASEY G.** | ☐ Contingent | |
| | **1626 N HARVARD BLVD APT 406** | ☐ Unliquidated | |
| | **LOS ANGELES, CA 90027** | ☐ Disputed | |
| | Date(s) debt was incurred __12/26/2019__ | Basis for the claim: __FORMER EMPLOYEE__ | |
| | Last 4 digits of account number __3979__ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.117 1 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **RUCKER, RYAN A.** | ☐ Contingent | |
| | **1 NASHUA STREET** | ☐ Unliquidated | |
| | **BOSTON, MA 02114** | ☐ Disputed | |
| | Date(s) debt was incurred __12/26/2019__ | Basis for the claim: __FORMER EMPLOYEE__ | |
| | Last 4 digits of account number __1203__ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.117 2 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **RUIZ, ERICK** | ☐ Contingent | |
| | **228 S. MONTEBELLO BLVD** | ☐ Unliquidated | |
| | **MONTEBELLO, CA 90640** | ☐ Disputed | |
| | Date(s) debt was incurred __12/26/2019__ | Basis for the claim: __FORMER EMPLOYEE__ | |
| | Last 4 digits of account number __5150__ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.117 3**

**Nonpriority creditor's name and mailing address**
RUIZ, JONATHAN A.
253 SOUTH AVENUE 50
LOS ANGELES, CA 90042

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  0701

**$0.00**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.117 4**

**Nonpriority creditor's name and mailing address**
RUIZ, NANCY
7334 WILBUR AVE
RESEDA, CA 91335

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  0665

**$0.00**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.117 5**

**Nonpriority creditor's name and mailing address**
RUVALCABA, LEONEL H.
7420 PENFIELD AVE
WINNETKA, CA 91306

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  5507

**$0.00**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.117 6**

**Nonpriority creditor's name and mailing address**
RYNECKI, CHRISTOPHER V.
60 MYRTLE STREET
BOSTON, MA 02114

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  1077

**$0.00**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.117 7**

**Nonpriority creditor's name and mailing address**
SABAN FILMS LLC
10100 SANTA MONICA BLVD, STE 2525
LOS ANGELES, CA 90067

Date(s) debt was incurred  Q1 - Q2 2020

Last 4 digits of account number  _

**$2,456.36**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FILM RENT

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.117 8**

**Nonpriority creditor's name and mailing address**
SACA, AUDREY
7461 LASAINE AVE
LAKE BALBOA, CA 91406

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  5188

**$0.00**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.117 9**

**Nonpriority creditor's name and mailing address**
SAELAK, TAVECHAI
525 S LAFAYETTE PARK PL UNIT 203
LOS ANGELES, CA 90057

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  1011

**$0.00**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Pacific Theatres Exhibition Corp.**
Name                                                          Case number (if known)

---

**3.118.0**

Nonpriority creditor's name and mailing address
**SAFAR, BERNADETTE L.**
**1514 CASSIL PLACE**
**LOS ANGELES, CA 90028**

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  0911

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.118.1**

Nonpriority creditor's name and mailing address
**SAINZ, MICHAEL**
**3636 MENTONE AVE**
**LOS ANGELES, CA 90034**

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  5460

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.118.2**

Nonpriority creditor's name and mailing address
**SALAH, SANYA F.**
**213 W. MANCHESTER BLVD 4**
**INGLEWOOD, CA 90301**

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  1764

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.118.3**

Nonpriority creditor's name and mailing address
**SALAS RODRIGUEZ, KENIA E.**
**4535 E 56TH STREET B**
**MAYWOOD, CA 90270**

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  3814

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.118.4**

Nonpriority creditor's name and mailing address
**SALAS, AARON D.**
**20227 BLYTHE ST**
**WINNETKA, CA 91306**

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  1286

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.118.5**

Nonpriority creditor's name and mailing address
**SALAS, BRITTNEY S.**
**1924 BOCA AVE**
**LOS ANGELES, CA 90032**

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  0348

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.118.6**

Nonpriority creditor's name and mailing address
**SALAS, ROCHELLE**
**17321 ENADIA WAY**
**VAN NUYS, CA 91406**

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  2134

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.118.7**

Nonpriority creditor's name and mailing address
**SALAZAR, CELESTE**
**9238 ARLETA AVE**
**ARLETA, CA 91331**

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __5031__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.118.8**

Nonpriority creditor's name and mailing address
**SALAZAR, DIEGO**
**2215 W 14TH ST APT # 202**
**LOS ANGELES, CA 90006**

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __0228__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.118.9**

Nonpriority creditor's name and mailing address
**SALAZAR, ENRIQUE G.**
**514 E. PALMER #8**
**GLENDALE, CA 91205**

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __4114__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.119.0**

Nonpriority creditor's name and mailing address
**SALAZAR, JOHN**
**4938 W 138TH ST**
**HAWTHORNE, CA 90250**

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __1724__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.119.1**

Nonpriority creditor's name and mailing address
**SALAZAR, STEVEN A.**
**7305 VARIEL AVE #3**
**CANOGA PARK, CA 91303**

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __0241__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.119.2**

Nonpriority creditor's name and mailing address
**SALDANA, MONICA**
**419 JAMES STREET**
**LOS ANGELES, CA 90065**

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __4533__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.119.3**

Nonpriority creditor's name and mailing address
**SALGADO, LESLIE**
**13647 LEADWELL ST.**
**VAN NUYS, CA 91405**

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __0376__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.119**
**4**

Nonpriority creditor's name and mailing address
**SAM, SOPHEANA O.**
**18019 ROSCOE BLVD**
**NORTHRIDGE, CA 91325**

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  0240

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.119**
**5**

Nonpriority creditor's name and mailing address
**SAMAD BROTHERS, INC.**
**419 MURRAY HILL PARKWAY**
**EAST RUTHERFORD, NJ 07073**

Date(s) debt was incurred  2020-2021

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  SUPPLIER

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.119**
**6**

Nonpriority creditor's name and mailing address
**SAMAD BROTHERS, INC.**
**419 MURRAY HILL PARKWAY**
**EAST RUTHERFORD, NJ 07073**

Date(s) debt was incurred  2020-2021

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  SUPPLIER

Is the claim subject to offset? ■ No  ☐ Yes

$6,408.56

---

**3.119**
**7**

Nonpriority creditor's name and mailing address
**SAMAYOA, GERMAN D.**
**845 NORTH KENMORE AVE**
**LOS ANGELES, CA 90029**

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  4590

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.119**
**8**

Nonpriority creditor's name and mailing address
**SAMAYOA, PATRICK**
**4721 CHOCTAW DRIVE**
**SAN DIEGO, CA 92115**

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  1525

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.119**
**9**

Nonpriority creditor's name and mailing address
**SAMMUEL, MARCELOUS L.**
**1715 S. MCPHERRIN AVENUE**
**MONTEREY PARK, CA 91754**

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  0662

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.120**
**0**

Nonpriority creditor's name and mailing address
**SAN DIEGO FILM FOUNDATION**
**2683 VIA DE LA VALLE, STE G210**
**DEL MAR, CA 92014**

Date(s) debt was incurred  2016-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  CUSTOMER REFUND

Is the claim subject to offset? ■ No  ☐ Yes

$1,250.00

---

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) | |
| | Name | | |

---

**3.120**
**1**

Nonpriority creditor's name and mailing address
**SAN DIEGO GAS & ELECTRIC COMPANY**
PO BOX 25111
SANTA ANA, CA 92799

Date(s) debt was incurred __2020-2021__

Last 4 digits of account number __3962__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __UTILITIES__

Is the claim subject to offset? ■ No  ☐ Yes

**$72,693.63**

---

**3.120**
**2**

Nonpriority creditor's name and mailing address
**SANCHEZ MARCIAL, NESTOR D.**
466 NORTH HARVARD BLVD
LOS ANGELES, CA 90004

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __1044__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.120**
**3**

Nonpriority creditor's name and mailing address
**SANCHEZ, ADRIAN**
1212 1/2 S PLYMOUTH
LOS ANGELES, CA 90019

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __2607__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.120**
**4**

Nonpriority creditor's name and mailing address
**SANCHEZ, ANA S.**
1737 W 45TH ST
LOS ANGELES, CA 90062

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __1041__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.120**
**5**

Nonpriority creditor's name and mailing address
**SANCHEZ, ANDRES**
2753 S. ORANGE DR. 2
LOS ANGELES, CA 90016

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __3923__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.120**
**6**

Nonpriority creditor's name and mailing address
**SANCHEZ, CRISTIAN**
8811 SPARTON AVENUE
ARLETA, CA 91331

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __0374__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.120**
**7**

Nonpriority creditor's name and mailing address
**SANCHEZ, ERIC A.**
335 N NEW HAMPSHIRE AVE #212 212
LOS ANGELES, CA 90004

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __5386__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.120**
**8**

Nonpriority creditor's name and mailing address
SANCHEZ, KELVIN E.
9810 ZELZAH AVE APT #236
NORTHRIDGE, CA 91325

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  0170

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.120**
**9**

Nonpriority creditor's name and mailing address
SANCHEZ, KENNEDY J.
18400 NAPA STREET 23
NORTHRIDGE, CA 91325

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  5321

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.121**
**0**

Nonpriority creditor's name and mailing address
SANCHEZ, MARY A.
1223 TAMARIND AVE 3
LOS ANGELES, CA 90038

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  4866

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.121**
**1**

Nonpriority creditor's name and mailing address
SANCHEZ, MICHAEL A.
13144 BROMONT AVE
SYLMAR, CA 91342

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  1087

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.121**
**2**

Nonpriority creditor's name and mailing address
SANCHEZ, SARA E.
14372 FOX ST
SAN FERNANDO, CA 91340

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  1133

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.121**
**3**

Nonpriority creditor's name and mailing address
SANCHEZ, YAZMIN Y.
11151 1/2 BERENDO AVE
LOS ANGELES, CA 90044

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  0592

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.121**
**4**

Nonpriority creditor's name and mailing address
SANTA MONICA SEAFOOD
18531 SOUTH BROADWICK STREET
RANCHO DOMINGUEZ, CA 90220

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  SUPPLIER

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor   **Pacific Theatres Exhibition Corp.**                     Case number (if known) _____
_____
Name

| 3.121 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.121 5**

Nonpriority creditor's name and mailing address
**SANTOS, PEDRO H.**
**690 S EUCLID AVE.**
**PASADENA, CA 91106**

Date(s) debt was incurred __12/26/2019__
Last 4 digits of account number __1226__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

**3.121 6**

Nonpriority creditor's name and mailing address
**SARAH MARIN**
**2042 PHEASANT RUN RD**
**FALLBROOK, CA 92028**

Date(s) debt was incurred __2020-2021__
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __SUPPLIER__

Is the claim subject to offset? ■ No   ☐ Yes

$97.65

---

**3.121 7**

Nonpriority creditor's name and mailing address
**SARAH TABBUSH**
**5621 LARIAT TRAIL**
**PIONEERTOWN, CA 92268**

Date(s) debt was incurred __2020-2021__
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __SUPPLIER__

Is the claim subject to offset? ■ No   ☐ Yes

$18,500.00

---

**3.121 8**

Nonpriority creditor's name and mailing address
**SAROV, BOBBY**
**1006 BETTE LANE**
**GLENVIEW, IL 60025**

Date(s) debt was incurred __12/26/2019__
Last 4 digits of account number __4411__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

**3.121 9**

Nonpriority creditor's name and mailing address
**SAROV, MICHAEL K.**
**1006 BETTE LANE**
**GLENVIEW, IL 60025**

Date(s) debt was incurred __1/24/2020__
Last 4 digits of account number __4243__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

**3.122 0**

Nonpriority creditor's name and mailing address
**SAVAGE, MAYA J.**
**230 FULLER STREET**
**BROOKLINE, MA 02446**

Date(s) debt was incurred __12/26/2019__
Last 4 digits of account number __1198__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

**3.122 1**

Nonpriority creditor's name and mailing address
**SAVANTIS GROUP, INC. SAVANTIS INC.**
**SAVANTIS SOLUTIONS, LLC.**
**100 WOOD AVE SOUTH**
**ISELIN, NJ 08830**

Date(s) debt was incurred __2020-2021__
Last 4 digits of account number __2739__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __IT__

Is the claim subject to offset? ■ No   ☐ Yes

$238,476.44

---

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) |
|---|---|---|
| | Name | |

**3.122**
**2**

Nonpriority creditor's name and mailing address
**SCENIC HIGHLIGHTS, INC.**
**8238 LANKERSHIM BLVD.**
**NORTH HOLLYWOOD, CA 91605**

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **MARKETING**

Is the claim subject to offset? ■ No ☐ Yes

**$11,719.27**

---

**3.122**
**3**

Nonpriority creditor's name and mailing address
**SCHERMERHORN, DALTON N.**
**15 GEORGE ST**
**WINTHROP, MA 02152**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **1149**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.122**
**4**

Nonpriority creditor's name and mailing address
**SCHINDLER ELEVATOR CORPORATION**
**PO BOX 93050**
**CHICAGO, IL 60673**

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ■ No ☐ Yes

**$4,872.39**

---

**3.122**
**5**

Nonpriority creditor's name and mailing address
**SCIORTINO, ABIGAIL G.**
**17200 GOYA ST.**
**GRANADA HILLS, CA 91344**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **0469**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.122**
**6**

Nonpriority creditor's name and mailing address
**SCOTT, DEONTRAE X.**
**1282 ARMACOST RD**
**SAN DIEGO, CA 92114**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **0371**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.122**
**7**

Nonpriority creditor's name and mailing address
**SCOTT, HAYLIE D.**
**1830 THAMES AVE**
**SAN DIEGO, CA 92109**

Date(s) debt was incurred **2/21/2020**

Last 4 digits of account number **1360**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.122**
**8**

Nonpriority creditor's name and mailing address
**SCOUT INTERNATIONAL**
**7100 HAYVENHURST AVE, STE 107A**
**VAN NUYS, CA 91406**

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ■ No ☐ Yes

**$909.55**

---

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.122 9**

Nonpriority creditor's name and mailing address
**SCREEN MEDIA VENTURES, LLC**
**800 THIRD AVE, 3RD FLOOR**
**NEW YORK, NY 10022**

Date(s) debt was incurred  **2020-2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER**

Is the claim subject to offset? ■ No  ☐ Yes

$732.03

**3.123 0**

Nonpriority creditor's name and mailing address
**SEAGLE, MONICA**
**1218 SUNSET BLVD**
**LOS ANGELES, CA 90063**

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **4686**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

**3.123 1**

Nonpriority creditor's name and mailing address
**SEAY, BENJAMIN D.**
**15030 VICTORY BLVD**
**VAN NUYS, CA 91411**

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **0758**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

**3.123 2**

Nonpriority creditor's name and mailing address
**SECTRAN SECURITY, INCORPORATED**
**PO BOX 227267**
**LOS ANGELES, CA 90022**

Date(s) debt was incurred  **2020-2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER**

Is the claim subject to offset? ■ No  ☐ Yes

$2,030.78

**3.123 3**

Nonpriority creditor's name and mailing address
**SECURITAS SECURITY SERVICES USA, INC.**
**SUITE 1600 1055 WILSHIRE BLVD.**
**LOS ANGELES, CA 90017**

Date(s) debt was incurred  **2020-2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER**

Is the claim subject to offset? ■ No  ☐ Yes

$13,233.40

**3.123 4**

Nonpriority creditor's name and mailing address
**SEDA-VARGAS, MOISES E.**
**2225 WEST BLVD**
**LOS ANGELES, CA 90016**

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **0459**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

**3.123 5**

Nonpriority creditor's name and mailing address
**SEEGERT, JOSEFINE M.**
**818 N HOBART BLVD.**
**LOS ANGELES, CA 90029**

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **0922**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.123 6**

Nonpriority creditor's name and mailing address
**SELPH, ISABELLA C.**
**12140 BLIX ST**
**VALLEY VILLAGE, CA 91607**

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **0263**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.123 7**

Nonpriority creditor's name and mailing address
**SENTNOR, ALEX R.**
**7707 WISCONSIN AVENUE**
**BETHESDA, MD 20814**

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **1092**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.123 8**

Nonpriority creditor's name and mailing address
**SEPULVEDA, SIERRA J.**
**2141 HANCOCK ST.**
**LOS ANGELES, CA 90031**

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **1175**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.123 9**

Nonpriority creditor's name and mailing address
**SERNA-SEGOVIA, BRYAN**
**8447 WILLIS AVE**
**PANORAMA, CA 91402**

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **0168**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.124 0**

Nonpriority creditor's name and mailing address
**SERRATO, TATIANA N.**
**5312 S HARDING AVE**
**CHICAGO, IL 60639**

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **1208**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.124 1**

Nonpriority creditor's name and mailing address
**SESAC INC**
**PO BOX 900013**
**RALEIGH, NC 27675**

Date(s) debt was incurred  **2020-2021**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER**

Is the claim subject to offset? ■ No  ☐ Yes

**$775.35**

---

**3.124 2**

Nonpriority creditor's name and mailing address
**SHARASHEFF, JULIAN D.**
**115 PARKER ST**
**NEWTON, MA 02459**

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **1006**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.124 3**

Nonpriority creditor's name and mailing address
**SHARE DIMENSION B.V.**
**BOLSTEN 2D**
**AMSTERDAM, 12 01046**

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **MARKETING**

Is the claim subject to offset? ☐ No ☐ Yes

$37,504.38

---

**3.124 4**

Nonpriority creditor's name and mailing address
**SHAW, NATHAN D.**
**13812 BURBANK BLVD**
**SHERMAN OAKS, CA 91401**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **2531**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.124 5**

Nonpriority creditor's name and mailing address
**SHELTON, MACKENZIE J.**
**2163 BASSWOOD CT**
**SAN BERNARDINO, CA 92404**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **4936**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.124 6**

Nonpriority creditor's name and mailing address
**SHERMAN, JEREMIAH O.**
**1984 PARK GROVE AVENUE APT. 306**
**LOS ANGELES, CA 90007**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **4452**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.124 7**

Nonpriority creditor's name and mailing address
**SHIELDS, ANNA M.**
**1757 N ORANGE DRIVE**
**HOLLYWOOD, CA 90028**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **5003**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.124 8**

Nonpriority creditor's name and mailing address
**SHIN, JACLYN Y.**
**14169 FURLONG WAY**
**GERMANTOWN, MD 20874**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **5448**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.124 9**

Nonpriority creditor's name and mailing address
**SHINE, STEPHANIE A.**
**727 1/2 N HELIOTROPE DR**
**LOS ANGELES, CA 90029**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **7093**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) |
| | Name | |

---

**3.125**
**0**

Nonpriority creditor's name and mailing address
**SHOOK, KEIMON**
**828 W FULLERTON AVE APT # 305**
**CHICAGO, IL 60614**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **5476**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.125**
**1**

Nonpriority creditor's name and mailing address
**SHOWEN, THOMAS**
**6023 WHITSETT AVE UNIT 15**
**NORTH HOLLYWOOD, CA 91606**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **0706**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.125**
**2**

Nonpriority creditor's name and mailing address
**SHRED IT USA LLC**
**28883 NETWORK PLACE**
**CHICAGO, IL 60673-1288**

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ■ No  ☐ Yes

$2,511.37

---

**3.125**
**3**

Nonpriority creditor's name and mailing address
**SI, KOBIE C.**
**18204 SATICOY ST.**
**RESEDA, CA 91335**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **3405**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.125**
**4**

Nonpriority creditor's name and mailing address
**SIDA, ADRIANA**
**1832 GARDENIA AVE APT A**
**LONG BEACH, CA 90806**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **0709**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.125**
**5**

Nonpriority creditor's name and mailing address
**SIEGFRIED, LAETITIA**
**1340 W NORTH SHORE AVE APT S3 S3**
**CHICAGO, IL 60626**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **5439**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.125**
**6**

Nonpriority creditor's name and mailing address
**SIERRA, NIXON X.**
**9015 OWENSMOUTH AVE APT 101 101**
**CANOGA PARK, CA 91304**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **3451**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor **Pacific Theatres Exhibition Corp.**
Name

Case number (if known)

---

**3.125 7**

Nonpriority creditor's name and mailing address
**SILVA, ALEXANDRIA L.**
**5150 CASPAR AVE**
**LOS ANGELES, CA 90041**

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __4508__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.125 8**

Nonpriority creditor's name and mailing address
**SILVA, JONATHAN**
**8119 RHEA AVENUE**
**RESEDA, CA 91335**

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __1006__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.125 9**

Nonpriority creditor's name and mailing address
**SIMMONS, KEVEONIA T.**
**826 N. CAMBRIDGE AVE**
**CHICAGO, IL 60610**

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __1018__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.126 0**

Nonpriority creditor's name and mailing address
**SIMPLY RIGHT, INC.**
**1309 16TH ST**
**OGDEN, UT 84404**

Date(s) debt was incurred __2020-2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __JANITORIAL__

Is the claim subject to offset? ■ No  ☐ Yes

$16,159.45

---

**3.126 1**

Nonpriority creditor's name and mailing address
**SKIDATA, INC**
**120 ALBANY STREET, TOWER, SUITE 750**
**NEW BRUNSWICK, NJ 08901**

Date(s) debt was incurred __2020-2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __SUPPLIER__

Is the claim subject to offset? ■ No  ☐ Yes

$3,201.92

---

**3.126 2**

Nonpriority creditor's name and mailing address
**SKIPPINGS, ERIC V.**
**2208 W 8TH ST 306**
**LOS ANGELES, CA 90057**

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __4395__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.126 3**

Nonpriority creditor's name and mailing address
**SMART, SHEFAINE A.**
**1262 BROWNING BOULEVARD**
**LOS ANGELES, CA 90037**

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __5499__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | Pacific Theatres Exhibition Corp. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.126 4**

Nonpriority creditor's name and mailing address
**SMITH, ANDREW D.**
**4646 COLISEUM ST 8**
**LOS ANGELES, CA 90016**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **3992**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.126 5**

Nonpriority creditor's name and mailing address
**SMITH, CARLSTON**
**2215 S. REDONDO BLVD**
**LOS ANGELES, CA 90016**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **0361**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.126 6**

Nonpriority creditor's name and mailing address
**SMITH, MONIQUE C.**
**4233 N. BROADWAY ST.**
**CHICAGO, IL 60613**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **1211**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.126 7**

Nonpriority creditor's name and mailing address
**SMITH, TAYLOR-ROSE**
**64 NORTH MARGIN ST.**
**BOSTON, MA 02113**

Date(s) debt was incurred **1/9/2020**

Last 4 digits of account number **1320**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.126 8**

Nonpriority creditor's name and mailing address
**SMITHFIELD PACKAGED MEATS CORP**
**711 W CROSSROADS PARKWAY**
**BOLINGBROOK, IL 60490**

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ■ No ☐ Yes

**$398.32**

---

**3.126 9**

Nonpriority creditor's name and mailing address
**SOCIAL INTELLIGENCE AGENCY, LLC**
**4620 MARY ELLEN AVENUE**
**SHERMAN OAKS, CA 91423**

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **MARKETING**

Is the claim subject to offset? ■ No ☐ Yes

**$12,875.00**

---

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number *(if known)* | |
| | Name | | |

| 3.127 0 | **Nonpriority creditor's name and mailing address**<br>SOEP PAINTING CORP.<br>C/O RICHARD E. BRIANSKY, ESQ.<br>ECKERT SEAMANS CHERIN & MELLOTT, LLC<br>TWO INTERNATIONAL PLACE, 16TH FLOOR<br>BOSTON, MA 02110<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** SUPPLIER/CONTRACTOR<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| 3.127 1 | **Nonpriority creditor's name and mailing address**<br>SOLA SECURITY OF LOS ANGELES<br>7916 AJAY DRIVE<br>SUN VALLEY, CA 91352<br>Date(s) debt was incurred _2020-2021_<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** SUPPLIER<br>Is the claim subject to offset? ■ No ☐ Yes | **$240.00** |

| 3.127 2 | **Nonpriority creditor's name and mailing address**<br>SOLAROVA, EMA<br>5143 W 58TH PLACE<br>LOS ANGELES, CA 90056<br>Date(s) debt was incurred _12/26/2019_<br>Last 4 digits of account number _1137_ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** FORMER EMPLOYEE<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.127 3 | **Nonpriority creditor's name and mailing address**<br>SOLIS, MARK<br>1606 ROCK GLEN AVE<br>GLENDALE, CA 91205<br>Date(s) debt was incurred _12/26/2019_<br>Last 4 digits of account number _1103_ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** FORMER EMPLOYEE<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.127 4 | **Nonpriority creditor's name and mailing address**<br>SOLIS, PATRICIA<br>11546 WINDCREST LN<br>SAN DIEGO, CA 92128<br>Date(s) debt was incurred _12/26/2019_<br>Last 4 digits of account number _5042_ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** FORMER EMPLOYEE<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.127 5 | **Nonpriority creditor's name and mailing address**<br>SOLIS, PRISCILLA<br>806 LINCOLN AVE<br>PASADENA, CA 91103<br>Date(s) debt was incurred _12/26/2019_<br>Last 4 digits of account number _3816_ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** FORMER EMPLOYEE<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.127
6**

Nonpriority creditor's name and mailing address
**SOLNSOFT LLC, DBA XCENTIUM
615 N NASH ST.
EL SEGUNDO, CA 90245**

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **IT**

Is the claim subject to offset? ☑ No  ☐ Yes

**$52,637.50**

---

**3.127
7**

Nonpriority creditor's name and mailing address
**SOLORZANO, CARLA M.
959 KENWOOD ST APT #3
INGLEWOOD, CA 90301**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **3589**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ☑ No  ☐ Yes

**$0.00**

---

**3.127
8**

Nonpriority creditor's name and mailing address
**SONY ELECTRONICS INC.
PO BOX 100172
PASADENA, CA 91189**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **IT**

Is the claim subject to offset? ☐ No  ☑ Yes

**$0.00**

---

**3.127
9**

Nonpriority creditor's name and mailing address
**SONY PICTURE CLASSIC
25 MADISON AVE.
NEW YORK, NY 10010**

Date(s) debt was incurred **Q1 - Q2 2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FILM RENT**

Is the claim subject to offset? ☐ No  ☑ Yes

**$7,259.08**

---

**3.128
0**

Nonpriority creditor's name and mailing address
**SONY PICTURES RELEASING - JS349A
10202 W WASHINGTON BLVD
CULVER CITY, CA 90232**

Date(s) debt was incurred **Q1 - Q2 2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FILM RENT**

Is the claim subject to offset? ☐ No  ☑ Yes

**$388,584.21**

---

**3.128
1**

Nonpriority creditor's name and mailing address
**SONY PLAYSTATION
13031 W JEFFERSON BLVD, 600
LOS ANGELES, CA 90094**

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ☑ No  ☐ Yes

**$868.50**

---

**3.128
2**

Nonpriority creditor's name and mailing address
**SOSA, JAMIE
5750 KATHERINE AVE
SHERMAN OAKS, CA 91401**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **1242**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ☑ No  ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor   **Pacific Theatres Exhibition Corp.**                     Case number (if known) _____
           Name

| 3.128 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
SOTO, DANIEL E.
4095 FRUIT ST SPC 333
LA VERNE, CA 91750

Date(s) debt was incurred  12/26/2019
Last 4 digits of account number  4945

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.128 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
SOTO-QUINONES, ELBA E.
6245 KESTER AVE.
VAN NUYS, CA 91411

Date(s) debt was incurred  12/26/2019
Last 4 digits of account number  1181

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.128 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
SOUTHERN CALIFORNIA EDISON
PO BOX 300
ROSEMEAD, CA 91772

Date(s) debt was incurred  2020-2021
Last 4 digits of account number  5404,4028,3961

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UTILITIES

Is the claim subject to offset? ■ No  ☐ Yes

$387,813.39

---

| 3.128 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
SOUTHERN GLAZER'S WINE & SPIRITS
FILE 56002
LOS ANGELES, CA 90074

Date(s) debt was incurred  2020-2021
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  SUPPLIER

Is the claim subject to offset? ■ No  ☐ Yes

$174.00

---

| 3.128 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
SOUTHERN WINE AND SPIRITS OF ILLINO
2971 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

Date(s) debt was incurred  2020-2021
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  SUPPLIER

Is the claim subject to offset? ■ No  ☐ Yes

$240.00

---

| 3.128 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
SP PLUS CORPORATION
PO BOX 74007568
CHICAGO, IL 60674-7568

Date(s) debt was incurred  2020-2021
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  SUPPLIER

Is the claim subject to offset? ■ No  ☐ Yes

$3,200.00

---

| 3.128 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
SPECIALTY LIGHTING / CED
PO BOX 339
RANCHO CUCAMONGA, CA 91729

Date(s) debt was incurred  2020-2021
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  SUPPLIER

Is the claim subject to offset? ■ No  ☐ Yes

$1,267.06

---

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.129 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| SPENCER, SYNETRA M. | ☐ Contingent | |
| 11110 W SANTA MONIOCA | ☐ Unliquidated | |
| SANTA MONICA, CA 90405 | ☐ Disputed | |
| Date(s) debt was incurred  12/26/2019 | Basis for the claim:  FORMER EMPLOYEE | |
| Last 4 digits of account number  1122 | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.129 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| SPIRINITY PRODUCTIONS, LLC | ☐ Contingent | |
| #125 1811 TAMARIND AVE | ☐ Unliquidated | |
| LOS ANGELES, CA 90028 | ☐ Disputed | |
| Date(s) debt was incurred  2020-2021 | Basis for the claim:  SUPPLIER | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.129 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|
| SPIRINITY PRODUCTIONS, LLC | ☐ Contingent | |
| #125 1811 TAMARIND AVE | ☐ Unliquidated | |
| LOS ANGELES, CA 90028 | ☐ Disputed | |
| Date(s) debt was incurred  2020-2021 | Basis for the claim:  SUPPLIER | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.129 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| STALEY, ALEA N. | ☐ Contingent | |
| 4661 FINSEN AVENUE | ☐ Unliquidated | |
| SAN DIEGO, CA 92122 | ☐ Disputed | |
| Date(s) debt was incurred  12/26/2019 | Basis for the claim:  FORMER EMPLOYEE | |
| Last 4 digits of account number  1115 | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.129 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| STAMP, MICHAEL J. | ☐ Contingent | |
| 519 E SYCAMORE AVE. | ☐ Unliquidated | |
| EL SEGUNDO, CA 90245 | ☐ Disputed | |
| Date(s) debt was incurred  1/10/2020 | Basis for the claim:  FORMER EMPLOYEE | |
| Last 4 digits of account number  1314 | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.129 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| STANDIFER, JOSHUA R. | ☐ Contingent | |
| 3500 EAGLE ST | ☐ Unliquidated | |
| LOS ANGELES, CA 90063 | ☐ Disputed | |
| Date(s) debt was incurred  12/26/2019 | Basis for the claim:  FORMER EMPLOYEE | |
| Last 4 digits of account number  0414 | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.129 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| STARK, CHANCE T. | ☐ Contingent | |
| 932 WEST WILLOW | ☐ Unliquidated | |
| CHICAGO, IL 60614 | ☐ Disputed | |
| Date(s) debt was incurred  12/26/2019 | Basis for the claim:  FORMER EMPLOYEE | |
| Last 4 digits of account number  0788 | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.129 7**

Nonpriority creditor's name and mailing address
STATEN, JALEN J.
4524 W 115ST
HAWTHORNE, CA 90250

Date(s) debt was incurred __12/26/2019__
Last 4 digits of account number __1066__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

**3.129 8**

Nonpriority creditor's name and mailing address
STBRICE, AMAYA
43 HARRISON ARCHWAY
BOSTON, MA 02118

Date(s) debt was incurred __12/26/2019__
Last 4 digits of account number __0976__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

**3.129 9**

Nonpriority creditor's name and mailing address
STEPHENS, DONALD M.
14358 MAGNOLIA BLVD #336
SHERMAN OAKS, CA 91423

Date(s) debt was incurred __12/26/2019__
Last 4 digits of account number __4430__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

**3.130 0**

Nonpriority creditor's name and mailing address
STERICYCLE, INC.
SHRED-IT
PO BOX 101008
PASADENA, CA 91189

Date(s) debt was incurred __2020-2021__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __SUPPLIER__

Is the claim subject to offset? ■ No   ☐ Yes

$442.75

---

**3.130 1**

Nonpriority creditor's name and mailing address
STEVENS, WALKER E.
2813 S. CANFIELD AVE.
LOS ANGELES, CA 90034

Date(s) debt was incurred __12/26/2019__
Last 4 digits of account number __5039__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

**3.130 2**

Nonpriority creditor's name and mailing address
STEWART, LILTON
8443 CRENSHAW BLVD
LOS ANGELES, CA 90305

Date(s) debt was incurred __12/26/2019__
Last 4 digits of account number __5426__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

**3.130 3**

Nonpriority creditor's name and mailing address
STOLPMAN VINEYARDS, LLC
PO BOX 488
LOS OLIVOS, CA 93441

Date(s) debt was incurred __2020-2021__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __SUPPLIER__

Is the claim subject to offset? ■ No   ☐ Yes

$2,160.00

---

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.130 4**

Nonpriority creditor's name and mailing address
**STONE BREWING COMPANY**
**2865 EXECUTIVE PLACE**
**ESCONDIDO, CA 92029**

Date(s) debt was incurred  **2020-2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER**

Is the claim subject to offset? ■ No  ☐ Yes

**$8,754.50**

---

**3.130 5**

Nonpriority creditor's name and mailing address
**STONE, JACQUELINE J.**
**1920 EAST VILLA ST**
**PASADENA, CA 91107**

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **5687**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.130 6**

Nonpriority creditor's name and mailing address
**STORED VALUE SOLUTIONS**
**3802 RELIABLE PARKWAY**
**CHICAGO, IL 60686**

Date(s) debt was incurred  **2020-2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER**

Is the claim subject to offset? ■ No  ☐ Yes

**$18,855.02**

---

**3.130 7**

Nonpriority creditor's name and mailing address
**STOYKOVA, BEA P.**
**639 S COCHRAN AVE**
**LOS ANGELES, CA 90036**

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **0181**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.130 8**

Nonpriority creditor's name and mailing address
**STRONG TECHNICAL SERVICES INC**
**PO BOX 310299**
**DES MOINES, IA 50331**

Date(s) debt was incurred  **2020-2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **IT**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,518.95**

---

**3.130 9**

Nonpriority creditor's name and mailing address
**STRUBLE, CIERA P.**
**5040 OLD FRANKLIN ROAD**
**GRAND BLANC, CA 48439**

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **5560**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.131 0**

Nonpriority creditor's name and mailing address
**STUDIO LEFT, LLC**
**PO BOX 3333**
**GLENDALE, CA 91221**

Date(s) debt was incurred  **2020-2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **MARKETING**

Is the claim subject to offset? ■ No  ☐ Yes

**$19,694.95**

---

Debtor   **Pacific Theatres Exhibition Corp.**                  Case number *(if known)* _____
         <sub>Name</sub>

---

**3.131 1**

Nonpriority creditor's name and mailing address
**STUEVER AND SONS BLM LL INC.**
**330 W. FAY AVENUE UNIT B**
**ADDISON, IL 60101**

Date(s) debt was incurred  **2020-2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **$93.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER**

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.131 2**

Nonpriority creditor's name and mailing address
**STUMBAUGH AND ASSOCIATES, INC.**
**3303 N SAN FERNANDO BLVD**
**BURBANK, CA 91504**

Date(s) debt was incurred  **2020-2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **$452.03**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER**

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.131 3**

Nonpriority creditor's name and mailing address
**STX FINANCING, LLC**
**3900 W. ALAMEDA AVENUE**
**BURBANK, CA 91505**

Date(s) debt was incurred  **Q1 - Q2 2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                 **$109,927.46**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FILM RENT**

Is the claim subject to offset?  ☐ No   ■ Yes

---

**3.131 4**

Nonpriority creditor's name and mailing address
**SUERO, PRISCILLA S.**
**822 E BOWEN AVE #3A**
**CHICAGO, IL 60653**

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **0894**

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.131 5**

Nonpriority creditor's name and mailing address
**SULLIVAN, SHANE**
**3824 ALLINGTON ST.**
**LONG BEACH, CA 90805**

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **3975**

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.131 6**

Nonpriority creditor's name and mailing address
**SUMMERS, BENJAMIN R.**
**5000 COLDWATER CANYON AVE #19**
**SHERMAN OAKS, CA 91423**

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **2972**

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.131 7**

Nonpriority creditor's name and mailing address
**SUMNER, DAKOTA H.**
**145 COREY ST.**
**WEST ROXBURY, MA 02132**

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **1189**

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset?  ■ No   ☐ Yes

---

Debtor    **Pacific Theatres Exhibition Corp.**                     Case number (if known) _____
Name

---

| 3.131 8 | Nonpriority creditor's name and mailing address<br>**SUNCOAST ELEVATOR CO**<br>**10948 1/2 GRAND AVE**<br>**TEMPLE CITY, CA 91780** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $800.00 |
|---|---|---|---|
| | Date(s) debt was incurred _2020-2021_ | Basis for the claim: **SUPPLIER** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.131 9 | Nonpriority creditor's name and mailing address<br>**SUPERIOR ELECTRICAL ADVERTISING**<br>**1700 W ANAHEIM ST**<br>**LONG BEACH, CA 90813** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $310.29 |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: **SUPPLIER** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.132 0 | Nonpriority creditor's name and mailing address<br>**SUPERIOR SERVICE CORP.**<br>**1006 E. SOUTH STREET**<br>**ANAHEIM, CA 92805** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $639.75 |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: **SUPPLIER** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.132 1 | Nonpriority creditor's name and mailing address<br>**SUSINA BAKERY**<br>**7122 BEVERLY BLVD**<br>**LOS ANGELES, CA 90036** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: **SUPPLIER** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.132 2 | Nonpriority creditor's name and mailing address<br>**SWAN PRINCESS PARTNERS LLC**<br>**3625 HARRISON BLVD**<br>**OGDEN, UT 84403** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $250.00 |
|---|---|---|---|
| | Date(s) debt was incurred _2016-2020_ | Basis for the claim: **CUSTOMER REFUND** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.132 3 | Nonpriority creditor's name and mailing address<br>**SWAN PRINCESS PARTNERS, LLC**<br>**3625 HARRISON BLVD**<br>**OGDEN, UT 84403** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $250.00 |
|---|---|---|---|
| | Date(s) debt was incurred _2020-2021_ | Basis for the claim: **SUPPLIER** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.132 4 | Nonpriority creditor's name and mailing address<br>**SWANN, JENNIFER M.**<br>**4700 COLONEL ASHTON PL**<br>**UPPER MARLBORO, MD 20772** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _12/26/2019_ | Basis for the claim: **FORMER EMPLOYEE** | |
| | Last 4 digits of account number _1069_ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) | |
| | Name | | |

---

**3.132 5**

Nonpriority creditor's name and mailing address
**SWEETNAM, JOSEPH M.**
**28742 SHIRE OAKS DRIVE**
**RANCHO PALOS VERDES, CA 90275**

Date(s) debt was incurred  **1/27/2020**

Last 4 digits of account number  **1338**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.132 6**

Nonpriority creditor's name and mailing address
**TAMEZ, ANGELINA**
**9331 COURTLAND DR**
**NILES, IL 60714**

Date(s) debt was incurred  **1/16/2020**

Last 4 digits of account number  **1315**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.132 7**

Nonpriority creditor's name and mailing address
**TAPIA, JUAN M.**
**562 VIRGINIA AVE**
**SANGER, CA 93657**

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **0208**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.132 8**

Nonpriority creditor's name and mailing address
**TARANTO, MARK D.**
**4857 FULTON AVE 2B**
**SHERMAN OAKS, CA 91423**

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **4503**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.132 9**

Nonpriority creditor's name and mailing address
**TASMAGAMBETOVA, AINUR**
**4950 LAUREL CANYON BLVD**
**VALLEY VILLAGE, CA 91607**

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **1017**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.133 0**

Nonpriority creditor's name and mailing address
**TAYLOR, JACK**
**4320 W. SARAH ST APT 11**
**LOS ANGELES, CA 91505**

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **4450**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.133 1**

Nonpriority creditor's name and mailing address
**TDE PRODUCTION LLC**
**10618 KESWICK STREET**
**SUN VALLEY, CA 91352**

Date(s) debt was incurred  **2020-2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **MARKETING**

Is the claim subject to offset?  ■ No  ☐ Yes

**$880.00**

---

**Debtor**   Pacific Theatres Exhibition Corp.                        Case number (if known)
Name

---

**3.133 2**

Nonpriority creditor's name and mailing address
**TEBACHE, AARON**
**18332 KINGSDALE AVE**
**REDONDO BEACH, CA 90278**

Date(s) debt was incurred  1/27/2020

Last 4 digits of account number  1336

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.133 3**

Nonpriority creditor's name and mailing address
**TELEMAQUE, NAPHTA**
**739 CUMMINS HWY**
**BOSTON, MA 02126**

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  0988

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.133 4**

Nonpriority creditor's name and mailing address
**TELEPACIFIC COMMUNICATIONS**
**PO BOX 509013**
**SAN DIEGO, CA 92150**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  SUPPLIER

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.133 5**

Nonpriority creditor's name and mailing address
**TERRA SPICE COMPANY**
**PO BOX 3556**
**SOUTH BEND, IN 46619**

Date(s) debt was incurred  2020-2021

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  SUPPLIER

Is the claim subject to offset? ■ No  ☐ Yes

$371.74

---

**3.133 6**

Nonpriority creditor's name and mailing address
**TESTA PRODUCE INC**
**DEPT 10222**
**CHICAGO, IL 60680**

Date(s) debt was incurred  2020-2021

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  SUPPLIER

Is the claim subject to offset? ■ No  ☐ Yes

$127.60

---

**3.133 7**

Nonpriority creditor's name and mailing address
**THE AMERICANA AT BRAND LLC**
**C/O CARUSO AFFILIATED**
**101 THE GROVE DRIVE**
**Los Angeles, CA 90036**

Date(s) debt was incurred  2021

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  RENT (REAL PROPERTY TAXES)

Is the claim subject to offset? ■ No  ☐ Yes

$179,648.99

---

**3.133 8**

Nonpriority creditor's name and mailing address
**THE AMERICANA AT BRAND, LLC**
**C/O CARUSO AFFILIATED**
**101 THE GROVE DRIVE**
**LOS ANGELES, CA 90036**

Date(s) debt was incurred  2020-2021

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  RENT

Is the claim subject to offset? ☐ No  ■ Yes

$1,911,746.86

---

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.133 9**

Nonpriority creditor's name and mailing address
THE CAWLEY CO
PO BOX 2110
MANITOWOC, WI 54221

Date(s) debt was incurred 2020-2021

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  SUPPLIER

Is the claim subject to offset? ■ No  ☐ Yes

$299.19

---

**3.134 0**

Nonpriority creditor's name and mailing address
THE COCA-COLA COMPANY
PO BOX 102499
ATLANTA, GA 30368

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  SUPPLIER

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.134 1**

Nonpriority creditor's name and mailing address
THE COCA-COLA COMPANY
PO BOX 75895
CHARLOTTE, NC 28275

Date(s) debt was incurred 2020-2021

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  SUPPLIER

Is the claim subject to offset? ■ No  ☐ Yes

$48.02

---

**3.134 2**

Nonpriority creditor's name and mailing address
THE COCA-COLA COMPANY
PO BOX 102703
ATLANTA, GA 30368

Date(s) debt was incurred 2020-2021

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  SUPPLIER

Is the claim subject to offset? ■ No  ☐ Yes

$367.00

---

**3.134 3**

Nonpriority creditor's name and mailing address
THE COMIC BUG
1807 1/2 MANHATTAN BEACH BOULEVARD
MANHATTAN BEACH, CA 90266

Date(s) debt was incurred 2016-2020

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  CUSTOMER REFUND

Is the claim subject to offset? ■ No  ☐ Yes

$556.50

---

**3.134 4**

Nonpriority creditor's name and mailing address
THE COPY SHOP, LLC
1811 MANHATTAN BEACH BLVD
MANHATTAN BEACH, CA 90266

Date(s) debt was incurred 2020-2021

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  MARKETING

Is the claim subject to offset? ■ No  ☐ Yes

$9,092.73

---

**3.134 5**

Nonpriority creditor's name and mailing address
THE GAS CO
PO BOX C
MONTEREY PARK, CA 91756

Date(s) debt was incurred 2020-2021

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  UTILITIES

Is the claim subject to offset? ■ No  ☐ Yes

$17,423.73

---

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.134
6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,922.00**

THE GRAPHIC GROUP
203 MIDDLESEX TURNPIKE
BURLINGTON, MA 01803

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-2021**

Basis for the claim: **MARKETING**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.134
7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

THE HOLLIS & MILLER GROUP
ARCHITECTS AND
8205 W 108TH TERRACE
OVERLAND PARK, KS 66210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **SUPPLIER**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.134
8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$39,358.57**

THE ICEE COMPANY
1200 WEST 7TH STREET, SUITE L2 2
LOS ANGELES, CA 90017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-2021**

Basis for the claim: **SUPPLIER**

Last 4 digits of account number **4905**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.134
9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

THE MUSIC SYNDICATE, LLC
1801 WILLOW AVENUE, SUITE 211
WEEHAWKEN, NJ 07086

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-2021**

Basis for the claim: **MARKETING**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.135
0** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,700.00**

THE MUSIC SYNDICATE, LLC
1801 WILLOW AVENUE, SUITE 211
WEEHAWKEN, NJ 07086

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-2021**

Basis for the claim: **MARKETING**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.135
1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$218.20**

THE PROMOTIONS DEPT
24238 HAWTHORNE BLVD
TORRANCE, CA 90505

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-2021**

Basis for the claim: **MARKETING**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.135
2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$725.94**

THE WASSERSTROM COMPANY
PO BOX 182056
COLUMBUS, OH 43218-2056

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-2021**

Basis for the claim: **SUPPLIER**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.135 3**

Nonpriority creditor's name and mailing address
**THEATRICAL CINEMA WORKS INC**
**839 TRUCK WAY**
**MONTEBELLO, CA 90640**

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **IT**

Is the claim subject to offset?  ■ No  ☐ Yes

**$6,828.23**

---

**3.135 4**

Nonpriority creditor's name and mailing address
**THEISGEN, BRIA J.**
**13412 BURBANK BOULEVARD APT. #6**
**SHERMAN OAKS, CA 91401**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **5231**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.135 5**

Nonpriority creditor's name and mailing address
**THEODORE J KATSIROUBAS & SONS, INC**
**200 MEADOW ROAD**
**BOSTON, MA 02137**

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset?  ■ No  ☐ Yes

**$492.76**

---

**3.135 6**

Nonpriority creditor's name and mailing address
**THERMAL CONCEPTS, INC.**
**15340 E VALLEY BLVD**
**CITY OF INDUSTRY, CA 91746**

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset?  ■ No  ☐ Yes

**$525.50**

---

**3.135 7**

Nonpriority creditor's name and mailing address
**THOMAS, MALAYSIA S.**
**12A GREENWOOD ST**
**DORCHESTER, MA 02121**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **1258**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.135 8**

Nonpriority creditor's name and mailing address
**THORNTON, ALEC M.**
**1417 N BRONSON AVE**
**LOS ANGELES, CA 90028**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **0968**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.135 9**

Nonpriority creditor's name and mailing address
**THYSSENKRUPP ELEVATOR**
**CORPORATION**
**PO BOX 3796**
**CAROL STREAM, IL 60132-3796**

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset?  ■ No  ☐ Yes

**$399.30**

---

Debtor    **Pacific Theatres Exhibition Corp.**    Case number (if known)
                Name

| 3.136 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **TIQUILA, ADRIANA L.** | ☐ Contingent | |
| | **2100 E 15ST** | ☐ Unliquidated | |
| | **LONG BEACH, CA 90804** | ☐ Disputed | |
| | Date(s) debt was incurred _12/26/2019_ | Basis for the claim: _FORMER EMPLOYEE_ | |
| | Last 4 digits of account number _3696_ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.136 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **TISTA, JORGE** | ☐ Contingent | |
| | **9013 MENLO AVE** | ☐ Unliquidated | |
| | **LOS ANGELES, CA 90044** | ☐ Disputed | |
| | Date(s) debt was incurred _12/26/2019_ | Basis for the claim: _FORMER EMPLOYEE_ | |
| | Last 4 digits of account number _2845_ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.136 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,303.36 |
|---|---|---|---|
| | **TIVOLI LLC** | ☐ Contingent | |
| | **15602 MOSHER AVE** | ☐ Unliquidated | |
| | **TUSTIN, CA 92780** | ☐ Disputed | |
| | Date(s) debt was incurred _2020-2021_ | Basis for the claim: _SUPPLIER_ | |
| | Last 4 digits of account number _54_ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.136 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **TORRES, AMANDA H.** | ☐ Contingent | |
| | **3601 W VERDUGO AVE** | ☐ Unliquidated | |
| | **BURBANK, CA 91505** | ☐ Disputed | |
| | Date(s) debt was incurred _12/26/2019_ | Basis for the claim: _FORMER EMPLOYEE_ | |
| | Last 4 digits of account number _0541_ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.136 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **TORRES, ANTON L.** | ☐ Contingent | |
| | **10129 TUJUNGA CANYON BLVD** | ☐ Unliquidated | |
| | **TUJUNGA, CA 91042** | ☐ Disputed | |
| | Date(s) debt was incurred _12/26/2019_ | Basis for the claim: _FORMER EMPLOYEE_ | |
| | Last 4 digits of account number _0942_ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.136 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **TORRES, BRYAN R.** | ☐ Contingent | |
| | **30 NORTH 3RD STREET APARTMENT E** | ☐ Unliquidated | |
| | **ALHAMBRA, CA 91801** | ☐ Disputed | |
| | Date(s) debt was incurred _12/26/2019_ | Basis for the claim: _FORMER EMPLOYEE_ | |
| | Last 4 digits of account number _5430_ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.136 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **TORRES, FAVIAN S.** | ☐ Contingent | |
| | **4717 BEL PRE RD** | ☐ Unliquidated | |
| | **ROCKVILLE, MD 20853** | ☐ Disputed | |
| | Date(s) debt was incurred _12/26/2019_ | Basis for the claim: _FORMER EMPLOYEE_ | |
| | Last 4 digits of account number _1048_ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.136 7**    Nonpriority creditor's name and mailing address

TORRES, JAZLYNN Y.
1839 E 53RD STREET
LONG BEACH, CA 90805

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **0408**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.136 8**    Nonpriority creditor's name and mailing address

TORRES, JERRY
18948 PLUMMER ST
NORTHRIDGE, CA 91324

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **3844**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.136 9**    Nonpriority creditor's name and mailing address

TORRES, JOSE W.
2625 BOTTLE TREE DR.
PALMDALE, CA 93550

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **3254**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.137 0**    Nonpriority creditor's name and mailing address

TORRES, LEAH A.
13926 CORDARY AVE
HAWTHORNE, CA 90250

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **0739**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.137 1**    Nonpriority creditor's name and mailing address

TORRES, NAOMI
8213 ROSEMEAD BLVD
PICO RIVERA, CA 90660

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **4748**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.137 2**    Nonpriority creditor's name and mailing address

TORRES, RAMON J.
13350 VICTORY BLVD
VAN NUYS, CA 91401

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **0223**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.137 3**    Nonpriority creditor's name and mailing address

TORRES, RICHARD A.
1830 E 6TH STREET
LONG BEACH, CA 90802

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **0617**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.137 4**

Nonpriority creditor's name and mailing address
**TORRES, VALERIA C.**
8612 1/2 ROSE ST
BELLFLOWER, CA 90706

Date(s) debt was incurred  12/26/2019
Last 4 digits of account number  0569

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.137 5**

Nonpriority creditor's name and mailing address
**TOSCANO, NICOLE Y.**
625 WEST BROADWAY
GLENDALE, CA 91204

Date(s) debt was incurred  12/26/2019
Last 4 digits of account number  1054

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.137 6**

Nonpriority creditor's name and mailing address
**TOUSSAINT, KENNY S.**
39 MOUNT PLEASENT AVE
BOSTON, MA 02119

Date(s) debt was incurred  12/26/2019
Last 4 digits of account number  1195

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.137 7**

Nonpriority creditor's name and mailing address
**TOVAR LOPEZ, JOCELYNNE**
532 W OLIVE ST
INGLEWOOD, CA 90301

Date(s) debt was incurred  12/26/2019
Last 4 digits of account number  1050

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.137 8**

Nonpriority creditor's name and mailing address
**TOVAR, JESUS A.**
202 S RAYMOND AVE
PASADENA, CA 91105

Date(s) debt was incurred  12/26/2019
Last 4 digits of account number  0754

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.137 9**

Nonpriority creditor's name and mailing address
**TPX COMMUNICATIONS CO**
PO BOX 509013
SAN DIEGO, CA 92150-9013

Date(s) debt was incurred  2020-2021
Last 4 digits of account number  4590

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  IT

Is the claim subject to offset? ■ No  ☐ Yes

$374,805.76

---

**3.138 0**

Nonpriority creditor's name and mailing address
**TRAFALGAR RELEASING, LTD**
222 BROADWAY STREET 19TH FLOOR
NEW YORK, NY 10038

Date(s) debt was incurred  Q1 - Q2 2020
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FILM RENT

Is the claim subject to offset? ■ No  ☐ Yes

$2,141.65

---

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.138 1**

**Nonpriority creditor's name and mailing address**
TRANE U.S. INC.
PO BOX 98167
CHICAGO, IL 60693

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  SUPPLIER

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.138 2**

**Nonpriority creditor's name and mailing address**
TRANS-GAS PROPANE INC
PO BOX 3983
GLENDALE, CA 91221

Date(s) debt was incurred  2020-2021
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  SUPPLIER

Is the claim subject to offset? ■ No  ☐ Yes

$80.48

---

**3.138 3**

**Nonpriority creditor's name and mailing address**
TRESTON-BECKER, DYLAN K.
6213 TAMPA AVE
TARZANA, CA 91335

Date(s) debt was incurred  12/26/2019
Last 4 digits of account number  4360

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.138 4**

**Nonpriority creditor's name and mailing address**
TRIGUEROS, BRENDA
11485 CALVERT ST
NORTH HOLLYWOOD, CA 91606

Date(s) debt was incurred  12/26/2019
Last 4 digits of account number  1245

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.138 5**

**Nonpriority creditor's name and mailing address**
TRUESHRED, INC
PO BOX 980
GAINESVILLE, VA 20156

Date(s) debt was incurred  2020-2021
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  SUPPLIER

Is the claim subject to offset? ■ No  ☐ Yes

$407.00

---

**3.138 6**

**Nonpriority creditor's name and mailing address**
TUCKER, JAZMINE
5136 N MARATHON 209
LOS ANGELES, CA 90038

Date(s) debt was incurred  12/26/2019
Last 4 digits of account number  4947

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.138 7**

**Nonpriority creditor's name and mailing address**
TURANO BAKERY INC
6501 WEST ROOSEVELT ROAD
BERWYN, IL 60402

Date(s) debt was incurred  2020-2021
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  SUPPLIER

Is the claim subject to offset? ■ No  ☐ Yes

$134.24

---

Debtor  **Pacific Theatres Exhibition Corp.**  _____    Case number (if known) _____
_____Name_____

---

| 3.138<br>8 | Nonpriority creditor's name and mailing address<br>**TURNER, AUSTIN J.**<br>**14913 FOREST LANDING CIRCLE**<br>**ROCKVILLE, MD 20850** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred **12/26/2019** | Basis for the claim: **FORMER EMPLOYEE** | |
| | Last 4 digits of account number **0623** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.138<br>9 | Nonpriority creditor's name and mailing address<br>**ULINE**<br>**PO BOX 88741**<br>**CHICAGO, IL 60680** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,786.03 |
|---|---|---|---|
| | Date(s) debt was incurred **2020-2021** | Basis for the claim: **SUPPLIER** | |
| | Last 4 digits of account number **_** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.139<br>0 | Nonpriority creditor's name and mailing address<br>**UMAYAM, JHERALD A.**<br>**5221 EAGLE ROCK BLVD.**<br>**LOS ANGELES, CA 90041** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred **12/26/2019** | Basis for the claim: **FORMER EMPLOYEE** | |
| | Last 4 digits of account number **0529** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.139<br>1 | Nonpriority creditor's name and mailing address<br>**UNICORN EXISTS INC**<br>**# 20 260 CUMBERLAND STREET**<br>**BROOKLYN, NY 11205** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $3,500.00 |
|---|---|---|---|
| | Date(s) debt was incurred **2020-2021** | Basis for the claim: **MARKETING** | |
| | Last 4 digits of account number **_** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.139<br>2 | Nonpriority creditor's name and mailing address<br>**UNIVERSAL FILM EXCHANGE**<br>**PO BOX 650572**<br>**DALLAS, TX 75265** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $619,103.98 |
|---|---|---|---|
| | Date(s) debt was incurred **Q1 - Q2 2020** | Basis for the claim: **FILM RENT** | |
| | Last 4 digits of account number **_** | Is the claim subject to offset? ☐ No  ■ Yes | |

---

| 3.139<br>3 | Nonpriority creditor's name and mailing address<br>**UNIVERSAL PROTECTION SERVICE, LLC**<br>**PO BOX 828854**<br>**PHILADELPHIA, PA 19182-8854** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred **_** | Basis for the claim: **SUPPLIER** | |
| | Last 4 digits of account number **_** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.139<br>4 | Nonpriority creditor's name and mailing address<br>**URBAN FLORIST**<br>**5310 W 8TH ST**<br>**LOS ANGELES, CA 90036** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,576.80 |
|---|---|---|---|
| | Date(s) debt was incurred **2020-2021** | Basis for the claim: **SUPPLIER** | |
| | Last 4 digits of account number **_** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.139 5**

**Nonpriority creditor's name and mailing address**
URBAN WORKS, LTD
C/O ALFRED M. SWANSON, JR.
122 S. MICHIGAN AVE., SUITE 1220
CHICAGO, IL 60603

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **CONSTRUCTION / MECHANIC'S LIEN**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.139 6**

**Nonpriority creditor's name and mailing address**
URBINA, URIEL
955 S RECORD AVE D
LOS ANGELES, CA 90023

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  1081

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.139 7**

**Nonpriority creditor's name and mailing address**
URIBE, ALEXANDER J.
14549 CERISE AVENUE
HAWTHORNE, CA 90250

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  0790

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.139 8**

**Nonpriority creditor's name and mailing address**
URREGO GRAJALES, JUAN S.
6550 YUCCA ST APT #219
LOS ANGELES, CA 90028

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  0938

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.139 9**

**Nonpriority creditor's name and mailing address**
US FOODS INC
BOX 98420
CHICAGO, IL 60693

Date(s) debt was incurred  2020-2021

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,170.03**

---

**3.140 0**

**Nonpriority creditor's name and mailing address**
US FOODS INC
PO BOX 7780-4021
PHILADELPHIA, PA 19182

Date(s) debt was incurred  2020-2021

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,790.68**

---

**3.140 1**

**Nonpriority creditor's name and mailing address**
US FOODS INC-LA
FILE 6993
LOS ANGELES, CA 90074

Date(s) debt was incurred  2020-2021

Last 4 digits of account
number  7182,8751,8038,2993,7423,7348,

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER**

Is the claim subject to offset? ■ No  ☐ Yes

**$36,893.50**

---

Debtor    **Pacific Theatres Exhibition Corp.**                    Case number (if known) _____
_____
Name

| 3.140 2 | Nonpriority creditor's name and mailing address **US FOODS, INC - NE** 9399 W. HIGGINS ROAD, SUITE 500 ROSEMONT, IL 60018 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $3,026.37 |
|---|---|---|---|
| | Date(s) debt was incurred **2020-2021** | Basis for the claim: **SUPPLIER** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.140 3 | Nonpriority creditor's name and mailing address **UTC VENTURE LLC** C/O WESTFIELD, LLC 11601 WILSHIRE BLVD, 12TH FLOOR LOS ANGELES, CA 90025-1748 | As of the petition filing date, the claim is: Check all that apply. ■ Contingent ■ Unliquidated ■ Disputed | $2,596,112.37 |
|---|---|---|---|
| | Date(s) debt was incurred **2020-2021** | Basis for the claim: **RENT** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.140 4 | Nonpriority creditor's name and mailing address **V&T CARBONIC INC.** 18350 BEDFORD CIR LA PUENTE, CA 91744 | As of the petition filing date, the claim is: Check all that apply ☐ Contingent ☐ Unliquidated ☐ Disputed | $652.00 |
|---|---|---|---|
| | Date(s) debt was incurred **2020-2021** | Basis for the claim: **SUPPLIER** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.140 5 | Nonpriority creditor's name and mailing address **VALDEZ, CRYSTAL A.** 4509 N BELLFLOWER BLVD 4 LONG BEACH, CA 90808 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred **12/26/2019** | Basis for the claim: **FORMER EMPLOYEE** | |
| | Last 4 digits of account number **3538** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.140 6 | Nonpriority creditor's name and mailing address **VALDEZ, YASMINE M.** 14239 DAVENTRY STREET ARLETA, CA 91331 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred **12/26/2019** | Basis for the claim: **FORMER EMPLOYEE** | |
| | Last 4 digits of account number **4776** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.140 7 | Nonpriority creditor's name and mailing address **VALENCIA, JOSEPH** 609 N. OAKLAND 1 PASADENA, CA 91101 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred **12/26/2019** | Basis for the claim: **FORMER EMPLOYEE** | |
| | Last 4 digits of account number **4893** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.140 8 | Nonpriority creditor's name and mailing address **VALENZUELA, YVONNE B.** 15925 S. AINSWORTH ST GARDENA, CA 90247 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred **12/26/2019** | Basis for the claim: **FORMER EMPLOYEE** | |
| | Last 4 digits of account number **4077** | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor    **Pacific Theatres Exhibition Corp.**                    Case number (if known)
          Name

| | | |
|---|---|---|
| 3.140 9 | **Nonpriority creditor's name and mailing address**<br>VANHORN, CAMERON J.<br>8465 REGENTS ROAD  APT 229<br>SAN DIEGO, CA 92122 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |

Date(s) debt was incurred **12/26/2019**       Basis for the claim:  **FORMER EMPLOYEE**

Last 4 digits of account number **4555**       Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.141 0 | **Nonpriority creditor's name and mailing address**<br>VARGAS, ALEJANDRO<br>14762 VANOWEN ST APT 201<br>VAN NUYS, CA 91405 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |

Date(s) debt was incurred **12/26/2019**       Basis for the claim:  **FORMER EMPLOYEE**

Last 4 digits of account number **1308**       Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.141 1 | **Nonpriority creditor's name and mailing address**<br>VARGAS, ANDREA E.<br>12912 DALEWOOD ST. APT.6<br>BALDWIN PARK, CA 91706 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |

Date(s) debt was incurred **12/26/2019**       Basis for the claim:  **FORMER EMPLOYEE**

Last 4 digits of account number **2275**       Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.141 2 | **Nonpriority creditor's name and mailing address**<br>VASQUEZ, BERENICE<br>14 MENDUM STREET<br>ROSLINDALE, MA 02131 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |

Date(s) debt was incurred **1/25/2020**       Basis for the claim:  **FORMER EMPLOYEE**

Last 4 digits of account number **1327**       Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.141 3 | **Nonpriority creditor's name and mailing address**<br>VASQUEZ, BILEYSI<br>203 E MAPLE ST APT C<br>GLENDALE, CA 91205 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |

Date(s) debt was incurred **12/26/2019**       Basis for the claim:  **FORMER EMPLOYEE**

Last 4 digits of account number **0288**       Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.141 4 | **Nonpriority creditor's name and mailing address**<br>VASQUEZ, ESTEBAN L.<br>133 PARK AVENUE<br>SAN FERNANDO, CA 91340 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |

Date(s) debt was incurred **12/26/2019**       Basis for the claim:  **FORMER EMPLOYEE**

Last 4 digits of account number **0897**       Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.141 5 | **Nonpriority creditor's name and mailing address**<br>VAZQUEZ, KEVIN<br>1325 W 23RD STREET<br>LONG BEACH, CA 90810 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |

Date(s) debt was incurred **12/26/2019**       Basis for the claim:  **FORMER EMPLOYEE**

Last 4 digits of account number **0283**       Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.141 6**

Nonpriority creditor's name and mailing address
**VEGA, REBECCA I.**
**1767 ORCHID AVE 101**
**LOS ANGELES, CA 90012**

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  4970

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.141 7**

Nonpriority creditor's name and mailing address
**VERIZON (REMITTANCE: CALIFORNIA)**
**PO BOX 15124**
**ALBANY, NY 12212-5124**

Date(s) debt was incurred  2020-2021

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*    **$597.18**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **IT**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.141 8**

Nonpriority creditor's name and mailing address
**VEST, ZACHARY C.**
**1761 VISTA DEL MAR**
**LOS ANGELES, CA 90028**

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  0221

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.141 9**

Nonpriority creditor's name and mailing address
**VICE MEDIA, LLC**
**49 SOUTH 2ND STREET**
**BROOKLYN, NY 11249**

Date(s) debt was incurred  2020-2021

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*    **$11,808.00**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **MARKETING**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.142 0**

Nonpriority creditor's name and mailing address
**VICTORIA LOPEZ**
**C/O RAYMOND GHERMEZIAN, ESQ.**
**RAYMOND GHERMEZIAN, A**
**PROFESSIONAL LAW C**
**3435 WILSHIRE BLVD., SUITE 1800**
**LOS ANGELES, CA 90010**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **PERSONAL INJURY CLAIMANT**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.142 1**

Nonpriority creditor's name and mailing address
**VIERRA, VICTORIA N.**
**945 ROLLING PASS**
**GLENVIEW, IL 60025**

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  5204

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.142 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **VILLAFANA, DENISSE**<br>**3901 W 7TH ST.**<br>**LOS ANGELES, CA 90005** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **12/26/2019** | Basis for the claim: **FORMER EMPLOYEE** | |
| Last 4 digits of account number **0487** | Is the claim subject to offset? ■ No ☐ Yes | |

**3.142 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **VILLALOBOS MARTINEZ, MARIA C.**<br>**13470 TERRA BELLA ST**<br>**PACOIMA, CA 91331** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **12/26/2019** | Basis for the claim: **FORMER EMPLOYEE** | |
| Last 4 digits of account number **0900** | Is the claim subject to offset? ■ No ☐ Yes | |

**3.142 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **VILLALOBOS, DOMONIQUE**<br>**6767 HAYVENHURST AVE APT 108**<br>**VAN NUYS, CA 91406** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **12/26/2019** | Basis for the claim: **FORMER EMPLOYEE** | |
| Last 4 digits of account number **5028** | Is the claim subject to offset? ■ No ☐ Yes | |

**3.142 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **VILLATORO, JESSE J.**<br>**645 N BERENDO ST**<br>**LOS ANGELES, CA 90004** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **12/26/2019** | Basis for the claim: **FORMER EMPLOYEE** | |
| Last 4 digits of account number **4040** | Is the claim subject to offset? ■ No ☐ Yes | |

**3.142 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **VILLEGAS, JOHN P.**<br>**145 EAST MARKET ST**<br>**LONG BEACH, CA 90805** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **12/26/2019** | Basis for the claim: **FORMER EMPLOYEE** | |
| Last 4 digits of account number **0171** | Is the claim subject to offset? ■ No ☐ Yes | |

**3.142 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $118,681.70 |
|---|---|---|
| **VISTA ENTERTAINMENT SOLUTIONS LTD.**<br>**SUITE 150 335 N. MAPLE DR.**<br>**BEVERLY HILLS, CA 90210** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **2020-2021** | Basis for the claim: **IT** | |
| Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | |

**3.142 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,255.90 |
|---|---|---|
| **VISTAR CORP**<br>**188 INVERNESS DRIVE WEST, SUITE 700**<br>**ENGLEWOOD, CO 80112** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **2020-2021** | Basis for the claim: **SUPPLIER** | |
| Last 4 digits of account<br>number **654,752,795,357,525,000,000,00** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.142
9**

Nonpriority creditor's name and mailing address
**VISTAR CORP**
**PO BOX 8500 78486**
**PHILADELPHIA, PA 19178**

Date(s) debt was incurred **2020-2021**

Last 4 digits of account
number **654,752,795,357,525,000,000,00**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ■ No   ☐ Yes

**$24,541.91**

---

**3.143
0**

Nonpriority creditor's name and mailing address
**VISTAR CORP**
**3790 E JURUPA ST**
**ONTARIO, CA 91761**

Date(s) debt was incurred **2020-2021**

Last 4 digits of account
number **654,752,795,357,525,000,000,00**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ■ No   ☐ Yes

**$169,391.95**

---

**3.143
1**

Nonpriority creditor's name and mailing address
**VIVES, CECILIA I.**
**546 N MARIPOSA AVE**
**LOS ANGELES, CA 90004**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **1101**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

**3.143
2**

Nonpriority creditor's name and mailing address
**VIVIAN COMPANY**
**1529 OCELLO DR**
**FENTON, MO 63026**

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ■ No   ☐ Yes

**$366.33**

---

**3.143
3**

Nonpriority creditor's name and mailing address
**VOYTKO MECHANICAL INC**
**5339 SHEILA ST**
**COMMERCE, CA 90040**

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ■ No   ☐ Yes

**$14,178.50**

---

**3.143
4**

Nonpriority creditor's name and mailing address
**WACO FILTERS CORPORATION**
**26661 NETWORK PLACE**
**CHICAGO, IL 60673**

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ■ No   ☐ Yes

**$1,276.55**

---

**3.143
5**

Nonpriority creditor's name and mailing address
**WAGNER, HALEY S.**
**9131 CATTARAUGUS AVE**
**LOS ANGELES, CA 90034**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **0444**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.143 6**

Nonpriority creditor's name and mailing address
WAGNER, JULIAN M.
522 VENICE BLVD
VENICE, CA 90291

Date(s) debt was incurred **1/24/2020**

Last 4 digits of account number **1331**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.143 7**

Nonpriority creditor's name and mailing address
WALLACE, TATIANA
1908 STEVELY AVE.
LONG BEACH, CA 90815

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **1702**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.143 8**

Nonpriority creditor's name and mailing address
WALLER, ANDREW R.
1900 VINE STREET, 305
HOLLYWOOD, CA 90068

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **0655**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.143 9**

Nonpriority creditor's name and mailing address
WALTON, DANIEL
14225 DICKENS ST
SHERMAN OAKS, CA 91423

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **5388**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.144 0**

Nonpriority creditor's name and mailing address
WALTON, DIONDRA R.
3808 S. SAN PEDRO STREET
LOS ANGELES, CA 90011

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **0738**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.144 1**

Nonpriority creditor's name and mailing address
WARNER BROS DIST CORP
PO BOX 2910
TOLUCA LAKE, CA 91610

Date(s) debt was incurred **Q1 - Q2 2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FILM RENT**

Is the claim subject to offset? ■ No ☐ Yes

**$779,073.62**

---

**3.144 2**

Nonpriority creditor's name and mailing address
WARREN, ASHLEY D.
12031 CENTRAL PARK CIRCLE
HAWTHORNE, CA 90250

Date(s) debt was incurred **1/10/2020**

Last 4 digits of account number **1312**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.144 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WASHINGTON GAS**
PO BOX 37747
PHILADELPHIA, PA 19101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __UTILITIES__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.144 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,442.89 |
|---|---|---|---|

**WASTE MANAGEMENT**
PO BOX 4648
CAROL STREAM, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020-2021__

Last 4 digits of account number _

Basis for the claim: __UTILITIES__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.144 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,071.09 |
|---|---|---|---|

**WASTE MANAGEMENT - LOS ANGELES**
PO BOX 541065
LOS ANGELES, CA 90054-1065

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020-2021__

Last 4 digits of account number _

Basis for the claim: __UTILITIES__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.144 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WASTE MANAGEMENT OF MARYLAND INC**
PO BOX 13648
PHILADELPHIA, PA 19101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __UTILITIES__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.144 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $440.00 |
|---|---|---|---|

**WATKINS STEAM CLEANING**
11335 CHRISTY AVE
LAKE VIEW TERRACE, CA 91342

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020-2021__

Last 4 digits of account number _

Basis for the claim: __SUPPLIER__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.144 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WATTS, DEREK**
1603 EVARTS ST NE
WASHINGTON, DC 20018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __1318__

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.144 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $505.19 |
|---|---|---|---|

**WAYNE PROVISION COMPANY**
5030 GIFFARD AVENUE
VERNON, CA 90058

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020-2021__

Last 4 digits of account number _

Basis for the claim: __SUPPLIER__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.145 0**

**Nonpriority creditor's name and mailing address**
WEEMS, CAMERON C.
16838 KINZIE ST.
NORTH HILLS, CA 91343

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **1125**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.145 1**

**Nonpriority creditor's name and mailing address**
WELDON, WILLAMS & LICK, INC
711 NORTH A ST
FORT SMITH, AR 72901

Date(s) debt was incurred  **2020-2021**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **MARKETING**

Is the claim subject to offset? ■ No  ☐ Yes

**$126.00**

---

**3.145 2**

**Nonpriority creditor's name and mailing address**
WELL GO USA
3801 E. PLANO PARKWAY, 300
PLANO, TX 75074

Date(s) debt was incurred  **_**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FILM RENT**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.145 3**

**Nonpriority creditor's name and mailing address**
WELLS, NIJEL M.
6544 S GREEN
CHICAGO, IL 60628

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **1209**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.145 4**

**Nonpriority creditor's name and mailing address**
WELSH, IAN A.
740 N KINGS RD APT 122
WEST HOLLYWOOD, CA 90069

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **5110**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.145 5**

**Nonpriority creditor's name and mailing address**
WEST CENTRAL PRODUCE, INC
12840 LEYVA ST
NORWALK, CA 90650

Date(s) debt was incurred  **2020-2021**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER**

Is the claim subject to offset? ■ No  ☐ Yes

**$12,973.22**

---

**3.145 6**

**Nonpriority creditor's name and mailing address**
WEST WORLD MEDIA
PO BOX 30291
NEW YORK, NY 10087

Date(s) debt was incurred  **_**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.145 7**

Nonpriority creditor's name and mailing address
**WEST, TYRIK**
**11518 HOMESTEAD DRIVE**
**UPPER MARLBORO, MD 20774**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **0995**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

**3.145 8**

Nonpriority creditor's name and mailing address
**WESTBERG, STEVEN G.**
**3152 N VENTURA RD**
**OXNARD, CA 93036**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **0072**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

**3.145 9**

Nonpriority creditor's name and mailing address
**WEWORK**
**1240 ROSECRANS AVENUE, 120**
**MANHATTAN BEACH, CA 90266**

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER**

Is the claim subject to offset? ■ No  ☐ Yes

**$127.75**

**3.146 0**

Nonpriority creditor's name and mailing address
**WHITE, WAYNE A.**
**711 MONROE STREET**
**ROCKVILLE, MD 20850**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **1223**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

**3.146 1**

Nonpriority creditor's name and mailing address
**WHOLESOME MELROSE BAKERY**
**10603 PAINTER AVE**
**SANTA FE SPRINGS, CA 90670**

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,710.93**

**3.146 2**

Nonpriority creditor's name and mailing address
**WHYTE, TRAE**
**2342 SOUTH COCHRAN AVENUE**
**LOS ANGELES, CA 90016**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **5431**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

**3.146 3**

Nonpriority creditor's name and mailing address
**WILCOX SOUND & COMMUNICATIONS**
**7680 CLYBOURN AVE**
**SUN VALLEY, CA 91352**

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **IT**

Is the claim subject to offset? ■ No  ☐ Yes

**$140.00**

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.146
4**

**Nonpriority creditor's name and mailing address**

WILDER, HARRY B.
11409 PATRIOT LANE
POTOMAC, MD 20854

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **0884**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.146
5**

**Nonpriority creditor's name and mailing address**

WILLIAMS, ASHLEI
8149 S PAULINA
CHICAGO, IL 60620

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **5451**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.146
6**

**Nonpriority creditor's name and mailing address**

WILLIAMS, DEVARREI M.
8149 S PAULINA
CHICAGO, IL 60620

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **1218**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.146
7**

**Nonpriority creditor's name and mailing address**

WILLIAMS, JOSHUA J.
417 W. LOS FELIZ RD APT#24
GLENDALE, CA 91204

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **1275**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.146
8**

**Nonpriority creditor's name and mailing address**

WILLIAMS, KAILA M.
927 HILLSIDE LAKE TERR.
GAITHERSBURG, MD 20878

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **5272**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.146
9**

**Nonpriority creditor's name and mailing address**

WILLIAMS, KAISHA
20433 LONDELIUS
LOS ANGELES, CA 91306

Date(s) debt was incurred  **2/13/2020**

Last 4 digits of account number  **1349**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.147
0**

**Nonpriority creditor's name and mailing address**

WILLIAMS, RACHEL Q.
10962 S PEORIA ST
CHICAGO, IL 60643

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **0998**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **Pacific Theatres Exhibition Corp.**
Name

Case number (if known)

---

**3.147
1**

Nonpriority creditor's name and mailing address
**WILLIAMS-SONOMA, INC**
**10000 COVINGTON CROSS DRIVE**
**LAS VEGAS, NV 89144**

Date(s) debt was incurred __2020-2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __SUPPLIER__

Is the claim subject to offset? ■ No  ☐ Yes

$3,709.20

---

**3.147
2**

Nonpriority creditor's name and mailing address
**WILSON, NICHOULAS D.**
**198 SOUTH STREET**
**LOWELL, MA 01852**

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __1201__

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.147
3**

Nonpriority creditor's name and mailing address
**WINCAL, LLC**
**120 N ROBERTSON BLVD 3RD FLOOR**
**LOS ANGELES, CA 90048**

Date(s) debt was incurred __2020-2021__

Last 4 digits of account number __0000__

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __RENT__

Is the claim subject to offset? ■ No  ☐ Yes

$660,665.72

---

**3.147
4**

Nonpriority creditor's name and mailing address
**WINDER, SYLVESTER**
**3501 S LA BREA AVE APT 208**
**LOS ANGELES, CA 90016**

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __1573__

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.147
5**

Nonpriority creditor's name and mailing address
**WINE WAREHOUSE**
**PO BOX 910900**
**LOS ANGELES, CA 90091**

Date(s) debt was incurred __2020-2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __SUPPLIER__

Is the claim subject to offset? ■ No  ☐ Yes

$7,868.20

---

**3.147
6**

Nonpriority creditor's name and mailing address
**WINNER, MAXWELL Y.**
**1000 SPRUCE LANE**
**PASADENA, CA 91103**

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __0699__

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.147
7**

Nonpriority creditor's name and mailing address
**WITHERSPOON, ABIGAIL**
**447 DUARTE RD. UNIT 1**
**ARCADIA, CA 91007**

Date(s) debt was incurred __12/26/2019__

Last 4 digits of account number __4121__

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FORMER EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) |
|--------|-----------------------------------|------------------------|
| | Name | |

**3.1478**

Nonpriority creditor's name and mailing address
WIYONO, TIFFANY
1184 ALBERDAN CIR.
PINOLE, CA 94564

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **4407**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1479**

Nonpriority creditor's name and mailing address
WOLFF BAKER, STYLES M.
19541 WELBY WAY
RESEDA, CA 91335

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **2439**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1480**

Nonpriority creditor's name and mailing address
WOLFF, MATT
3976 INGLEWOOD BLVD
MAR VISTA, CA 90066

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **4201**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1481**

Nonpriority creditor's name and mailing address
WONG, TERESA
2685 SICHEL ST. 6
LOS ANGELES, CA 90031

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **2730**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1482**

Nonpriority creditor's name and mailing address
WOOD, WHITNEY
5831 VIRGINIA AVE
LOS ANGELES, CA 90038

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **3245**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1483**

Nonpriority creditor's name and mailing address
WORKMAN WOOD DESIGNS, INC.
3RD FLOOR 67 E. MAIN STREET
MCCONNELSVILLE, OH 43756

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ■ No ☐ Yes

**$11,563.50**

---

**3.1484**

Nonpriority creditor's name and mailing address
YELP, INC
140 NEW MONTGOMERY
SAN FRANCISCO, CA 94105

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ■ No ☐ Yes

**$795.00**

---

Debtor   **Pacific Theatres Exhibition Corp.**
Name                                                    Case number (if known)

---

**3.148
5**

Nonpriority creditor's name and mailing address
**YEP, CAMILA**
**17540 SUNBURST ST.**
**SHERWOOD FOREST, CA 91325**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **1287**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

**3.148
6**

Nonpriority creditor's name and mailing address
**YIGA, ISAIAH**
**8333 COLUMBUS AVE**
**NORTH HILLS, CA 91343**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **0929**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

**3.148
7**

Nonpriority creditor's name and mailing address
**YODER, RANDALL B.**
**20 OLIVER ST**
**SALEM, MA 01970**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **1222**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

**3.148
8**

Nonpriority creditor's name and mailing address
**YONAN, ASHLEE R.**
**1018 CASTILIAN CT.**
**GLENVIEW, IL 60025**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **5095**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

**3.148
9**

Nonpriority creditor's name and mailing address
**YOUNG'S MARKET CO-CREDIT DEPT**
**500 S CENTRAL AVE**
**LOS ANGELES, CA 90013**

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ■ No   ☐ Yes

$5,555.68

---

**3.149
0**

Nonpriority creditor's name and mailing address
**YOUNG, COURTNEY**
**4009 MELROSE AVENUE APT. 409**
**LOS ANGELES, CA 90029**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **0949**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

**3.149
1**

Nonpriority creditor's name and mailing address
**YOUNG, JUSTIN N.**
**5748 WILLOWCREST AVE**
**NORTH HOLLYWOOD, CA 91601**

Date(s) debt was incurred **12/26/2019**

Last 4 digits of account number **4289**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.149 2**

**Nonpriority creditor's name and mailing address**
YOUSEFI, JASMINE N.
10120 SHOSHONE AVE
NORTHRIDGE, CA 91325

Date(s) debt was incurred _12/26/2019_

Last 4 digits of account number _0162_

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.149 3**

**Nonpriority creditor's name and mailing address**
ZACARIAS, FATIMA C.
4225 DEL MAR AVE
LOS ANGELES, CA 90029

Date(s) debt was incurred _12/26/2019_

Last 4 digits of account number _0637_

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.149 4**

**Nonpriority creditor's name and mailing address**
ZADOURIAN, VAHE
553 N MARIPOSA ST
BURBANK, CA 91506

Date(s) debt was incurred _12/26/2019_

Last 4 digits of account number _0554_

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.149 5**

**Nonpriority creditor's name and mailing address**
ZAMBADA, ASHLEY N.
2006 W SUNSET BLVD
LOS ANGELES, CA 90026

Date(s) debt was incurred _12/26/2019_

Last 4 digits of account number _0680_

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.149 6**

**Nonpriority creditor's name and mailing address**
ZAMORA, ANDRES M.
19509 SATICOY ST
RESEDA, CA 91335

Date(s) debt was incurred _12/26/2019_

Last 4 digits of account number _0173_

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.149 7**

**Nonpriority creditor's name and mailing address**
ZAPATA, SUSAN I.
2893 SUNSET PL
LOS ANGELES, CA 90005

Date(s) debt was incurred _12/26/2019_

Last 4 digits of account number _0823_

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.149 8**

**Nonpriority creditor's name and mailing address**
ZARATE, AMELIA
9230 LANGDON AVE. APT 1
NORTH HILLS, CA 91343

Date(s) debt was incurred _12/26/2019_

Last 4 digits of account number _0627_

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FORMER EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **Pacific Theatres Exhibition Corp.**
Name

Case number (if known)

---

**3.1499**

Nonpriority creditor's name and mailing address
**ZARATE, JOSE L.**
**11215 TOWNE AVE.**
**LOS ANGELES, CA 90061**

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  4762

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.1500**

Nonpriority creditor's name and mailing address
**ZENDESK, INC**
**1019 MARKET ST**
**SAN FRANCISCO, CA 94103**

Date(s) debt was incurred  2020-2021

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  IT

Is the claim subject to offset? ■ No  ☐ Yes

$1,000.00

---

**3.1501**

Nonpriority creditor's name and mailing address
**ZHAN, AOLUN**
**330 W AVE 26**
**LOS ANGELES, CA 90031**

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  1164

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.1502**

Nonpriority creditor's name and mailing address
**ZONE MECHANICAL LLC**
**12539 HOLIDAY DR.,**
**ALSIP, IL 60803**

Date(s) debt was incurred  2020-2021

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  SUPPLIER

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.1503**

Nonpriority creditor's name and mailing address
**ZOUEIHID, DANIEL S.**
**605 N YNEZ AVE**
**MONTEREY PARK, CA 91754**

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  0437

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FORMER EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.1    **1515 N. Halsted LLC**
**c/o Structured Development, LLC**
**211 N. Clinton, Suite  3S**
**Attention: Daniel Lukas**
**Chicago, IL 60661**

Line  3.2

☐   Not listed. Explain ____

_

---

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.2**    **1515 N. Halsted LLC**<br>c/o Structured Development<br>LLC 211 N. Clinton, Suite 3S<br>**Attention: Accounting Office**<br>**Chicago, IL 60661** | Line __3.2__<br><br>☐   Not listed. Explain ___ | – |
| **4.3**    **4454 Van Nuys Blvd**<br>**4454 Van Nuys Blvd., #212a**<br>**Sherman Oaks, CA 91403** | Line __3.3__<br><br>☐   Not listed. Explain ___ | – |
| **4.4**    **Bucksbaum Retail Properties**<br>**71 S. Wacker Dr. Suite 2130**<br>**Chicago, IL 60606** | Line __3.2__<br><br>☐   Not listed. Explain ___ | – |
| **4.5**    **CAPREF Paseo LLC**<br>**300 East Colorado Boulevard**<br>**Suite 213**<br>**Attention: Lease Administration**<br>**Pasadena, CA 91101** | Line __3.218__<br><br>☐   Not listed. Explain ___ | – |
| **4.6**    **CAPREF Paseo, LLC**<br>**5910 North Central Expressway**<br>**Suite 1600**<br>Attention: Paseo Asset Managemen<br>**Dallas, TX 75206** | Line __3.218__<br><br>☐   Not listed. Explain ___ | – |
| **4.7**    **Charles Hirsch Ballard Spahr LLP**<br>**300 East Lombard Street, 18th Fl**<br>**Baltimore, MD 21202-3268** | Line __3.914__<br><br>☐   Not listed. Explain ___ | – |
| **4.8**    **Continental Rosecrans/Nash, LLC**<br>**c/o Continental Development Corp**<br>**041 Rosecrans Avenue, Suite 200**<br>**El Segundo, CA 90245** | Line __3.299__<br><br>☐   Not listed. Explain ___ | – |
| **4.9**    **Douglas Emmett 2016, LLC**<br>**1299 Ocean Avenue Suite 1000**<br>**Attention: Director of Commercial**<br>**Property Management**<br>**Santa Monica, CA 90401** | Line __3.388__<br><br>☐   Not listed. Explain ___ | – |
| **4.10**   **Douglas Emmett Management, LLC**<br>**15301 Ventura Blvd., Bldg B,**<br>**Suite 360**<br>**Sherman Oaks, CA 91403** | Line __3.388__<br><br>☐   Not listed. Explain ___ | – |
| **4.11**   **GGP Northridge Fashion Center, LP**<br>**Northridge Fashion Center**<br>**350 N. Orleans St. Suite 300**<br>**Attn: Law/Lease Administration**<br>**Chicago, IL 60654** | Line __3.515__<br><br>☐   Not listed. Explain ___ | – |
| **4.12**   **John Byrne**<br>**The ByrneLaw Office**<br>**24007 Ventura Blvd, Ste 265**<br>**Calabasas, CA 91302** | Line __3.515__<br><br>☐   Not listed. Explain ___ | – |

| Debtor | Pacific Theatres Exhibition Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.13 | Macerich Lakewood, LP<br>401 Wilshire Boulevard, #700<br>Santa Monica, CA 90401 | Line 3.801<br>☐ Not listed. Explain ____ | — |
| 4.14 | Macerich Lakewood, LP<br>c/o Macerich Property Management Company, LLC<br>401 Wilshire Boulevard, #700<br>Santa Monica, CA 90401 | Line 3.801<br>☐ Not listed. Explain ____ | — |
| 4.15 | Macerich SMP LP<br>c/o Macerich<br>PO Box 2172<br>401 Wilshire Blvd., Suite 700<br>Santa Monica, CA 90401 | Line 3.801<br>☐ Not listed. Explain ____ | — |
| 4.16 | Macerich SMP LP<br>c/o Legal Operations<br>401 Wilshire Blvd., Suite 700<br>Attn: Laurel Hartman<br>Santa Monica, CA 90401 | Line 3.801<br>☐ Not listed. Explain ____ | — |
| 4.17 | Macerich SMP, LP<br>395 Santa Monica Place<br>Attn: Center Manager<br>Santa Monica, CA 90401-2350 | Line 3.801<br>☐ Not listed. Explain ____ | — |
| 4.18 | Montgomery Mall, LLC<br>c/o Westfield, LLC<br>11301 Wilshire Boulevard, 12th Fl<br>Los Angeles, CA 90025 | Line 3.914<br>☐ Not listed. Explain ____ | — |
| 4.19 | Northridge Fashion Center<br>9301 Tampa Avenue<br>Attn: General Manager<br>Northridge, CA 91324 | Line 3.515<br>☐ Not listed. Explain ____ | — |
| 4.20 | OliverMcMillan Glenview Theaters,<br>c/o OliverMcMillan<br>733 8th Avenue<br>San Diego, CA 92101 | Line 3.976<br>☐ Not listed. Explain ____ | — |
| 4.21 | OMCC Theater Owner, LLC<br>C/O NewMark Merrill Companies<br>5850 Canoga Ave Suite 650<br>Woodland Hills, CA 91367 | Line 3.982<br>☐ Not listed. Explain ____ | — |
| 4.22 | Podium Developer, LLC<br>c/o Boston Properties Limited Pa<br>Prudential Center<br>800 Boylston Street, Suite 1900<br>Boston, MA 02199-8103 | Line 3.1055<br>☐ Not listed. Explain ____ | — |
| 4.23 | Steven Gryczman<br>4454 Van Nuys Blvd., #212a<br>Sherman Oaks, CA 91403 | Line 3.3<br>☐ Not listed. Explain ____ | — |

| Debtor | **Pacific Theatres Exhibition Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.24 **The Americana at Brand, LLC**<br>**c/o Caruso Affiliated**<br>**101 The Grove Drive**<br>**Los Angeles, CA 90036** | Line ___3.1338___<br>☐ Not listed. Explain ___ | – |
| 4.25 **The Grove, LLC**<br>**c/o Caruso Affiliated**<br>**101 The Grove Drive**<br>**Los Angeles, CA 90036** | Line ___3.512___<br>☐ Not listed. Explain ___ | – |
| 4.26 **UTC Venture, LLC**<br>**c/o Westfield, LLC**<br>**11601 Wilshire Boulevard, 12th Fl**<br>**Los Angeles, CA 90025-1748** | Line ___3.1403___<br>☐ Not listed. Explain ___ | – |
| 4.27 **Westfield, LLC**<br>**1161 Wilshire Boulevard, 12th Fl**<br>**Los Angeles, CA 90025** | Line ___3.914___<br>☐ Not listed. Explain ___ | – |
| 4.28 **Williams Legal Advisory Group, LLC**<br>**169 Ramapo Valley Road Suite 106**<br>**Attention: Legal Notices (2012-25)**<br>**Oakland, NJ 07436** | Line ___3.218___<br>☐ Not listed. Explain ___ | – |

**Part 4:**  **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $   968,675.49 |
| 5b. Total claims from Part 2 | 5b.  +  $ | 61,711,296.31 |
| 5c. Total of Parts 1 and 2<br>   Lines 5a + 5b = 5c. | 5c. | $   62,679,971.80 |

**Fill in this information to identify the case:**

Debtor name    **Pacific Theatres Exhibition Corp.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    Property
   (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **JANITORIAL** | |
| | State the term remaining | | **ACS ENTERPRISES, INC. DBA ACS** |
| | List the contract number of any government contract | | **PO BOX 810** **WALNUT, CA 91788** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **UTILITIES** | |
| | State the term remaining | | **AEP ENERGY** |
| | List the contract number of any government contract | | PO 6329 **CAROL STREAM, IL 60197-6329** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **SUPPLIER** | |
| | State the term remaining | | **AIRGAS - WEST** |
| | List the contract number of any government contract | | **PO BOX 7423** **PASADENA, CA 91109** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **SUPPLIER** | |
| | State the term remaining | | **ALLIED UNIVERSAL COMPANY** |
| | List the contract number of any government contract | | PO BOX 931703 **ATLANTA, GA 31193** |

Debtor 1    **Pacific Theatres Exhibition Corp.**                                        Case number *(if known)*
    First Name      Middle Name     Last Name

## Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **MARKETING** |
| | State the term remaining | **AOR INCORPORATED** |
| | List the contract number of any government contract | **1020 CHEROKEE ST**<br>**DENVER, CO 80204** |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **SUPPLIER** |
| | State the term remaining | **AT&T** |
| | List the contract number of any government contract | **PO BOX 5025**<br>**CAROL STREAM, IL 60197** |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **SUPPLIER** |
| | State the term remaining | **AT&T** |
| | List the contract number of any government contract | **PO BOX 5025**<br>**CAROL STREAM, IL 60197** |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **SUPPLIER** |
| | State the term remaining | **AT&T** |
| | List the contract number of any government contract | **PO BOX 5025**<br>**CAROL STREAM, IL 60197** |
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **IT** |
| | State the term remaining | **AT&T** |
| | List the contract number of any government contract | **PO BOX 5025**<br>**CAROL STREAM, IL 60197** |
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **SUPPLIER** |
| | State the term remaining | **ATOM TICKETS, LLC**<br>**2700 COLORADO AVE**<br>**SANTA MONICA, CA 90404** |
| | List the contract number of any | |

Debtor 1   **Pacific Theatres Exhibition Corp.**                              Case number (*if known*)
         First Name      Middle Name          Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

     government contract

---

**2.11.**   State what the contract or lease is for and the nature of the debtor's interest   **OTHER**

    State the term remaining

    List the contract number of any government contract

**AUTOTELL NETWORKING**
**3611 SOUTH OCEAN CREST**
**SANTA ANA, CA 92704**

---

**2.12.**   State what the contract or lease is for and the nature of the debtor's interest   **IT**

    State the term remaining

    List the contract number of any government contract

**BEL AIR INTERNET, LLC**
**15301 VENTURA BLVD, D250**
**SHERMAN OAKS, CA 91403**

---

**2.13.**   State what the contract or lease is for and the nature of the debtor's interest   **MARKETING**

    State the term remaining

    List the contract number of any government contract

**BESTMARK, INC**
**5500 FELTL RD**
**MINNETONKA, MN 55343**

---

**2.14.**   State what the contract or lease is for and the nature of the debtor's interest   **SUPPLIER**

    State the term remaining

    List the contract number of any government contract

**BLACKHAWK NETWORK, INC.**
**PO BOX 932859**
**ATLANTA, GA 31193**

---

**2.15.**   State what the contract or lease is for and the nature of the debtor's interest   **SUPPLIER**

    State the term remaining

    List the contract number of any government contract

**BOBA GUYS LA, LLC**
**245 VISITACION AVENUE**
**BRISBANE, CA 94005**

---

**2.16.**   State what the contract or lease is for and the nature of the debtor's interest   **SUPPLIER**

**BOW MARKET ENTERTAINMENT LLC**
**522 17TH STREET**
**SANTA MONICA, CA 90402**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor 1    **Pacific Theatres Exhibition Corp.**                    Case number *(if known)* _____

    First Name      Middle Name      Last Name

&#9608;  **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**          State the name and mailing address for all other parties with
                                  whom the debtor has an executory contract or unexpired
                                  lease

        State the term remaining

        List the contract number of any
               government contract       _____

---

**2.17.**  State what the contract or       **SUPPLIER**
      lease is for and the nature of
      the debtor's interest

      State the term remaining
                             **BOW MARKET ENTERTAINMENT LLC**
      List the contract number of any       **232 QUADRO VECCHIO DRIVE**
           government contract          **PACIFIC PALISADES, CA 90272**

---

**2.18.**  State what the contract or       **SUPPLIER**
      lease is for and the nature of
      the debtor's interest

      State the term remaining
                             **BOW MARKET ENTERTAINMENT LLC**
      List the contract number of any       **140 BROADWAY**
           government contract          **EVERETT, MA 02149**

---

**2.19.**  State what the contract or       **SUPPLIER**
      lease is for and the nature of
      the debtor's interest

      State the term remaining             **BRINK'S U.S., A DIVISION OF BRINK'S, INC**
                                 **BRINK'S, INCORPORATED**
      List the contract number of any       **555 DIVIDEND DRIVE**
            government contract          **COPPELL, TX 75019**

---

**2.20.**  State what the contract or       **SUPPLIER**
      lease is for and the nature of
      the debtor's interest

      State the term remaining
                               **BROSNAN RISK CONSULTANTS, LTD**
      List the contract number of any       **SUITE 1538 ONE BLUE HILL PLAZA, 14T**
           government contract          **PEARL RIVER, NY 10965**

---

**2.21.**  State what the contract or       **MARKETING**
      lease is for and the nature of
      the debtor's interest

      State the term remaining
                               **BUTTER AND EGG ROAD USA INC.**
      List the contract number of any       **252 7TH AVENUE #7N**
            government contract          **NEW YORK, NY 10001**

---

Debtor 1  **Pacific Theatres Exhibition Corp.**                                      Case number *(if known)*
   First Name     Middle Name     Last Name

**Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.22.** State what the contract or lease is for and the nature of the debtor's interest

**OTHER**

State the term remaining

List the contract number of any government contract

CARTERA COMMERCE, INC.
BONUS MERCHANT NETWORK - CARTERA COMMERCE, INC.
3348 PEACHTREE RD.
TOWER PLACE 200 SUITE 300
ATLANTA, GA 30326

**2.23.** State what the contract or lease is for and the nature of the debtor's interest

**ADVERTISING LICENSE AGREEMENT**

State the term remaining

List the contract number of any government contract

CARUSO MANAGEMENT COMPANY, LTD
THE GROVE LLC
101 THE GROVE DRIVE
LOS ANGELES, CA 90036

**2.24.** State what the contract or lease is for and the nature of the debtor's interest

**FILM BOOKING AGREEMENT**

State the term remaining

List the contract number of any government contract

CHINESE THEATRES LLC & CHINESE 6 THEATRE
9000 SUSET BLVD.
SUITE 950
LOS ANGELES, CA 90069

**2.25.** State what the contract or lease is for and the nature of the debtor's interest

**SUPPLIER**

State the term remaining

List the contract number of any government contract

CINEDIGM DIGITAL CINEMA CORP.
902 BROADWAY
NEW YORK, NY 10010

**2.26.** State what the contract or lease is for and the nature of the debtor's interest

**SUPPLIER**

State the term remaining

List the contract number of any government contract

CINEMA SCENE MARKETING AND PROMOTIONS, L
9200 INDIAN CREEK PKWY
OVERLAND PARK, KS 66210

**2.27.** State what the contract or lease is for and the nature of the debtor's interest

**SUPPLIER**

State the term remaining

List the contract number of any

CINEMA SOLUTIONS INC
PO BOX 591789
SAN ANTONIO, TX 78259

Debtor 1    **Pacific Theatres Exhibition Corp.**

First Name    Middle Name    Last Name

Case number *(if known)* _____

**Additional Page if You Have More Contracts or Leases**

2. List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

government contract

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **OTHER** | |
|---|---|---|---|
| | State the term remaining | | **CINEMARK USA** |
| | List the contract number of any government contract | | **3900 DALLAS PARKWAY, SUITE 500 PLANO, TX 75093** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **SUPPLIER** | |
|---|---|---|---|
| | State the term remaining | | **CISCO SYSTEMS, INC.** |
| | List the contract number of any government contract | | **3 DEMYAN DRIVE ANNAPOLIS, MD 21403** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **SUPPLIER** | |
|---|---|---|---|
| | State the term remaining | | **CITY OF GLENDALE** |
| | List the contract number of any government contract | | **FLOOR 5 38 WEST 28TH STREET NEW YORK, NY 10001** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **SUPPLIER** | |
|---|---|---|---|
| | State the term remaining | | **CLOCKWORK, LLC** |
| | List the contract number of any government contract | | **423 DELAWARE, SUIT 102 KANSAS CITY, MO 64105** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **SUPPLIER & EQUIPMENT LEASE** | |
|---|---|---|---|
| | State the term remaining | | **COCA-COLA BOTTLING (LA)** |
| | List the contract number of any government contract | | **PO BOX 740214 LOS ANGELES, CA 90074** |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **SUPPLIER** | **CODE RED FIRE INC PO BOX 1552 MONTEBELLO, CA 90640** |
|---|---|---|---|

Debtor 1    **Pacific Theatres Exhibition Corp.**                                          Case number (if known) _____
    First Name      Middle Name      Last Name

**Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**                State the name and mailing address for all other parties with
                                                              whom the debtor has an executory contract or unexpired
                                                              lease

    State the term remaining

    List the contract number of any
        government contract    _____

---

**2.34.** State what the contract or     **MARKETING**
lease is for and the nature of
the debtor's interest

    State the term remaining
                              **COLOREDGE, INC.**
    List the contract number of any     **132 WEST 31ST STREET**
        government contract     **NEW YORK, NY 10001**

---

**2.35.** State what the contract or     **IT**
lease is for and the nature of
the debtor's interest

    State the term remaining

    List the contract number of any     **COMCAST CORPORATION**
        government contract     **PHILADELPHIA, PA 19176-0219**

---

**2.36.** State what the contract or     **MARKETING**
lease is for and the nature of
the debtor's interest

    State the term remaining
                              **CUSHING & COMPANY**
    List the contract number of any     **213 W. INSTITUTE PLACE, SUITE 200**
        government contract     **CHICAGO, IL 60610**

---

**2.37.** State what the contract or     **SUPPLIER**
lease is for and the nature of
the debtor's interest

    State the term remaining
                              **CUSTOM PROTECTIVE SERVICES**
    List the contract number of any     **1251 W SEPULVEDA BLVD**
        government contract     **TORRANCE, CA 90502**

---

**2.38.** State what the contract or     **SUPPLIER**
lease is for and the nature of
the debtor's interest

    State the term remaining
                              **DE LAGE LANDEN**
    List the contract number of any     **PO BOX 41602**
        government contract     **PHILADELPHIA, PA 19101**

---

Debtor 1   **Pacific Theatres Exhibition Corp.**
   First Name      Middle Name      Last Name

Case number *(if known)*

---

### ■ Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.39.** State what the contract or lease is for and the nature of the debtor's interest   IT

    State the term remaining

    List the contract number of any government contract

**DIGITAL CINEMA DISTRIBUTION COALITION LL
1840 CENTURY PARK EAST, SUITE 440
LOS ANGELES, CA 90067**

---

**2.40.** State what the contract or lease is for and the nature of the debtor's interest   IT

    State the term remaining

    List the contract number of any government contract

**DOSARREST INTERNET SECURITY LTD
186-8120 NO.2 ROAD
RICHMOND, BC V7C 5J8**

---

**2.41.** State what the contract or lease is for and the nature of the debtor's interest   OTHER

    State the term remaining

    List the contract number of any government contract

**DR PEPPER / SEVEN UP, INC.,
A DR PEPPER SNAPPLE GROUP CO
53 SOUTH AVENUE
BURLINGTON, MA 01803**

---

**2.42.** State what the contract or lease is for and the nature of the debtor's interest   UTILITIES

    State the term remaining

    List the contract number of any government contract

**EDCO WASTE SERVICE
PO BOX 6538
BUENA PARK, CA 90622**

---

**2.43.** State what the contract or lease is for and the nature of the debtor's interest   SUPPLIER

    State the term remaining

    List the contract number of any government contract

**EMPLOYEE BENEFIT SPECIALIST INC
PO BOX 11657
PLEASANTON, CA 94588**

---

**2.44.** State what the contract or lease is for and the nature of the debtor's interest   UTILITIES

    State the term remaining

    List the contract number of any

**ENGIE NORTH AMERICA INC.
P.O. BOX 9001025
LOUISVILLE, KY 40290-1025**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Pacific Theatres Exhibition Corp.**
    First Name      Middle Name      Last Name

Case number *(if known)*

**Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

government contract

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | IT | |
|---|---|---|---|
| | State the term remaining | | **EPLUS TECHNOLOGY INC** |
| | List the contract number of any government contract | | **FILE 56861** <br> **LOS ANGELES, CA 90074** |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **SUPPLIER & EQUIPMENT LEASE** | |
|---|---|---|---|
| | State the term remaining | | **EVERSOFT INC** |
| | List the contract number of any government contract | | **PO BOX 92769** <br> **LONG BEACH, CA 90809** |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **TICKET SALES** | |
|---|---|---|---|
| | State the term remaining | | **FANDANGO MEDIA, LLC** <br> **12200 W. OLYMPIC BLVD.** |
| | List the contract number of any government contract | | **SUITE 400** <br> **LOS ANGELES, CA 90064** |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **SUPPLIER** | |
|---|---|---|---|
| | State the term remaining | | **FSV PAYMENT SYSTEMS, INC.** |
| | List the contract number of any government contract | | **6410 SOUTHPOINT PWKY,, STE 200** <br> **JACKSONVILLE, FL 32216** |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **SUPPLIER** | |
|---|---|---|---|
| | State the term remaining | | **FTI CONSULTING, INC.** |
| | List the contract number of any government contract | | **SUITE 200 16701 MELFORD BLVD** <br> **BOWIE, MD 20715** |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | IT | **GARDA CL WEST INC** <br> **PO BOX 70219** <br> **PHILADELPHIA, PA 19176-0219** |
|---|---|---|---|

Debtor 1    **Pacific Theatres Exhibition Corp.**

First Name        Middle Name        Last Name

Case number (*if known*)

**Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

State the term remaining

List the contract number of any government contract

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **SECURITY DEPOSIT** |
| --- | --- | --- |
| | State the term remaining | |
| | List the contract number of any government contract | **GGETA SUNSET, LLC**<br>**4609 HAMPTON STREET**<br>**VERNON, CA 90058** |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **SUPPLIER** |
| --- | --- | --- |
| | State the term remaining | |
| | List the contract number of any government contract | **GRAYCOR CONSTRUCTION COMPANY, INC.**<br>**TWO MID AMERICA PLAZA - SUITE 400**<br>**OAKBROOK TERRACE, IL 60181** |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **SUPPLIER** |
| --- | --- | --- |
| | State the term remaining | |
| | List the contract number of any government contract | **GUNDRY PARTNERS, LP DBA HOWARD CDM, INC.**<br>**3750 LONG BEACH BLVD**<br>**LONG BEACH, CA 90807** |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **MARKETING** |
| --- | --- | --- |
| | State the term remaining | |
| | List the contract number of any government contract | **HATHWAY INC**<br>**81 HIGUERA STREET, SUITE 220**<br>**SAN LUIS OBISPO, CA 93401** |

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **MARKETING** |
| --- | --- | --- |
| | State the term remaining | |
| | List the contract number of any government contract | **HELLO DESIGN, LLC**<br>**10305 JEFFERSON BLVD**<br>**CULVER CITY, CA 90232** |

Debtor 1    **Pacific Theatres Exhibition Corp.**                                    Case number (*if known*) _____
    First Name         Middle Name         Last Name

## Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | IT | |
|---|---|---|---|
| | State the term remaining | | HOLLYWOOD SOFTWARE, INC. |
| | List the contract number of any government contract | | PO BOX 740916 |
| | | | LOS ANGELES, CA 90074-0916 |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | SUPPLIER | |
|---|---|---|---|
| | State the term remaining | | HOOTAN & ASSOCIATES, INC. |
| | List the contract number of any government contract | | 14252 CULVER DRIVE, SUITE 170 |
| | | | IRVINE, CA 92604 |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | SUPPLIER | |
|---|---|---|---|
| | State the term remaining | | IRON MOUNTAIN RECORDS MGMT |
| | List the contract number of any government contract | | PO BOX 601002 |
| | | | PASADENA, CA 91189 |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | SUPPLIER | |
|---|---|---|---|
| | State the term remaining | | J&J SNACK FOODS CORP. |
| | List the contract number of any government contract | | 600 CENTRAL HIGHWAY |
| | | | PENNSAUKEN, NJ 08109 |

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | SUPPLIER | |
|---|---|---|---|
| | State the term remaining | | JOHN HANCOCK MATCHING |
| | List the contract number of any government contract | | 690 CANTON ST |
| | | | WESTWOOD, MA 02090 |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | SUPPLIER | |
|---|---|---|---|
| | State the term remaining | | JOHN SITTIG |
| | List the contract number of any | | 23283 GARDENIA DRIVE |
| | | | CORONA, CA 92883 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1  **Pacific Theatres Exhibition Corp.**                              Case number *(if known)*
    First Name       Middle Name      Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |
|---|---|---|

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **SUPPLIER** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | **KELLY J. VALENTINE**<br>**120 N. ROBERTSON BLVD**<br>**LOS ANGELES, CA 90048** |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **UTILITIES** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | **KETER ENVIRONMENTAL**<br>**PO BOX 417468**<br>**BOSTON, MA 02241-7468** |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **SUPPLIER** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | **KONE INC**<br>**PO BOX 894156**<br>**LOS ANGELES, CA 90189** |

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **MARKETING** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | **KORTENHAUS COMMUNICATIONS, INC.**<br>**75 NEWBURY STREET**<br>**BOSTON, MA 02116** |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **SUPPLIER** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | **KWAME ONWUACHI**<br>**435 WEST 31ST STREET, APT. 39 C**<br>**NEW YORK, NY 10001** |

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **SUPPLIER** |
|---|---|---|
|  |  | **LEAF CAPITAL FUNDING**<br>**SUITE 200 16701 MELFORD BLVD**<br>**BOWIE, MD 20715** |

Debtor 1    **Pacific Theatres Exhibition Corp.**                              Case number *(if known)*
    First Name     Middle Name     Last Name

**Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**    State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

    State the term remaining

    List the contract number of any
        government contract

---

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **EQUIPMENT LEASE** |
|---|---|---|

    State the term remaining

    List the contract number of any
        government contract

**LEAF CAPITAL FUNDING, LLC**
**PO BOX 5066**
**HARTFORD, CT 06102-5066**

---

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **SUPPLIER** |
|---|---|---|

    State the term remaining

    List the contract number of any
        government contract

**LOS ANGELES AIR CONDITIONING INC**
**1714 LINDBERGH CT**
**LA VERNE, CA 91750**

---

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **IT** |
|---|---|---|

    State the term remaining

    List the contract number of any
        government contract

**LSQ GROUP HOLDINGS LLC**
**SUITE 100 2600 LUCIEN WAY**
**MAITLAND, FL 32751**

---

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | **SUPPLIER** |
|---|---|---|

    State the term remaining

    List the contract number of any
        government contract

**MAJOR THEATRE EQUIPMENT CORP.**
**101 HOLMES STREET**
**QUINCY, MA 02171**

---

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | **IT** |
|---|---|---|

    State the term remaining

    List the contract number of any
        government contract

**MANHATTAN TELECOMMUNICATIONS CORP.**
**FLOOR 32 55 WATER STREET**
**NEW YORK, NY 10041**

---

Debtor 1    **Pacific Theatres Exhibition Corp.**                              Case number (*if known*) _____

    First Name      Middle Name      Last Name

**Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**        **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | **SUPPLIER** | |
|---|---|---|---|
| | State the term remaining | | **MCCONNELL'S FINE ICE CREAMS, LLC** |
| | List the contract number of any government contract | | **835 E CANON PERDIDO STREET**<br>**SANTA BARBARA, CA 93103** |

| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | **IT** | |
|---|---|---|---|
| | State the term remaining | | **MICROSOFT CORPORATION** |
| | List the contract number of any government contract | | **ONE MICROSOFT WAY**<br>**REDMOND, WA 98052-6399** |

| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | **SUPPLIER** | |
|---|---|---|---|
| | State the term remaining | | **MIMO, LLC** |
| | List the contract number of any government contract | | **5201 THATCHER ROAD**<br>**DOWNERS GROVE, IL 60515** |

| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | **SUPPLIER** | |
|---|---|---|---|
| | State the term remaining | | **MIRROR RELEASING, LLC** |
| | List the contract number of any government contract | | **3850 N WIKE ROAD**<br>**ARLINGTON HEIGHTS, IL 60004** |

| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | **SUPPLIER** | |
|---|---|---|---|
| | State the term remaining | | **MIRROR RELEASING, LLC** |
| | List the contract number of any government contract | | **690 CANTON ST**<br>**WESTWOOD, MA 02090** |

| 2.78. | State what the contract or lease is for and the nature of the debtor's interest | **SUPPLIER** | |
|---|---|---|---|
| | State the term remaining | | **MITSUBISHI ELECTRIC US, INC.** |
| | List the contract number of any | | **205 W. 64TH PL.**<br>**INGLEWOOD, CA 90302** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1   **Pacific Theatres Exhibition Corp.**                                    Case number *(if known)*
          First Name         Middle Name         Last Name

**Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**                State the name and mailing address for all other parties with
                                                              whom the debtor has an executory contract or unexpired
                                                              lease

          government contract

| | | |
|---|---|---|
| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | **SUPPLIER** |
| | State the term remaining | **MITSUBISHI ELECTRIC US, INC.** |
| | List the contract number of any government contract | **120 N. ROBERTSON BLVD**<br>**LOS ANGELES, CA 90048** |
| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | **SUPPLIER** |
| | State the term remaining | **MITSUBISHI ELECTRIC US, INC.** |
| | List the contract number of any government contract | **245 VISITACION AVENUE**<br>**BRISBANE, CA 94005** |
| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | **SUPPLIER** |
| | State the term remaining | **MITSUBISHI ELECTRIC US, INC.** |
| | List the contract number of any government contract | **835 E CANON PERDIDO STREET**<br>**SANTA BARBARA, CA 93103** |
| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | **MARKETING** |
| | State the term remaining | **MOVIO LIMITED** |
| | List the contract number of any government contract | **6300 WILSHIRE BLVD, STE 940**<br>**LOS ANGELES, CA 90048** |
| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | **SUPPLIER** |
| | State the term remaining | **NORTHERN BUSINESS MACHINES, INC.** |
| | List the contract number of any government contract | **24 TERRY AVENUE**<br>**BURLINGTON, MA 01803** |
| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | **IT**      **ONE RING NETWORKS, INC.**<br>**PO BOX 1360**<br>**ATHENS, TX 75751** |

Debtor 1    **Pacific Theatres Exhibition Corp.**                          Case number (*if known*)
_____
First Name    Middle Name    Last Name

**Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**                **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

State the term remaining

List the contract number of any
government contract

| | | |
|---|---|---|
| **2.85.** | State what the contract or lease is for and the nature of the debtor's interest | IT |
| | State the term remaining | |
| | List the contract number of any government contract | **OSRAM SYLVANIA INC. OSRAM SYLVANIA PRODU 200 BALLARDVALE ST WILMINGTON, MA 01887** |
| **2.86.** | State what the contract or lease is for and the nature of the debtor's interest | **SUPPLIER** |
| | State the term remaining | |
| | List the contract number of any government contract | **PAYLOCITY CORPORATION 3850 N WIKE ROAD ARLINGTON HEIGHTS, IL 60004** |
| **2.87.** | State what the contract or lease is for and the nature of the debtor's interest | **SUPPLIER** |
| | State the term remaining | |
| | List the contract number of any government contract | **PEOPLES GAS PO BOX 11657 PLEASANTON, CA 94588** |
| **2.88.** | State what the contract or lease is for and the nature of the debtor's interest | **MARKETING** |
| | State the term remaining | |
| | List the contract number of any government contract | **PEOPLES GAS 715 S NORMANDIE LOS ANGELES, CA 90005** |
| **2.89.** | State what the contract or lease is for and the nature of the debtor's interest | **STORAGE UNIT** |
| | State the term remaining | |
| | List the contract number of any government contract | **PUBLIC STORAGE 140 BROADWAY EVERETT, MA 02149** |

Debtor 1    **Pacific Theatres Exhibition Corp.**                                    Case number (if known) _____
　　　　　　First Name　　　　　Middle Name　　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**　　　　　　State the name and mailing address for all other parties with
　　　　　　　　　　　　　　　　　　　　　　　　　　　whom the debtor has an executory contract or unexpired
　　　　　　　　　　　　　　　　　　　　　　　　　　　lease

| 2.90. | State what the contract or lease is for and the nature of the debtor's interest | IT | |
|---|---|---|---|
| | State the term remaining | | **REAL D INC** |
| | List the contract number of any government contract | | **5700 FLATIRON PARKWAY** **BOULDER, CO 80301** |

| 2.91. | State what the contract or lease is for and the nature of the debtor's interest | SUPPLIER | |
|---|---|---|---|
| | State the term remaining | | **RELIABLE MONITORING SERVICES** |
| | List the contract number of any government contract | | **26500 W AGOURA RD, STE102-537** **CALABASAS, CA 91302** |

| 2.92. | State what the contract or lease is for and the nature of the debtor's interest | UTILITIES | |
|---|---|---|---|
| | State the term remaining | | **REPUBLIC SERVICES, INC** |
| | List the contract number of any government contract | | **P.O BOX 78829** **PHOENIX, AZ 85062** |

| 2.93. | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LEASE AND SERVICE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | | **RICOH USA INC** **RICOH USA, INC.** |
| | List the contract number of any government contract | | **PO BOX 41602** **PHILADELPHIA, PA 19101** |

| 2.94. | State what the contract or lease is for and the nature of the debtor's interest | SUPPLIER | |
|---|---|---|---|
| | State the term remaining | | **RLJ ENTERTAINMENT** |
| | List the contract number of any government contract | | **1 EXECUTIVE PARK DRIVE** **BEDFORD, NH 03110** |

| 2.95. | State what the contract or lease is for and the nature of the debtor's interest | SUPPLIER | |
|---|---|---|---|
| | State the term remaining | | **RLJ ENTERTAINMENT** |
| | List the contract number of any | | **6908 HOLLYWOOD BLVD, 3RD FLOOR** **LOS ANGELES, CA 90028** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com　　　　　Best Case Bankruptcy

Debtor 1  **Pacific Theatres Exhibition Corp.**                         Case number (*if known*) _____
　　　　　First Name　　　Middle Name　　　Last Name

<span style="background:black">　　　　</span>  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |
|---|---|---|

| 2.96. | State what the contract or lease is for and the nature of the debtor's interest | **MARKETING** |
|---|---|---|
|  | State the term remaining | **SARAH TABBUSH** |
|  | List the contract number of any government contract | **5621 LARIAT TRAIL**<br>**PIONEERTOWN, CA 92268** |

| 2.97. | State what the contract or lease is for and the nature of the debtor's interest | **IT** |
|---|---|---|
|  | State the term remaining | **SAVANTIS GROUP, INC. SAVANTIS INC.**<br>**SAVANTIS SOLUTIONS, LLC.** |
|  | List the contract number of any government contract | **100 WOOD AVE SOUTH**<br>**ISELIN, NJ 08830** |

| 2.98. | State what the contract or lease is for and the nature of the debtor's interest | **ADVERTISING**<br>**AGREEMENT** |
|---|---|---|
|  | State the term remaining | **SCREENVISION DIRECT, INC**<br>**SCREENVISION EXHIBITION INC.** |
|  | List the contract number of any government contract | **1411 BROADWAY, 33RD FLOOR**<br>**NEW YORK, NY 10018** |

| 2.99. | State what the contract or lease is for and the nature of the debtor's interest | **OTHER** |
|---|---|---|
|  | State the term remaining | **SCREENVISION EXHIBITION, INC.**<br>**1411 BROADWAY** |
|  | List the contract number of any government contract | **33RD FLOOR**<br>**NEW YORK, NY 10018** |

| 2.100. | State what the contract or lease is for and the nature of the debtor's interest | **SUPPLIER** |
|---|---|---|
|  | State the term remaining | **SECTRAN SECURITY, INCORPORATED** |
|  | List the contract number of any government contract | **PO BOX 227267**<br>**LOS ANGELES, CA 90022** |

| 2.101. | State what the contract or lease is for and the nature of the debtor's interest | **IT** |
|---|---|---|
|  |  | **SERVICENOW, INC.**<br>**PO BOX 731647**<br>**DALLAS, TX 75373-1647** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Debtor 1    **Pacific Theatres Exhibition Corp.**

First Name                Middle Name              Last Name

Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

State the term remaining

List the contract number of any government contract

| | | |
|---|---|---|
| 2.102. | State what the contract or lease is for and the nature of the debtor's interest | **MARKETING** |
| | State the term remaining | |
| | List the contract number of any government contract | **SHARE DIMENSION B.V.**<br>**BOLSTEN 2D**<br>**AMSTERDAM, 12 01046** |
| 2.103. | State what the contract or lease is for and the nature of the debtor's interest | **SUPPLIER** |
| | State the term remaining | |
| | List the contract number of any government contract | **SHRED IT USA LLC**<br>**28883 NETWORK PLACE**<br>**CHICAGO, IL 60673-1288** |
| 2.104. | State what the contract or lease is for and the nature of the debtor's interest | **SUPPLIER** |
| | State the term remaining | |
| | List the contract number of any government contract | **SIMMER GROUP LLC**<br>**FLOOR 5 38 WEST 28TH STREET**<br>**NEW YORK, NY 10001** |
| 2.105. | State what the contract or lease is for and the nature of the debtor's interest | **JANITORIAL** |
| | State the term remaining | |
| | List the contract number of any government contract | **SIMPLY RIGHT, INC.**<br>**1309 16TH ST**<br>**OGDEN, UT 84404** |
| 2.106. | State what the contract or lease is for and the nature of the debtor's interest | **MARKETING** |
| | State the term remaining | |
| | List the contract number of any government contract | **SOCIAL INTELLIGENCE AGENCY, LLC**<br>**4620 MARY ELLEN AVENUE**<br>**SHERMAN OAKS, CA 91423** |

Debtor 1   **Pacific Theatres Exhibition Corp.**
    First Name      Middle Name      Last Name

Case number (*if known*)

**Additional Page if You Have More Contracts or Leases**

2. List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.107. | State what the contract or lease is for and the nature of the debtor's interest | **EQUIPMENT LICENSE AGREEMENT - PHOTO BOOTHS** | |
|---|---|---|---|
| | State the term remaining | | **SOCIAL REWARDS, INC** |
| | List the contract number of any government contract | | **SUITE 101 3528 TORRANCE BLVD TORRANCE, CA 90503** |

| 2.108. | State what the contract or lease is for and the nature of the debtor's interest | **IT** | |
|---|---|---|---|
| | State the term remaining | | **SOLNSOFT LLC, DBA XCENTIUM** |
| | List the contract number of any government contract | | **615 N NASH ST. EL SEGUNDO, CA 90245** |

| 2.109. | State what the contract or lease is for and the nature of the debtor's interest | **EQUIPMENT LEASE - PROJECTORS** | |
|---|---|---|---|
| | State the term remaining | | **SONY ELECTRONICS INC** |
| | List the contract number of any government contract | | **PO BOX 100172 PASADENA, CA 91189** |

| 2.110. | State what the contract or lease is for and the nature of the debtor's interest | **SUPPLIER** | |
|---|---|---|---|
| | State the term remaining | | **STACY CONDE** |
| | List the contract number of any government contract | | **205 W. 64TH PL. INGLEWOOD, CA 90302** |

| 2.111. | State what the contract or lease is for and the nature of the debtor's interest | **IT** | |
|---|---|---|---|
| | State the term remaining | | **STERLING INFOSYSTEMS, INC.** |
| | List the contract number of any government contract | | **PO BOX 102255 PASADENA, CA 91189-2255** |

| 2.112. | State what the contract or lease is for and the nature of the debtor's interest | **MARKETING** | |
|---|---|---|---|
| | State the term remaining | | **STUDIO LEFT, LLC** |
| | List the contract number of any | | **PO BOX 3333 GLENDALE, CA 91221** |

Debtor 1    **Pacific Theatres Exhibition Corp.**
     First Name     Middle Name     Last Name

Case number (if known) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

---

**2.113.** State what the contract or lease is for and the nature of the debtor's interest — **SUPPLIER**

State the term remaining

List the contract number of any government contract

**SUNCOAST ELEVATOR CO**
**10948 1/2 GRAND AVE**
**TEMPLE CITY, CA 91780**

---

**2.114.** State what the contract or lease is for and the nature of the debtor's interest — **IT**

State the term remaining

List the contract number of any government contract

**TEVORA BUSINESS SOLUTIONS, INC.**
**SUITE 100 17875 VON KARMAN AVE.**
**IRVINE, CA 92630**

---

**2.115.** State what the contract or lease is for and the nature of the debtor's interest — **SUPPLIER AND EQUIPMENT LEASE**

State the term remaining

List the contract number of any government contract

**THE COCA-COLA COMPANY**
**ONE COCA-COLA PLAZA**
**ATLANTA, GA 30313**

---

**2.116.** State what the contract or lease is for and the nature of the debtor's interest — **EQUIPMENT LEASE**

State the term remaining

List the contract number of any government contract

**THE ICEE COMPANY**
**1200 WEST 7TH STREET, SUITE L2 2**
**LOS ANGELES, CA 90017**

---

**2.117.** State what the contract or lease is for and the nature of the debtor's interest — **MARKETING**

State the term remaining

List the contract number of any government contract

**THE MUSIC SYNDICATE, LLC**
**1801 WILLOW AVENUE, SUITE 211**
**WEEHAWKEN, NJ 07086**

---

**2.118.** State what the contract or lease is for and the nature of the debtor's interest — **SUPPLIER**

**TRANE U.S. INC.**
**PO BOX 98167**
**CHICAGO, IL 60693**

---

Debtor 1    **Pacific Theatres Exhibition Corp.**                                  Case number *(if known)*
　　　　　First Name　　　Middle Name　　　　　　Last Name

■ **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**                    State the name and mailing address for all other parties with
                                                                   whom the debtor has an executory contract or unexpired
                                                                   lease

　　　　　State the term remaining

　　　　　List the contract number of any
　　　　　　　government contract　　　＿＿＿＿＿＿＿＿

| | | |
|---|---|---|
| 2.119. | State what the contract or lease is for and the nature of the debtor's interest | **SUPPLIER** |

　　　　　State the term remaining

　　　　　List the contract number of any
　　　　　　　government contract

**U.S. SECURITY ASSOCIATES**
**26375 NETWORK PLACE**
**CHICAGO, IL 60673-1263**

| | | |
|---|---|---|
| 2.120. | State what the contract or lease is for and the nature of the debtor's interest | **SUPPLIER** |

　　　　　State the term remaining

　　　　　List the contract number of any
　　　　　　　government contract

**UNIVERSAL PROTECTION SERVICE, LP**
**AN ALLIED UNIVERSAL COMPANY**
**3101 STAFFORD DRIVE,**
**CHARLOTTE, NC 28208**

| | | |
|---|---|---|
| 2.121. | State what the contract or lease is for and the nature of the debtor's interest | IT |

　　　　　State the term remaining

　　　　　List the contract number of any
　　　　　　　government contract

**VERIZON (REMITTANCE: CALIFORNIA)**
**PO BOX 15124**
**ALBANY, NY 12212-5124**

| | | |
|---|---|---|
| 2.122. | State what the contract or lease is for and the nature of the debtor's interest | IT |

　　　　　State the term remaining

　　　　　List the contract number of any
　　　　　　　government contract

**VERIZON WIRELESS**
**PO BOX 660108**
**DALLAS, TX 75266**

| | | |
|---|---|---|
| 2.123. | State what the contract or lease is for and the nature of the debtor's interest | **AGREEMENT FOR INSTALLATION AND LEASE OF DIGITAL ADVERTISING DISPLAYS AND ADVERTISING SERVICES** |

　　　　　State the term remaining

　　　　　List the contract number of any
　　　　　　　government contract

**VISION MEDIA**
**CINEMA SCENE MARKETING & PROMOTIONS**
**9200 INDIAN CREEK PKWY**
**OVERLAND PARK, KS 66210**

Debtor 1    **Pacific Theatres Exhibition Corp.**                              Case number (if known)
     First Name       Middle Name       Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**     State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.124. | State what the contract or lease is for and the nature of the debtor's interest | IT |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **VISTA ENTERTAINMENT SOLUTIONS LTD.**<br>**SUITE 150 335 N. MAPLE DR.**<br>**BEVERLY HILLS, CA 90210** |

| 2.125. | State what the contract or lease is for and the nature of the debtor's interest | SUPPLIER |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **VISTAR CORP**<br>**3790 E JURUPA ST**<br>**ONTARIO, CA 91761** |

| 2.126. | State what the contract or lease is for and the nature of the debtor's interest | UTILITIES |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **WASTE MANAGEMENT**<br>**PO BOX 4648**<br>**CAROL STREAM, IL 60197** |

| 2.127. | State what the contract or lease is for and the nature of the debtor's interest | UTILITIES |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **WASTE MANAGEMENT - LOS ANGELES**<br>**PO BOX 541065**<br>**LOS ANGELES, CA 90054-1065** |

| 2.128. | State what the contract or lease is for and the nature of the debtor's interest | UTILITIES |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **WASTE MANAGEMENT OF MARYLAND INC**<br>**PO BOX 13648**<br>**PHILADELPHIA, PA 19101** |

| 2.129. | State what the contract or lease is for and the nature of the debtor's interest | MARKETING |
|---|---|---|
| | State the term remaining | **WELDON, WILLAMS & LICK, INC**<br>**711 NORTH A ST**<br>**FORT SMITH, AR 72901** |

| Debtor 1 | **Pacific Theatres Exhibition Corp.** | | | Case number (*if known*) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | List the contract number of any government contract | |
|---|---|---|

| 2.130. | State what the contract or lease is for and the nature of the debtor's interest | **SUPPLIER** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | |

**WEST WORLD MEDIA**
**PO BOX 30291**
**NEW YORK, NY 10087**

| 2.131. | State what the contract or lease is for and the nature of the debtor's interest | **REAL PROPERTY LEASE** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | |

**WINCAL, LLC**
**120 N ROBERTSON BLVD 3RD FLOOR**
**LOS ANGELES, CA 90048**

| 2.132. | State what the contract or lease is for and the nature of the debtor's interest | **IT** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | |

**ZENDESK, INC**
**1019 MARKET ST**
**SAN FRANCISCO, CA 94103**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Pacific Theatres Exhibition Corp.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* Codebtor    *Column 2:* Creditor

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **ArcLight Cinema Company** | **120 N. Robertson Blvd. 3rd Floor Los Angeles, CA 90048** | **Bank of America, N.A.** | ☑ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **ArcLight Visions, Inc.** | **120 N. Robertson Blvd. 3rd Floor Los Angeles, CA 90048** | **Bank of America, N.A.** | ☑ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Glendale Americana Theatre, LLC** | **120 N. Robertson Blvd. 3rd Floor Los Angeles, CA 90048** | **Bank of America, N.A.** | ☑ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Pacific Cinemas Corporation** | **120 N. Robertson Blvd. 3rd Floor Los Angeles, CA 90048** | **Bank of America, N.A.** | ☑ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Pacific Theatres Entertainment Corporation** | **120 N. Robertson Blvd. 3rd Floor Los Angeles, CA 90048** | **Bank of America, N.A.** | ☑ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Pacific Theatres Exhibition Corp.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an
  amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■ *Schedule H: Codebtors* (Official Form 206H)
■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___June 18, 2021___    X _____
                                       Signature of individual signing on behalf of debtor

                                       **Jeffrey Koblentz**
                                       Printed name

                                       **President**
                                       Position or relationship to debtor

SCHEDULE A/B: ASSETS - REAL AND PERSONAL PROPERTY

## Pacific Theatres Exhibition Corp          Case Number:

| Part 3: | Schedule A/B:  Assets - Real and Personal Property |
|---|---|

Accounts Receivable

11 Accounts Receivable - ALL OVER 90 DAYS
As of 6/8/21

| | DESCRIPTION | FACE AMOUNT | DOUBTFUL OR UNCOLLECTED ACCOUNTS | CURRENT VALUE OF DEBTOR'S INTEREST |
|---|---|---|---|---|
| 11.1 | Cinema Scene - Movie Advertising | $ 65,859.43 | $ (65,859.43) | $ - |
| 11.2 | A Better Chicago | $ (50.00) | $ 50.00 | $ - |
| 11.3 | A24 FILMS | $ 750.00 | $ (750.00) | $ - |
| 11.4 | A24 FILMS-MARKETING | $ 33,003.99 | $ (33,003.99) | $ - |
| 11.5 | Allied Integrated Marketing | $ (4,050.00) | $ 4,050.00 | $ - |
| 11.6 | Bleecker Street Media LLC | $ 3,597.97 | $ (3,597.97) | $ - |
| 11.7 | Podium Developer, LLC | $ 558,400.44 | $ (558,400.44) | $ - |
| 11.8 | DR. PEPPER SNAPPLE GROUP | $ 5,312.00 | $ (5,312.00) | $ - |
| 11.9 | Entertainment Data Oracle, Inc. | $ (3,964.00) | $ 3,964.00 | $ - |
| 11.10 | Erikson Institute | $ (100.00) | $ 100.00 | $ - |
| 11.11 | Film Independent | $ 668.71 | $ (668.71) | $ - |
| 11.12 | G&B Coffee / Go Get Em Tiger | $ 26,317.50 | $ (26,317.50) | $ - |
| 11.13 | Gold House Foundation | $ (512.00) | $ 512.00 | $ - |
| 11.14 | Greenwich Entertainment | $ 4,364.64 | $ (4,364.64) | $ - |
| 11.15 | Hulu | $ (608.75) | $ 608.75 | $ - |
| 11.16 | IFC Films / Sundance Selects | $ 8,980.00 | $ (8,980.00) | $ - |
| 11.17 | Independent Film & Television Allia | $ (20.00) | $ 20.00 | $ - |
| 11.18 | K&L Gates, LLP | $ (77.52) | $ 77.52 | $ - |
| 11.19 | KCET | $ 2,907.00 | $ (2,907.00) | $ - |
| 11.20 | Loaded | $ (16.25) | $ 16.25 | $ - |
| 11.21 | Mirror Releasing, LLC | $ 2,722.73 | $ (2,722.73) | $ - |
| 11.22 | Monica Levinson | $ (1,456.20) | $ 1,456.20 | $ - |
| 11.23 | Neon Rated | $ 41,028.63 | $ (41,028.63) | $ - |
| 11.24 | One Community, LLC | $ (14.69) | $ 14.69 | $ - |
| 11.25 | Relativity Media | $ 14,449.74 | $ (14,449.74) | $ - |
| 11.26 | Relevant Entertainment LLC | $ 29.00 | $ (29.00) | $ - |
| 11.27 | Roadside Attractions | $ 4,648.34 | $ (4,648.34) | $ - |
| 11.28 | San Diego Film Foundation | $ (1,250.00) | $ 1,250.00 | $ - |
| 11.29 | Screen Engine | $ 4,293.32 | $ (4,293.32) | $ - |
| 11.30 | Screenvision - Movie Advertising | $ 5,340.50 | $ (5,340.50) | $ - |
| 11.31 | Sony Pictures | $ 8,459.96 | $ (8,459.96) | $ - |
| 11.32 | Sony Pictures Classics | $ 10,267.00 | $ (10,267.00) | $ - |
| 11.33 | STX Entertainment | $ 16,668.89 | $ (16,668.89) | $ - |
| 11.34 | Swan Princess Partners LLC | $ (250.00) | $ 250.00 | $ - |
| 11.35 | The Comic Bug | $ (556.50) | $ 556.50 | $ - |
| 11.36 | Universal Pictures | $ 18,972.79 | $ (18,972.79) | $ - |
| 11.37 | Walt Disney Studios | $ 24,379.88 | $ (24,379.88) | $ - |

## SCHEDULE A/B: ASSETS - REAL AND PERSONAL PROPERTY

| | | | | |
|---|---|---|---|---|
| 11.38 | Chinese Theatres, LLc/Chinese 6 Theatres, LLC | Unknown | Unknown | Unknown |
| | | | **TOTAL** | **Unknown** |

Note for 11.1: Customer has stated they are unable to pay.

Note for 11.2 through end: Most receiveables listed are amounts owed by third party creditors which the debtor believes have a right of offset. Also, the the largest offset, which is $558,400.44, is attributable to a potential TI reimbursement from Podium Developer, LLC, the landlord for the Boston location.

Note for 11.38: Amounts due from March - June 2021 cannot be determined without additional information from Chinese Theatres, LLC and therefore debtor did not ascribe any current value

Pacific Theatres Exhibition Corp                    **Case Number:**

| Part 4: | **Schedule A/B:  Assets - Real and Personal Property** |

Investments

15.  Non-publicly traded stock and interests in incorporated and unincorporated businesses,
including any interest in an LLC, partnership, or joint venture

| | Name of entity | % of ownership | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 15.1 | El Capitan Theatre Company, a California partnership | 50.0% | Debtor Estimate | Unknown |
| 15.2 | Glendale Americana Theatre, LLC, a California limited liability company | 100.0% | Debtor Estimate | Unknown |

**TOTAL**  **Unknown**

Note 15.1: El Capitan Theatre Company's primary asset is a ground lease for the El Capitan
Theater located at 6834-38 Hollywood Blvd.  The property is subleased to the other partner in the
partnership.  The partnership does not receive any revenue from the sublease (the subtenant
operates the property, pays all expenses and recieves all revenue from the operation of the
property).

# Pacific Theatres Exhibition Corp

**Case Number:**

| Part 5: | **Schedule A/B:  Assets - Real and Personal Property** |
|---|---|
| | Inventory, excluding agriculture assets |

22.  Other inventory or supplies

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 22.1 | Combined Alcohol & Concessions (candy, plastic, paper supplies, popcorn supplies, condiments) | Sep-20 | $60,699.58 | Debtor Estimate | Unknown |

Note: Inventory is mainly perishable items and goods/supplies in connection with F&B operations.  The majority of this inventory is located in theater premises which are no longer in debtor's posession.

TOTAL $            -

# Pacific Theatres Exhibition Corp

**Case Number:**

| Part 7: | Schedule A/B:  Assets - Real and Personal Property |
|---------|----------------------------------------------------|
|         | Office furniture, fixtures, and equipment; and collectibles |

40.  Office fixtures

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for curernt value | Current value of debtor's interest |
|---|---|---|---|---|
| 40.1 | Beach Cities | $51,912.49 | Debtor's Estimate | Unknown |
| 40.2 | Bethesda | $15,733.45 | Debtor's Estimate | Unknown |
| 40.3 | Boston | $4,488,726.16 | Debtor's Estimate | Unknown |
| 40.4 | Chicago | $35,344.33 | Debtor's Estimate | Unknown |
| 40.5 | Culver City | $35,854.43 | Debtor's Estimate | Unknown |
| 40.6 | Glenview | $14,553.48 | Debtor's Estimate | Unknown |
| 40.7 | La Jolla | $16,252.64 | Debtor's Estimate | Unknown |
| 40.8 | Pasadena | $37,936.11 | Debtor's Estimate | Unknown |
| 40.9 | Santa Monica | $47,689.69 | Debtor's Estimate | Unknown |
| 40.10 | Sherman Oaks | $346,351.75 | Debtor's Estimate | Unknown |
| 40.11 | Glendale | $317,111.06 | Debtor's Estimate | Unknown |
| 40.12 | Grove | $841,052.07 | Debtor's Estimate | Unknown |
| 40.13 | Lakewood | $33,228.34 | Debtor's Estimate | Unknown |
| 40.14 | Northridge | $63,091.12 | Debtor's Estimate | Unknown |
| 40.15 | Sherman Oaks 5 | $8,649.05 | Debtor's Estimate | Unknown |
| 40.16 | Winnetka | $1,477,121.08 | Debtor's Estimate | Unknown |
| | **TOTAL** | **$7,830,607.25** | | **Unknown** |

Note: This schedule includes, seats, carpet, casework, signage, furniture and other similar items that may be difficult to remove.  Most items are located in theater premises which are no longer in debtor's posession and may be subject to secured lender's lien. Most items listed on this schedule may be difficult to remove as they are affixed to the property and removal would create damage.

Note: All furniture under $5,000 is not reflected in debtor's books because it was treated as an expense from an accounting perspective rather than a capitalized item.

# Pacific Theatres Exhibition Corp    Case Number:

| Part 7: | Schedule A/B: Assets - Real and Personal Property |
|---|---|
| | Office furniture, fixtures, and equipment; and collectibles |

41. Office equipment, including all computer equipment and
communication systems and equipment and software

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for curernt value | Current value of debtor's interest |
|---|---|---|---|---|
| 41.1 | Boston | $2,756,287.78 | Debtor Estimate | $686,180.84 |
| 41.2 | Beach Cities | $72,543.86 | Debtor Estimate | Unknown |
| 41.3 | Bethesda | $12,988.06 | Debtor Estimate | Unknown |
| 41.4 | Chicago | $16,283.29 | Debtor Estimate | Unknown |
| 41.5 | Culver City | $53,988.52 | Debtor Estimate | Unknown |
| 41.6 | Glenview | $44,864.25 | Debtor Estimate | Unknown |
| 41.7 | La Jolla | $98,032.27 | Debtor Estimate | Unknown |
| 41.8 | Pasadena | $274,503.27 | Debtor Estimate | Unknown |
| 41.9 | Santa Monica | $21,559.78 | Debtor Estimate | Unknown |
| 41.10 | Sherman Oaks | $89,046.18 | Debtor Estimate | Unknown |
| 41.11 | Los Angeles - Home Office | $22,986.84 | Debtor Estimate | Unknown |
| 41.12 | Glendale | $120,488.40 | Debtor Estimate | Unknown |
| 41.13 | Los Angeles - Grove | $73,880.83 | Debtor Estimate | Unknown |
| 41.14 | Lakewood | $108,311.90 | Debtor Estimate | Unknown |
| 41.15 | Northridge | $109,385.44 | Debtor Estimate | Unknown |
| 41.16 | Sherman Oaks 5 | $45,775.14 | Debtor Estimate | Unknown |
| 41.17 | Winnetka | $143,059.95 | Debtor Estimate | Unknown |

|  | TOTAL | $4,063,985.76 | | $   686,180.84 |
|---|---|---|---|---|

Note for all of the above: For each location, included are projectors and related equipment, sound system and related equipment, kitchen and café equipment, tools and non-perishable supplies (air fryers, turbo chef, poppers, etc), and computer equipment. This schedule does not include furniture, signage and laptops (due to expense policy). The majority of this equipment is located in theater premises which are no longer in debtor's posession and may be subject to secured lender's lien.

Note: For Boston, the current value is unascertainable by the management team and therefore management has estimated value of 25% of book value.

## Pacific Theatres Exhibition Corp

**Case Number:**

**Part 7:** **Schedule A/B:  Assets - Real and Personal Property**
Office furniture, fixtures, and equipment; and collectibles

42. Collectibles *Examples*:  Antiques and figurines; painting, prints, or other
artwork; books, pictures, or other art objects; china and crystal; stamp, coin,
or baseball card collections; other collections, memorabilia, or collectibles

| General description | Net book value of debtor's interest (Where available) | Valuation method used for curernt value | Current value of debtor's interest |
|---|---|---|---|
| | | | |

**TOTAL** $ *

Note: There may be costumes, props and movie-related art located in the surrendered
theater premises which may or may not belong to third-parties.  These items are not
recognized in debtor's books and therefore not scheduled.

# Pacific Theatres Exhibition Corp

**Case Number:**

| Part 9: | Schedule A/B:  Assets - Real and Personal Property |
| --- | --- |
| | Real property |

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory warehouse, apartment or office building) if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- | --- |
| 55.1 | Pacific Theatres Winnetka<br>9201 Winnetka Ave, Chatsworth, CA 91311<br>Lease for movie theater; expires 12/31/2021 | Leasehold interest | N/A | N/A | Unknown |
| | | | | **TOTAL** | **Unknown** |

Note: All other leases to which debtor was a party were purportedly terminated by the landlords thereunder or surrendered by debtor prior to the date of this filing.

Debtor and co-debtors did not receive value for such surrender

# Pacific Theatres Exhibition Corp     Case Number:

| Part 10: | Schedule A/B:  Assets - Real and Personal Property |
|----------|---------------------------------------------------|

Intangibles and intellectual property

61.  Internet domain names and websites

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 61.1 | arclightboston.com | N/A | N/A | Unknown |
| 61.2 | arclightcinemas.com | N/A | N/A | Unknown |
| 61.3 | arclightcinemas.info | N/A | N/A | Unknown |
| 61.4 | arclightcinemas.net | N/A | N/A | Unknown |
| 61.5 | arclightcinemas.online | N/A | N/A | Unknown |
| 61.6 | arclightcinemas.org | N/A | N/A | Unknown |
| 61.7 | soundadvicebar.com | N/A | N/A | Unknown |
| 61.8 | soundadvicebarboston.com | N/A | N/A | Unknown |
| 61.9 | soundadvicebars.com | N/A | N/A | Unknown |
| 61.10 | soundadviceboston.com | N/A | N/A | Unknown |
| 61.11 | Other domains used but not owned by debtor | N/A | N/A | Unknown |
| | | | TOTAL | Unknown |

Note: All costs associated with domain name registrations were expensed from an accounting perspective and therefore there is no asset value reflected in the books.

# Pacific Theatres Exhibition Corp    Case Number:

| Part 10: | Schedule A/B:  Assets - Real and Personal Property |
|---|---|

Intangibles and intellectual property

### 63.  Customer lists, mailing lists, or other compilations

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 63.1 | ArcLight membership list - email addresses and other customer information for approx. 3,643 paid members to whom debtor may send marketing materials per privacy policy | $0.00 | N/A | Unknown |
| 63.2 | ArcLight customer list - email addresses and other customer information for approx. 181,000 customers to whom debtor may send markeing emails per privacy policy | $0.00 | N/A | Unknown |
| | | | **TOTAL** | **Unknown** |

Note: All customer information disclosed in 63.1 and 63.2 was collected pursuant to to the privacy policy naming Pacific Theatres Exhibition Corp. therefore considered assets of that Debtor.

Note: Debtor systems may have stored approximately 690,000 email addresses or other information which debtor may or may not be permitted to use for marketing and/or other purposes pursuant to debtor's privacy policy and/or applicable law.

# Pacific Theatres Exhibition Corp    Case Number:

| Part 10: | Schedule A/B:  Assets - Real and Personal Property |
|---|---|
| | Intangibles and intellectual property |

64.  Other intangibles, or intellectual property

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 64.1 | Liquor License - Boston | $415,984.71 | Debtor Estimate | $60,000.00 |
| 64.2 | Liquor License - Culver City | $83,422.50 | Debtor Estimate | $60,000.00 |
| 64.3 | Liquor License - La Jolla | $56,493.00 | Debtor Estimate | $60,000.00 |
| 64.4 | Liquor License - Pasadena | $82,000.00 | Debtor Estimate | $60,000.00 |
| 64.5 | Liquor License - Santa Monica | $72,785.00 | Debtor Estimate | $60,000.00 |
| 64.6 | Liquor License - Sherman Oaks | $106,911.75 | Debtor Estimate | $60,000.00 |
| 64.7 | Liquor License - Glendale | $71,642.61 | Debtor Estimate | $60,000.00 |
| 64.8 | Liquor License - Los Angeles - Grove | $26,832.40 | Debtor Estimate | $60,000.00 |
| 64.9 | Liquor License - Winnetka | $3,000.00 | Debtor Estimate | $60,000.00 |
| 64.10 | Liquor License - Chicago | $0.00 | Debtor Estimate | $60,000.00 |
| 64.11 | Liquor License - Glenview | $0.00 | Debtor Estimate | $60,000.00 |
| 64.12 | Liquor License - Bethesda | $0.00 | Debtor Estimate | $60,000.00 |
| 64.13 | Liquor License - Beach Cities | $0.00 | Debtor Estimate | $60,000.00 |

TOTAL    $919,071.97                    $780,000.00

Note: The debtor has valued all liquor licenses at a current value of $60,000, which valuation was derived from an option to purchase granted to the landlords for Pacific Theatres The Grove and Pacific Theatres Glendale at $60,000 each included as part of the parties' recent surrender agreement relating to such theaters. However, debtor is not in a position to determine the market values.

Note: Transferability of all liquor licenses is uncertain, in particular those licenses located outside of California.

**Pacific Theatres Exhibition Corp**                    **Case Number:**

| Part 11: | Schedule A/B:  Assets - Real and Personal Property |
|---|---|
| | All other assets |

72.  Tax refunds and unused net operating losses (NOLs)

| | Dexcription (for example, federal, state, local) | Tax Year | Current value of debtor's interest |
|---|---|---|---|
| 72.1 | California Department of Tax and Fee Administration - Sales & Use Tax Refund | 4/1/2017-3/31/2020 | $1,301,347.81 |
| 72.2 | State of Maryland - Overpayment on elevator citation #0025598725 | N/A | $166.32 |

|  | TOTAL | $1,301,514.13 |
|---|---|---|

Note: With respect to 72.1, the refund has been approved the State of California but has not been received as of the petition date. KPMG may be entitled to compensation in the amount of $133,751 for challenging the amount of taxes previously assessed and paid, which resulted in a refund being approved.

**Pacific Theatres Exhibition Corp.**                    **Case Number:**

| Part 11: | **Schedule A/B:  Assets - Real and Personal Property** |
| --- | --- |
| | All other assets |

74.  Causes of action against third parties (whether or not a lawsuit has been filed)

| | Description and Nature of claim | Amount requested | Current value of debtor's interest |
| --- | --- | --- | --- |
| 74.1 | Debtor is a class member in the class action lawsuit captioned *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation* , MDL 1720 (MKB) | N/A | Unknown |
| 74.2 | In LASC Case No. 21STCV11124, debtor (and co-debtor Pacific Theatres Entertainment Corporation) is suing its landlord OMCC Theater Owner, LLC ("OMCC") for damages and declaratory relief arising from OMCC's breach of an express, written agreement, representation and warranty that there are no "governmental rules, statutes, ordinances, policies or plans, which would prohibit or materially interfere with the operation for the Permitted Use in the Premises." | Amount to be determined. | Unknown |
| | | **TOTAL** | **Unknown** |

Note: With respect to 74.1, the claims filing period has not yet opened.

**Pacific Theatres Exhibition Corp.**                                    Case Number:

| Part 11: | Schedule A/B:  Assets - Real and Personal Property |
|---|---|

All other assets

75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims

| | Description | Nature of claim | Amount requested | Current value of debtor's interest | Notes |
|---|---|---|---|---|---|
| 75.1 | Insurance claim filed with property insurer relating to property damage at ArcLight Bethesda premises (7101 Democracy Blvd, Bethesda, MD 20817) following water damage caused by a roof leak. | Insurance claim | $  125,000.00 | Unknown | Initial claim amount based on preliminary assessment of damage. Debtor, while it was in posession, did not incur any out-of-pocket costs / did not incur costs greater than its insurance deductible to remediate or repair this damage. |
| 75.2 | Potential lease claim against landlord of ArcLight Bethesda premises  relating to water damage caused by a roof leak. | Counterclaim | | Unknown | This relates to the incident in 75.1 |
| 75.3 | Insurance claim filed with property insurer relating to property damage at ArcLight Boston premises (60 Causeway St, Boston, MA 02114) following water damage caused by a leak from adjoining premises. | Insurance claim | $  175,000.00 | Unknown | Initial claim amount based on preliminary assessment of damage. Debtor, while it was in posession, did not incur any out-of-pocket costs / did not incur costs greater than its insurance deductible to remediate or repair this damage. |
| 75.4 | Potential lease claim against landlord of ArcLight Boston premises relating to water damage caused by a leak from adjoining premises. | Counterclaim | | Unknown | This relates to the incident in 75.3 |
| 75.5 | Business interruption insurance claim filed with property insurer relating to pandemic related closures and business restrictions. | Insurance claim | $80,000,000.00 | Unknown | Estimated loss submited to insurers for the period 3/16/20 - 12/31/20 based on prior year revenue.   One carrier denied the insurance claim as a not coverable event and the others have reserved their rights to deny coverage. |
| 75.5 | Debtor may have counterclaims and/or defenses against landlord claims under its leases relating to, amongst other things, pandemic related closures and business restrictions and the inability to use its premises for their intended uses. | Counterclaim/ Right to set off claims | | Unknown | |

TOTAL    Unknown

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Pacific Theatres Exhibition Corp.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  1/01/2021 to 6/8/2021 | ■ Operating a business<br>☐ Other | $328,019.35 |
   | **For prior year:**<br>From  1/03/2020 to 12/31/2020 | ■ Operating a business<br>☐ Other | $25,746,631.35 |
   | **For year before that:**<br>From  1/4/2019 to 1/2/2020 | ■ Operating a business<br>☐ Other | $175,218,888.31 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  1/01/2021 to 6/8/2021 | | $0.00 |
   | **For prior year:**<br>From  1/03/2020 to 12/31/2020 | | $12,064,393.63 |
   | **For year before that:**<br>From  1/4/2019 to 1/2/2020 | | $150,052.00 |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

Debtor    **Pacific Theatres Exhibition Corp.**                          Case number *(if known)* _____

---

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1. **See Rider** | | $2,116,085.35 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__ |

---

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **See Rider** | | $400,000.00 | |

---

5. **Repossessions, foreclosures, and returns**
   List property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **See Rider** | | | $0.00 |

---

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

---

Debtor  **Pacific Theatres Exhibition Corp.**　　　　　　　Case number *(if known)*　　　　　　

| | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **Case title**<br>**Case number** | | | |
| 7.1. **See Rider** | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:   Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. **See Rider** | | | **$24,000.00** |
| Recipients relationship to debtor | | | |

---

**Part 5:   Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **See Rider** | $0.00 | 7/23/2020 | $150,000.00 |

---

**Part 6:   Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    **Pacific Theatres Exhibition Corp.**    Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **See Rider** | | | **$895,117.25** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 | **See Rider** | | | **$2,655,342.79** |
| | **Relationship to debtor** | | | |

---

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1.    **See Rider** | |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

Debtor    **Pacific Theatres Exhibition Corp.**                              Case number *(if known)*

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

■ Yes. State the nature of the information collected and retained.

**See Rider**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

■ Yes. Does the debtor serve as plan administrator?

■ No Go to Part 10 - See rider.
☐ Yes. Fill in below:

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **See Rider** | **See Rider** | | ☐ No |
| | | | ■ Yes |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Pacific Theatres Exhibition Corp.**                         Case number *(if known)*

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **See Rider** | | | **$0.00** |

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■  No.
☐  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1.   **See Rider** | | **Dates business existed** EIN: |
| | | From-To |

| Debtor | Pacific Theatres Exhibition Corp. | Case number *(if known)* | |
|---|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **See Rider** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **See Rider** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **See Rider** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.    **See Rider**

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **See Rider** | | | |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No

■ Yes. Identify below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Pacific Theatres Exhibition Corp.** _____   Case number *(if known)* _____

| Name | Address | | Position and nature of any interest | Period during which position or interest was held |
|------|---------|--|--------------------------------------|-----------------------------------------------------|
| **See Rider** | | | | |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐   No

■   Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1   **See rider** | | | |
| **Relationship to debtor** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐   No

■   Yes. Identify below.

| Name of the parent corporation | Employer identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| **The Decurion Corporation** | EIN:   **95-2460015** |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■   No - See *rider*

☐   Yes. Identify below.

| Name of the pension fund | Employer identification number of the parent corporation |
|--------------------------|----------------------------------------------------------|

| Part 14: | Signature and Declaration |
|----------|---------------------------|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   ~~June 18, 2021~~

_____          **Jeffrey Koblentz**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
■ Yes

**Pacific Theatres Exhibition Corp.**                                    **Case Number:**

| Part 2: | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy |
|---------|--------------------------------------------------------------------------|
|         | List Certain Transfers Made Before Filing Bankruptcy                      |

3. Certain payments or transfers to creditors within 90 days before filing this case

| | Creditors Name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 3.1 | GFM, LLC aka The Grove, LLC<br>C/O CARUSO AFFILIATED<br>101 THE GROVE DRIVE<br>LOS ANGELES, CA 90036 | 4/19/21 | Unknown | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>X Other |

**3.1 Note:** Pacific Theatres Grove - Following receipt of a notice to pay or quit with respect to the PT Grove and PT Glendale theatres, Pacific Theatres Exhibition Corp, as tenant, and Pacific Theatres Entertainment Corporation, as guarantor, entered into a surrender agreement dated April 19, 2021 with GFM, LLC and The Americana at Brand, LLC, landlords of the PT The Grove and PT Glendale theaters, respectively. This agreement provided for (a) the surrender of both leased premises and most personal property located therein to landlord (subject to the rights of secured lenders, equipment lessors and other third parties), (b) required landlords to standstill from commencing an action against tenant, guarantor or their affiliates for a period of 6 months subject to certain conditions set forth in the agreement and (c) the transfer of the liquor licenses associated with both theaters to landlords or their designees in exchange for agreeing to pay the bankruptcy estate(s) the fair market value of such licenses (in no event to exceed $60,000 each).

| | | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 3.2 | <br>THE AMERICANA AT BRAND LLC<br>PO BOX 31001-1320<br>PASADENA, CA 91110 | 4/19/21 | Unknown | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>X Other |

**3.2 Note:** Pacific Theatres Glendale - Following receipt of a notice to pay or quit with respect to the PT Grove and PT Glendale theatres, Pacific Theatres Exhibition Corp, as tenant, and Pacific Theatres Entertainment Corporation, as guarantor, entered into a surrender agreement dated April 19, 2021 with GFM, LLC and The Americana at Brand, LLC, landlords of the PT The Grove and PT Glendale theaters, respectively. This agreement provided for (a) the surrender of both leased premises and most personal property located therein to landlord (subject to the rights of secured lenders, equipment lessors and other third parties), (b) required landlords to standstill from commencing an action against tenant, guarantor or their affiliates for a period of 6 months subject to certain conditions set forth in the agreement and (c) the transfer of the liquor licenses associated with both theaters to landlords or their designees in exchange for agreeing to pay the bankruptcy estate(s) the fair market value of such licenses (in no event to exceed $60,000 each).

| | | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 3.3 | CONTINENTAL ROSECRANS/NASH, LLC<br>C/O CONTINENTAL DEVELOPMENT CORPORATION<br>2041 ROSECRANS AVENUE, SUITE 200<br>EL SEGUNDO, CA 90245 | 5/21/2021 | Unknown | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>X Other |

**3.3 Note:** ArcLight Beach Cities - Tenant provided notice of surrender of leased premises and all personal property located therein to landlord (subject to the rights of secured lenders, equipment lessors and other third parties). Debtor and co-debtors did not receive value for such surrender.

| | | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 3.4 | <br>1515 N. HALSTED LLC<br>C/O STRUCTURED DEVELOPMENT, LLC<br>211 N. CLINTON, SUITE 3S<br>CHICAGO, IL 60661 | 5/21/2021 | Unknown | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>X Other |

**3.4 Note:** ArcLight Chicago (New City) - Tenant provided notice of surrender of leased premises and all personal property located therein to landlord (subject to the rights of secured lenders, equipment lessors and other third parties). Debtor and co-debtors did not receive value for such surrender.

| | | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 3.5 | <br>OMCC THEATER OWNER, LLC<br>C/O NEWMARK MERRILL COMPANIES<br>5850 CANOGA AVE SUITE 650<br>WOODLAND HILLS, CA 91367 | 4/15/2021 | Unknown | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>X Other |

Pacific Theatres Exhibition Corp.                              Case Number:

| Part 2: | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy |
|---|---|
| | List Certain Transfers Made Before Filing Bankruptcy |

3. Certain payments or transfers to creditors within 90 days before filing this case

| Creditors Name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

**3.5 Note:** ArcLight Culver City - Tenant provided notice of surrender of leased premises and all personal property located therein to landlord (subject to the rights of secured lenders, equipment lessors and other third parties). Debtor and co-debtors did not receive value for such surrender.

| 3.6 | | 3/8/2021 | Unknown | ☐ Secured debt |
| | OMCC THEATER OWNER, LLC | | | ☐ Unsecured loan repayments |
| | C/O NEWMARK MERRILL COMPANIES | | | ☐ Suppliers or vendors |
| | 5850 CANOGA AVE SUITE 650 | | | ☐ Services |
| | WOODLAND HILLS, CA 91367 | | | X Other |

**3.6 Note:** ArcLight Glenview - Tenant provided notice of surrender of leased premises and all personal property located therein to landlord (subject to the rights of secured lenders, equipment lessors and other third parties). Debtor and co-debtors did not receive value for such surrender.

| 3.7 | | 5/21/2021 | Unknown | ☐ Secured debt |
| | CAPREF PASEO, LLC | | | ☐ Unsecured loan repayments |
| | 5910 NORTH CENTRAL EXPRESSWAY SUITE 1600 | | | ☐ Suppliers or vendors |
| | ATTENTION: PASEO ASSET MANAGEMENT | | | ☐ Services |
| | DALLAS, TX 75206 | | | X Other |

**3.7 Note:** ArcLight Pasadena - Tenant provided notice of surrender of leased premises and all personal property located therein to landlord (subject to the rights of secured lenders, equipment lessors and other third parties). Debtor and co-debtors did not receive value for such surrender.

| 3.8 | | 5/21/2021 | Unknown | ☐ Secured debt |
| | MACERICH SMP LP | | | ☐ Unsecured loan repayments |
| | 395 SANTA MONICA PLACE | | | ☐ Suppliers or vendors |
| | ATTN: CENTER MANAGER | | | ☐ Services |
| | SANTA MONICA, CA 90401-2350 | | | X Other |

**3.8 Note:** ArcLight Santa Monica - Tenant provided notice of surrender of leased premises and all personal property located therein to landlord (subject to the rights of secured lenders, equipment lessors and other third parties). Debtor and co-debtors did not receive value for such surrender.

| | DOUGLAS EMMETT 2016, LLC | 5/21/2021 | | ☐ Secured debt |
| | 1299 OCEAN AVENUE SUITE 1000 | | | ☐ Unsecured loan repayments |
| | ATTENTION: DIRECTOR OF COMMERCIAL PROPERTY | | | ☐ Suppliers or vendors |
| | MANAGEMENT | | | ☐ Services |
| 3.9 | SANTA MONICA, CA 90401 | | Unknown | X Other |

**3.9 Note:**

ArcLight Sherman Oaks - Tenant provided notice of surrender of leased premises and all personal property located therein to landlord (subject to the rights of secured lenders, equipment lessors and other third parties). Debtor and co-debtors did not receive value for such surrender.

| 3.10 | | 5/21/2021 | Unknown | ☐ Secured debt |
| | | | | ☐ Unsecured loan repayments |
| | MACERICH LAKEWOOD, LP | | | ☐ Suppliers or vendors |
| | 401 WILSHIRE BOULEVARD, #700 | | | ☐ Services |
| | SANTA MONICA, CA 90401-1452 | | | X Other |

**3.10 Note:** Pacific Theatres Lakewood - Tenant provided notice of surrender of leased premises and all personal property located therein to landlord (subject to the rights of secured lenders, equipment lessors and other third parties). Debtor and co-debtors did not receive value for such surrender.

**Pacific Theatres Exhibition Corp.**                    **Case Number:**

| Part 2: | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy |
|---------|------------------------------------------------------------------------|
|         | List Certain Transfers Made Before Filing Bankruptcy                   |

3. Certain payments or transfers to creditors within 90 days before filing this case

| | Creditors Name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 3.11 | GGP NORTHRIDGE FASHION CENTER, LP<br>NORTHRIDGE FASHION CENTER<br>350 N. ORLEANS ST. SUITE 300<br>ATTN: LAW/LEASE ADMINISTRATION DEPARTMENT<br>CHICAGO, IL 60654-1607 | 5/21/2021 | Unknown | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>X Other |

3.11 Note: Pacific Theatres Northridge - Tenant provided notice of surrender of leased premises and all personal property located therein to landlord (subject to the rights of secured lenders, equipment lessors and other third parties). Debtor and co-debtors did not receive value for such surrender.

| | | | | |
|---|---|---|---|---|
| 3.12 | EMPLOYEE BENEFIT SPECIALIST INC<br>PO BOX 11657<br>PLEASANTON, CA 94588 | 3/18/2021 | 8,704.15 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |
| 3.13 | POTOMAC | 3/19/2021 | 9,239.30 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |
| 3.14 | SAVANTIS SOLUTIONS, LLC.<br>SAVANTIS SOLUTIONS, LLC.<br>100 WOOD AVE SOUTH<br>ISELIN, NJ 8830 | 3/25/2021 | 12,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |
| 3.15 | SHUMENER, ODSON & OH LLP<br>550 S HOPE ST, 1050<br>LOS ANGELES, CA 90071 | 3/25/2021 | 50,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>X Other |
| 3.16 | TABET DIVITO & ROTHSTEIN LLC<br>209 S. LASALLE ST., 7TH FLOOR<br>CHICAGO, IL 60604 | 3/25/2021 | 6,844.53 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |
| 3.17 | COMM ED COMMERCIAL<br>PO BOX 7247-7345<br>PHILADELPHIA, PA 19170-7345 | 3/26/2021 | 7,391.87 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |
| 3.18 | BROWN RUDNICK LLP<br>1 FINANCIAL CENTER<br>BOSTON, MA 2111 | 4/1/2021 | 51,542.62 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |
| 3.19 | HOGAN LOVELLS US LLP<br>555 13TH STREET N.W.<br>WASHINGTON DC, DC 20004 | 4/1/2021 | 35,505.95 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |
| 3.20 | CA DEPT TAX FEE<br>PO BOX 942879<br>SACRAMENTO, CA 94279-6001 | 4/1/2021 | 16,634.35 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>X Other |

**Pacific Theatres Exhibition Corp.**                    **Case Number:**

| Part 2: | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy |
|---------|--------------------------------------------------------------------------|

List Certain Transfers Made Before Filing Bankruptcy

3. Certain payments or transfers to creditors within 90 days before filing this case

| | Creditors Name and address | Dates | Total amount or value | | Reasons for payment or transfer |
|---|---|---|---|---|---|
| 3.21 | DECURION MANAGEMENT COMPANY - PROPERTY INSURANCE & CGL INSURANCE 120 N ROBERTSON LOS ANGELES, CA 90048 | 4/8/2021 | 178,129.11 | ☐ ☐ ☐ X ☐ | Secured debt / Unsecured loan repayments / Suppliers or vendors / Services / Other |
| 3.22 | FREDDIE REISS 522 17TH STREET SANTA MONICA, CA 90402 | 4/8/2021 | 25,000.00 | ☐ ☐ ☐ X ☐ | Secured debt / Unsecured loan repayments / Suppliers or vendors / Services / Other |
| 3.23 | POTOMAC | 4/9/2021 | 11,439.80 | ☐ ☐ ☐ X ☐ | Secured debt / Unsecured loan repayments / Suppliers or vendors / Services / Other |
| 3.24 | HOGAN LOVELLS US LLP 555 13TH STREET N.W. WASHINGTON DC, DC 20004 | 4/12/2021 | 20,000.00 | ☐ ☐ ☐ ☐ X | Secured debt / Unsecured loan repayments / Suppliers or vendors / Services / Other |
| 3.25 | MICROSOFT CORPORATION ONE MICROSOFT WAY REDMOND, WA 98052-6399 | 4/13/2021 | 10,000.00 | ☐ ☐ ☐ X ☐ | Secured debt / Unsecured loan repayments / Suppliers or vendors / Services / Other |
| 3.26 | SHUMENER, ODSON & OH LLP 550 S HOPE ST, 1050 LOS ANGELES, CA 90071 | 4/13/2021 | 23,721.00 | ☐ ☐ ☐ X ☐ | Secured debt / Unsecured loan repayments / Suppliers or vendors / Services / Other |
| 3.27 | TABET DIVITO & ROTHSTEIN LLC 209 S. LASALLE ST., 7TH FLOOR CHICAGO, IL 60604 | 4/13/2021 | 10,000.00 | ☐ ☐ ☐ ☐ X | Secured debt / Unsecured loan repayments / Suppliers or vendors / Services / Other |
| 3.28 | BROWN RUDNICK LLP 1 FINANCIAL CENTER BOSTON, MA 2111 | 4/15/2021 | 7,000.00 | ☐ ☐ ☐ ☐ X | Secured debt / Unsecured loan repayments / Suppliers or vendors / Services / Other |
| 3.29 | CHUBB & SON DIV OF FEDERAL INSURANCE CHUBB & SON DIV OF FEDERAL INSURANCE PO BOX 7247-7345 PHILADELPHIA, PA 19170-7345 | 4/22/2021 | 10,832.34 | ☐ ☐ ☐ X ☐ | Secured debt / Unsecured loan repayments / Suppliers or vendors / Services / Other |
| 3.30 | ELZER & ASSOCIATES 26801 FAIRLAIN DRIVE VALENCIA, CA 91355 | 4/23/2021 | 20,000.00 | ☐ ☐ ☐ X ☐ | Secured debt / Unsecured loan repayments / Suppliers or vendors / Services / Other |
| 3.31 | EMPLOYEE BENEFIT SPECIALIST INC PO BOX 11657 PLEASANTON, CA 94588 | 4/29/2021 | 11,106.80 | ☐ ☐ ☐ X ☐ | Secured debt / Unsecured loan repayments / Suppliers or vendors / Services / Other |

**Pacific Theatres Exhibition Corp.**                    **Case Number:**

| Part 2: | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy |
|---|---|
| | List Certain Transfers Made Before Filing Bankruptcy |

3. Certain payments or transfers to creditors within 90 days before filing this case

| | Creditors Name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 3.32 | SHERWOOD CONSULTING<br>SAVANTIS SOLUTIONS, LLC.<br>100 WOOD AVE SOUTH<br>ISELIN, NJ 8830 | 4/30/2021 | 25,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |
| 3.33 | CA DEPT TAX FEE<br>PO BOX 942879<br>SACRAMENTO, CA 94279-6001 | 5/3/2021 | 16,634.35 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>X Other |
| 3.34 | BMC GROUP, INC<br>3732 W 120TH STREET<br>HAWTHORNE, CA 90250 | 5/13/2021 | 25,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>X Other |
| 3.35 | DECURION MANAGEMENT COMPANY - PROPERTY INSURANCE<br>120 N ROBERTSON<br>LOS ANGELES, CA  90048 | 5/13/2021 | 63,337.30 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |
| 3.36 | FREDDIE REISS<br>522 17TH STREET<br>SANTA MONICA, CA  90402 | 5/13/2021 | 25,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |
| 3.37 | JOHN HANCOCK RPS LLC<br>690 CANTON STREET<br>WESTWOOD, MA  2090 | 5/13/2021 | 20,870.94 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |
| 3.38 | MERCER USA, INC<br>PO BOX 100260<br>PASADENA, CA  91189-0260 | 5/13/2021 | 50,722.03 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |
| 3.39 | SAVANTIS SOLUTIONS, LLC.<br>SAVANTIS SOLUTIONS, LLC.<br>100 WOOD AVE SOUTH<br>ISELIN, NJ  8830 | 5/13/2021 | 12,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |
| 3.40 | SHUMENER, ODSON & OH LLP<br>550 S HOPE ST, 1050<br>LOS ANGELES, CA  90071 | 5/13/2021 | 33,802.54 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |
| 3.41 | MICROSOFT CORPORATION<br>ONE MICROSOFT WAY<br>REDMOND, WA  98052-6399 | 5/14/2021 | 10,854.58 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |
| 3.42 | ARTHUR J. GALLAGHER & CO INS<br>PO BOX 742886<br>LOS ANGELES, CA 90074-2886 | 5/27/2021 | 831,403.71 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |

**Pacific Theatres Exhibition Corp.**                    **Case Number:**

| Part 2: | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy |
|---------|-------------------------------------------------------------------------|
| | List Certain Transfers Made Before Filing Bankruptcy |

3. Certain payments or transfers to creditors within 90 days before filing this case

| | Creditors Name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 3.43 | EMPLOYEE BENEFIT SPECIALIST INC<br>PO BOX 11657<br>PLEASANTON, CA 94588 | 5/28/2021<br><br>15,814.45 | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |
| 3.44 | HOGAN LOVELLS US LLP<br>555 13TH STREET N.W.<br>WASHINGTON DC, DC 20004 | 5/28/2021<br><br>63,877.50 | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |
| 3.45 | SAVANTIS SOLUTIONS, LLC.<br>SAVANTIS SOLUTIONS, LLC.<br>100 WOOD AVE SOUTH<br>ISELIN, NJ 8830 | 5/28/2021<br><br>12,500.00 | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |
| 3.46 | SHUMENER, ODSON & OH LLP<br>550 S HOPE ST, 1050<br>LOS ANGELES, CA 90071 | 5/28/2021<br><br>25,000.00 | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>X Other |
| 3.47 | BMC GROUP, INC<br>3732 W 120TH STREET<br>HAWTHORNE, CA 90250 | 6/7/2021<br><br>25,000.00 | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>X Other |
| 3.48 | FREDDIE REISS<br>522 17TH STREET<br>SANTA MONICA, CA 90402 | 6/7/2021<br><br>25,000.00 | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |
| 3.49 | HOGAN LOVELLS US LLP<br>555 13TH STREET N.W.<br>WASHINGTON DC, DC 20004 | 6/7/2021<br><br>75,000.00 | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>X Other |
| 3.50 | ELZER & ASSOCIATES<br>26801 FAIRLAIN DRIVE<br>VALENCIA, CA 91355 | 6/10/2021<br><br>750.00 | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |
| 3.51 | ALSTON & BIRD LLC<br>ALSTON & BIRD LLC<br>PO BOX 933124<br>ATLANTA, GA 31193 | 3/25/2021<br><br>1,683.00 | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |
| 3.52 | BEL AIR INTERNET, LLC<br>BEL AIR INTERNET, LLC<br>15301 VENTURA BLVD, D250<br>SHERMAN OAKS, CA 91403 | 3/25/2021<br><br>2,580.00 | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |
| 3.53 | GIBSON DUNN & CRUTCHER LLP<br>PO BOX 840723<br>LOS ANGELES, CA 90084 | 3/25/2021<br><br>4,855.45 | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |

Pacific Theatres Exhibition Corp.                          **Case Number:**

| Part 2: | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy |
|---|---|

List Certain Transfers Made Before Filing Bankruptcy

3. Certain payments or transfers to creditors within 90 days before filing this case

| | Creditors Name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 3.54 | IMPRINT PROJECTS LLC<br>943 CHUNG KING RD<br>LOS ANGELES, CA 90012 | 3/25/2021 | 3,800.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |
| 3.55 | PAUL HASTINGS JANOFSKY & WALKER LP<br>515 SOUTH FLOWER ST<br>TWENTY-FIFTH FLOOR<br>LOS ANGELES, CA 90071 | 3/25/2021 | 5,049.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |
| 3.56 | PEX CARD<br>1375 BROADWAY<br>NEW YORK, NY 10018 | 3/25/2021 | 100.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |
| 3.57 | BEL AIR INTERNET, LLC<br>BEL AIR INTERNET, LLC<br>15301 VENTURA BLVD, D250<br>SHERMAN OAKS, CA  91403 | 4/1/2021 | 790.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |
| 3.58 | PEX CARD<br>1375 BROADWAY<br>NEW YORK, NY 10018 | 4/8/2021 | 1,700.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |
| 3.59 | ALSTON & BIRD LLC<br>ALSTON & BIRD LLC<br>PO BOX 933124<br>ATLANTA, GA  31193 | 4/9/2021 | 1,170.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |
| 3.60 | GIBSON DUNN & CRUTCHER LLP<br>PO BOX 840723<br>LOS ANGELES, CA 90084 | 4/9/2021 | 5,156.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |
| 3.61 | GIBSON DUNN & CRUTCHER LLP<br>PO BOX 840723<br>LOS ANGELES, CA 90084 | 4/12/2021 | 5,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>X Other |
| 3.62 | BEL AIR INTERNET, LLC<br>BEL AIR INTERNET, LLC<br>15301 VENTURA BLVD, D250<br>SHERMAN OAKS, CA  91403 | 4/22/2021 | 395.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |
| 3.63 | IMPRINT PROJECTS LLC<br>943 CHUNG KING RD<br>LOS ANGELES, CA 90012 | 4/29/2021 | 3,800.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |

**Pacific Theatres Exhibition Corp.**                    **Case Number:**

| Part 2: | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy |
|---|---|
| | List Certain Transfers Made Before Filing Bankruptcy |

3.  Certain payments or transfers to creditors within 90 days before filing this case

| | Creditors Name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 3.64 | BILL'S SOUND & SECURITY<br>3190-C AIRPORT LOOP DR<br>COSTA MESA, CA 92626 | 5/13/2021 | 4,944.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |
| 3.65 | PAUL HASTINGS JANOFSKY & WALKER LP<br>515 SOUTH FLOWER ST<br>TWENTY-FIFTH FLOOR<br>LOS ANGELES, CA 90071 | 5/13/2021 | 6,620.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |
| 3.66 | PEX CARD<br>1375 BROADWAY<br>NEW YORK, NY 10018 | 5/13/2021 | 1,700.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |
| 3.67 | ALSTON & BIRD LLC<br>ALSTON & BIRD LLC<br>PO BOX 933124<br>ATLANTA, GA 31193 | 5/28/2021 | 468.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |
| 3.68 | BEL AIR INTERNET, LLC<br>BEL AIR INTERNET, LLC<br>15301 VENTURA BLVD, D250<br>SHERMAN OAKS, CA 91403 | 5/28/2021 | 3,260.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |
| 3.69 | IMPRINT PROJECTS LLC<br>943 CHUNG KING RD<br>LOS ANGELES, CA 90012 | 5/28/2021 | 3,800.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |
| 3.70 | PEX CARD<br>1375 BROADWAY<br>NEW YORK, NY 10018 | 6/7/2021 | 1,700.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |
| 3.71 | SD GAS ELEC<br>PO BOX 25111<br>SANTA ANA, CA 92799 | 3/17/2021 | 1,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |
| 3.72 | SD GAS ELEC<br>PO BOX 25111<br>SANTA ANA, CA 92799 | 3/19/2021 | 1,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |
| 3.73 | SD GAS ELEC<br>PO BOX 25111<br>SANTA ANA, CA 92799 | 3/26/2021 | 1,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |

**Pacific Theatres Exhibition Corp.**                    **Case Number:**

| Part 2: | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy |
|---|---|
| | List Certain Transfers Made Before Filing Bankruptcy |

3.  Certain payments or transfers to creditors within 90 days before filing this case

|  | Creditors Name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 3.74 | SD GAS ELEC<br>PO BOX 25111<br>SANTA ANA, CA 92799 | 4/9/2021 | 2,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |
| 3.75 | SD GAS ELEC<br>PO BOX 25111<br>SANTA ANA, CA 92799 | 4/23/2021 | 2,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |
| 3.76 | BEL AIR INTERNET, LLC<br>BEL AIR INTERNET, LLC<br>15301 VENTURA BLVD, D250<br>SHERMAN OAKS, CA 91403 | 6/10/2021 | 1,110.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |
| 3.77 | ALSTON & BIRD LLC<br>ALSTON & BIRD LLC<br>PO BOX 933124<br>ATLANTA, GA 31193 | 6/10/2021 | 6,702.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |
| 3.78 | MICROSOFT CORPORATION<br>ONE MICROSOFT WAY<br>REDMOND, WA 98052-6399 | 4/1/2021 | 2,513.30 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |
| 3.79 | COMM ED COMMERCIAL<br>PO BOX 7247-7345<br>PHILADELPHIA, PA 19170-7345 | 3/19/2021 | 4,950.24 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |
| 3.80 | CHUBB & SON DIV OF FEDERAL INSURANCE<br>CHUBB & SON DIV OF FEDERAL INSURANCE<br>PO BOX 7247-7345<br>PHILADELPHIA, PA 19170-7345 | 4/8/2021 | 4,863.82 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |
| 3.81 | EMPLOYEE BENEFIT SPECIALIST INC<br>PO BOX 11657<br>PLEASANTON, CA 94588 | 5/13/2021 | 1,153.84 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |
| 3.82 | EMPLOYEE BENEFIT SPECIALIST INC<br>PO BOX 11657<br>PLEASANTON, CA 94588 | 3/25/2021 | 576.92 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |
| 3.83 | JOHN HANCOCK RPS LLC<br>690 CANTON STREET<br>WESTWOOD, MA 2090 | 4/22/2021 | 1,799.85 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |
| 3.84 | JOHN HANCOCK RPS LLC<br>690 CANTON STREET<br>WESTWOOD, MA 2090 | 4/1/2021 | 2,046.78 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |

**Pacific Theatres Exhibition Corp.**                    **Case Number:**

| Part 2: | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy |
|---------|--------------------------------------------------------------------------|

List Certain Transfers Made Before Filing Bankruptcy

3. Certain payments or transfers to creditors within 90 days before filing this case

| | Creditors Name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 3.85 | TABET DIVITO & ROTHSTEIN LLC<br>209 S. LASALLE ST., 7TH FLOOR<br>CHICAGO, IL 60604 | 5/13/2021 | 3,179.69 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |
| 3.86 | ARCIAGA, WENDELL<br>8 CATONRIDGE COURT<br>CATONSVILLE, MD 21228 | 4/1/2021 | 35.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |
| 3.87 | ARCIAGA, WENDELL<br>8 CATONRIDGE COURT<br>CATONSVILLE, MD 21228 | 4/13/2021 | 10,900.38 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |
| 3.88 | ARCIAGA, WENDELL<br>8 CATONRIDGE COURT<br>CATONSVILLE, MD 21228 | 3/18/2021 | 35.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |
| 3.89 | BLAZER, MICHAEL<br>24019 TANGO DR<br>VALENCIA, CA 91354 | 4/1/2021 | 35.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |
| 3.90 | BLAZER, MICHAEL<br>24019 TANGO DR<br>VALENCIA, CA 91354 | 4/13/2021 | 16,022.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |
| 3.91 | BURTON, MARK<br>4445 CARTWRIGHT<br>TOLUCA LAKE, CA 91602 | 4/1/2021 | 35.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |
| 3.92 | BURTON, MARK<br>4445 CARTWRIGHT<br>TOLUCA LAKE, CA 91602 | 4/15/2021 | 35.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |
| 3.93 | BURTON, MARK<br>4445 CARTWRIGHT<br>TOLUCA LAKE, CA 91602 | 4/16/2021 | 13,039.18 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |
| 3.94 | BURTON, MARK<br>4445 CARTWRIGHT<br>TOLUCA LAKE, CA 91602 | 3/18/2021 | 35.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |
| 3.95 | HESS, JERED R.<br>10902 VICTORY BLVD APT 16<br>NORTH HOLLYWOOD, CA | 5/13/2021 | 10,824.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |

**Pacific Theatres Exhibition Corp.**                    **Case Number:**

| Part 2: | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy |
|---|---|
| | List Certain Transfers Made Before Filing Bankruptcy |

3.  Certain payments or transfers to creditors within 90 days before filing this case

| | Creditors Name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 3.96 | ARTEAGA, JIMMY<br>1337 ALBANY ST APT 13<br>LOS ANGELES, CA 90015 | 5/13/2021 | 7,216.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |
| 3.97 | LOPEZ, EDGAR<br>6315 SEVILLE AVE J<br>HUNTINGTON PARK, CA 90255 | 4/1/2021 | 35.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |
| 3.98 | LOPEZ, EDGAR<br>6315 SEVILLE AVE J<br>HUNTINGTON PARK, CA 90255 | 4/13/2021 | 7,692.31 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |
| 3.99 | MEJIA, ANA R.<br>8662 LAKE ASHMERE DRIVE<br>SAN DIEGO, CA 92119 | 4/1/2021 | 35.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |
| 3.100 | MEJIA, ANA R.<br>8662 LAKE ASHMERE DRIVE<br>SAN DIEGO, CA 92119 | 4/13/2021 | 7,140.77 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |
| 3.101 | MEJIA, ANA R.<br>8662 LAKE ASHMERE DRIVE<br>SAN DIEGO, CA 92119 | 3/18/2021 | 35.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |
| 3.102 | RODRIGUEZ, SAMUEL J.<br>6126 ELEANOR AVE<br>LOS ANGELES, CA 90038 | 5/13/2021 | 7,216.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |
| 3.103 | HOGAN LOVELLS US LLP<br>555 13TH STREET N.W.<br>WASHINGTON DC, DC  20004 | 6/16/2021 | 45,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>X Other |
| 3.104 | EMPLOYEE BENEFIT SPECIALIST INC<br>PO BOX 11657<br>PLEASANTON, CA  94588 | 6/16/2021 | 2,592.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>X Services<br>☐ Other |
| 3.105 | HOGAN LOVELLS US LLP<br>555 13TH STREET N.W.<br>WASHINGTON DC, DC  20004 | 6/17/2021 | 10,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>X Other |
| **Total** | | | **2,116,085.35** | |

**Notes for Part 2 Question 3**

Note: All dates are approximate.

**Pacific Theatres Exhibition Corp.**                    **Case Number:**

| Part 2: | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy |
| --- | --- |
| | List Certain Transfers Made Before Filing Bankruptcy |

3. Certain payments or transfers to creditors within 90 days before filing this case

| Creditors Name and address | Dates | Total amount or value | Reasons for payment or transfer |
| --- | --- | --- | --- |

Note 3.1-3.11: Tenant is no longer in possession of any theater locations other than PT Winnetka. Those landlords listed in Part 2 Question 5 sent explicit letters purporting to terminate the leases and take possession of the premises. For all other leases (other than PT Winnetka), debtor sent notices to landlords surrendering possession of the premises. These are listed in Part 2 Question 3 (lines 3.1-3.11). All lease surrenders were made after an effort to find an interested buyer for such leases. Some Landlords who received such surrender notices were previously pursuing remedies against debtor which may have had the effect of terminating the leases with such landlords prior to the date of such debtor surrender notices.

All lease surrenders included the surrender of personal property located in the premises (subject to the rights of third parties including the secured lender). In addition, certain landlords sent explicit notice to debtor purporting to have the right to sell and/or take possession of personal property located in the leased premises.

Note: Debtor is no longer in possession of any theater premises (other than PT Winnetka). Debtor has advised all applicable landlords that certain equipment located within these premises may belong to equipment lessors. Debtor has provided contact information to allow such equipment lessors and landlords to make arrangements with respect to such equipment but debtor cannot confirm what equipment, if any, has been repossessed by such equipment lessors.

Pacific Theatres Exhibition Corp.

Case Number:

**Part 2: Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**
**List Certain Transfers Made Before Filing Bankruptcy**

4. Payments or other transfers of property made within 1 year before filing this case that benefited
any insider

| | Insiders Name | Relationship to the Debtor | Address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|---|---|
| 4.1 | Freddie Reiss | Independent Director | c/o 120 N. Robertson Blvd., 3rd Fl Los Angeles, CA 90048 | 8/27/2020 | $25,000 | Director Fee |
| 4.2 | Freddie Reiss | Independent Director | c/o 120 N. Robertson Blvd., 3rd Fl Los Angeles, CA 90049 | 9/24/2020 | $25,000 | Director Fee |
| 4.3 | Freddie Reiss | Independent Director | c/o 120 N. Robertson Blvd., 3rd Fl Los Angeles, CA 90050 | 10/22/2020 | $25,000 | Director Fee |
| 4.4 | Freddie Reiss | Independent Director | c/o 120 N. Robertson Blvd., 3rd Fl Los Angeles, CA 90051 | 11/19/2020 | $25,000 | Director Fee |
| 4.5 | Freddie Reiss | Independent Director | c/o 120 N. Robertson Blvd., 3rd Fl Los Angeles, CA 90052 | 12/10/2020 | $25,000 | Director Fee |
| 4.6 | Freddie Reiss | Independent Director | c/o 120 N. Robertson Blvd., 3rd Fl Los Angeles, CA 90053 | 12/17/2020 | $25,000 | Director Fee |
| 4.7 | Freddie Reiss | Independent Director | c/o 120 N. Robertson Blvd., 3rd Fl Los Angeles, CA 90054 | 1/14/2021 | $25,000 | Director Fee |
| 4.8 | Freddie Reiss | Independent Director | c/o 120 N. Robertson Blvd., 3rd Fl Los Angeles, CA 90055 | 2/11/2021 | $25,000 | Director Fee |
| 4.9 | Freddie Reiss | Independent Director | c/o 120 N. Robertson Blvd., 3rd Fl Los Angeles, CA 90056 | 3/11/2021 | $25,000 | Director Fee |
| 4.10 | Freddie Reiss | Independent Director | c/o 120 N. Robertson Blvd., 3rd Fl Los Angeles, CA 90057 | 4/8/2021 | $25,000 | Director Fee |
| 4.11 | Freddie Reiss | Independent Director | c/o 120 N. Robertson Blvd., 3rd Fl Los Angeles, CA 90058 | 5/13/2021 | $25,000 | Director Fee |
| 4.12 | Freddie Reiss | Independent Director | Castellammare Advisors, LLC 232 Quadro Vecchio Drive Pacific Palisades, CA 90272 | 6/7/2021 | $25,000 | Director Fee |
| 4.13 | Robert Allan Kors | Independent Director | Castellammare Advisors, LLC 232 Quadro Vecchio Drive Pacific Palisades, CA 90272 | 8/27/2020 | $25,000 | Director Fee |
| 4.14 | Robert Allan Kors | Independent Director | Castellammare Advisors, LLC 232 Quadro Vecchio Drive Pacific Palisades, CA 90272 | 9/24/2020 | $25,000 | Director Fee |
| 4.15 | Robert Allan Kors | Independent Director | Castellammare Advisors, LLC 232 Quadro Vecchio Drive Pacific Palisades, CA 90272 | 10/22/2020 | $25,000 | Director Fee |
| 4.16 | Robert Allan Kors | Independent Director | Castellammare Advisors, LLC 232 Quadro Vecchio Drive Pacific Palisades, CA 90272 | 11/19/2020 | $25,000 | Director Fee |

4.17  See attached separate description of certain related transfers.

Total    $    400,000

Note: Any value transferred in connection with the transfers referred to in line 4.17 is not included in the total value here.

| Part 2: | **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy** |
|---|---|
| | List Certain Transfers Made Before Filing Bankruptcy |

4. Payments or other transfers of property made within 1 year before filing this case

On or about November 9, 2020 (the "**Closing Date**"), Pacific Theatres Exhibition Corp. ("**Exhibition**"), Pacific Theatres Entertainment Corporation ("**Entertainment**," and together with Exhibition, "**Pacific Theatres**"), ArcLight Cinema Company ("**ArcLight Cinema Company**"), DT Operator, LLC ("**DT Operator**"), Dome Center, LLC ("**Dome Landlord**"), and WinCal, LLC ("**Wincal Landlord**") entered into certain transactions collectively intended to, among other things, terminate a lease entered into by Exhibition and restructure certain lease obligations of another lease entered into by Exhibition (Exhibition was in default of both leases), provide Pacific Theatres with additional liquidity, and grant certain intellectual property rights to DT Operator and Wincal Landlord.  As a result of these transactions, Pacific Theatres received $17 million in new liquidity. The transactions, each of which was contingent upon all of the others, and all of which closed contemporaneously, can be summarized as follows:

1. **Lease Termination and Forbearance with Respect to the Hollywood Lease**: On or about the Closing Date, Exhibition, as tenant, and Dome Landlord, as landlord of "ArcLight Hollywood" (the "**ArcLight Premises**"), entered into a lease termination and release agreement (the "**Lease Termination Agreement**") for the purpose of terminating that certain *Theatre Lease for the Cinerama Dome, Los Angeles, California*, dated May 5, 2000 (the "**ArcLight Lease**").  Pursuant to the Lease Termination Agreement, the ArcLight Lease was terminated, and Exhibition vacated and surrendered possession of the ArcLight Premises and all furniture, fixtures, equipment and other personal property located on or at the ArcLight Premises.  In consideration for the Lease Termination Agreement, DT Operator (on behalf of Dome Landlord) paid Exhibition $10.5 million (the "**Lease Termination Payment**").  As further consideration for the lease termination, Dome Landlord also agreed to forebear upon exercising or pursuing remedies against Exhibition on account of outstanding rent due and owing under the ArcLight Lease as of the Closing Date for an agreed period.

   On or about the Closing Date, Exhibition applied $9 million of the Lease Termination Payment to pay down the outstanding principal balance under that certain secured credit agreement between Bank of America, as lender, Entertainment, as borrower, and Exhibition and the other Debtors, as guarantors (the "**BofA Credit Agreement**").  The remaining $1.5 million of the Lease Termination Payment provided liquidity for Pacific Theatres for its needs.

   In connection with the transaction, DT Operator entered into a transition services agreement with Exhibition, under which DT Operator would reimburse Exhibition for expenses incurred as a result of any transition services rendered by Exhibition. (Subsequently, DT Operator entered into a services agreement with Entertainment, under which DT Operator would reimburse Entertainment for expenses incurred as a result of any services rendered by Entertainment.)

2. **Modification of Winnetka Lease**: On or about the Closing Date, WinCal Landlord, as landlord, and Exhibition, as tenant of "Pacific Theatres Winnetka" pursuant to that certain *Lease*, dated January 18, 1997 (as amended, the "**Pacific Winnetka Lease**"), entered into a lease modification and forbearance agreement providing for the payment of only "percentage rent" from the Closing Date through the remainder of the lease term.  WinCal Landlord also agreed to forbear

for an agreed period from exercising or pursuing remedies against Exhibition on account of outstanding rent due and owing under the Pacific Winnetka Lease as of the Closing Date.

3. **Intellectual Property Licenses and Exclusive Territory**: On or about the Closing Date, Entertainment granted to WinCal Landlord certain intellectual property licenses. Also, on or about the Closing Date, ArcLight Cinema Company and Entertainment granted to DT Operator certain intellectual property licenses, and agreed not to operate under the names "ArcLight" or "Pacific Theatres" in the general Hollywood vicinity (subject to permitted exceptions).

4. **Financing Transaction**: On or about the Closing Date, DT Participant, LLC purchased a $6.5 million participation (the "**Junior Tranche**") in the existing credit facility under the BofA Credit Agreement (the "**BofA Credit Facility**"). The Junior Tranche was structured as a delayed draw term loan facility, junior to the existing loans under the BofA Credit Facility (including all amounts previously funded under the BofA Credit Facility). The Junior Tranche was subject to various draw conditions including, without limitation, the absence of any Event of Default (as defined in the BofA Credit Agreement). Loans made under the Junior Tranche were to bear interest at 5% per annum, which amount would increase to 7% at any time where the Default Rate (as defined in the BofA Credit Agreement) was applicable.

Certain parties to the foregoing transactions, including DT Operator, Dome Center, LLC and Wincal Landlord, are affiliates of Pacific Theatres and ArcLight Cinema Company. All of the foregoing transactions were approved solely by the independent directors of Pacific Theatres. Prior to approving these transactions, the independent directors of Pacific Theatres obtained a third-party valuation of the ArcLight Lease and related property. As required under the BofA Credit Agreement, Bank of America consented to all of the foregoing transactions.

Pacific Theatres Exhibition Corp.                                    **Case Number:**

**Part 2:** **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**
List Certain Transfers Made Before Filing Bankruptcy

5. Repossessions, foreclosures, and returns within 1 year prior to filing.

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1 | Montgomery Mall Owner LLC c/o Westfield, LLC 11301 Wilshire Blvd., Attn: COO - Operations Los Angeles, CA 90025 | ArcLight Bethesda - reposession of leased premises by landlord | 5/3/2021 | Unknown |
| 5.2 | Podium Developer LLC c/o Boston Properties LP 800 Boylston St., Suite 1900 Boston, MA 02119-8103 | ArcLight Boston - reposession of leased premises by landlord | 4/14/2021 | Unknown |
| 5.3 | University Towne Centre LLC UTC Venture, LLC c/o Westfield, LLC 11601 Wilshire Blvd., 12th Fl., Los Angeles, CA 90025-1748 | ArcLight La Jolla - reposession of leased premises by landlord | 4/30/2021 | Unknown |

### Notes for Part 2 Question 5

Note: all dates are approximate.

Tenant is no longer in possession of any theater locations other than PT Winnetka. Those landlords listed in Part 2 Question 5 sent explicit letters purporting to terminate the leases and take possession of the premises. For all other leases (other than PT Winnetka), debtor sent notices to landlords surrendering possession of the premises. These are listed in Part 2 Question 3 (lines 3.1 - 3.11). All lease surrenders were made after an effort to find an interested buyer for such leases. Some Landlords who received such surrender notices were previously pursuing remedies against debtor which may have had the effect of terminating the leases with such landlords prior to the date of such debtor surrender notices.

All lease surrenders included the surrender of personal property located in the premises (subject to the rights of third parties including the secured lender). In addition, certain landlords sent explicit notice to debtor purporting to have the right to sell and/or take possession of personal property located in the leased premises.

**Pacific Theatres Exhibition Corporation**

Case Number:

Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

Legal Actions of Assignments

7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits within 1 year before filing this case

| CASE TITLE | CASE NUMBER | NATURE OF CASE | COURT OR AGENCY'S NAME AND ADDRESS | STATUS | NOTES |
|---|---|---|---|---|---|
| Adelmo Francisco, et al. v. The Decurion Corporation , et al. | 19STCV16859 | PT Winnetka - Personal Injury / Negligence Slip & fall; settled November 2020. | Superior Court of California, Los Angeles 111 N. Hill St. Los Angeles, CA 90012 Stanley Mosk Courthouse, Central District | ___Pending ___On appeal _x___Concluded | Settled: $50,200, 11/18/2020 |
| AEP Energy, Inc. v. Pacific Theatres Exhibition Corp., d/b/a "ArcLight Cinemas" | 2020L009837 | AL Glenview - Breach of Contract Contract action brought by energy supplier; settled and dismissed with prejudice February 2021 | Circuit Court of Cook County Illinois Law Division Richard J Daley Center 50 W Washington, Rm 801 Chicago, IL 60602 | ___Pending ___On appeal __x___Concluded | Settled: $150,000 over 36 months, 1/2 |
| Copeland v. ArcLight Cinema Company, et al. | 19STCV16859 | AL Beach Cities - Personal Injury / Negligence Slip and fall | Superior Court of California, Los Angeles 312 North Spring Street Los Angeles, CA 90012 Spring Street Courthouse | _x___Pending ___On appeal ___Concluded | |
| Bildman v. Pacific Theatres Exhibition Corp. | 482697-V | AL Bethesda - Personal Injury / Negligence Slip & fall | Circuit Court for Montgomery County, Maryland 50 Maryland Avenue Rockville, Maryland 20850 | ___Pending ___On appeal _x___Concluded | Settled: $100,000, 9/9/2020 |
| Marquez v. Pacific Theatres Exhibition Corp. | 2:19-cv-10811 RGK (MAAx) | PT Lakewood - ADA Compliance / Disability Access Violation | United States District Court Central District of California | ___Pending ___On appeal _X___Concluded | Dismissed 3/3/2020 by court for failure to respond to order to show cause. |
| Novel Harris v. Pacific Theatres Exhibition Corp. | 19STLC06773 | PT The Grove - Personal Injury / Negligence Slip and fall | Superior Court of California, Los Angeles 111 N. Hill St. Los Angeles, CA 90012 Stanley Mosk Courthouse, Central District | ___Pending ___On appeal ___Concluded | |
| Pamela Greene Bujarski v. The Decurion Corporation, et al. | 20STCV41136 | PT The Grove - Personal Injury / Negligence Injury allegedly caused when plaintiff was hit by a piece of debris from the theater building | Superior Court of California, Los Angeles 312 North Spring Street Los Angeles, CA 90012 Spring Street Courthouse | _x___Pending ___On appeal ___Concluded | Pacific Theatres Exhibition Corp. improperly named as Pacific Theatres Entertainment Corporation |
| Victoria Lopez v. Pacific Theatres Exhibition Corp. | 20STCV14195 | PT Glendale - Personal Injury / Negligence Slip and fall | Superior Court of California, Los Angeles 312 North Spring Street Los Angeles, CA 90012 Spring Street Courthouse | _x___Pending ___On appeal ___Concluded | |
| OliverMcMillan Culver City Theaters, LLC v. Pacific Theatres Exhibition Corp., et al. | 20STCV27557 | AL Culver City - Breach of Lease Action brought by landlord alleging breach of lease and guaranty relating to ArcLight Culver City theater | Superior Court of California, Los Angeles 111 N. Hill St. Los Angeles, CA 90012 Stanley Mosk Courthouse, Central District | _x___Pending ___On appeal ___Concluded | Subject premises has been surrendered to landlord. Related to Pacific Theatres Exhibition Corp., et al. v. OMCC Theater Owner, LLC |
| Pacific Theatres Exhibition Corp., et al. v. OMCC Theater Owner, LLC | 21STCV11124 | AL Culver City - Breach of Lease Action brought by debtor for damages and declaratory relief arising from landlord's breach of lease relating to tenant's inability to use the ArcLight Culver City theater premises for its intended purpose | Superior Court of California, Los Angeles 111 N. Hill St. Los Angeles, CA 90012 Stanley Mosk Courthouse, Central District | _x___Pending ___On appeal ___Concluded | Related to OliverMcMillan Culver City Theaters, LLC v. Pacific Theatres Exhibition Corp., et al. |
| OliverMcMillan Glenview Theatres, LLC v. Pacific Theatres Exhibition Corp. d/b/a ArcLight Cinemas | 20201706665 | AL Glenview - Forceable Entry and Detainer Eviction action brought by landlord relating to alleged breach of lease for ArcLight Glenview theater | Circuit Court of Cook County Illinois Municipal Department - First District Civil Division Richard J Daley Center 50 W Washington, Rm 601 Chicago, IL 60602 | _x___Pending ___On appeal ___Concluded | Subject premises has been surrendered to landlord. Counterclaim filed 4/8/21 relating to, amongst other things, debtor's inability to use the theater premises for their intended uses due to the COVID-19 pandemic. |
| Macerich SMP, LP, et l. v. Pacific Theatres Exhibition Corp. et al. | 21STCV07552 | AL Santa Monica & PT Lakewood - Breach of Contract and Declaratory Relief Action brought by landlords alleging breach of leases and guaranty relating to ArcLight Santa Monica and Pacific Theatres Lakewood theaters | Superior Court of California, Los Angeles 111 N. Hill St. Los Angeles, CA 90012 Stanley Mosk Courthouse, Central District | _x___Pending ___On appeal ___Concluded | Debtors may have defenses and/or counterclaims relating to, amongst other things, Pacific Theatres Exhibition Corp.'s inability to use the theater premises for their intended uses due to the COVID-19 pandemic. |
| UTC Venture LLC v. Pacific Theatres Exhibition Corp., et al | 21STCV20041 | AL Jolla & AL Bethesda - Breach of Contract Action brought by landlords alleging breach of leases and guarantees relating to ArcLight La Jolla and ArcLight Bethesda theaters | Superior Court of California, Los Angeles 111 N. Hill St. Los Angeles, CA 90012 Stanley Mosk Courthouse, Central District | _x___Pending ___On appeal ___Concluded | Debtors may have defenses and/or counterclaims relating to, amongst other things, Pacific Theatres Exhibition Corp.'s inability to use the theater premises for their intended uses due to the COVID-19 pandemic. |
| Ramon Hurst v. ArcLight Cinema Company, et al. | 18STCV06700 | California Private Attorneys General Act (PAGA) claim | Superior Court of California, Los Angeles 111 N. Hill St. Los Angeles, CA 90012 Stanley Mosk Courthouse, Central District | ___Pending ___On appeal _X___Concluded | Settlement approved by court 12/15/2020 |
| Graycor Construction Inc., v. Pacific Theatres Exhibition Corp., et al. | 2084CV01592 | AL Boston - Construction Alleged breach of contract and related claims relating to the construction of the ArcLight Boston theater | Suffolk County Superior Court - Civil Suffolk County Courthouse, 12th Floor Three Pemberton Square Boston, MA 02108 | _x___Pending ___On appeal ___Concluded | Consolidated with other related actions noted below. |
| Allan Construction, LLC v. Graycor Construction Company, Inc., et al. | 2184CV00173 | AL Boston - Construction Alleged breach of contract and related claims relating to the construction of the ArcLight Boston theater | Suffolk County Superior Court - Civil Suffolk County Courthouse, 12th Floor Three Pemberton Square Boston, MA 02108 | _x___Pending ___On appeal ___Concluded | Related to Graycor Construction Inc., v. Pacific Theatres Exhibition Corp., et al. |

**Pacific Theatres Exhibition Corporation**                                              Case Number:

**Part 3: Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**
Legal Actions of Assignments

7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits within 1 year before filing this case

| CASE TITLE | CASE NUMBER | NATURE OF CASE | COURT OR AGENCY'S NAME AND ADDRESS | STATUS | NOTES |
|---|---|---|---|---|---|
| Amps Electric, Inc. v. Graycor Construction Company Inc., et al. | 2084CV01680 | AL Boston - Construction Alleged breach of contract and related claims relating to the construction of the ArcLight Boston theater | Suffolk County Superior Court - Civil Suffolk County Courthouse, 12th Floor Three Pemberton Square Boston, MA 02108 | _x_ Pending __ On appeal __ Concluded | Consolidated with Graycor Construction Inc., v. Pacific Theatres Exhibition Corp., et al. |
| Business Interiors Flooring Covering Business Trust v. Graycor Construction Company, Inc., et al. | 2020CV2086A | AL Boston - Construction Alleged breach of contract and related claims relating to the construction of the ArcLight Boston theater | Suffolk County Superior Court - Civil Suffolk County Courthouse, 12th Floor Three Pemberton Square Boston, MA 02108 | _x_ Pending __ On appeal __ Concluded | Consolidated with Graycor Construction Inc., v. Pacific Theatres Exhibition Corp., et al. |
| Clifford & Galvin Contracting L.L.C. v. Graycor Construction Company, Inc., et al. | 2084CV01180E | AL Boston - Construction Alleged breach of contract and related claims relating to the construction of the ArcLight Boston theater | Suffolk County Superior Court - Civil Suffolk County Courthouse, 12th Floor Three Pemberton Square Boston, MA 02109 | _x_ Pending __ On appeal __ Concluded | Consolidated with Graycor Construction Inc., v. Pacific Theatres Exhibition Corp., et al. |
| MIW Corp. v. Graycor Construction Company, Inc., et al. | 2084CV01496D | AL Boston - Construction Alleged breach of contract and related claims relating to the construction of the ArcLight Boston theater | Suffolk County Superior Court - Civil Suffolk County Courthouse, 12th Floor Three Pemberton Square Boston, MA 02109 | _x_ Pending __ On appeal __ Concluded | Consolidated with Graycor Construction Inc., v. Pacific Theatres Exhibition Corp., et al. |
| Diversified Construction Group, LLC v. Graycor Construction Company, Inc., et al. | 2084CV01606E | AL Boston - Construction Alleged breach of contract and related claims relating to the construction of the ArcLight Boston theater | Suffolk County Superior Court - Civil Suffolk County Courthouse, 12th Floor Three Pemberton Square Boston, MA 02108 | _x_ Pending __ On appeal __ Concluded | Consolidated with Graycor Construction Inc., v. Pacific Theatres Exhibition Corp., et al. |
| Global Mechanical Services v. Graycor Construction Company, Inc., et al. | 2077CV01276 | AL Boston - Construction Alleged breach of contract and related claims relating to the construction of the ArcLight Boston theater | Essex County Superior Court - Lawrence  43 Appleton Way Lawrence, MA 01841 | _x_ Pending __ On appeal __ Concluded | Related to Graycor Construction Inc., v. Pacific Theatres Exhibition Corp., et al. |
| Soep Painting Corp. v. Graycor Construction Company, Inc., et al. | 2084CV01467 | AL Boston - Construction Alleged breach of contract and related claims relating to the construction of the ArcLight Boston theater | Suffolk County Superior Court - Civil Suffolk County Courthouse, 12th Floor Three Pemberton Square Boston, MA 02108 | _x_ Pending __ On appeal __ Concluded | Consolidated with Graycor Construction Inc., v. Pacific Theatres Exhibition Corp., et al. |
| Mohawk Factoring, LLC v. Pacific Theatres Exhibition Corp. | 20STCV44294 | PT Glendale - Breach of Contract Alleged breach of contract relating to purchased goods. | Superior Court of California, Los Angeles 111 N. Hill St. Los Angeles, CA 90012 Stanley Mosk Courthouse, Central District | _x_ Pending __ On appeal __ Concluded | |
| Urban Works, Ltd v. 1515 N. Halstead, LLC, et al | 2020CH03688 | AL Chicago - Mechanic's Lien | Circuit Court of Cook County Illinois Chancery Division Richard J Daley Center 50 W Washington, Rm 802 Chicago, IL 60602 | _ Pending __ On appeal __ Concluded | This action relates to work done by a mechanic for another party unrelated to debtor. Debtor was only named as a party due to its interest (by virtue of a recorded memorandum of lease) in the property the plaintiff is seeking to foreclose upon. |
| Douglas Emmett 1966, LLC v Pacific Theatres Exhibition Corp. | 21VECV00650 | AL Sherman Oaks -Notice of Unlawful Detainer (Eviction) action brought by an entity that was a former landlord. | Superior Court of California, Los Angeles Van Nuys Courthouse East 6230 Sylmar Avenue Van Nuys, CA 91401 | _x_ Pending __ On appeal __ Concluded | Subject premises was surrendered by tenant previous to this filing. |

**Notes for Part 3 Question 7**
Note: Debtor Pacific Theatres Exhibition Corp. has applied for
sales tax refunds which precipitated a limited review of books
and records to ascertain the amount the amount to be
reimbursed to debtor. This is not listed above.

Pacific Theatres Exhibition Corp.

Case Number:

**Part 4:** Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
Certain Gifts and Charitable Contributions

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

| | Recipient Name | Address | Description of gift | Relationship to Debtor | Dates given | Value |
|---|---|---|---|---|---|---|
| 9.1 | VARIETY BOYS & GIRLS CLUB | 2530 CINCINNATI ST, LOS ANGELES, CA 90033 | DECURION SILVER SPONSOR - CHARITY | INDUSTRY RELATED | 3/12/2019 | 5,000.00 |
| 9.2 | VARIETY THE CHILDRENS CHARITY | 4601 WILSHIRE BLVD., LOS ANGELES, CA 90010 | VARIETY ANNUAL POKER NIGHT QUEEN SPONSOR | INDUSTRY RELATED | 7/1/2019 | 2,500.00 |
| 9.3 | WILL ROGERS MOTION PICTURE PIONEERS | 6767 FOREST LAWN DRIVE SUITE 303, LOS ANGELES, CA 90068 | DINNER TICKERS | INDUSTRY RELATED | 8/13/2019 | 1,000.00 |
| 9.4 | WILL ROGERS MOTION PICTURE PIONEERS | 6767 FOREST LAWN DRIVE SUITE 303, LOS ANGELES, CA 90068 | TRIBUTE PAGE | INDUSTRY RELATED | 8/13/2019 | 3,000.00 |
| 9.5 | VARIETY THE CHILDRENS CHARITY | 4601 WILSHIRE BLVD., LOS ANGELES, CA 90010 | DONATION HONOREE SCOTT FORMAN | INDUSTRY RELATED | 10/16/2019 | 5,000.00 |
| 9.6 | VARIETY BOYS & GIRLS CLUB | 2530 CINCINNATI ST, LOS ANGELES, CA 90033 | GALA EVENT BENEFACTOR LEVEL SUPPORT | INDUSTRY RELATED | 10/28/2019 | 2,500.00 |
| 9.7 | VARIETY THE CHILDRENS CHARITY | 4601 WILSHIRE BLVD., LOS ANGELES, CA 90010 | SCOTT FORMAN TRIBUTE AD (CORRECTED) | INDUSTRY RELATED | 12/6/2019 | 5,000.00 |

**Pacific Theatres Exhibition Corp.**                    **Case Number:**

**Part 5: Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**
Certain Losses

10.  All losses from fire, theft, or other casualty within 1 year before filing this case

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| Damage to premises and personal property located therein at ArcLight Bethesda premises (710 Democracy Blvd., Bethesda, MD 20817) resulting from a roof leak. Estimated claim amount reported to insurance.  Repair has not been completed and cost is uncertain.  All damaged property currently in possession of landlord. | $0.00 | 7/23/2020 | $150,000.00 |

**Pacific Theatres Exhibition Corp.**                                    **Case Number:**

| Part 6: | **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy** |
|---------|------|
|         | Certain Payments or Transfers |

11.  Payments related to bankruptcy

| Who was paid or who received the transfer? | Who made the payment if not debtor | If not money, describe any property transferred | Date(s) | Total amount or value |
|---|---|---|---|---|
| Hogan Lovells US LLP | n/a | n/a | 6/18/2020 | $ 58,854.51 |
| Hogan Lovells US LLP | n/a | n/a | 7/30/2020 | $ 5,139.31 |
| Hogan Lovells US LLP | n/a | n/a | 8/13/2020 | $ 33,135.00 |
| Hogan Lovells US LLP | n/a | n/a | 10/1/2020 | $ 87,063.04 |
| Hogan Lovells US LLP | n/a | n/a | 12/17/2020 | $ 216,789.71 |
| Hogan Lovells US LLP | n/a | n/a | 3/11/2021 | $ 59,031.00 |
| Hogan Lovells US LLP | n/a | n/a | 4/1/2021 | $ 35,505.95 |
| Hogan Lovells US LLP | n/a | n/a | 4/12/2021 | $ 20,000.00 |
| Hogan Lovells US LLP | n/a | n/a | 5/28/2021 | $ 63,877.50 |
| Hogan Lovells US LLP | n/a | n/a | 6/7/2021 | $ 75,000.00 |
| FTI Consulting, Inc. | n/a | n/a | 6/11/2020 | $ 89,922.91 |
| FTI Consulting, Inc. | n/a | n/a | 7/16/2020 | $ 16,806.37 |
| FTI Consulting, Inc. | n/a | n/a | 10/1/2020 | $ 13,316.95 |
| FTI Consulting, Inc. | n/a | n/a | 10/29/2020 | $ 45,675.00 |
| Sherwood Consulting | n/a | n/a | 4/30/2021 | $ 25,000.00 |
| BMC Group, Inc. | n/a | n/a | 5/13/2021 | $ 25,000.00 |
| BMC Group, Inc. | n/a | n/a | 6/7/2021 | $ 25,000.00 |
| Hogan Lovells US LLP | n/a | n/a | 6/16/2021 | $ 45,000.00 |
| Hogan Lovells US LLP | n/a | n/a | 6/17/2021 | $ 10,000.00 |

Pacific Theatres Exhibition Corp.                                              Case Number:

**Part 6:** Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
Certain Payments or Transfers

13. Transfers not already listed on this statement.  List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the
debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.

| Who received the transfer (name and address)? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1 Haltrecht Family Trust<br>c/o 120 N Robertson Blvd.<br>Los Angeles, CA 90048 | Debtor Glendale Americana Theatres, LLC was created in 2008 to facilitate the development of the PT Glendale theater.  Neil Haltrecht was a participant in the development and in 2008 he received two convertible promissory notes in connection with his participation: (i) one from co-debtor, Glendale Americana Theatres, LLC made to the Haltrecht Family Trust and (ii) one from debtor Pacific Theatres Exhibition Corp. made to Bordwest, LLC (and subsequently transferred to the Haltrecht Family Trust).  On August 23, 2019 the the Haltrecht Family Trust exercised its right to redeem the promissory notes and was paid by both co-debtor Glendale Americana Theatre, LLC and debtor Pacific Theatres Exhibition Corp. an the aggregate amount of $3,655,342.79 (of that amount, $2,655,342.79 was deemed paid by debtor Pacific Theatres Exhibition Corp.).  At the time the notes were issued in 2008, Haltrecht was an employee and officer of an affiliate of debtor and he later became the CFO of co-debtors (other than Glendale Americana Theatres, LLC).  Haltrecht's employment by the co-debtors ended 2010. He is currently a Director of an non-debtor affiliate. | 8/22/2019 | $2,655,342.79 |

**Pacific Theatres Exhibition Corp.**                                                    **Case Number:**

| Part 7: | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy |
| --- | --- |
| | Previous Locations |

14. List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

| Location | AL/Pac | Address | Date of Occupancy |
| --- | --- | --- | --- |

Note:  Debtor is no longer in possession of any theater locations other than PT Winnetka.  However, all theater location addresses have been listed on Form 201 Question 4 and not here.

Pacific Theatres Exhibition Corp.                                                                    Case Number:

**Part 9:** Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
Personally Identifiable Information

16. Does the debtor collect and retain personally identifiable information of customers?

**Does the debtor collect and retain personally identifiable information of customers?**

Yes

**State the nature of the information collected and retained**

Debtor historically collected customer information, including names, email addresses, phone numbers and other information as detailed in debtor's privacy policy. This information included (i) names and email addresses for approximately 3,600 paid members, (ii) email addresses for approximately 181,000 other customers who consented to receive marketing communications, and (iii) email addresses and other information regarding other past or potential customers that may or may not be used for marketing purposes pursuant to debtor's privacy policy and applicable law. It is uncertain what categories of information are currently retained in whole or in part. In addition, some or all of this information is not currently in debtor's control but may be available from a third party service provider for a fee.

**Does the debtor have a privacy policy about that information?**

Yes

**Pacific Theatres Exhibition Corp.**

**Case Number:**

| Part 9: | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy |
| --- | --- |
| | Personally Identifiable Information |

17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k)
403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

| | Name of Plan | Does the debtor serve as plan administrator | Employer identification number of Plan | Has the Plan Been Terminated? |
| --- | --- | --- | --- | --- |
| 17.1 | 401(k) | No | n/a | n/a |
| 17.2 | Pension Plan | No | n/a | n/a |
| 17.2 | Flexible/Health Savings Plan | No | n/a | n/a |

**Note to Part 9 Question 17**

A non-debtor affiliate historically made available 401k, pension and FSA plans for the
benefit of the Debtor's employees.

**Pacific Theatres Exhibition Corp.**                    **Case Number:**

| Part 10: | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy |
|---|---|

Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

20. Off-premises storage where property kept within 1 year before filing.

| | Facility name | Facility address | Name of anyone with access to it | Address | Description of the contents | Does debtor still have it? (Y/N) |
|---|---|---|---|---|---|---|
| 20.1 | Major Theatre Equipment Corp. | 101 Holmes St. Quincy, MA 02171 | Kevin Lee | c/o 120 N. Robertson Blvd. Los Angeles, CA 90041 | Projectors and servers | Yes |
| 20.2 | Public Storage | 140 Broadway Everett, MA 02149 | Kevin Lee | c/o 120 N. Robertson Blvd. Los Angeles, CA 90041 | IT equipment | Yes |

**Note for Part 10 Question 20**

Paper files stored offsite with Iron Mountain not included.

**Pacific Theatres Exhibition Corp.**                                    **Case Number:**

**Part 11: Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**
Property the Debtor Holds or Controls That the Debtor Does Not Own

21.  Property held for another

| Owner's name and address | Location of the property | Description of the proprty | Value |
| --- | --- | --- | --- |

Note: Leased equipment not included here.

Note: Personal property of debtor located in theater premises may be subject to
secured lenders lien and is not included here.

**Pacific Theatres Exhibition Corp.**

**Case Number:**

| Part 13: | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy |
|---|---|
| | Details About the Debtor's Business or Connections to Any Business |

25. Other businesses in which the debtor has or has had an interest within 6 years before filing.

| | Business name and address | Describe the nature of the business | Employer Identification Number | Dates business existed From - To |
|---|---|---|---|---|
| 25.1 | El Capitan Theatre Company, a California partnership<br><br>120 N. Robertson Blvd., Fl. 3<br>Los Angeles, CA 90048 | El Capitan Theatre Company's primary asset is a ground lease for the El Capitan Theater located at 6834-38 Hollywood Blvd. The property is subleased to the other partner in the partnership. The partnership does not receive any revenue from the sublease (the subtenant operates the property, pays all expenses and receives all revenue from the operation of the property). | 95-4328179 | 11/1/1989 - Present |
| 25.2 | Glendale Americana Theatre, LLC, a California limited liability company<br><br>120 N. Robertson Blvd., Fl. 3<br>Los Angeles, CA 90048 | Previously related to the PT Glendale theater. | 26-2659626 | 05/01/2008 - Present |

Note: El Capitan Theatre Company is not a Debtor.

**Pacific Theatres Exhibition Corporation**                    Case Number:

**Part 13: Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**
Details About the Debtor's Business or Connections to Any Business

26.  Books, records, and financial statements

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing the case

|        | Name | Address | Begin Date of Service | End Date of Service |
|--------|------|---------|----------------------|---------------------|
| 26a.1 | Liam Eckersley | 11504 Poema Place Unit #103, Chatsworth, CA 91311 | 02/04/2009 | 01/29/2021 |
| 26a.2 | Eric Lemire | 19561 Cantara St. , Reseda, CA 91335 | 11/19/2010 | 05/28/2020 |
| 26a.3 | Mojan Sazegar | 11363 Chenault Street , Los Angeles, CA 90049 | 10/13/2014 | 05/28/2020 |
| 26a.4 | Sarah Lo | 187 S Catilina Ave Unit 1, Pasadena, CA 91106 | 04/17/2017 | 06/07/2019 |
| 26.a.5 | Shi Ting Chow | 7354 Woodman Ave Apt 417, Van Nuys, CA 91405 | 07/09/2018 | 05/19/2021 |
| 26.a.6 | Kimberly Alfaro | 20010 Saticoy St. , Winnetka, CA 91306 | 06/01/2013 | 04/13/2021 |
| 26.a.7 | Christine Mournjoghlian | c/o 120 N Robertson Blvd., Los Angeles, CA 90048 | 05/15/2017 | - |
| 26.a.8 | Oscar Enciso | 3433 Lafayette Ave , Rosemead, CA 91770 | 10/20/2017 | 05/28/2020 |
| 26.a.9 | Irving Hernandez | 2695 Loosmore St. Apt. 9 Apt. 9, Los Angeles, CA 90065 | 07/23/2018 | 10/11/2019 |
| 26.a.10 | Kevin Lee | c/o 120 N Robertson Blvd., Los Angeles, CA 90048 | 09/30/2019 | - |
| 26.a.11 | Vicki Smith | 22225 Shadow Valley Circle , Chatsworth, CA 91311 | 11/12/2019 | 05/28/2020 |
| 26.a.12 | Cirilo Flores | 10219 S Spring St , Los Angeles, CA 90003 | 01/27/2020 | 10/09/2020 |
| 26.a.13 | Lori Trosclair | 3420 Barham Boulevard , Los Angeles, CA 90068 | 02/18/2020 | 05/28/2020 |
| 26.a.14 | Raj Patel | c/o 120 N Robertson Blvd., Los Angeles, CA 90048 | 01/14/2021 | - |

Notes to Part 13 Question 26a: All dates approximate.

26b.  All firms or individuals who have audited, compiled, or reviewed books and records or prepared a financial statement within 2 years

|       | Name | Address | Begin Date of Service | End Date of Service |
|-------|------|---------|----------------------|---------------------|
| 26b.1 | BDO | 515 S Flower St Suite 47th Floor, Los Angeles, CA 90071 | 2012 | 2021 |

**Notes to Part 13 Question 26b**

Note: We did not include individuals who did not actually review, audit or compile the underlying entries in the
books and records but have access to such books and records.  We also did not include individuals who have
reviewed financial statements of debtors but did not prepare, audit or compile financial statements or review
underlying entries in the books and records.

**Pacific Theatres Exhibition Corporation**                    **Case Number:**

**Part 13:** **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**
Details About the Debtor's Business or Connections to Any Business

26. Books, records, and financial statements

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case filed.

| | Name | Address | If any books of account and records are unavailable, explain why |
|---|---|---|---|
| 26c.1 | Savantis (financial software provider) | 835 Springdale Drive, Suite 102, Exton, PA 19341 | |
| 26c.2 | BDO (outside audit firm) | 515 S Flower St Suite 47th Floor, Los Angeles, CA 90071 | |
| 26c.3 | Kevin Lee, Senior Finance Manager, Pacific Theatres Entertainment Corporation | c/o 120 N Robertson Blvd., Los Angeles, CA 90048 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case

| | Name | Address |
|---|---|---|
| 26d.1 | Bank of America | 333 S Hope St 13th Floor, Los Angeles, CA 90071 |
| 26d.2 | Wells Fargo | 333 South Grand Ave., 9th Floor |

Notes to Part 13 Question 26d
Note: Sales or other financial reports provided to landlords and studios are not included here.
Note: Debtors may also have provided copies of certain financial statements to vendors, insurance companies and other similar parties in connection with obtaining credit or goods and services in the ordinary course of business.
Note: Debtor has provided copies of certain financial information to its personal property tax consultant, Ryan, LLC (500 N. Brand Blvd., Ste 1720, Glendale, CA 91203).

**Pacific Theatres Exhibition Corp.**

**Case Number:**

| Part 13: | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy |
| --- | --- |
| | Details About the Debtor's Business or Connections to Any Business |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| | Name | Address | Position | Nature of Interest | % of Interest, if any |
| --- | --- | --- | --- | --- | --- |
| 28.1 | M. Freddie Reiss | 120 N. Robertson Bl., 3rd Flr., Los Angeles, CA 90048 | Independent Director | Director | None |
| 28.2 | Jeff Koblentz | 120 N. Robertson Bl., 3rd Flr., Los Angeles, CA 90048 | President, Chief Financial Officer and Vice President | Officer | None |
| 28.3 | Jill Saperstein | 120 N. Robertson Bl., 3rd Flr., Los Angeles, CA 90048 | Secretary | Officer | None |
| 28.4 | James Anthony Clark | 4242 E. West Highway, Unit 504 Chevy Chase, MD 20815 | Assistant Secretary | Officer | None |

Note: James Anthony Clark is a consultant who serves as an Assistant Secretary to comply with Maryland liquor licensing requirements for the AL Bethesda theater which require a local officer.

Pacific Theatres Exhibition Corporation                    Case Number:

| Part 13: | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy |
|---|---|
| | Details About the Debtor's Business or Connections to Any Business |

29. Within 1 year before the filing of the case, list the officers, directors, managing members, general partners, members in control of the debtor, or shareholders in contol of the debtor who no longer hold those positions

| Name | Position | Nature of Any Interest | Period During Which Position Was Held From - To |
|---|---|---|---|
| ROBERT KORS CASTELLAMMARE ADVISORS, LLC 232 QUADRO VECCHIO DRIVE PACIFIC PALISADES , CA 90272 | DIRECTOR AND CEO | DIRECTOR | 8/21/20 - 12/21/20 |
| CHRISTOPHER S. FORMAN 120 N. ROBERTSON BL., FLR 3 LOS ANGELES, CA 90048 | DIRECTOR AND CEO | DIRECTOR AND OFFICER | DIRECTOR: 01/04/00 - 12/21/20 CEO: 7/1/99 - 03/01/21 |
| TED MUNDORFF 1585 TEMPLE HILLS DR LAGUNA BEACH , CA 92651 | PRESIDENT AND COO | OFFICER | PRESIDENT: 02/18/20 - 3/1/21 COO: 02/18/20 - 4/19/21 |
| LILIAN HANNA 120 N. ROBERTSON BL., FLR 3 LOS ANGELES, CA 90048 | VICE PRESIDENT | OFFICER | 01/26/15 - 8/20/20 |
| JAMES D. VANDEVER 120 N. ROBERTSON BL., FLR 3 LOS ANGELES, CA 90048 | VICE PRESIDENT | OFFICER | 01/04/94 - 8/20/20 |
| DAVID BENT 24218 SAINT EDENS CIRCLE WEST HILLS , CA 91307 | VICE PRESIDENT | OFFICER | 07/22/15 - 4/13/21 |
| GREG HERNANDEZ 8 CERRO COURT RANCHO MISSION VIEJO , CA 92688 | VICE PRESIDENT | OFFICER | 03/18/18 - 4/13/21 |
| MANI BALASUBRAMAN 675 AZURE HILLS DR. SIMI VALLEY, CA 93065 | VICE PRESIDENT | OFFICER | 03/23/17 - 4/30/21 |
| VINCENT SZWAJKOWSKI 700 N ARDEN DRIVE BEVERLY HILLS , CA 90210 | VICE PRESIDENT | OFFICER | 04/12/18 - 7/31/20 |
| BRYAN UNGARD (PASSED AWAY 5/17/21) 120 N. ROBERTSON BL., FLR 3 LOS ANGELES, CA 90048 | VICE PRESIDENT | OFFICER | 7/20/10 - 5/17/2021 (DECEASED) |
| NORA DASHWOOD 2207 PALM AVE. MANHATTAN BEACH , CA 90266 | VICE PRESIDENT | OFFICER | CURRENT TITLE: 3/11/19 - 5/31/2021 (PREVIOUSLY HELD OTHER OFFICER TITLES PRIOR TO 3/11/19) |
| STEPHEN GREEN 12137 LAUREL TERRACE DRIVE STUDIO CITY , CA 91604 | VICE PRESIDENT | OFFICER | 9/20/11 - 5/31/2021 |

**Pacific Theatres Exhibition Corporation**                          **Case Number:**

| Part 13: | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy |
|---|---|
| | Details About the Debtor's Business or Connections to Any Business |

29. Within 1 year before the filing of the case, list the officers, directors, managing members, general partners, members in control of the debtor, or shareholders in contol of the debtor who no longer hold those positions

| Name | Position | Nature of Any Interest | Period During Which Position Was Held From - To |
|---|---|---|---|
| KEVIN HOLLOWAY<br>17926 LUDLOW ST<br>GRANADA HILLS , CA 91344 | VICE PRESIDENT | OFFICER | 3/18/2018 - 5/31/2021 |
| ADELE MACHTINGER<br>120 N. ROBERTSON BL., FLR 3<br>LOS ANGELES, CA 90048 | VICE PRESIDENT | OFFICER | 9/29/19 - 6/2/2021 |

Pacific Theatres Exhibition Corp.                    Case Number:

| **Part 13:** | **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy** |
| --- | --- |
| | Details About the Debtor's Business or Connections to Any Business |

30. Payments, distributions, or withdrawals in any form credited or given to insiders within 1 year before filing

| Name and Address of Recipient | Relationship to debtor | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- | --- |

Note: For the disclosure on this schedule, please see Part 2 Question 4.

**Pacific Theatres Exhibition Corp.**

| Part 13: | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy |
|---|---|
| | Details About the Debtor's Business or Connections to Any Business |

32.  Within 6 years before filing this case, has the debtor as an employer been responsible
for contributing to a pension fund?

| Name of Plan | Employer identification number of Plan |
|---|---|

Note: A non-debtor affiliate historically made available a pension plan for the benefit of the Debtor's
employees (which pension was frozen in 2007).  Debtor and/or its co-debtors were responsible for
paying administrative costs relating to its employees.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

## Central District of California

**In re**   Pacific Exhibition Corp.

Case No. _____

**Debtor**                                            Chapter 7 _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above
    named debtor(s) and that compensation paid to me within one year before the filing of the petition in
    bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in
    contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $____130,000.00

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . $____130,000.00

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____0

    Note to Question 1: In the year prior to the filing of its petition for bankruptcy (the "Petition Date") the Debtor, on
    behalf of itself and its debtor-affiliates, paid Hogan Lovells $75,000 for services relating to the Chapter 7 filings.
    Additionally, in the year prior to the Petition Date, Hogan Lovells performed various restructuring-related
    services for the Debtor and its debtor-affiliates (which services did not involve preparing for a Chapter 7 filing).
    For a full list of all payments made to Hogan Lovells in the year before the bankruptcy filing, please see Part 6,
    Question 11 of the Statement of Financial Affairs filed by Pacific Theatres Exhibition Corp.

2.  The source of the compensation paid to me was:

    ☑ Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    ☑ Debtor          ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are
    members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not
    members or associates of my law firm. A copy of the agreement, together with a list of the names of the
    people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy
    case, including:

    a.  Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to
        file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, and statements of affairs which may be required; and

    c.  Representation of the debtor at the meeting of creditors  and any adjourned hearings thereof.

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Representation in adversary proceedings, contested matters, or any other matter not specifically indicated in 5(a)-5(c) above.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 06/17/2021 | /s/ Erin N. Brady |
|---|---|
| *Date* | *Signature of Attorney* |
| | Hogan Lovells US LLP |
| | *Name of law firm* |

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address
**Erin N. Brady**
**1999 Avenue of the Stars, Suite 1400**
**Los Angeles, CA 90067**
**310-785-4600**
California State Bar Number: **215038 CA**
**erin.brady@hoganlovells.com**

FOR COURT USE ONLY

☐   *Debtor(s) appearing without an attorney*

■   *Attorney for Debtor*

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**Pacific Theatres Exhibition Corp.**

CASE NO.:

CHAPTER: 7

## VERIFICATION OF MASTER
## MAILING LIST OF CREDITORS

### [LBR 1007-1(a)]

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __219__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  **June 18, 2021**

Signature of Debtor 1      JEFFREY KOBLENTZ

Date:  _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:  **June 18, 2021**

Signature of Attorney for Debtor (if applicable)

ERIN N. BRADY

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                        **F 1007-1.MAILING.LIST.VERIFICATION**

Pacific Theatres Exhibition Corp.
120 N Robertson Blvd., 3rd Floor
Los Angeles, CA 90048


Erin N. Brady
Hogan Lovells US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067


1007isaac
1007isaac@gmail.com


101 DISTRIBUTION LLC
335 N MAPLE DRIVE, SUITE 340
BEVERLY HILLS, CA 90210


1515 N HALSTED LLC
C/O STRUCTURED DEVELOPMENT, LLC
211 N. CLINTON, SUITE 3S
CHICAGO, IL 60661


1515 N. Halsted LLC
c/o Structured Development, LLC
211 N. Clinton, Suite 3S
Attention: Daniel Lukas
Chicago, IL 60661


1515 N. Halsted LLC
c/o Structured Development
LLC 211 N. Clinton, Suite 3S
Attention: Accounting Office
Chicago, IL 60661


4454 Van Nuys Blvd
4454 Van Nuys Blvd., #212a
Sherman Oaks, CA 91403

4454 VAN NUYS, LLC
4454 VAN NUYS BLVD., #212A
SHERMAN OAKS, CA 91403


A BETTER CHICAGO
600 W VAN BUREN ST, STE 510
CHICAGO, IL 60607


A PLUS R INC
1318 E. 7TH STREET, SUITE 100
LOS ANGELES, CA 90021


A24 FILMS LLC
31 W 27TH ST
NEW YORK, NY 10001


AAMP STUDIO
ANDREW ASHEY
131 BEACON STREET
PORTLAND, ME 04103


AARON POGUE
PO BOX 93608
LOS ANGELES, CA 90093


ABC IMAGING OF WASHINGTON, INC.
SUITE 300 5290 SHAWNEE ROAD
ALEXANDRIA, VA 22312


ABM INDUSTRIES, INC
9099 WASHINGTON BLVD
CULVER CITY, CA 90232

ABM PARKING SERVICES
15301 VENTURA BOULEVARD, SUITE 360
SHERMAN OAKS, CA 91403


ABREGO, CHRISTOPHER
729 E CHEVY CHASE D
GLENDALE, CA 91205


ABREU, MICHAEL
12 HILTON ST
BOSTON, MA 02136


AC BEVERAGE INC
1993-7 MORELAND PARKWAY, SUITE 7
ANNAPOLIS, MD 21401


ACE BEVERAGE CO
401 S ANDERSON ST
LOS ANGELES, CA 90033


ACEVEDO, ANGEL S.
13240 PARKLAND CIRCLE
SYLMAR, CA 91342


ACEVEDO, WALTER
49 PAINTER ST
PASADENA, CA 91103


ACS ENTERPRISES, INC. DBA ACS
PO BOX 810
WALNUT, CA 91788

ACS ENTERPRISES, INC. DBA ACS
PO BOX 810
WALNUT, CA 91788


Adam Buchalter
adambuchalter@gmail.com


ADAMS, MICHEALA L.
7517 S TRUMBULL
CHICAGO, IL 60652


AEP ENERGY
PO 6329
CAROL STREAM, IL 60197-6329


AEP ENERGY
PO 6329
CAROL STREAM, IL 60197-6329


AGPAOA, CHRISTIAN W.
21501 ROSCOE BLVD
CANOGA PARK, CA 91304


AGUILAR, SANDRA P.
2055 W 31ST STREET
LOS ANGELES, CA 90018


AGUILERA, CRYSTAL E.
4931 W 132ND ST.
HAWTHORNE, CA 90250

AGUIRRE, ERIK F.
1242 SANBORN AVE
LOS ANGELES, CA 90029


AGUSTIN, CYNTHIA P.
16221 CORNUTA AVE. 5
BELLFLOWER, CA 90706


AHEARN, CONOR
3326 BUEHLER COURT
OLNEY, MD 20832


AINOOSON, TERRAL J.
40 HARDING TERRACE #2
DEDHAM, MA 02026


AIRGAS - WEST
PO BOX 7423
PASADENA, CA 91109


AIRGAS - WEST
PO BOX 7423
PASADENA, CA 91109


AIRGAS USA LLC
PO BOX 734673
DALLAS, TX 75373-4673


AIRGAS USA, LLC D/B/A AIRGAS NATIONAL CA
PO BOX 734673
DALLAS, TX 75373-4673

ALARCON, ALEXANDER A.
9606 HASKELL AVE
NORTH HILLS, CA 91343


ALARCON, VANESSA
420 WEST 57TH STREET
LOS ANGELES, CA 90037


ALBA JR., SALVADOR
11049 S GREVILLEA AVE.
INGLEWOOD, CA 90304


ALBAN, GINO C.
4919 LOUISE ST
SKOKIE, IL 60077


ALBREGTS, ALEXANDER P.
55 WARREN AVE #1
BOSTON, MA 02116


ALCALA, CINDY S.
6541 LEMON AVE
LONG BEACH, CA 90805


ALDERETE, NOAH P.
6305 YUCCA ST.
LOS ANGELES, CA 90028


ALENCASTRO, WENDY
530 E PLEASANT ST APT 2
LONG BEACH, CA 90805

Alex Shibutani
alexshibs@gmail.com


ALEXANDER, JEREMY M.
3559 S. COCHRAN AVENUE
LOS ANGELES, CA 90016


ALEXANDER, RACHEL N.
APT 6 1824 N GRAMERCY PLACE
LOS ANGELES, CA 90028


ALEXANDER, YOLANDA X.
3207 W. ADAMS BLVD
LOS ANGELES, CA 90018


ALEXANDRA LYNN WHISNANT
26 WYATT STREET
SOMERVILLE, CA 02143


ALEXIS FLEISIG
1031 OBERLIN DRIVE
GLENDALE, CA 91205


ALFARO, FLOR
423 N. NORTON AVE.
LOS ANGELES, CA 90004


ALFRED, SHAELYNN
7300 LANKERSHIM BLVD APT#238
NORTH HOLLYWOOD, CA 91605

ALI, HATEM
451 RIVERDALE DR
GLENDALE, CA 91204


Alicia Cordova
alicia.cordova1988@gmail.com


ALKAZIAN, TREVOR M.
17351 MAYALL STREET
NORTHRIDGE, CA 91325


ALLAN CONSTRUCTION, LLC
C/O EMANUEL N. BARDANIS
CORWIN & CORWIN LLP
600 UNICORN PARK DRIVE, 2ND FLOOR
WOBUM, MA 01801


ALLEN JR, HENRY L.
36 RECTOR ROAD
MATTAPAN, MA 02126


ALLEN, DANIEL J.
1301 N. ALTA VISTA BLVD.
WEST HOLLYWOOD, CA 90046


ALLEN, LUCAS M.
8702 ROSEWOOD AVE.
WEST HOLLYWOOD, CA 90048


ALLEN, MATTHEW Z.
911 E HYDE PARK BLVD. UNIT B
INGLEWOOD, CA 90302

ALLIED INTEGRATED MARKETING
6908 HOLLYWOOD BLVD
HOLLYWOOD, CA 90028

ALLIED INTEGRATED MARKETING
6908 HOLLYWOOD BLVD, 3RD FLOOR
HOLLYWOOD, CA 90028

ALLIED UNIVERSAL COMPANY
US SECURITY ASSOCIATES INC
PO BOX 931703
ATLANTA, GA 31193

ALLIED UNIVERSAL COMPANY
PO BOX 931703
ATLANTA, GA 31193

ALLISON, ALYNA E.
818 PAUL DR.
PORT HUENEME, CA 93041

ALVA, RYAN W.
11047 OTSEGO ST
NORTH HOLLYWOOD, CA 91601

ALVARADO CASTRO, ROSANA
9 ESMOND CT
GERMANTOWN, MD 20874

ALVARADO, JACOB D.
15258 GRESHAM ST
NORTH HILLS, CA 91343

ALVARADO, JAMES M.
17607 BURTON STREET
NORTHRIDGE, CA 91325


ALVAREZ, ARIANNEE J.
14501 TUPPER ST. 16
PANORAMA CITY, CA 91402


ALVENO, ZACHARY M.
4157 YORK BLVD
LOS ANGELES, CA 90065


AMAZON CAPITAL SERVICES, INC
PO BOX 035184
SEATTLE, WA 98124-5184


AMAZON CONTENT SERVICES, LLC
PO BOX 84188
SEATTLE, WA 98124-5488


AMBAK, ARISHARASA M.
5531 FULCHER AVENUE
LOS ANGELES, CA 91601


Amelia Barretto
itsmemickey312@gmail.com


AMERICAN SOCIETY OF COMPOSERS
1900 BROADWAY 7TH FLOOR
NEW YORK, NY 10023

AMPS ELECTRIC, INC.
C/O SCOTT C. GLADSTONE
822 BOYLSTON ST. #300
CHESTNUT HILL, MA 02467


ANCHETA, JEREMIAH V.
205 W CHESTNUT ST.
GLENDALE, CA 91204


ANDRADE GARCIA, ARIADNA M.
5 GLASSWORKS AVE
CAMBRIDGE, MA 02141


ANDRADE-VARGAS, IGNACIO J.
300 E DRYDEN ST
GLENDALE, CA 91207


ANG, WEI-JUN M.
18560 VINCENNES ST
NORTHRIDGE, CA 91324


ANGELIKIS, ALEXANDER J.
5312 CORTEEN PLACE
VALLEY VILLAGE, CA 91607


ANGUIANO, DANIEL A.
20800 ROSCOE BLVD
WINNETKA, CA 91306


ANTONIO, HADLAI
2282 CAMBRIDGE ST.
LOS ANGELES, CA 90006

AO REED CO INC
4777 RUFFNER ST
SAN DIEGO, CA 92111


AOR INCORPORATED
1020 CHEROKEE ST
DENVER, CO 80204


AOR INCORPORATED
1020 CHEROKEE ST
DENVER, CO 80204


AQUINO, GERMAN
544 S OXFORD AVE APT 5
LOS ANGELES, CA 90020


ARAMBULO, ANNIKA A.
1389 MARENGO AVE.
PASADENA, CA 91103


ARBAIZA PEREZ, ALEX
89 ORANGE ST
CHELSEA, MA 02150


ArcLight Cinema Company
120 N. Robertson Blvd. 3rd Floor
Los Angeles, CA 90048


ArcLight Visions, Inc.
120 N. Robertson Blvd. 3rd Floor
Los Angeles, CA 90048

AREEPONG, TOMMY
3136 GARDEN AVE
LOS ANGELES, CA 90039


ARENAS SOTO, SILVIA
1265 KENISTON AVE.
LOS ANGELES, CA 90019


ARIAS, ASHLEY J.
6620 SHERMAN WAY
BELL, CA 90201


Ariel Willinger
Ariel@PacNrg.com
818.700.5300


ARMOUR, ALBERT E.
950 S ST. ANDREWS PL 301
LOS ANGELES, CA 90019


ARNOLD, DEMI
848 MANZANITA AVENUE
PASADENA, CA 91103


ARREOLA, LUZ D.
6040 JOHN AVE.
LONG BEACH, CA 90805


ARRIAGA, LESLIE Y.
4620 LINCOLN AVE
BELTSVILLE, MD 20705

ARROYO, ANGELICA M.
9 EVERETT ST
EVERETT, MA 02149


ARROYO, VICTOR M.
755 SOUTH MOTT
LOS ANGELES, CA 90023


ARSENIS, IOANNIS
4601 NORTH PARK AVENUE 207
CHEVY CHASE, MD 20815


ART RODRIQUEZ AND ASSOCIATES
444 E. HUNTINGTON DR, STE 208
ARCADIA, CA 91006


ARTEAGA, JIMMY
1337 ALBANY ST APT 13
LOS ANGELES, CA 90015


ASHCROFT, THOMAS M.
4307 N. FRANCISCO 3H
CHICAGO, IL 60618


ASSEFA, RUTH
3258 MOHICAN AVE
SAN DIEGO, CA 92117


ASTORGA, DAYANARA
5904 PIEDMONT AVE
LOS ANGELES, CA 90042

ASTRALITE INC.
20 POCONO ROAD
BROOKFIELD, CT 06804


AT&T
PO BOX 5019
CAROL STREAM, IL 60197


AT&T
PO BOX 5014
CAROL STREAM, IL 60197


AT&T
PO BOX 5080
CAROL STREAM, IL 60197


AT&T
PO BOX 5025
CAROL STREAM, IL 60197


AT&T
PO BOX 5025
CAROL STREAM, IL 60197


AT&T
PO BOX 5025
CAROL STREAM, IL 60197


AT&T
PO BOX 5025
CAROL STREAM, IL 60197

AT&T
PO BOX 5025
CAROL STREAM, IL 60197


ATLANTIC IMPORTING COMPANY, INC
350 HOPPING BROOK ROAD
HOLLISTON, MA 01746


ATOM TICKETS, LLC
2700 COLORADO AVE
SANTA MONICA, CA 90404


AUSTRIE, HESFORD
10236 BETTY LOU LANE
TUJUNGA, CA 91042


AUTOTELL NETWORKING
3611 SOUTH OCEAN CREST
SANTA ANA, CA 92704


AVALOS, DANIEL C.
1112 E 118TH PLACE
LOS ANGELES, CA 90059


AVILA, ADA M.
3311 RETA ST.
LA CRESCENTA, CA 91214


AVILA, ISAAC
2407 DASHWOOD ST
LAKEWOOD, CA 90712

AVILES, ADAM
1001 E. 76TH STREET
LOS ANGELES, CA 90001

AYALA, DENNYS L.
10 RIDGEWAY STREET
LYNN, MA 01902

AYALA, JACOB R.
5839 THORN STREET
SAN DIEGO, CA 92105

AYALA, JAIRO
4945 NORTH KEDVALE AVENUE
CHICAGO, IL 60630

AZEVEDO, EMERY
6305 YUCCA ST
LOS ANGELES, CA 90028

BACASIGALA, JENNIFER
2041 N ALVARADO ST
LOS ANGELES, CA 90039

BAIN, GRANTLEY B.
3748 1/2 DALTON AVE
LOS ANGELES, CA 90018

BAIRES, NELSON
10817 AQUEDUCT AVE.
GRANADA HILLS, CA 91344

BALATICO, SHELDEN R.
7130 HOLLYWOOD BLVD
LOS ANGELES, CA 90046


BALDERAS, AXEL
361 ADENA ST
PASADENA, CA 91104


BALDINOS LOCK & KEY SERVICE INC
PO BOX 1417
NEWINGTON, VA 22122


BALDOR BOSTON, LLC
130 EASTERN AVENUE
CHELSEA, MA 02150


BALKIND, CHLOE
18 SOUTHERN AVE
WEYMOUTH, MA 02188


BALTAZAR, ROMAN B.
1835 260TH STREET
LOMITA, CA 90717


Bank of America, N.A.
Attn: Sharad C. Bhatt
333 S Hope St, 13th Floor
Los Angeles, CA 90071


BAPTISTA, BAILEY J.
20754 EAST MILL LANE
DIAMOND BAR, CA 91789

BAR SUPPLY, INC
8950 W OLYMPIC BLVD
BEVERLY HILLS, CA 90211


BARAHONA, CHRISTOPHER D.
13221 SUPERIOR ST.
ROCKVILLE, MD 20853


BARAN, ERIC R.
23304 ADOLPH AVE.
TORRANCE, CA 90505


Barbara Bond
18721 Hatteras Street, Unit 11
blbond@sbcglobal.net
818-261-0238
Tarzana, CA 91356


BARBOSA, STEVE
13540 HUBBARD ST. 4
SYLMAR, CA 91342


BARRANGER, BEN
3708 MANOR ROAD APT 4
CHEVY CHASE, MD 20815


BARRAZA, GABRIEL S.
11501 DELANO ST
NORTH HOLLYWOOD, CA 91606


BARRERA, PERLA
4337 CYPRESS AVE
EL MONTE, CA 91731

BARRETT, IRIS C.
80 BOYLSTON ST.
BOSTON, MA 02116


BARRIENTOS, DEMI
340 NORMANDIE PL
LOS ANGELES, CA 90004


BATAA, JARGALSAIKHAN
932 BUCCANEER DR APT A
GLENVIEW, IL 60026


BATES, ANTHONY E.
20954 VANOWEN ST.
CANOGA PARK, CA 91303


BAUMGARDNER, TYLER J.
61 E 21ST STREET
CHICAGO, IL 60610


BAUTISTA, VHINCE F.
2254 ELMGROVE ST
LOS ANGELES, CA 90031


BEGALKA, SUMMER B.
4210 SARAH ST.
BURBANK, CA 91505


BEHRENS, CHRISTOPHER
9047 HUBBARD ST
CULVER CITY, CA 90232

BEL AIR INTERNET, LLC
15301 VENTURA BLVD, D250
SHERMAN OAKS, CA 91403


BENAVIDES, MARILYN A.
2477 N OLIVE AVE
ALTADENA, CA 91001


BENKOVIC, JORGE A.
14480 JUDD ST
ARLETA, CA 91331


BERNARD, JESSICA L.
8741 DARBY AVE  STE #1
NORTHRIDGE, CA 91325


BERRIOS, ALEXANDER
576 FRESH MEADOWS RD
SIMI VALLEY, CA 93065


BERRY, JORDAN
14360 VALERIO ST
VAN NUYS, CA 91405


BERRY, NATHAN H.
1509 WILCOX AVE 100
LOS ANGELES, CA 90028


BESTMARK,  INC
5500 FELTL RD
MINNETONKA, MN 55343

BESTMARK, INC
5500 FELTL RD
MINNETONKA, MN 55343


BEVILL, SAM
10757 HORTENSE ST #116
TOLUCA LAKE, CA 91602


BIGELOW, CHASE
3420 CASITAS AVE
ATWATER VILLAGE, CA 90039


BIGLETE, JEFFREY
8869 REVELSTOKE WAY
SAN DIEGO, CA 92126


BILL'S SOUND & SECURITY
3190-C AIRPORT LOOP DR
COSTA MESA, CA 92626


BIN UMAR, TARIQ
300 WEST AVENUE 37
LOS ANGELES, CA 90065


BISHOP, JOSHUA
6213 WHITSETT AVE R
NORTH HOLLYWOOD, CA 91606


BLACKHAWK NETWORK, INC.
PO BOX 932859
ATLANTA, GA 31193

BLACKHAWK NETWORK, INC.
PO BOX 932859
ATLANTA, GA 31193


BLAIS, KARINA A.
439 CAMBRIDGE ST
ALLSTON, MA 02134


BLEECKER STREET MEDIA LLC
116 EAST 27TH ST., SUITE 1401
NEW YORK, NY 10016


BLOOM, ERIKA L.
150 BOYLSTON ST
BOSTON, MA 02116


BLUE FOX ENTERTAINMENT 2 LLC
SUITE 301 16027 VENTURA BLVD.
ENCINO, CA 91436


BLUNTSON, KAI L.
10709 S. 8TH AVE.
INGLEWOOD, CA 90303


BOBA GUYS LA, LLC
245 VISITACION AVENUE
BRISBANE, CA 94005


BOBSIN, GUSTAV I.
8621 WILBUR AVENUE UNIT #4
NORTHRIDGE, CA 91324

BOCCI, GEENA A.
635 N NORMANDIE AVE
LOS ANGELES, CA 90004


BOLANOS, JULIANNE
28508 VISTA TIERRA
RANCHO PALOS VERDES, CA 90275


BOLIA, STEVE J.
1757 N ORANGE DR APT 406
LOS ANGELES, CA 90028


BONILLA, ANJEL
1514 RANDALL ST
GLENDALE, CA 91201


BONSKY, TYLER C.
4611 W 153RD ST
LAWNDALE, CA 90260


BORGIA, BRADLEY A.
1738 N RICHMOND ST
CHICAGO, IL 60647


BORREGO, BRIAN
2014 EASTLAKE AVE
LOS ANGELES, CA 90031


BORRELLI, RICHARD J.
456 SOUTH COCHRAN AVENUE APT. 402
LOS ANGELES, CA 90036

BOSTIC, JAYLEN N.
157 E. SPRUCE AVE
INGLEWOOD, CA 90301


BOUIMAD, RYAN K.
10945 ETIWANDA AVE
PORTER RANCH, CA 91326


BOW MARKET ENTERTAINMENT LLC
30 BOW STREET
SOMERVILLE, MA 02143


BOW MARKET ENTERTAINMENT LLC
522 17TH STREET
SANTA MONICA, CA 90402


BOW MARKET ENTERTAINMENT LLC
232 QUADRO VECCHIO DRIVE
PACIFIC PALISADES, CA 90272


BOW MARKET ENTERTAINMENT LLC
140 BROADWAY
EVERETT, MA 02149


BOWLES, MORGAN A.
4632 VISTA DEL MONTE AVE
SHERMAN OAKS, CA 91403


BOX OFFICE ANALYST
801 W 47TH ST, SUITE 400
KANSAS CITY, MO 64112

BOYLE, BRENDAN W.
1648 N FAIRFIELD AVE
CHICAGO, IL 60647


BRADLEY, AMANDA L.
17830 MERRIDY ST
NORTHRIDGE, CA 91325


BRAGG, CASSIDY
845 AVENUE M #10
SEASIDE, OR 97138


BRAITHWAITE, SHANAYAH
19535 TRANSHIRE ROAD
MONTGOMERY VILLAGE, MD 20086


BRAND BUREAU, LLC
224 CENTRE STREET
NEW YORK, NY 10013


Brandi King
brandimking@gmail.com


BRASS TAP BEVERAGE SYSTEMS, INC.
668 E NORTHWEST HWY
MT PROSPECT, IL 60056


BRICKS, AARON
13271 ARVILA DR
VICTORVILLE, CA 92392

BRIER, JERRY
21025 LASSEN ST
CHATSWORTH, CA 91311


BRINK'S U.S., A DIVISION OF BRINK'S, INC
BRINK'S, INCORPORATED
555 DIVIDEND DRIVE
COPPELL, TX 75019


BRINK'S U.S., A DIVISION OF BRINK'S, INC
BRINK'S, INCORPORATED
555 DIVIDEND DRIVE
COPPELL, TX 75019


BROADWAY, JORDAN
14213 OAKPOINTE DR.
LAUREL, MD 20707


BROGER-MACKEY, RYAN J.
10114 LASAINE AVENUE
NORTHRIDGE, CA 91325


BROOKLINE ICE COMPANY
225 SOUTHAMPTON STREET
BOSTON, MA 02118


BROSNAN RISK CONSULTANTS, LTD
SUITE 1538 ONE BLUE HILL PLAZA, 14T
PEARL RIVER, NY 10965


BROSNAN RISK CONSULTANTS, LTD
SUITE 1538 ONE BLUE HILL PLAZA, 14T
PEARL RIVER, NY 10965

BROWN, DEON D.
131 1/2 EAST 105TH ST. 131 1/2
LOS ANGELES, CA 90003


BROWN, MARK E.
5853 FIDLER AVENUE
LAKEWOOD, CA 90712


BRS MUSIC & SOUND,INC.
970 S. VIA RODEO
PLACENTIA, CA 92870


BRUEHL, KYLE
619 NORTH ROSE ST.
BURBANK, CA 91505


BRYAN EXHAUST SERVICE, INC.
2808 N NAOMI ST
BURBANK, CA 91504


BUCHHOLZ, FRANK
5877 NEBRASKA AVENUE NW
WASHINGTON, DC 20015


Bucksbaum  Retail  Properties
71 S. Wacker  Dr. Suite  2130
Chicago, IL 60606


BUDA, ALEXANDER R.
1440 S BEVERLY DRIVE
LOS ANGELES, CA 90035

BUDZIK, KENNETH
2233 STRAWBERRY LN
GLENVIEW, IL 60026-1345

BUENA VISTA PICTURES  LA
PO BOX 732554
DALLAS, TX 75373

BURGER'S CABINET SHOP, INC
45910 OLD OX ROAD
STERLING, VA 20166

BURKE DISTRIBUTING CORPORATION
89 TEED DRIVE
RANDOLPH, MA 02368

BURNETT, NAQIY
33 SYCAMORE DRIVE
BEACON, NY 12508

BURNS, SOLOMON
9400 CORBIN AVE.
NORTHRIDGE, CA 91324

BURREL, ELECIA J.
709 E. WINDSOR RD
GLENDALE, CA 91205

BUSINESS INTERIORS FLOORING COVERING BUS
C/O BARRY S. SCHEER, LISA M. SCALISI
PARKER I SCHEER LLP
ONE CONSTITUTION CENTER
BOSTON, MA 02129

BUSTAMANTE, SANDRA
329 E. 35TH ST
LOS ANGELES, CA 90011


BUSTOS, FRANCISCO
653 N. MACLAY AVE B
SAN FERNANDO, CA 91340


BUTTER AND EGG ROAD USA INC.
252 7TH AVENUE #7N
NEW YORK, NY 10001


BUTTER AND EGG ROAD USA INC.
252 7TH AVENUE #7N
NEW YORK, NY 10001


BUY SMART LLC
333 H STREET SUITE 500
CHULA VISTA, CA 91910


BYRNE, JAMES M.
7 PARK STREET
MELROSE, MA 02176


C CRETORS & CO
176 MITTEL DR
WOOD DALE, IL 60191


CABALLERO, SHANIA
7900 FAIRCHILD AVENUE
WINNETKA, CA 91306

CABALLERO, SONIA N.
7900 FAIRCHILD AVE.
WINNETKA, CA 91306

CABANZA, RUSSEL M.
16620 DEVONSHIRE ST
GRANADA HILLS, CA 91344

CABRAL ESCOBEDO, YONELI
870 E OLD WILLOW RD APT 154
PROSPECT HEIGHTS, IL 60070

CABRERA, ANTHONY B.
3226 CONATA STREET
DUARTE, CA 91010

CALDERON, DANIEL A.
8119 RHODES AVE
NORTH HOLLYWOOD, CA 91605

CALDERON, WILLIAM R.
6552 LA MIRADA AVE. APT.1
LOS ANGELES, CA 90038

CAMARENA, JOSUE D.
4748 SACRAMENTO AVE.
CHICAGO, IL 60625

CAMARENA, JUAN
4285 CAMELLIA AVE
STUDIO CITY, CA 91604

CAMATIC SEATING INC
12801 N STEMMONS FREEEWAY
FARMERS BRANCH, TX 75234


CAMITSES, AARON M.
1550 WILCOX AVE
HOLLYWOOD, CA 90028


CAMPE, SEAN
4438 N DAMEN AVE
CHICAGO, IL 60625


CAMPER, EBEN E.
5420 YOLANDA AVE 207
TARZANA, CA 91356


CANDRAY, KEVIN I.
4339 W 167TH ST
LAWNDALE, CA 90260


CANNING, C. K.
P.O BOX 1863
KALISPELL, MT 59903


CAPITAL SEABOARD
8005 RAPPAHANNOCK AVENUE
JESSUP, MD 20794


CAPREF PASEO LLC
5910 NORTH CENTRAL EXPRESSWAY SUITE 1600
ATTENTION: PASEO ASSET MANAGEMENT
DALLAS, TX 75206

CAPREF Paseo LLC
300 East Colorado Boulevard
Suite 213
Attention: Lease Administration
Pasadena, CA 91101


CAPREF Paseo, LLC
5910 North Central Expressway
Suite 1600
Attention: Paseo Asset Managemen
Dallas, TX 75206


CARDENAS, RICARDO N.
13701 HUBBARD ST.
SYLMAR, CA 91342


CAREERSFORWARD
228 EAST CONCORD ST
ORLANDO, FL 32801


CARPENTER, MATTHEW J.
20452 HACKNEY ST
WINNETKA, CA 91306


CARRILLO GOMEZ, MARISOL
6126 BRYNHURST AVENUE
LOS ANGELES, CA 90043


CARRILLO, ALEX E.
3106 BAGLEY AVE #5
CULVER CITY, CA 90034


CARTER, DEANDRE R.
6807 N. SHERIDAN
CHICAGO, IL 60626

CARTER, JOSH
4143 CAHUENGA BLVD APT 1
NORTH HOLLYWOOD, CA 91602


CARTER, REID J.
11037 HARTSOOK STREET
NORTH HOLLYWOOD, CA 91601


CARTERA COMMERCE, INC.
BONUS MERCHANT NETWORK - CARTERA COMMERC
3348 PEACHTREE RD. TOWER PLACE 200
SUITE 300
ATLANTA, GA 30326


CARTERA COMMERCE, INC.
BONUS MERCHANT NETWORK - CARTERA COMMERCE, INC.
3348 PEACHTREE RD.
TOWER PLACE 200 SUITE 300
ATLANTA, GA 30326


CARUSO MANAGEMENT COMPANY, LTD
THE GROVE LLC
101 THE GROVE DRIVE
LOS ANGELES, CA 90036


CASAS, ELISE I.
4019 MARCHENA DRIVE
LOS ANGELES, CA 90065


Cassandra Crawford
cassandracrawford91@gmail.com


CASSELL, JAVON T.
4 RAND PLACE APT 1
DORCHESTER, MA 02125

CASTANEDA GARCIA, LIZBETH G.
6723 TEMPLETON ST APT L
HUNTINGTON PARK, CA 90255


CASTELLON, BENJAMIN
719 W. BEACH AVE. 8
INGLEWOOD, CA 90302


CASTELLON, JUDITH
719 WEST BEACH AVENUE 8
INGLEWOOD, CA 90302


CASTILLO, KEVIN
3713 S MUIRFIELD RD
LOS ANGELES, CA 90016


CASTILLO, RAVEN J.
816 W 131ST
GARDENA, CA 90247


CASTILLO, ROGELIO A.
2030 N VERMONT AVE
LOS ANGELES, CA 90027


CASTILLO, RYAN A.
3909 REVERE AVE
LOS ANGELES, CA 90039


CASTRO, ANTHONY H.
439 RIVERDALE DR
GLENDALE, CA 91204

CASTRO, KARY
14684 RAYEN ST. APT 21
PANORAMA CITY, CA 91402


CASTRO, ROBERT D.
3227 E. CESAR E CHAVEZ AVE
LOS ANGELES, CA 90063


CATALINA PRODUCTIONS
1044 MAPLE STREET
SANTA MONICA, CA 90405


CATLIN, MAYA B.
1044 W SCHOOL STREET
CHICAGO, IL 60657


CAULFIELD, TIERNEY
11305 TARA ROAD
POTOMAC, MD 20854


CENTRAL COAST WINE COMPANY
4301 INDUSTRIAL WAY
BENICIA, CA 94510


CENTRONE-CASTRO, SEBASTIAN T.
344 MONTEREY ROAD
SOUTH PASADENA, CA 91030


CERESIA, LOGAN T.
1215 WEST WAVELAND AVE
CHICAGO, IL 60613

CHALCO, MARIA E.
1321 N. WILCOX AVE.
LOS ANGELES, CA 90028

CHALLENGER, CURTIS
3 RIVER PLACE
LOWELL, MA 01852

CHAND, KHALIN T.
4623 BERRYMAN AVENUE
LOS ANGELES, CA 90230

CHAO, RYAN
15301 VALLEY VISTA BLVD #205
SHERMAN OAKS, CA 91403

CHARCO, GABRIELLA
12025 YORK AVE
HAWTHORNE, CA 90250

Charles  Hirsch Ballard  Spahr  LLP
300 East  Lombard Street,  18th  Fl
Baltimore, MD 21202-3268

Charles Guzman
13573 Fenton Ave.
Muchman5@aol.com
(818) 367-5477
Sylmar, CA 91342

CHARLIER, JUSTIN
1808 BROOKS AVE
LA, CA 90012

CHAVEZ, CHRISTIAN
3710 LOS FELIZ BLVD. 46
LOS ANGELES, CA 90027


CHAVEZ, ESMERALDA D.
1625 EL SERENO AVE
PASADENA, CA 91103


CHAVEZ, JUSTICE L.
1546 W 30TH ST
LOS ANGELES, CA 90007


CHAVEZ, MELISSA G.
913 1/4 W 82ND ST
LOS ANGELES, CA 90044


CHAVEZ, STEPHEN C.
7338 BALBOA BLVD 8
VAN NUYS, CA 91406


CHEFS TOYS LLC
18430 PACIFIC STREET
FOUNTAIN VALLEY, CA 92708


CHESSER, MARK J.
STATE STREET S ST
CHICAGO, IL 60616


CHINESE THEATRES LLC & CHINESE 6 THEATRE
9000 SUSET BLVD.
SUITE 950
LOS ANGELES, CA 90069

CHINESE THEATRES LLC & CHINESE 6 THEATRE
9000 SUSET BLVD.
SUITE 950
LOS ANGELES, CA 90069


CHISLOM, LEMENYON
1224 AGATE ST #8 8
REDONDO BEACH, CA 90277


CHOI, GABRIELLA F.
8844 JUMILLA AVE.
NORTHRIDGE, CA 91324


Chris Wade
chris@wades4ever.com


CHRISTIE DIGITAL SYSTEMS USA INC.
PO BOX 513386
LOS ANGELES, CA 90051


Christine Portela
cportela261@gmail.com


Christine Wright Roper
6694 Tapley Street
Thekrazykatlady@gmail.com
Home: (805) 791-3915 / Cell: (310) 560-9
Simi Valley, CA 93063


Christopher Greenslate
greenslate@gmail.com
(323)333-0899

CHURCHILL, THOMAS E.
2030 IVAR AVE
LOS ANGELES, CA 90068


Cindy Haro Hittelman
calcin@mac.com


CINEDIGM DIGITAL CINEMA CORP.
CINEDIGM ENTERTAINMENT CORP
902 BROADWAY
NEW YORK, NY 10010


CINEDIGM DIGITAL CINEMA CORP.
902 BROADWAY
NEW YORK, NY 10010


CINEMA SCENE MARKETING AND PROMOTIONS, L
9200 INDIAN CREEK PKWY
OVERLAND PARK, KS 66210


CINEMA SCENE MARKETING AND PROMOTIONS, L
9200 INDIAN CREEK PKWY
OVERLAND PARK, KS 66210


CINEMA SOLUTIONS INC
PO BOX 591789
SAN ANTONIO, TX 78259


CINEMA SOLUTIONS INC
PO BOX 591789
SAN ANTONIO, TX 78259

CINEMARK USA
3900 DALLAS PARKWAY, SUITE 500
PLANO, TX 75093


CINEVIZION, LLC
5300 MELROSE AVENUE, SUIT B-210
LOS ANGELES, CA 90038


CINTAS CORP 428 693
PO BOX 29059
PHOENIX, AZ 85038


CISCO SYSTEMS, INC.
3 DEMYAN DRIVE
ANNAPOLIS, MD 21403


CISION
12051 INDIAN CREEK COURT
BELTSVILLE, MD 20705


CITY OF BOSTON: TREASURY DEPARTMENT
PO BOX 9715
BOSTON, MA 02114


CITY OF CHICAGO
22149 NETWORK PLACE
CHICAGO, IL 60673-1221


CITY OF CULVER CITY
9770 CULVER BLVD
CULVER CITY, CA 90232

CITY OF EL SEGUNDO (WATER DIVISION)
PO BOX 101426
PASADENA, CA 91189


CITY OF GLENDALE
PO BOX 29099
GLENDALE, CA 91209-9099


CITY OF GLENDALE
RM 346 141 NORTH GLENDALE AVENUE
GLENDALE, CA 91206


CITY OF GLENDALE
FLOOR 5 38 WEST 28TH STREET
NEW YORK, NY 10001


CITY OF LAKEWOOD (REMITTANCE)
PO BOX 1038
LAKEWOOD, CA 90714-1035


CITY OF LOS ANGELES-PUBLIC WORKS SA
PO BOX 30749
LOS ANGELES, CA 90030


CITY OF PASADENA
100 N. GARFIELD AVE.
PASADENA, CA 91109


CITY OF PASADENA MUNICIPAL SERVICES
PO BOX 7120
PASADENA, CA 91109

CITY OF SAN DIEGO
202 C STREET
SAN DIEGO, CA 92101

CITY OF SAN DIEGO
PO BOX 121536
SAN DIEGO, CA 92112-1536

CITY OF SANTA MONICA
PO BOX 2200
SANTA MONICA, CA 90407-2200

CITYSCAPES PLANT CARE, INC
PO BOX 170720
BOSTON, MA 02117

CLARK, JUWONA
5762 MORLEY STREET
LOS ANGELES, CA 90045

CLARK, LINDA L.
819 UNIVERSITY AVE.
SAN DIEGO, CA 92103

CLASSIC DIST & BEV GROUP
PO BOX 60397
LOS ANGELES, CA 90060

CLEANSKINS WINE LLC
#732 2658 GRIFFITH PARK BLVD
LOS ANGELES, CA 90039

CLEMONS, LAUREN E.
1 LONGFELLOW PLACE
BOSTON, MA 02114


CLIFFORD & GALVIN CONTRACTING L.L.C.
C/O CHARLES F. AHERN III
CONVIN & CORWIN LLP
600 UNICORN PARK DRIVE, 2ND FLOOR
WOBURN, MA 01801


CLOCKWORK, LLC
423 DELAWARE, SUIT 102
KANSAS CITY, MO 64105


CLOCKWORK, LLC
423 DELAWARE, SUIT 102
KANSAS CITY, MO 64105


CLOUDBASE VENTURES, INC
3198 AIRPORT LOOP DRIVE, UNIT C
COSTA MESA, CA 92626


COASTAL SUNBELT PRODUCE LLC
9001 WHISKEY BOTTOM ROAD
LAUREL, MD 20723


COCA-COLA BOTTLING (LA)
PO BOX 740214
LOS ANGELES, CA 90074


COCA-COLA BOTTLING (LA)
PO BOX 740214
LOS ANGELES, CA 90074

CODE RED FIRE INC
PO BOX 1552
MONTEBELLO, CA 90640

CODE RED FIRE INC
PO BOX 1552
MONTEBELLO, CA 90640

COLEMAN, KRISTIAN S.
14220 DICKENS STREET
SHERMAN OAKS, CA 91423

COLEMAN, WILLIAM-PATRICK B.
4150 ARCH DR
STUDIO CITY, CA 91604

COLIN, STEVEN
345 S NEW HAMPSHIRE AVE APT #307
LOS ANGELES, CA 90020

Colleen McKenzie
c._mckenzie@icloud.com

COLLINS, JILLIAN J.
831 N. SYCAMORE AVE.
LOS ANGELES, CA 90038

COLLINS, SYDNEY B.
9622 ALTA VISTA TERRACE
BETHESDA, MD 20814

COLOM, AARON
7220 HOLLYWOOD BLVD
LA, CA 90046


COLOREDGE, INC.
132 WEST 31ST STREET
NEW YORK, NY 10001


COLOREDGE, INC.
132 WEST 31ST STREET
NEW YORK, NY 10001


COLVIN, KA'PRISE
601 N WHITNALL HWY
BURBANK, CA 91505


COMCAST CORPORATION
PHILADELPHIA, PA 19176-0219


COMMONWEALTH EDISON COMPANY
PO BOX 6111
CAROL STREAM, IL 60197-6111


CONRAD DELGADO, SEBASTIAN A.
163 BIMINI PL
LOS ANGELES, CA 90004


Continental Rosecrans/Nash, LLC
c/o Continental Development Corp
041 Rosecrans Avenue, Suite 200
El Segundo, CA 90245

CONTINENTAL ROSECRANS/NASH LLC
C/O CONTINENTAL DEVELOPMENT CORPORATION
2041 ROSECRANS AVENUE, SUITE 200
EL SEGUNDO, CA 90245


CONTRERAS, TAYLOR A.
8752 SOPHIA AVE
NORTH HILLS, CA 91343


COOPER, RONETTE
11939 ALBERS ST 10
VALLEY VILLAGE, CA 91607


CORNISH, KENNEDY N.
16125 WOODRUFF AVE APT 3
BELLFLOWER, CA 90706


CORRIGAN, PETER W.
3471 W 5TH STREET 508
LOS ANGELES, CA 90020


CORTES, KATHERINE V.
8467 KELVIN AVENUE
WINNETKA, CA 91306


CORTEZ, JAZMIN A.
8284 DE PALMA ST
DOWNEY, CA 90241


CORTEZ, JONATHAN
20010 SATICOY ST
WINNETKA, CA 91306

CORTEZ, VICTOR M.
4460 W 131ST ST.
HAWTHORNE, CA 90250


COSTASANTOS, HIGOR L.
5033 BRADLEY BLVD. APT. 3
CHEVY CHASE, MD 20815


COTO, GUSTAVO A.
3201 MONT CLAIR ST
LOS ANGELES, CA 90018


COTOM, MATTHEW B.
1241 N. NEW HAMPSHIRE AVE.
LOS ANGELES, CA 90029


COTTLE, DANIELLE R.
1724 N EDGEMONT ST
LOS ANGELES, CA 90027


COUNTY OF SAN DIEGO-DEPT OF EH
PO BOX 129261
SAN DIEGO, CA 92112-9261


COX, JAMERICA A.
531 W. PEARSON
CHICAGO, IL 60610


COYE, DANIELLE N.
14444 SAVANNA CIRCLE
SYLMAR, CA 91342

CRAFT BEER GUILD DISTRIBUTION LLC
13211 EAST 166TH ST
CERRITOS, CA 90703


CRAFT BREWERS GUILD
170 MARKET STREET
EVERETT, MA 02149


CRAFT COLLECTIVE, INC.
378 PAGE STREET, SUITE 13
STOUGHTON, MA 02072


CREATIVE REALITIES INC
13100 MAGISTERIAL DRIVE, SUITE 100
LOUISVILLE, KY 40223


CRESPIN, DIANE M.
10403 BARNWALL ST.
BELLFLOWER, CA 90706


CROPSTICKS INC.
PO BOX 2935
EL SEGUNDO, CA 90245


CRUZ, ERICK
847 WRIGHT AVE
PASADENA, CA 91104


CRUZ, JAVIER
18948 PLUMMER ST.
NORTHRIDGE, CA 91324

CRUZ, MELISSA
444 SOUTH LUCAS AVE. #71
LOS ANGELES, CA 90017


Crystal
drms2@aol.com


CUCINA DELLA CUCINA LLC
PO BOX 32
SAN FERNANDO, CA 91341


CUELLAR-AGUIRRE, KEVIN G.
3782 S HOBART BLVD
LOS ANGELES, CA 90018


CUEVAS, BRIAN A.
345 COLUMBIA AVE
LOS ANGELES, CA 90017


CUEVAS, EDDIT Y.
2545 N CENTRAL PARK
CHICAGO, IL 60647


CULBERTSON, MICHAEL E.
4041 ARCH DRIVE
STUDIO CITY, CA 91604


CURIO SPICE CO.
2265 MASSACHUSETTS AVENUE
CAMBRIDGE, MA 02140

CURUCHET, GONZALO S.
4015 W. 132ND ST. 106
HAWTHORNE, CA 90250

CUSHING & COMPANY
213 W. INSTITUTE PLACE, SUITE 200
CHICAGO, IL 60610

CUSHING & COMPANY
213 W. INSTITUTE PLACE, SUITE 200
CHICAGO, IL 60610

CUSTOM PROTECTIVE SERVICES
1251 W SEPULVEDA BLVD
TORRANCE, CA 90502

CUSTOM PROTECTIVE SERVICES
1251 W SEPULVEDA BLVD
TORRANCE, CA 90502

DAIRYLAND USA CORPORATION
100 EAST RIDGE ROAD
RIDGEFIELD, CT 06877

DALY, DESMOND J.
2825 S RIMPAU BLVD.
LOS ANGELES, CA 90016

DANIEL, JAMES
6000 W. WAVELAND AVE.
CHICAGO, IL 60634

DANIEL, ROBERT C.
720 MACHADO DRIVE
VENICE, CA 90291


DANIELS-NEGRETE, ADAN J.
1847 N. LINSLEY CT.
LONG BEACH, CA 90806


DARBY, NYKOLE
346 S NORTON AVE
LOS ANGELES, CA 90020


DARDEN, DALLAS
72 S BERKELEY AVE
PASADENA, CA 91107


DAVID COPELAND
C/O DAVID AZIZI, ESQ., ARTHUR DJOUGOURIA
LAW OFFICES OF DAVID AZIZI
3435 WILSHIRE BLVD. #1800
LOS ANGELES, CA 90010


David Tsai
dtsai88@hotmail.com


DAVIDOV, RAZ
6241 AMIGO AVE
TARZANA, CA 91335


DAVIS, BRANDON E.
13500 ROUND TREE CT
SILVER SPRING, MD 20906

DAVIS, CLAIRE K.
1236 CEDAREDGE CT
LOS ANGELES, CA 90041

DAVIS, ELIJAH
8450 RATHBURN AVE
NORTHRIDGE, CA 91325

DAVIS, JASMYNE
1255 GORDON ST APT 7
LOS ANGELES, CA 90038

DAVIS, LAQUISHA M.
9519 SOUTH INDIANA
CHICAGO, IL 60628

DAVIS, NATHAN S.
5119 MAPLEWOOD AVE 216
LOS ANGELES, CA 90004

DAYCON PRODUCTS COMPANY, INC.
PO BOX 69234
BALTIMORE, MD 21264-9234

DE GUZMAN, RAYNARD C.
7748 FLANDERS DR
SAN DIEGO, CA 92126

DE LA PUENTE, CINDY
8745 WILLIS AVE UNIT 117
PANORAMA CITY, CA 91402

DE LAGE LANDEN
PO BOX 41602
PHILADELPHIA, PA 19101


DE LAGE LANDEN
PO BOX 41602
PHILADELPHIA, PA 19101


DE LE?N, ARIANA A.
10953 WILLOWBRAE AVE.
CHATSWORTH, CA 91311


DE LEON, RODRIGO
6619 S KOMESNKY
CHICAGO, IL 60629


DEAN, DANELLE B.
110 HOWLAND STREET
DORCHESTER, MA 02121


DEBAUGH, STEVEN
2511 WESTCHESTER AVE APT. 3
ELLICOTT CITY, MD 21043


DECURION MANAGEMENT COMPANY
120 N ROBERTSON
LOS ANGELES, CA 90048


DEEP SEA WHOLESALE
261 W. POMONA BLVD.
MONTEREY PARK, CA 91754

DELGADO, KARINA
532 W ROSECRANS AVE
COMPTON, CA 90222

DELGADO, MARCO T.
17931 MAGNOLIA BLVD
ENCINO, CA 91316

DELGIACCO, ANTONIO D.
8621 WILBUR AVE APT 4
NORTHRIDGE, CA 91324

Delia Nilsen
deliadawnn1961@gmail.com

DELRIO, PABLO V.
1545 N HOBART BLVD 311
LOS ANGELES, CA 90027

DELUXE/ECHOSTAR LLC DELUXE ECHOSTAR LLC
FILE 749669
LOS ANGELES, CA 90074

DENIEL, MICHAEL K.
326 RUTGERS STREET
ROCKVILLE, MD 20850

DEPT OF ALCOHOLIC BEVERAGE CONTROL
3927 LENNANE DR
SACRAMENTO, CA 95834

DEVILLERS, QUINN R.
5132 MAPLEWOOD AVE
LOS ANGELES, CA 90004


DHAUW, LILIANA L.
4909 PEARCE AVE
LAKEWOOD, CA 90712


DIALLO, ABDUL M.
284 DORCHESTER ST
BOSTON, MA 02127


DIAMOND SHARP CUTLERY SERVICE INC
513 MERCURY LANE
BREA, CA 92821


Diana Sullivan
disullivan1@icloud.com


DIAZ FERNANDEZ, SUZANNE M.
9250 SWINTON AVE.
NORTH HILLS, CA 91343


DIAZ, ANDRES
6848 BELLINGHAM AVE
NORTH HOLLYWOOD, CA 91605


DIAZ, KRISTAL M.
8602 VICKI DR
WHITTIER, CA 90606

DIAZ, OSCAR
450 W 91ST ST.
LOS ANGELES, CA 90003


DIGITAL CINEMA DISTRIBUTION COALITION LL
1840 CENTURY PARK EAST, SUITE 440
LOS ANGELES, CA 90067


DIGITAL CINEMA DISTRIBUTION COALITION LL
1840 CENTURY PARK EAST, SUITE 440
LOS ANGELES, CA 90067


DILNESAW, EYOBE F.
14553 MACBETH DR.
SILVER SPRING, MD 20906


DIMENSIONAL INNOVATIONS, INC
3421 MERRIAM DRIVE
OVERLAND PARK, KS 66203


DIMOULAS, CHRISTOPHER J.
3836 OVERLAND AVE 3
CULVER CITY, CA 90232


DINA, AMINA R.
16 MILLS STREET
ROXBURY, MA 02119


DINIZ PAGLIARINI, ARSENIO L
12277 GREENLEAF AVE
POTOMAC, MD 20854

DIVERSIFIED CONSTRUCTION GROUP, LLC
C/O PAUL R. MORDARSK, ESQ.
MORRISSEY, HAWKINS & LYNCH
ONE INTERNATIONAL PLACE
BOSTON, MA 02110

DIVISION SEVEN TEA CORPORATION
49 ELM STREET
WATERTOWN, MA 02472

DJELHI YAHOT, JEAN-CHRIST F.
7400 LAKEVEIW DR
BETHESDA, MD 20817

DJORGHI, PATRICK M.
897 W. HUNTINGTON DR. APT. G
ARCADIA, CA 91007

DOLBY LABORATORIES INC
16841 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

DOME CENTER, LLC
DEPT 843151
LOS ANGELES, CA 90084

DOME GARAGE, LLC
6360 SUNSET PARKING OFFICE
LOS ANGELES, CA 90028

DOMINGUEZ, LALO J.
627 W ARBOR VITAE
INGLEWOOD, CA 90301

DONALDSON, SARAH R.
2010 N. BEACHWOOD DR.
LOS ANGELES, CA 90068

DONNELL, ASHLEY M.
826 W 93RD ST
LOS ANGELES, CA 90044

DOSARREST INTERNET SECURITY LTD
186-8120 NO.2 ROAD
RICHMOND, BC V7C 5J8

DOSSOU, CARLTON L.
4634 WEST WASHINGTON BOULEVARD
LOS ANGELES, CA 90016

Douglas Emmett 2016, LLC
1299 Ocean Avenue Suite 1000
Attention: Director of Commercial
Property Management
Santa Monica, CA 90401

DOUGLAS EMMETT 2016, LLC
1299 OCEAN AVENUE SUITE 1000
ATTENTION: DIRECTOR OF COMMERCIAL PROPER
SANTA MONICA, CA 90401

Douglas Emmett Management, LLC
15301 Ventura Blvd., Bldg B,
Suite 360
Sherman Oaks, CA 91403

DOWLING, WILLIAM B.
3105 W CORTLAND ST
CHICAGO, IL 60647

DR PEPPER / SEVEN UP, INC.,
A DR PEPPER SNAPPLE GROUP CO
53 SOUTH AVENUE
BURLINGTON, MA 01803


DR SMOOTHIE BRANDS
1730 RAYMER AVE
FULLERTON, CA 92833


DRAIN ROOTER, INC
PO BOX 9786
CANOGA PARK, CA 91309-0786


DREW, AMBER C.
8021 S VERMONT AVE UNIT 55
LOS ANGELES, CA 90044


DUARTE ALVAREZ, SILVIA
3906 MONTCLAIR ST.
LOS ANGELES, CA 90018


DUNCAN, ROBERT
4242 MARY ELLEN AVE
STUDIO CITY, CA 91604


DURAN, JEANETTE
1015 LEIGHTON AVE
LOS ANGELES, CA 90037


DURAN, KAREN
215 1/2 N RENO ST.
LOS ANGELES, CA 90026

DURANT, DANIEL R.
18567 SATICOY ST. #38
RESEDA, CA 91335


DYE, NOLAN K.
5712 KESTER AVE 2
VAN NUYS, CA 91411


EADDY, CLARKE
1925 N LARRABEE ST
CHICAGO, IL 60614


EARL, NICHOLAS J.
5454 COLFAX RD
NORTH HOLLYWOOD, CA 91601


EARL-ZETINA, JACQUELINE R.
6752 3RD AVENUE
LOS ANGELES, CA 90043


EBANKS, KENEDI S.
14032 DOTY AVE
HAWTHORNE, CA 90250


ECOLAB EQUIPMENT CARE
24673 NETWORK PLACE
CHICAGO, IL 60673-1246


ECOLAB PEST ELIMINATION
26252 NETWORK PLACE
CHICAGO, IL 60673-1262

EDCO WASTE SERVICE
PO BOX 6538
BUENA PARK, CA 90622


EDCO WASTE SERVICE
PO BOX 6538
BUENA PARK, CA 90622


EDRAS CARRASCO
PO BOX 15134
NORTH HOLLYWOOD, CA 91615


EDWARDS, ERIC T.
7115 SYCAMORE AVENUE
TAKOMA PARK, MD 20912


EEC ACQUISITION, LLC
PO BOX 74008980
CHICAGO, IL 60674-8980


EHLERS, JACOB D.
19657 BRASSIE PLACE
MONTGOMERY VILLAGE, MD 20886


EL SEGUNDO WATER DIVISION
PO BOX 101426
PASADENA, CA 91189


ELAM, JOSHUA A.
136 S. VIRGIL AVE APT. 2-130
LOS ANGELES, CA 90004

ELIEH, NEVILLE
13529 GOLDEN PALMS LN
SYLMAR, CA 91342


EMPIRE FLOOR MACHINE CO. INC.
18333 NAPA STREET
NORTHRIDGE, CA 91325


EMPLOYEE BENEFIT SPECIALIST INC
PO BOX 11657
PLEASANTON, CA 94588


EMPLOYMENT DEVELOPMENT DEPARTMENT
BANKRUPTCY GROUP MIC: 92E
P.O. BOX 826880
SACRAMENTO, CA 94280-0001


EMR
9100 YELLOW BRICK RD,, STE H
ROSEDALE, MD 21237


EN POINTE IT SOLUTIONS
4310 2121 ROSECRANS AVENUE
EL SEGUNDO, CA 90245


ENGIE NORTH AMERICA INC.
P.O. BOX 9001025
LOUISVILLE, KY 40290-1025


ENGIE NORTH AMERICA INC.
P.O. BOX 9001025
LOUISVILLE, KY 40290-1025

ENRIQUEZ, DESHAWN A.
2024 S GARTH AVE
LOS ANGELES, CA 90034


ENTERTAINMENT DATA ORACLE, INC.
2110 MAIN ST SUITE 303
SANTA MONICA, CA 90405


EPLUS TECHNOLOGY INC
FILE 56861
LOS ANGELES, CA 90074


EPSTEIN, BRENNA J.
100 BOYLSTON STREET
BOSTON, MA 02116


ERARDY, ERIC L.
8741 OWENSMOUTH AVE
CANOGA PARK, CA 91304


ERAZO, ALAN A.
200 N. BENTON WAY
LOS ANGELES, CA 90026


ERIKSON INSTITUTE
451 N LA SALLE ST
CHICAGO, IL 60654


ERNSTER, ROY Y.
3437 MEVEL PL
LA CRESCENTA, CA 91214-1141

ESCALANTE LEIVA, STEPHANIE
6134 HAZELTINE AVE
VAN NUYS, CA 91401


ESCOBAR, HENRY
4682 CORTE MAR ASOMBROSA
SAN DIEGO, CA 92130


ESPARZA, STEPHANY
21051 GRESHAM ST
CANOGA PARK, CA 91304


ESTEVEZ, STEPHANIE
18915 WILLARD ST
RESEDA, CA 91335


ESTUARDO, ILINNE G.
1912 E. JACKSON ST.
LONG BEACH, CA 90805


ESTUPINIAN, MICHAEL K.
14808 COHASSET ST
VAN NUYS, CA 91405


ETCHEAGARAY, ALEJANDRO
1434 RICARDO ST.
LOS ANGELES, CA 90033


EVANS, CAMERON W.
2418 FEDERAL AVE
LOS ANGELES, CA 90064

EVANS, LAWRENCE W.
4100 WARNER BLVD., APT. G
BURBANK, CA 91505


EVERSOFT INC
PO BOX 92769
LONG BEACH, CA 90809


EVERSOFT INC
PO BOX 92769
LONG BEACH, CA 90809


EVREN, IDIL
50 OLIVER STREET
SOMERVILLE, MA 02145


EXCELSIOR ELEVATOR CORPORATION
1961 BLAIR AVE
SANTA ANA, CA 92705


FACEBOOK, INC
15161 COLLECTIONS CENTER DR
CHICAGO, IL 60693


FACTORY SIGNAGE & GRAPHICS
12411 FIELDING CIRCLE, 4507
PLAYA VISTA, CA 90094


FAILE, JONATHAN D.
1095A EMORY ST.
IMPERIAL BEACH, CA 91932

FALVEY LINEN SUPPLY, INC
50 BURNHAM AVENUE
CRANSTON, RI 02910


FANDANGO MEDIA, LLC
12200 W. OLYMPIC BLVD.
SUITE 400
LOS ANGELES, CA 90064


FANDANGO MEDIA, LLC
12200 W. OLYMPIC BLVD.
SUITE 400
LOS ANGELES, CA 90064


FEDEX FREIGHT INC
DEPT LA
PASADENA, CA 91185


FERGUSON ENTERPRISES LLC
2750 S TOWNE AVE
POMONA, CA 91766


FERGUSON, TEONNA L.
5320 SATURN STREET
LOS ANGELES, CA 90019


FIESTAS LLENQUE, WILMER H.
641 BROADWAY
EVERETT, MA 02149


FIGUEROA, WILFREDO
19 NIGHTINGALE ST
BOSTON, MA 02124

FINK ELECTRIC LLC
7748 BRINK RD
GAITHERSBURG, MD 20882


FINLEY, GRAHAM R.
123 N MARIPOSA AVE
LOS ANGELES, CA 90004


FINN, JOHN
403 GRUENTHER AVENUE
ROCKVILLE, MD 20851


FIRE KING COMMERCIAL SERVICES LLC
101 SECURITY PARKWAY
NEW ALBANY, IN 47150


FISHER, THOMAS W.
25730 PLAYER DR. S-5
VALENCIA, CA 91355


FITZPATRICK, ERNESTO K.
31 STARBIRD STREET
MALDEN, MA 02148


FLETCHER, CARMENLETTA C.
8559 GREENBELT RD
GREENBELT, MD 20770


FLORES, ERIC
9366 URBANA AVE
ARLETA, CA 91331

FLORES, JOSE A.
382 1/2 LOMA DRIVE
LOS ANGELES, CA 90017

FLORES, RAMON J.
6665 LONG BEACH BLVD  SPACE J20
LONG BEACH, CA 90805

FLORES, RAUL A.
148 N. ST. ANDREWS PLACE 5
LOS ANGELES, CA 90004

FLORES, ROBERT A.
125 S ORANGE AVE
MONTEREY PARK, CA 91755

FLORES, WENDY
13888 SHABLOW AVE
SYLMAR, CA 91342

FLOWER, SHAHRZAD
5015 KESTER AVE APT 14
SHERMAN OAKS, CA 91403

FOCUS FEATURES
PO BOX 848270
DALLAS, TX 75284

FONTANA, JAMES V.
217 E OAK AVE
EL SEGUNDO, CA 90245

FONTENOT, JUSTIN R.
78 BROOKS ST
BOSTON, MA 02108


FOOTHILL COMMUNICATIONS, INC.
133 N. SAN GABRIEL BOULEV, STE. 206
PASADENA, CA 91107


FORD-MAR, INDIANA J.
10643 OTSEGO ST.
NORTH HOLLYWOOD, CA 91601


FORTIER, TRISTAN J.
504 GRAPEVINE RD
VISTA, CA 92083


FOSSELMAN'S ICE CREAM
1824 W MAIN ST
ALHAMBRA, CA 91801


FOSTER, JAYSEN P.
11853 TRURO AVE C
HAWTHORNE, CA 90250


FOSTER, ZAIRE N.
14655 MORRISON STREET
SHERMAN OAKS, CA 91403


FOUR SEASONS LANDSCAPING AND MAINTENANCE
11520 JEFFERSON BLVD
CULVER CITY, CA 90230

FOX VALLEY FIRE & SAFETY CO., INC
2730 PINNACLE DR
ELGIN, IL 60124


FOX-ZAMORA, REYNA B.
3447 1/2 LANFRANCO STREET
LOS ANGELES, CA 90063


FRAKES, KAYLEIGH C.
4630 KESTER AVE. #212
SHERMAN OAKS, CA 91403


FRANCHISE TAX BOARD BK SECTION
P.O. BOX 2952
SACRAMENTO, CA 95812-2952


FRANCISCO, MARCOS J.
810 S ST ANDREWS PL
LOS ANGELES, CA 90005


FRANCO RIVERA, SAMANTA Y.
12747 MERCER ST
PACOIMA, CA 91331


FRANCO, YELENA P.
16228 VAN NESS AVE
TORRANCE, CA 90504


FREEMAN, MARIAH J.
13606 CERISE AVE
HAWTHORNE, CA 90250

FRENCH, ALEXANDER K.
1112 BERYL ST. #4
REDONDO BEACH, CA 90277


FRERES, AARON T.
801 ASH ST UNIT 501
SAN DIEGO, CA 92101


FSV PAYMENT SYSTEMS, INC.
6410 SOUTHPOINT PWKY,, STE 200
JACKSONVILLE, FL 32216


FSV PAYMENT SYSTEMS, INC.
6410 SOUTHPOINT PWKY,, STE 200
JACKSONVILLE, FL 32216


FTI CONSULTING, INC.
SUITE 200 16701 MELFORD BLVD
BOWIE, MD 20715


FUENTES, CHRISTIAN
3106 BAGLEY AVENUE
LOS ANGELES, CA 90034


FUNIMATION PRODUCTIONS LTD
PO BOX 674165
DALLAS, TX 75267-4165


FUQUA, JONATHAN M.
39 BOYLSTON ST
BOSTON, MA 02116

G. Christopher Miller
Bank of America, N.A.
Mail Code MA5-100-09-12
100 Federal Street
Boston, MA 02110


GABEL, SYDNEY K.
15332 WEDDINGTON ST
SHERMAN OAKS, CA 91411


GABRIEL, DAVID I.
942 N NORMANDIE AVE
LOS ANGELES, CA 90029


GABUARDI, EDWIN G.
15430 HAWTHORNE BLVD APT 19
LAWNDALE, CA 90260


GAITAN, EDWIN A.
939 N OXFORD AVE APT 1
LOS ANGELES, CA 90029


GALDAMEZ, STEFANY A.
4201 HAVARD ST.
SILVER SPRING, MD 20906


GALLEGOS, MATTHEW A.
23226 ALTA WAY
CHATSWORTH, CA 91311


GALVAN, REY
15854 BLACKHAWK ST.
GRANADA HILLS, CA 91344

GALVEZ, DENISSE A.
12541 PACIFIC AVE. 9
LOS ANGELES, CA 90066


GANNON, MELANIE R.
7545 CHARMANT DR., APT 1501
SAN DIEGO, CA 92122


GARCIA HERNANDEZ, FREDY
3640 ADAIR STREET
LOS ANGELES, CA 90011


GARCIA JUMELLES, WILSON A.
31 MARLBOROUGH STREET
CHELSEA, MA 02150


GARCIA LOPEZ XOCHIMITL, ALEXIS L.
8250 LANKERSHIM BLVD, OLIVE SPC 19
NORTH HOLLYWOOD, CA 91605


GARCIA SALAZAR, JOAO A.
456 SOUTH COCHRAN AVENUE APT. 402
LOS ANGELES, CA 90036


GARCIA, JOEL E.
13300 RANGOON ST.
ARLETA, CA 91331


GARCIA, JUSTIN J.
14857 HARTSOOK ST 2
SHERMAN OAKS, CA 91403

GARCIA, LIZETTE
9852 WOODALE AVE
ARLETA, CA 91331

GARCIA, ROGER H.
6737 DENNY AVE
NORTH HOLLYWOOD, CA 91606

GARCIA, ZENA A.
7323 WINNETKA AVE 113
WINNETKA, CA 91306

GARDA CL WEST INC
3209 MOMENTUM PLACE
CHICAGO, IL 60689

GARDA CL WEST INC
PO BOX 70219
PHILADELPHIA, PA 19176-0219

GARRETT, ANTONE D.
8504 WILLIS AVE APT 14
PANORAMA CITY, CA 91402

GARVEY, GEORGIA A.
800 LENOX ROAD
GLENVIEW, IL 60025

GARZA, AMANDA A.
8619 TUNNEY AVENUE
NORTHRIDGE, CA 91324

```
GASKIN, IYANNA
23635 NEWHALL AVE APT. 205
SANTA CLARITA, CA 91321


GDC TECHNOLOGY, LLC
1016 W MAGNOLIA BLVD
BURBANK, CA 91506


GEKKER, LIANNA R.
6014 MELVERN DR.
BETHESDA, MD 20817


GELLER, DAVID
12850 HATTERAS ST
VALLEY VILLAGE, CA 91607


GERVAIS, ALLISON I.
5037 W 124TH ST
HAWTHORNE, CA 90250


GESCHWIND, MATTHEW
1919 N. VERMONT AVENUE #16
LOS ANGELES, CA 90027


GFM, LLC (AKA THE GROVE, LLC)
PO BOX 31001-1534
PASADENA, CA 91110


GFM, LLC (AKA THE GROVE, LLC)
C/O CARUSO AFFILIATED
101 THE GROVE DRIVE
LOS ANGELES, CA 90036
```

GGETA SUNSET, LLC
4609 HAMPTON STREET
VERNON, CA 90058


GGETA SUNSET, LLC
4609 HAMPTON STREET
VERNON, CA 90058


GGP NORTHRIDGE FASHION CENTER, LP
BPR-FF LLC
350 N. ORLEANS ST. SUITE 300
ATTN: LAW/LEASE ADMINISTRATION DEPT
CHICAGO, IL 60654-1607


GGP NORTHRIDGE FASHION CENTER, LP
NORTHRIDGE FASHION CENTER
350 N. ORLEANS ST. SUITE 300
ATTN: LAW/LEASE ADMINISTRATION DEPT
CHICAGO, IL 60654-1607


GGP Northridge Fashion Center, LP
Northridge  Fashion Center
350 N. Orleans  St.  Suite 300
Attn: Law/Lease Administration
Chicago, IL 60654


GIFFORD, JARROD C.
1845 NORTH GRAMERCY PLACE #103 103
LOS ANGELES, CA 90028


GILBERT, MEGAN K.
3215 W BELLE PLAINE AVE. 2B
CHICAGO, IL 60618


GILLIS, CYNTHIA J.
111B CAMBRIDGE ST.
LAWRENCE, MA 01843

GILLS, CHARMEKA
4449 W JACKSON BLVD 1F
CHICAGO, IL 60624


GILMORE, GREGORY D.
11950 KLING ST. #111
VALLEY VILLAGE, CA 91607


GIRON, AMANDA C.
7814 STEDDOM DR.
ROSEMEAD, CA 91770


GIZA, NICOLE
626 COBBLESTONE CIR B
GLENVIEW, IL 60025


GLARUS CHOCOLATIER
2046 YORK ROAD
TIMONIUM, MD 21093


Glendale Americana Theatre, LLC
120 N. Robertson Blvd. 3rd Floor
Los Angeles, CA 90048


GLINOGA, EARL K.
133 SOUTH COLUMBUS AVE
GLENDALE, CA 91204


GLOBAL ENTERTAINMENT SECURITY INC
3625 E THOUSAND OAKS BLVD
WESTLAKE VILLAGE, CA 91362

GLOBAL MECHANICAL SERVICES
C/O GLENN WEQRZYN, ESQ.
LAW OFFICES OF ALAN M. COHEN, LLC
550 WORCESTER RD., SUITE 5
FRAMINGHAM, MA 01702


GODINEZ, MATTHEW
104 N. WILSON AVE #12
PASADENA, CA 91106


GODOY, JUAN J.
8846 DEBRA AVE
NORTH HILLS, CA 91343


GOLD HOUSE FOUNDATION
159 WORKING RANCH
IRVINE, CA 92602


GOLD MEDAL PRODUCTS CO
10700 MEDALLION DR
CINCINNATI, OH 45241


GOLDEN STATE WATER CO
PO BOX 9016
SAN DIMAS, CA 91773


GOMEZ, KIMBERLY G.
1506 WEST 126TH ST
LOS ANGELES, CA 90047


GOMEZ, KIMBERLY I.
1812 WEST BOULEVARD
LOS ANGELES, CA 90019

GOMEZ, LINEKER A.
1043 WEST 17TH STREET 1043
LOS ANGELES, CA 90015


GOMEZ, VIVIANA A.
4815 W. 95TH ST
INGLEWOOD, CA 90301


GOMEZ-MEMBRENO, ERNESTO
1501 RIDGECREST STREET APARTMENT E
MONTEREY PARK, CA 91754


GONSALVES, CHRISTOPHER
1076 SPAIZER AVE
GLENDALE, CA 91201


GONZALES, CEDRIC
14611 VINCENNES ST 118
PANORAMA CITY, CA 91402


GONZALEZ, ADAM
430 PICO BLVD.
SANTA MONICA, CA 90405


GONZALEZ, ADRIANNA E.
1749 ATCHISON STREET
PASADENA, CA 91104


GONZALEZ, ANGIE C.
6149 PLATT AVE
WOODLAND HILLS, CA 91367

GONZALEZ, JAILENE A.
11912 CEDAR AVENUE
HAWTHORNE, CA 90250

GONZALEZ, JESSICA M.
11 VICTORY ROAD
BOSTON, MA 02122

GONZALEZ, JUAN
13901 CANTLAY ST.
VAN NUYS, CA 91405

GONZALEZ, MELENIE J.
8443 LINDLEY AVE
NORTHRIDGE, CA 91325

GONZALEZ, MOISES A.
820 S MARYLAND AVE 208
GLENDALE, CA 91205

GOOD DEED ENTERTAINMENT, LLC
P.O BOX 1234
ASHLAND, OH 44805

GORDON, ZACHARY M.
7036 HAWTHORN AVE APT. 11
LOS ANGELES, CA 90028

GORDY, SEAN P.
43648 EVERGOLD TERRACE
ASHBURN, VA 20147

GOULD, MATTHEW J.
7162 BEVERLY BLVD 248
LOS ANGELES, CA 90036


GOWIN, RILEY R.
10 WEST STREET
BOSTON, MA 02111


GRABA, ALISON F.
1784 N SYCAMORE AVE 307
LOS ANGELES, CA 90028


GRAHAM CO
28231 AVENUE CROCKER
VALENCIA, CA 91355


GRAINGER
DEPT 805384369
PALATINE, IL 60038


GRAINGER
DEPT. 874080906
PALATINE, IL 60038


GRANDE, ALEXIS
515 S. KINGSLEY DR #16 APT. 16
LOS ANGELES, CA 90020


GRANDMA INAS BEST TOFFEE
16161 VENTURA BLVD
ENCINO, CA 91436

GRANT, JOSHUA
3751 MOTOR AVE
LOS ANGELES, CA 90034

GRANT, SYDNEE B.
642 COLMAN ST
ALTADENA, CA 91001

GRAPHIC CONTROLS LLC
PO BOX 1271
BUFFALO, NY 14240

GRAY, SARAH G.
2521 ALSACE AVE
LOS ANGELES, CA 90016

GRAY, THOMAS M.
8928 BRADMOOR DR
BETHESDA, MD 20817

GRAYCOR CONSTRUCTION COMPANY, INC.
TWO MID AMERICA PLAZA - SUITE 400
OAKBROOK TERRACE, IL 60181

GRAYCOR CONSTRUCTION COMPANY, INC.
TWO MID AMERICA PLAZA - SUITE 400
OAKBROOK TERRACE, IL 60181

GRAYCOR CONSTRUCTION INC.
C/O MATTHEW B. LYSIAK ESQ.
MCDONOUGH HACKING & LAVOIE, LLC
27 CONGRESS ST., SUITE 404
SALEM, MA 01970

```
GRAYS, ANTONIO
4356 W GLADYS
CHICAGO, IL 60624


GREENBAUM, ANDREW M.
5942 TEMPLE CITY BLVD
TEMPLE CITY, CA 91780


GREENHOUSE, ALBERT M.
863 ALANDELE AVE
LOS ANGELES, CA 90036


GREENWICH ENTERTAINMENT LLC
610 FIFTH AVENE, SUIT 305
NEW YORK, NY 10020


GREG PERLOT
429 24TH STREET
HERMOSA BEACH, CA 90254


GROSS, MARK E.
28121 HIGHRIDGE ROAD UNIT 413
RANCHO PALOS VERDE, CA 90275


GUMMERE, AUGUST M.
12711 BRANFORD ST.
PACOIMA, CA 91331


GUNDRY PARTNERS, LP DBA HOWARD CDM, INC.
3750 LONG BEACH BLVD
LONG BEACH, CA 90807
```

GUNDRY PARTNERS, LP DBA HOWARD CDM, INC.
3750 LONG BEACH BLVD
LONG BEACH, CA 90807


GUNPOWDER & SKY DISTRIBUTION LLC
25 W 31ST STREET,
NEW YORK, NY 10001


GUTIERREZ, ABDIEL J.
3925 W 120TH ST
HAWTHORNE, CA 90250


GUTIERREZ, ADRIANA
7051 COLDWATER CANYON AVE
NORTH HOLLYWOOD, CA 91605


GUTIERREZ, ERIK A.
318 CONCORD ST.
EL SEGUNDO, CA 90245


GUTIERREZ, JASON
977 BAYCREST LANE
HARBOR CITY, CA 90710


GUTIERREZ, MARISOL
7051 COLDWATER CANYON AVE
NORTH HOLLYWOOD, CA 91605


GUTIERREZ, PASTORA
3330 W 147TH ST. #106
HAWTHORNE, CA 90250

GUTIERREZ, REINA
14422 NORDHOFF ST
PANORAMA CITY, CA 91402


GUZMAN, ALEJANDRO
11101 STATE ST
LYNWOOD, CA 90262


H & S DISTRIBUTION, LLC
PO BOX 037285
BALTIMORE, MD 21297-3285


HABERMAN, TYLER J.
4567 WILLIS AVE APT 310
SHERMAN OAKS, CA 91403


HALLEVI, DANIEL H.
7712 ZELZAH AVE.
RESEDA, CA 91335


HAMILTON, AUSTIN D.
5915 HAZELTINE AVE
VAN NUYS, CA 91401


HANDOYO, NADIA F.
839 S WILTON PL
LOS ANGELES, CA 90005


HANNEMAN, RICHARD P.
90 BRAINERD ROAD, APARTMENT 2
ALLSTON, MA 02134

HARBOR DISTRIBUTING, LLC
PO BOX 842685
LOS ANGELES, CA 90084-2685

HARLOW, TYLER
1218 N MANSFIELD AVE
LOS ANGELES, CA 90038

HARRINGTONBILU, ANNA M.
6909 KNOWLTON PLACE #103
LOS ANGELES, CA 90045

HARRIS, AALIYAH S.
979 CLOPPER RD
GAITHERSBURG, MD 20878

HARRIS, BRYN
12100 BIRCH AVE
HAWTHORNE, CA 90250

HARRIS, JAVONN
1365 N HUDSON
CHICAGO AVE, IL 60610

HARROD, SEAN K.
5510 W 149TH PL. 16
HAWTHORNE, CA 90250

HARTOONI, EJMIN
118 SOUTH ADAMS STREET 7
GLENDALE, CA 91205

```
HATHWAY INC
81 HIGUERA STREET, SUITE 220
SAN LUIS OBISPO, CA 93401


HATHWAY INC
81 HIGUERA STREET, SUITE 220
SAN LUIS OBISPO, CA 93401


HATTON, CLAIRE
2222 MATHEWS AVE. APT C
REDONDO BEACH, CA 90278


HAVAKIAN, VANESSA
27407 EVRON AVE
SANTA CLARITA, CA 91351


HAWKEYE INSTALLATIONS
11271 DENIVELLE PL
TUJUNGA, CA 91042


HEARN ELECTRIC INC
23052 ALICIA PARKWAY
MISSION VIEJO, CA 92692


HEFFINGTON, JESSI R.
1676 ARLINGTON AVE.
LOS ANGELES, CA 90019


HELLO DESIGN, LLC
10305 JEFFERSON BLVD
CULVER CITY, CA 90232
```

HELLO DESIGN, LLC
10305 JEFFERSON BLVD
CULVER CITY, CA 90232

HENDERSON, DENNIS
459 W. DIVISION ST.
CHICAGO, IL 60610

HENDERSON, SAMANTHA V.
24 NOAH ST
HYDE PARK, MA 02136

HENNESSY, SEAN A.
7857 CAMINO NOGUERA
SAN DIEGO, CA 92122

HENRY, SEVANA R.
3303 EMERALD ISLE DRIVE
GLENDALE, CA 91206

HEREDIA MARTINEZ, ALEJANDRO
7121 NEWELL ST.
HUNTINGTON PARK, CA 90255

HERNANDEZ CARCAMO, EDGAR R.
11218 S MAIN ST
LOS ANGELES, CA 90061

HERNANDEZ, ALCATRAZ M.
540 E. JACKSON ST.
PASADENA, CA 91104

```
HERNANDEZ, ALEXIS J.
15637 LEMARSH ST.
NORTH HILLS, CA 91343


HERNANDEZ, ANDRES A.
10681 ARELTA AVE.
MISSION HILLS, CA 91345


HERNANDEZ, BICCY M.
14101 DOTY AVE
HAWTHORNE, CA 90250


HERNANDEZ, DANIEL
5311 HERMITAGE AVE. #1
LOS ANGELES, CA 91607


HERNANDEZ, DAVID A.
9197 JUDICIAL DR
SAN DIEGO, CA 92122


HERNANDEZ, JAMILETH
9019 MAPLESIDE ST
BELLFLOWER, CA 90706


HERNANDEZ, MELVIN F.
846 E LA VERNE AVE
POMONA, CA 91767


HERNANDEZ-CHACON, VICTOR M.
1241 BOYNTON ST
GLENDALE, CA 91205
```

HERNANDEZ-FLORES, ROBERTO
154 UNION PL
LOS ANGELES, CA 90026


HERNDON, ZACHARY I.
150 TREMONT ST
BOSTON, MA 02111


HERRERA, DYLAN E.
21836 MERRIDY ST
CHATSWORTH, CA 91311


HESS, JERED R.
10902 VICTORY BLVD APT 16
NORTH HOLLYWOOD, CA 91606


HIBNER, EVERETT
6108 FOUNTAIN AVE
LOS ANGELES, CA 90028


Hilary Burgoon
hilary023@icloud.com


HILL, JADEN M.
361 S DETROIT ST
LOS ANGELES, CA 90036


HILL, JOSH A.
1134 N SYCAMORE #207
LOS ANGELES, CA 90038

HINTZ, TREVOR Z.
28 RAMSDELL CT
GAITHERSBURG, MD 20878


HIRSCH PIPE & SUPPLY
PO BOX 749441
LOS ANGELES, CA 90074


HOLLINGER, JAMES D.
10331 LINDLEY AVE APT 214
NORTHRIDGE, CA 91326-3511


HOLLYWOOD SOFTWARE, INC.
PO BOX 740916
LOS ANGELES, CA 90074-0916


HOLLYWOOD SOFTWARE, INC.
PO BOX 740916
LOS ANGELES, CA 90074-0916


HOME DEPOT CREDIT SERVICES
PO BOX 78047
PHOENIX, AZ 85062


HOOPER, NIGEL A.
501E 32ND ST. 1013
CHICAGO, IL 60616


HOOTAN & ASSOCIATES, INC.
14252 CULVER DRIVE, SUITE 170
IRVINE, CA 92604

HOOTAN & ASSOCIATES, INC.
14252 CULVER DRIVE, SUITE 170
IRVINE, CA 92604


HORIZON BEVERAGE CO.
45 COMMERCE WAY
NORTON, MA 02766


HORTON, KELSEY
10331 LINDLEY AVE #218
PORTER RANCH, CA 91326


HUDSON, JAMIE LEE F.
1931 MARKET ST
SAN DIEGO, CA 92102


HULU
2500 BROADWAY SUITE #200
SANTA MONICA, CA 90404


HUNTER, SAMUEL I.
11005 MORRISON ST APT. 304
NORTH HOLLYWOOD, CA 91601


HUNTER, TEAYJAH J.
32 KINGBIRD ROAD
DORCHESTER, MA 02124


HURTAZO MAGANA, NESTOR I.
6721 LEXINGTON AVE.
LOS ANGELES, CA 90038

HUSCH VINEYARDS, INC.
PO BOX 189
TALMAGE, CA 95481


HUYNH, NELSON
7918 GOLD COAST DR
SAN DIEGO, CA 92126


IBARRA-LOPEZ, HARLEY
1046 1/2 S. BERENDO ST.
LOS ANGELES, CA 90006


IBRAHIMI, TOMMY
518 E CYPRESS ST
GLENDALE, CA 91205


IFC FILMS
27413 NETWORK PLACE
CHICAGO, IL 60673-1274


ILLINOIS INSTITUTE OF ART
350 N ORLEANS ST, STE 136-L
CHICAGO, IL 60654


ILLY CAFFE NORTH AMERICA INC
PO BOX 29917
NEW YORK, NY 10087


IMPRINT PROJECTS, LLC
943 CHUNG KING ROAD
LOS ANGELES, CA 90012

INDEED INC.
177 BROAD STREET
STAMFORD, CT 06901


INDEPENDENT FILM & TELEVISION ALLIA
10850 WILSHIRE BLVD, 9TH FLOOR
LOS ANGELES, CA 90024


INSTALLATION SOURCE, INC
710 EAST MAIN STREET
LEXINGTON, KY 40502


INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346


INTERNATION PLASTIC CARDS, INC
1475 EAST EL SEGUNDO BLVD
EL SEGUNDO, CA 90245


INTERNATIONAL GOURMET FOODS INC
7520 FULLERTON ROAD
SPRINGFIELD, VA 22153


IRON MOUNTAIN RECORDS MGMT
PO BOX 601002
PASADENA, CA 91189


IRON MOUNTAIN RECORDS MGMT
PO BOX 601002
PASADENA, CA 91189

IRVING, CHARLES S.
30 CLAREMONT PARK
BOSTON, MA 02118


IRVING, ZOE
11902 BERNARD DRIVE
SILVER SPRING, MD 20902


IRWIN, CHAUNCEY E.
4036 NORTH LAWLER AVENUE
CHICAGO, IL 60641


ISOTECH PEST MGMT
311 N CRESCENT WAY
ANAHEIM, CA 92801


IVERSEN, DIANE C.
2776 ROYAL OAK PL
SANTA ROSA, CA 95403


IVY, STEPHANIE L.
128 WEST WINDSOR ROAD
GLENDALE, CA 91204


J&J SNACK FOODS CORP.
600 CENTRAL HIGHWAY
PENNSAUKEN, NJ 08109


J&J SNACK FOODS CORP.
600 CENTRAL HIGHWAY
PENNSAUKEN, NJ 08109

JABLONSKI, MATTHEW F.
7905 GREENTREE RD.
BETHESDA, MD 20817


JACKSON, ANTHONY D.
25 ALICIA RD
BOSTON, MA 02124


JACKSON, BRADEN A.
9155 JUDICIAL DR
SAN DIEGO, CA 92122


James Maglio
jtmaglio@gmail.com


JAVON ELSE-COOLEY
127 N EUCALYPTUS AVE #1
Inglewood, CA 90301


JEAN-BAPTISTE, DEANDRE A.
17 WATER STREET 24B
GAITHERSBURG, MD 20877


JEFFREY KOBLENTZ
120 N Robertson Blvd, 3rd Fl
Los Angeles, CA 90048


JENKINS, NOAH J.
11905 CLOVER KNOLL RD
GAITHERSBURG, MD 20878

Jennae Hoving
naener00@yahoo.com
612-743-3003


JERUCHIMOWITZ, CAYLIE M.
3625 VANTAGE LN
GLENVIEW, IL 60026


JESEE, LUNA G.
2805 OLIVE ST
TORRANCE, CA 90501


Jill Fukumoto
jfukumoto@chanluu.com


JILL SAPERSTEIN
120 N Robertson Blvd., 3rd Fl
Los Angeles, CA 90048


JIMENEZ, EDITH
12744 FILMORE ST.
PACOIMA, CA 91331


JIMENEZ, KEVIN
13845 JEFFERSON AVE.
HAWTHORNE, CA 90250


JIMENEZ, MAYRA A.
18407 ROSCOE BLVD. APT.28
NORTHRIDGE, CA 91325

JIMENEZ, NICHOLAS M.
4638 TILDEN AVE
SHERMAN OAKS, CA 91403


JIMMY GUZMAN
15 ROXTON STREET, #2
DORCHESTER, MA 02121


JIRON, MONET A.
19760 BUCKEYE MEADOW LANE
PORTER RANCH, CA 91326


JN GREASE SERVICE, INC.
PO BOX 70937
RIVERSIDE, CA 92513


JOAQUIN, ELISUA
11530 CANTLAY ST.
NORTH HOLLYWOOD, CA 91605


JOAQUIN, FELISA
11530 CANTLAY ST
NORTH HOLLYWOOD, CA 91605


John Byrne
The ByrneLaw Office
24007 Ventura Blvd, Ste 265
Calabasas, CA 91302


JOHN E. WOLSKI, AN INDIVIDUAL DBA J.E WO
10635 FINTAN COURT
MOKENA, IL 60488

JOHN HANCOCK MATCHING
690 CANTON ST
WESTWOOD, MA 02090


JOHN SITTIG
23283 GARDENIA DRIVE
CORONA, CA 92883


JOHN SITTIG
23283 GARDENIA DRIVE
CORONA, CA 92883


JOHNSON, DEONJAHNAYE M.
8773 JOHN AVE
LOS ANGELES, CA 90002


JOHNSON, MALIK E.
3612 BUCKINGHAM RD
LOS ANGELES, CA 90016


JOHNSON, MANDLA Z.
14739 CHISHOLM LANDING WAY
NORTH POTOMAC, MD 20878


JOHNSON, MICHAEL
5815 PREMIERE AVE
LAKEWOOD, CA 90712


JOHNSON, TYLER
18540 VINCENNES ST APT 9
NORTHRIDGE, CA 91324

Jones Reece
j.jonesreece888@gmail.com


JONES, DUCKY O.
2536 BOULDER ST
LOS ANGELES, CA 90033


JONES, QUENTIN
15000 BURBANK BLVD. 104
SHERMAN OAKS, CA 91411


JORDEN, WILL
2082 SAVONA LN
EDMOND, OK 73034


JOSE LUIS RODRIGUEZ
4840 HARBOR COURT
PALMDALE, CA 93552


JOVEL, LESLIE E.
6515 DENVER AVE
LOS ANGELES, CA 90044


JOYNER, ARLESTER E.
31 STARBIRD STREET
MALDEN, MA 02148


JP LOCK AND SECURITY, LLC
171 LAMARTINE STREET
JAMAICA PLAIN, MA 02130

JUAREZ, EVELYN
3544 PLATT AVE.
LYNWOOD, CA 90262


JUAREZ, JESSIE F.
15317 GRIDLEY RD
NORWALK, CA 90650


JUAREZGOMEZ, JAQUELINE
12721 PACIFIC AVE APT#6
LOS ANGELES, CA 90066


JUDKINS, NATALIE B.
8929 CHERBOURG DRIVE
POTOMAC, MD 20854


JUDKINS, SONJA M.
8929 CHERBOURG DRIVE
POTOMAC, MD 20854


Julia Miller
jemiller59@aol.com


Juliette Alba
savagejuliette14@gmail.com


JUNGRHEE, KYLE M.
13211 TWINBROOK PARKWAY APT# 303
ROCKVILLE, MD 20851

Kage Dorrell
aaronkaged@gmail.com


KAHANE, CORY A.
1271 BOYNTON STREET
GLENDALE, CA 91205


KAKUEVA, SOPHIA
1377 E WINDSOR RD
GLENDALE, CA 91205


KANAN, ADELLE D.
7824 CAMINO NOGUERA
SAN DIEGO, CA 92122


KANGAS, KRISTA G.
1027 N. HELIOTROPE DR.
LOS ANGELES, CA 90029


KARIMI, KEVIN R.
11121 SALT LAKE AVE.
NORTHRIDGE, CA 91326


KARTOZIAN, SAMUEL G.
11209 RUDMAN DRIVE
CULVER CITY, CA 90230


Kathy Lynch
l8nitshpr@att.net

KEARNS, DANIEL C.
171 SYCAMORE ST
BOSTON, MA 02131


KEELING, MATHIAS
3136 NORTH DAMEN AVE
CHICAGO, IL 60618


KELEPOLO, CODY A.
6038 CARLTON WAY, UNIT 306
LOS ANGELES, CA 90028


KELLER, JEFFREY J.
5311 HERMITAGE AVE
VALLEY VILLAGE, CA 91607


KELLY GENERATORS & EQUIPMENT, INC
1955 DALE LANE
OWINGS, MD 20736


KELLY J. VALENTINE
120 N. ROBERTSON BLVD
LOS ANGELES, CA 90048


KERFORD, COLIN
72 S BERKELEY AVE
PASADENA, CA 91107


Keri Day
kerieday@gmail.com

KERWIN, LUCAS M M.
2029 ATLIN ST.
DUARTE, CA 91010


KETER ENVIRONMENTAL
PO BOX 417468
BOSTON, MA 02241-7468


KETER ENVIRONMENTAL
PO BOX 417468
BOSTON, MA 02241-7468


KHAGHANI, JAYSON K.
6504 MADEIRA LANE
BETHESDA, MD 20817


KILBURN, ADAM R.
7531 SPRING LAKE DRIVE
BETHESDA, MD 20817


KIM, VICTOR S.
3671 S WESTERN AVE APT #308
LOS ANGELES, CA 90018


KIMMEL, MATTHEW
4036 CAMERO AVE
LOS ANGELES, CA 90027


KING HARBOR BREWING COMPANY
2907 182 STREET
REDONDO BEACH, CA 90278

KIRCHHOFF, JOSEPH E.
1622 LYMAN PL
LOS ANGELES, CA 90027


KISHIYAMA, JODEE
256 E. ALONDRA BLVD.
GARDENA, CA 90248


KITAGUCHI, KYLE P.
720 N DILLON ST
LOS ANGELES, CA 90026


KIWACZ, CHARLES R.
21 BECKFORD ST APT #1
BEVERLY, MA 01915


KLEIN, GARETH
12642 MOORPARK ST. 3
STUDIO CITY, CA 91604


KLOS-SHAKAID, MIKA
109 GORE STREET
CAMBRIDGE, MA 02141


KLYTTA, CHARLES M.
3814 GREEN ACRE DRIVE
NORTHBROOK, IL 60062


KNUTSON, COSETTE D.
11046 TAMBERLY LANE
TUJUNGA, CA 91042

KONE INC
PO BOX 894156
LOS ANGELES, CA 90189

KONE INC
PO BOX 894156
LOS ANGELES, CA 90189

KORTENHAUS COMMUNICATIONS, INC.
75 NEWBURY STREET
BOSTON, MA 02116

KORTENHAUS COMMUNICATIONS, INC.
75 NEWBURY STREET
BOSTON, MA 02116

KPMG

KREPAK, MARIO R.
605 GREGG ROAD
NORTHBROOK, IL 60062

Kristy Fullmer
652 36th Street
Manhattan Beach, CA 90266

KRIVOKOPICH, JACK L.
19302 OXNARD ST
TARZANA, CA 91356

KRYCHIW, MICHAEL D.
1602 WINONA BLVD
LOS ANGELES, CA 90027


KUBESERIAN, DAVID G.
622 N. HOWARD ST UNIT 7
GLENDALE, CA 91206


KUCHINSKY, MICHAELA R.
14 JILL MARIE DR
CARVER, MA 02330


KUM, SHANICE
3524 TEAR TREE COURT 21
SILVER SPRING, MD 20906


KUZHIKOMBIL, ROHIT
817 NORTH KINGSLEY DRIVE UNIT 3
LOS ANGELES, CA 90029


KWAME ONWUACHI
435 WEST 31ST STREET, APT. 39 C
NEW YORK, NY 10001


KWAME ONWUACHI
435 WEST 31ST STREET, APT. 39 C
NEW YORK, NY 10001


Kyle Barnes
kylecbarnes@icloud.com

LA SPECIALTY PRODUCE CO
PO BOX 2293
SANTA FE SPRINGS, CA 90670

LACSINA, ISABELA G.
1210 1/2 S. MARYLAND AVE
GLENDALE, CA 91205

LADD, CRISTINA
9406 IRONWOOD LANE
DES PLAINES, IL 60016

LADWP
PO BOX 30808
LOS ANGELES, CA 90030-0808

LAM, THIN V.
3119 BALDWIN ST
LOS ANGELES, CA 90031

LAMARRE, ALEXIS L.
89 PRINCE ST
BOSTON, MA 02113

LAMBERD, ALEX B.
4020 W 162 ST.
LAWNDALE, CA 90260

LANDA, JORGE A.
4626 ST CHARLES PL.
LOS ANGELES, CA 90019

LANDRY, MATT
223 S. ALEXANDERIA AVE
LOS ANGELES, CA 90004


LANGVARDT, DORI G.
6201 HOLLYWOOD BLVD 2202
LOS ANGELES, CA 90028


LAPOSKY, DEBRA K.
3727 W MAGNOLIA BLVD
BURBANK, CA 91505


LARSON, JARED L.
8042 REGENTS RD
SAN DIEGO, CA 92122


LATHAM, ADAM
655 PROSPECT CRES
PASADENA, CA 91103


LATTER, AARON R.
95 BLOSSOM STREET
CHELSEA, MA 02150


Laura Haddad
lauramoet@yahoo.com


LAURENT, ADE AJA
119 CHRISTOPHER RD
BROCKTON, MA 02302

LAZ KARP ASSOC., LLC
189 THE GROVE DR
LOS ANGELES, CA 90036

LAZ KARP ASSOCIATES, LLC
STE 22 889 AMERICANA WAY
GLENDALE, CA 91210

LAZ PARKING
PO BOX 847370
LOS ANGELES, CA 90084

LEAF CAPITAL FUNDING
SUITE 200 16701 MELFORD BLVD
BOWIE, MD 20715

LEAF CAPITAL FUNDING, LLC
PO BOX 5066
HARTFORD, CT 06102-5066

LEAF CAPITAL FUNDING, LLC
PO BOX 5066
HARTFORD, CT 06102-5066

LECLERC, ANDRE J.
124 AUDUBON ROAD
MILTON, MA 02186

LEDESMA, CRISTAL J.
4944 1/2 GAMBIER ST
LOS ANGELES, CA 90032

LEE, MEGAN A.
3839 LA FONTAINE LN
GLENVIEW, IL 60025


LEE, VICTORIA J.
1732 W 246TH STREET
LOMITA, CA 90717


LEMAINE, WOODSON
1142 RIVER ST
BOSTON, MA 02136


LENCI, NIKA T.
8840 COSTA VERDE BLVD. APT. 3135
LA JOLLA, CA 92122


LEON, JOSE A.
203 S. THORSON AVE
COMPTON, CA 90221


LETT, DUSTIN S.
57 HAVRE STREET
BOSTON, MA 02128


LETZ, ANDREW J.
2123 CHANDLER LANE
GLENVIEW, IL 60026


LEVERETT, KATJIA R.
55 LEYDEN
BOSTON, MA 02128

LEVINE, MICAH I.
80 BOYLSTON ST
BOSTON, MA 02116

LEVY, EMMA J.
3041 NICADA DR.
LOS ANGELES, CA 90077

LEVY, MATTHEW E.
1214 CANDLEWOOD HILL RD
NORTHBROOK, IL 60062

LEWIS, ELIZABETH S.
87 BURT STREET
BOSTON, MA 02124

LEWIS, SHANIQUE A.
14724 VALIANT TERRACE
BURTONSVILLE, MD 20866

LEWIS, TIMOTHY
14422 AZTEC STREET
SYLMAR, CA 91342

LIFECYCLE RENEWABLES, INC.
PO BOX 1144
MARBLEHEAD, CA 01945

LIGHTHOUSE ELECTRICAL CONTRACTING,
59 NORTH AVENUE
ROCKLAND, MA 02370

LIONSGATE
4 CHASE METROTECH CTR.
BROOKLYN, NY 11245


LIRAG, SHAUN
503 EAST BROADWAY APT C
SAN GABRIEL, CA 91776


LITTLE DIVERSIFIED ARCHITECTUAL
CONSULTING
615 SOUTH COLLEGE ST #1600
CHARLOTTE, NC 28202


LITTLEJOHN, ROBERT G.
323 W 15TH AVENUE
ESCONDIDO, CA 92025


LITTLES, LEIGH ANNE A.
41 N. SIERRA BONITA AVE.
PASADENA, CA 91106


LOADED
1554 16TH ST
SANTA MONICA, CA 90404


LOCKWOOD, KATHERINE J.
2045 S STATE COLLEGE BLVD.
ANAHEIM, CA 92806


LOCO FOOD LLC
2957 W DIVERSEY AVENUE
CHICAGO, IL 60647

```
LOPEZ, ELIBETH
6349 CAMELLIA AVE
NORTH HOLLYWOOD, CA 91606


LOPEZ, FELIPE
6532 N FRANCISCO AVE
CHICAGO, IL 60645


LOPEZ, GAEL A.
15900 SAN FERNANDO MISSION BLVD
GRANADA HILLS, CA 91344


LOPEZ, GENESIS
15903 VANOWEN ST
LAKE BALBOA, CA 91406


LOPEZ, JENNIFER
2846 W 25TH PL
CHICAGO, IL 60623


LOPEZ, MARBIS H.
1521 S HOOVER ST
LOS ANGELES, CA 90006


LOPEZ, MARIO A.
3324 GRANADA ST
LOS ANGELES, CA 90065


LOPEZ, MARK
1462 MILLER AVE.
LOS ANGELES, CA 90063
```

LOPEZ-CALDERON, WILLIAM
278 S CORONADO ST. 1/6
LOS ANGELES, CA 90057


LOPEZ-SERVIN, JENNY L.
20362 FAIRWEATHER ST
SANTA CLARITA, CA 91351


LOS ANGELES AIR CONDITIONING INC
1714 LINDBERGH CT
LA VERNE, CA 91750


LOS ANGELES AIR CONDITIONING INC
1714 LINDBERGH CT
LA VERNE, CA 91750


LOS ANGELES COUNTY TAX COLLECTOR
PO BOX 54027
LOS ANGELES, CA 90054


LOS ANGELES COUNTY TAX COLLECTOR
P.O. BOX 54110
LOS ANGELES, CA 90054-0110


LOWE, ROBERT A.
8000 RHODES AVE
NORTH HOLLYWOOD, CA 91605


LSQ GROUP HOLDINGS LLC
SUITE 100 2600 LUCIEN WAY
MAITLAND, FL 32751

LUCAS, KENNIF J.
7348 CORBIN AVE
RESEDA, CA 91335

Lucy Boyadzhyan
lucyboyadzhyan@yahoo.com

LUEVANOS, VALERIE A.
1550 WILCOX AVE
LOS ANGELES, CA 90028

LUJANO, MIGUEL A.
2934 F STREET
SAN DIEGO, CA 92102

LUVIANO, LUCERO
1657 W 12TH STREET
LOS ANGELES, CA 90015

LYNCH, MICHAEL D.
34 WASHBURN ST
DORCHESTER, MA 02125

M CO PRODUCE
1438 E 6TH STREET
LOS ANGELES, CA 90021

M.S WALKER, INC
975 UNIVERSITY AVENUE
NORWOOD, MA 02062

MABINE, THOMAS
1829 WASHINGTON STREET
BOSTON, MA 02118


MACEDO, CHRISTINE E.
14420 VOSE ST, APT 20
VAN NUYS, CA 91405


Macerich  Lakewood, LP
401 Wilshire Boulevard, #700
Santa Monica, CA 90401


MACERICH LAKEWOOD, LP
401 WILSHIRE BOULEVARD, #700
SANTA MONICA, CA 90401-1452


Macerich Lakewood, LP
c/o Macerich Property Management
Company, LLC
401 Wilshire Boulevard, #700
Santa Monica, CA 90401


Macerich SMP LP
c/o Macerich
PO Box 2172
401 Wilshire Blvd., Suite 700
Santa Monica, CA 90401


Macerich SMP LP
c/o Legal Operations
401 Wilshire Blvd., Suite 700
Attn: Laurel Hartman
Santa Monica, CA 90401


MACERICH SMP, LP
395 SANTA MONICA PLACE
ATTN: CENTER MANAGER
SANTA MONICA, CA 90401-2350

Macerich SMP, LP
395 Santa Monica Place
Attn: Center Manager
Santa Monica, CA 90401-2350

MACK, AARON
15305 RAYEN STREET
NORTH HILLS, CA 91343

MACQUARRIE, ALY M.
823 ROLLING PASS
GLENVIEW, IL 60025

MADRID, JOSHUA R.
1023 BLAINE STREET
LOS ANGELES, CA 90015

MAGALLANES SOLANO, HIRAM
15039 BURBANK BLV APT #202
SHERMAN OAKS, CA 91411

MAGENSA LLC
MAGTEK,INC.
1710 APOLLO COURT
SEAL BEACH, CA 90740

Maggiee Luna
maggieelu123@gmail.com

MAGNOLIA PICTURES
49 W 27TH ST
NEW YORK, NY 10001

MAGNOLIA PLUMBING, INC.
600 GALLATIN STREET, N.E.
WASHINGTON, DC 20017


MAGRELLI, LUIGI M.
5704 NORWICH AVE
SHERMAN OAKS, CA 91411


MAJOR THEATRE EQUIPMENT CORP.
101 HOLMES STREET
QUINCY, MA 02171


MAJOR THEATRE EQUIPMENT CORP.
101 HOLMES STREET
QUINCY, MA 02171


MAKHCHANYAN, MERI A.
1736 N KENMORE AVE
LOS ANGELES, CA 90027


MALDONADO, EVELYN
16079 YARNELL ST SPCA25
SYLMAR, CA 91342


MALDONADO, SELENA
129 S. MANHATTAN PL #1
LOS ANGELES, CA 90004


MALYAN, MINAS G.
8337 OUTLAND VIEW DR
SUN VALLEY, CA 91352

MANHATTAN TELECOMMUNICATIONS CORP.
FLOOR 32 55 WATER STREET
NEW YORK, NY 10041


MANNING-JOHNSON, KHARI M.
1203 SOUTH HIGHLAND AVENUE.
LOS ANGELES, CA 90019


MANUEL, FLORIDALMA M.
1 CANTON ROAD
QUINCY, MA 02170


MARALIT, CHRISTINE G.
10906 COLUMBUS AVE
MISSION HILLS, CA 91345


MarAnthony Aparicio
mj233234@aol.com


MARAVILLA, CHRISTIAN
126 SOUTH BELMONT STREET
GLENDALE, CA 91205


Marcelo Lopez
rolec_lopez@yahoo.com


MARDIROSIAN ROMO, KAMILA M.
1202 S GLENDALE AVE. #1
GLENDALE, CA 91205

Margaret Ddexter
margaretdexter54@outlook.com

MARGARET O' CONNOR
PO BOX 483
ACTON, CA 93510

Maria Galang
mcgalang@pacbell.net

Mariano Federovsky
Mariano.Federovsky@nbcuni.com
W 818.622.5146
M 818.521.8813

MARIANO, RODRIGO J.
85 POLLYS LN
UNCASVILLE, CT 06382

MARK KITCHEN EQUIPMENT SERVICES, INC.
SUITE B 212 MONTEREY PASS RD
MONTEREY PARK, CA 91754

MARKS, EDWARD H.
655 W. GRACE
CHICAGO, IL 60613

MARQUARDT, BRENDAN W.
1742 EL RITO AVENUE
GLENDALE, CA 91208

MARROQUIN, MELISSA M.
6181 FLEURY LANE
WOODLAND HILLS, CA 91367


MARTIN, ETHAN M.
11 BALDWIN TER
EVERETT, MA 02149


MARTIN, GUSTAVO
3417 KEARNY VILLA LANE
SAN DIEGO, CA 92123


MARTIN, RICARDO
6656 BOTHWELL RD
RESEDA, CA 91335


MARTINEAU, SAMANTHA M.
13654 OCANA AVE
BELLFLOWER, CA 90706


MARTINEZ, ALAN E.
5653 BLACKWELDER ST.
LOS ANGELES, CA 90016


MARTINEZ, ARTURO E.
5716 TUJUNGA AVE 7
NORTH HOLLYWOOD, CA 91601


MARTINEZ, CARLOS
17108 LOS ALIMOS ST
GRANADA HILLS, CA 91344

MARTINEZ, CHARLIE
20430 E ARROW HWY
COVINA, CA 91724


MARTINEZ, DAVID E.
1731 W 38TH ST
LOS ANGELES, CA 90062


MARTINEZ, IRVING D.
752 S. IROLO ST. APT. 2 2
LOS ANGELES, CA 90005


MARTINEZ, JESSICA
3928 LANTERN DRIVE
SILVER SPRING, MD 20902


MARTINEZ, JESUS
1233 E HARVARD APT. D
GLENDALE, CA 91205


MARTINEZ, JUAN A.
1481 W 49TH ST
LOS ANGELES, CA 90062


MARTINEZ, JULIE A.
2510 CRENSHAW BLVD
LOS ANGELES, CA 90016


MARTINEZ, MARCUS N.
6579 QUINTON LN
TUJUNGA, CA 91042

MARTINEZ, MARK A.
20944 COMMUNITY ST
CANOGA PARK, CA 91304


MARTINEZ, VIRGINIA J.
427 W ACACIA AVENUE
GLENDALE, CA 91204


MARTINEZ-VALADEZ, BRENDA
1312 MORNING VIEW DRIVE
ESCONDIDO, CA 92026


MASCIO, JOSEPH
6233 S NATCHEZ
CHICAGO, IL, IL 60638


MATEO, MATTHEW A.
6233 BLUCHER AVENUE
VAN NUYS, CA 91411


MATTEUCCI, ANDREA C.
841 GARDENIA AVE #303
LONG BEACH, CA 90813


MATTHEWS, EDWARD
4701 NATICK AVE
SHERMAN OAKS, CA 91403


MATUS-CAMPOS, GISSELLE A.
9450 GILMAN DRIVE
LA JOLLA, CA, 20 00100

MAXILE, RAVEN
11939 ALBERS ST APT 10
VALLEY VILLAGE, CA 91607


MCCARTHY, MATTHEW J.
11301 EMELITA ST.
NORTH HOLLYWOOD, CA 91601


MCCLEES, CHRISTOPHER L.
6801 MAMMOTH AVE, 17
VAN NUYS, CA 91403


MCCONNELL'S FINE ICE CREAMS, LLC
835 E CANON PERDIDO STREET
SANTA BARBARA, CA 93103


MCDOWELL, ELEANOR G.
6581 N LAKEWOOD AVE
CHICAGO, IL 60626


MCELROY, MATTHEW H.
240 N ADAMS ST 5
GLENDALE, CA 91206


MCELWAIN, SVETLANA
9450 GILMAN DRIVE
LA JOLLA, CA 92092


MCINTIRE, BEN T.
2625 1/2 N SPAULDING AVE.
CHICAGO, IL 60647

MCPHERSON, LEROY A.
9 MCNULTY CT APT 550
CHARLESTOWN, MA 02129


MCSHANE, MITCHELL
3717 CARDIFF AVE APT 302
LOS ANGELES, CA 90034


MCVEIGH, ANNABELLE C.
1916 4TH STREET
SANTA MONICA, CA 90405


MEADOWS, NOAH D.
16430 OREGON AVENUE
BELLFLOWER, CA 90706


MECATL, GISSEL
2648 CHARITON ST. APT 8
LOS ANGELES, CA 90034


MEDIABUS, INC
3285 CASITAS AVE
LOS ANGELES, CA 90039


MEDINA, BRANDON A.
1425 N ALTA VISTA BLVD. APT#214
LOS ANGELES, CA 90046


MEDINA, DEXXER L.
1327 DARTMOUTH DRIVE
GLENDALE, CA 91205

MEDINA, STEPHANIE A.
19845 SATICOY ST
WINNETKA, CA 91306

MEDRANO, KAREN
8601 INTERNATIONAL AVE
CANOGA PARK, CA 91304

MEGAFLUENCE LLC
16 PASANDENA
IRVINE, CA 92602

MEJIA, ANA R.
8662 LAKE ASHMERE DRIVE
SAN DIEGO, CA 92119

MEJIA, JORGE A.
826 ORANGE GROVE AVE
GLENDALE, CA 91206

MELARA MONTES, ELBA Y.
6316 MIRAMONTE
LOS ANGELES, CA 90001

MELGAR, WILLIAM A.
1117 NORTH SPARKS
BURBANK, CA 91506

MELODEE ICE CREAM
2649 W. 1ST STREET
SANTA ANA, CA 92703-3403

MENDEZ, KAREN
5743 LA MIRADA AVE APT 10
LOS ANGELES, CA 90038


MENDEZ, LILIANA
2507 JULIET STREET
LOS ANGELES, CA 90007


MENDIOLA, RICHARD S.
7957 JELLICO AVENUE
NORTHRIDGE, CA 91325


MENDOZA, ANDRE G.
9607 FORBES AVE
NORTHRIDGE, CA 91343


MENDOZA, CESAR
2027 RESERVOIR STREET APT#2 2
LOS ANGELES, CA 90026


MERIDAESQUIVEL, MIRIAM A.
3221 W LAKE AVE
GLENVIEW, IL 60026


MERINO, KEVIN
2335 S. WALL ST. APT#102
LOS ANGELES, CA 90011


MERLAIN, EMMANUEL M.
4 VIOLANTE ST
MATTAPAN, MA 02126

METELLUS, REGINALD
15 CLAXTON ST  3
ROSLINDALE, MA 02131


MEZA, ROBERT S.
321 PASADENA AVE APT 1 1
SOUTH PASADENA, CA 91030


MG JV LLC
1725 NAUD STREET
LOS ANGELES, CA 90012


Mia Dentoni
miadentoni@gmail.com


MICHEL, JASMINE N.
6 COLEUS PARK
BOSTON, MA 02121


Michele Laurita
mlwickman@icloud.com


Michelle Kolsi
mkolsi@yahoo.com


MICHELLE MEADE
3400 HALDERMAN STREET
LOS ANGELES, CA 90066

MICROSOFT CORPORATION
ONE MICROSOFT WAY
REDMOND, WA 98052-6399

MICROSOFT CORPORATION
ONE MICROSOFT WAY
REDMOND, WA 98052-6399

MID CENTURY MEDIA LLC
2401 LAUREL PASS AVE
LOS ANGELES, CA 90046

MIHALAKIS, TYLER J.
4524 N CLYBOURN AVE
BURBANK, CA 91505

Mike Rosenstein
michaeljrosenstein@gmail.com

MILLER, ERIK M.
5832 PENNSWOOD AVE
LAKEWOOD, CA 90712

MILLER, MAX A.
4950 COLDWATER CANYON AVE
SHERMAN OAKS, CA 91423

MILLER, PAUL
1037 16TH STREET 1
SANTA MONICA, CA 90403

```
MILLER, XAVIER J.
692 QUINCY BRIDGE LN
GLENVIEW, IL 60025


MILLER, ZACHARY D.
1483 E. CHEVY CHASE DR.
GLENDALE, CA 91206


MILLS, CAROL
9002 SENATE DRIVE APT 1E
DES PLAINES, IL 60016


MILLS, VICTORIA D.
3822 BRUNSWICK AVE
LOS ANGELES, CA 90039


MIMI LAHLOU, OMAR
13766 DOVEKIE AVE
CLARKSBURG, MD 20871


MIMO, LLC
5201 THATCHER ROAD
DOWNERS GROVE, IL 60515


MIMO, LLC
5201 THATCHER ROAD
DOWNERS GROVE, IL 60515


MIRACLE MILE BITTERS CO
1629 CABRILLO AVENUE
ALHAMBRA, CA 91803
```

MIRALLES, AL FRANSES N.
9033 HAZELTINE AVE
PANORAMA CITY, CA 91402

MIRANDA, ANGELA
18418 DEARBORN ST.
NORTHRIDGE, CA 91325

MIRROR RELEASING, LLC
29285 NETWORK PLACE
CHICAGO, IL 60673-1292

MIRROR RELEASING, LLC
3850 N WIKE ROAD
ARLINGTON HEIGHTS, IL 60004

MIRROR RELEASING, LLC
690 CANTON ST
WESTWOOD, MA 02090

MISSION BEVERAGE CO
PO BOX 33256
LOS ANGELES, CA 90033

MISSION LINEN SUPPLY
PO BOX 1299
SANTA BARBARA, CA 93102-1299

MITSUBISHI ELECTRIC & ELECTRONICS U
25480 NETWORK PLACE
CHICAGO, IL 60673

MITSUBISHI ELECTRIC US, INC.
5900-A KATELLA AVENUE
CYPRESS, CA 90630


MITSUBISHI ELECTRIC US, INC.
205 W. 64TH PL.
INGLEWOOD, CA 90302


MITSUBISHI ELECTRIC US, INC.
120 N. ROBERTSON BLVD
LOS ANGELES, CA 90048


MITSUBISHI ELECTRIC US, INC.
245 VISITACION AVENUE
BRISBANE, CA 94005


MITSUBISHI ELECTRIC US, INC.
835 E CANON PERDIDO STREET
SANTA BARBARA, CA 93103


MIW CORPORATION
C/O DAVID T. KEENAN, ESQ.
QUINLAN & SADOWSKI, P.C
11 VANDERBILT AVE., SUITE 250
NORWOOD, MA 02062-5056


MOBASSERI, RAMTIN
3344 KEYSTONE AVE APT 1
LOS ANGELES, CA 90034


MOELLER, DANIEL
1613 HILL STREET
SANTA MONICA, CA 90405

MOHAWK FACTORING, LLC
160 SOUTH INDUSTRIAL BLVD
CALHOUN, GA 30701


MOHAWK FACTORING, LLC
C/O ROBERT G. MINER
LAW OFFICES OF ROBERT G. MINER
1746 SOUTH VICTORIA AVE. F110
VENTURA, CA 93003


MOJO COLD BREWED COFFEE, INC
168 MAIN STREET
WENHAM, MA 01984


MONCADA, MELISSA
320 E 56TH ST
LONG BEACH, CA 90805


MONICA LEVINSON
3398 BLAIR DRIVE
LOS ANGELES, CA 90068


MONTGOMERY COUNTY MARYLAND
255 ROCKVILLE PIKE, SUITE 100
ROCKVILLE, MD 20850


MONTGOMERY MALL LLC
C/O WESTFIELD, LLC
ATTN: COO OPERATIONS
11301 WILSHIRE BOULEV
LOS ANGELES, CA 90025


Montgomery Mall, LLC
c/o Westfield, LLC
11301 Wilshire Boulevard, 12th Fl
Los Angeles, CA 90025

MONTIJO, ALYSSA L.
4946 WIOTA STREET
LOS ANGELES, CA 90041


MOORE, JASMINE
4647 WILLIS AVE. 304
SHERMAN OAKS, CA 91403


MORALES MARTINEZ, ASHLEY
12942 WENTWORTH ST
ARLETA, CA 91331


MORALES, JACQUELINE M.
14650 LASSEN ST UNIT 2
MISSION HILLS, CA 91345


MORALES, MARISOL
3244 W HIRSCH
CHICAGO, IL 60651


MORALES, MARISOL
3244 W HIRSCH
CHICAGO, IL 60651


MORALES, SERENA E.
13089 SAN FERNANDO ROAD APT. 9
SYLMAR, CA 91342


MORATAYA, ANTHONY J.
18714 RUNNYMEDE ST.
RESEDA, CA 91335

MORENO, ALISHEIA M.
14653 CLYMER STREET
MISSION HILLS, CA 91345


MORENO, JULIAN
1350 S VECINO AVE
GLENDORA, CA 91740


MORENO, SABRINA E.
1988 N SUMMIT AVE
PASADENA, CA 91103


MOREYRA, RAFAEL
12117 CEDAR AVE
HAWTHORNE, CA 90250


MORGAN, LEE R.
75 W SCHOOL ST
CHARLESTOWN, MA 02129


MORGENSON, DAVID J.
1443 N FULLER AVE #105
LOS ANGELES, CA 90046


MORRIS, DEMARCUS A.
1158 N HOWE
CHICAGO, IL 60610


MORRIS, JULIAN
348 1/2 VIA VISTA ST
MONTEBELLO, CA 90640

MOTION TECHNOLOGY, INC.
10 FORBES ROAD
NORTHBOROUGH, MA 01532


MOURIZ, EMILIO
1620 AMARGOSA DR.
PALMDALE, CA 93551


MOVING IMAGE TECHNOLOGIES
17760 NEWHOPE STREET
FOUNTAIN VALLEY, CA 92708


MOVIO LIMITED
6300 WILSHIRE BLVD, STE 940
LOS ANGELES, CA 90048


MOVIO LIMITED
6300 WILSHIRE BLVD, STE 940
LOS ANGELES, CA 90048


MOWINSKI, ABIGAIL G.
606 SPRING ROAD
GLENVIEW, IL 60025


MUCHA, ALEX K.
1313 PAM ANNE DR
GLENVIEW, IL 60025


MUNIVE, JOSE
5827 LOCKHEED AVE.
WHITTIER, CA 90606

MUNOZ, JAIME
485 W WASHINGTON
PASADENA, CA 91103


MURALLES, JONATHAN B.
1808 W ADAMS BLVD
LOS ANGELES, CA 90018


N/A
jda101@yandex.com


N/A
lovinmylifenkids4@gmail.com


NALBANDYAN, ARMINE A.
1007 E LOMITA AVE 111 111
GLENDALE, CA 91205


NARVAEZ, PAUL ANGELO G.
1854 S. FAIRFAX AVE
LOS ANGELES, CA 90019


NARVAEZ, VANESSA
219 N. ADAMS ST.
GLENDALE, CA 91206


NAZARI, SEVAN
522 W HARVARD ST
GLENDALE, CA 91204

NEDOSTUPENKO, MARIA
4901 BATTERY LANE APT 203
BETHESDA, MD 20814


NEIL GEISNER
508 1619 N. LA BREA AVE
LOS ANGELES, CA 90028


NEJIN, KENYA A.
1743 GARFIELD PLACE
LOS ANGELES, CA 90028


NELSON, ADAM E.
9528 MIRAMAR RD.
SAN DIEGO, CA 92126


NELSON, GRACE E.
20111 LABRADOR ST
CHATSWORTH, CA 91311


NELSON, KATELYN M.
11621 SYLVAN ST. 8
NORTH HOLLYWOOD, CA 91606


NEON RATED LLC
580 BROADWAY, SUITE 1200
NEW YORK, NY 10012


NESTLE PURE LIFE
PO BOX 856680
LOUISVILLE, KY 40285

NEVE ICE
655 SOUTH FLOWER STREET
LOS ANGELES, CA 90017

NEWPORT MEAT CO
PO BOX 19726
IRVINE, CA 92623

NGUYEN, BENJAMIN H.
19543 VALERIO STREET
RESEDA, CA 91335

NGUYEN, NATHAN T.
1010 ROBROY DRIVE
SILVER SPRING, MD 20903

NICOR GAS
PO BOX 5407
CAROL STEAM, IL 60197

NIMAGA, MUSA
5706 CARLTON WAY
LOS ANGELES, CA 90028

NINO, REMY M.
2200 COLORADO AVENUE
SANTA MONICA, CA 90404

NOREEN, JOHN L.
14361, TIARA ST
VAN NUYS, CA 91401

NORTH AMERICAN VIDEO CORPORATION
1335 S. ACACIA AVENUE
FULLERTON, CA 92831


NORTHERN BUSINESS MACHINES, INC.
24 TERRY AVENUE
BURLINGTON, MA 01803


NORTHERN BUSINESS MACHINES, INC.
24 TERRY AVENUE
BURLINGTON, MA 01803


Northridge  Fashion  Center
9301  Tampa Avenue
Attn: General  Manager
Northridge, CA 91324


NORTHWEST WINES, LTD
1879 26TH AVENUE
SAN FRANCISCO, CA 94122


NORWOOD, BENAIAH
5225 POOKS HILL RD 229N
BETHESDA, MD 20814


NORWOOD, CASSEY
5709 HILLCREST DRIVE
LOS ANGELES, CA 90043


NOVEL HARRIS
C/O KENECHI R. AGU, ESQ.
LAW OFFICES OF KENECHI R. AGU
3655 TORRANCE BLVD., SUITE 300
TORRANCE, CA 90503

NSTAR ELECTRIC COMPANY
247 STATION DRIVE
WESTWOOD, MA 02090


NUS CONSULTING GROUP
ONE MAYNARD DRIVE
PARK RIDGE, NJ 07656


NUSH, TRISTAN A.
4850 ELM ST
SKOKIE, IL 60077


O'CONNOR, SAMUEL P.
704 W OAK AVENUE
EL SEGUNDO, CA 90245


OCAMPO, JOSE M.
17263 FAIRVIEW CT
FONTANA, CA 92336


OCULUS LIGHT STUDIO, LLC
SUITE 306 5855 GREEN VALLEY CIRCLE
CULVER CITY, CA 90230


ODURO, BENJAMIN
1535 N HOBART BLVD APT. 2
LOS ANGELES, CA 90027


OFFICE SOLUTIONS
23303 LA PALMA AVE
YORBA LINDA, CA 92887

OJO, MALIYA
9300 BURNET AVE
NORTH HILLS, CA 91343


OKUNDAYE, REBECAH
22 HAMMOND ST
BOSTON, MA 02120


OLIVER MCMILLIAN GLENVIEW THEATERS, LLC
C/O OLIVERMCMILLAN
733 8TH AVENUE
SAN DIEGO, CA 92101


OLIVER MCMILLIAN GLENVIEW THEATERS, LLC
THE GLEN TOWN THEATERS LLC
733 8TH AVENUE
SAN DIEGO, CA 92101


OLIVER MCMILLIAN GLENVIEW THEATERS, LLC
C/O OLIVERMCMILLAN
733 8TH AVENUE
SAN DIEGO, CA 92101


OLIVER, CHRIS
9035 TOPANGA CANYON BLVD #210
WEST HILLS, CA 91304


OliverMcMillan  Glenview  Theaters,
c/o OliverMcMillan
733 8th Avenue
San Diego, CA 92101


OLVERA, FRIDA
3810 TAMPICO AVE
LOS ANGELES, CA 90032

OM SNACKS
PO BOX 1381
SANTA MONICA, CA 90406


OMCC Theater  Owner,  LLC
C/O NewMark Merrill Companies
5850 Canoga Ave Suite 650
Woodland Hills, CA 91367


OMCC THEATER OWNER, LLC
C/O NEWMARK MERRILL COMPANIES
5850 CANOGA AVE SUITE 650
WOODLAND HILLS, CA 91367


ONE COMMUNITY, LLC
1320 EAST 7TH STREET, STE 260
LOS ANGELES, CA 90021


ONE RING NETWORKS, INC.
PO BOX 1360
ATHENS, TX 75751


ONE RING NETWORKS, INC.
PO BOX 1360
ATHENS, TX 75751


ONEILL, TIMOTHY R.
3719 N. SOUTHPORT #115
CHICAGO, IL 60613


ORELLANA, CELINA I.
101 BRIDEWELL ST
LOS ANGELES, CA 90042

ORIGEL-GABRIEL, ROCIO
3536 1/2 NORTH FIGUEROA STREET
LOS ANGELES, CA 90065


ORLINSKI, MATEUSZ Z.
3465 WHIRLAWAY DR
NORTHBROOK, IL 60062


OROZCO, CINDY A.
21051 GRESHAM ST.
CANOGA PARK, CA 91304


OROZCO, GIOVANNI O.
20652 LASSEN ST.
CHATSWORTH, CA 91311


OROZCO, JESSICA
21051 GRESHAM ST. #905
CANOGA PARK, CA 91304


ORTIZ, NATALIA I.
31 JEFFERSON AVE
CHELSEA, MA 02150


OSCAR T. HERNANDEZ
93 WARREN AVENUE
MILTON, MA 02186


OSCILLOSCOPE PICTURES, INC
140 HAVENMEYER ST
BROOKLYN, NY 11211

OSORIO, VALERIA
340 S ST. ANDREWS PL APT 212
LOS ANGELES, CA 90020


OSRAM SYLVANIA INC. OSRAM SYLVANIA PRODU
200 BALLARDVALE ST
WILMINGTON, MA 01887


OSRAM SYLVANIA INC. OSRAM SYLVANIA PRODU
200 BALLARDVALE ST
WILMINGTON, MA 01887


OUTFRONT MEDIA
PO BOX 33074
NEWARK, NJ 07188-0074


Pacific Cinemas Corporation
120 N. Robertson Blvd. 3rd Floor
Los Angeles, CA 90048


PACIFIC EDGE WINE & SPIRTS
5155 CLARETON DR., SUITE 100
AGOURA HILLS, CA 91301


Pacific Theatres Entertainment Corp
120 N. Robertson Blvd. 3rd Floor
Los Angeles, CA 90048


PADILLA, CHRISTOPHER S.
170 WINTHROP AVE.
REVERE, MA 02151

PALACIOS, ARIELA G.
9156 S VAN NESS
LOS ANGELES, CA 90047


PALACIOS, FABIAN
924 NORTH AVE. 64, 90042
LOS ANGELES, CA 90042


PALMA, BRIAN
5542 SIERRA VISTA AVE
LOS ANGELES, CA 90038


PALONE, DRESANA E.
2339 LINCOLN PARK AVE
LOS ANGELES, CA 90031


PAMELA GREENE BUJARSKI
C/O JOHN NOJIMA, ESQ., ANDREW BROWNING,
LEDERER NOJIMA LLP
12100 WILSHIRE BLVD., SUITE 480
LOS ANGELES, CA 90025


PANTELION LLC
2700 COLORADO AVE
SANTA MONICA, CA 90404


PANTOJA SOTO, CINTIA L.
7244 KESTER AVE
VAN NUYS, CA 91405


PAOLO, JOSEPH M.
118 BEACON ST
BOSTON, MA 02116

PARAMOUNT PICTURES CORP
PO BOX 100486
PASADENA, CA 91189


PARELLO JR, DANA J.
112 VILLA STREET
WALTHAM, MA 02453


PARK STREET IMPORTS, LLC
1000 BRICKELL AVENUE, SUITE 915
MIAMI, FL 33131


PARKER, JANET C.
1900 SHERMAN AVENUE
EVANSTON, IL 60201


PARRA, JENNIFER
250 S AVE 50
LOS ANGELES, CA 90042


PARSONS, MILES J.
10447 ARNWOOD ROAD
SYLMAR, CA 91342


PARTS TOWN, LLC
3WIRE LLC
PO BOX 102205
PASADENA, CA 91189-2205


PARTS TOWN, LLC
1200 GREENBRIAR DR
ADDISON, IL 60101

PASALBO, DAVID N.
118493 SINGLETON DR
LA MIRADA, CA 90638


PATTERSON, MICHAEL E.
6 PARKER HILL AVE
BOSTON, MA 02120


Paul
pkillini@earthlink.net


PAULINGS, QWENTELL U.
4023 PALMWOOD DR #4
LOS ANGELES, CA 90008


PAVELOFF, ANASTASIA
5416 1/4 HAROLD WAY
LOS ANGELES, CA 90027


PAWLOWSKI, DANIEL
17820 MARTHA ST
ENCINO, CA 91316


PAXTON, BEN
707 E ARROW HWY 4
AZUSA, CA 91702


PAYLOCITY CORPORATION
3850 N WIKE ROAD
ARLINGTON HEIGHTS, IL 60004

PAYNE, ALEXANDER
18055 LAKE ENCINO DR
ENCINO, CA 91316


PEIPERL, EVAN J.
1111 BONIFANT ROAD
COLESVILLE, MD 20905


PENA, NOEMI
10311 HAAS AVE.
LOS ANGELES, CA 90047


PEOPLES GAS
PO BOX 2968
MILWAUKEE, WI 53201-2968


PEOPLES GAS
PO BOX 11657
PLEASANTON, CA 94588


PEOPLES GAS
715 S NORMANDIE
LOS ANGELES, CA 90005


PEPCO
PO BOX 13608
PHILADELPHIA, PA 19101


PEREZ, BILL A.
829 S BONNIE BRAE ST 15
LOS ANGELES, CA 90057

PEREZ, ERIC A.
9038 ORION AVE.
NORTH HILLS, CA 91343


PEREZ, JOSE A.
7500 ALABAMA AVE. 337
CANOGA PARK, CA 91303


PEREZ, OSCAR
950 S ST ANDREWS PL APT #301
LOS ANGELES, CA 90019


PEREZ, SERGIO D.
607 WEST 41 DR
LOS ANGELES, CA 90037


PERFECT PLANTS LANDSCAPE MGMT., INC.
14403 S BAHAMA AVE
COMPTON, CA 90220


PERRY, AARON D.
4015 MT ALIFAN WAY
SAN DIEGO, CA 92111


PERRY, ROLLIN R.
1200 N. JUNE ST. APT. 513
HOLLYWOOD, CA 90038


PETERS, LAURA
1749 N SYCAMORE AVENUE
LOS ANGELES, CA 90028

PETIKYAN, ANNIE S.
6932 MATILIJA AVE
VAN NUYS, CA 91405


PETTIS, ALEXIS M.
1317 S. HOMAN AVE
CHICAGO, IL 60623


PHAM, JUSTIN H.
15150 CAREY RANCH LN
SYLMAR, CA 91342


PHILLIPS, CHRISTOPHER M.
2808 WEST 108TH STREET
INGLEWOOD, CA 90303


PHILLIPS, FELIPE A.
505 EINSNER ST
SILVER SPRINGS, MD 20901


PHOENIX, RYFFIN F.
386 S BURNSIDE AVE, 1ST FL APT #ML
LOS ANGELES, CA 90036


PHOMMAVONGSAY, TAVISH
3518 MARLESTA DRIVE
SAN DIEGO, CA 92111


PHOMSOUVANH, NADIAIRE N.
3519 E HUNGERFORD STREET
LONG BEACH, CA 90805

PHOMSOUVANH, NAKIM JIMMY
3519 EAST HUNGERFORD STREET
LONG BEACH, CA 90805


PICO CLEANERS
9150 W PICO BLVD
LOS ANGELES, CA 90035


PIERCE, STEPHANIE M.
635 PROSPECT AVE
SOUTH PASADENA, CA 91030


PIMENTEL, JULIO
275 LUCAS AVE APT 4
LOS ANGELES, CA 90026


PINEDA ORELLANA, JOS? FERNANDO
129 N BONNIE BRAE ST
LOS ANGELES, CA 90026


PINTO, DENNIS A.
369 RESERVOIR AVE
REVERE, MA 02151


PISTOLESSI, DANIEL
1111 BONIFANT ROAD
COLESVILLE, MD 20905


PLEDGER, QUYNTON G.
1629 W 37TH PL
LOS ANGELES, CA 90018

PLUMTREE, KEVIN
711 SOUTH STREET
GLENDALE, CA 91202


PMDL & COMPANY
200-42 777 E TAHQUITZ CANYON
PALM SPRINGS, CA 92262


POD FOODS CO
#108 699 MISSISSIPPI ST.
SAN FRANCISCO, CA 94107


PODIUM DEVELOPER LLC
C/O BOSTON PROPERTIES LIMITED PARTNERSHI
800 BOYLSTON STREET, SUITE 1900
BOSTON, MA 02199-8103


Podium Developer, LLC
c/o Boston Properties Limited Pa
Prudential Center
800 Boylston Street, Suite 1900
Boston, MA 02199-8103


POLANCO, JOCELYN Y.
141 LONDON ST. APT#3
EAST BOSTON, MA 02128


POLANCO, RODOLFO
2630 N SPAULDING
CHICAGO, IL 60647


PONCE, JORGE A.
350 E 84TH STREET
LOS ANGELES, CA 90003

POP IT RITE
PO BOX 211
LYONS, IL 60534


POPPE, CHRISTIAN
1422 6TH STREET APT 402
SANTA MONICA, CA 90401


PORTER, KELVIN
126 E MARKET ST
LONG BEACH, CA 90805


PORTILLO GARCIA, JASIEL J.
5300 MANORFIELD RD
ROCKVILLE, MD 20853


POSADAS, MICHAEL J.
4853 HARTWICK STREET
LOS ANGELES, CA 90041


POSITO, ALEXANDER B.
11401 TOPANGA CANYON BLVD.
CHATSWORTH, CA 91311


POSITO, NICHOLAS C.
11401 TOPANGA CANYON BLVD #107
CHATSWORTH, CA 91311


PPR ENTERPRISES, INC.
5332 PRODUCTION DRIVE
HUNTINGTON BEACH, CA 92649

PR NEWSWIRE ASSOCIATION LLC
200 VESEY STREET
NEW YORK, NY 10080


PRESCOTT, JEANETTE
15204 DICKENS ST
SHERMAN OAKS, CA 91403


PRESSMAN-TOHL, JESSE
12240 LAUREL TERRACE DRIVE
STUDIO CITY, CA 91604


PRESTON, TYLER P.
2312 BUCKINGHAM RD
LOS ANGELES, CA 90016


PRICE, DAVID C.
200 HYDE PARK AVENUE
JAMAICA PLAIN, MA 02130


PRIETO, MICHAEL
4903 W. 112TH ST.
INGLEWOOD, CA 90304


PRINTED CUPS US
635 S. LAFAYETTE BLVD, #112
SOUTH BEND, IN 46601


PRO REPS EXPRESS
3191 AIRPORT LOOP DR
COSTA MESA, CA 92626

PROCTOR EQUIPMENT CO INC
10497 CENTENNIAL RD
LITTLETON, CO 80127


PROO, MATTHEW
3743 W 177TH STREET
TORRANCE, CA 90504


PROTZMANN, ZACHARY
1411 N. HIGHLAND
LOS ANGELES, CA 90028


PRZYBYLA, JOHN
2030 IVAR AVE
LA, CA 90068


PUBLIC STORAGE
140 BROADWAY
EVERETT, MA 02149


PUIG, TRISTAN E.
711 SOUTH RAMPART BOULEVARD
LOS ANGELES, CA 90057


PURFRESH BAKERY
20430 TILLMAN AVE
CARSON, CA 90746


PURISIMA, ALLYSSA-DREW L.
864 S NEW HAMPSHIRE AVE
LOS ANGELES, CA 90005

PURITAN BAKERY INC
1624 EAST CARSON STREET
CARSON, CA 90745


PYRO-COMM SYSTEMS INC
15531 CONTAINER LN
HUNTINGTON BEACH, CA 92649


QUICK, MEGAN
10837 ARROWSMITH CT
GAITHERSBURG, MD 20879


QUIGLEY, CONNAR
6701 FOUNTAIN AVE
LOS ANGELES, CA 90028


QUINDARA, NATHAN A.
19017 VALERIO ST
RESEDA, CA 91335


QUIROGA PAEZ, VIANNEY S.
7211 ZELZAH AVE.
RESEDA, CA 91335


R.W. SMITH & CO.
10101 OLD GROVE RD.
SAN DIEGO, CA 92131


RAINBOW RELEASING
844 25TH STREET
SANTA MONICA, CA 90403

RAMOS, LILLIANA
8786 COLBATH AVE.
PANORAMA CITY, CA 91402


RAMOS, MAGALUNA A.
1854 EUCLID STREET APT 103
SANTA MONICA, CA 90404


RAMOS, MATTHEW
668 S RAMPART BLVD APT 509
LOS ANGELES, CA 90057


RAMSAY, ALAN N.
14709 PRAIRIE LANDING WAY
NORTH POTOMAC, MD 20878


RANDELL, BRYSHONA D.
15522 ORANGE AVE
PARAMOUNT, CA 90723


RAPPAPORT, ESTHER
1261 NORTH BERENDO STREET
LOS ANGELES, CA 90029


RASHKOW, MARC
9074 TERRACE DRIVE 1
NILES, IL 60714


RATHBUN, JOSEPH O.
6841 KRAMER STREET
SAN DIEGO, CA 92111

RAY, DAVID X.
451 S BARRINGTON AVENUE UNIT 103
LOS ANGELES, CA 90049


Raymond Gallucci
gallucc1@comcast.net


RAYMOND HURST
c/o JAMES R. HAWKINS
JAMES HAWKINS APLC
9880 RESEARCH DRIVE, STE. 200
IRVINE, CA 92618


REAL D INC
5700 FLATIRON PARKWAY
BOULDER, CO 80301


REAL D INC
5700 FLATIRON PARKWAY
BOULDER, CO 80301


REED, JENNIFER N.
674 CRENSHAW BLVD
LOS ANGELES, CA 90005


REEVES, WILLIAM A.
17447 CALIFA ST.
ENCINO, CA 91316


REGENCY LIGHTING
PO BOX 102193
PASADENA, CA 91189-2193

REGENCY THEATRES, INC.
SUITE 150 26901 AGOURA ROAD
CALABASAS, CA 91301


REIF, DANIEL
3736 S LA SALLE AVE
LOS ANGELES, CA 90018


RELATIVITY MEDIA LLC
PO BOX 8313
PASADENA, CA 91109


RELIABLE MONITORING SERVICES
26500 W AGOURA RD, STE102-537
CALABASAS, CA 91302


RELIABLE MONITORING SERVICES
26500 W AGOURA RD, STE102-537
CALABASAS, CA 91302


RENFURM, RAGENA A.
2219 5TH STREET APT101
SANTA MONICA, CA 90405


REPUBLIC MASTER CHEFS TEXTILE
PO BOX 511277
LOS ANGELES, CA 90051-7832


REPUBLIC SERVICES, INC
P.O BOX 78829
PHOENIX, AZ 85062

REPUBLIC SERVICES, INC
P.O BOX 78829
PHOENIX, AZ 85062

RESPAWN
20131 PRAIRIE ST
CHATSWORTH, CA 91311

REVOLORIO, KELLY M.
9339 SYLMAR AVE 24
PANORAMA, CA 91402

REVOLUTION TEA LLC
5080 N 40TH ST, STE 375
PHOENIX, AZ 85018

REYES, CHRISTIAN
1545 SOUTH MCBRIDE AVE
COMMERCE, CA 90040

REYES, JYEIMI
734 W, 79TH ST
LOS ANGELES, CA 90044

REYES, MICHAEL G.
3001 OROVADA DR.
CARSON CITY, NV 89701

REYES, SELENA F.
7116 SCHILLING AVENUE
SAN DIEGO, CA 92126

REYEZ, CRIZTAL
734 W 79TH ST.
LOS ANGELES, CA 90044


REYNOLDS, ALEXANDER D.
710 N GRAMERCY PL
LOS ANGELES, CA 90038


REYNOLDS, NATALIA T.
421 SEAVER STREET
BOSTON, MA 02121


RHODES, THEA R.
10846 BAIRD AVE
NORTHRIDGE, CA 91326


RICHARDSON AGUILERA, VALERIA V.
ROSECROWN HALL BUILDING 14
NORTHRIDGE, CA 91330


RICHARDSON, DWAYNE D.
819 UNIVERSITY AVE #719
SAN DIEGO, CA 92103


RICHARDSON, ZALAYAH M.
12687 HANSA CT
LYNWOOD, CA 90262


RICKS, EMMANUEL
5010 TUJUNGA AVE APT 4
NORTH HOLLYWOOD, CA 91601

RICOH USA INC
RICOH USA, INC.
PO BOX 41602
PHILADELPHIA, PA 19101


RICOH USA, INC.
PO BOX 31001-0850
PASADENA, CA 91110


RICOH USA, INC.
PO BOX 41602
PHILADELPHIA, PA 19101


RIGAUD, FABIENNE
1125 NORTH VISTA STREET
WEST HOLLYWOOD, CA 90046


RIGHETTI, SHAUN A.
2700 SNOWBIRD TERRACE
SILVER SPRING, MD 20906


RIGUAL, ALEXIS
440 A MALDEN ST
REVERE, MA 02151


RILEY, CHELSEA R.
5310 WALNUT GROVE AVE
SAN GABRIEL, CA 91776


RIMORIN, JONATHAN
1658 POINT LOMA COURT
CHULA VISTA, CA 91911

Ripton Melhado
riptonmelhado@icloud.com


RIVAS, JENNIFER
3106 BAGLEY AVE
LOS ANGELES, CA 90034


RIVAS, XIOMARA E.
2158 N MARIANNA AVE
LOS ANGELES, CA 90032


RIVERA, DANE J.
1628 E. PALM AVE. UNIT 7
EL SEGUNDO, CA 90245


RIVERA, DAVID A.
7959 ELLENBOGEN ST.
SUNLAND, CA 91040


RIVERA, HELENA D.
1623 1/2 COLORADO BLVD
LOS ANGELES, CA 90041


RIVERA, JASON B.
12330 OSBORNE ST.
PACOIMA, CA 91331


RIVERA, JOSE M.
258 S KENMORE AVE
LOS ANGELES, CA 90004

RIVERA, JUANA E.
7636 CORBIN AVE
RESEDA, CA 91335


RIVERA, RAY
6227 WILLOWCREST AVE.
NORTH HOLLYWOOD, CA 91606


RIVERA, YESENIA
6227 WILLOWCREST AVE
NORTH HOLLYWOOD, CA 91606


RLJ ENTERTAINMENT
6320 CANOGA AVENUE, 8TH FLOOR
WOODLAND HILLS, CA 91367


RLJ ENTERTAINMENT
1 EXECUTIVE PARK DRIVE
BEDFORD, NH 03110


RLJ ENTERTAINMENT
6908 HOLLYWOOD BLVD, 3RD FLOOR
LOS ANGELES, CA 90028


RLJ ENTERTAINMENT, INC
8515 GEORGIA AVE.,, SUITE 650
SILVER SPRING, MD 20910


ROADSIDE ATTRACTIONS LLC
PO BOX 511630
LOS ANGELES, CA 90051-8185

ROBEFF, HOLLY H.
2033 ALPHA STREET
SOUTH PASADENA, CA 91030


Robert Miller
Buchalter Firm
16435 North Scottsdale Rd
Suite 440
Scottsdale, AZ 85254-1754


ROBERTS, KENDALL S.
6549 S CAMPBELL
CHICAGO, IL 60629


ROBINSON, SKYLAR J.
1235 N. SIERRA BONITA AVENUE
PASADENA, CA 91104


ROCK, JESSICA A.
10730 PLATEAU DR.
SHADOW HILLS, CA 91040


RODRIGUEZ, BRANDON B.
7828 GRETNA AVE
WHITTIER, CA 90606


RODRIGUEZ, CINDY L.
136 JUNIPERO SERRA DR
LOS ANGELES, CA 91776


RODRIGUEZ, DAMIAN I.
1604 S 5TH STREET
ALHAMBRA, CA 91803

RODRIGUEZ, JOSE L.
4840 HARBOR COURT
PALMDALE, CA 93552


RODRIGUEZ, MARILYN M.
2639 N HOYNE
CHICAGO, IL 60647


RODRIGUEZ, MARK A.
13027 RAMONA AVE
HAWTHORNE, CA 90250


RODRIGUEZ, NANCY
6029 PIEDMONT AVE
LOS ANGELES, CA 90042


RODRIGUEZ, PAULO
10872 PALA AVE
PACOIMA, CA 91331


RODRIGUEZ, SAMUEL J.
6126 ELEANOR AVE
LOS ANGELES, CA 90038


ROJAS, LUIS A.
955 S. RECORD AVE
LOS ANGELES, CA 90023


ROLDAN, RENE M.
9 WEST BELLFLOWER
DORCHESTER, MA 02125

ROMAN, GILBERT C.
3662 DELTA AVE.
ROSEMEAD, CA 91770


ROMERO, ABELARDO
742 S BERENDO ST 12
LOS ANGELES, CA 90005


ROMERO, MICHEL O.
738 S. MARIPOSA AVE
LOS ANGELES, CA 90005


ROMINA FOODS, INC.
124 N B ST.
SAN MATEO, CA 94401


ROMO, MICHAEL E.
8857 URBANA AVE.
ARLETA, CA 91331


Ron Schellhase
rschellh@verizon.net
301-233-1768


ROSALES, MELANY O.
518 3/4 SOUTH PARK VIEW
LOS ANGELES, CA 90057


ROSAS, KIMBERLY S.
2829 FUTURE STREET
LOS ANGELES, CA 90065

ROSE, JESSICA L.
3910 HAINES ST
SAN DIEGO, CA 92109


ROSS, GENEVA L.
1745 WILCOX AVE
LOS ANGELES, CA 90028


ROY, CASEY G.
1626 N HARVARD BLVD APT 406
LOS ANGELES, CA 90027


RUCKER, RYAN A.
1 NASHUA STREET
BOSTON, MA 02114


RUIZ, ERICK
228 S. MONTEBELLO BLVD
MONTEBELLO, CA 90640


RUIZ, JONATHAN A.
253 SOUTH AVENUE 50
LOS ANGELES, CA 90042


RUIZ, NANCY
7334 WILBUR AVE
RESEDA, CA 91335


RUVALCABA, LEONEL H.
7420 PENFIELD AVE
WINNETKA, CA 91306

RYNECKI, CHRISTOPHER V.
60 MYRTLE STREET
BOSTON, MA 02114


SABAN FILMS LLC
10100 SANTA MONICA BLVD, STE 2525
LOS ANGELES, CA 90067


SACA, AUDREY
7461 LASAINE AVE
LAKE BALBOA, CA 91406


SAELAK, TAVECHAI
525 S LAFAYETTE PARK PL UNIT 203
LOS ANGELES, CA 90057


SAFAR, BERNADETTE L.
1514 CASSIL PLACE
LOS ANGELES, CA 90028


SAINZ, MICHAEL
3636 MENTONE AVE
LOS ANGELES, CA 90034


SALAH, SANYA F.
213 W. MANCHESTER BLVD 4
INGLEWOOD, CA 90301


SALAS RODRIGUEZ, KENIA E.
4535 E 56TH STREET B
MAYWOOD, CA 90270

SALAS, AARON D.
20227 BLYTHE ST
WINNETKA, CA 91306


SALAS, BRITTNEY S.
1924 BOCA AVE
LOS ANGELES, CA 90032


SALAS, ROCHELLE
17321 ENADIA WAY
VAN NUYS, CA 91406


SALAZAR, CELESTE
9238 ARLETA AVE
ARLETA, CA 91331


SALAZAR, DIEGO
2215 W 14TH ST APT # 202
LOS ANGELES, CA 90006


SALAZAR, ENRIQUE G.
514 E. PALMER #8
GLENDALE, CA 91205


SALAZAR, JOHN
4938 W 138TH ST
HAWTHORNE, CA 90250


SALAZAR, STEVEN A.
7305 VARIEL AVE #3
CANOGA PARK, CA 91303

SALDANA, MONICA
419 JAMES STREET
LOS ANGELES, CA 90065


SALGADO, LESLIE
13647 LEADWELL ST.
VAN NUYS, CA 91405


SAM, SOPHEANA O.
18019 ROSCOE BLVD
NORTHRIDGE, CA 91325


SAMAD BROTHERS, INC.
419 MURRAY HILL PARKWAY
EAST RUTHERFORD, NJ 07073


SAMAD BROTHERS, INC.
419 MURRAY HILL PARKWAY
EAST RUTHERFORD, NJ 07073


SAMAYOA, GERMAN D.
845 NORTH KENMORE AVE
LOS ANGELES, CA 90029


SAMAYOA, PATRICK
4721 CHOCTAW DRIVE
SAN DIEGO, CA 92115


SAMMUEL, MARCELOUS L.
1715 S. MCPHERRIN AVENUE
MONTEREY PARK, CA 91754

SAN DIEGO FILM FOUNDATION
2683 VIA DE LA VALLE, STE G210
DEL MAR, CA 92014

SAN DIEGO GAS & ELECTRIC COMPANY
PO BOX 25111
SANTA ANA, CA 92799

SANCHEZ MARCIAL, NESTOR D.
466 NORTH HARVARD BLVD
LOS ANGELES, CA 90004

SANCHEZ, ADRIAN
1212 1/2 S PLYMOUTH
LOS ANGELES, CA 90019

SANCHEZ, ANA S.
1737 W 45TH ST
LOS ANGELES, CA 90062

SANCHEZ, ANDRES
2753 S. ORANGE DR. 2
LOS ANGELES, CA 90016

SANCHEZ, CRISTIAN
8811 SPARTON AVENUE
ARLETA, CA 91331

SANCHEZ, ERIC A.
335 N NEW HAMPSHIRE AVE #212 212
LOS ANGELES, CA 90004

SANCHEZ, KELVIN E.
9810 ZELZAH AVE APT #236
NORTHRIDGE, CA 91325


SANCHEZ, KENNEDY J.
18400 NAPA STREET 23
NORTHRIDGE, CA 91325


SANCHEZ, MARY A.
1223 TAMARIND AVE 3
LOS ANGELES, CA 90038


SANCHEZ, MICHAEL A.
13144 BROMONT AVE
SYLMAR, CA 91342


SANCHEZ, SARA E.
14372 FOX ST
SAN FERNANDO, CA 91340


SANCHEZ, YAZMIN Y.
11151 1/2 BERENDO AVE
LOS ANGELES, CA 90044


SANTA MONICA SEAFOOD
18531 SOUTH BROADWICK STREET
RANCHO DOMINGUEZ, CA 90220


SANTOS, PEDRO H.
690 S EUCLID AVE.
PASADENA, CA 91106

SARAH MARIN
2042 PHEASANT RUN RD
FALLBROOK, CA 92028

SARAH TABBUSH
5621 LARIAT TRAIL
PIONEERTOWN, CA 92268

SARAH TABBUSH
5621 LARIAT TRAIL
PIONEERTOWN, CA 92268

SAROV, BOBBY
1006 BETTE LANE
GLENVIEW, IL 60025

SAROV, MICHAEL K.
1006 BETTE LANE
GLENVIEW, IL 60025

SAVAGE, MAYA J.
230 FULLER STREET
BROOKLINE, MA 02446

SAVANTIS GROUP, INC. SAVANTIS INC.
SAVANTIS SOLUTIONS, LLC.
100 WOOD AVE SOUTH
ISELIN, NJ 08830

SAVANTIS GROUP, INC. SAVANTIS INC.
SAVANTIS SOLUTIONS, LLC.
100 WOOD AVE SOUTH
ISELIN, NJ 08830

SCENIC HIGHLIGHTS, INC.
8238 LANKERSHIM BLVD.
NORTH HOLLYWOOD, CA 91605


SCHERMERHORN, DALTON N.
15 GEORGE ST
WINTHROP, MA 02152


SCHINDLER ELEVATOR CORPORATION
PO BOX 93050
CHICAGO, IL 60673


SCIORTINO, ABIGAIL G.
17200 GOYA ST.
GRANADA HILLS, CA 91344


SCOTT, DEONTRAE X.
1282 ARMACOST RD
SAN DIEGO, CA 92114


SCOTT, HAYLIE D.
1830 THAMES AVE
SAN DIEGO, CA 92109


SCOUT INTERNATIONAL
7100 HAYVENHURST AVE, STE 107A
VAN NUYS, CA 91406


SCREEN MEDIA VENTURES, LLC
800 THIRD AVE, 3RD FLOOR
NEW YORK, NY 10022

SCREENVISION DIRECT, INC
SCREENVISION EXHIBITION INC.
1411 BROADWAY, 33RD FLOOR
NEW YORK, NY 10018


SCREENVISION EXHIBITION, INC.
1411 BROADWAY
33RD FLOOR
NEW YORK, NY 10018


SEAGLE, MONICA
1218 SUNSET BLVD
LOS ANGELES, CA 90063


SEAY, BENJAMIN D.
15030 VICTORY BLVD
VAN NUYS, CA 91411


SECTRAN SECURITY, INCORPORATED
PO BOX 227267
LOS ANGELES, CA 90022


SECTRAN SECURITY, INCORPORATED
PO BOX 227267
LOS ANGELES, CA 90022


SECURITAS SECURITY SERVICES USA, INC.
SUITE 1600 1055 WILSHIRE BLVD.
LOS ANGELES, CA 90017


SEDA-VARGAS, MOISES E.
2225 WEST BLVD
LOS ANGELES, CA 90016

SEEGERT, JOSEFINE M.
818 N HOBART BLVD.
LOS ANGELES, CA 90029


Selene Willis
swillis5857@outlook.com


SELPH, ISABELLA C.
12140 BLIX ST
VALLEY VILLAGE, CA 91607


SENTNOR, ALEX R.
7707 WISCONSIN AVENUE
BETHESDA, MD 20814


SEPULVEDA, SIERRA J.
2141 HANCOCK ST.
LOS ANGELES, CA 90031


SERNA-SEGOVIA, BRYAN
8447 WILLIS AVE
PANORAMA, CA 91402


SERRATO, TATIANA N.
5312 S HARDING AVE
CHICAGO, IL 60639


SERVICENOW, INC.
PO BOX 731647
DALLAS, TX 75373-1647

SESAC INC
PO BOX 900013
RALEIGH, NC 27675


SHARASHEFF, JULIAN D.
115 PARKER ST
NEWTON, MA 02459


SHARE DIMENSION B.V.
BOLSTEN 2D
AMSTERDAM, 12 01046


SHARE DIMENSION B.V.
BOLSTEN 2D
AMSTERDAM, 12 01046


SHAW, NATHAN D.
13812 BURBANK BLVD
SHERMAN OAKS, CA 91401


SHELTON, MACKENZIE J.
2163 BASSWOOD CT
SAN BERNARDINO, CA 92404


SHERMAN, JEREMIAH O.
1984 PARK GROVE AVENUE APT. 306
LOS ANGELES, CA 90007


SHIELDS, ANNA M.
1757 N ORANGE DRIVE
HOLLYWOOD, CA 90028

SHIN, JACLYN Y.
14169 FURLONG WAY
GERMANTOWN, MD 20874


SHINE, STEPHANIE A.
727 1/2 N HELIOTROPE DR
LOS ANGELES, CA 90029


SHOOK, KEIMON
828 W FULLERTON AVE APT # 305
CHICAGO, IL 60614


SHOWEN, THOMAS
6023 WHITSETT AVE UNIT 15
NORTH HOLLYWOOD, CA 91606


SHRED IT USA LLC
28883 NETWORK PLACE
CHICAGO, IL 60673-1288


SHRED IT USA LLC
28883 NETWORK PLACE
CHICAGO, IL 60673-1288


SI, KOBIE C.
18204 SATICOY ST.
RESEDA, CA 91335


SIDA, ADRIANA
1832 GARDENIA AVE APT A
LONG BEACH, CA 90806

SIEGFRIED, LAETITIA
1340 W NORTH SHORE AVE APT S3 S3
CHICAGO, IL 60626


SIERRA, NIXON X.
9015 OWENSMOUTH AVE APT 101 101
CANOGA PARK, CA 91304


SILVA, ALEXANDRIA L.
5150 CASPAR AVE
LOS ANGELES, CA 90041


SILVA, JONATHAN
8119 RHEA AVENUE
RESEDA, CA 91335


SIMMER GROUP LLC
FLOOR 5 38 WEST 28TH STREET
NEW YORK, NY 10001


SIMMONS, KEVEONIA T.
826 N. CAMBRIDGE AVE
CHICAGO, IL 60610


SIMPLY RIGHT, INC.
1309 16TH ST
OGDEN, UT 84404


SIMPLY RIGHT, INC.
1309 16TH ST
OGDEN, UT 84404

SKIDATA, INC
120 ALBANY STREET, TOWER, SUITE 750
NEW BRUNSWICK, NJ 08901


SKIPPINGS, ERIC V.
2208 W 8TH ST 306
LOS ANGELES, CA 90057


SMART, SHEFAINE A.
1262 BROWNING BOULEVARD
LOS ANGELES, CA 90037


SMITH, ANDREW D.
4646 COLISEUM ST 8
LOS ANGELES, CA 90016


SMITH, CARLSTON
2215 S. REDONDO BLVD
LOS ANGELES, CA 90016


SMITH, MONIQUE C.
4233 N. BROADWAY ST.
CHICAGO, IL 60613


SMITH, TAYLOR-ROSE
64 NORTH MARGIN ST.
BOSTON, MA 02113


SMITHFIELD PACKAGED MEATS CORP
711 W CROSSROADS PARKWAY
BOLINGBROOK, IL 60490

SOCIAL INTELLIGENCE AGENCY, LLC
4620 MARY ELLEN AVENUE
SHERMAN OAKS, CA 91423


SOCIAL INTELLIGENCE AGENCY, LLC
4620 MARY ELLEN AVENUE
SHERMAN OAKS, CA 91423


SOCIAL REWARDS, INC
SUITE 101 3528 TORRANCE BLVD
TORRANCE, CA 90503


SOEP PAINTING CORP.
C/O RICHARD E. BRIANSKY, ESQ.
ECKERT SEAMANS CHERIN & MELLOTT, LLC
TWO INTERNATIONAL PLACE, 16TH FLOOR
BOSTON, MA 02110


SOLA SECURITY OF LOS ANGELES
7916 AJAY DRIVE
SUN VALLEY, CA 91352


SOLAROVA, EMA
5143 W 58TH PLACE
LOS ANGELES, CA 90056


SOLIS, MARK
1606 ROCK GLEN AVE
GLENDALE, CA 91205


SOLIS, PATRICIA
11546 WINDCREST LN
SAN DIEGO, CA 92128

SOLIS, PRISCILLA
806 LINCOLN AVE
PASADENA, CA 91103


SOLNSOFT LLC, DBA XCENTIUM
615 N NASH ST.
EL SEGUNDO, CA 90245


SOLNSOFT LLC, DBA XCENTIUM
615 N NASH ST.
EL SEGUNDO, CA 90245


SOLORZANO, CARLA M.
959 KENWOOD ST APT #3
INGLEWOOD, CA 90301


SONY ELECTRONICS INC
PO BOX 100172
PASADENA, CA 91189


SONY ELECTRONICS INC.
PO BOX 100172
PASADENA, CA 91189


SONY PICTURE CLASSIC
25 MADISON AVE.
NEW YORK, NY 10010


SONY PICTURES RELEASING - JS349A
10202 W WASHINGTON BLVD
CULVER CITY, CA 90232

SONY PLAYSTATION
13031 W JEFFERSON BLVD, 600
LOS ANGELES, CA 90094

SOSA, JAMIE
5750 KATHERINE AVE
SHERMAN OAKS, CA 91401

SOTO, DANIEL E.
4095 FRUIT ST SPC 333
LA VERNE, CA 91750

SOTO-QUINONES, ELBA E.
6245 KESTER AVE.
VAN NUYS, CA 91411

SOUTHERN CALIFORNIA EDISON
PO BOX 300
ROSEMEAD, CA 91772

SOUTHERN GLAZER'S WINE & SPIRITS
FILE 56002
LOS ANGELES, CA 90074

SOUTHERN WINE AND SPIRITS OF ILLINO
2971 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

SP PLUS CORPORATION
PO BOX 74007568
CHICAGO, IL 60674-7568

SPECIALTY LIGHTING / CED
PO BOX 339
RANCHO CUCAMONGA, CA 91729


SPENCER, SYNETRA M.
11110 W SANTA MONIOCA
SANTA MONICA, CA 90405


SPIRINITY PRODUCTIONS, LLC
#125 1811 TAMARIND AVE
LOS ANGELES, CA 90028


SPIRINITY PRODUCTIONS, LLC
#125 1811 TAMARIND AVE
LOS ANGELES, CA 90028


STACY CONDE
205 W. 64TH PL.
INGLEWOOD, CA 90302


STALEY, ALEA N.
4661 FINSEN AVENUE
SAN DIEGO, CA 92122


STAMP, MICHAEL J.
519 E SYCAMORE AVE.
EL SEGUNDO, CA 90245


STANDIFER, JOSHUA R.
3500 EAGLE ST
LOS ANGELES, CA 90063

STARK, CHANCE T.
932 WEST WILLOW
CHICAGO, IL 60614

STATE BOARD OF EQUALIZATION
SPECIAL OPS BANKRUPTCY MIC: 74
P.O. BOX 942879
SACRAMENTO, CA 94279-0074

STATE BOARD OF EQUALIZATION
ACCOUNT INFORMATION GROUP, MIC: 29
P.O. BOX 942879
SACRAMENTO, CA 94279-0074

STATEN, JALEN J.
4524 W 115ST
HAWTHORNE, CA 90250

STBRICE, AMAYA
43 HARRISON ARCHWAY
BOSTON, MA 02118

STEPHENS, DONALD M.
14358 MAGNOLIA BLVD #336
SHERMAN OAKS, CA 91423

STERICYCLE, INC.
SHRED-IT
PO BOX 101008
PASADENA, CA 91189

STERLING INFOSYSTEMS, INC.
PO BOX 102255
PASADENA, CA 91189-2255

STEVE MILLER
5129 AMESTOY AVE
Encino, CA 91316


Steven  Gryczman
4454 Van  Nuys  Blvd., #212a
Sherman Oaks, CA 91403


STEVENS, WALKER E.
2813 S. CANFIELD AVE.
LOS ANGELES, CA 90034


STEWART, LILTON
8443 CRENSHAW BLVD
LOS ANGELES, CA 90305


STOLPMAN VINEYARDS, LLC
PO BOX 488
LOS OLIVOS, CA 93441


STONE BREWING COMPANY
2865 EXECUTIVE PLACE
ESCONDIDO, CA 92029


STONE, JACQUELINE J.
1920 EAST VILLA ST
PASADENA, CA 91107


STORED VALUE SOLUTIONS
3802 RELIABLE PARKWAY
CHICAGO, IL 60686

STOYKOVA, BEA P.
639 S COCHRAN AVE
LOS ANGELES, CA 90036

STRONG TECHNICAL SERVICES INC
PO BOX 310299
DES MOINES, IA 50331

STRUBLE, CIERA P.
5040 OLD FRANKLIN ROAD
GRAND BLANC, CA 48439

STUDIO LEFT, LLC
PO BOX 3333
GLENDALE, CA 91221

STUDIO LEFT, LLC
PO BOX 3333
GLENDALE, CA 91221

STUEVER AND SONS BLM LL INC.
330 W. FAY AVENUE UNIT B
ADDISON, IL 60101

STUMBAUGH AND ASSOCIATES, INC.
3303 N SAN FERNANDO BLVD
BURBANK, CA 91504

STX FINANCING, LLC
3900 W. ALAMEDA AVENUE
BURBANK, CA 91505

SUERO, PRISCILLA S.
822 E BOWEN AVE #3A
CHICAGO, IL 60653


SULLIVAN, SHANE
3824 ALLINGTON ST.
LONG BEACH, CA 90805


SUMMERS, BENJAMIN R.
5000 COLDWATER CANYON AVE #19
SHERMAN OAKS, CA 91423


SUMNER, DAKOTA H.
145 COREY ST.
WEST ROXBURY, MA 02132


SUNCOAST ELEVATOR CO
10948 1/2 GRAND AVE
TEMPLE CITY, CA 91780


SUNCOAST ELEVATOR CO
10948 1/2 GRAND AVE
TEMPLE CITY, CA 91780


SUPERIOR ELECTRICAL ADVERTISING
1700 W ANAHEIM ST
LONG BEACH, CA 90813


SUPERIOR SERVICE CORP.
1006 E. SOUTH STREET
ANAHEIM, CA 92805

SUSINA BAKERY
7122 BEVERLY BLVD
LOS ANGELES, CA 90036

SWAN PRINCESS PARTNERS LLC
3625 HARRISON BLVD
OGDEN, UT 84403

SWAN PRINCESS PARTNERS, LLC
3625 HARRISON BLVD
OGDEN, UT 84403

SWANN, JENNIFER M.
4700 COLONEL ASHTON PL
UPPER MARLBORO, MD 20772

SWEETNAM, JOSEPH M.
28742 SHIRE OAKS DRIVE
RANCHO PALOS VERDES, CA 90275

Sylvia De Leon
one_silly1@yahoo.com

TAMEZ, ANGELINA
9331 COURTLAND DR
NILES, IL 60714

TAPIA, JUAN M.
562 VIRGINIA AVE
SANGER, CA 93657

TARANTO, MARK D.
4857 FULTON AVE 2B
SHERMAN OAKS, CA 91423


TASMAGAMBETOVA, AINUR
4950 LAUREL CANYON BLVD
VALLEY VILLAGE, CA 91607


TAYLOR, JACK
4320 W. SARAH ST APT 11
LOS ANGELES, CA 91505


TDE PRODUCTION LLC
10618 KESWICK STREET
SUN VALLEY, CA 91352


TEBACHE, AARON
18332 KINGSDALE AVE
REDONDO BEACH, CA 90278


TELEMAQUE, NAPHTA
739 CUMMINS HWY
BOSTON, MA 02126


TELEPACIFIC COMMUNICATIONS
PO BOX 509013
SAN DIEGO, CA 92150


TERRA SPICE COMPANY
PO BOX 3556
SOUTH BEND, IN 46619

TESTA PRODUCE INC
DEPT 10222
CHICAGO, IL 60680


TEVORA BUSINESS SOLUTIONS, INC.
SUITE 100 17875 VON KARMAN AVE.
IRVINE, CA 92630


The  Americana  at  Brand,  LLC
c/o Caruso Affiliated
101 The Grove Drive
Los Angeles, CA 90036


The  Grove,  LLC
c/o Caruso Affiliated
101 The Grove Drive
Los Angeles, CA 90036


THE AMERICANA AT BRAND LLC
C/O CARUSO AFFILIATED
101 THE GROVE DRIVE
Los Angeles, CA 90036


THE AMERICANA AT BRAND, LLC
C/O CARUSO AFFILIATED
101 THE GROVE DRIVE
LOS ANGELES, CA 90036


THE CAWLEY CO
PO BOX 2110
MANITOWOC, WI 54221


THE COCA-COLA COMPANY
PO BOX 102499
ATLANTA, GA 30368

THE COCA-COLA COMPANY
PO BOX 75895
CHARLOTTE, NC 28275


THE COCA-COLA COMPANY
PO BOX 102703
ATLANTA, GA 30368


THE COCA-COLA COMPANY
ONE COCA-COLA PLAZA
ATLANTA, GA 30313


THE COMIC BUG
1807 1/2 MANHATTAN BEACH BOULEVARD
MANHATTAN BEACH, CA 90266


THE COPY SHOP, LLC
1811 MANHATTAN BEACH BLVD
MANHATTAN BEACH, CA 90266


The Dennc Channel
guillmenodayna@gmail.com


THE GAS CO
PO BOX C
MONTEREY PARK, CA 91756


THE GRAPHIC GROUP
203 MIDDLESEX TURNPIKE
BURLINGTON, MA 01803

THE HOLLIS & MILLER GROUP ARCHITECTS AND
8205 W 108TH TERRACE
OVERLAND PARK, KS 66210


THE ICEE COMPANY
1200 WEST 7TH STREET, SUITE L2 2
LOS ANGELES, CA 90017


THE ICEE COMPANY
1200 WEST 7TH STREET, SUITE L2 2
LOS ANGELES, CA 90017


THE MUSIC SYNDICATE, LLC
1801 WILLOW AVENUE, SUITE 211
WEEHAWKEN, NJ 07086


THE MUSIC SYNDICATE, LLC
1801 WILLOW AVENUE, SUITE 211
WEEHAWKEN, NJ 07086


THE MUSIC SYNDICATE, LLC
1801 WILLOW AVENUE, SUITE 211
WEEHAWKEN, NJ 07086


THE PROMOTIONS DEPT
24238 HAWTHORNE BLVD
TORRANCE, CA 90505


THE WASSERSTROM COMPANY
PO BOX 182056
COLUMBUS, OH 43218-2056

THEATRICAL CINEMA WORKS INC
839 TRUCK WAY
MONTEBELLO, CA 90640


THEISGEN, BRIA J.
13412 BURBANK BOULEVARD APT. #6
SHERMAN OAKS, CA 91401


THEODORE J KATSIROUBAS & SONS, INC
200 MEADOW ROAD
BOSTON, MA 02137


THERMAL CONCEPTS, INC.
15340 E VALLEY BLVD
CITY OF INDUSTRY, CA 91746


THOMAS, MALAYSIA S.
12A GREENWOOD ST
DORCHESTER, MA 02121


THORNTON, ALEC M.
1417 N BRONSON AVE
LOS ANGELES, CA 90028


THYSSENKRUPP ELEVATOR CORPORATION
PO BOX 3796
CAROL STREAM, IL 60132-3796


TIQUILA, ADRIANA L.
2100 E 15ST
LONG BEACH, CA 90804

TISTA, JORGE
9013 MENLO AVE
LOS ANGELES, CA 90044


TIVOLI LLC
15602 MOSHER AVE
TUSTIN, CA 92780


TORRES, AMANDA H.
3601 W VERDUGO AVE
BURBANK, CA 91505


TORRES, ANTON L.
10129 TUJUNGA CANYON BLVD
TUJUNGA, CA 91042


TORRES, BRYAN R.
30 NORTH 3RD STREET APARTMENT E
ALHAMBRA, CA 91801


TORRES, FAVIAN S.
4717 BEL PRE RD
ROCKVILLE, MD 20853


TORRES, JAZLYNN Y.
1839 E 53RD STREET
LONG BEACH, CA 90805


TORRES, JERRY
18948 PLUMMER ST
NORTHRIDGE, CA 91324

TORRES, JOSE W.
2625 BOTTLE TREE DR.
PALMDALE, CA 93550


TORRES, LEAH A.
13926 CORDARY AVE
HAWTHORNE, CA 90250


TORRES, NAOMI
8213 ROSEMEAD BLVD
PICO RIVERA, CA 90660


TORRES, RAMON J.
13350 VICTORY BLVD
VAN NUYS, CA 91401


TORRES, RICHARD A.
1830 E 6TH STREET
LONG BEACH, CA 90802


TORRES, VALERIA C.
8612 1/2 ROSE ST
BELLFLOWER, CA 90706


TOSCANO, NICOLE Y.
625 WEST BROADWAY
GLENDALE, CA 91204


TOUSSAINT, KENNY S.
39 MOUNT PLEASENT AVE
BOSTON, MA 02119

TOVAR LOPEZ, JOCELYNNE
532 W OLIVE ST
INGLEWOOD, CA 90301


TOVAR, JESUS A.
202 S RAYMOND AVE
PASADENA, CA 91105


TPX COMMUNICATIONS CO
PO BOX 509013
SAN DIEGO, CA 92150-9013


Tracy Boccalatte
tboccalatte@conejousd.org


TRAFALGAR RELEASING, LTD
222 BROADWAY STREET 19TH FLOOR
NEW YORK, NY 10038


TRANE U.S. INC.
PO BOX 98167
CHICAGO, IL 60693


TRANE U.S. INC.
PO BOX 98167
CHICAGO, IL 60693


TRANS-GAS PROPANE INC
PO BOX 3983
GLENDALE, CA 91221

TRESTON-BECKER, DYLAN K.
6213 TAMPA AVE
TARZANA, CA 91335


TRIGUEROS, BRENDA
11485 CALVERT ST
NORTH HOLLYWOOD, CA 91606


TRUESHRED, INC
PO BOX 980
GAINESVILLE, VA 20156


TUCKER, JAZMINE
5136 N MARATHON 209
LOS ANGELES, CA 90038


TURANO BAKERY INC
6501 WEST ROOSEVELT ROAD
BERWYN, IL 60402


TURNER, AUSTIN J.
14913 FOREST LANDING CIRCLE
ROCKVILLE, MD 20850


U.S. SECURITIES & EXCHANGE COMMISSION
ATTN: BANKRUPTCY COUNSEL
444 SOUTH FLOWER ST., STE 900
LOS ANGELES, CA 90071-9591


U.S. SECURITY ASSOCIATES
26375 NETWORK PLACE
CHICAGO, IL 60673-1263

U.S. SMALL BUSINESS ADMINISTRATION
OFFICE OF GENERAL COUNSEL
312 NORTH SPRING ST., 5TH FLOOR
LOS ANGELES, CA 90012


ULINE
PO BOX 88741
CHICAGO, IL 60680


UMAYAM, JHERALD A.
5221 EAGLE ROCK BLVD.
LOS ANGELES, CA 90041


UNICORN EXISTS INC
# 20 260 CUMBERLAND STREET
BROOKLYN, NY 11205


UNITED STATES TRUSTEE
915 WILSHIRE BLVD., STE. 1850
LOS ANGELES, CA 90017


UNIVERSAL FILM EXCHANGE
PO BOX 650572
DALLAS, TX 75265


UNIVERSAL PROTECTION SERVICE, LLC
PO BOX 828854
PHILADELPHIA, PA 19182-8854


UNIVERSAL PROTECTION SERVICE, LP
AN ALLIED UNIVERSAL COMPANY
3101 STAFFORD DRIVE,
CHARLOTTE, NC 28208

URBAN FLORIST
5310 W 8TH ST
LOS ANGELES, CA 90036


URBAN WORKS, LTD
C/O ALFRED M. SWANSON, JR.
122 S. MICHIGAN AVE., SUITE 1220
CHICAGO, IL 60603


URBINA, URIEL
955 S RECORD AVE D
LOS ANGELES, CA 90023


URIBE, ALEXANDER J.
14549 CERISE AVENUE
HAWTHORNE, CA 90250


URREGO GRAJALES, JUAN S.
6550 YUCCA ST APT #219
LOS ANGELES, CA 90028


US FOODS INC
BOX 98420
CHICAGO, IL 60693


US FOODS INC
PO BOX 7780-4021
PHILADELPHIA, PA 19182


US FOODS INC-LA
FILE 6993
LOS ANGELES, CA 90074

US FOODS, INC - NE
9399 W. HIGGINS ROAD, SUITE 500
ROSEMONT, IL 60018

UTC Venture, LLC
c/o Westfield, LLC
11601 Wilshire Boulevard, 12th Fl
Los Angeles, CA 90025-1748

UTC VENTURE LLC
C/O WESTFIELD, LLC
11601 WILSHIRE BLVD, 12TH FLOOR
LOS ANGELES, CA 90025-1748

V&T CARBONIC INC.
18350 BEDFORD CIR
LA PUENTE, CA 91744

VALDEZ, CRYSTAL A.
4509 N BELLFLOWER BLVD 4
LONG BEACH, CA 90808

VALDEZ, YASMINE M.
14239 DAVENTRY STREET
ARLETA, CA 91331

VALENCIA, JOSEPH
609 N. OAKLAND 1
PASADENA, CA 91101

VALENZUELA, YVONNE B.
15925 S. AINSWORTH ST
GARDENA, CA 90247

VANHORN, CAMERON J.
8465 REGENTS ROAD  APT 229
SAN DIEGO, CA 92122


VARGAS, ALEJANDRO
14762 VANOWEN ST APT 201
VAN NUYS, CA 91405


VARGAS, ANDREA E.
12912 DALEWOOD ST. APT.6
BALDWIN PARK, CA 91706


VASQUEZ, BERENICE
14 MENDUM STREET
ROSLINDALE, MA 02131


VASQUEZ, BILEYSI
203 E MAPLE ST APT C
GLENDALE, CA 91205


VASQUEZ, ESTEBAN L.
133 PARK AVENUE
SAN FERNANDO, CA 91340


VAZQUEZ, KEVIN
1325 W 23RD STREET
LONG BEACH, CA 90810


VEGA, REBECCA I.
1767 ORCHID AVE 101
LOS ANGELES, CA 90012

VERIZON (REMITTANCE: CALIFORNIA)
PO BOX 15124
ALBANY, NY 12212-5124


VERIZON (REMITTANCE: CALIFORNIA)
PO BOX 15124
ALBANY, NY 12212-5124


VERIZON WIRELESS
PO BOX 660108
DALLAS, TX 75266


VEST, ZACHARY C.
1761 VISTA DEL MAR
LOS ANGELES, CA 90028


VICE MEDIA, LLC
49 SOUTH 2ND STREET
BROOKLYN, NY 11249


VICTORIA LOPEZ
C/O RAYMOND GHERMEZIAN, ESQ.
RAYMOND GHERMEZIAN, A PROFESSIONAL LAW C
3435 WILSHIRE BLVD., SUITE 1800
LOS ANGELES, CA 90010


VIERRA, VICTORIA N.
945 ROLLING PASS
GLENVIEW, IL 60025


VILLAFANA, DENISSE
3901 W 7TH ST.
LOS ANGELES, CA 90005

VILLAGE OF GLENVIEW
1225 WAUKEGAN ROAD
GLENVIEW, IL 60025


VILLALOBOS MARTINEZ, MARIA C.
13470 TERRA BELLA ST
PACOIMA, CA 91331


VILLALOBOS, DOMONIQUE
6767 HAYVENHURST AVE APT 108
VAN NUYS, CA 91406


VILLATORO, JESSE J.
645 N BERENDO ST
LOS ANGELES, CA 90004


VILLEGAS, JOHN P.
145 EAST MARKET ST
LONG BEACH, CA 90805


VISION MEDIA
CINEMA SCENE MARKETING & PROMOTIONS
9200 INDIAN CREEK PKWY
OVERLAND PARK, KS 66210


VISTA ENTERTAINMENT SOLUTIONS LTD.
SUITE 150 335 N. MAPLE DR.
BEVERLY HILLS, CA 90210


VISTA ENTERTAINMENT SOLUTIONS LTD.
SUITE 150 335 N. MAPLE DR.
BEVERLY HILLS, CA 90210

VISTAR CORP
188 INVERNESS DRIVE WEST, SUITE 700
ENGLEWOOD, CO 80112

VISTAR CORP
PO BOX 8500 78486
PHILADELPHIA, PA 19178

VISTAR CORP
3790 E JURUPA ST
ONTARIO, CA 91761

VISTAR CORP
3790 E JURUPA ST
ONTARIO, CA 91761

VIVES, CECILIA I.
546 N MARIPOSA AVE
LOS ANGELES, CA 90004

VIVIAN COMPANY
1529 OCELLO DR
FENTON, MO 63026

VOYTKO MECHANICAL INC
5339 SHEILA ST
COMMERCE, CA 90040

WACO FILTERS CORPORATION
26661 NETWORK PLACE
CHICAGO, IL 60673

```
WAGNER, HALEY S.
9131 CATTARAUGUS AVE
LOS ANGELES, CA 90034


WAGNER, JULIAN M.
522 VENICE BLVD
VENICE, CA 90291


WALLACE, TATIANA
1908 STEVELY AVE.
LONG BEACH, CA 90815


WALLER, ANDREW R.
1900 VINE STREET, 305
HOLLYWOOD, CA 90068


WALTON, DANIEL
14225 DICKENS ST
SHERMAN OAKS, CA 91423


WALTON, DIONDRA R.
3808 S. SAN PEDRO STREET
LOS ANGELES, CA 90011


WARNER BROS DIST CORP
PO BOX 2910
TOLUCA LAKE, CA 91610


WARREN, ASHLEY D.
12031 CENTRAL PARK CIRCLE
HAWTHORNE, CA 90250
```

```
WASHINGTON GAS
PO BOX 37747
PHILADELPHIA, PA 19101


WASTE MANAGEMENT
PO BOX 4648
CAROL STREAM, IL 60197


WASTE MANAGEMENT
PO BOX 4648
CAROL STREAM, IL 60197


WASTE MANAGEMENT - LOS ANGELES
PO BOX 541065
LOS ANGELES, CA 90054-1065


WASTE MANAGEMENT - LOS ANGELES
PO BOX 541065
LOS ANGELES, CA 90054-1065


WASTE MANAGEMENT OF MARYLAND INC
PO BOX 13648
PHILADELPHIA, PA 19101


WASTE MANAGEMENT OF MARYLAND INC
PO BOX 13648
PHILADELPHIA, PA 19101


WATKINS STEAM CLEANING
11335 CHRISTY AVE
LAKE VIEW TERRACE, CA 91342
```

```
WATTS, DEREK
1603 EVARTS ST NE
WASHINGTON, DC 20018


WAYNE PROVISION COMPANY
5030 GIFFARD AVENUE
VERNON, CA 90058


WEEMS, CAMERON C.
16838 KINZIE ST.
NORTH HILLS, CA 91343


WELDON, WILLAMS & LICK, INC
711 NORTH A ST
FORT SMITH, AR 72901


WELDON, WILLAMS & LICK, INC
711 NORTH A ST
FORT SMITH, AR 72901


WELL GO USA
3801 E. PLANO PARKWAY, 300
PLANO, TX 75074


WELLS, NIJEL M.
6544 S GREEN
CHICAGO, IL 60628


WELSH, IAN A.
740 N KINGS RD APT 122
WEST HOLLYWOOD, CA 90069
```

WEST CENTRAL PRODUCE, INC
12840 LEYVA ST
NORWALK, CA 90650

WEST WORLD MEDIA
PO BOX 30291
NEW YORK, NY 10087

WEST WORLD MEDIA
PO BOX 30291
NEW YORK, NY 10087

WEST, TYRIK
11518 HOMESTEAD DRIVE
UPPER MARLBORO, MD 20774

WESTBERG, STEVEN G.
3152 N VENTURA RD
OXNARD, CA 93036

Westfield, LLC
1161 Wilshire Boulevard, 12th Fl
Los Angeles, CA 90025

WEWORK
1240 ROSECRANS AVENUE, 120
MANHATTAN BEACH, CA 90266

WHITE, WAYNE A.
711 MONROE STREET
ROCKVILLE, MD 20850

WHOLESOME MELROSE BAKERY
10603 PAINTER AVE
SANTA FE SPRINGS, CA 90670


WHYTE, TRAE
2342 SOUTH COCHRAN AVENUE
LOS ANGELES, CA 90016


WILCOX SOUND & COMMUNICATIONS
7680 CLYBOURN AVE
SUN VALLEY, CA 91352


WILDER, HARRY B.
11409 PATRIOT LANE
POTOMAC, MD 20854


Williams Legal Advisory Group, LLC
169 Ramapo Valley Road Suite  106
Attention:  Legal Notices (2012-25)
Oakland, NJ 07436


WILLIAMS, ASHLEI
8149 S PAULINA
CHICAGO, IL 60620


WILLIAMS, DEVARREI M.
8149 S PAULINA
CHICAGO, IL 60620


WILLIAMS, JOSHUA J.
417 W. LOS FELIZ RD APT#24
GLENDALE, CA 91204

WILLIAMS, KAILA M.
927 HILLSIDE LAKE TERR.
GAITHERSBURG, MD 20878

WILLIAMS, KAISHA
20433 LONDELIUS
LOS ANGELES, CA 91306

WILLIAMS, RACHEL Q.
10962 S PEORIA ST
CHICAGO, IL 60643

WILLIAMS-SONOMA, INC
10000 COVINGTON CROSS DRIVE
LAS VEGAS, NV 89144

WILSON, NICHOULAS D.
198 SOUTH STREET
LOWELL, MA 01852

WINCAL, LLC
120 N ROBERTSON BLVD 3RD FLOOR
LOS ANGELES, CA 90048

WINCAL, LLC
120 N ROBERTSON BLVD 3RD FLOOR
LOS ANGELES, CA 90048

WINDER, SYLVESTER
3501 S LA BREA AVE APT 208
LOS ANGELES, CA 90016

WINE WAREHOUSE
PO BOX 910900
LOS ANGELES, CA 90091


WINNER, MAXWELL Y.
1000 SPRUCE LANE
PASADENA, CA 91103


Winnie Eshou
winnieeshou@icloud.com


WITHERSPOON, ABIGAIL
447 DUARTE RD. UNIT 1
ARCADIA, CA 91007


WIYONO, TIFFANY
1184 ALBERDAN CIR.
PINOLE, CA 94564


WOLFF BAKER, STYLES M.
19541 WELBY WAY
RESEDA, CA 91335


WOLFF, MATT
3976 INGLEWOOD BLVD
MAR VISTA, CA 90066


WONG, TERESA
2685 SICHEL ST. 6
LOS ANGELES, CA 90031

WOOD, WHITNEY
5831 VIRGINIA AVE
LOS ANGELES, CA 90038

WORKMAN WOOD DESIGNS, INC.
3RD FLOOR 67 E. MAIN STREET
MCCONNELSVILLE, OH 43756

YELP, INC
140 NEW MONTGOMERY
SAN FRANCISCO, CA 94105

YEP, CAMILA
17540 SUNBURST ST.
SHERWOOD FOREST, CA 91325

YIGA, ISAIAH
8333 COLUMBUS AVE
NORTH HILLS, CA 91343

YODER, RANDALL B.
20 OLIVER ST
SALEM, MA 01970

YONAN, ASHLEE R.
1018 CASTILIAN CT.
GLENVIEW, IL 60025

YOUNG'S MARKET CO-CREDIT DEPT
500 S CENTRAL AVE
LOS ANGELES, CA 90013

YOUNG, COURTNEY
4009 MELROSE AVENUE APT. 409
LOS ANGELES, CA 90029


YOUNG, JUSTIN N.
5748 WILLOWCREST AVE
NORTH HOLLYWOOD, CA 91601


YOUSEFI, JASMINE N.
10120 SHOSHONE AVE
NORTHRIDGE, CA 91325


ZACARIAS, FATIMA C.
4225 DEL MAR AVE
LOS ANGELES, CA 90029


ZADOURIAN, VAHE
553 N MARIPOSA ST
BURBANK, CA 91506


ZAMBADA, ASHLEY N.
2006 W SUNSET BLVD
LOS ANGELES, CA 90026


ZAMORA, ANDRES M.
19509 SATICOY ST
RESEDA, CA 91335


ZAPATA, SUSAN I.
2893 SUNSET PL
LOS ANGELES, CA 90005

ZARATE, AMELIA
9230 LANGDON AVE. APT 1
NORTH HILLS, CA 91343


ZARATE, JOSE L.
11215 TOWNE AVE.
LOS ANGELES, CA 90061


ZENDESK, INC
1019 MARKET ST
SAN FRANCISCO, CA 94103


ZENDESK, INC
1019 MARKET ST
SAN FRANCISCO, CA 94103


ZHAN, AOLUN
330 W AVE 26
LOS ANGELES, CA 90031


ZONE MECHANICAL LLC
12539 HOLIDAY DR.,
ALSIP, IL 60803


ZOUEIHID, DANIEL S.
605 N YNEZ AVE
MONTEREY PARK, CA 91754