| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| PHILIP A. GASTEIER (SBN 130043)<br>JEFFREY S. KWONG (State Bar No. 288239)<br>LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.<br>10250 Constellation Boulevard, Suite 1700<br>Los Angeles, California 90067<br>Telephone: (310) 229-1234<br>Facsimile: (310) 229-1244<br>Email: PAG@LNBYB.COM; JSK@LNBYB.COM<br><br>Proposed Attorneys for Edward M. Wolkowitz, Chapter 7 Trustee<br><br>☐ *Individual appearing without attorney*<br>☒ *Proposed Attorneys for Edward M. Wolkowitz, Chapter 7 Trustee* | **FILED & ENTERED**<br><br>JUL 07 2021<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY wesley    DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>PACIFIC THEATRES EXHIBITION CORP., et al.,<br><br>      Debtors and Debtors in Possession.<br><br>☒  Affects all Debtors<br><br>☐  Affects Pacific Theatres Exhibition Corporation only<br><br>☐  Affects Pacific Theatres Entertainment Corporation<br><br>☐  Affects Pacific Cinemas Corporation only<br><br>☐  Affects Glendale Americana Theatre, LLC only<br><br>☐  Affects ArcLight Cinema Company only<br><br>☐  Affects ArcLight Visions, Inc. only | Chapter 7 Cases<br><br>**Lead Case No.: 2:21-bk-15007-BB**<br><br>Jointly administered with:<br>2:21-bk-15008-BB (Pacific Theatres Entertainment Corporation)<br>2:21-bk-15009-BB (Pacific Cinemas Corporation)<br>2:21-bk-15010-BB (Glendale Americana Theatre, LLC)<br>2:21-bk-15011-BB (ArcLight Cinema Company)<br>2:21-bk-15012-BB (ArcLight Visions, Inc.) |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court, Central District of California.

December 2014    Page 1    F 1015-1.1.ORDER.JOINT.ADMINISTRATION

|  | **ORDER** ☒ **GRANTING** ☐ **DENYING**<br>**MOTIONS TO APPROVE JOINT**<br>**ADMINISTRATION OF CASES**<br><br>**[LBR 1015-1, 9013-1(q)]** |
|---|---|
| Debtor(s) | [No Hearing Required] |

On July 6, 2021, motions were filed requesting approval of joint administration of cases identified in the caption above, with the lead case being In re Pacific Theatres Exhibition Corp., case number, 2:21-bk-15007-BB.

Having reviewed the motions, **IT IS ORDERED THAT:**

1. The motions are:  ☒ **GRANTED**    ☐ Denied

2. Promptly upon entry of an order granting the motions to approve joint administration:

    a) Using the mandatory court form, the movant must file a Notice of Joint Administration of Cases and Requirements for Filing Documents (Notice).

    b) To facilitate service of the Notice by NEF to registered CM/ECF users, the Notice must be filed in each case being jointly administered.

    c) The Notice must be served via United States mail on all creditors and interest holders in each case being jointly administered.

    d) To facilitate notice of documents sent by the court via the Bankruptcy Noticing Center, the movant must file in the lead case an amended master mailing list that contains the name and mailing address of all creditors and interest holders from each case being jointly administered.

3. Other: [None.]

###

Date: July 7, 2021

_Sheri Bluebond_
Sheri Bluebond
United States Bankruptcy Judge

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court, Central District of California.

*December 2014*    Page 2    F 1015-1.1.ORDER.JOINT.ADMINISTRATION