PHILIP A. GASTEIER (SBN 130043)
JEFFREY S. KWONG (State Bar No. 288239)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: PAG@LNBYB.COM; JSK@LNBYB.COM

Proposed Attorneys for Edward M. Wolkowitz,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>PACIFIC THEATRES EXHIBITION CORP., et al.,<br><br>        Debtors and Debtors in Possession.<br>_____<br><br>☐ Affects all Debtors<br><br>☒ Affects Pacific Theatres Exhibition Corporation only<br><br>☐ Affects Pacific Theatres Entertainment Corporation<br><br>☐ Affects Pacific Cinemas Corporation only<br><br>☐ Affects Glendale Americana Theatre, LLC only<br><br>☐ Affects ArcLight Cinema Company only<br><br>☐ Affects ArcLight Visions, Inc. only | Chapter 7<br><br>Lead Case No.: 2:21-bk-15007-BB<br><br>Jointly administered with:<br>2:21-bk-15008-BB (Pacific Theatres Entertainment Corporation)<br>2:21-bk-15009-BB (Pacific Cinemas Corporation)<br>2:21-bk-15010-BB (Glendale Americana Theatre, LLC)<br>2:21-bk-15011-BB (ArcLight Cinema Company)<br>2:21-bk-15012-BB (ArcLight Visions, Inc.)<br><br>**APPLICATION OF CHAPTER 7 TRUSTEE TO EMPLOY JBK ENTERPRISES INC. AS LIQUOR LICENSE BROKER AND CONSULTANT; DECLARATION OF JASON B. KHO IN SUPPORT THEREOF**<br><br>[No Hearing Required] |

1

**TO: THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE:**

Edward M. Wolkowitz, the Chapter 7 Trustee (the "Trustee") for the estates of Pacific Theatres Exhibition Corp. ("Exhibition," or "Debtor"); Pacific Theatres Entertainment Corporation; ArcLight Cinema Company; Arclight Visions, Inc.; Glendale Americana Theatre, LLC; and Pacific Cinemas Corporation ("collectively the "Debtors"), hereby submits this application ("Application") for Court approval of his employment of JBK Enterprises Inc. ("JBK") dba AAA Liquor License Consulting as the Estate's liquor license broker and consultant upon the terms and conditions described below. In support of this Application, the Trustee respectfully represents as follows:

1. On June 18, 2021 (the "Petition Date"), the Debtors commenced their bankruptcy cases by filing voluntary petitions under Chapter 7 of the Bankruptcy Code.

2. Shortly thereafter, on or around June 21, 2021, Edward M. Wolkowitz (the "Trustee") was appointed as the Chapter 7 trustee for the Debtors' bankruptcy estates.

3. According to the Debtor's schedules, the Debtor (Exhibition) holds thirteen (13) liquor licenses (the "Liquor Licenses") in various cities across the country but primarily Southern California, which the Debtor scheduled at an estimated aggregate value of $780,000. The Debtor or the Trustee have previously entered into agreements to sell three of the Liquor Licenses issued for the premises located at: (1) 322 Americana Way, Glendale, CA 91210; (2) 189 The Grove Dr. Unit L-80, Los Angeles, CA 90036; and (3) 14424 Milbank St. Sherman Oaks, CA 91423 (the "Liquor Licenses Under Agreement").

4. The Trustee requires the assistance of a liquor license broker and consultant to market and find potential buyers and offers for the Liquor Licenses, and/or provide consulting services to the estate related to the transfers of the Liquor Licenses to their eventual purchasers.

5. In that regard, the Trustee seeks to employ JBK to market for sale the Liquor Licenses and locate suitable buyers for the highest possible price, and to provide consulting services to the estate related to the transfers of the Liquor Licenses. JBK and its owner, President and Chief Executive Officer, Jason B. Kho, have extensive experience and success in

2

selling and acquiring liquor licenses on behalf of its clients. The JBK team has extensive knowledge on how to procure a liquor license and file the requisite paper work for the ABC (Alcoholic Beverage Control). With over 40 years of experience in business brokerage, real estate and liquor license consulting, the JBK team can assist the Trustee with, among other things, the process of selling the Debtor's estate's liquor licenses in accordance with the rules and regulations of the ABC. Therefore, JBK and Mr. Kho are highly qualified to assist the Trustee.  Attached as **Exhibit 1** to the Declaration of Jason B. Kho is a copy of Mr. Kho's professional resume.

