PHILIP A. GASTEIER (SBN 130043)
JEFFREY S. KWONG (State Bar No. 288239)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: PAG@LNBYG.COM; JSK@LNBYG.COM

Attorneys for Edward M. Wolkowitz,
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>PACIFIC THEATRES EXHIBITION CORP., et al.,<br><br>　　　　Debtors<br><br>☐ Affects all Debtors<br><br>☒ Affects Pacific Theatres Exhibition Corporation only<br><br>☐ Affects Pacific Theatres Entertainment Corporation<br><br>☐ Affects Pacific Cinemas Corporation only<br><br>☐ Affects Glendale Americana Theatre, LLC only<br><br>☐ Affects ArcLight Cinema Company only<br><br>☐ Affects ArcLight Visions, Inc. only | Chapter 7<br><br>Lead Case No.: 2:21-bk-15007-BB<br><br>Jointly administered with:<br>2:21-bk-15008-BB (Pacific Theatres Entertainment Corporation)<br>2:21-bk-15009-BB (Pacific Cinemas Corporation)<br>2:21-bk-15010-BB (Glendale Americana Theatre, LLC)<br>2:21-bk-15011-BB (ArcLight Cinema Company)<br>2:21-bk-15012-BB (ArcLight Visions, Inc.)<br><br>**CHAPTER 7 TRUSTEE'S REPORT REGARDING SALE OF LIQUOR LICENSE (BOSTON)**<br><br>[No Hearing Required] |

1

Pursuant to Rule 6004(f)(1) of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 6004-1(g), Edward M. Wolkowitz, as Chapter 7 Trustee (the "Trustee") for the bankruptcy estate ("Estate") of Pacific Theatres Exhibition Corp., respectfully submits this Report regarding the sale of the Estate's right title and interest in Massachusetts All Alcoholic Beverages License No. LB-99352, Boston, Massachusetts #04316-RS-0116 (the "License").

On March 2, 2023, the Court entered that certain *Order Approving (A) Sale Of Right, Title And Interest In Liquor License (Boston), Free and Clear of Liens, Claims and Interests; (B) Authorizing Disbursements in Aid of Sale; and (C) Approving Overbid Procedures* (the "Sale Order") [Doc. # 265]. Pursuant to the Sale Order, the License was sold to America Multi-Cinema, Inc., effective June 12, 2023, for the sum of $400,000.00, plus reimbursement in the amount of $1,700.00 for renewal fees. As a result, the Estate received and will retain proceeds of $401,700.00 from the sale of the License, less disbursements in the amount of $10,346.08 and a consulting fee of $3,500.00, per the Sale Order.

DATED: June 14, 2023

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.

By: /s/ Philip A. Gasteier
PHILIP A. GASTEIER
JEFFREY S. KWONG
Attorneys for Edward M. Wolkowitz
Chapter 7 Trustee

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, California 90034.

A true and correct copy of the foregoing document entitled **CHAPTER 7 TRUSTEE'S REPORT REGARDING SALE OF LIQUOR LICENSE (BOSTON)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 15, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Kenechi R Agu    kagu@kralegal.com
- Ryan W Anderson    randerson@gamlaw.com, llofredo@gamlaw.com
- Shaun J Bauman    info@thela-lawyer.com
- Erin N Brady    erin.brady@hoganlovells.com, cindy.mitchell@hoganlovells.com;tracy.southwell@hoganlovells.com
- William S Brody    wbrody@buchalter.com, dbodkin@buchalter.com;IFS_filing@buchalter.com;smartin@buchalter.com
- Andrew Browning    abrowning@lntlb.com
- Vincent V Frounjian    vvf.law@gmail.com
- Philip A Gasteier    pag@lnbyg.com
- David S Hagen    davidhagenlaw@gmail.com
- Marsha A Houston    mhouston@reedsmith.com, hvalencia@reedsmith.com
- Brian D Huben    hubenb@ballardspahr.com, carolod@ballardspahr.com
- William W Huckins    whuckins@allenmatkins.com, clynch@allenmatkins.com;igold@allenmatkins.com
- Jeffrey Huron    jhuron@dykema.com, ebailon@dykema.com;slara@dykema.com;DocketLA@dykema.com
- Daniel King    dking@theattorneygroup.com, r44432@notify.bestcase.com
- Jeffrey S Kwong    jsk@lnbyg.com, jsk@ecf.inforuptcy.com
- Noreen A Madoyan    Noreen.Madoyan@usdoj.gov
- Kristen N Pate    bk@bpretail.com
- William F Salle    wfslaw@yahoo.com
- Jeffrey L Sumpter    jsumpter1@cox.net
- John N Tedford    jtedford@DanningGill.com, danninggill@gmail.com;jtedford@ecf.courtdrive.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Abdul Wakil    sal@sawlawgroup.com
- Edward M Wolkowitz (TR)    emwtrustee@lnbyg.com, ecf.alert+Wolkowitz@titlexi.com

**2. SERVED BY UNITED STATES MAIL**: On **June 15, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

None.

☐ Service List served by U.S. Mail attached

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    **F 9013-3.1.PROOF.SERVICE**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 15, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 15, 2023 | D. Woo | /s/ D. Woo |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                      **F 9013-3.1.PROOF.SERVICE**