1  PHILIP A. GASTEIER (State Bar No. 130043)
   JEFFREY S. KWONG (State Bar No. 288239)
2  LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
3  2818 La Cienega Avenue
   Los Angeles, California 90034
4  Telephone: (310) 229-1234
   Facsimile: (310) 229-1244
5  Email: PAG@LNBYG.COM; JSK@LNBYG.COM
   Attorneys for Edward M. Wolkowitz,
6  Chapter 7 Trustee

7

8

9              UNITED STATES BANKRUPTCY COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11                 LOS ANGELES DIVISION

12
   In re:                              | Chapter 7
13
   PACIFIC THEATRES EXHIBITION           Lead Case No.: 2:21-bk-15007-BB
14 CORP., et al.,
                                         Jointly administered with:
15          Debtors.                     2:21-bk-15008-BB (Pacific Theatres
                                         Entertainment Corporation)
16 ─────────────────────────            2:21-bk-15009-BB (Pacific Cinemas
                                         Corporation)
17 ☐ Affects all Debtors                 2:21-bk-15010-BB (Glendale Americana
                                         Theatre, LLC)
18 ☒ Affects Pacific Theatres Exhibition  2:21-bk-15011-BB (ArcLight Cinema
   Corporation only                      Company)
19                                       2:21-bk-15012-BB (ArcLight Visions, Inc.)
20 ☐ Affects Pacific Theatres Entertainment
   Corporation
21                                       NOTICE OF CHAPTER 7 TRUSTEE'S
   ☐ Affects Pacific Cinemas Corporation  INTENTION TO ABANDON ASSET
22 only
                                         [11 U.S.C. § 554(a); LBR 6007-1]
23 ☐ Affects Glendale Americana Theatre,
   LLC only                             [No Hearing Required]
24
   ☐ Affects ArcLight Cinema Company only
25
   ☐ Affects ArcLight Visions, Inc. only
26

27

1    **TO ALL PARTIES ENTITLED TO NOTICE**:

2    **PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. § 554(a) and Local Bankruptcy

3    Rule 6007-1, Edward M. Wolkowitz, the duly appointed Chapter 7 Trustee (the "Trustee") for

4    the bankruptcy estates (the "Estates") of Pacific Theatres Exhibition Corp. ("PTEC"), and jointly

5    administered debtors, intends to abandon the PTEC Estate's right, title, and interest (the

6    "Partnership Interest") in the general partnership known as the El Capitan Theatre Company (the

7    "Partnership").

8    The Trustee is informed and believes that the Partnership Interest is burdensome to the

9    PTEC Estate and is of inconsequential value and benefit to the estate. Based on information

10    obtained by the Trustee, the Partnership holds a ground lease on property known as the El

11    Capitan Theatre (the "Theatre") but subleased the Theatre to the other partner in the Partnership

12    (the "Partner") for a term effectively coextensive with the term of the ground lease. The

13    subtenant pays rent directly to the ground lease landlord and, as a result of a 2019 settlement with

14    a party related to the Partner, the Partnership receives none of the revenue of the Theatre. The

15    Partner is also entitled to priority distributions, as a result of improvements it has funded. Based

16    on this information, the Trustee has concluded that the Partnership Interest is of inconsequential

17    value. In addition, PTEC'S status as managing partner nominally requires it to perform certain

18    functions, such as preparation of tax returns. Hence, the Trustee believes that the Partnership

19    Interest is also burdensome to the PTEC Estate, and that the proposed abandonment is in the best

20    interests of the Estate and its creditors.

21    Pursuant to Local Bankruptcy Rule 6007-1, any objection and request for hearing must be

22    filed and served on the undersigned not more than 14 days after service of this Notice.  If no

23    request for hearing is timely filed and served, the Trustee may take the proposed action and the

24    Trustee will be deemed to have abandoned any interest in the Property 14 days from the date of

25    mailing of this Notice, which date is noted below.  No Court order will be required for the

26    abandonment to be effective.

