PHILIP A. GASTEIER (State Bar No. 130043)
JEFFREY S. KWONG (State Bar No. 288239)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: PAG@LNBYG.COM; JSK@LNBYG.COM
Attorneys for Edward M. Wolkowitz,
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>PACIFIC THEATRES EXHIBITION CORP., et al.,<br><br>　　　　Debtors.<br><br>☒ Affects all Debtors<br><br>☐ Affects Pacific Theatres Exhibition Corporation only<br><br>☐ Affects Pacific Theatres Entertainment Corporation<br><br>☐ Affects Pacific Cinemas Corporation only<br><br>☐ Affects Glendale Americana Theatre, LLC only<br><br>☐ Affects ArcLight Cinema Company only<br><br>☐ Affects ArcLight Visions, Inc. only | Chapter 7<br><br>Lead Case No.: 2:21-bk-15007-BB<br><br>Jointly administered with:<br>2:21-bk-15008-BB (Pacific Theatres Entertainment Corporation)<br>2:21-bk-15009-BB (Pacific Cinemas Corporation)<br>2:21-bk-15010-BB (Glendale Americana Theatre, LLC)<br>2:21-bk-15011-BB (ArcLight Cinema Company)<br>2:21-bk-15012-BB (ArcLight Visions, Inc.)<br><br>**NOTICE OF CHANGE IN BILLING RATES OF LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.** |

1

**PLEASE TAKE NOTICE** that, effective January 1, 2024, the billing rates of Levene, Neale, Bender, Yoo & Golubchik L.L.P. shall be the rates set forth in the schedule attached hereto as Exhibit 1.

Dated: January 2, 2024

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.

By:  /s/Philip A. Gasteier
     Philip A. Gasteier
     Attorneys for Edward M. Wolkowitz,
     Chapter 7 Trustee

EXHIBIT 1

| ATTORNEYS | 2024 Rates |
|---|---|
| DAVID L. NEALE | 725 |
| RON BENDER | 725 |
| TIMOTHY J. YOO | 725 |
| DAVID B. GOLUBCHIK | 725 |
| EVE H. KARASIK | 725 |
| GARY E. KLAUSNER | 725 |
| EDWARD M. WOLKOWITZ | 725 |
| BETH ANN R. YOUNG | 725 |
| MONICA Y. KIM | 700 |
| PHILIP A. GASTEIER | 700 |
| DANIEL H. REISS | 695 |
| TODD A. FREALY | 695 |
| KURT RAMLO | 695 |
| RICHARD P. STEELMAN, JR. | 695 |
| ZACHARY PAGE | 695 |
| JULIET Y. OH | 695 |
| TODD M. ARNOLD | 695 |
| KRIKOR J. MESHEFEJIAN | 695 |
| JOHN-PATRICK M. FRITZ | 695 |
| JOSEPH M. ROTHBERG | 695 |

| | | |
|---|---|---|
| 1 | CARMELA T. PAGAY | 680 |
| 2 | ANTHONY A. FRIEDMAN | 680 |
| 3 | JEFFREY KWONG | 665 |
| 4 | LINDSEY L. SMITH | 625 |
| 5 | ROBERT CARRASCO | 495 |
| 6 | PARAPROFESSIONALS | 300 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, California 90034.

A true and correct copy of the foregoing document entitled **NOTICE OF CHANGE IN BILLING RATES OF LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 3, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Kenechi R Agu     kagu@kralegal.com
- Ryan W Anderson     randerson@gamlaw.com, llofredo@gamlaw.com
- Shaun J Bauman     info@thela-lawyer.com
- Erin N Brady     erin.brady@hoganlovells.com, cindy.mitchell@hoganlovells.com;tracy.southwell@hoganlovells.com
- William S Brody     wbrody@buchalter.com, dbodkin@buchalter.com;IFS_filing@buchalter.com;smartin@buchalter.com
- Andrew Browning     abrowning@lntlb.com
- Vincent V Frounjian     vvf.law@gmail.com
- Philip A Gasteier     pag@lnbyg.com
- David S Hagen     davidhagenlaw@gmail.com
- Marsha A Houston     mhouston@reedsmith.com, hvalencia@reedsmith.com
- Brian D Huben     hubenb@ballardspahr.com, carolod@ballardspahr.com
- William W Huckins     whuckins@allenmatkins.com, clynch@allenmatkins.com;igold@allenmatkins.com
- Jeffrey Huron     jhuron@dykema.com, ebailon@dykema.com;slara@dykema.com;DocketLA@dykema.com
- Daniel King     dking@theattorneygroup.com, r44432@notify.bestcase.com
- Jeffrey S Kwong     jsk@lnbyg.com, jsk@ecf.inforuptcy.com
- Noreen A Madoyan     Noreen.Madoyan@usdoj.gov
- James P Menton     jmenton@robinskaplan.com, LCastiglioni@robinskaplan.com
- H. Jasmine Papian     hjdlaw@yahoo.com, HJasminePapianEsq@jubileebk.net
- Kristen N Pate     bk@bpretail.com
- William F Salle     wfslaw@yahoo.com
- Jeffrey L Sumpter     jsumpter1@cox.net
- John N Tedford     jtedford@DanningGill.com, danninggill@gmail.com;jtedford@ecf.courtdrive.com
- United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
- Abdul Wakil     sal@sawlawgroup.com
- Edward M Wolkowitz (TR)     emwtrustee@lnbyg.com, ecf.alert+Wolkowitz@titlexi.com

**2. <u>SERVED BY UNITED STATES MAIL</u>**: On **January 3, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

None.

☐ Service List served by U.S. Mail attached

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                    **F 9013-3.1.PROOF.SERVICE**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 3, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 3, 2024 | D. Woo | /s/ D. Woo |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                      **F 9013-3.1.PROOF.SERVICE**