6.      Subject to Court approval, the Trustee seeks to employ JBK under, and both the Trustee and JBK have agreed to the following terms and conditions:

•      The term of JBK's employment (the "Term") shall be one hundred and eighty days commencing on the date of the filing of this Application. The Term may be extended, without Court approval, and by consent of both JBK and the Trustee.

•      For each of the Liquor Licenses that is sold during the Term, JBK is entitled to receive a minimum consulting fee of $3,500.00 from the Estate (the "Consulting Fee") for representing and consulting with the Trustee and the Estate in the transfer of the Liquor Licenses to the eventual buyer of such license (the "Buyer").

•      If, however, the Estate closes the sale of a Liquor License to a Buyer whom JBK introduced to the Trustee during the Term, and with whom JBK had negotiations before the termination of the Term on behalf of the Trustee with respect to that sale, (1) JBK shall waive the Consulting Fee; and (2) JBK shall be entitled to a fee equal to 10% of the sale price from the Buyer, unless there is a breach of the Agreement by the Trustee in which case the Trustee agrees to pay the 10% fee (the "Finders Fee").  JBK and Buyer may agree to a Finders Fee greater than 10%, in which JBK will be entitled to such fee which Buyer will pay, unless there is a breach of the Agreement by the Trustee in which case the Trustee agrees to pay the 10% fee.  For clarity, JBK is not entitled to a Finders Fee (and is only entitled to a Consulting Fee), if a Liquor License Under Agreement is sold to a Buyer whom the Trustee or Debtors had previously entered into a contract to sell that specific liquor license to, or if a Liquor License is

sold to a buyer procured by another broker that ultimately submits the highest and best bid.

• In any litigation that is commenced to enforce the terms of JBK's employment and compensation and/or with regard to claims arising out of its employment and compensation, the prevailing party shall be entitled to any and all reasonable attorney's fees and costs.

• The venue, for purposes of any litigation and/or claim made by the Trustee or JBK with respect to the terms of JBK's employment and compensation shall be the United States Bankruptcy Court which has been assigned the bankruptcy cases of the Debtors.

7. JBK has not been paid any money by any party in the Debtors' cases at any time.

8. JBK has not shared or agreed to share its compensation for assisting the Trustee with any other person or entity, except among its members.

9. JBK understands the provisions of 11 U.S.C. Sections 327, 328, 330 and 331 which require, among other things, Court approval of the Trustee's employment of JBK as his liquor license consultant and broker and of all fees and reimbursement of expenses that JBK may receive from the Debtor's estate. By this Application, the Trustee is seeking approval of employment of JBK with compensation pursuant to 11 U.S.C. § 328 without further order of the Court and without the requirement that JBK later seek Court approval to be paid such amount pursuant to a fee application. Unless there is a dispute between the Trustee and JBK as to whether the Debtor's estate is liable for payment of any fee to JBK, the Debtor's estate shall also be authorized to release such fee to JBK without further order of the Court and without the requirement that JBK later seek Court approval to be paid such amount pursuant to a fee application.

10. JBK is not a creditor, an equity security holder or an insider of the Debtors.

11. JBK does not have any previous connection with the Debtors or with any insider of the Debtors or any insider of any insider of the Debtors.

12. JBK is not and was not an investment banker for any outstanding security of the Debtors. JBK has not been within three years before the Petition Date an investment banker for

a security of the Debtors, or an attorney for such an investment banker in connection with the offer, sale or issuance of any security of the Debtors.

13.     Neither JBK nor any member of JBK is, nor was, within two years before the Petition Date, a director, officer or employee of the Debtors or of any investment banker for any security of the Debtors.

14.     As set forth in the annexed Declaration of Jason B. Kho, to the best of Mr. Kho's knowledge, JBK does not hold or represent any interest materially adverse to the interest of the Debtors' estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors or an investment banker for any security of the Debtors, or for any other reason.

15.     As set forth in the annexed Declaration of Jason B. Kho, to the best of Mr. Kho's knowledge, JBK does not hold or represent any interest materially adverse to the Debtors or the Debtors' estates, and JBK is a "disinterested person" as that term is defined in Section 101(14) of the Bankruptcy Code.  Also, to the best of Mr. Koh's knowledge, other than as set forth in his Declaration, JBK has no prior connection with the Debtors, any creditors of the Debtors or their estates, or any other party in interest in these cases, or their respective attorneys or accountants, the United States Trustee or any person employed by the United States Trustee.