27

1    If a timely objection and request for hearing is filed and served, the Trustee shall within

2  21 days from the date of service of the response and request for hearing schedule and give not

3  less than 14 days notice of a hearing to those responding and to the United States Trustee.  The

4  proceedings in such matters will be governed by Local Bankruptcy Rule 9013-1(o).

5

6  Dated:  November 20, 2023                              EDWARD M. WOLKOWITZ,
                                                          CHAPTER 7 TRUSTEE

7

8                                              By:    /s/Philip A. Gasteier
                                                      Philip A. Gasteier
                                                      Jeffrey S. Kwong
9                                                     LEVENE, NEALE, BENDER, YOO
                                                          & GOLUBCHIK L.L.P.
10                                                    Attorneys for Edward M. Wolkowitz,
                                                      Chapter 7 Trustee
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, California 90034.

A true and correct copy of the foregoing document entitled **NOTICE OF CHAPTER 7 TRUSTEE'S INTENTION TO ABANDON ASSET** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 20, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Kenechi R Agu    kagu@kralegal.com
- Ryan W Anderson    randerson@gamlaw.com, llofredo@gamlaw.com
- Shaun J Bauman    info@thela-lawyer.com
- Erin N Brady    erin.brady@hoganlovells.com, cindy.mitchell@hoganlovells.com;tracy.southwell@hoganlovells.com
- William S Brody    wbrody@buchalter.com, dbodkin@buchalter.com;IFS_filing@buchalter.com;smartin@buchalter.com
- Andrew Browning    abrowning@lntlb.com
- Vincent V Frounjian    vvf.law@gmail.com
- Philip A Gasteier    pag@lnbyg.com
- David S Hagen    davidhagenlaw@gmail.com
- Marsha A Houston    mhouston@reedsmith.com, hvalencia@reedsmith.com
- Brian D Huben    hubenb@ballardspahr.com, carolod@ballardspahr.com
- William W Huckins    whuckins@allenmatkins.com, clynch@allenmatkins.com;igold@allenmatkins.com
- Jeffrey Huron    jhuron@dykema.com, ebailon@dykema.com;slara@dykema.com;DocketLA@dykema.com
- Daniel King    dking@theattorneygroup.com, r44432@notify.bestcase.com
- Jeffrey S Kwong    jsk@lnbyg.com, jsk@ecf.inforuptcy.com
- Noreen A Madoyan    Noreen.Madoyan@usdoj.gov
- James P Menton    jmenton@robinskaplan.com, dvaughn@robinskaplan.com
- Kristen N Pate    bk@bpretail.com
- William F Salle    wfslaw@yahoo.com
- Jeffrey L Sumpter    jsumpter1@cox.net
- John N Tedford    jtedford@DanningGill.com, danninggill@gmail.com;jtedford@ecf.courtdrive.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Abdul Wakil    sal@sawlawgroup.com
- Edward M Wolkowitz (TR)    emwtrustee@lnbyg.com, ecf.alert+Wolkowitz@titlexi.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                    **F 9013-3.1.PROOF.SERVICE**

2. **SERVED BY UNITED STATES MAIL**: On **November 20, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Sheri Bluebond
United States Bankruptcy Court
255 E. Temple Street, Suite 1534 / Courtroom 1539
Los Angeles, CA 90012

☒ Service List served by U.S. Mail attached

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 20, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 20, 2023 | D. Woo | /s/ D. Woo |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**

Pacific Theatres
File No. 9493
Debtors, Rsn, Ust, 20 Largest And Secured
Creditors Consolidated

Erin N Brady
Hogan Lovells Us Llp
1999 Avenue Of The Stars, Suite 1400
Los Angeles, Ca 90067

Pacific Theatres Exhibition Corp., Pacific
Theatres Entertainment Corp., Et Al.
120 N Robertson Blvd., 3rd Floor
Los Angeles, Ca 90048