16.     The Trustee believes that his employment of JBK upon the terms and conditions set forth above and in the Agreement is in the best interests of this estate.

17.     A true and correct copy of the Notice of this Application, which was filed and served in accordance with Local Bankruptcy Rule 2014-1(b)(2), is attached as **Exhibit 2** to the Declaration of Jason B. Kho annexed hereto.

WHEREFORE, the Trustee respectfully requests that the Court approve his employment of JBK as his liquor license consultant and broker upon the terms and conditions set forth above.

DATED: July 20, 2021

_____

EDWARD M. WOLKOWITZ,
Chapter 7 Trustee

5

1  Presented by:

2  LEVENE, NEALE, BENDER, YOO
   & BRILL L.L.P.

3

4  By:    _/s/ Jeffrey S. Kwong_____

5         Philip A. Gasteier
          Jeffrey S. Kwong
6         Proposed Attorneys for Edward M. Wolkowitz,
          Chapter 7 Trustee
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6

## <u>DECLARATION OF JASON B. KHO</u>

I, JASON B. KHO, HEREBY DECLARE AS FOLLOWS:

1.     I have personal knowledge of the facts set forth below and, if called to testify, would and could competently testify thereto.

2.     I am the owner, President and Chief Executive Officer of JBK Enterprises Inc., dba AAA Liquor License Consulting ("<u>JBK</u>"). JBK and I have extensive experience and success in selling and acquiring liquor licenses on behalf of its clients. The JBK team has extensive knowledge on how to procure a liquor license and file the requisite paper work for the ABC (Alcoholic Beverage Control). With over 40 years of experience in business brokerage, real estate and liquor license consulting, the JBK team can assist the Trustee with the process of selling the estate's liquor licenses in accordance with the rules and regulations of the ABC.

3.     Edward M. Wolkowitz ("<u>Trustee</u>"), Chapter 7 Trustee of the Chapter 7 cases of Pacific Theatres Exhibition Corp. ("<u>Exhibition</u>," or "<u>Debtor</u>"); Pacific Theatres Entertainment Corporation; ArcLight Cinema Company; Arclight Visions, Inc.; Glendale Americana Theatre, LLC; and Pacific Cinemas Corporation (collectively the "<u>Debtors</u>"), has requested JBK to serve as the Estate's liquor license consultant and broker to provide consulting services related to the transfers of the Debtor's thirteen (13) liquor licenses (the "<u>Liquor Licenses</u>") located in various cities across the country, primarily Southern California, and/or to list and sell certain of the Liquor Licenses.  I believe that JBK and I are highly qualified to assist the Trustee. Attached hereto as **<u>Exhibit 1</u>** is a copy of my professional resume.

4.     Subject to Court approval, the Trustee seeks to employ JBK under, and I agree to the terms and conditions as set forth in the foregoing Application of the Trustee.

5.     JBK has not been paid any money by any party in the Debtors' cases at any time.

6.     JBK has not shared or agreed to share its compensation for assisting the Trustee with any other person or entity, except among its members.

7.     JBK understands the provisions of 11 U.S.C. Sections 327, 328, 330 and 331 which require, among other things, Court approval of the Trustee's employment of JBK as his

7

liquor license consultant and broker, and of all fees and reimbursement of expenses that JBK may receive from the Debtor's estate; and that, by this Application, the Trustee is seeking approval of employment of JBK with compensation pursuant to 11 U.S.C. § 328 without further order of the Court and without the requirement that JBK later seek Court approval to be paid such amount pursuant to a fee application.

8.  JBK is not a creditor, an equity security holder or an insider of the Debtors.

9.  JBK does not have any previous connection with the Debtors or with any insider of the Debtors or any insider of any insider of the Debtors.

10.  JBK is not and was not an investment banker for any outstanding security of the Debtors.  JBK has not been within three years before the Petition Date an investment banker for a security of the Debtors, or an attorney for such an investment banker in connection with the offer, sale or issuance of any security of the Debtors.

11.  Neither JBK nor any member of JBK is, nor was, within two years before the Petition Date, a director, officer or employee of the Debtors or of any investment banker for any security of the Debtors.

12.  To the best of my knowledge, JBK does not hold or represent any interest materially adverse to the interest of the Debtors' estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors or an investment banker for any security of the Debtors, or for any other reason.