U.S. Trustee
United States Trustee (La)
915 Wilshire Blvd, Suite 1850
Los Angeles, Ca 90017

Secured
Bank Of America, N.A.
Attn: Sharad C. Bhatt
333 S Hope St, 13th Floor
Los Angeles, Ca 90071-1494

Secured
G. Christopher Miller
Bank Of America, N.A.
Mail Code Ma5-100-09-12
100 Federal Street
Boston, Ma 02110-1802

Secured
Robert Miller
Buchalter Firm
16435 North Scottsdale Rd, Suite 440
Scottsdale, Az 85254-1754

Royal Corp
10232 Palm Drive
Santa Fe Springs, Ca 90670-3368

City Of Boston: Treasury Department
Po Box 9715
Boston, Ma 02114-9715

Mundorff, George T.
1585 Temple Hills Dr
Laguna Beach, Ca 92651-2646

Capref Paseo Llc
5910 North Central Expressway Suite
1600/Attention: Paseo Asset Management
Dallas, Tx 75206-5173

Douglas Emmett 2016, Llc
1299 Ocean Avenue Suite 1000
Attention: Director Of Commercial Proper
Santa Monica, Ca 90401-1063

Savantis Group, Inc. Savantis Inc. Savantis
Solutions, Llc
100 Wood Ave South
Iselin, Nj 08830

Decurion Management Company
120 N Robertson
Los Angeles, Ca 90048-3108

Ladwp
Po Box 30808
Los Angeles, Ca 90030-0808

Buena Vista Pictures  La
Po Box 732554
Dallas, Tx 75373-2554

Graycor Construction Company, Inc.
Two Mid America Plaza
Suite 400
Oakbrook Terrace, Il 60181-4714

Omcc Theater Owner, Llc
C/O Newmark Merrill Companies
5850 Canoga Ave Suite 650
Woodland Hills, Ca 91367-6573

Continental Rosecrans/Nash Lc
C/O Continental Development
Corporation
2041 Rosecrans Avenue, Suite 200
El Segundo, Ca 90245-4792

Macerich Smp, Lp
395 Santa Monica Place
Attn: Center Manager
Santa Monica, Ca 90401-2372

Sony Pictures Releasing - Js349a
10202 W Washington Blvd
Culver City, Ca 90232-3119

Gfm, Llc (Aka The Grove, Llc)
Po Box 31001-1534
Pasadena, Ca 91110-0001

Podium Developer Llc
C/O Boston Properties Limited Partnershi
800 Boylston Street, Suite 1900
Boston, Ma 02199-8103

Utc Venture Llc
C/O Westfield, Llc
11601 Wilshire Blvd, 12th Floor
Los Angeles, Ca 90025-0509

Macerich Lakewood, Lp
401 Wilshire Boulevard, #700
Santa Monica, Ca 90401-1452

Universal Film Exchange
Po Box 650572
Dallas, Tx 75265-0572

Gfm, Llc (Aka The Grove, Llc)
C/O Caruso Affiliated
101 The Grove Drive
Los Angeles, Ca 90036-6221

Paramount Pictures Corp
Po Box 100486
Pasadena, Ca 91189-0003

Wincal, Llc
120 N Robertson Blvd
3rd Floor
Los Angeles, Ca 90048-3115

Warner Bros Dist Corp
Po Box 2910
Toluca Lake, Ca 91610-0910

The Americana At Brand Llc
C/O Caruso Affiliated
101 The Grove Drive
Los Angeles, Ca 90036-6221

David Copeland
C/O David Azizi, Esq., Arthur Djougouria
Law Offices Of David Azizi
3435 Wilshire Blvd. #1800
Los Angeles, Ca 90010-2004

Olga Lilia Johnson & Tracy Johnson/C/O
Andrew A. Razma, Esq., Cohen &
Marzban
1600 Ventura Blvd., Suite 701
Encino, Ca 91436