13.  To the best of my knowledge, JBK does not hold or represent any interest materially adverse to the Debtors or the Debtors' estates, and JBK is a "disinterested person" as that term is defined in Section 101(14) of the Bankruptcy Code.  Also, to the best of my knowledge, other than as set forth herein, JBK has no prior connection with the Debtors, any creditors of the Debtors or their estates, or any other party in interest in these cases, or their respective attorneys or accountants, the United States Trustee or any person employed by the United States Trustee.

14.  A true and correct copy of the Notice of this Application, which was filed and served in accordance with Local Bankruptcy Rule 2014-1(b)(2), is attached hereto as **Exhibit 2**.

1    I declare and verify under penalty of perjury that the foregoing is true and correct to the

2  best of my knowledge.

3    Executed on this 21st day of July, 2021, at Los Angeles, California.

4

5

6    JASON B. KHO, Declarant

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT "1"

Resume:

- President of AAA Liquor License Consulting
- Brokered over 250,000 liquor license transaction throughout the state of California specifically.
- Grossed over $10,000,000.00 in revenues from 2005 to present in my sales alone.
- Created business relationships with some of the largest companies, such as: Wal-Mart, Islands, Cheesecake Factory, Vons, etc.
- 15 years of liquor license consulting and brokerage experience

# EXHIBIT "2"

PHILIP A. GASTEIER (SBN 130043)
JEFFREY S. KWONG (State Bar No. 288239)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: PAG@LNBYB.COM; JSK@LNBYB.COM

Proposed Attorneys for Edward M. Wolkowitz,
Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>PACIFIC THEATRES EXHIBITION CORP., et al.,<br><br>        Debtors and Debtors in Possession.<br>_____<br><br>☐ Affects all Debtors<br><br>☒ Affects Pacific Theatres Exhibition Corporation only<br><br>☐ Affects Pacific Theatres Entertainment Corporation<br><br>☐ Affects Pacific Cinemas Corporation only<br><br>☐ Affects Glendale Americana Theatre, LLC only<br><br>☐ Affects ArcLight Cinema Company only<br><br>☐ Affects ArcLight Visions, Inc. only | Chapter 7<br><br>Lead Case No.: 2:21-bk-15007-BB<br><br>Jointly administered with:<br>2:21-bk-15008-BB (Pacific Theatres Entertainment Corporation)<br>2:21-bk-15009-BB (Pacific Cinemas Corporation)<br>2:21-bk-15010-BB (Glendale Americana Theatre, LLC)<br>2:21-bk-15011-BB (ArcLight Cinema Company)<br>2:21-bk-15012-BB (ArcLight Visions, Inc.)<br><br>**NOTICE OF APPLICATION OF CHAPTER 7 TRUSTEE TO EMPLOY JBK ENTERPRISES INC. AS LIQUOR LICENSE BROKER AND CONSULTANT**<br><br>[No Hearing Required] |

1

**PLEASE TAKE NOTICE** that Edward M. Wolkowitz, the Chapter 7 Trustee (the "Trustee") for the estates of Pacific Theatres Exhibition Corp. ("Exhibition," or "Debtor"); Pacific Theatres Entertainment Corporation; ArcLight Cinema Company; Arclight Visions, Inc.; Glendale Americana Theatre, LLC; and Pacific Cinemas Corporation (collectively the "Debtors"), has filed his application ("Application") for Court approval of his employment of JBK Enterprises Inc. ("JBK") dba AAA Liquor License Consulting as liquor license consultant and broker upon the terms and conditions described in the Application.

As set forth in the Application, subject to Court approval, the Trustee seeks to employ JBK under, and both the Trustee and JBK have agreed to the following terms and conditions:

- The term of JBK's employment (the "Term") shall be one hundred and eighty days commencing on the date of the filing of this Application. The Term may be extended, without Court approval, and by consent of both JBK and the Trustee.

- For each of the Liquor Licenses that is sold during the Term, JBK is entitled to receive a minimum consulting fee of $3,500.00 from the Estate (the "Consulting Fee") for representing, and consulting with the Trustee and the Estate in the transfer of the Liquor Licenses to the eventual buyer of such license (the "Buyer").