Balasubramanian, Manimaran
675 Azure Hills Dr
Simi Valley, Ca 93065-5518

Barclift, Zackry
2134 S Redondo Blvd
Los Angeles, Ca 90016-1228

Bartlett, Mary R.
2339 W 21st Ave
Los Angeles, Ca 90018-1330

Chow, Shi Ting
7354 Woodman Ave
Van Nuys, Ca 91405-2798

Cowan, Jonathan
4151 Redwood Ave
Los Angeles, Ca 90066-5629

Eckersley, Liam R.
11504 Poema Place
Chatsworth, Ca 91311-1111

EDD
Bankruptcy Group Mic: 92e
P.O. Box 826880
Sacramento, Ca 94280-0001

Flores, Cirilo
10219 S Spring St
Los Angeles, Ca 90003-4647

Forrest, Christopher D.
2563 Renata Court
Thousand Oaks, Ca 91362-4906

FTB
P.O. Box 2952
Sacramento, Ca 95812-2952

George Blackmar
Blackmar, Principe & Schmelter
600 B Street, Suite 2250
San Diego, Ca 92101-4521

Gorelick, Atom
1218 N Mansfield Ave.
Los Angeles, Ca 90038-1130

Harrow, Chase P.
5553 W 6th St
Los Angeles, Ca 90036-7522

Internal Revenue Service
P.O. Box 7346
Philadelphia, Pa 19101-7346

Jeffrey Koblentz
120 N Robertson Blvd, 3rd Fl
Los Angeles, Ca 90048-3115

Jill Saperstein
120 N Robertson Blvd., 3rd Fl
Los Angeles, Ca 90048-3115

Jung, Jaeeun
24409 Meyler Ave
Harbor City, Ca 90710-1837

Knollman, Cheryl L.
29326 Florabunda Road
Canyon Country, Ca 91387-2205

Lee, Kevin J.
1516 7th Street
Alhambra, Ca 91803-3205

LA County Treasurer And Tax Collector
Attn Bankruptcy Unit
Po Box 54110
Los Angeles Ca 90054-0110

M. Freddie Reiss
120 N Robertson Blvd, 3rd Fl
Los Angeles, Ca 90048-3115

Martin Abram
C/O William F. Salle, Esq.
Law Offices Of William F. Salle
700 N. Brand Blvd., Suite 900
Glendale, Ca 91203-4265

Mundorff, George T.
1585 Temple Hills Dr
Laguna Beach, Ca 92651-2646

Macerich Smp Lp
C/O Legal Operations
401 Wilshire Blvd., Suite 700
Attn: Laurel Hartman
Santa Monica, Ca 90401-1452

Macerich Smp Lp
C/O Macerich
Po Box 2172
401 Wilshire Blvd., Suite 700
Los Angeles, Ca 90400

Pamela Greene Bujarski
C/O John Nojima, Esq.  / Andrew
Browning
Lederer Nojima Llp
12100 Wilshire Blvd., Suite 480
Los Angeles, Ca 90025-7141

Savantis Group, Inc. Savantis Inc.
Savantis Solutions, Llc.
100 Wood Ave South
Iselin, Nj 08830-2716

Shahla Aldavoodi
C/O Araksia Adamian, Esq.
Papian & Adamian
535 N. Brand Blvd., Suite 210
Glendale, Ca 91203-3303

State Board Of Equalization
Account Information Group, Mic: 29
P.O. Box 942879
Sacramento, Ca 94279-0074

State Board Of Equalization
Special Operations Bankruptcy Team,
Mic:
P.O. Box 942879
Sacramento, Ca 94279-0074

Thomas, D'aughn
3106 W. 71st Street
Los Angeles, Ca 90043-4726

U.S. Securities And Exchange Commission
Attn: Bankruptcy Counsel
444 South Flower St., Ste 900
Los Angeles, Ca 90071-2934

U.S. Small Business Administration
Office Of General Counsel
312 North Spring St., 5th Floor
Los Angeles, Ca 90012-2678