- If, however, the Estate closes the sale of a Liquor License to a Buyer whom JBK introduced to the Trustee during the Term, and with whom JBK had negotiations before the termination of the Term on behalf of the Trustee with respect to that sale, (1) JBK shall waive the Consulting Fee; and (2) JBK shall be entitled to a fee equal to 10% of the sale price from the Buyer, unless there is a breach of the Agreement by the Trustee in which case the Trustee agrees to pay the 10% fee (the "Finders Fee").  JBK and Buyer may agree to a Finders Fee greater than 10%, in which JBK will be entitled to such fee which Buyer will pay, unless there is a breach of the Agreement by the Trustee in which case the Trustee agrees to pay the 10% fee.  For clarity, JBK is not entitled to a Finders Fee (and is only entitled to a Consulting Fee), if a Liquor License Under Agreement is sold to a Buyer whom the Trustee or Debtors had previously entered into a contract to sell that specific liquor license to, or if a Liquor License is sold to a buyer procured by another broker that ultimately submits the highest and best bid.

2

- In any litigation that is commenced to enforce the terms of JBK's employment and compensation and/or with regard to claims arising out of its employment and compensation, the prevailing party shall be entitled to any and all reasonable attorney's fees and costs.

- The venue, for purposes of any litigation and/or claim made by the Trustee or JBK with respect to the terms of JBK's employment and compensation shall be the United States Bankruptcy Court which has been assigned the bankruptcy cases of the Debtors.

By the Application, the Trustee is seeking approval of employment of JBK with compensation pursuant to 11 U.S.C. § 328 without further order of the Court and without the requirement that JBK later seek Court approval to be paid such amount pursuant to a fee application. Unless there is a dispute between the Trustee and JBK as to whether the Debtor's estate is liable for payment of any fee to JBK, the Debtor's estate shall also be authorized to release such fee to JBK without further order of the Court and without the requirement that JBK later seek Court approval to be paid such amount pursuant to a fee application.  In addition, JBK has not been paid any money by the Trustee or from the Debtors' estates.  JBK has not received any lien or other interest in any property to secure payment of JBK's fees or expenses.

The Application is based on this Notice, the Application and all pleadings filed in support of the Application, the entire record of this case, the statements, arguments and representations of counsel to be made at the hearing on the Application, if any, and any other evidence properly presented to the Court.

**PLEASE TAKE FURTHER NOTICE** that a complete copy of the Application may be obtained upon request from Levene, Neale, Bender, Yoo & Brill L.L.P., 10250 Constellation Blvd., Suite 1700, Los Angeles, California 90067, Attention: Philip A. Gasteier and Jeffrey S. Kwong (see above for email and telephone contact information).

**PLEASE TAKE FURTHER NOTICE** that Local Bankruptcy Rule 2014-1(b)(3)(E) requires that any response and request for hearing, in the form required by Local Bankruptcy Rule 9013-1(f)(1), be filed and served on the Trustee, his counsel, and the OUST not later than

14 days from the date of service of this Notice, plus 3 additional if the notice was served by mail, or pursuant to F.R.Civ.P. Rule 5(b)(2)(D) or (F).

**PLEASE TAKE FURTHER NOTICE** that the failure to file a timely objection to the Application or request for a Bankruptcy Court hearing on the Application may be deemed by the Bankruptcy Court to constitute consent to Bankruptcy Court approval of the Application.

DATED:  July 22, 2021

LEVENE, NEALE, BENDER, YOO &
BRILL L.L.P.

By:*/s/ Jeffrey S. Kwong*
Philip A. Gasteier
Jeffrey S. Kwong
Attorneys for Edward M. Wolkowitz
Chapter 7 Trustee

4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067.

A true and correct copy of the foregoing document entitled **NOTICE OF APPLICATION OF CHAPTER 7 TRUSTEE TO EMPLOY JBK ENTERPRISES INC. AS LIQUOR LICENSE BROKER AND CONSULTANT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 22, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Erin N Brady    erin.brady@hoganlovells.com,**
  **cindy.mitchell@hoganlovells.com;tracy.southwell@hoganlovells.com**
- **William S Brody    wbrody@buchalter.com,**
  **dbodkin@buchalter.com;IFS_filing@buchalter.com**
- **Philip A Gasteier    pag@lnbrb.com**
- **Marsha A Houston    mhouston@reedsmith.com**
- **Brian D Huben    hubenb@ballardspahr.com, carolod@ballardspahr.com**
- **William W Huckins    whuckins@allenmatkins.com,**
  **clynch@allenmatkins.com;igold@allenmatkins.com**
- **Jeffrey Huron    jhuron@dykema.com,**
  **ebailon@dykema.com;cacossano@dykema.com;DocketLA@dykema.com**
- **Jeffrey S Kwong    jsk@lnbyb.com, jsk@ecf.inforuptcy.com**
- **Kristen N Pate    ggpbk@ggp.com**
- **John N Tedford    jtedford@DanningGill.com,**
  **danninggill@gmail.com;jtedford@ecf.inforuptcy.com**
- **United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov**
- **Edward M Wolkowitz (TR)    emwtrustee@lnbyb.com,**
  **ewolkowitz@iq7technology.com;ecf.alert+Wolkowitz@titlexi.com**

**2.  SERVED BY UNITED STATES MAIL**: On **July 22, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒  Service List served by U.S. Mail attached

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **July 22, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                            **F 9013-3.1.PROOF.SERVICE**

**SERVED BY OVERNIGHT MAIL**
The Hon. Sheri Bluebond
United States Bankruptcy Court
255 E. Temple Street, Suite 1534 / Courtroom 1539
Los Angeles, CA 90012

☐ Service List served by U.S. Mail attached

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 22, 2021 | Lourdes Cruz | /s/ Lourdes Cruz |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

Pacific Theatres
File No. 9493
Debtors, RSN, UST, 20 Largest and
Secured Creditors Consolidated

Erin N Brady
Hogan Lovells US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067

Pacific Theatres Exhibition Corp., Pacific Theatres
Entertainment Corp./Pacific Cinemas Corp.,
Glendale Americana Theatre, LLC., ArcLight Cinema
Company, ArcLight Visions, Inc.
120 N Robertson Blvd., 3rd Floor
Los Angeles, CA 90048

U.S. Trustee
United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017

Secured
Bank of America, N.A.
Attn: Sharad C. Bhatt
333 S Hope St, 13th Floor
Los Angeles, CA 90071-1494

Secured
G. Christopher Miller
Bank of America, N.A.
Mail Code MA5-100-09-12
100 Federal Street
Boston, MA 02110-1802

Secured
Robert Miller
Buchalter Firm
16435 North Scottsdale Rd, Suite 440
Scottsdale, AZ 85254-1754

ROYAL CORP
10232 PALM DRIVE
SANTA FE SPRINGS, CA 90670-3368

CITY OF BOSTON: TREASURY
DEPARTMENT
PO BOX 9715
BOSTON, MA 02114-9715

MUNDORFF, GEORGE T.
1585 TEMPLE HILLS DR
LAGUNA BEACH, CA 92651-2646

CAPREF PASEO LLC
5910 NORTH CENTRAL EXPRESSWAY
SUITE 1600/ATTENTION: PASEO
ASSET MANAGEMENT
DALLAS, TX 75206-5173

DOUGLAS EMMETT 2016, LLC
1299 OCEAN AVENUE SUITE 1000
ATTENTION: DIRECTOR OF
COMMERCIAL PROPER
SANTA MONICA, CA 90401-1063

SAVANTIS GROUP, INC. SAVANTIS
INC. SAVANTIS SOLUTIONS, LLC
100 WOOD AVE SOUTH
ISELIN, NJ 08830

DECURION MANAGEMENT COMPANY
120 N ROBERTSON
LOS ANGELES, CA 90048-3108

LADWP
PO BOX 30808
LOS ANGELES, CA 90030-0808

BUENA VISTA PICTURES  LA
PO BOX 732554
DALLAS, TX 75373-2554

GRAYCOR CONSTRUCTION COMPANY,
INC.
TWO MID AMERICA PLAZA - SUITE 400
OAKBROOK TERRACE, IL 60181-4714

OMCC THEATER OWNER, LLC
C/O NEWMARK MERRILL
COMPANIES
5850 CANOGA AVE SUITE 650
WOODLAND HILLS, CA 91367-6573

CONTINENTAL ROSECRANS/NASH LLC
C/O CONTINENTAL DEVELOPMENT
CORPORATION
2041 ROSECRANS AVENUE, SUITE 200
EL SEGUNDO, CA 90245-4792

MACERICH SMP, LP
395 SANTA MONICA PLACE
ATTN: CENTER MANAGER
SANTA MONICA, CA 90401-2372

SONY PICTURES RELEASING -
JS349A
10202 W WASHINGTON BLVD
CULVER CITY, CA 90232-3119

GFM, LLC (AKA THE GROVE, LLC)
PO BOX 31001-1534
PASADENA, CA 91110-0001

PODIUM DEVELOPER LLC
C/O BOSTON PROPERTIES LIMITED
PARTNERSHI
800 BOYLSTON STREET, SUITE 1900
BOSTON, MA 02199-8103

UTC VENTURE LLC
C/O WESTFIELD, LLC
11601 WILSHIRE BLVD, 12TH
FLOOR
LOS ANGELES, CA 90025-0509

MACERICH LAKEWOOD, LP
401 WILSHIRE BOULEVARD, #700
SANTA MONICA, CA 90401-1452

UNIVERSAL FILM EXCHANGE
PO BOX 650572
DALLAS, TX 75265-0572

GFM, LLC (AKA THE GROVE, LLC)
C/O CARUSO AFFILIATED
101 THE GROVE DRIVE
Los Angeles, CA 90036-6221

PARAMOUNT PICTURES CORP
PO BOX 100486
PASADENA, CA 91189-0003

WINCAL, LLC
120 N ROBERTSON BLVD 3RD
FLOOR
LOS ANGELES, CA 90048-3115

WARNER BROS DIST CORP
PO BOX 2910
TOLUCA LAKE, CA 91610-0910

THE AMERICANA AT BRAND LLC
C/O CARUSO AFFILIATED
101 THE GROVE DRIVE
Los Angeles, CA 90036-6221

DAVID COPELAND
C/O DAVID AZIZI, ESQ., ARTHUR
DJOUGOURIA  LAW OFFICES OF
DAVID AZIZI
3435 WILSHIRE BLVD. #1800
LOS ANGELES, CA 90010-2004

OLGA LILIA JOHNSON & TRACY
JOHNSON/C/O ANDREW A. RAZMA,
ESQ., COHEN & MARZBAN
1600 VENTURA BLVD., SUITE 701
ENCINO, CA 91436

BALASUBRAMANIAN, MANIMARAN
675 AZURE HILLS DR
SIMI VALLEY, CA 93065-5518

BARCLIFT, ZACKRY
2134 S REDONDO BLVD
LOS ANGELES, CA 90016-1228

BARTLETT, MARY R.
2339 W 21ST AVE
LOS ANGELES, CA 90018-1330

CHOW, SHI TING
7354 WOODMAN AVE
VAN NUYS, CA 91405-2798

COWAN, JONATHAN
4151 REDWOOD AVE
LOS ANGELES, CA 90066-5629

ECKERSLEY, LIAM R.
11504 POEMA PLACE
CHATSWORTH, CA 91311-1111

EMPLOYMENT DEVELOPMENT
DEPARTMENT
BANKRUPTCY GROUP MIC: 92E
P.O. BOX 826880
SACRAMENTO, CA 94280-0001

FLORES, CIRILO
10219 S SPRING ST
LOS ANGELES, CA 90003-4647

FORREST, CHRISTOPHER D.
2563 RENATA COURT
THOUSAND OAKS, CA 91362-4906

FRANCHISE TAX BOARD
BANKRUPTCY SECTION,
P.O. BOX 2952
SACRAMENTO, CA 95812-2952

GEORGE BLACKMAR
BLACKMAR, PRINCIPE &
SCHMELTER
600 B STREET, SUITE 2250
SAN DIEGO, CA 92101-4521

GORELICK, ATOM
1218 N MANSFIELD AVE.
LOS ANGELES, CA 90038-1130

HARROW, CHASE P.
5553 W 6TH ST
LOS ANGELES, CA 90036-7522

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

JEFFREY KOBLENTZ
120 N Robertson Blvd, 3rd Fl
Los Angeles, CA 90048-3115

JILL SAPERSTEIN
120 N Robertson Blvd., 3rd Fl
Los Angeles, CA 90048-3115

JUNG, JAEEUN
24409 MEYLER AVE
HARBOR CITY, CA 90710-1837

KNOLLMAN, CHERYL L.
29326 FLORABUNDA ROAD
CANYON COUNTRY, CA 91387-2205

LEE, KEVIN J.
1516 7TH STREET
ALHAMBRA, CA 91803-3205

LOS ANGELES COUNTY
TREASURER AND TAX COLLECTOR
ATTN BANKRUPTCY UNIT
PO BOX 54110
LOS ANGELES CA 90054-0110

M. FREDDIE REISS
120 N Robertson Blvd, 3rd Fl
Los Angeles, CA 90048-3115

MARTIN ABRAM
C/O WILLIAM F. SALLE, ESQ.
LAW OFFICES OF WILLIAM F. SALLE
700 N. BRAND BLVD., SUITE 900
GLENDALE, CA 91203-4265

MUNDORFF, GEORGE T.
1585 TEMPLE HILLS DR
LAGUNA BEACH, CA 92651-2646

Macerich SMP LP
c/o Legal Operations
401 Wilshire Blvd., Suite 700
Attn: Laurel Hartman
Santa Monica, CA 90401-1452

Macerich SMP LP
c/o Macerich
PO Box 2172
401 Wilshire Blvd., Suite 700
Los Angeles, CA 90400

PAMELA GREENE BUJARSKI
C/O JOHN NOJIMA, ESQ.  / ANDREW
BROWNING
LEDERER NOJIMA LLP
12100 WILSHIRE BLVD., SUITE 480
LOS ANGELES, CA 90025-7141

SAVANTIS GROUP, INC. SAVANTIS
INC.
SAVANTIS SOLUTIONS, LLC.
100 WOOD AVE SOUTH
ISELIN, NJ 08830-2716

SHAHLA ALDAVOODI
C/O ARAKSIA ADAMIAN, ESQ.
PAPIAN & ADAMIAN
535 N. BRAND BLVD., SUITE 210
GLENDALE, CA 91203-3303

STATE BOARD OF EQUALIZATION
ACCOUNT INFORMATION GROUP,
MIC: 29
P.O. BOX 942879
SACRAMENTO, CA 94279-0074

STATE BOARD OF EQUALIZATION
SPECIAL OPERATIONS
BANKRUPTCY TEAM, MIC:
P.O. BOX 942879
SACRAMENTO, CA 94279-0074

THOMAS, D'AUGHN
3106 W. 71ST STREET
LOS ANGELES, CA 90043-4726

U.S. SECURITIES AND EXCHANGE
COMMISSION
ATTN: BANKRUPTCY COUNSEL
444 SOUTH FLOWER ST., STE 900
LOS ANGELES, CA 90071-2934

U.S. SMALL BUSINESS
ADMINISTRATION
OFFICE OF GENERAL COUNSEL
312 NORTH SPRING ST., 5TH
FLOOR
LOS ANGELES, CA 90012-2678

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067.

A true and correct copy of the foregoing document entitled **APPLICATION OF CHAPTER 7 TRUSTEE TO EMPLOY JBK ENTERPRISES INC. AS LIQUOR LICENSE BROKER AND CONSULTANT; DECLARATION OF JASON B. KHO IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 22, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Erin N Brady     erin.brady@hoganlovells.com,**
  **cindy.mitchell@hoganlovells.com;tracy.southwell@hoganlovells.com**
- **William S Brody     wbrody@buchalter.com,**
  **dbodkin@buchalter.com;IFS_filing@buchalter.com**
- **Philip A Gasteier     pag@lnbrb.com**
- **Marsha A Houston     mhouston@reedsmith.com**
- **Brian D Huben     hubenb@ballardspahr.com, carolod@ballardspahr.com**
- **William W Huckins     whuckins@allenmatkins.com,**
  **clynch@allenmatkins.com;igold@allenmatkins.com**
- **Jeffrey Huron     jhuron@dykema.com,**
  **ebailon@dykema.com;cacossano@dykema.com;DocketLA@dykema.com**
- **Jeffrey S Kwong     jsk@lnbyb.com, jsk@ecf.inforuptcy.com**
- **Kristen N Pate     ggpbk@ggp.com**
- **John N Tedford     jtedford@DanningGill.com,**
  **danninggill@gmail.com;jtedford@ecf.inforuptcy.com**
- **United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov**
- **Edward M Wolkowitz (TR)     emwtrustee@lnbyb.com,**
  **ewolkowitz@iq7technology.com;ecf.alert+Wolkowitz@titlexi.com**

**2.  SERVED BY UNITED STATES MAIL**: On **July 22, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

U.S. Trustee
United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017

☐ Service List served by U.S. Mail attached

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **July 22, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                **F 9013-3.1.PROOF.SERVICE**

**SERVED BY OVERNIGHT MAIL**
The Hon. Sheri Bluebond
United States Bankruptcy Court
255 E. Temple Street, Suite 1534 / Courtroom 1539
Los Angeles, CA 90012

☐ Service List served by U.S. Mail attached

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 22, 2021 | Lourdes Cruz | /s/ Lourdes Cruz |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**